FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

_JIMMIE LEWIS_

(Enter above the full name of the plaintiff in this action)

04-1350

V.

_THE DELAWARE_

_PSYCHIATRIC CENTER_

_AND STAFF_

(Enter above the full name of the defendant(s) in this action

FILED

MAR - 8 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I.    Previous lawsuits

    A.    Have you begun other lawsuits in state or federal courts dealing with the
        same facts involved in this action or otherwise relating to your imprisonment?
        YES [ ]      NO [✓]

    B.    If your answer to A is yes, describe the lawsuit in the space below.  (If there
        is more than one lawsuit, describe the additional lawsuits on another piece of
        paper, using the same outline).

        1.    Parties to this previous lawsuit

Plaintiffs _____

_____

Defendants _____

_____

2.    Court (if federal court, name the district; if state court, name the county)

_____

3.    Docket number _____

4.    Name of judge to whom case was assigned _____

5.    Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

_____

6.    Approximate date of filing lawsuit _____

7.    Approximate date of disposition _____

II.   A.   Is there a prisoner grievance procedure in this institution? Yes [ ] No [ ]

B.   Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes [ ] No [✓]

C.   If your answer is YES,

1.    What steps did you take? _____

_____

2.    What was the result? _____

_____

D.   If your answer is NO, explain why not _*STATE PRISONER GRIEVANCE PROCEDURE DOES NOT APPLY TO THE D.P.C*_

E.   If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes [ ] No [ ]

F.   If your answer is YES,

1.    What steps did you take? _____

_____

2.    What was the result? _____

_____

III.   Parties

(In item A below, place your name in the first blank and place your present address
in the second blank. Do the same for additional plaintiffs, if any.)

A.   Name of Plaintiff _JIMMIE LEWIS, SBI # 506622,_

   Address _H.R.Y.C.I., P.O BOX 9561, WILM, DE 19809_

(In item B below, place the full name of the defendant in the first blank, his official
position in the second blank, and his place of employment in the third blank. Use
item C for the names, positions, and place of employment of any additional defendants.)

B.   Defendant _SYLVIA FOSTER_ is employed as _FORENSIC_
   _PSYCHIATRIST_ at _1901 N. DUPONT HWY, NEW CASTLE, DE 19720_

C.   Additional Defendants _STAFF MEMBERS_

   _____

   _____

   _____

IV.   Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant
is involved. Include also the names of other persons involved, dates, and places.
Do not give any legal arguments or cite any cases or statutes. If you intend to allege
a number of related claims, number and set forth each claim in a separate paragraph.
Use as much space as you need. Attach extra sheet if necessary.)

   _____

   _____

   _SEE ATTACHED_

   _____

   _____

V.    Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments.
Cite no cases or statutes.)

20 MILLION DOLLARS FOR PAIN AND SUFFERING,
NOTIFY THE SUPERIOR COURT THAT DR. SYLVIA-
FOSTER'S REPORT CAN NOT BE RELIED ON BY THE
DOCTOR HERSELF

Signed this 6TH day of MARCH , 2005

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

3/6/05
Date

_____
( Signature of Plaintiff)

-4-

(P. 1

AFTER TRIAL ON 12/01/03 JUDGE CHARLES H. TOLIVER IV ORDERED THAT I BE TRANSFERED TO THE DELAWARE PSYCHIATRIC CENTER FOR A PSYCHIATRIC EVALUATION TO DETERMINE COMPETENCY AND TO RECEIVE TREATMENT. APON MY ARRIVING AT DELAWARE PSYCHIATRIC CENTER, I WAS ILL, AND I COULDN'T COMPLETE THE ADMISSIONS INTERVIEW. I WAS THEREAFTER PUT ON DISCIPLINARY RESTRICTION BECAUSE I COULD NOT COMPLETE THE INTERVIEW.

ON 6/6/04 I WAS STRAPPED DOWN WITH FOUR POINT RESTRAINT AND INJECTED WITH PSYCHOTROPIC MEDICINES FOR DISCIPLINARY REASONS, NOT FOR PSYCHIATRIC REASONS PER DR. SYLVIA FOSTER.

SHORTLY THEREAFTER, DR. SYLVIA FOSTER SUBMITTED A PSYCHOLOGICAL/PSYCHIATRIC REPORT TO MR. JOHN S. EDINGER JR THE PUBLIC DEFENDER ASSIGNED TO ME BY THE COURT, AND JUDGE CHARLES H. TOLIVER III DATED 6/10/04. DR. SYLVIA FOSTER DOCUMENTED IN THE REPORT THAT I REVEALED NO EVIDENCE OF A MOOD-DISORDER, AND NO EVIDENCE OF ANY PSYCHOSIS, AND DUE TO DR. SYLVIA FOSTER DIAGNOSING ME AS MALINGERING, VALIDATES DELIBERATE — INDIFFERENCE EACH AND EVERY TIME DR. SYLVIA FOSTER ORDERED THAT I SHOULD BE STRAPPED DOWN WITH FOUR POINT RESTRAINTS AND INJECTED WITH PSYCHOTROPIC MEDICINES FOR DISCIPLINARY REASONS, NOT FOR — PSYCHIATRIC REASONS.

P. 2

ON OR ABOUT 6/13/04 FOUR OR FIVE STAFF MEMBERS WERE INSTRUCTED BY NURSE HELEN TO FORCABLE REMOVE A BAG OF M&M CHOCOLATE CANDY FROM MY HAND, DUE TO THE DISCIPLINARY RESTRICTION THAT DR. SYLVIA FOSTER ORDERED. I WAS THEN CHOKED BY MR. GREY AS THE OTHER THREE OR FOUR MALE STAFF MEMBERS ASSULTED ME WITH THERE FIST AND FEET. I WAS THEN PLACED IN FOUR POINT RESTRAINTS AND INJECTED WITH PSYCHOTROPIC MEDICINES FOR DISCIPLINARY REASONS, NOT PSYCHIATRIC REASONS PER DR. FOSTER. ON 6/20/04 I FILED A PATIENT GRIEVANCE ON THE INCIDENT, IN WHICH WAS RECEIVED BY NURSE KAREN CHAMBLIN.

ON 6/14/04 I WAS STRAPPED DOWN WITH FOUR POINT RESTRAINTS AND INJECTED WITH PSYCHOTROPIC MEDICINES FOR ~~NEW~~ DISCIPLINARY REASONS, NOT FOR PSYCHIATRIC REASONS PER DR. SYLVIA FOSTER.

ON 6/21/04 I WAS STRAPPED DOWN WITH FOUR POINT RESTRAINTS AND INJECTED WITH PSYCHOTROPIC MEDICINES FOR DISCIPLINARY REASONS, NOT FOR PSYCHIATRIC REASONS PER DR. SYLVIA FOSTER.

ON 6/22/04 I WAS STRAPPED DOWN WITH FOUR POINT RESTRAINTS AND INJECTED WITH PSYCHOTROPIC MEDICINES FOR DISCIPLINARY REASONS, NOT FOR PSYCHIATRIC REASONS PER DR. SYLVIA FOSTER.

ON 6/24/04 I WAS STRAPPED DOWN WITH FOUR POINT RESTRAINTS AND INJECTED WITH PSYCHOTROPIC MEDICINES FOR DISCIPLINARY REASONS, NOT FOR PSYCHIATRIC REASONS PER DR. SYLVIA FOSTER

I WAS THEN SENT BACK TO THE (D.O.C.)    (P.3
DEPARTMENT OF CORRECTIONS ON 6/25/04,
WITH OUT A COURT ORDER.

      ON 6/16/04 DIANNE STACHOWSKI —
WROTE JUDGE CHARLES H. TOLIVER IV A LETTER
REQUESTING A COURT ORDER TO TRANSFER ME BACK
TO THE D.O.C, BUT ABSOLUTELY NO OFFICIAL ORDER
IS DOCUMENTED ON MY SUPERIOR COURT CRIMINAL
DOCKET SHEET.

      ON 6/29/04 AFTER I HAD ALREADY
BEEN TRANSFERED BACK TO THE (D.O.C) AND DIANNE —
STACHOWSKI AGAIN REQUESTED TO RECEIVE A COURT
ORDER FROM JUDGE CHARLES H. TOLIVER IV TO —
TRANSFER ME BACK TO THE (D.O.C).

      ON DEC 29,04, I RECEIVED A RESPONSE
TO THE WRIT OF HABEAS CORPUS I FILED, DUE TO
THE SUPERIOR COURT CRIMINAL DOCKET SHEET NOT
REFLECTING A DOCKETED RESPONSE TO DIANNE —
STACHOWSKI'S LETTER REQUESTING A COURT ORDER
TO LEGALLY HAVE ME RETURNED TO THE (D.O.C.).

      JUDGE CHARLES H. TOLIVER IV RESPONSE TO
MY WRIT OF HABEAS CORPUS IS ERRONEOUS, BECAUSE
IT STATES THE REASON IT WAS DENIED IS DUE TO MY
SUPERIOR COURT CRIMINAL DOCKET ENTRY NUMBER —
41, WHICH IS ONLY A PHOTO COPY OF DIANNE STACHOWSKI'S
LETTER, NOT AN OFFICIAL COURT ORDER ISSUED BY THE
JUDGE THAT WAS FILED WITH THE OFFICE OF THE —
PROTHONOTARY, DOCKETED ON MY SUPERIOR COURT —
CRIMINAL DOCKET SHEET, THEN DELIVERED TO
DIANNE STACHOWSKI A STAFF MEMBER OF THE
DELAWARE PSYCHIATRIC CENTER, SEE ATTACHED

```
                    SUPERIOR COURT CRIMINAL DOCKET              Page    5
                      ( as of  10/12/2004 )
```

