TO: The United States District Court Clerk

From: Mr. Jimmie Lewis

I writing to inform the Court that I have been transferred to another facility, please forward all mail to the address listed below

CIV A NO. 04-1350 GMS
CIV A NO. 05-051 GMS
CIV A NO. 05-052 GMS
CIV A NO. 05-013 GMS

FILED
APR 18 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

CC: ROB

DATE: 4-13-05

Jimmie Lewis
SBI # 506602, SHU-D-11
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

IM Jimmie Lewis
SBI# 5U6622 UNIT D-11-U
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S X-RAY

U.S. DISTRICT COURT CLERK
J. CALEB BOGGS FEDERAL BUILD
844 N. KING ST., LOCKBOX 18
WILMINGTON, DELAWARE
19801

SMYRNA DE APR 15 '05
U.S. POSTAGE 0.37