IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JIMMIE LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 04-1350 (GMS) |
| | ) | |
| | ) | |
| | ) | |
| DR. SYLVIA FOSTER, STAFF | ) | |
| MEMBERS, THE DELAWARE | ) | |
| PSYCHIATRIC CENTER and | ) | |
| MR. GREY, | ) | |
| | ) | |
| Defendants. | ) | |

### ENTRY OF APPEARANCE

**WITHOUT WAIVER** of any affirmative defenses, including but not limited to lack of jurisdiction insufficiency of process, failure to state a claim upon which relief can be granted and/or statute of limitations;

**PLEASE ENTER THE APPEARANCE** of Cynthia G. Beam, Esquire on behalf of Defendant, Dr. Sylvia Foster.

**REGER RIZZO KAVULICH & DARNALL LLP**

*/s/ Cynthia G. Beam, Esquire*
**Cynthia G. Beam, Esquire**
**Delaware State Bar I.D. No. 2565**
**1001 Jefferson Plaza, Suite 202**
**Wilmington, DE 19801**
**(302) 652-3611**
**Attorney for Defendant Dr. Sylvia Foster**

Dated: June 9, 2005

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JIMMIE LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 04-1350 (GMS) |
| | ) | |
| | ) | |
| | ) | |
| DR. SYLVIA FOSTER, STAFF | ) | |
| MEMBERS, THE DELAWARE | ) | |
| PSYCHIATRIC CENTER and | ) | |
| MR. GREY, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify on this 9th day of June, 2005 that two true and correct copies of the Entry of Appearance have been served by first class mail, postage prepaid, upon the following:

> Jimmie Lewis
> SBI#506622
> H.R.Y.C.I.
> P.O. Box 9561
> Wilmington, DE 19809

**REGER RIZZO KAVULICH & DARNALL, LLP**

*/s/ Cynthia G. Beam, Esquire*
**Cynthia G. Beam, Esquire**
**Delaware State Bar I.D. No. 2565**
**1001 Jefferson Plaza, Suite 202**
**Wilmington, DE  19801**
**(302) 652-3611**
**Attorney for Defendant**

Dated:   June 9, 2005