**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JIMMIE LEWIS, )<br>  )<br>  Plaintiff, )<br>  )<br>  v. )   C.A. No. 04-1350-GMS<br>  )<br>DR. SYLVIA FOSTER, STAFF )<br>MEMBERS, THE DELAWARE )<br>PSYCHIATRIC CENTER and )<br>MR. GREY, )<br>  )<br>  Defendants. ) | |

**DEFENDANT ROBERT GRAY'S MOTION TO DISMISS PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**

COMES NOW, Defendant, Robert Gray, erroneously referenced in the complaint as "Mr. Grey", by and through undersigned counsel, and hereby respectfully request that this Honorable Court enter an Order, pursuant to Rule 12 (b)(6) of the Federal Rules of Civil Procedure, dismissing with prejudice all claims against him. In support of his motion to dismiss, moving defendant has filed simultaneously herewith a memorandum of points and authorities.

WHEREFORE, the Defendant respectfully requests that this Honorable Court enter an order dismissing Plaintiff's claims with prejudice.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

　　/s/ Phebe S. Young
Phebe S. Young, #1043
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th floor
Wilmington, DE 19801
(302) 577-8400
phebe.young@state.de.us
Attorney for Defendant Robert Gray

DATE: August 5, 2005

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JIMMIE LEWIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-1350-GMS |
| ) | |
| DR. SYLVIA FOSTER, STAFF ) | |
| MEMBERS, THE DELAWARE ) | |
| PSYCHIATRIC CENTER and ) | |
| MR. GREY, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

AND NOW, this _____ day of _____, 2004, the Motion to Dismiss filed by Robert Gray in the above-captioned matter having been duly considered, and any opposition thereto,

IT IS ORDERED that the Motion to Dismiss is granted and that judgment is hereby entered in favor of moving defendant and against plaintiff.

_____
The Honorable Gregory M. Sleet, Judge
United States District Court

## *CERTIFICATE OF SERVICE*

The undersigned certifies that on August 5, 2005, she electronically filed the attached Motion to Dismiss with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

> Cynthia G. Beam, Esq., #2565
> Reger Rizzo Kavulich & Darnell, LLP
> 1001 Jefferson Plaza, Suite 202
> Wilmington, DE  19801

and that she caused two copies of the document to be mailed by United States Postal Service to the following non-registered participant:

> Jimmie Lewis
> H.R.Y.C.I.
> P.O. Box 9561
> Wilmington, DE  19809

          /s/ Phebe S. Young
Phebe S. Young, #1043
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th floor
Wilmington, DE 19801
(302) 577-8400
phebe.young@state.de.us