IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2005 SEP -6 PM 1:51

JIMMIE LEWIS,
   PLAINTIFF,

V.

C.A. NO. 04-1350 (GMS)

SYLVIA FOSTER, KATHRYN SHENEMAN,
MICHAEL S. TALMO, DIANE STACHOWSKI, HELEN HANLON,
MARGRET WILSON, DONNA LAWRENCE, GLORIA BANKS,
FLORENCE SCOTT COBB, LANCE SAPERS, DAVE MOFFITT, MALE NURSE,
(R. GRAY), C. OATES, ROSE ARES, PAT RILEY, SEJAL.J, JOHN DOE,
CURTIS CORNISH, KAREN CHAMBERLIN, TANYA WILSON,
MR. JOHNSON, J. CONYER, DR. OVERSHI,
   DEFENDANTS.

CERTIFICATE OF SERVICE

I, THE UNDERSIGNED, DO HEREBY CERTIFY ON THIS 27TH DAY OF AUGUST, 2005 THAT (1) TRUE AND CORRECT COPY OF THE PLAINTIFF JIMMIE LEWIS' AMENDED COMPLAINT HAS BEEN SERVED BY U.S POSTAGE, TO THE FOLLOWING:

PHEBE S. YOUNG # 1043
DEPUTY ATTORNEY GENERAL
CARVEL STATE OFFICE BUILDING
820 N. FRENCH STREET, 6TH FL
WILMINGTON, DELAWARE 19801
ATTORNEY FOR ROBERT GRAY

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977

DATED: 8/27/05

I/M Jimmie Lewis
SBI# 506600   UNIT A-U-7
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

JUDGE GREGORY M. SLEET
UNITED STATES DISTRICT COURT
J. CALEB BOGGS FEDERAL BUILDING
844 N. KING STREET, LOCKBOX 19
WILMINGTON, DELAWARE
19801

FILED
2005 SEP -6  PM 1:51
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE