IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2005 SEP -6 PM 1:51

JIMMIE LEWIS,
  PLAINTIFF,

V.                                                          C.A NO. 04-1350 (GMS)

SYLVIA FOSTER, KATHRYN SHENEMAN,
MICHAEL S. TALMO, DIANE STACHOWSKI, HELEN HANLON,
MARGERET WILSON, DONNA LAWRENCE, GLORIA BANKS,
FLORENCE SCOTT COBB, LANCE SAPERS, DAVE MOFFITT, MALE NURSE,
R. GRAY, C. OATES, ROSE ARES, PAT RILEY, SEGAL. J,
CURTIS CORNISH, KAREN CHAMBERLIN, TANYA WILSON,
MR. JOHNSON, J. CONYER, DR. OVRESHI, JOHN DOE,
            DEFENDANTS.

MOTION FOR DISCOVER UNDER
FED R. CIVIL PROC.

COMES NOW, THE PLAINTIFF, JIMMIE LEWIS, PRO-SE, AND REQUEST THIS HONORABLE COURT FOR A ORDER TO HAVE DEFENDANTS SUBMITT DISCOVERY MATERIAL REQUESTED HEREIN TO THE PLAINTIFF AS WELL AS TO THIS HONORABLE COURT, IN ORDER FACTUALLY VALIDATES IF DIVERSITY IS INDEED COMPLETE, AS WELL AS TO SERVE ALL DEFENDANTS NAMED IN THE PLAINTIFF'S AMENDED COMPLAINT WITH SAID COMPLAINT, SUMMONS & SUBPOENA'S:

1:) FULL NAMES, ADDRESSES INCLUDING STATES, OF DEFENDANTS CITED HEREIN; SYLVIA FOSTER, KATHRYN SHENEMAN, MICHAEL S. TALMO, DIANE STACHOWSKI, HELEN HANLON, MARGERET WILSON, FLORENCE SCOTT COBB, LANCE SAPERS, DAVE MOFFITT, —

(CONT.) MALE NURSE, R. GRAY, C. OATES, ROSE ARES, — PAT RILEY, SEGAL J, CURTIS CORNISH, KAREN CHAMBERLIN, TANYA WILSON, MR. JOHNSON, J. CONYER, DR. QURESHI, JOHN DOE, GLORIA BANKS.

2.) FULL NAMES, ADDRESSES INCLUDING STATES OF ALL PHYSICIANS, PSYCHOLOGISTS, PSYCHIATRISTS, NURSES, NURSE ASSISTANTS, SECRETARIES, TEACHERS, MENTAL-HEALTH ADVOCATES, WHOM WERE ON ACTIVE DUTY AND OR CALLED TO THE WORK AT THE "MITCHELL" BUILDING BETWEEN THE DATES OF MAY 20, 2004 AND JUNE 26, 2004, IN WHICH WAS THE DURATION OF THE PLAINTIFF'S STAY AT THE DELAWARE PSYCHIATRIC CENTER, IN ORDER ISSUE COMPLAINTS, SUMMONS AND OR SUBPOENA'S.

3.) FULL NAMES, ADDRESSES INCLUDING STATES OF ALL PHYSICIANS, PSYCHOLOGISTS, PSYCHIATRISTS, NURSES, NURSE ASSISTANTS, SECURITY OFFICERS, SURVEILLANCE VIDEO, WHOM WERE ON DUTY AND OR RELEVANT TO THE PLAINTIFF BEING SUBDUED ON THE DATE OF 6/21-22/04 AT THE TIME OF 11:00 PM AND 2:00 A.M.

WHEREFORE, FOR THE FORGOING REASONS THE PLAINTIFF, JIMMIE LEWIS, REQUEST THAT THIS HONORABLE COURT GRANT THIS MOTION FOR DISCOVERY IN ALL ASPECTS.

