**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF | JIMMIE LEWIS |
| COURT CASE NUMBER | CA 04-1350 GMS |
| DEFENDANT | DR. SYLVIA FOSTER |
| TYPE OF PROCESS | O/C |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
DR. SYLVIA FOSTER, DELAWARE STATE HOSPITAL

AT ADDRESS: 1901 N. DUPONT HWY, NEW CASTLE, DE 19720

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

JIMMIE LEWIS SBI# 506622
H.R.Y.C.I., P.O BOX 9561
WILMINGTON, DE 19809

- Number of process to be served with this Form - 285: 1
- Number of parties to be served in this case: 2
- Check for service on U.S.A.: 

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:

DR. SYLVIA FOSTER WORKS AT THE JANE E. MITCHEL BUILDING MON-FRI 8 A.M TO 4 P.M AT THE DELAWARE STATE HOSPITAL
(FORMA PAUPERIS)

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
Jimmie Lewis
TELEPHONE NUMBER: N/A
DATE: 11/18/04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

FILED OCT - 3 2005 U.S. DISTRICT COURT

Date of Service: 9/30/05
Signature of U.S. Marshal or Deputy: GR

REMARKS: Per DSH - no longer employed
Ret. Unexecuted

PRIOR EDITIONS MAY BE USED — 1. CLERK OF THE COURT — FORM USM-285 (Rev. 12/15/80)