IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JIMMIE LEWIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-1350 GMS |
| | ) |
| DR. SYLVIA FOSTER, STAFF | ) |
| MEMBERS, THE DELAWARE | ) |
| PSYCHIATRIC CENTER, and MR. GREY | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

WHEREAS, on June 17, 2005 and June 20, 2005, Dr. Sylvia Foster, M.D., ("Dr. Foster") filed a Motion to Dismiss for Lack of Jurisdiction Over the Person (D.I. 15) and a Motion to Dismiss for Failure to State a Claim (D.I. 16);

WHEREAS, pursuant to the District of Delaware Local Rule 7.1.2(a) (1995), answer briefs to Dr. Foster's motions were due on July 1, 2005 and July 5, 2005, respectively;

WHEREAS, on August 5, 2005, the Delaware Psychiatric Center (the "Center") filed a Motion to Dismiss for Failure to State a Claim and for Lack of Jurisdiction Over the Person (D.I. 21);

WHEREAS, on August 5, 2005, Robert Gray ("Gray") filed a Motion to Dismiss for Failure to State a Claim (D.I. 23);

WHEREAS, pursuant to the District of Delaware Local Rule 7.1.2(a) (1995), answer briefs to the Center's and Gray's motions were due on August 19, 2005; and

WHEREAS, as of the date of this Order, Lewis has not filed answer briefs to any of the above-mentioned motions to dismiss;

IT IS HEREBY ORDERED that:

1. The plaintiff shall file answer briefs to Foster's, the Center's, and Gray's motions to dismiss within ten (10) days of the date of this Order.

2. Should the plaintiff fail to comply with this Order, the court will decide the motions to dismiss on the present record.

Dated: October 3, 2005

_____
UNITED STATES DISTRICT JUDGE



FILED
OCT 3 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE