# EXHIBIT "B"

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS,
   PLAINTIFF,

V.                     CIV. A. NO. 04-1350 (GMS)

DR. SYLVIA FOSTER, STAFF MEMBERS, THE DELAWARE PSYCHIATRIC CENTER AND MR. GREY,
   DEFENDANTS.

## ADDITIONAL POINTS TO SUPPORT MOTION REQUESTING PERMISSION TO AMEND COMPLAINT

COMES NOW, THE PLAINTIFF JIMMIE LEWIS, PRO SE, AND REQUEST THIS HONORABLE COURT TO CONSIDER AND GRANT THE PLAINTIFF'S ADDITIONAL POINTS TO SUPPORT MOTION REQUESTING PERMISSION TO AMED COMPLAINT, IN ORDER TO CURE DEFICIENCIES. IN SUPPORT THEREOF, THE PLAINTIFF HEREBY ASSERTS THE FOLLOWING:

1.) TO INCLUDE; MICHAEL S. TALMO D.P.C DIRECTOR, HEAD NURSE CURTIS CORNISH, LANCE SAPERS, C. OATS, ROSE ARES, DR. OVREISHI, TANYA WILSON, DONNA LAWRENCE, PAT RILEY, J. CONYERS UNIT DIRECTOR DIANNE STACHOWSKI, MARGRET WILSON, SHORT BALD HEADED AFRICAN AMERICAN MR. JOHNSON. NOTE: MR. JOHNSON, LANCE SAPERS AND DAVE MOFFITT ARE THE THREE MEN WHO WERE INVOLVED WITH THE INCIDENT WITH MR R. GRAY.

2.) TO INCLUDE SPECIFIC DETAILS IN REGARD TO DR. SYLVIA FOSTER AND OR CITED DEFENDANTS ("NEVER") GIVING ME ANY SORT OF HEARING BEFORE VIOLATING MY CIVIL RIGHTS, MY 1ST, 4TH, 5TH, 6TH, 8TH & 14 U.S.C AMENDMENTS & DELAWARE STATUTES & OR LAWS OF THE UNITED STATES.

3.) TO INCLUDE VALID FACTUAL DOCUMENTATION TO SUPPORT THE FACT THAT DR. FOSTER, HELEN HANLON, DISTRICT ATTORNEY BRIAN J. ROBERTSON, LANCE SAPERS, GLORIA BANKS, C. OATS, DAVE MOFFITT, R. GRAY, MR. JOHNSON, SEGAL. J, DIANNE STACHOWSKI, KAREN CHAMBERLIN, TANYA WILSON, KATHYRN SHENAMAN, CURTIS CORNISH ALL CONSIPERED TO VIOLATE MY CIVIL RIGHTS 1ST, 4TH, 5TH, 6TH, 8TH & 14TH U.S.C.A.

4.) TO INCLUDE DETAILED STATEMENTS AND FACTUAL DOCUMENTATION OF ATYPICAL AND SIGNIFICANT HARDSHIPS.

5.) TO INCLUDE REQUEST FOR LIENS ON THE DEFENDANTS ASSETS.

6.) TO INCLUDE SPECIFIC DETAILS OF HOW EACH DEFENDANT VIOLATED MY CIVIL RIGHT, AS WELL AS TO SPECIFY EXACTLY WHAT RIGHT(S) THEY VIOLATED COLLECTIVELY OR INDIVIDUALLY, UNDER THE COLOR OF LAW.

7.) TO INCLUDE CIVIL COVER SHEET JS44.

8.) TO INCLUDE A REQUEST FOR PRELIMINARY INJUNCTION, DUE TO THE GROSSLY ERRONEOUS PSYCHIATRIC EVALUATION AUTHORED AND SUBMITTED TO THE SUPERIOR COURT OF DELAWARE BY DR. SYLVIA FOSTER CAUSING ME TO ENDURE A PROLONGED DURATION OR INCARCERATION AND OR INCARCERATION PERIOD.

[three lines of scribbled-out handwritten text]

FOR THE FOREGOING REASONS, THE PLAINTIFF, JIMMIE LEWIS, PRO-SE, ASKS THIS HONORABLE COURT TO CONSIDER AND GRANT THE PLAINTIFF'S ADDITIONAL POINTS TO SUPPORT MOTION REQUESTING PERMISSION TO AMEND COMPLAINT IN ALL ASPECTS STATED HEREIN.

DATED: 7/19/05

RESPECTFULLY SUBMITTED

Jimmie Lewis

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS,
   PLAINTIFF,

V.                                    CIV. A. NO. 04-1350 (GMS)

DR. SYLVIA FOSTER, STAFF
MEMBERS, THE DELAWARE
PSYCHIATRIC CENTER AND
MR. GREY,
   DEFENDANTS.

ORDER

AND NOW, TO WIT, THIS _____ DAY OF _____, 200_ HAVING CONSIDERED THE PLAINTIFF'S ADDITIONAL POINTS TO SUPPORT MOTION REQUESTING PERMISSION TO AMEND COMPLAINT:

IT IS HEREBY ORDERED THAT THE PLAINTIFF'S ADDITIONAL POINTS TO SUPPORT MOTION REQUESTING PERMISSION TO AMEND COMPLAINT HAS BEEN GRANTED.

                                BY THE COURT:

                                _____
                                THE HONORABLE GREGORY M. SLEET

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS,

PLAINTIFF,

V.                                          CIV. A. NO. 04-1350 (GMS)

DR. SYLVIA FOSTER, STAFF
MEMBERS, THE DELAWARE
PSYCHIATRIC CENTER, AND
MR. GREY,
    DEFENDANTS.

## CERTIFICATE OF SERVICE

I, THE UNDERSIGNED, DO HEREBY CERTIFY ON THIS 19TH DAY OF JULY, 2005, THAT TWO TRUE AND CORRECT COPIES OF PLAINTIFF'S JIMMIE LEWIS' ADDITIONAL POINTS TO SUPPORT MOTION REQUESTING PERMISSION TO AMEND COMPLAINT HAVE BEEN SERVED BY U.S MAIL TO THE FOLLOWING:

CYNTHIA G. BEAN ESQ
DELAWARE STATE BAR I.D NO 2565
1001-JEFFERSON PLAZA, SUITE 202
WILMINGTON, DE 19801
ATTORNEY FOR DEFENDANT DR. SYLVIA FOSTER.

*Jimmie Lewis*
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD.
SMYRNA, DE 19977

DATED: JULY 19, 2005