**EXHIBIT "C"**

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

JIMMIE LEWIS
(Enter above the full name of the plaintiff in this action)

04-1350

V.

THE DELAWARE
PSYCHIATRIC CENTER
AND STAFF
(Enter above the full name of the defendant(s) in this action

FILED
MAR - 8 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I. Previous lawsuits

   A. Have you begun other lawsuits in state or federal courts dealing with the same facts involved in this action or otherwise relating to your imprisonment?
   YES [ ]    NO [✓]

   B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline):

      1. Parties to this previous lawsuit

   Plaintiffs _____
   _____
   _____

   Defendants _____
   _____
   _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. A. Is there a prisoner grievance procedure in this institution? Yes [ ] No [ ]

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes [ ] No [✓]

C. If your answer is YES,

1. What steps did you take? _____

2. What was the result? _____

D. If your answer is NO, explain why not **STATE PRISONER GRIEVANCE PROCEDURE DOES NOT APPLY TO THE D.P.C**

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes [ ] No [ ]

F. If your answer is YES,

1. What steps did you take? _____

2. What was the result? _____

-2-

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff JIMMIE LEWIS, SBI #506622,
   Address H.R.Y.C.I., P.O BOX 9561, WILM, DE 19809

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and place of employment of any additional defendants.)

B. Defendant SYLVIA FOSTER is employed as FORENSIC PSYCHIATRIST at 1901 N. DUPONT HWY, NEW CASTLE, DE 197:

C. Additional Defendants STAFF MEMBERS

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

SEE ATTACHED

-3-

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

20 MILLION DOLLARS FOR PAIN AND SUFFERING, NOTIFY THE SUPERIOR COURT THAT DR. SYLVIA-FOSTER'S REPORT CAN NOT BE RELIED ON BY THE DOCTOR HERSELF

Signed this 6TH day of MARCH, 2005

*(Signature of Plaintiff)* Jimmie Lewis

I declare under penalty of perjury that the foregoing is true and correct.

3/6/05
Date

*(Signature of Plaintiff)* Jimmie Lewis

-4-

AFTER TRIAL ON 12/10/03 JUDGE CHARLES H. TOLIVER III (P. ORDERED THAT I BE TRANSFERED TO THE DELAWARE PSYCHIATRIC CENTER FOR A PSYCHIATRIC EVALUATION TO DETERMINE COMPETENCY AND TO RECEIVE TREATMENT. APON MY ARRIVING AT DELAWARE PSYCHIATRIC CENTER, I WAS ILL, AND I COULDN'T COMPLETE THE ADMISSION INTERVIEW. I WAS THEREAFTER PUT ON DISCIPLINARY RESTRICTION BECAUSE I COULD NOT COMPLETE THE INTERVIEW.

ON 6/6/04 I WAS STRAPPED DOWN WITH FOUR POINT RESTRAINT AND INJECTED WITH PSYCHOTROPIC MEDICINES FOR DISCIPLINARY REASONS, NOT FOR PSYCHIATRIC REASONS PER DR. SYLVIA FOSTER.

SHORTLY THEREAFTER, DR. SYLVIA FOSTER SUBMITTED A PSYCHOLOGICAL/PSYCHIATRIC REPORT TO MR. JOHN S. EDINGER JR THE PUBLIC DEFENDER ASSIGNED TO ME BY THE COURT, AND JUDGE CHARLES H. TOLIVER III DATED 6/10/04. DR. SYLVIA FOSTER DOCUMENTED IN THE REPORT THAT I REVEALED NO EVIDENCE OF A MOOD DISORDER, AND NO EVIDENCE OF PM PSYCHOSIS, AND DUE TO DR. SYLVIA FOSTER DIAGNOSING ME AS MALINGERING, VALIDATES DELIBERATE INDIFFERENCE EACH AND EVERY TIME DR. SYLVIA FOSTER ORDERED THAT I SHOULD BE STRAPPED DOWN WITH FOUR POINT RESTRAINTS AND INJECTED WITH PSYCHOTROPIC MEDICINES FOR DISCIPLINARY REASONS, NOT FOR PSYCHIATRIC REASONS.

