### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JIMMIE LEWIS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DR. SYLVIA FOSTER, STAFF )<br>MEMBERS, THE DELAWARE )<br>PSYCHIATRIC CENTER and )<br>MR. GREY, )<br>)<br>Defendants. ) | C.A. No. 04-1350-GMS |

### SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Phebe S. Young and enter the appearance of A. Ann Woolfolk as attorney for Defendants Delaware Psychiatric Center and Robert N. Gray.

| STATE OF DELAWARE | STATE OF DELAWARE |
|---|---|
| DEPARTMENT OF JUSTICE | DEPARTMENT OF JUSTICE |
| | |
|    /s/ Phebe S. Young |    /s/ A. Ann Woolfolk |
| Phebe S. Young, #1043 | A. Ann Woolfolk, #2642 |
| Deputy Attorney General | Deputy Attorney General |
| Carvel State Office Building | Carvel State Office Building |
| 820 N. French Street, 6th floor | 820 N. French Street, 6th floor |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 577-8400 | (302) 577-8400 |
| phebe.young@state.de.us | ann.woolfolk@state.de.us |
| Attorney for Defendants Delaware | Attorney for Defendants Delaware |
| Psychiatric Center and Robert N. Gray | Psychiatric Center and Robert N. Gray |

DATE: October 27, 2005

## *CERTIFICATE OF SERVICE*

The undersigned certifies that on October 27, 2005, she electronically filed the attached Substitution of Counsel with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

> Cynthia G. Beam, Esq., #2565
> Reger Rizzo Kavulich & Darnell, LLP
> 1001 Jefferson Plaza, Suite 202
> Wilmington, DE  19801

and that she caused two copies of the document to be mailed by United States Postal Service to the following non-registered participant:

> Jimmie Lewis
> H.R.Y.C.I.
> P.O. Box 9561
> Wilmington, DE  19809

          /s/ Phebe S. Young
Phebe S. Young, #1043
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th floor
Wilmington, DE 19801
(302) 577-8400
phebe.young@state.de.us