**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JIMMIE LEWIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-1350-GMS |
| ) | |
| DR. SYLVIA FOSTER, STAFF ) | |
| MEMBERS, THE DELAWARE ) | |
| PSYCHIATRIC CENTER and ) | |
| MR. GREY, ) | |
| ) | |
| Defendants. ) | |

**SUBSTITUTION OF COUNSEL**

Please withdraw the appearance of Phebe S. Young and enter the appearance of A. Ann Woolfolk as attorney for Defendants Delaware Psychiatric Center and Robert N. Gray.

| | |
|---|---|
| STATE OF DELAWARE<br>DEPARTMENT OF JUSTICE | STATE OF DELAWARE<br>DEPARTMENT OF JUSTICE |
| | |
| /s/ Phebe S. Young<br>Phebe S. Young, #1043<br>Deputy Attorney General<br>Carvel State Office Building<br>820 N. French Street, 6th floor<br>Wilmington, DE 19801<br>(302) 577-8400<br>phebe.young@state.de.us<br>Attorney for Defendants Delaware<br>Psychiatric Center and Robert N. Gray | /s/ A. Ann Woolfolk<br>A. Ann Woolfolk, #2642<br>Deputy Attorney General<br>Carvel State Office Building<br>820 N. French Street, 6th floor<br>Wilmington, DE 19801<br>(302) 577-8400<br>ann.woolfolk@state.de.us<br>Attorney for Defendants Delaware<br>Psychiatric Center and Robert N. Gray |

DATE: October 27, 2005

## *CERTIFICATE OF SERVICE*

The undersigned certifies that on October 27, 2005, she electronically filed the attached Substitution of Counsel with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Cynthia G. Beam, Esq., #2565
Reger Rizzo Kavulich & Darnell, LLP
1001 Jefferson Plaza, Suite 202
Wilmington, DE  19801

and that she caused two copies of the document to be mailed by United States Postal Service to the following non-registered participant:

Jimmie Lewis
H.R.Y.C.I.
P.O. Box 9561
Wilmington, DE  19809

/s/ Phebe S. Young
Phebe S. Young, #1043
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th floor
Wilmington, DE 19801
(302) 577-8400
phebe.young@state.de.us