IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TO: CLERK PETER T. DALLEO
U.S DISTRICT COURT
844. N KING ST
WILM, DE 19801



RECEIVED OCT 21 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

RE: CIVIL COVER SHEET AND COMPLAINT
DATED 8-11-05 (CA NO. 04-1350(GMS))

DEAR MR. DALLEO

I FOWARDED (22) CIVIL COVER SHEETS AND COMPLAINTS TO THE COURT, BECAUSE YOU FOWARDED MY AO440 SUMMONS WITH THE CA. NO., ON THEM BACK TO ME? AT THIS POINT I WOULD LIKE FOR YOU TO MAIL THE COMPLAINTS BACK TO ME, SO I CAN ADD THE CIVIL ACTION NUMBERS TO THEM, THEN RETURN THEM TO BE ELECTRONICLY FILED AND SERVED TO THE DEFENDANTS BY THE COURT.

THANK YOU, JIMMIE LEWIS

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977

DATE: 10/14/05



DISTRICT COURT CLERK
U.S DISTRICT COURT
844 N. KING ST, LOCKBOX 19
WILMINGTON, DELAWARE
19801

I/M JIMMIE LEWIS
SBI# 506622  UNIT A-4-7
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977