IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS,

V.

DR. SYLVIA FOSTER, STAFF
MEMBERS, THE DELAWARE
PSYCHIATRIC CENTER AND
MR. GREY,

CA. NO. 04-1350 (GMS)



RECEIVED
OCT 21 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

MEMORANDUM OF LAW IN SUPPORT OF
MOTION FOR THE APPOINTMENT OF COUNSEL

COMES NOW, THE PLAINTIFF JIMMIE LEWIS PRO-SE, MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR THE APPOINTMENT OF COUNSEL, IN SUPPORT THEREOF ASSERTS THE FOLLOWING:

THIS IS A CIVIL ACTION CASE FILED UNDER 42 U.S.C § 1983 BY A LITIGANT WHO'S COMPLAINT CLAIMS THE DEFENDANTS COMMITTED NUMEROUS STATUTORY AND CONSTITUTIONAL VIOLATIONS AGAINST HIM WHILE BEING HOUSED AT THE DELAWARE PSYCHIATRIC CENTER, BY SEVERAL PSYCHIATRIST, PHYSICIANS, NURSES, NURSE ASSISTANTS, SOCIAL WORKER, PSYCHOLOGIST, AND ADMINISTRATORS. THE PLAINTIFF SEEKS DAMAGES FOR ALL CLAIMS, AND A PRELIMINARY INJUNCTION TO ENSURE PROPER PSYCHOLOGICAL TREATMENT, MEDICAL TREATMENT, AND TO INFORM THE SUPERIOR COURT OF SAID VIOLATIONS.

## ARGUMENT

1.) In deciding whether to appoint counsel for an indigent litigant, the court should consider "the factual complexity of the case, the ability of the indigent to investigate the facts, the existence of conflicting testimony, the ability of the indigent to present his claim". Abdullah v. Gunter, 949 F.2d 1032, 1035 (8th Cir. 1991)(citation omitted), cert. denied, 112 S.Ct 1995 (1992).

In addition, courts have suggested that the most important factor is wheater the case appears to have merit. Cooper v. A. Sargenti Co., Inc, 877 F.2d 170, 173 (2d Cir. 1989). Each of these factors weighs in favor of appointing counsel in this case.

2.) "Factual complexity". The complaint claims numerous statutory violations and constitutional denials committed against him by more than twenty defendants under color of law 11 Del C 468 at the Delaware Psychiatric Center, in which may very well deem medical expert witnesses and or the cross examination of medical witnesses called by the defendants or both. The presence complex medical witnesses and or other complex issues requiring expert testimony, support the appointment of counsel. Moore v. Mabus, 976 F.2d 268, 272 (5th Cir. 1992); Jackson v. County of McLean 953 F.2d 1070, 1073 (7th Cir. 1992); Tucker v. Randall, 948 F.2d 388, 392 (7th Cir. 1991).

3.) "THE PLAINTIFF'S ABILITY TO INVESTIGATE"

THE PLAINTIFF IS IN THE SAME SITUATION AS AN INMATE WHO HAS BEEN TRANSFERED TO A DIFFERENT INSTITUTION, A FACTOR THAT NUMEROUS COURTS HAVE CITED IN APPOINTING COUNSEL. TUCKER V. RANDALL, 948 F.2d 388, 391-92 (7TH CIR. 1991); GATSON V. COUGHLIN, 679 F.SUPP. 270, 273 (W.D.NY 1988); ARMSTRONG V. SNYDER, 103 F.R.D. 96, 105 (E.D.WIS 1984). IN ADDITION, THIS CASE WILL REQUIRE CONSIDERABLE DISCOVERY CONCERNING THE IDENTITY OF WITNESSES, INCIDENT REPORTS, MEDICAL NOTES, DOCUMENTS, MEDICAL REPORTS AND RECORDS, ETC, ETC. SEE, TUCKER V. DICKEY, 613 F. SUPP. 1124, 1133-34 (W.D. WIS 1985); NEED FOR DISCOVER, SUPPORTED APPOINTMENT OF COUNSEL.

4.) "THE ABILITY OF THE INDIGENT TO PRESENT HIS CLAIM"

THE PLAINTIFF IS AN INDIGENT PRISONER, WITH NO LEGAL TRAINING, SUBSEQUENT AMENDMENTS OF COMPLAINTS TO CURE DEFICIENCIES, AS WELL AS TARDY RESPONSES TO MOTIONS FILED BY DEFENDANTS ARE EXAMPLES OF THIS FACT. A FACTOR THAT HAS SUPPORTED THE APPOINTMENT OF COUNSEL. SEE, WHISENANT V. YUAM, 739 F.2d 160, 163 (4TH CIR. 1984).

