## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JIMMIE LEWIS, | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 04-1350-GMS |
| DR. SYLVIA FOSTER, STAFF MEMBERS, THE DELAWARE PSYCHIATRIC CENTER and MR. GREY, | ) |
| Defendants. | ) |

## **ORDER**

AND NOW, this _____ day of _____, 2005, the Motion to Dismiss filed by the Delaware Psychiatric Centre in the above-captioned matter having been duly considered, and there being no opposition thereto,

IT IS ORDERED that the Motion to Dismiss is granted and that judgment is hereby entered in favor of moving defendant and against plaintiff.

_____
The Honorable Gregory M. Sleet, Judge
United States District Court