IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JIMMIE LEWIS, | ) |
|     Plaintiff, | ) |
| v. | ) C.A. No. 04-1350-GMS |
| DR. SYLVIA FOSTER, STAFF MEMBERS, THE DELAWARE PSYCHIATRIC CENTER and MR. GREY, | ) |
|     Defendants. | ) |

**ORDER**

AND NOW, this \_\_21st\_\_ day of \_\_Nov.\_\_, 2004, the Motion to Dismiss filed by The Delaware Psychiatric Center in the above-captioned matter having been duly considered, and there being no opposition thereto,

IT IS ORDERED that the Motion to Dismiss is granted and that judgment is hereby entered in favor of moving defendant and against plaintiff.

                                                  _____
                                                  The Honorable Gregory M. Sleet, Judge
                                                  United States District Court

FILED

NOV 2 2 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE