To: The U.S. District Court Clerk

From: Jimmie Lewis

RE: I'm writing because I am in dire need of Docket Sheets for the following cases:

1.) CA. NO. 04-1350 (GMS)
2.) CA. NO. 05-013 (GMS)
3.) CA. NO. 05-051 (GMS)
4.) CA. NO. 05-052 (GMS)

I filed my cases informa Pauperis, because I am indigent and can not afford to send $3.00 x 4 = $12.00 for a copy of each Docket sheet. I am more than $100.00 in debt due to postal fees, and I only receive about $25.00 a month income. I need to know the disposition of my pending cases. I wont have funds to send to "Parcels Inc" for at least 6 months, in which will hinder my ability to return to the court.

DATE: 11/11/05

Jimmie Lewis
SBI# 506622
DEL. CORR CENTER
SMYRNA, DE 19977