IN THE UNITED STATES DISTRICT COURT
IN AND FOR DELAWARE

[STAMP: CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE 2005 NOV 22 PM 12:30]

JIMMIE LEWIS

V.

DR. SYLVIA FOSTER, THE
DELAWARE PSYCHIATRIC
CENTER, STAFF MEMBERS
AND MR. GREY.

CA NO. 04-1350 (GMS)

RE: REQUEST FOR DOCKET SHEET

I AM THE PLAINTIFF IN THE ABOVE CAPTIONED CASE PRESENTLY PENDING. DUE TO MY INDIGENT ECONOMIC STATUS I AM UNABLE TO SEND A CHECK TO COVER THE $.50 PER SHEET FOR A DOCKET SHEET. I AM IN NEED OF THE DOCKET SHEET, IN ORDER TO BE ABLE TO RESPOND TO ALL PLEADING SUBMITTED BY THE DEFENDANTS IN THIS CASE. IN REGARDS TO MY INDIGENT ECONOMIC STATUS, I HEREBY REQUEST FOR A FULL AND COMPLETE DOCKET SHEET BE SENT TO ME, AND THAT THE COST GO IN ACCORDANCE TO MY INFORMA PAUPERIS MOTION.

DATE: 11/16/2005

Jimmie Lewis
SBI# 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977