IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JIMMIE LEWIS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DR. SYLVIA FOSTER, STAFF )<br>MEMBERS, THE DELAWARE )<br>PSYCHIATRIC CENTER, and MR. GREY )<br>)<br>Defendants. )<br>) | Civil Action No. 04-1350 GMS |

## ORDER

WHEREAS, on August 11, 2005, Jimmie Lewis ("Lewis") sent a civil cover sheet and complaint to the Clerk of Court ("Clerk") for the United States District Court for the District of Delaware;

WHEREAS, on October 13, 2005, the Clerk's Office issued a letter to Lewis explaining that it was in receipt of the civil cover sheet and complaint, but was unsure how Lewis wanted it to treat the papers;

WHEREAS, as of the date of this Order, Lewis has not explained how the court should treat the papers; and

WHEREAS, Lewis' intentions in filing the papers are not clear to the court because, although he has several cases pending in the court, the papers do not bear a civil action number;

IT IS HEREBY ORDERED that:

1. The Clerk's Office shall return the civil cover sheet and complaint to Lewis as they are deficient.

Dated: January 17, 2005

_____
UNITED STATES DISTRICT JUDGE