

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF DELAWARE
#### OFFICE OF THE CLERK

PETER T. DALLEO
CLERK OF COURT

U.S. COURTHOUSE
844 KING STREET, LOCKBOX 18
WILMINGTON, DELAWARE 19801
(302) 573-6170
www.ded.uscourts.gov

February 9, 2006

Jimmie Lewis
SBI # 506622
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

**RE:    Paper Documents Filed on February 8, 2006 in C.A. No. 04-1350 (GMS)**

Dear Mr. Lewis:

The court is in receipt of paper documents that purport to be an amended complaint in C.A. No. 04-1350 (GMS).  Please be advised that the documents are deficient because they are inconsistent with the court's Memorandum and Order, dated February 7, 2006.  Specifically, the documents filed with the court on February 8, 2006 contain additional claims against Sylvia Foster, M.D. and Robert Gray, which were disallowed by the court in its Memorandum and Order.  Further, the documents contain claims against individuals other than those that the court allowed in its Memorandum and Order.  As such, the documents are being returned to you.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,
PETER T. DALLEO, CLERK

Marie McDavid
Deputy Clerk

Enclosures