

**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF DELAWARE**
OFFICE OF THE CLERK

PETER T. DALLEO
CLERK OF COURT

U.S. COURTHOUSE
844 KING STREET, LOCKBOX 18
WILMINGTON, DELAWARE 19801
(302) 573-6170
www.ded.uscourts.gov

February 28, 2006

Jimmie Lewis
SBI # 506622
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

RE:    Paper Documents Filed on February 14, 2006 in C.A. No. 04-1350 (GMS)

Dear Mr. Lewis:

  The court is in receipt of "U.S. Marshal-285" forms for each defendant and paper documents that purport to be an amended complaint in C.A. No. 04-1350 (GMS). Please be advised that the documents are deficient because they are inconsistent with the court's Memorandum and Order, dated February 7, 2006.

  The court's February 7, 2006 Memorandum and Order specifically denied the following: (1) motion to amend to add claims against Sylvia Foster, M.D.; (2) motion to amend to add claims against Robert Gray; and (3) motion to amend to add Nurse Helen, Pat Riley, Rose, Karen Chamberlin, Diane Stachowski, Mark Diggs, Florence Scott Cobbs, Sagil, Gloria Banks, Dr. Kathryn Sheneman, Dr. Eugene Lopez, Michael S. Talmo DPC Director, Head Nurse Curtis Cornish, C. Oats, Dr. Ovreishi, Tanya Wilson, Donna Lawrence, J. Conyer, Margaret Wilson, and District Attorney Brian J. Robertson as defendants to the case. The court's February 7, 2006 Memorandum and Order specifically granted the following: (1) motion to amend to add Mr. Johnson, Mr. Johnson, Lance Sapers, and Dave Moffitt; (2) motion to amend to allege any personal injuries manifested by the incidents described in the complaint and amended complaint; and (3) motion to amend to allege punitive damages for constitutional violations.

     The documents filed with the court, on February 14, 2006, contain additional claims against Sylvia Foster, M.D. and Robert Gray, which were disallowed by the court in its Memorandum and Order. Further, the documents contain claims against individuals other than those that the court allowed in its Memorandum and Order – for example claims against Diane Stachowski and Mrs. Cobbs. As such, the documents are being returned to you.

     Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                              Sincerely,
                                              PETER T. DALLEO, CLERK

                                              Deputy Clerk

Enclosures