## CERTIFICATION OF SERVICE

The undersigned certifies that on May 31, 2006, he electronically filed the attached *Answer to Second Amended Complaint* with the Clerk of Court using CM/ECF which will send notification of such filing to the following registered participant:

Cynthia Beam, Esq.
REGER RIZZO KAVULICH & DARNALL LLP
1001 Jefferson Plaza, Suite 202
Wilmington, DE  19801
Attorney for Dr. Sylvia Foster

The undersigned further certifies that on May 31, 2006 that he mailed by United State Postal Service the document(s) to the following non-registered participant:

Jimmie Lewis
SBI No. 00506622
1181 Paddock Road
Delaware Correctional Center
Smyrna, Delaware 19977

 

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/_____
Gregory E. Smith, ID # 3869
Deputy Attorney General
820 North French Street, 7th Floor
Carvel State Building
Wilmington, Delaware 19801
(302) 577-8398