## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JIMMIE LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1350-GMS |
| | ) | |
| DR. SYLVIA FOSTER, et al., | ) | |
| | ) | |
| Defendants. | ) | Trial by Jury Demanded |

### ENTRY OF APPEARANCE AND SUBSTITUTION OF COUNSEL

Deputy Attorneys General Ilona M. Kirshon and Gregory E. Smith hereby enter their appearances on behalf of defendants Brian Johnson, David Moffett, Lance Sagers, and Robert Gray. The appearance previously entered by Deputy Attorney General Ann Woolfolk is hereby withdrawn.

STATE OF DELAWARE                     STATE OF DELAWARE
DEPARTMENT OF JUSTICE                 DEPARTMENT OF JUSTICE


/s/_____            /s/_____
A. Ann Woolfolk, ID No. 2642          Ilona M. Kirshon, ID No. 3705
Deputy Attorney General               Deputy Attorney General
820 North French Street, 6th Floor
Carvel State Building                 /s/_____
Wilmington, Delaware 19801            Gregory E. Smith, ID No. 3869
(302) 577-8400                        Deputy Attorney General
                                      820 North French Street, 6th Floor
                                      Carvel State Building
                                      Wilmington, Delaware 19801
                                      (302) 577-8400

Dated: June 1, 2006