

**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF DELAWARE**
OFFICE OF THE CLERK

PETER T. DALLEO
CLERK OF COURT

U.S. COURTHOUSE
844 KING STREET, LOCKBOX 18
WILMINGTON, DELAWARE 19801
(302) 573-6170
www.ded.uscourts.gov

July 5, 2006

Jimmie Lewis
SBI # 506622
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

**RE:  Correction in Memorandum and Order issued on February 7, 2006 in C.A. No. 04-1350 (GMS)**

Dear Mr. Lewis:

   This letter is to inform you of a small correction in the court's Memorandum and Order, issued on February 7, 2006 at docket item number 52.  The Memorandum has been changed to reflect an error in the title of the United States Code used in Section III.C.  The cited section of the United States Code now reads 42 U.S.C. § 1997e(e), whereas in the February 7, 2006 Memorandum it read 28 U.S.C. § 1997e(e).

Sincerely,
PETER T. DALLEO, CLERK


/s/ April Walker
Deputy Clerk