**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF | COURT CASE NUMBER |
| JIMMIE LEWIS | CA. NO. 04-1350 (GMS) |
| DEFENDANT | TYPE OF PROCESS |
| MR. JOHNSON AKA JOHN DOE | |

SERVE ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
DELAWARE PSHYCHIATRIC CENTER, MITCHELL BUILDING

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
AT  1901 N. DUPONT HWY, NEW CASTLE, DE 19720

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

JIMMIE LEWIS, SBI #506622
DEL. CORR. CENTER
SMYRNA, DE 19977

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 7 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

MR. JOHNSON AKA JOHN DOE, IS A 5-4 AFRICAN AMERICAN MALE, BALD HEADED, WEARS GLASSES, COCA BROWN COMPLEXION, HIM AND HIS BROTHER ARE BOTH EMPLOYED AT THE DELAWARE PSYCH. HOSPITAL, ASSISTED D. MOFFITT + LANCE SAPER REMOVE M+M'S FROM MY POSSESSION ON 6/14/2004, HRS 3PM TO 11PM MITCHELL (FORMA PAUPERIS)

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
/s/ Jimmie Lewis
TELEPHONE NUMBER: N/A
DATE: 3/18/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Signature of Authorized USMS Deputy or Clerk: PIC
Date: 4-28-06

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Date of Service: 7/17/06

Signature of U.S. Marshal or Deputy: [signature]

REMARKS: Unknown - Ret. unexecuted

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)