## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JIMMIE LEWIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-1350-GMS |
| | ) |
| DR. SYLVIA FOSTER, et al., | ) |
| | ) |
| Defendants. | ) |

## O R D E R

**WHEREAS,** Defendants Foster, Gray and Delaware Psychiatric Center having requested leave to depose Plaintiff pursuant to Federal Rule of Civil Procedure 30(a); and

**WHEREAS,** there being good cause shown for the granting of such motion;

**IT IS HEREBY ORDERED**, this _____ day of _____, 200__, that Defendants' Motion for Leave to Depose Plaintiff shall be granted and Defendants shall have the right to depose Plaintiff on October 4, 2006, or any other date convenient to the parties prior to and including January 29, 2007.

_____
Gregory M. Sleet
United States District Judge