IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS,

V.                                CA. NO. 04-1350 (GMS)

DR. SYLVIA FOSTER, ET AL,



FILED
AUG - 9 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PLAINTIFF'S MOTION TO DEPOSE DEFENDANTS
AND WITNESSES
_____

COMES NOW, THE PLAINTIFF JIMMIE LEWIS, PRO-SE SUBMITS THIS MOTION TO THIS HONORABLE COURT FOR AN ORDER GRANTING THE PLAINTIFF THE RIGHT TO DEPOSE THE DEFENDANTS, WITNESSES AN INCARCERATED WITNESSES:

1.) IN ACCORDANCE TO FEDERAL RULE OF CIVIL PROCEDURE 30

2.) DR. SYLVIA FOSTER OF THE D.P.C    (DEFENDANT)

3.) DR. KATHRYN SHENEMAN OF THE D.P.C  (WITNESS)

4.) DIANE STACHOWSKI OF THE D.P.C   (WITNESS)

5.) DR. SANDHU M.D OF THE D.P.C     (WITNESS)

6.) DR. OVREISHI M.D OF THE D.P.C   (WITNESS)

7.) DR. R. SHETH OF THE D.P.C       (WITNESS)

8.) HELEN HANLON OF THE D.P.C       (WITNESS)

9.) R. GRAY OF THE D.P.C            (DEFENDANT)

10.) D. MOFFITT OF THE D.P.C        (DEFENDANT)

11.) MR. JOHNSON OF THE D.P.C (DEFENDANT).
12.) JAMES EVANS N.A AT THE D.P.C (WITNESS).
13.) LANCE SAGERS N.A AT THE D.P.C (DEFENDANT).
14.) D. LAURENCE R.N AT THE D.P.C (WITNESS).
15.) FLORENCE S. COBBS. S.W AT THE D.P.C (WITNESS).
16.) MARGARET WILSON R.N AT THE D.P.C (WITNESS).
17.) MARK DIGGS N.A AT THE D.P.C (WITNESS.).
18.) RONALD STEVENS (WITNESS) IS A INMATE AT THE H.R.Y.C.I, WILMINGTON, DELAWARE.
19.) JAMES FLOYDD (WITNESS) IS A INMATE AT THE H.R.Y.C.I, WILMINGTON, DELAWARE.
20.) GLORIA BANKS N.A AT THE D.P.C (WITNESS).

THE PLAINTIFF JIMMIE LEWIS HEREBY RESPECTFULLY REQUEST FOR THIS HONORABLE COURT TO GRANT HIS MOTION TO DEPOSE SAID PERSONS AS STATED HEREIN, ON OR ABOUT OCT 11, 2006, IN ORDER TO OBTAIN THE TRUTH, THE WHOLE TRUTH AND NOTHING BUT THE TRUTH IN THIS CASE

DATE: 8/7/06

SIGNED: Jimmie Lewis
SBI #506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977

## CERTIFICATE OF SERVICE

I, THE UNDERSIGNED PLAINTIFF JIMMIE LEWIS DUE HEREBY CERTIFY ON THIS _7TH_ DAY OF _AUG_, 2006 THAT I DID MAIL ONE TRUE AND CORRECT COPY OF THE MOTION TO DEPOSE DEFENDANTS AND WITNESSES BY U.S POSTAL TO THE FOLLOWING:

CYNTHIA BEAM ESQ
1001 JEFFERSON PLAZA, SUITE 202
WILMINGTON, DE 19801

CLERK OF THE COURT
U.S. DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILMINGTON, DE 19801

GREGORY E. SMITH
DEPUTY ATTORNEY GENERAL
820 N. FRENCH ST, 7TH FL
CARVEL STATE BUILDING
WILMINGTON, DE 19801

DATE: 8/7/06

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19801