**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JIMMIE LEWIS,<br><br>Plaintiff,<br><br>v.<br><br>DR. SYLVIA FOSTER, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br>C.A. No. 04-1350-GMS<br><br><br><br>Trial by Jury Demanded |

NOTICE OF SERVICE OF DOCUMENT PRODUCTION

In connection with Plaintiff's Motion for Discovery, Defendants Johnson, Sagers, Gray, and Moffett hereby produce to Plaintiff the following sequentially number documents:

A. Initial Psychiatric Evaluation Order from Superior Court……………………………………………………….……………1

B. Department of Correction Referral to Superior Court for psychiatric evaluation 5/5/04……………………………...…………2

C. Pharmacy Data Sheet dated 5/21/04……………………………………...…….5

D. Social Assessment Form dated 5/21/04…………………………………...……..7

E. Physical Examination Form dated 5/21/04……………………………………17

F. Psychiatric Assessment Form dated 5/21/04……………………………………22

G. Advance Directive Form dated 5/21/04…………………………………………32

H. Initial Psychiatric Evaluation dated 5/24/04……………………………………..35

I. Dr. Sylvia Foster's 6/10/04 Psychiatric evaluation…………………………….....70

J. Seclusion/Restraint assessment dated 6/6/04……………………………………77

K. Seclusion/Restraint assessment dated 6/14/04........................................81

L. Seclusion/Restraint assessment dated 6/21/04 at 11:05 pm...............................................................86

M. Seclusion/Restraint assessment dated 6/21/04 at 20:30pm................................................................94

N. Seclusion/Restraint assessment dated 6/24/04........................................96

O. Progress Notes 5/21/04 through 6/25/04..............................................100

P. Doctor's Order Sheets 5/21/04 through 6/25/04..........................................................................141

Q. Urology Requests and Reports....................................................153

R. Medical Administration Records at Delaware Psychiatric Center..............................................................162

S. DPC incident report dated 6/21/04 at 8:10 pm....................................176

T. DPC incident report dated 6/21/04 at 11:30 pm..................................177

U. DPC incident report dated 6/24/04..........................................178

V. Diagnoses on Release dated 6/25/04.........................................179

W. Return to DOC transfer referral and order ....................................185

X. DPC patient grievance dated 6/3/04.........................................186

Y. DPC patient grievance dated 6/9/04.............................................188

Z. DPC patient grievance dated 6/9/04.............................................190

AA. DPC patient grievance dated 6/20/04..........................................192

BB. DPC patient grievance dated 6/23/04..........................................194

CC. DPC patient grievance dated 6/23/04..........................................196

DD. Lewis' Department of Correction medical file (prior to admission at DPC)..........................................198