IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JIMMIE LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1350-GMS |
| | ) | |
| DR. SYLVIA FOSTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**WHEREAS,** Defendants Johnson, Sagers, Gray, and Moffett having requested a motion for protective order pursuant to Federal Rule of Civil Procedure 26; and

**WHEREAS,** there being good cause shown for the granting of such motion;

**IT IS HEREBY ORDERED**, this 15th day of Sept., 2006, that Defendants' Motion for Protective Order is granted. Defendants are not required to appear at the District Court on October 11, 2006 as directed by Plaintiff. Defendants shall respond to interrogatories or requests for admission properly filed by Plaintiff within the discovery period previously set forth by this Court's scheduling order.

Gregory M. Sleet
United States District Judge



FILED
SEP 15 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE