IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JIMMIE LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.:  04-1350 (GMS) |
| | ) | |
| v. | ) | |
| | ) | |
| SYLVIA FOSTER, KATHYRN | ) | |
| SHENEMAN, MICHAEL TALMO, | ) | |
| DIANE STACHOWSKI, HELEN | ) | |
| HANLON, MARGERET WILSON, | ) | |
| MALE NURSE, DONNA LAWRENCE, | ) | |
| GLORIA BANKS, FLORENCE SCOTT | ) | |
| COBB, LANCE SAPERS, DAVE | ) | |
| MOFFITT, R. GRAY, C. OATS, ROSE | ) | |
| ARES, PAT RILEY, DR. OVRESHI, | ) | |
| CURTIS CORNISH, KAREN | ) | |
| CHAMBERLIN, SEGAL J., TANYA | ) | |
| WILSON, J. CONYER, MR. JOHNSON, | ) | |
| JOHN JOE, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT DR. SYLVIA FOSTER'S MOTION FOR PROTECTIVE ORDER**

COME NOW, Defendant, Dr. Sylvia Foster, by the undersigned and hereby moves this

Honorable Court for a protective order pursuant to Federal Rule of Civil Procedure 26(c).  In

support of this Motion, Defendant offers the following:

1.      Plaintiff, Jimmie Lewis, is an inmate in the custody of the Department of

Correction ("DOC") presently incarcerated at the Delaware Correctional Center ("DCC") in

Smyrna, Delaware.

2.      On August 9, 2006, Lewis filed a Motion to Depose Defendants and Witnesses.

In this motion, Lewis seeks to depose the five named Defendants, as well as 14 additional

witnesses, on October 11, 2006.

3.      Federal Rule of Civil Procedure 26(b)(2)(i) places limits on "discovery sought that is obtainable from some other source that is more convenient".  The rule goes on to provide that when "the burden or expense of proposed discovery outweighs its likely benefit, taking into account the needs of the case, the amount in controversy, the parties' resources, the importance of the issues at stake in the litigation, and the importance of the proposed discovery in resolving the issues", the Court may further limit discovery requests.  Federal Rules of Civil Procedure 26(b)(2)(iii).

4.      Defendant, Dr. Sylvia Foster, will respond to any written requests for admission or written interrogatories submitted by Lewis.  Given Lewis' *in forma pauperis* status, it is clear that he would not be able to hire a court reporter for the depositions that he desires.  Lewis can obtain the same information that he seeks from the Defendants through interrogatories and request for admissions without the costs associated with depositions and without the transportation and security issues raised by his request to travel to the federal courthouse.

5.      Defendant has already provided a Response to Lewis' Motion for Discovery", as well as substantial document production.  Lewis' subpoena requests is not necessary to his ability to conduct discovery against Dr. Foster to proceed with his excessive force claim.

REGER RIZZO KAVULICH & DARNALL LLP


*/s/ Cynthia G. Beam, Esquire*
Cynthia G. Beam, Esquire
Delaware State Bar I.D. No. 2565
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801
(302) 652-3611
Attorney for Defendant Dr. Sylvia Foster

Dated:   September 26, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS,                                    )
                          Plaintiff,             )
        v.                                       )
SYLVIA FOSTER, KATHYRN                           )        C.A. No.:  04-1350 (GMS)
SHENEMAN, MICHAEL TALMO,                          )
DIANE STACHOWSKI, HELEN                           )
HANLON, MARGERET WILSON,                          )
MALE NURSE, DONNA LAWRENCE,                       )
GLORIA BANKS, FLORENCE SCOTT                      )
COBB, LANCE SAPERS, DAVE                          )
MOFFITT, R. GRAY, C. OATS, ROSE                   )
ARES, PAT RILEY, DR. OVRESHI,                     )
CURTIS CORNISH, KAREN                             )
CHAMBERLIN, SEGAL J., TANYA                       )
WILSON, J. CONYER, MR. JOHNSON,                   )
JOHN JOE,                                         )
                                                 )
                          Defendants.            )

## ORDER

    WHEREAS, Defendant, Dr. Sylvia Foster, having requested a Motion for Protective Order

pursuant to Federal Rule of Civil Procedure 16; and

    WHEREAS, there being good cause shown for the granting of such motion;

    IT IS HEREBY ORDERED this _____ day of _____, 2006, that Defendant Dr.

Sylvia Foster's Motion for Protective Order is granted.  Defendant is not required to appear at the

District Court on October 11, 2006 as directed by Plaintiff.  Defendant shall respond to interrogatories

and request for admission properly filed by Plaintiff within the discovery period previously set forth by

this Court's scheduling order.


                                    _____
                                    Gregory M. Sleet
                                    United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JIMMIE LEWIS, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| SYLVIA FOSTER, KATHYRN | ) | C.A. No.:  04-1350 (GMS) |
| SHENEMAN, MICHAEL TALMO, | ) | |
| DIANE STACHOWSKI, HELEN | ) | |
| HANLON, MARGERET WILSON, | ) | |
| MALE NURSE, DONNA LAWRENCE, | ) | |
| GLORIA BANKS, FLORENCE SCOTT | ) | |
| COBB, LANCE SAPERS, DAVE | ) | |
| MOFFITT, R. GRAY, C. OATS, ROSE | ) | |
| ARES, PAT RILEY, DR. OVRESHI, | ) | |
| CURTIS CORNISH, KAREN | ) | |
| CHAMBERLIN, SEGAL J., TANYA | ) | |
| WILSON, J. CONYER, MR. JOHNSON, | ) | |
| JOHN JOE, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify on this 26th day of September, 2006 that a true and correct copy of Defendant Dr. Sylvia Foster's Motion for Protective Order has been served electronically and/or by first class mail, postage prepaid, to the following:

| | |
|---|---|
| Jimmie Lewis | Gregory E. Smith |
| SBI#506622 | Deputy Attorney General |
| 1181 Paddock Road | 820 North French Street, 7th Floor |
| Delaware Correctional Center | Carvel State Office Building |
| Smyrna, DE 19977 | Wilmington, DE 19801 |

REGER RIZZO KAVULICH & DARNALL LLP

*/s/ Cynthia G. Beam, Esquire*
Cynthia G. Beam, Esquire
Delaware State Bar I.D. No. 2565
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801
(302) 652-3611
Attorney for Defendant Dr. Sylvia Foster

Dated:   September 26, 2006