IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JIMMIE LEWIS, | ) | |
|     Plaintiff, | ) | |
| v. | ) | |
| SYLVIA FOSTER, KATHYRN | ) | C.A. No.: 04-1350 (GMS) |
| SHENEMAN, MICHAEL TALMO, | ) | |
| DIANE STACHOWSKI, HELEN | ) | |
| HANLON, MARGERET WILSON, | ) | |
| MALE NURSE, DONNA LAWRENCE, | ) | |
| GLORIA BANKS, FLORENCE SCOTT | ) | |
| COBB, LANCE SAPERS, DAVE | ) | |
| MOFFITT, R. GRAY, C. OATS, ROSE | ) | |
| ARES, PAT RILEY, DR. OVRESHI, | ) | |
| CURTIS CORNISH, KAREN | ) | |
| CHAMBERLIN, SEGAL J., TANYA | ) | |
| WILSON, J. CONYER, MR. JOHNSON, | ) | |
| JOHN JOE, | ) | |
| | ) | |
|     Defendants. | ) | |

## ORDER

WHEREAS, Defendant, Dr. Sylvia Foster, having requested a Motion for Protective Order pursuant to Federal Rule of Civil Procedure 16; and

WHEREAS, there being good cause shown for the granting of such motion;

IT IS HEREBY ORDERED this __27th__ day of __Sept.__, 2006, that Defendant Dr. Sylvia Foster's Motion for Protective Order is granted. Defendant is not required to appear at the District Court on October 11, 2006 as directed by Plaintiff. Defendant shall respond to interrogatories and request for admission properly filed by Plaintiff within the discovery period previously set forth by this Court's scheduling order.

_____
Gregory M. Sleet
United States District Judge



FILED
SEP 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE