IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS,

-vs-   CA NO. 04-1350 (GMS)

DR. SYLVIA FOSTER, ET AL.


FILED
OCT 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PLAINTIFF'S MOTION FOR DISCOVERY # III
_____

COMES NOW, THE PLAINTIFF JIMMIE LEWIS, PRO-SE AND SUBMITS THIS MOTION TO THIS HONORABLE COURT IN ACCORDANCE TO THIS COURT GRANTING A ORDER FOR DISCOVERY, IN ORDER TO BRING FORTH THE TRUTH, THE WHOLE TRUTH AND NOTHING BUT THE TRUTH, AND ASSERTS THE FOLLOWING:

DATE: 10/10/06

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977

1.) WHEN THE PLAINTIFF WAS (4) POINT RESTRAINED COULD HE BE A DANGER TO HIMSELF, IF YES, STATE HOW.

2.) WHEN THE PLAINTIFF WAS (4) POINT RESTRAINED COULD HE BE A DANGER TO ANY ONE ELSE, IF YES, STATE HOW.

3.) A TOTAL OF HOW MANY TIMES WAS THE PLAINTIFF PLACED IN THE SECLUSION ROOM

4.) DISCRIBE THE DESIGN OF THE SECLUSION ROOM

5.) WHY WAS THE CHEF SALAD ORDERED FOR THE PLAINTIFF.

6.) WHY WAS THE PLAINTIFF'S CHEF SALAD DISCONTINUED.

7.) WAS JAMES FLOYD ORDERED A CHEF SALAD, IF YES, ON WHAT DATE.

8.) WAS JAMES FLOYD ORDERED A TOSS SALAD, IF YES, ON WHAT DATE.

9.) WHEN WAS THE PLAINTIFF'S CHEF SALAD ORDERED.

10.) WAS JAMES FLOYD'S TOSS SALAD DISCONTINUED, IF YES, ON WHAT DATE.

11.) CAN A PERSONS DIET BE LINKED TO RELIGIOUS OBLIGATIONS.

12.) WHY DID THE PLAINTIFF WEAR PAPER HORNS ON HIS HEAD.

13.) HOW LONG HAS THE NO SHAVING HEAD WITH RAZORS BEEN IN EFFECT, PRODUCE THE RULE STATING THIS.

14.) DO THE DEFENDANTS WANT TRIAL BY JUDGE OR TRIAL BY JURY.

15.) WHY DID IT TAKE 6 1/2 MONTHS TO TRANSFER LEWIS TO THE D.P.C

16.) WHO IS RESPONSIBLE FOR THE PLAINTIFF NOT RECEIVING A COMPETENCY HEARING BEFORE BEING TRANSFERED BACK TO THE D.O.C

17.) WHY DID DR. FOSTER CHOOSE TO CLAIM THAT, THE PLAINTIFFS CLAIMS IN FULL OR IN PART ARE BARRED BY THE DOCTRINE OF COMPARATIVE NEGLIGENCE AND OR ASSUMPTION OF RISK, AS IF TO SAY THE PLAINTIFF SHOULD HAVE BEEN EXPECTING TO BE TREATED IN THE MANNER DISCRIBED IN HIS COMPLAINT.

18.) WHY WASN'T THE PLAINTIFF'S EMERGENCY CONTACT NOT NOTIFIED BEFORE HE WAS (4) POINT RESTRAINED AND OR BEFORE HE WAS INJECTED WITH PSYCHOTROPIC DRUGS.

19.) WHY DID DR. FOSTER CLAIM THAT THE PLAINTIFF'S CLAIMS ARE BARRED BY DOCTRINES OF LACHES.

20.) WHY DID DR. FOSTER CLAIM THAT THE PLAINTIFF'S CLAIMS ARE BARRED BY DOCTRINES OF ESTOPPEL.

21.) WHY DID DR. FOSTER CLAIM THAT THE PLAINTIFF'S CLAIMS ARE BARRED BY DOCTRINES OF ACQUIESCENCE.

22.) WHY DID DR. FOSTER CLAIM THAT THE PLAINTIFF'S CLAIMS ARE BARRED BY DOCTRINES OF RATIFICATION.

23.) WHY DID DR. FOSTER CLAIM THAT THE PLAINTIFF'S CLAIMS ARE BARRED BY DOCTRINES OF UNCLEAN HANDS AND WAIVER.

## CERTIFICATE OF SERVICE

I, THE UNDERSIGNED PLAINTIFF JIMMIE LEWIS PRO-SE DUE HEREBY CERTIFY ON THIS __10TH__, DAY OF __SEPT__, 2006, THAT I DID MAIL ONE TRUE AND CORRECT COPY OF THE PLAINTIFF'S MOTION FOR DISCOVERY TO THE FOLLOWING:

CLERK OF THE COURT (GMS)  
J. CALEB BOGGS FEDERAL BUILDING  
844 N. KING ST, LOCKBOX 18  
WILMINGTON, DE 19801

CYNTHIA BEAM ESQ  
1001 JEFFERSON PLAZA, SUITE 202  
WILMINGTON, DE 19801

GREGORY E. SMITH  
DEPUTY ATTORNEY GENERAL  
820 N. FRENCH ST, 7TH FL  
CARVEL STATE BUILDING  
WILMINGTON, DE 19801

DATE: 10/10/06

Jimmie Lewis  
SBI #506622  
DEL. CORR. CENTER  
1181 PADDOCK RD  
SMYRNA, DE 19977

IM Jimmie Lewis
SBI# 506622 UNIT C-U-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

X-RAY

Clerk of the Court (GMS)
U.S District Court
844. N King St, Lockbox 18
Wilmington, Delaware
19801




02 1A
0004608975
MAILED FROM ZIP CODE 19
$01.5
OCT 12 2
UNITED S
PITNEY BOWES