State of Delaware v.  JIMMY LEWIS                        DOB: 12/25/1966
State's Atty: BRIAN J ROBERTSON , Esq.        AKA:
Defense Atty: JOHN S EDINGER , Esq.

```
        Event
No.     Date            Event                           Judge
-----------------------------------------------------------------------------
37    05/13/2004
      PSYCHOLOGICAL/PSYCHIATRIC REPORT FILED.
      SUBMITTED BY:  DONALD NAPOLIN, MENTAL HEALTH SUPERVISOR
      AND ORDER REQUESTING DEFENDANT BE TRANSFERED TO MITCHELL BUILDING
      GRANTED BY JUDGE TOLIVER ON 5-13-04
38    05/14/2004
      DEFENDANT'S LETTER FILED.
      LETTER REGARDING NAMES AND PLACE EMPLOYMENT OF BAILIFF'S WHO PROVIDED
      COURT ON 10/21 10/23 FOR A WRIT OF MANDAMUS TO BE FILED.
      *SEE FULL LETTER IN FILE.
40    06/16/2004
      LETTER FROM DIANNE STACHOWSKI TO JUDGE TOLIVER, REQUESTING DEFT
      BE TRANSFERED BACK TO DOC.
39    06/28/2004
      PSYCHOLOGICAL/PSYCHIATRIC REPORT FILED.
      SUBMITTED BY:  SYLVIA FOSTER MD
      COPY SENT TO ATTORNEY AND JUDGE TOLIVER
41    06/29/2004
      LETTER FROM DIANNE STACHOWSKI TO JUDGE TOLIVER REQUESTING DEFENDANT
      BE TRANSFERRED BACK TO DOC.
42    07/06/2004
      LETTER FROM COMMISSIONER WHITE TO COUNSEL GIVING THEM 10 DAYS TO
      REQUEST A COMPETENCY HEARING AND INFORMING OF THE SENTENCING DATE
      OF 8-27-04 AT 9:30 WITH JUDGE TOLIVER.
43    07/19/2004
      
      MOTION PUT IN FILE TO BE HEARD AT SENTENCING
44    07/26/2004
      PSYCHOLOGICAL/PSYCHIATRIC REPORT FILED.
      COPY RECEIVED FROM DEFENDANT LEWIS
      SEALED BY ORDER OF SUPERIOR COURT
45    08/02/2004
      CONTINUANCE REQUEST FILED BY J EDINGER - GRANTED PER JUDGE ABLEMAN
      (SENTENCING)
46    08/09/2004
      MOTION TO DISMISS COUNSEL FILED PRO SE.  REFERRED TO JUDGE ABLEMAN
47    08/17/2004
      MOTION FOR COMPETENCY HEARING FILED PRO SE.  REFERRED TO JUDGE ABLEMAN
48    08/17/2004
      MOTION FOR DISCOVERY FILED PRO SE. REFERRED TO JUDGE ABLEMAN
49    08/20/2004                            ABLEMAN PEGGY L.
```

## DELAWARE PSYCHIATRIC CENTER
Patient/Family Grievance, Concern or Suggestion Form

NAME: _JIMMIE LEWIS_     DATE: _6/20/04_

UNIT: _NORTH_     ATTENDING PSYCHIATRIST: _____

**DIRECTIONS:** In the space below, please state as clearly and specifically as possible your grievance, concern or suggestion. (Use additional pages if necessary.) If you need help in completing this form unit staff, pastoral services (255-2984) or a member of the Patient Rights Committee (255-2978) are available for assistance. Upon completion, return the signed and dated form to unit staff or directly to your psychiatrist.

For the last past week or so I have been trying to deal with the incident that happened in the dinning room, in which I was assulted and chocked until I almost passed out by Mr Grey. My throat is still soar. I've tried to use the advise ive received from the classes, but I still have my mind on the incident constant. I don't know how to deal with this

Patient/Family Signature: _Jimmie Lewis_     Date: _6/20/04_

Received By: _Karen Chamblin_     Date: _6-20-04_

**DIRECTIONS FOR STAFF:**
Please make a copy of this sign/dated form and provide it to the patient/family member. Forward the original form immediately to the Treatment Team and fax a copy to the Clinical Risk Manager in the Department of Planning and Performance Improvement. (255-4418)

DEPARTMENT OF HEALTH AND SOCIAL SERVICES
DIVISION OF ALCOHOLISM, DRUG ABUSE AND MENTAL HEALTH
DELAWARE PSYCHIATRIC CENTER

**PROGRESS NOTES**

*EXIBIT L*    10.)

```
LEWIS, JIMMY          12/25/66
46443 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 UNK M AF G
4 EDWIN PLACE NEWARK NJ 07112
MELBA JEAN LEWIS MOTH AREA 5
973-481-5028     05/21/2004
```

*Jimmy Lewis*

| DATE | TIME | OBSERVATION, ACTION, OR POSSIBLE SOLUTION |
|------|------|-------------------------------------------|
| 5-21-04 | 1030 | Next of Kin: _refuses to speak_ |
| | | Address: |
| | | Telephone: |
| | | Admitted to: _Mitchell_    At: _1100_ |
| | | ☒ Oriented to Ward    ☒ Given Patient Handbook |
| | | Height: Ft: _5_  In: _11_    Weight:    Lbs.: _244_ |
| | | Eye Color: _brown_    Hair Color: _black_ |
| | | T. _98.6_ °F.  P. _98_ /min.  R. _20_ /min.  B.P. _140/98_ |
| | | Behavioral Observations: _Pt refuses to speak / answer questions. Pt sitting on exam table playing / twisting his hands and looking down at the floor. Pt's eyes are reddened, appears to be sad._ _Diane Sewell RN_ |
| 5/21/04 11 am | | _RN/CMA_ _- Full eval on chart_ _(signature)_ |
| 5/21/04 | 1400 | _MEDICAL NOTE_ _I was called to see this NEW admission because of HTN & also for physical exam. When I introduced myself as a Medical doctor that will do his physical exam, but he refused to sit down or even do, or take his BP, upset because he was on his bed resting & was disturbed to be brought here for exam._ _The nurse, staff & I tried to convince him that it would take me 15-20 minutes for exam but would he budged to sit down. No exam done today. Try next time_ _(signature)_ |

TP-12 (Rev. 5/85)    Doc. No. 35/06/002 · DSH-313

11.)

**STATE OF DELAWARE**
**DEPARTMENT OF HEALTH AND SOCIAL SERVICES**

LEWIS, JIMMY                          12/1/66
46443 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 UNK M AF U
4 EDWIN PLACE NEWARK NJ 07112
MELBA JEAN LEWIS MOTH AREA 5
973-481-5028                  05/21/2004

Jimmie Lewis

## DOCTOR'S ORDER SHEET

" Authorization is given to dispense a Generic Equivalent under Hospital Formulary System unless NO SUBSTITUTION (Or NO SUBS) is noted."

Name: _____  Facility: _____  Activity: _____  Case No.: _____

| DATE ORDERED | TIME | TREATMENT or MEDICATION | NOTED BY |
|---|---|---|---|
| 5/21/04 | | Admit to Mitchell | |
| | 11 am | Haldol 5 mg PO/IM q 6° PRN | |
| | | severe agitation x 30 days-Give with | |
| | | Benadryl 25 mg PO/IM q 6° PRN x 30 days | |
| | | to prevent EPS. May give with | |
| | | Ativan 2 mg PO/IM q 6° PRN | |
| | | agitation x 30 days | |
| | | Medical consult to evaluate | |
| | | for possible HTN - needs | |
| | | medication | |
| | | m. David | |
| | | ____ Stein MD | 5/21/04 1:__ PM |
| 5/21/04 | 14:40 | CBC, UA | |
| | | CMP, lipids + Hepatitis panels | |
| | | TSH, Serum B12 + Folate level | |
| m.wilson (?) faxed noted | | MOM 30 ml po q HS prn for constipation | |
| | | Maalox 30 ml po q 6° prn for dyspepsia | X |
| | | + Tylenol 650 mg po q 6° prn for discomfort | 30 |
| | | + Atenolol 25 mg po daily + hold | days |
| | | if BP is < 90 systolic x 30 days | |
| | | Regular diet | |
| 5/21/04 | | | _____ |

DHSS — 019 A      **"PRESS HARD – (USE BALLPOINT PEN ONLY) NO FELT TIPS**      D.C.No.:35-06-002-84-10-04-DSH-183

WHITE – Medical Records  ALL OTHERS – Return To Pharmacy

12.)

STATE OF DELAWARE
DEPARTMENT OF HEALTH AND SOCIAL SERVICES

LEWIS, JIMMY
46443                              /25/66
NONE GIVEN          UNK M AF U
NONE GIVEN

## DOCTOR'S ORDER SHEET

46443

"Authorization is given to dispense a Generic Equivalent under Hospital Formulary System unless NO SUBSTITUTION (Or NO SUBS) is noted."

Name: Jimmy Lewis     Facility: Mitchell     Activity: _____     Case No.: _____

| DATE ORDERED | TIME | TREATMENT or MEDICATION | NOTED BY |
|---|---|---|---|
| 5/22/04 | 1535 | Clarification of order written for Atenolol 25 mg PO daily and hold y Systolic B/P is 90 or below. T.O Dr Kendall / M.Wilson LPN  Alma M. Sumette RN | M.Wilson LPN Noted @ 1535 |
| 5/23/04 | | N/ps 5/24/ | |
| 5/24/04 | 12:13 | Dietician for preference of food Apply Lotrisone in between Toes daily x 30 Hs (for Athlete's foot) | Noted 5/24/04 |
| 5/25/04 | | | Noted @ 1415 5-25 |
| 5-25-04 | 1415 | may use Fixodent on partial plate bid prn D/c Ø Skin to Swanne. Swiller | |
| 5/25/04 3 pm | | Benadryl 50 mg PO q HS PRN. Insomnia x 30 day  SweetPea | |
| 5/25/04 3:45 pm | | Begin Effexor XR 37.5 mg PO q am x 5 days Then Effexor 75 mg PO q am x 5 days Then Effexor 150 mg PO q am x 30 days 5/25/04 @ 2000  SweetPea | |

DHSS – 010 A     "PRESS HARD – (USE BALLPOINT PEN ONLY) NO FELT TIPS     D.C.No.:35-06-002-84-10-04-DSH-183

WHITE – Medical Records  ALL OTHERS – Return To Pharmacy

(13.)

STATE OF DELAWARE
DEPARTMENT OF HEALTH AND SOCIAL SERVICES

## DOCTOR'S ORDER SHEET

"Authorization is given to dispense a Generic Equivalent under Hospital Formulary System unless NO SUBSTITUTION (Or NO SUBS) is noted."

Name: _____ Facility: _____ Activity: _____ Case No.: _____

| DATE ORDERED | TIME | TREATMENT or MEDICATION | NOTED BY |
|---|---|---|---|
| 5/26/04 noon | | Give first dose of Effexar xn when available today | m __ 5/26/04 |
| 5/27/04 | 5/12pm | | 10 n |
| 5/28/04 | 11:57 am | Urinalysis. ? midstream clean urine C & S catch urine Push fluids x 3 days | RELS m 5/28/04 |
| 5/29/04 xn | 5/30 xn | 5/31 xn 6-1 xn | |
| 6/1/04 9:30 am | | D/C Effexar — pt refusing | 5/1/04 |
| 6/2/04 an 6/2/04 | 1040 | Pyridium 200 mg po BID x 5 days Bactrim DS ī po BID | |
| 6/2/04 | 1050 | ADD in his diet - CHEF SALAD ½ CHEESE BID + 8 PM nourishment ↑ cheese crackers, bananas x 30 days | |

6/3 04

( 14.)