DATED: 8/28/05

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS,
  PLAINTIFF,

v.                                                    C.A. NO. 04-1350 (GMS)

SYLVIA FOSTER, KATHRYN SHENEMAN,
MICHAEL S. TALMO, DIANE STACHOWSKI, HELEN HANLON,
MARGERET WILSON, DONNA LAWRENCE, GLORIA BANKS,
FLORENCE SCOTT COBB, LANCE SAPERS, DAVE MOFFITT, MALE NURSE,
R. GRAY, C. OATES, ROSE ARES, PAT RILEY, SEJAL .J,
CURTIS CORNISH, KAREN CHAMBERLIN, TANYA WILSON,
MR. JOHNSON, J. CONYER, DR. OURESHI, JOHN DOE,
       DEFENDANTS.

## ORDER

AND NOW, TO WIT, THIS 28TH DAY OF AUGUST, 2005, HAVING CONSIDERED THE PLAINTIFF'S MOTION FOR DISCOVERY UNDER FED R. CIVIL PROC, AND RESPONSE THERETO IF ANY:

IT IS HEREBY ORDERED THAT THE PLAINTIFF'S MOTION FOR DISCOVERY HAS BEEN GRANTED.

BY THE COURT:

_____
THE HONORABLE GREGORY M. SLEET

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS,
  PLAINTIFF,

V.                                            C.A NO-04-1350 (GMS)

SYLVIA FOSTER, KATHRYN SHENEMAN,
MICHAEL S. TALMO, DIANE STACHOWSKI, HELEN HANLON,
MARGRET WILSON, DONNA LAWRENCE, GLORIA BANKS,
FLORENCE SCOTT COBB, LANCE SAPERS, DAVE MOFFITT, MALE NURSE,
R. GRAY, C. OATES, ROSE ARES, PAT RILEY, SEJAL.J,
CURTIS CORNISH, KAREN CHAMBERLIN, TANYA WILSON,
MR. JOHNSON, J. CONYER, DR. QURESHI, JOHN DOE,
                DEFENDANTS.

CERTIFICATE OF SERVICE

I, THE UNDERSIGNED, DO HEREBY CERTIFY ON THIS 28TH DAY OF AUGUST, 2005 THAT (2) TRUE AND CORRECT COPIES OF PLAINTIFF'S MOTION FOR DISCOVERY UNDER FED. R. CIVIL PROC. HAS BEEN SERVED BY U.S. POSTAGE TO THE FOLLOWING:

CYNTHIA G BEAM ESQ #2565
1001 JEFFERSON PLAZA, SUITE 202
WILMINGTON, DE 19801
ATTORNEY FOR SYLVIA FOSTER M.D

DATED: 8/28/05

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS,
    PLAINTIFF,

V.

                                              C.A. NO 04-1350 (GMS)

SYLVIA FOSTER, KATHRYN SHENEMAN,
MICHAEL S. TALMO, DIANE STACHOWSKI, HELEN HANLON,
MARGRET WILSON, DONNA LAWRENCE, GLORIA BANKS,
FLORENCE SCOTT COBB, LANCE SAPERS, DAVE MOFFITT, MALE NURSE,
R. GRAY, C. OATES, ROSE ARES, PAT RILEY, SEJAL J,
CURTIS CORNISH, KAREN CHAMBERLIN, TANYA WILSON,
MR. JOHNSON, J. CONYER, DR. OVRESHI, JOHN DOE,
                    DEFENDANTS.

## CERTIFICATE OF SERVICE

I, THE UNDERSIGNED, DO HEREBY CERTIFY OF THIS 28TH DAY OF AUGUST, 2005 THAT (1) TRUE AND CORRECT COPY OF THE PLAINTIFFS MOTION FOR DISCOVERY UNDER FED R. CIVIL PROC, HAS BEEN SERVED BY U.S. POSTAL TO THE FOLLOWING:

JUDGE GREGORY M. SLEET
UNITED STATE DISTRICT COURT
J. CALEB BOGGS FEDERAL BUILDING
844 N. KING ST, LOCKBOX 19
WILMINGTON, DE 19801

*Jimmie Lewis*
SBI # 306622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977

DATED: 8/28/05

IM JIMMIE LEWIS
SBI# 506622  UNIT A-U-7
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2005 SEP -6 PM 1:51

JUDGE GREGORY M. SLEET
UNITED STATES DISTRICT COURT
844 N. KING ST, LOCKBOX 19
WILMINGTON, DELAWARE
19801

U.S.M.S
X-RAY




MAILED FROM ZIP CODE 19977
$00.60°
PITNEY BOWES