STAFF MEMBERS WERE INSTRUCTED BY NURSE HELEN TO FORCABLE REMOVE A BAG OF M&M CHOCOLATE CANDY FROM MY HAND, DUE TO THE DISCIPLINARY RESTRICTION THAT DR. SYLVIA FOSTER ORDERED. I WAS THEN CHOKED BY MR. GREY AS THE OTHER THREE OR FOUR MALE STAFF MEMBERS ASSULTED ME WITH THERE FIST AND FEET. I WAS THEN PLACED IN FOUR POINT RESTRAINTS AND INJECTED WITH PSYCHOTROPIC MEDICINES FOR DISCIPLINARY REASONS, NOT PSYCHIATRIC REASONS PER DR. FOSTER. ON 6/20/04 I FILED A PATIENT GRIEVANCE ON THE INCIDENT; IN WHICH WAS RECEIVED BY NURSE KAREN CHAMBLIN.

ON 6/14/04 I WAS STRAPPED DOWN WITH FOUR POINT RESTRAINTS AND INJECTED WITH PSYCHOTROP. MEDICINES FOR DISCIPLINARY REASONS, NOT FOR PSYCHIATRIC REASONS PER DR. SYLVIA FOSTER.

ON 6/21/04 I WAS STRAPPED DOWN WITH FOUR POINT RESTRAINTS AND INJECTED WITH PSYCHOTROP. MEDICINES FOR DISCIPLINARY REASONS, NOT FOR PSYCHIATRIC REASONS PER DR. SYLVIA FOSTER.

ON 6/22/04 I WAS STRAPPED DOWN WITH FOUR POINT RESTRAINTS AND INJECTED WITH PSYCHOTROPIC MEDICINES FOR DISCIPLINARY REASONS, NOT FOR PSYCHIATRIC REASONS PER DR. SYLVIA FOSTER.

ON 6/24/04 I WAS STRAPPED DOWN WITH FOUR POINT RESTRAINTS AND INJECTED WITH PSYCHOTROPIC MEDICINES FOR DISCIPLINARY REASONS, NOT FOR PSYCHIATRIC REASONS PER DR. SYLVIA FOSTER

I WAS SENT BACK TO THE (D.O.C.) (P.3) DEPARTMENT OF CORRECTIONS ON 6/25/04, WITH OUT A COURT ORDER.

ON 6/16/04 DIANNE STACHOWSKI WROTE JUDGE CHARLES H. TOLIVER IV A LETTER REQUESTING A COURT ORDER TO TRANSFER ME BACK TO THE D.O.C, BUT ABSOLUTELY NO OFFICIAL ORDER IS DOCUMENTED ON MY SUPERIOR COURT CRIMINAL DOCKET SHEET.

ON 6/29/04 AFTER I HAD ALREADY BEEN TRANSFERED BACK TO THE (D.O.C) DIANNE STACHOWSKI AGAIN REQUESTED TO RECEIVE A COURT ORDER FROM JUDGE CHARLES H. TOLIVER IV TO TRANSFER ME BACK TO THE (D.O.C).

ON DEC 29, 04, I RECEIVED A RESPONSE TO THE WRIT OF HABEAS CORPUS I FILED, DUE TO THE SUPERIOR COURT CRIMINAL DOCKET SHEET NOT REFLECTING A DOCKETED RESPONSE TO DIANNE STACHOWSKI'S LETTER REQUESTING A COURT ORDER TO LEGALLY HAVE ME RETURNED TO THE (D.O.C).

JUDGE CHARLES H. TOLIVER IV RESPONSE TO MY WRIT OF HABEAS CORPUS IS ERRONEOUS, BECAUSE IT STATES THE REASON IT WAS DENIED IS DUE TO MY SUPERIOR COURT CRIMINAL DOCKET ENTRY NUMBER 41, WHICH IS ONLY A PHOTO COPY OF DIANNE STACHOWSKI'S LETTER, NOT AN OFFICIAL COURT ORDER ISSUED BY THE JUDGE THAT WAS FILED WITH THE OFFICE OF THE PROTHONOTARY, DOCKETED ON MY SUPERIOR COURT CRIMINAL DOCKET SHEET, THEN DELIVERED TO DIANNE STACHOWSKI A STAFF MEMBER OF THE DELAWARE PSYCHIATRIC CENTER, SEE ATTACHED