IN ADDITION, I AM CONFINED TO ADMINISTRATIVE - SEGREGATION WITH VERY LIMITED ACCESS TO LEGAL MATERIALS, IN ORDER FOR ME TO ACCESS LEGAL MATERIALS, I MUST SUBMIT WRITTEN REQUEST FOR SPECIFIC MATERIALS, HOWEVER, I CAN'T EFFECTIVELY DO SO BECAUSE I LACK ACCESS TO THE VERY LEGAL MATERIAL THAT WOULD ADVISE ME OF EXACTLY WHAT LEGAL MATERIAL I NEED, IN WHICH OPPRESSES ME FROM PROPERLY PETITIONING TO THE COURT —

(CONT)

SEE, RAYES V. JOHNSON, 969 F.2d 700, 703-04 — (8TH CIR. 1992), CITING LACK OF READY ACCESS TO LAW LIBRARY AS A SUPPORTING FACTOR IN NUMEROUS APPOINTMENT OF COUNSEL.

5.) "MERIT OF CASE"

THE PLAINTIFF'S CLAIMS, IF PROVED, CLEARLY WOULD ESTABLISH STATUTORY VIOLATIONS AND CONSTITUTIONAL DENIALS. SEE, HUDSON V. MCMILLIAN, __ U.S. __, 112 S.CT. 995, 1000 (1992). THE CLAIMS OF DENIALS OF MEDICAL CARE AMOUNTS TO DELIBERATE INDIFFERENCE, SEE, — ESTELLE V. GAMBLE, 429 U.S. 97, 105, 97 S.CT 285 (1976). ON ITS FACE, THIS IS A MERITIOUS CASE.

FOR THE FOREGOING REASON, THIS HONORABLE COURT SHOULD IN ALL DUE RESPECT SUBMITTED HEREIN IN SUPPORT, GRANT THE PLAINTS MOTION TO APPOINT COUNSEL.

RESPECTFULLY SUBMITTED

DATE: 10/11/05

Jimmie Lewis
SBI #506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977

IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS,

V.

DR. SYLVIA FOSTER, STAFF
MEMBERS, THE DELAWARE
PSYCHIATRIC CENTER AND
MR. GREY,

C.A. NO. 04-1350 (GMS)

## CERTIFICATE OF SERVICE

I, THE UNDERSIGNED, DO HEREBY CERTIFY ON THIS 11TH DAY OF OCT, 2005, THAT (2) TWO TRUE AND CORRECT COPIES OF PLAINTIFF'S JIMMIE LEWIS, MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR THE APPOINTMENT OF COUNSEL, HAS BEEN SERVED BY U.S. MAIL TO THE FOLLOWING:

CYNTHIA G. BEAM ESQ #2565
1001 JEFFERSON PLAZA, SUITE 202
WILMINGTON, DELAWARE 19801
ATTORNEY FOR DEFENDANT,
DR. SYLVIA FOSTER AND THE
DELAWARE PSYCHIATRIC CENTER

Jimmie Lewis
SBI #506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977

DATE: 10/11/05

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS,

V.

DR. SYLVIA FOSTER, STAFF MEMBERS, THE DELAWARE PSYCHIATRIC CENTER AND MR GREY,

CA NO. 04-1350(GMS)

## CERTIFICATE OF SERVICE

I, THE UNDERSIGNED, DO HEREBY CERTIFY ON THIS 11TH DAY OF OCT, 2005, THAT (2) TWO TRUE AND CORRECT COPIES OF PLAINTIFF'S JIMMIE LEWIS, MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR THE APPOINTMENT OF COUNSEL, HAS BEEN SERVED BY U.S. MAIL TO THE FOLLOWING:

PHEBE S. YOUNG #1043
DEPUTY ATTORNEY GENERAL
CARVEL STATE OFFICE BUILDING
820 N. FRENCH ST, 6TH FLOOR
WILMINGTON, DE 19801
ATTORNEY FOR DEFENDANT(S),
ROBERT N. GRAY (MR. GREY),
AND THE DELAWARE PSYCHIATRIC CENTER

DATE: 10/11/05

Jimmie Lewis
SBI #506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

V.

DR. SYLVIA FOSTER, STAFF
MEMBERS, THE DELAWARE
PSYCHIATRIC CENTER AND
MR GREY,

CA. NO. 04-1350(GMS)

### CERTIFICATE OF SERVICE

I, THE UNDERSIGNED, DO HEREBY CERTIFY ON THIS 11TH DAY OF OCT, 2005, THAT (1) ONE TRUE AND CORRECT COPY OF PLAINTIFF'S JIMMIE LEWIS, MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR APPOINTMEN OF COUNSEL HAS BEEN SERVED BY U.S. MAIL TO THE FOLLOWING:

JUDGE GREGORY M. SLEET
UNITED STATES DISTRICT COURT
J. CALEB BOGGS FEDERAL BUILDING
844 N. KING ST, LOCKBOX 19
WILMINGTON, DELAWARE 19801

Jimmie Lewis
SBI #506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977

DATE: 10/11/05