**DEPARTMENT OF HEALTH AND SOCIAL SERVICES**
**DIVISION OF SUBSTANCE ABUSE AND MENTAL HEALTH**
**DELAWARE PSYCHIATRIC CENTER**

**PROGRESS NOTES**
(Continued)

LEWIS, JIMMY          12/25/66
45443 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 UNK M AF
4 EDWIN PLACE NEWARK NJ 07112
MELBA JEAN LEWIS MOTH AREA 5
973-481-5028          05/21/2004

| DATE | TIME | OBSERVATION, ACTION, OR POSSIBLE SOLUTION |
|------|------|-------------------------------------------|
| 5/29/04 | 2245 | Pt states he is not taking effexor "because the side effects state you could have a resevation problem" and he is now, and there is no relationship to the fact he had it previously to calm to Mitchell. Requesting haldol & benadryl because he was anxious – asked him to elaborate – well he hears voices – again asked to explain they were calling his name. Behavior made some doubt as to validity. ————————— H Harlen, RN |
| 5-30-04 | 1158 | Pt started effexor X 37.5 mg PO – 150 mg PO 5-26-04 received 2 dose only refused since the 2nd dose ————— Karen Chashill |
| 5/30/04 | 1545 | behavior). ————————— H Harlen RN |
| 5/30/04 | 2240 | Pt continues to refuse effexor but demanded RN give him haldol. I opined, explained he should be taking effexor prescribed by Dr. Foster & there was no reason to take haldol & it was @ the nurse's descretion to determine if there was a need. He was calm, in no distress, no A/V hallucinations apparent from his behavior. He spoke c̄ a staff member who stated he could write a grievance – later he changed his mind. ——————— H Harlen RN |
| 5/31/04 | 1010 | Refused effexor 75 mg PO @ 0800 several attempts made to give med constant refusal states "it makes me sick, I don't want it |

**DEPARTMENT OF HEALTH AND SOCIAL SERVICES**
**DIVISION OF SUBSTANCE ABUSE AND MENTAL HEALTH**
**DELAWARE PSYCHIATRIC CENTER**

**PROGRESS NOTES**
(Continued)

```
LEWIS, JIMMY           12/25/66
46443 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 UNK M AF J
4 EDWIN PLACE NEWARK NJ 7112
MELBA JEAN LEWIS MOTH AREA 5
973-481-5028        05/21/2004
```

| DATE | TIME | OBSERVATION, ACTION, OR POSSIBLE SOLUTION  red |
|------|------|-----------------------------------------------|
| 6/3/04 | 12.15 AM | Addendum! Please note pt has 2 "paper horns on his head and reportedly he sticks them to his scalp by himself.    ____ SALEM MD |
| 6/4/04 | 1 Am | pt. tearing out bed. Verbal intervention ineffective in redirecting his behavior. O.D. notified and is here to evaluate pt. Will monitor pt. closely ____ m. jam cst |
| 6/4/04 | 6 am | No further behavioral problems noted. pt rested quietly in bed ~ incident. ____ m. jam cst |
| 6/4/04 | 8:30 am | Psychiatry  Pt was acting out last night, yelling at staff from his room. He was seen by the OD and he stated that he had been hit on the head by a peer at 8am. We spoke ē the attendant who stated there was no contact between the two. OD states it appeared that pt was making up the incident at 8 am as there was no documentation of the incident at 8 am. pt did not address the situation until 12 hrs later. |

**DEPARTMENT OF HEALTH AND SOCIAL SERVICES**
**DIVISION OF SUBSTANCE ABUSE AND MENTAL HEALTH**
**DELAWARE PSYCHIATRIC CENTER**

**P R O G R E S S   N O T E S**
(Continued)

```
LEWIS, JIMMY               12/25/66
46443 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 JHK M AF C
4 EDWIN PLACE NEWARK NJ 07112
HELBA JEAN LEWIS MOTH AREA 5
973-481-5028          05/21/2004
```

| DATE | TIME | OBSERVATION, ACTION, OR POSSIBLE SOLUTION |
|------|------|-------------------------------------------|
| 6 3 04 | 3:10pm | Psychiatry. I have been receiving reports of pt's ... |
| 6-3-04 | 3:55 | Psychology Note: |

Met w/ Mr. Lewis to review his Master Tx plan w/ him. He does not read well so I read it to him — but even at that, it was necessary I translate into more concrete language. He impresses as having significant intellectual deficits. He spoke w/ some distress about, having been struck by another patient. In concrete terms I explained what effect M.I. has on some patients' behavior, and that unlike how he might respond to assault in other settings here we ask him to be more understanding, + to refrain from hitting back. The notion seemed foreign to him, but he responded positively to the intervention.

Kathryn Shenama, Psyd psychologist

STATE OF DELAWARE
DEPARTMENT OF HEALTH AND SOCIAL SERVICES

# DOCTOR'S ORDER SHEET

" Authorization is given to dispense a Generic Equivalent under Hospital Formulary System unless NO SUBSTITUTION (Or NO SUBS) is noted."

Name: _____    Facility: _____    Activity: _____    Case No.: _____

| DATE ORDERED | TIME | TREATMENT or MEDICATION | NOTED BY |
|---|---|---|---|
| 6/6/04 | 6:15 | Haldol 5 mg — Benadryl 50mg IM for agitation x 1 dose — SANDHU MD | |
| 6/6/04 | 6:20 PM | Put the patient in 4 Point restraint for safety of self and others not to exceed 2 Hrs — SANDHU MD | |
| 6/6/04 | 6:30 PM | Restricted Patio, Pool Playing, visits and Snack area until seen by treatment team — SANDHU MD | |
| 6/7/04 | 10:45 pm | Begin Seroquel 50 mg PO q 12° x 30 days for anger management + impulse control. Restrict visits, patio, wt room, gym + every vending machine x 1 week DC Chef's salad BID | |
| | | Noted 6/7/04 @ 1900 - Helen Handen RN | |
| 6/8/04 | 11:59 PM | Cont Pyridium Po 200 mg Bid x 5 days | |

DHSS — 019A

STATE OF DELAWARE
DEPARTMENT OF HEALTH AND SOCIAL SERVICES

**DOCTOR'S ORDER SHEET**

LEWIS, JIMMY          2/25/66
45443 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 UNK M AF
4 EDWIN PLACE NEWARK NJ 07112
MELBA JEAN LEWIS MOTH AREA 5
973-481-5028          05/21/2004

" Authorization is given to dispense a Generic Equivalent under Hospital Formulary System unless NO SUBSTITUTION (Or NO SUBS) is noted."

Name: _____ Facility: _____ Activity: _____ Case No.: _____

| DATE ORDERED | TIME | TREATMENT or MEDICATION | NOTED BY |
|---|---|---|---|
| 6/9/04 | 10:59 am | urinalysis (U.T.I.) | |
| | | Po Bactrim ii tab 8am - 8pm x 1 wk | |
| | 6/9/04 | K.U.B. (R/o stones) | |
| | | Urology Consult [Reg. dose] PRN pro | |
| 6/10/04 | 1:20 pm | Change Nutrition Order to read: | |
| | | - Regular Chef's Salad c breakfast | |
| | | - Small Tossed Salad BID (lunch/dinner) c meals | |
| | | - Nourishment HS; cheese, peanut butter, banana, + chef's salad | |
| | | [signature] | |
| 6/11/04 | | Meds x 30 days: | |
| | | Geodon 20 mg PO/IM q 6° PRN severe agitation | |
| | 2 pm | Ativan 2 mg PO/IM q 6° PRN agitation | |
| | | [signature] | |
| | | order noted @ 15:15 - 6/1/04  [signature] | |

DHSS—019A    6/9/04    6/       "PRESS HARD – (USE BALLPOINT PEN ONLY) NO FELT TIPS    D.C.No.:35-06-002-84-10-04-DSH-183
WHITE – Medical Records  ALL OTHERS – Return To Pharmacy

19.)

STATE OF DELAWARE
DEPARTMENT OF HEALTH AND SOCIAL SERVICES

**DOCTOR'S ORDER SHEET**

```
LEWIS, JIMMY            12/25/66
46443  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  UNE N 1F U
4 EDWIN PLACE NEWARK NJ 07112
MELBA JEAN LEWIS MOTH AREA 5
973-481-5028           05/21/2004
```

" Authorization is given to dispense a Generic Equivalent under Hospital Formulary System unless NO SUBSTITUTION (Or NO SUBS) is noted."

Name: _____ Facility: _____ Activity: _____ Case No.: _____

| DATE ORDERED | TIME | TREATMENT or MEDICATION | NOTED BY |
|---|---|---|---|
| 6/14/04 | 9:00pm | Patient to be placed in Seclusion Room for the safety of others, not to exceed for more than 2 hrs. Patient can be released earlier when he calm down. _signature_ Qureishi, m.p. noted 6/14/04 @ 2150 Helen Haslen R.N. | |
| 6/14/04 | 2300 | Seclusion renewed not to exceed 2 hours, or until pt is calm. T.O. Dr. Qureishi / Haslen R.N. noted 6/14/04 @ 2310 Haslen R.N. _signature_ | |
| 6/15/04 JW | | | |
| 6/15/04 4:50pm | | Continue restriction of patio, wet room, gym + vending machine × another week _signature_ | |
| 6/16 JW | 6/17/04 JW | 6/18 JW | |

"PRESS HARD — (USE BALLPOINT PEN ONLY) NO FELT TIPS    D.C.No.:35-06-002-84-10-04-DSH-183

STATE OF DELAWARE
DEPARTMENT OF HEALTH AND SOCIAL SERVICES

```
LEWIS, JIMMY          12/25/66
46443 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 UNK M 2F 1
4 EDWIN PLACE NEWARK NJ 7112
HELBA JEAN LEWIS ROTH AREA 5
973-481-5028          05/21/2004
```

## DOCTOR'S ORDER SHEET

"Authorization is given to dispense a Generic Equivalent under Hospital Formulary System unless NO SUBSTITUTION (Or NO SUBS) is noted."

Name: _____    Facility: _____    Activity: _____    Case No.: _____

| DATE ORDERED | TIME | TREATMENT or MEDICATION | NOTED BY |
|---|---|---|---|
| 6/19/04 | 5:50 pm | Demo (su) Repeat 1 dose of MOM 30 cc PO PRN for constipation X 24 hrs (RADHYA4, M) | |
| 6/20/04 | | | |
| 6/21/04 | 1340 | Lotrimin cream Apply to lesion near toe BID X 2 weeks, until healed Schedule PODIATRY ref. Onychogryphosis | |
| | | Date/Time: 6/21/04 @ 1:49 pm. Chart Checked By: R. Conger OSS | |
| 6/21/04 @1630 | | Renew restrictions) X + wb and then to be re-evaluated. T.O. Dr. Foster/ H Harlow RN noted @ 1630 - 6/21/04    H Harlow RN | |
| 6/21/04 | | Seclusion Not to exceed 2 hours Pt extremely agitated, assaultive and poses danger to others and self Pt can be released when calm and not dangerous any more BXR 140 M Dr. Foster | |
| 6/22 | | | |

21.)

STATE OF DELAWARE
DEPARTMENT OF HEALTH AND SOCIAL SERVICES

**DOCTOR'S ORDER SHEET**

LEWIS, JIMMY          12/25/66
46443 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 UNK H AF J
4 EDWIN PLACE NEWARK NJ 07112
MELBA JEAN LEWIS MOTH AREA 5
873-481-5328

LEWIS, JIMMY

" Authorization is given to dispense a Generic Equivalent under Hospital Formulary System unless NO SUBSTITUTION (Or NO SUBS) is noted."

Name: _____  Facility: _____  Activity: _____  Case No.: _____

| DATE ORDERED | TIME | TREATMENT or MEDICATION | NOTED BY |
|---|---|---|---|
| 6/21/04 | 11:00p | Please give Pt Geodon 20mg IM + Ativan 2mg IM NOW as Pt extremely agitated, assaultive ~~situation~~ BERIK? MD | |
| 6/21/04 | 11:05p | Four Point restraints for extreme agitation Pt trying to knock down the door being danger to self and others restraints not to exceed 2 hours can come off when calm BERIK? MD | |
| 6/21/04 | 11:40pm | Pt continues to be physically aggressive while combative reassessment requires 5 point restraints, not to exceed 2 hours can come off when calm BERIK MD | |
| 6/22/04 | 1:05pm | Continue 4° restraints not to exceed 2 hours for safety of self & others T.O. Berika / medicen in w | |
| 6/22 04 | 6/23 04 | | |

**DEPARTMENT OF HEALTH AND SOCIAL SERVICES**
**DIVISION OF SUBSTANCE ABUSE AND MENTAL HEALTH**
**DELAWARE PSYCHIATRIC CENTER**

**PROGRESS NOTES**
(Continued)

LEWIS, JIMMY                    12/25/66
46443 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 UNK M AF U
4 EDWIN PLACE NEWARK NJ 07112
HELBA JEAN LEWIS MOTH AREA 5
973-481-5028                    05/21/2004

| DATE | TIME | OBSERVATION, ACTION, OR POSSIBLE SOLUTION |
|------|------|-------------------------------------------|
| 6/22/04 | 2430 | Pt became Tangry p assessment of OD to continue seclusion because he would not contract for safety. Pt kicking & banging door — OD determined that he would require 4 pt Restraint Supervisor called to request assistance due to explosive behavior. Pt placed in 4 pt restraint @ 11:05 PM & given PRN (IM). — [signature] |
| 6/22/04 | 1 AM 15 | Pt. remains in 4° restraint due to agitation OD called & renewed order for 4° restraint not to exceed 2hr. Will monitor pt closely — [signature] |
| 6/24/04 | 2 AM | Pt. is calm & quiet c arm & left leg restraint removed. — [signature] |
| 6/22/04 | 3 am | 4° restraints DC'd at this time. Pt. contracted for safety & returned to bedroom. Will monitor pt. closely. — [signature] |
| 6/22/04 | 3 AM 6 am | Pt rested well c̄ no further behavioral problems. Will monitor pt closely. — [signature] |
| 6/24/04 | 6:10 am | Pt Aeox, Maintained on close observation, denies any A/V hallucinations or suicidal ideation. Pt approx 4:30 am Nurse Ares reported to writer that pt was calling he a "bitch" as he walked by. Writer along with pt. Howard, he [illegible] talk with pt, he reported that he did not say anything directed toward this nurse. Pt did remain curing. Writer informed pt that he should not be curing at all. Pt agrees to stop. Therapist intervention effective @ this time. [signature] |

PROGRESS NOTES

Patient's Name _____  Hospital No. _____

| DATE | TIME | OBSERVATION, ACTION, OR POSSIBLE SOLUTION |
|------|------|-------------------------------------------|
| 6/23/4 | Cont. | |

He has the ability to present acting in a pseudo-psychotic manner, and convince even some seasoned staff of his illness. He appears to maintain an external locus of control, a disbelief that rules pertain to him also, and a dangerous disregard for others. He can exaggerate and provericate with ease.

This inmate/consumer left this writer's office and returned to the unit immediately launching some of his pseudo-psychotic behaviors to include, talking to non-existent people in the corner of the dayroom.

Glorienda Scott Cobb, MSW

24.)

STATE OF DELAWARE
DEPARTMENT OF HEALTH AND SOCIAL SERVICES

LEWIS, JIMMY          I   5/66
46443 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 ORK 4 AF 5
4 EDWIN PLACE NEWARK NJ 07112
MELBA JEAN LEWIS MOTH AREA 5
973-481-5028                05/21/2004

## DOCTOR'S ORDER SHEET

" Authorization is given to dispense a Generic Equivalent under Hospital Formulary System unless NO SUBSTITUTION (Or NO SUBS) is noted."

Name: _____     Facility: _____     Activity: _____     Case No.: _____

| DATE ORDERED | TIME | TREATMENT or MEDICATION | NOTED BY |
|---|---|---|---|
| 6/28/04 | 3ᵘ | | |
| 6/24 | | | |
| 6/24/04 | 1pm | 4° restrains for safety of self & others not to exceed 2 hrs. Pt. can be released earlier if calm. T.O. Dr. Cocchella / madbougine) cocchella _____ m._____ | |
| 6/24/04 | 3ᵖᵖ pm | Benadryl 50 mg po/im 40W pt. (Still pt. agitated) Renew 4 point restraint M. Cocchella, M.D _____ | Noted ___ 15pm 6/24/04 |
| 10/24/04 | 5 pm | Discharge pt on 6/25/04 back to the care of DOC. _____ | |
| 6/24/04 | pm | Continuation of above restraint order Staff may observe Pt. through two-way observation Mirror due to extreme aggressive behavior T.O. Dr. Cocchella / CT___ | 6/25/04 Noted Passed |
| 6/25 | pm | | |

Patient's Name  MELBA JEAN LEWIS  HOTH AREA 5
4 EDWIN PLACE NEWARK NJ 07112
973-481-5028    05/21/2004    Hospital No.

| DATE | TIME | OBSERVATION, ACTION, OR POSSIBLE SOLUTION |
|------|------|-------------------------------------------|

**6/24/04  14:__** continued:- at 1PM. will monitor pt closely and document any changes. _____

**6/24/04  1:30 pm**   MD Note ___  point

pt was placed on 4 restraints. Because of disruptive, agressive, threatening, towards staff.

Pt. was placed on 4 point restraint for his safety and other's safety. Mental status: pt. said he is upset. He denied any injury. He said sometimes cars ⊕ Att. HA does not understand why he did that ↑. Pt. seems to be angry. Alert. Plan: pt. will receive Bardin 150 mg now to keep pt sedated / drowsy to decrease possibility to hurt himself or others.

He already got PRN meds N2 hours ago. Geodon 20mg + Ativan 2mg + Benadryl 50mg.

He will have 2 hours now. M. Mcclell__, M.D.

DC restraints – [crossed out]

**6/27/04  1:50** Pt appears, ... lying in Seclusion from to 4 point restraint. It's seclusion remove due to continued agitated @ 2PM. Pt refusing to ... ... taking no ownership to his agressive behavior. Pt gives physical prn of Benadryl 50mg 2m @ advised of seclusion order. Pt was mix to start contract for safety of other. S the restraint were down graded to two & then two to increase compliance



EXIBIT M

**English**   Spanish   German   Italian   Portuguese   French   Japanese   Chinese   Korean

Disorders
Med Info
Diagnosis
DSM ™
Downloads
Glossary
Studies
Treatments
Resources
The Brain
Assessment
Fast Facts

FREE
Testing



### Haloperidol ( Haldol, Haldol Decanoate, Halperon )
( In Canada ( Apo-Haloperidol, Haldol LA, Novo-Peridol, Peridol, PMS-Haloperidol )

Haloperidol ( Haldol, Haldol Decanoate, Halperon ) is an antipsychotic drug of high-potency, strong tranquilizer. Haloperidol ( Haldol, Haldol Decanoate, Halperon ) is used in the treatment of acute psychosis, acute schizofrenia, manic phases, to control aggression, to control agitation, disorganized and psychotic thinking. It may also be used to help treat false perceptions. (E.g. hallucinations or delusions) or in the treatment of Gilles de la Tourette syndrome. To treat psychosis associated with dementia, depressions, or mania. This drug however is more likely to cause movement side effects like Tardive Dyskinesia, then most other antipsychotic drugs. Generally accepted uses not FDA approved include, adjuvant for in chronic pain, control vomiting from chemotherapy, ease refractory sneezing, control refractory hiccups, lessen delirium from LSD flashbacks, lessen delirium from phencyclidine intoxication, or may be helpful in autistic persons.

**CLASS:** Butyrophenone.
**Generic name:** Haloperidol, Haloperidol Lactate, and Haloperidol Decanoate.
**Type:** Antipsychotic.

**Strengths:**

Tables:
0.5mg, 1mg, 2mg, 5mg, 10mg, 20mg.

Concentrate:
2mg per ml

Injection:
5mg, 50mg per ml, 100mg per ml.

Decanoate is long-acting.

**Dosages:** Actual dosage must be determined by a physician.

Oral:

Start:  0.5mg to 2mg 2 or 3 times daily.
Increases:  0.5mg in 3 or 4 day intervals,  as needed.
Maintenance:  Low as possible in 24 hours.
Maximum:  100 mg in 24 hours.

### Normal dosage:

If under 18 years of age, Only if under the care of a child psychiatrist!
18 to 60 years of age, 0.5mg to 30mg daily.
Over 60 years of age, Lower dosage increased cautiously.

### Problems with:

Liver Function:  Lower dosage,  as needed.
Kidney Function:  High dosage with caution and only as needed.

### Test:

Before taking:  None.
While taking:  Haloperidol levels regularly.

**Take With:** Empty stomach and a full glass of water.

**Full Benefits In:** In several weeks.

**Missed Dose(s):** If within one hour take, if over an hour skip and then continue on your normal schedule.
Never Take a Double Dose!

**If Stop Taking:**  Do not stop without consulting your physician and never abruptly. Withdraws may include muscle spasms.

**Overdose symptoms include:**  Coma, Convulsions, profound drowsiness, tremor, or weakness.

## Warnings

Antacids containing aluminum or magnesium should not be taken one hour before taking this drug and never right after.

Only take this drug and Heterocyclic antidepressants with careful monitoring. Check with your physician if you are taking central nervous system depressants like antihistamines, hay fever medicines, sedatives, narcotics, anesthetics, barbiturates, or muscle relaxants. Check with your physician if you are taking a vasodilator (drug that dilate blood vessels.)

pulmonary ventilation and could result in complications, such as terminal bronchopneumonia.

**Occupational Hazards:**

Although haloperidol is a relatively nonsedating neuroleptic, sedation may occur in some patients. Therefore, physicians should be aware of this possibility and caution patients about the danger of participating in activities requiring complete mental alertness, judgement and physical coordination, such as driving and operating dangerous machinery.

Haloperidol may prolong the hypnotic action of barbiturates and may potentiate the effects of alcohol and other CNS depressant drugs such as anesthetics and narcotics; caution should therefore be exercised when it is used with agents of this type and adjustments in their dosage may be required.

to top

# Precautions

Administration to patients with severe cardiac involvement should be guarded, despite the fact that haloperidol is well tolerated by patients with cardiac insufficiency and that it has been used with favorable results to maintain the cardiovascular function of patients with excitive crises. In very rare instances, it has been felt that haloperidol was contributory to the precipitation of attacks in angina prone patients. Moderate hypotension may occur with parenteral administration or excessive oral doses of haloperidol; however, vertigo and syncope occur only rarely.

Haloperidol may lower the convulsive threshold and has been reported to trigger seizures in previously controlled known epileptics. When instituting haloperidol therapy in these patients, adequate anticonvulsant medication should be maintained concomitantly.

As with other antipsychotic agents, haloperidol should be administered cautiously to patients with severe impairment of liver or kidney function, and to patients with known allergies or history of allergies to other neuroleptic drugs. Caution is also advised in patients with pheochromocytoma and conditions predisposing to epilepsy, such as alcohol withdrawal and brain damage.

Haloperidol has lowered cholesterol concentrations in the serum and liver of monkeys. An accumulation of desmosterol has been observed in the serum of rats given repeated high doses (10 mg/kg) of haloperidol. In man, mild transient decreases in serum cholesterol were reported in preliminary studies. However, in a study involving a group of schizophrenic patients on extended medication, significant lowering of serum cholesterol was not observed with haloperidol, and there was no accumulation of desmosterol or 7-dehydrocholesterol. A significant lowering of cholesterol

temporarily discontinued.

However, considerable interpatient variability exists, and, although some individuals may tolerate higher than average doses of haloperidol, severe extrapyramidal reactions, necessitating discontinuation of the drug, may occur at relatively low doses. Administration of an antiparkinson agent is usually, but not always, effective in preventing or reversing neuromuscular reactions associated with haloperidol.

**Tardive dyskinesias:**

As with all antipsychotic agents, tardive dyskinesia may appear in some patients on long-term therapy or may appear after drug therapy has been discontinued. The risk appears to be greater in elderly patients on high dose therapy, especially females. The symptoms are persistent and in some patients appear to be irreversible. The syndrome is characterized by rhythmical, involuntary movements of the tongue, face, mouth or jaw (e.g. protrusion of tongue, puffing of cheeks, puckering of mouth, chewing movements). Sometimes these may be accompanied by involuntary movements of extremities.

There is no known effective treatment for tardive dyskinesia; antiparkinsonism agents usually do not alleviate the symptoms of this syndrome. It is suggested that all antipsychotic agents be discontinued if these symptoms appear. Should it be necessary to reinstitute treatment, or increase the dosage of the agent, or switch to a different antipsychotic agent, the syndrome may be masked. The physician may be able to reduce the risk of this syndrome by minimizing the unnecessary use of neuroleptic drugs and reducing the dose or discontinuing the drug, if possible, when manifestations of this syndrome are recognized, particularly in patients over the age of 50. It has been reported that fine vermicular movements of the tongue may be an early sign of the syndrome and if the medication is stopped at that time the syndrome may not develop.

Tardive dystonia, not associated with the above syndrome, has also been reported. Tardive dystonia is characterized by delayed onset of choreic or dystonic movements, is often persistent, and has the potential of becoming irreversible.

**Behavioral:**

Insomnia, depressive reactions, and toxic confusional states are the more common effects encountered. Drowsiness, lethargy, stupor and catalepsy, confusion, restlessness, agitation, anxiety, euphoria, and exacerbation of psychotic symptoms, including hallucinations, have also been reported.

**Cardiovascular:**

Tachycardia, hypertension and ECG changes including prolongation of the QT interval and ECG pattern changes compatible with the polymorphous configurations of torsades de pointes have been

# Geodon®

| | |
|---|---|
| Brand Name: | Geodon® |
| Active Ingredient: | ziprasidone |
| Strength(s): | 20 mg, 40, 60  and 80mg |
| Dosage Form(s): | Capsules |
| Company Name: | Pfizer Inc. |
| Availability: | Prescription only |
| *Date Approved by the FDA: | February 5, 2001 |

*Approval by FDA does not mean that the drug is available for consumers at this time.

## What is Geodon used for?

Geodon is an antipsychotic medicine. Antipsychotic medicines are used to treat symptoms of schizophrenia that may include:

- hearing voices, seeing things, or sensing things that are not there
- mistaken beliefs
- unusual suspiciousness
- becoming withdrawn from family and friends

## Who should NOT take Geodon?

Geodon can increase your chance of an abnormal heart rhythm (the way your heart beats) if you have certain heart conditions or take certain medicines. Therefore do not take Geodon if you have the following heart conditions:

- long QT syndrome (a specific heart rhythm problem)
- a recent heart attack
- severe heart failure
- certain irregularities of heart rhythm (discuss the specifics with your doctor)

Do not take Geodon if you are currently taking medications that should not be taken while you are taking Geodon, such as:

- dofetilide (Tikosyn®)
- sotalol (Betapace®)
- quinidine
- certain anti arrhythmics
- mesoridazine (Serentil®)
- thioridazine (Mellaril®)
- chlorpromazine (Thorazine®)
- droperidol (Inapsine®)
- pimozide (Orap®)

- sparfloxacin (Zagam®)
- gatifloxacin (Tequin)
- moxifloxacin (Avelox®)
- halofantrine (Halfan®)
- mefloquine (Lariam®)
- pentamadine (Pentam®)
- arsenic trioxide (Trisenox®)
- levomethadyl acetate (Orlaam®)
- dolasetron mesylate (Anzemet®)
- probucol (Lorelco®)
- tacrolimus (Prograf®)

Do not take Geodon if you are allergic to Geodon or any of the other ingredients of Geodon.

## General Precautions with Geodon:

Geodon may have a higher risk than some other medicines for schizophrenia because it may change the way the electrical current in the heart works more than some other drugs. We do not know whether this will be harmful, but some other medicines that cause this kind of change have sometimes caused rare dangerous heart rhythm problems. Because of this possible risk, Geodon should be used only after your doctor has considered this risk for Geodon against the risks and benefits of other medicines available for treating schizophrenia.

Dizziness, and sometimes fainting, caused by a drop in blood pressure may happen with Geodon, especially when you first start taking this medicine or when the dose is increased.

Because Geodon can cause sleepiness, be careful when operating machinery or driving a motor vehicle, until you know how this medicine affects you.

Geodon may interfere with the ability of your body to adjust to heat. Therefore, avoid high temperatures and high humidity.

Do not drink alcohol while taking Geodon.

## What should I tell my health care provider?

Only your health care provider can decide if Geodon is right for you. Before you start Geodon, be sure to tell your health care provider if you:

- are pregnant or plan on becoming pregnant. We do not know if Geodon can harm your baby.
- are breast-feeding. We do not know if Geodon can pass into your milk and if it can harm your baby.
- have or had any problem with the way your heart beats or any heart related illness or disease.
- any family history of heart disease or heart problems.
- have or had any problem with fainting or dizziness.
- have or had liver problems.
- have ever had an allergic reaction to Geodon or any of the other ingredients of Geodon capsules. Ask your doctor or pharmacist for a list of these ingredients.

Tell your health care provider about the medicines you take, including prescription and nonprescription medicines, vitamins, and herbal supplements. Some medicines can cause serious side effects if taken while you also take Geodon. Some medicines may affect how Geodon works, or Geodon may affect how your other medicines work. Check with your health care provider before starting any new prescription or non-prescription medicine, vitamin, or

Terms of Use |Privacy |About |Linking | Ad

Advertisement

Learn more about Abilify® (aripiprazole)
**Click here**



Health Square

Home > Drugs and Medicines > Geodon

**First Time ?** Guide to Prescription Drugs | Encyclopedia of Medicine


Drugs and Medicines

From Our Sponsors
• Seasonal allergies

• Lower your cholesterol and save money

*Brand name:*

# Geodon

*Pronounced: GEE-oh-dahn*
*Generic name: Ziprasidone hydrochloride*

Advertisement

Special Offers

Free Eczema Information Kit

Type 2 Diabetes Special Offer

## Why is this drug prescribed?

Return to top

Geodon is used in the treatment of the crippling mental disorder known as schizophrenia. Researchers believe that it works by opposing the action of serotonin and dopamine, two of the brain's major chemical messengers. Because of its potentially serious side effects, Geodon is typically prescribed only after other medications have proved inadequate.

Geodon is usually taken in capsule form. An injectable version is available for quick relief of agitated patients. Injectable Geodon is generally used for no more than a few days.

## Most important fact about this drug

Return to top

In some people with heart problems or a slow heartbeat, Geodon can cause serious and potentially fatal heartbeat irregularities. The chance of a problem is greater if you are taking a water pill (diuretic) or a medication that prolongs a part of the heartbeat known as the QT interval. Many of the drugs prescribed for heartbeat irregularities prolong the QT interval and should never be combined with Geodon. Other drugs to avoid when taking Geodon include Anzemet, Avelox, Halfan, Inapsine, Lariam, Mellaril, Nebupent, Orap, Orlaam, Pentam, Probucol, Prograf, Serentil, Tequin, Thorazine, Trisenox, and Zagam. If you're uncertain about

**HEALTH INFORMATION CENTER**

AIDS / HIV
Allergies
Anxiety
Arthritis
Asthma
Anxiety

Breast Cancer
Cardiac Disease
Cancer
Depression
Diabetes
Digestive Problems
Headaches
High Blood Pressure
High Cholesterol
Infections
Kidney Disease
Liver Disease
Migraines
Respiratory Problems
Sexually Transmitted
Diseases
Urological Conditions

Tequin, Thioridzine, Trisenox, and Zagam. If you're uncertain about the risks of any drug you're taking, be sure to check with your doctor before combining it with Geodon.

## How should you take this medication?

Return to top

Geodon capsules should be taken twice a day with food.

*--If you miss a dose...*

## Why is this drug prescribed?

Return to top

Geodon is used in the treatment of the crippling mental disorder known as schizophrenia. Researchers believe that it works by opposing the action of serotonin and dopamine, two of the brain's major chemical messengers. Because of its potentially serious side effects, Geodon is typically prescribed only after other medications have proved inadequate.

Geodon is usually taken in capsule form. An injectable version is available for quick relief of agitated patients. Injectable Geodon is generally used for no more than a few days.

## Most important fact about this drug

Return to top

In some people with heart problems or a slow heartbeat, Geodon can cause serious and potentially fatal heartbeat irregularities. The chance of a problem is greater if you are taking a water pill (diuretic) or a medication that prolongs a part of the heartbeat known as the QT interval. Many of the drugs prescribed for heartbeat irregularities prolong the QT interval and should never be combined with Geodon. Other drugs to avoid when taking Geodon include Anzemet, Avelox, Halfan, Inapsine, Lariam, Mellaril, Nebupent, Orap, Orlaam, Pentam, Probucol, Prograf, Serentil, Tequin, Thorazine, Trisenox, and Zagam. If you're uncertain about the risks of any drug you're taking, be sure to check with your doctor before combining it with Geodon.

## How should you take this medication?

Return to top

Geodon capsules should be taken twice a day with food.

*--If you miss a dose...*

Take it as soon as you remember. If it is almost time for your next

dose, skip the one you missed and go back to your regular schedule. Do not take 2 doses at once.

*--Storage instructions...*

Store at room temperature.

## What side effects may occur?

Return to top

Side effects cannot be anticipated. If any develop or change in intensity, inform your doctor as soon as possible. Only your doctor can determine if it is safe for you to continue taking Geodon.

- *More common side effects may include:*
  Accidental injury, cold symptoms, constipation, cough, diarrhea, dizziness, drowsiness, dry mouth, indigestion, muscle tightness, nausea, rash, stuffy and runny nose, upper respiratory infection, vision problems, weakness

- *Other side effects may include:*
  Abdominal pain, abnormal body movements, abnormal ejaculation, abnormal secretion of milk, abnormal walk, abnormally low cholesterol, agitation, amnesia, anemia, bleeding gums, bleeding in the eye, blood clots, blood disorders, blood in urine, body spasms, breast development in males, bruising or purple spots, cataracts, chest pain, chills, clogged bowels, confusion, conjunctivitis (pinkeye), coordination problems, decreased blood flow to the heart, delirium, difficulty breathing, difficulty swallowing, difficulty with orgasm, double vision, dry eyes, enlarged heart, eyelid inflammation, female sexual problems, fever, flank pain, flu-like symptoms, fungal infections, gout, hair loss, heavy menstruation, heavy uterine or vaginal bleeding, high blood pressure, high blood sugar, hives, hostility, impotence, increased reflexes, increased sensitivity to touch or sound, inflammation of the cornea, inflammation of the heart, involuntary or jerky movements, irregular heartbeat, liver problems, lockjaw, loss of appetite, loss of menstruation, low blood sugar, low blood pressure, low body temperature, lymph disorders, male sexual problems, muscle disorders, muscle pain, muscle weakness, nighttime urination, nosebleed, pneumonia, prickling or tingling sensation, rapid heartbeat, rectal bleeding, rigid muscle movement, ringing in ears, rolling of the eyeballs, sensitivity to sunlight, skin problems, slow heartbeat, slowed movement, speech problems, stroke, sudden drop in blood pressure upon standing up, swelling in the arms and legs, swelling in the face, swollen lymph nodes, swollen tongue, tarry stools, tendon inflammation, thirst, throat spasms, thyroid disorders, tremor, twitching, uncontrolled eye movement, urination decrease or increase, vaginal bleeding, vein inflammation, vertigo, vision disorders, vomiting, vomiting or spitting blood, yellowed skin and eyes, weight gain, white spots in the mouth

Advertisement



**Free Arthritis Information**

Home > Drugs and Medicines > Seroquel

**First Time ?** Guide to Prescription Drugs | Encyclopedia of Medicine



Drugs and Medicines

*Brand name:*

# Seroquel

*Pronounced: SER-oh-kwell*
*Generic name: Quetiapine fumarate*

From Our Sponsors

• Do you have Arthritis?

• Lower your cholesterol and save money



## Why is this drug prescribed?

Return to top

Seroquel combats the symptoms of schizophrenia, a mental disorder marked by delusions, hallucinations, disrupted thinking, and loss of contact with reality. It is the first in a new class of antipsychotic medications. Researchers believe that it works by diminishing the action of dopamine and serotonin, two of the brain's chief chemical messengers.

## Most important fact about this drug

Return to top

Seroquel may cause tardive dyskinesia--a condition characterized by uncontrollable muscle spasms and twitches in the face and body. This problem can be permanent, and appears to be most common among older adults, especially women.

## How should you take this medication?

Return to top

Your doctor will increase your dose gradually until the drug takes effect. If you stop Seroquel for more than 1 week, you'll need to build up to your ideal dosage once again.

*--If you miss a dose...*

Take it as soon as you remember. If it is almost time for the next dose, skip the one you missed and go back to your regular schedule. Do not take 2 doses at once.

*--Storage instructions...*

Advertisement

Special Offers

Free Eczema Information Kit

Type 2 Diabetes Special Offer

**HEALTH INFORMATION CENTER**

AIDS / HIV
Allergies
Anxiety
Arthritis
Asthma
Anxiety

Store at room temperature.

# What side effects may occur?

Return to top

Side effects cannot be anticipated. If any develop or change in intensity, inform your doctor as soon as possible. Only your doctor can determine if it is safe for you to continue taking Seroquel.

- *More common side effects may include:*
  Abdominal pain, constipation, diminished movement, dizziness, drowsiness, dry mouth, excessive muscle tone, headache, indigestion, low blood pressure, nasal inflammation, neck rigidity, rapid heartbeat, rash, tremor, uncontrollable movements, weakness

- *Less common side effects may include:*
  Back pain, cough, difficulty breathing, difficulty speaking, ear pain, fever, flu, loss of appetite, palpitations, sore throat, sweating, swelling, weight gain

- *Rare side effects may include:*
  Abnormal dreams, abnormal ejaculation, abnormal vision, abnormal gait, abnormal thinking, acne, alcohol intolerance, amnesia, arthritis, asthma, bleeding gums, bone pain, bruising, chills, confusion, conjunctivitis (pinkeye), dehydration, delusions, diabetes, difficulty swallowing, dry eyes, ear ringing, eczema, eye pain, face swelling, fungal infection, gas, gum inflammation, hallucinations, heavy menstruation, hemorrhoids, impotence, increased appetite, increased sex drive, increased salivation, irregular pulse, itching, jerky or irregular movement, joint pain, lack of emotion, lack of coordination, leg cramps, loss of menstruation, low blood sugar, manic reaction, migraine, mouth sores, muscle weakness, neck pain, nosebleeds, painful menstruation, painful urination, paralysis, paranoia, pelvic pain, pneumonia, rash, rectal bleeding, seborrhea, sensitivity to light, skin inflammation or ulcer, slow heart rate, stomach and intestinal inflammation, stupor, swollen testicles, taste disturbances, teeth grinding, thirst, tongue swelling, twitching, uncontrollable bowel movements, underactive thyroid, urinary frequency or incontinence, urinary retention, urinary tract infection, vaginal bleeding, vaginal inflammation, vaginal yeast infection, vertigo, weight loss

# Why should this drug not be prescribed?

Return to top

If Seroquel gives you an allergic reaction, you will not be able to use this drug.

# Special warnings about this medication

Return to top

If you develop muscle stiffness, confusion, irregular or rapid heartbeat, excessive sweating, and high fever call your doctor immediately. These are signs of a serious--and potentially fatal--reaction to the drug. Be especially wary if you have a history of heart attack, heart disease, heart failure, circulation problems, or irregular heartbeat.

Particularly during the first few days of therapy, Seroquel can cause low blood pressure, with accompanying dizziness, fainting, and rapid heartbeat. To minimize these effects, your doctor will increase your dose gradually. If you are prone to low blood pressure, take blood pressure medication, or become dehydrated, use Seroquel with caution.

Seroquel also tends to cause drowsiness, especially at the start of therapy, and can impair your judgment, thinking, and motor skills. Until you are certain of the drug's

Breast Cancer
Cardiac Disease
Cancer
Depression
Diabetes
Digestive Problems
Headaches
High Blood Pressure
High Cholesterol
Infections
Kidney Disease
Liver Disease
Migraines
Respiratory Problems
Sexually Transmitted Diseases
Urological Conditions



- Aciphex Side Effects
- Actonel Side Effects
- Actos Side Effects
- Advair Side Effects
- Agrylin Side Effects
- Altace Side Effects
- Aricept Side Effects
- Arimidex Side Effects
- Avalide Side Effects
- Avandia Side Effects
- Bextra Side Effects
- Biaxin Side Effects
- Calan Side Effects
- Casodex Side Effects
- Celebrex Side Effects
- Celexa Side Effects
- Clarinex Side Effects
- Claritin Side Effects
- Coreg Side Effects
- Cozaar Side Effects
- Crestor Side Effects
- Depakote Side Effects
- Detrol Side Effects
- Diovan Side Effects
- Ditropan Side Effects
- Effexor Side Effects
- Evista Side Effects
- Femara Side Effects
- Flomax Side Effects
- Fosamax Side Effects
- Hyzaar Side Effects
- Inderal Side Effects
- Lamisil Side Effects
- Lipitor Side Effects
- Lotensin Side Effects
- Lupron Side Effects
- Metformin Side

## Effexor

Primary Drug Name: *Effexor*







### Why is this Effexor medication prescribed?

Effexor/Venlafaxine, an antidepressant (mood elevator), is used to treat depression.

This Effexor medication is sometimes prescribed for other uses; ask you doctor or Effexor pharmacist for more Effexor information.

### How should this Effexor medicine be used?

Effexor/Venlafaxine comes as a tablet to take by mouth. Effexor is usua taken two or three times a day and should be taken with food. Follow th Effexor directions on your Effexor prescription label carefully, and ask y doctor or Effexor pharmacist to explain any part you do not understand. Take Effexor/venlafaxine exactly as directed. Do not take more or less Effexor or take Effexor more often than prescribed by your doctor.

Continue to take Effexor/venlafaxine even if you feel well. Do not stop taking Effexor/venlafaxine without talking to your doctor, especially if yo have taken large Effexor doses for a long time. Your doctor probably wi want to decrease your Effexor dose gradually. This Effexor drug must b taken regularly for a few weeks before Effexor's full effect is felt.

### What special Effexor precautions should I follow?

Before taking Effexor/venlafaxine,

- tell your doctor and pharmacist if you are allergic to Effexor/venlafaxine or any other drugs.
- Tell your doctor and pharmacist what other prescription and nonprescription drugs you are taking, especially anticoagulants

Effects
- Mevacor Side Effects
- Monopril Side Effects
- Neurontin Side Effects
- Nexium Side Effects
- Nolvadex Side Effects
- Norvasc Side Effects
- Paxil Side Effects
- Plavix Side Effects
- Pravachol Side Effects
- Premarin Side Effects
- Prevacid Side Effects
- Prilosec Side Effects
- Prinivil Side Effects
- Procardia Side Effects
- Proscar Side Effects
- Protonix Side Effects
- Prozac Side Effects
- Sinemet Side Effects
- Singulair Side Effects
- Soriatane Side Effects
- Synthroid Side Effects
- Tamoxifen Side Effects
- Tenormin Side Effects
- Tiazac Side Effects
- Topamax Side Effects
- Toprol Side Effects
- Tricor Side Effects
- Vioxx Side Effects
- Wellbutrin Side Effects
- Xeloda Side Effects
- Zocor Side Effects
- Zoloft Side Effects
- Zyprexa Side Effects

[warfarin (Coumadin)]; cimetidine (Tagamet); indinavir (Crixivan); lithium (Eskalith, Lithobid), medication for high blood pressure; muscle relaxants; sedatives; sleeping pills; tranquilizers; and vitar

- tell your doctor if you have or have ever had difficulty urinating, elevated intraocular pressure, or liver, kidney, or heart disease.
- tell your doctor if you are pregnant, plan to become pregnant, or a breast-feeding. If you become pregnant while taking Effexor/venlafaxine, call your doctor immediately.
- if you are having surgery, including dental surgery, tell the doctor dentist that you are taking Effexor/venlafaxine.
- you should know that this Effexor drug may make you drowsy. Do drive a car or operate machinery until you know how this Effexor affects you.
- remember that alcohol can add to the drowsiness caused by this Effexor drug.

## Effexor Side Effects

Side effects from Effexor/venlafaxine are common:

- upset stomach
- drowsiness
- weakness or tiredness
- excitement or anxiety
- insomnia
- nightmares
- dry mouth
- skin more sensitive to sunlight than usual
- changes in appetite or weight
- headache

Tell your doctor if any of these Effexor symptoms are severe or do not g away:

- constipation
- difficulty urinating
- frequent urination
- blurred vision
- changes in sex drive or ability
- excessive sweating

If you experience any of the following Effexor symptoms, call your docto immediately:

- *Buy Cheap Ultram (Tramadol) Online*
- *Diabetes*
- *SEO / SEM*
- *Art*
- *Canada Drugs*
- *Canadian Pharmacy*
- *eDrugNet Online Pharmacy/Drugstore*

- jaw, neck, and back muscle spasms
- slow or difficult speech
- shuffling walk
- persistent fine tremor or inability to sit still
- fever
- difficulty breathing or swallowing
- severe skin rash
- yellowing of the skin or eyes
- irregular heartbeat

## Important Effexor Information

Before starting EFFEXOR XR (venlafaxine HCl) Capsules, tell your doc about any medicines you're taking, including over-the-counter drugs an herbal supplements. People taking MAO inhibitors should not take EFFEXOR XR. Pregnant or nursing women shouldn't take any antidepressant without consulting their doctor. Side effects with EFFEX XR may include anorexia, constipation, dizziness, dry mouth, ejaculatio problems, impotence, insomnia, nausea, nervousness, sleepiness, sweating, and weakness. EFFEXOR XR may raise blood pressure in so patients, so blood pressure should be monitored regularly. EFFEXOR X may impair judgment, thinking, or motor skills; patients should exercise caution until they have adapted to therapy. When people suddenly stop using or quickly lower their daily dose of EFFEXOR XR, discontinuatior symptoms may occur. Talk to your doctor before discontinuing or reduc your dose of EFFEXOR XR. Ask your doctor if EFFEXOR XR is right fo you. Ask your doctor for additional information about EFFEXOR XR.

## What about weight gain or jitteriness?

In studies with EFFEXOR XR, there was a low incidence of weight gain jitteriness (agitation). To learn how EFFEXOR XR has helped others ge back to their lives again, see Personal Stories.

Try to be patient about the treatment process. Just as depression, generalized anxiety disorder, and social anxiety disorder do not happer overnight, it takes time to feel better. It usually takes 6 to 8 weeks to fee the full benefits of EFFEXOR XR. Results may vary among individuals. the best way to ensure that you return to feeling like yourself again is to take your medication every day, as instructed by your doctor.

The goal is to reduce or virtually eliminate your symptoms and get back your life again. If symptoms of depression and associated symptoms of anxiety are interfering with your life, and you're not where you want to b ask your doctor about EFFEXOR XR, a treatment option that may help get back to doing your favorite activities again.

**Grow wild**

Discover how to turn your backyard into a wildlife haven.

Public Service Ads by Google

# Delaware Psychiatric Center
## Forensic Unit
### (Jane E. Mitchell Building)

### Forensic Psychiatric Evaluation

**Examinee:**           **Jimmy Lewis**              ID #: 0305016966

Date of Birth:        25 December 1966 (Current Age: 38)
Examiner:             Sylvia Foster, M.D.
Period of Evaluation: 21 May 2004 - present
Date of Report:       10 June 2004

## REASON FOR EVALUATION:

Mr. Lewis was referred to The Delaware Psychiatric Center (DPC) for forensic psychiatric evaluation by *Motion and Order* of the Honorable Charles H. Toliver, In the Superior Court of the State of Delaware, In and For New Castle County, on 1 December 2003, to determine his competency to stand trial and to obtain treatment for his own well-being.

## NOTIFICATION:

Upon admission to the Forensic Unit, Mr. Lewis was informed that he was being evaluated by Court Order, and that the results of all evaluations performed during this admission would not remain confidential, but would be disseminated to the Court, the prosecution, and his attorney.

## EXAMINER:

Medical Doctor specializing in Psychiatry with Board Certification, sub-specializing in Forensic Psychiatry

## LIST OF CHARGES:

Carjacking 2nd Degree
Theft $1000 or greater
Resisting Arrest

## SOURCES OF INFORMATION:

Face-to-face interview with Mr. Lewis on 21 May 2004 and various times thereafter
on the Forensic Unit at DPC
Superior Court Criminal Docket

Seven page statement by Mr. Lewis regarding his social and legal history and his account
   of the crime, undated
Medical Records, Delaware Psychiatric Center, 21 May 2004 – present
Medical Records, First Correctional Medical (FCM), 5 March 2003 – 31 March 2004
Case Charge List
Complaint and Warrant
Exhibit A & B
Charge History Record
Letter from Donald Napolin, LSCW, to The Honorable Charles H. Toliver, 5 May 2004

## CURRENT MEDICATIONS:

Seroquel 50 mg twice daily for anger management and impulse control
Atenolol 25 mg daily for hypertension

## BACKGROUND INFORMATION:

Mr. Lewis was a 38-year-old African American male who presented to the Mitchell
Building based on an evaluation by Dr. Joshi, a prison psychiatrist. Dr. Joshi described
Mr. Lewis on 27 May 2003 as "psychotic and delusional, a danger to self and others,
refusing to take medication." He had assaulted a Correctional Officer, and was
transferred to the infirmary. Mr. Lewis was described as saying, "I can't distinguish
between right and wrong. I am hearing voices telling me to hurt myself and I'm seeing
shadows."

Mr. Lewis had been incarcerated on 17 November 2003 and convicted of Carjacking,
Theft and Resisting Arrest. According to the police report, Mr. Lewis was picked up by a
male driver who was out looking for a male companion for the evening. Mr. Lewis
allegedly attempted to rob the driver, at which point the driver jumped out of the vehicle
in fear, and Mr. Lewis drove off with the car. He allegedly resisted arrest when caught,
and was identified by the driver as the person who stole his car.

According to FCM records, Mr. Lewis was "flirtatious" at times, and had to be redirected
for asking personal questions of the mental health examiner. She confronted his
"narcissism and attention-seeking behaviors," and questioned the diagnosis of
Schizophrenia that had been given him by the physician. Mr. Lewis refused all
medication, requesting only Xanax and Valium (highly addictive drugs of the
Benzodiazepine family). He asked for art materials, and pornography, stating that these
items would be very helpful. He presented with, "broad mood and good eye contact, with
no suicidal, homicidal ideation and no auditory or visual hallucinations." He was
frequently argumentative and loud. He was observed wearing "paper horns," saying, that
they made him feel more comfortable. "It helps me deal with whatever I'm going
through. The horns are like a mask. If I deal with these things within me, I'll be a better
person, being unjustly accused." He was also described as calm and controlled. He
spoke of hearing voices but stated, "I don't know whether it's voices or just my

thoughts." Mr. Lewis stated later that he wore the paper horns and the cat's eye contact lenses for the "scare" factor.

Not much is known about Mr. Lewis' legal history as he is from out of state. However, he said that he had been in prison for six or seven years in New Jersey, from about 1993 to 2000. He added that he had been sentenced to six years for Robbery, "I pick-pocketed somebody," but his jail time had been prolonged for fighting.

Mr. Lewis had no psychiatric history. He saw a counselor as a child in New Jersey where he grew up. At first he said he didn't remember why, but shortly thereafter remembered that it was because his mother had become involved in a Lesbian relationship. "I didn't approve of it and I voiced my opinion to her, and I started misbehaving. I didn't like the lady and I didn't like the idea of the relationship." He went on to explain, "I might have accepted it if it had been presented to me differently, but I saw this lady actually twist my mother's arm to tell me about the [Lesbian nature of the] relationship. I had thought they were just close friends." Mr. Lewis' mother told the team social worker that he had been attention-seeking as a youth, and that he felt no one ever paid enough attention to him. She said he always felt that whatever someone was doing, they should stop, and attend to his needs. He blamed his mother for his current problems due to her homosexual affair. His parents had separated when Mr. Lewis was two years old, at which time Mr. Lewis' father had gone to live in North Carolina.

Mr. Lewis stated that he had been employed in construction and as a porter. "Whatever job was open, I was doing it." However, he added, "I've been fired more than ten times." The longest job he ever held was three months. "I would always argue, or go in late, and I'd get fired." He admitted to selling drugs off and on. "That's what I had to do to have money. Then I got to selling bootleg CD's and DVD's."

Mr. Lewis dropped out of the tenth grade, but later obtained a GED. He changed that idea later, and said that he had a high school diploma. His mother maintained that he actually had a GED. He said, "She thought wrong." He attended the American Business Institute, but did not stay long, ending up owing them money. He related that he had been attending commercial drivers' school to drive eighteen-wheelers just prior to his incarceration. "It was going to be my first job; Poland Springs was going to hire me."

Mr. Lewis stated that he been shot by a police officer ten years ago, with gunshot wounds to the left hip and left arm. He had history of hypertension for which he was being medicated, and history of kidney infection. He had no other significant medical or surgical history.

Mr. Lewis had never married, stating, "Every time I get into a relationship, we always argue." He was with one girlfriend off and on for eight years.

Mr. Lewis reported that he began drinking alcohol in his teens, with his last use just prior to incarceration. He had history of blackouts, but did not elaborate. He denied heavy

use. He also admitted to smoking marijuana sixteen years ago, but denied all other illicit drug use. It was considered probable that he was minimizing his addiction issues

HOSPITAL COURSE:

Mr. Lewis became verbally unresponsive, selectively mute, and categorically refused to answer any questions on the day of admission. He also refused the initial physical examination. Later the same day, Mr. Lewis was observed interacting in a normal manner on the unit. Several days later, the initial examinations were completed without problem. He eventually explained that he had not felt like speaking on the first day.

Mr. Lewis' hospital course has been complicated by his aggressive, assaultive behavior. He was overheard making physical threats, observed taunting and laughing at his peers, taking pleasure in embarrassing them, and was
                                                  . He complained of hearing voices sporadically but displayed no evidence of preoccupation with internal stimuli when he believed he was not being observed.

The team psychologist described Mr. Lewis in the following manner in the anger management group: arrogant, disruptive and instigating. While the other older patients tried to have a calming influence, Mr. Lewis displayed no sense of boundaries or respect for authority. She added that there was nothing odd or bizarre about his behavior that would suggest a psychotic disorder. Other therapists noted that he was disruptive in the group setting, talking out of turn, and making obscene comments while watching educational videos. When evaluated by the team, he made it clear that he would rather be at DPC rather than in jail in order to "get some help." When asked what help he needed, or what we could do for him, he answered he didn't know.

One staff member stated that she found Mr. Lewis to be engaging, intelligent and articulate, but noted his sense of entitlement, and his demand that things be done his way. Mr. Lewis stated that he needs to do "outlandish things" to get attention, such as wearing paper horns and wearing his cat's eye lenses. It was explained to him that he would not be allowed to wear his paper horns at any time while at DPC, after he placed them on his head at one point. He understood, and did not attempt to wear them again. He was noted to attempt to intimidate one female therapist by facing her in the hallway and stating, "I just want to get my point across that whatever you said about me in team meeting was wrong and derogatory."

On 6/7/04, a special meeting with Mr. Lewis was called to address his grossly inappropriate behavior on the unit the night before. He was angered by not receiving a certain salad at dinner to which he believed he was entitled, and assaulted a peer and a staff member, escalating to the point where he was difficult to redirect. In summary, he was noted to be disruptive in the group setting, to taunt his peers, to intimidate and flirt with therapists, and to make obscene comments. There were reports to the contrary by other staff members who reported that Mr. Lewis was cooperative and helpful in the milieu, tending to get loud and demanding at times when he felt his needs were not being met in a timely fashion.

Initially, Mr. Lewis was prescribed no psychotropic medication, as there was no evidence of a mood disorder, and no evidence of psychosis. However, Seroquel was begun after it became evident that Mr. Lewis had difficulty managing his anger, and controlling his impulses.

CURRENT MENTAL STATUS EXAM:

Mr. Lewis presented with shaved head, and was appropriately dressed. He was cooperative, and able to sit quietly for the examination with no abnormal motor activity. His speech was normal in rate, tone and volume, and there was no evidence of loud, pressured speech. He stated that his mood was "sensitive, and easily irritated." His affect was full range. His thought processes, assessed by the verbalizations of his thoughts and feelings, were goal directed; there was no evidence of loosening of associations or tangentiality. His thought content displayed no delusions. He was not thinking about suicide, although he maintained that he had been thinking about it. "But I don't really want to do it." He was not thinking about hurting others, and stated, "I'm not on the defensive unless there's a reason." He denied obsessions, compulsions, racing thoughts, paranoia, delusions, special powers, hyper-religiosity, and grandiosity. His cognitive functions were intact grossly. His insight and judgment were considered intact.

COMPETENCY ASSESSMENT:

Mr. Lewis was presented the questions to the McGarry Criteria as cited in State of Delaware v. Joseph A. Shields, 593 A.2nd, 986 (Del. Super. 1990), p. 1000. Based upon the present examination, Mr. Lewis demonstrated that he does have sufficient present capacity to consult with an attorney with a reasonable degree of rational understanding of court procedures. He is fully able to understand the nature of the proceedings against him, to give evidence in his own defense and to instruct counsel on his behalf.

It should be noted that Mr. Lewis handed out a highly articulate, well-written explanation of his actions on the day of the alleged crime. It reveals a high level of education and intelligence, and highlights his excellent ability to give evidence in his own defense and to instruct counsel on his behalf.

DIAGNOSIS:[1]

| | |
|---|---|
| Axis I: | Malingering; Alcohol Abuse; History of Conduct Disorder |
| Axis II: | Antisocial Personality Disorder |
| Axis III: | Hypertension |
| Axis IV: | Psychosocial and Environmental Problems: Incarceration |
| Axis V: | Global Assessment of Functioning (GAF) Scale (1 – 100): 50 |
| | Serious impairment in social and occupational functioning |

---

[1] American Psychiatric Association: Diagnostic and Statistical Manual of Mental Disorders, Fourth Edition, Text Revision. Washington, DC, American Psychiatric Association, 2000.

## OPINION:

The opinions expressed in this report are held with a reasonable degree of medical certainty, and are based upon the direct examination of Mr. Lewis, the observations reported by staff and therapists on the Forensic Unit, and the previous reports and records available for review. These opinions are subject to change if additional information or records become available.

### Assessment:

The essential feature of Malingering is the intentional production of false or grossly exaggerated physical or psychological symptoms, motivated by external incentives such as getting out of prison into a psychiatric unit. Malingering should be strongly suspected in the presence of Antisocial Personality Disorder.

Mr. Lewis demonstrated no evidence of a mood disorder or psychosis during his admission to DPC, and it is not likely that he ever had Schizophrenia or any other chronic psychotic disorder.

## SUMMARY OF OPINIONS AND RECOMMENDATIONS:

1.  Mr. Lewis is psychiatrically stable and can be returned to prison.

2.  It is my opinion that Mr. Lewis is competent to stand trial.

3.  It is my opinion that, as in the case of many people with Antisocial Personality Disorder, Mr. Lewis may need to remain on his medication to help with anger management and impulse control

4.  Any threats made by Mr. Lewis to harm himself or others should be taken seriously as he is highly manipulative and will stop at little to obtain his goals.

Sylvia Foster, M.D.
Forensic Psychiatrist

*RECEIVED LEGAL MAIL
MS. SUTTON 12/29/04*

# SUPERIOR COURT
OF THE
## STATE OF DELAWARE

CHARLES H. TOLIVER, IV
JUDGE

NEW CASTLE COUNTY COURTHOUSE
500 NORTH KING STREET, SUITE 10400
WILMINGTON, DELAWARE 19801-3733
TELEPHONE (302) 255-0657

December 14, 2004

Mr. Jimmie Lewis, #506622
Howard R. Young Correctional Institution
P.O. Box 9561
Wilmington, DE 19809

**RE:  Lewis v. Williams**
**C. A. No. 04M-11-098**

Dear Mr. Lewis:

I have now had the opportunity to review your petition seeking the issuance of a writ of habeas corpus which was filed with the Prothonotary on November 29, 2004. It is based upon that review that I must decline to grant the relief you seek.

More specifically, your petition seems to complain that you were not returned from the Delaware Psychiatric Center to the custody of the Department of Correction as requested by Ms. Stachowski, Director of the Delaware Psychiatric Center, on June 16, 2004. On June 22, 2004, I granted the aforementioned request on Ms. Stachowski's correspondence. On June 29, that document was filed with the Prothonotary. Please refer to the copy of the enclosed docket, entry number 41.

It appears that your petition does not contain any other basis for relief. Accordingly, your petition must be **denied**, as it does not state a claim upon which such a writ may be issued.

Page Two
**RE:  Lewis v. Williams**
        <u>**C. A. No. 04M-11-098**</u>


**IT IS SO ORDERED.**

Sincerely yours,

Charles H. Toliver, IV
Judge


CHT,IV/ld
Enclosures
oc:   Prothonotary
cc:   Investigative Services
        Dianne Stachowski, MSN, RN, CS
        Warden Raphael Williams, H.R.Y.C.I.
        H.R.Y.C.I. Records Division

255-4439

4/



**DELAWARE HEALTH
AND SOCIAL SERVICES**

DIVISION OF SUBSTANCE
ABUSE AND MENTAL HEALTH

DELAWARE PSYCHIATRIC CENTER

June 15, 2004

RECEIVED
JUN 2 1 2004
JUDGE TOLIVER'S OFFICE

Re: Jimmy Lewis
    ID# 0305016966

Dear Judge Toliver:

    The Forensic Evaluation Team have completed their evaluation and treatment on Jimmy Lewis ID# 0305016966. We are requesting from the court a court order allowing us: *To transfer Jimmy Lewis back to DOC*.

    If there are any questions or concerns regarding this request, please contact me at (302) 255-9701. For the court's convenience my fax number is (302) 255-4439.

Respectfully,

*Dianne Stachowski*

So ordered.
*Toliver*
6/28/04

2004 JUN 29 PM 4: 14

FILED
PROTHONOTARY

Dianne Stachowski, MSN, RN, CS
Forensic Unit Director
Mitchell Building

CC: Renata Henry, Director, DSAMH
    Ranga N. Ram, MD, Medical Director

```
                    SUPERIOR COURT CRIMINAL DOCKET              Page    7
                         ( as of  11/30/2004 )

State of Delaware v.  JIMMY LEWIS                        DOB: 12/25/1966
State's Atty: BRIAN J ROBERTSON , Esq.       AKA:
Defense Atty: JOHN S EDINGER , Esq.

        Event
No.     Date          Event                             Judge
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
        DIRECTED TO YOU.  JOHN EDINGER
        REFERRED BY: S. NAPIER
56      10/08/2004
        DEFENDANT'S REQUEST FILED.
        REQUEST TO HAVE DOCKET ENTRY #54 CORRECTED.  ERROR CORRECTED 10/12/04.
        NOTICE OF REQUESTED CORRECTION SENT TO DEFENDANT.
57      10/19/2004
        NOTICES OF SERVICE (SEVERAL SEE FILE)
        REQUEST FOR A FULL AND FAIR EVIDENTIARY HEARING TO DETERMINE MATERIAL
        FACTS TO ALLEDGED DENIALS OF CONSTITUTIONAL RIGHTS.
59      10/29/2004
        NOTICE OF SERVICE
58      11/02/2004
        NOTICE OF SERVICES
60      11/03/2004
        NOTICE OF SERVICES
61      11/09/2004
        NOTICE OF SERVICES.
62      11/15/2004
        NOTICE OF SERVICE
        APPLICATION FOR CERTIFICATION TO THE SUPREME COURT OF DELAWARE
63      11/16/2004
        NOTICE OF SERVICE
        DOCUMENTS THE DEFENDANT WANTS THE COURT TO REVIEW.
64      11/17/2004
        NOTICE OF SERVICE

                *** END OF DOCKET LISTING AS OF  11/30/2004 ***
                        PRINTED BY: CSCKBAT
```