IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS,

- VS -                                     CA. NO. 05 - 013 (GMS)

RAPHEL WILLIAMS, ET AL.


FILED

OCT 19 2006

U.S. DISTRICT COURT
DISTRICT OF DEL.

To Scanned.

MOTION FOR APPOINTMENT OF COUNSEL

COME NOW, THE PLAINTIFF JIMMIE LEWIS, PRO-SE
AND SUBMITS THIS MOTION TO THIS HONORABLE COURT
FOR APPOINTMENT OF COUNSEL, AND IN SUPPORT
THEREOF ASSERTS THE FOLLOWING:

DATE: 10/12/06

Jimmie Lewis
501 # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977

" BRIEF STATEMENT OF FACTS "

THE COMPLAINT ALLEGES THAT THE PLAINTIFF JIMMIE LEWIS WAS SUBJECTED TO NUMEROUS U.S CONSTITUTIONAL VIOLATIONS DURING HIS INCARCERATION AT THE HOWARD R. YOUNG CORR. INST, (H.R.Y.c.I), AND THE DELAWARE CORR. CENTER (D.c.c.), THE PLAINTIFF WAS DENIED DUE PROCESS AT DISCIPLINARY PROCEEDINGS, HE WAS DENIED ACCESS TO THE COURTS; FOR WHICH SUPERVISORY OFFICIALS WERE INFORMED AND RESPONDED, BUT TOOK NO ACTION TO REMEDY OR GRANT THE PLAINTIFF RELIEF FROM SAID VIOLATION NOTED IN THE PLAINTIFFS COMPLAINT.

" ARGUMENT "

IN DECIDING WHETHER TO APPOINT COUNSEL FOR AN INDIGENT LITIGANT, THE COURT SHOULD CONSIDER THE FACTUAL COMPLEXITY OF THE CASE, THE ABILITY OF THE INDIGENT TO INVESTIGATE THE FACTS, THE EXISTANCE OF CONFLICTING TESTIMONY, IN ADDITION COURTS HAVE SUGGESTED THAT THE MOST IMPORTANT FACTORS IS WHETHER THE CASE APPEARS TO HAVE MERIT. EACH OF THOSE FACTORS WEIGHS IN FAVOR OF APPOINTING COUNSEL IN THIS CASE, BUT THE MOST ESSENTIAL FACTOR REGARDING THE PLAINTIFF IS THAT HIS INDIGENT STATUS WILL PREVENT HIM FROM BEING ABLE TO PRESENT THE TRUTH THE WHOLE TRUTH AND NOTHING BUT THE TRUTH.

1.) THE PLAINTIFF IS AN INDIGENT PRISONER WHO
   HAS FILED THIS COMPLAINT IN LIEU OF INFORMA PAUPERIS.

2.) THE PLAINTIFF IS AN INDIGENT PRISONER WHO
   HAS TWO DIFFERENT CIVIL ACTION COMPLAINTS
   PENDING IN THE U.S. DISTRICT COURT, CA NO 04-1350 GMS,
   AND CA.NO 06-238 GMS, AS WELL AS HIS
   POSTCONVICTION APPEAL AND A PETITION FOR WRIT OF
   MANDAMUS PENDING IN THE SUPREME COURT OF DELAWARE
   THAT HE MUST BE PREPARED TO RESPOND TO. FOR WHICH
   CAN ONLY BE DONE WITH LEGAL MAILING SUPPLIES.

3.) THE PLAINTIFF WAS RECEIVING FINANCIAL SUPPORT
   FROM HIS PARENTS, BUT THEY ARE ON FIXED INCOMES
   DUE TO THEIR BEING RETIRED CITIZENS. WHO HAVE BOTH
   ENCOUNTERED MEDICAL DILEMMAS ACCOMPANIED BY
   ASTRONOMICAL MEDICAL BILLS FOR MEDICATIONS.
   MELBA JEAN LEWIS + TIMMIE LEWIS SR. 1-910-283-4991

4.) FOR THE LAST PAST THREE MONTHS THE PLAINTIFF
   HASN'T BEEN ABLE TO PURCHASE LEGAL MAILING SUPPLIES
   OR EVEN COSMETIC ITEMS FROM COMMISSARY DUE
   TO HIS OWING MORE THAN $250.00 AND COUNTING
   FOR POSTAGE FEES. (SEE THE ATTACHED INMATE
   ACCOUNT STATEMENTS.)

5.) I WAS LOCATED IN THE SNU, THE SPEACIAL NEEDS UNIT IN BUILDING 23 M/HU D·U·2, WHERE I WAS ABLE TO ATTEND AND OBTAIN MAILING SUPPLIES FROM THE LAW LIBRARY THERE BY FILLING OUT A PAY TO, FOR WHICH THE COST OF SAID SUPPLIES WOULD BE ADDED ~~IMMIFED~~ TO MY STEADILY INCREASING BILL.

6.) AT PRESENT I AM IN THE SHU, THE SECURITY HOUSING UNIT IN BUILDING 17 SHU C-U-1, WHERE I AM NOT ABLE TO ATTEND OR OBTAIN MAILING SUPPLIES FROM THE LAW LIBRARY. AS A MATTER OF FACT MY DEADLINE WAS 9/29/06 FOR MY POSTCONVICTION APPEAL, FOR WHICH I CONTACTED THE LAW LIBRARIAN BRIAN ENGRAM IN ORDER TO HAVE HIM SEND ME MANILA ENVELOPES, BUT TO NO AVAIL. THE SUPREME COURT CLERK ENDED UP SENDING ME A NOTICE TO SHOW CAUSE WHY MY APPEAL, THE APPEAL I WAITED 2 1/2 YEARS FOR, SHOULDN'T BE DISMISS IN ACCORDANCE TO RULE 6 OF THE SUPREME COURT BECAUSE MY APPEAL ARRIVED AT THE SUPREME COURT ON 10/2/06. BECAUSE I WAS ONLY ABLE TO SEND IN MY APPEAL AFTER ANOTHER INMATE LOANED ME A MANILA ENVOLOPE! ( SEE ATTACHED RESPONSE TO THE SUPREME COURT CLERKS NOTICE TO SHOW CAUSE. )

7.) THE ATTACHED RESPONSE TO THE SUPREME COURT CLERKS NOTICE TO SHOW CAUSE EXPLAINS BRIEFLY THE CHAIN OF EVENTS, BUT ACTUALLY I WAS SUPPOSE TO BE TRANSFERED BACK TO THE SNU, SPECIAL NEEDS UNIT AFTER MY 15 DAY WHOLE TIME SANCTION WAS COMPLETED, BUT MY BEING TRANSFERED BACK, AS I WAS TOLD BY SGT WILLIAM, SGT BAMBI THOMAS & LT SEACORD WAS DELAYED BY A MASS TRANSFER FROM THE H.R.Y.C.I OF 60 INMATES TO HERE AT O.C.C, BUT ON 10/4/06 THE SAME DATE THE COMPLAINTS WERE SERVED TO 04-013 (6MS) TO DEFENDANTS RAPHEL WILLIAMS STANLEY/TAYLOR, AND THOMAS CARROL, I WAS RE-CLASSIFIED TO THE S.H.U.

8.) AT PRESENT I AM IN SHU 17, C-U-1 WHERE THE PIPES ARE CONSTANTLY BANKING ON THE WALL 24 HOURS A DAY.

9.) I HAVE WROTE THE WARDEN THOMAS CARROL, THE SHU DEPUTY WARDENS MR. PIERCE & BETTY BURRIS REQUESTING THAT THEY CONTACT BRIAN ENGRAM THE SHU LAW LIBRARIAN, THAT THEY WAIVE MY POSTAGE BILL, THAT THEY CONTACT MR. ANDREW THE COMMISSARY OFFICER BUT TO NO AVAIL.

10.) I HAVE ALSO CONTACTED NUMEROUS ATTORNEYS
SEEKING THEIR ASSISTANCE, BUT TO NO AVAIL.
( SEE ATTACHED NOTATIONS + RESPONSES. )


FOR THE FORGOING REASONS THE PLAINTIFF
JIMMIE LEWIS HEREBY REQUEST THAT THIS HONORABLE
COURT GRANT HIS MOTION FOR THE APPOINTMENT
OF COUNSEL.


DATE: 10/12/06

Jimmie Lewis
S.B.I # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977

CERTIFICATE OF SERVICE

I, THE UNDERSIGNED PLAINTIFF JIMMIE LEWIS, PRO-SE
DUE HEREBY CERTIFY ON THIS ___12 TH___, DAY OF
___SEPT___, 2006, THAT I DID MAIL ONE TRUE
AND CORRECT COPY OF THE PLAINTIFFS MOTION FOR
APPOINTMENT OF COUNSEL TO THE FOLLOWING:


CLERK OF THE COURT (GMS)
U.S. DISTRICT COURT
J. CALEB BOGGS FEDERAL BUILDING
844. N . KING ST, LOCKBOX 18
WILM, DE 19801


DATE: 10/12/06

Jimmie Lewis
SBI # 506622
DEL . CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977

IN THE SUPREME COURT OF THE STATE OF DELAWARE

JIMMIE LEWIS,
 DEFENDANT BELOW,
  APPELLANT,

- VS -                                  536, 2006.

STATE OF DELAWARE,
  PLAINTIFF BELOW,
   APPELLEE.

DEFENDANTS RESPONSE TO THE
SUPREME COURTS NOTICE TO
SHOW CAUSE

COMES NOW, THE DEFENDANT JIMMIE LEWIS, PRO-SE
IN RESPONSE TO THE SUPREME COURTS NOTICE TO
SHOW CAUSE, AND ASSERTS THE FOLLOWING:

1.) ON OR ABOUT AUG 30, 2006 I RECEIVED
    JUDGE ABLEMAN'S AUG 29, 2006 POSTCONVICTION
    DECISION.

2.) LATER THAT EVENING ON AUG 30, 06 I WAS
    TRANSFERRED TO THE WHOLE, AND SUBSEQUENTLY
    EIGHT HOURS LATER I WAS TRANSFERRED TO
    THE INFIRMARY.

3.) ON OR ABOUT SEPT 14, 06 I WAS TRANSFERRED TO BUILDING 18, SHU C-U-2 TO THE TRANSITION UNIT WITHOUT MY PERSONAL PROPERTY.

4.) FROM AUG 30, 2006 TO SEPT 21, 2006 I WAS WITHOUT MY PERSONAL PROPERTY.

5.) ON SEPT 21, 2006 MY PERSONAL PROPERTY WAS DELIVERED TO ME AT BUILDING 18, SHU C-U-2 THE TRANSITION UNIT.

6.) I SENT NUMEROUS REQUEST BY WAY OF SGT BAMBI THOMAS, SGT WILLIAMS, THE HOUSING SGT'S FOR BUILDING 18 SHU, TO THE LAW LIBRARIAN "BRIAN ENGRAM", REQUESTING FOR HIM TO SEND ME MANILA ENVELOPES SO I COULD FORWARD MY NOTICE OF APPEAL AND ATTACHED DOCUMENTS TO HIM TO BE PHOTO COPIED FOR MY PERSONAL RECORD AS WELL AS SO THAT I COULD MAIL THE ORIGINAL NOTICE OF APPEAL ALONG WITH THE ATTACHED DOCUMENTS TO THE SUPREME COURT CLERK TO BE DOCKETED FOR REVIEW BY THE SUPREME COURT JUSTICES, AND A COPY OF THE NOTICE OF APPEAL TO THE STATE'S ATTORNEY GENERAL AT THE DEPT OF JUSTICE.

7.) MY DISCIPLINARY HISTORY, HOUSING HISTORY,
THE PROPERTY OFFICER MS. SUMMER 8AM TO 4PM
MON THRU FRI, BUILDING 18 SHU SGT's, SGT WILLIAM +
SGT BAMBI THOMAS 8 AM TO 4PM TUE THUR SUN,
+ MR BRIAN ENGRAM SHU LAW LIBRARIAN
8 AM TO 4 PM MON THRU FRI, CAN BE CONTACTED
HERE AT THE D.C.C.

D.CC  DELAWARE CORRECTIONAL CENTER
SMYRNA LANDING ROAD
SMYRNA, DE 19977
PHONE # 302-653-9261

8.) THE DEFENDANT HAS BEEN DILIGENTLY SEEKING
TO HAVE THE NUMEROUS GROUNDS TO BE REVIEWED
FOR WHICH HE HAS HAD TO PATIENTLY WAIT FOR
MORE THAN 2 1/2 YEARS, AND IN THAT 2 1/2 YEARS
THE DEFENDANTS "PRO-SE" PETITIONS, AND OR MOTIONS
HAVE BEEN IN ACCORDANCE TO THE COURTS
RULES OF PROCEDURE.

IN THE INTREST OF JUSTICE THE FOREGOING
REASONS SHOULD BE CONSIDERED IN REGARDS
TO THE DEFENDANTS MERITOUS CLAIMS AS
STATED IN THE PETTION FOR POSTCONVICTION
RELIEF. BEING REVIEWED.

DATE:

SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977

CERTIFICATE OF SERVICE

I THE UNDERSIGNED, DUE HEREBY CERTIFY ON THIS
_____ DAY OF _____, 2006, THAT I
MAILED (1) TRUE AND CORRECT COPY OF THE DEFENDANTS
RESPONSE TO THE SUPREME COURT'S NOTICE TO SHOW
CAUSE, TO THE FOLLOWING:

CLERK OF THE SUPREME COURT
P.O BOX 476
DOVER, DE 19977

DATE: _____

Jimmie Lewis
SBI #506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977

TABLE OF CONTENTS

1.) DISCIPLINARY REPORT # 1027067, THE SANCTION
FOR THE INFRACTION THAT OCCURED ON 8/30/2006.

2.) D.C.C INMATE PROPERTY RECEIPTS DATE 8/30/2006

3.) A D.C.C INDIVIDUAL ACCOUNT STATEMENT
PRINTOUT FOR THE MONTH OF AUG 2006
DATED 8/30/2006 VARIFING THAT I WAS
IN BUILDING 23 ON THE 30TH OF AUG 2006,

4.) A D.C.C INDIVIDUAL ACCOUNT STATEMENT
PRINTOUT FOR THE MONTH OF AUG 2006
DATED 9/20/2006 VARIFING THAT I WAS
IN BUILDING 18 ON THE 20TH OF SEPT 2006,

5.) A D.CC PROPERTY/ CONFISCATION SHEET
DATED 9/21/2006 VARIFING THE DATE
THE PROPERTY/ OFFICE MS. SUMMER VISITED
ME AT BUILDING 18 SHU C-U-2.

# Individual Statement

## For Month of June 2006

Date Printed: 8/9/2006

Page 1 of 1

| SID | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $50.16 |
|---|---|---|---|---|---|---|
| 00506622 | LEWIS | JIMMY | | | | |

Current Location: 23    Comments: QOL4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 6/1/2006 | $0.00 | $0.00 | ($0.39) | $50.16 | 273657 | | 5/16/06 | |
| Supplies-MailP | 6/1/2006 | $0.00 | $0.00 | ($0.63) | $50.16 | 273658 | | 5/16/06 | |
| Supplies-MailP | 6/1/2006 | $0.00 | $0.00 | ($1.11) | $50.16 | 273759 | | 5/24/06 | |
| Supplies-MailP | 6/5/2006 | ($0.63) | $0.00 | $0.00 | $49.53 | 274940 | | 5/16/06 | |
| Supplies-MailP | 6/5/2006 | ($0.39) | $0.00 | $0.00 | $49.14 | 274939 | | 5/16/06 | |
| Supplies-MailP | 6/5/2006 | ($1.11) | $0.00 | $0.00 | $48.03 | 274989 | | 5/24/06 | |
| Canteen | 6/6/2006 | ($19.41) | $0.00 | $0.00 | $28.62 | 275429 | | | |
| Legal | 6/7/2006 | $0.00 | $0.00 | ($8.00) | $28.62 | 276471 | | | |
| Canteen | 6/9/2006 | ($8.00) | $0.00 | $0.00 | $20.62 | 277559 | | | |
| Legal | 6/13/2006 | ($20.54) | $0.00 | $0.00 | $0.08 | 278659 | | | |
| Canteen | 6/29/2006 | $0.00 | $0.00 | ($2.55) | $0.08 | 285617 | | 6/28/06 | |
| Supplies-MailP | 6/29/2006 | $0.00 | $0.00 | ($2.55) | $0.08 | 285618 | | 6/28/06 | |
| Supplies-MailP | 6/29/2006 | $0.00 | $0.00 | ($2.79) | $0.08 | 285619 | | 6/28/06 | |
| Supplies-MailP | 6/29/2006 | $0.00 | $0.00 | ($2.55) | $0.08 | 285625 | | 6/28/06 | |

Ending Mth Balance:    $0.08

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($105.08)

Date Printed: 8/9/2006

# Individual Statement

## For Month of July 2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.08 |
|-----|-----------|-----------|-----|--------|------------------|-------|
| 00506622 | LEWIS | JIMMY | | | | |

Current Location: 23    Comments: QOL4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|------------|------|------------------------------|--------------|------------------|---------|---------|--------------|-------|------------|
| Supplies-MailP | 7/7/2006 | $0.00 | $0.00 | ($2.31) | $0.08 | 289017 | | 6/21/06 | |
| Supplies-MailP | 7/13/2006 | $0.00 | $0.00 | ($3.57) | $0.08 | 291451 | | INDIGENT 7/6/06 | |
| Supplies-MailP | 7/17/2006 | $0.00 | $0.00 | ($4.05) | $0.08 | 292170 | | 7/13/06 | |
| Supplies-MailP | 7/17/2006 | $0.00 | $0.00 | ($4.05) | $0.08 | 292182 | | 7/13/06 | |
| Supplies-MailP | 7/18/2006 | $0.00 | $0.00 | ($4.05) | $0.08 | 292383 | | 7/16/06 | |
| Supplies-MailP | 7/18/2006 | $0.00 | $0.00 | ($3.78) | $0.08 | 292445 | | 6/27/06 | |
| Supplies-MailP | 7/19/2006 | ($0.08) | $0.00 | ($2.47) | $0.00 | 294246 | | 6/28/06 | |
| Supplies-MailP | 7/21/2006 | $0.00 | $0.00 | ($1.35) | $0.00 | 295455 | | 7/7/06 | |
| Supplies-MailP | 7/21/2006 | $0.00 | $0.00 | ($1.35) | $0.00 | 295456 | | 7/7/06 | |
| Supplies-MailP | 7/21/2006 | $0.00 | $0.00 | ($49.57) | $0.00 | 295659 | | 7/20/06 | |
| Supplies-MailP | 7/21/2006 | $0.00 | $0.00 | ($4.05) | $0.00 | 295749 | | 7/12/06 | |
| Supplies-MailP | 7/21/2006 | $0.00 | $0.00 | ($4.05) | $0.00 | 295750 | | 7/12/06 | |
| Supplies-MailP | 7/21/2006 | $0.00 | $0.00 | ($4.05) | $0.00 | 295751 | | 7/12/06 | |
| Supplies-MailP | 7/21/2006 | $0.00 | $0.00 | ($4.05) | $0.00 | 295753 | | 7/12/06 | |
| Supplies-MailP | 7/21/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 295768 | | 7/12/06 | |
| Supplies-MailP | 7/21/2006 | $0.00 | $0.00 | ($4.05) | $0.00 | 295840 | | 7/20/06 | |

Ending Mth Balance: $0.00

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($105.00)

C42

# Individual Statement

Date Printed: 9/20/2006

Page 1 of 1

## For Month of August 2006

| SID | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00506622 | LEWIS | JIMMY | | | | |

Current Location: 18        Comments: QOLA



| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPo | 8/9/2006 | $0.00 | $0.00 | ($3.41) | $0.00 | 303841 | | INDIGENT 8/2/06 | |
| Supplies-MailPo | 8/9/2006 | $0.00 | $0.00 | ($2.31) | $0.00 | 303866 | | 8/7/06 | |
| Supplies-MailPo | 8/9/2006 | $0.00 | $0.00 | ($2.31) | $0.00 | 303867 | | 8/7/06 | |
| Supplies-MailPo | 8/9/2006 | $0.00 | $0.00 | ($2.31) | $0.00 | 303891 | | 8/7/06 | |
| Supplies-MailPo | 8/16/2006 | $0.00 | $0.00 | ($110.50) | $0.00 | 306990 | | 8/11/06 | |
| Supplies-MailPo | 8/17/2006 | $0.00 | $0.00 | ($1.83) | $0.00 | 307933 | | 8/15/06 | |
| Medical | 8/25/2006 | $0.00 | ($4.00) | $0.00 | $0.00 | 310975 | | 8/23/06 | |

Ending Mth Balance: $0.00

Total Amount Currently on Medical Hold: ($4.00)

Total Amount Currently on Non-Medical Hold: ($250.03)

TO: JEFFERY K. BARTELS

FROM: TIMMIE LEWIS



JUL 1 0 2006

YOUR IN POSSESSION OF THIS NOTATION, BECAUSE I AM SEEKING TO RETAIN A CIVIL LAW ATTORNEY TO REPRESENT ME PERTAINING TO CASE REGARDING THE CIVIL COMPLAINT DOCUMENT THAT IVE FORWARDED WITH THIS NOTATION.

CA. NO. 04-1350 (GMS) IS JUST ABOUT READY FOR TRIAL, FOR WHICH MEANS IVE ALREADY DONE MAJORITY OF THE WORK.

CA. NO. 05-013 (GMS) WOULD HAVE BEEN JUST ABOUT READY FOR TRIAL, BUT BEING THE LAYMAN OF CIVIL LAW THAT I AM, I ENCOUNTERED A FEW DILEMMA'S. AT PRESENT THE COURT IS AWAITING MY AMENDED COMPLAINT. BUT I FILED FOR 60 DAY POSTPONEMENT 6/26/06.

I SEEK AN EXPEDIANT APPOINTMENT FOR CONSULTATION, IN ORDER TO DETERMINE IF YOU CAN OR WILL REPRESENT ME?

I WOULD APPRECIATE IT VERY MUCH IF YOU WOULD SEND ME A NOTATION OF CONFIRMATION REGARDING THIS MATTER, I NEED TO KNOW AS SOON AS POSSIBLE IF YOU WILL OR WILL NOT SCHEDULE AN APPOINTMENT TO INTERVIEW ME.

P.S I AM THE ONE WHO INFORMED "LOUIS CHANCE TR'S" FAMILY, REGARDING WHAT HAPPENED TO HIM.

Timmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977

DATE: 7/15/06

RECEIVED

JUL 14 2006

M&F

TO: DAVID R. BATMAN

YOUR IN POSSESSION OF THIS NOTATION BECAUSE
I AM SEEKING TO RETAIN A CIVIL LAW ATTORNEY TO
REPRESENT ME PERTAINING TO CASES REGARDING THE
CIVIL COMPLAINT DOCUMENTS THAT IVE FORWARDED WITH
THIS NOTATION.

    CA. No. 04-1350 (GMS) IS JUST ABOUT READY FOR TRIAL,
FOR WHICH MEANS IVE ALREADY DONE MAJORITY OF THE WORK.
    CA. No. 05-013 (GMS) WOULD HAVE BEEN JUST ABOUT
READY FOR TRIAL ALSO, BUT BEING THE LAYMAN OF CIVIL LAW
THAT I AM, I ENCOUNTERED A FEW DILEMMA'S. AT PRESENT
THE COURT IS AWAITING MY AMENDED COMPLAINT, BUT INSTEAD
I JUST FILED FOR 60 DAY POSTPONEMENT ON 6/26/06.
    I SEEK AN EXPEDIANT APPOINTMENT FOR FREE CONSULTATION,
IN ORDER TO DETERMINE IF YOU CAN REPRESENT ME.
    I WOULD APPRECIATE IT VERY MUCH IF YOU COULD SEND
ME A NOTATION OF CONFIRMATION TO INFORM ME IF YOU
CAN OR CAN NOT SCHEDULE ME FOR AN APPOINTMENT.

DATE: 7/12/06

JIMMIE LEWIS

SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DELAWARE
19977

TO: MARVIN + MARTIN EMMET, LLP

Your IN POSSESSION OF THIS NOTATION BECAUSE
I AM SEEKING TO RETAIN A CIVIL LAW ATTORNEY TO
REPRESENT ME PERTAINING TO CASES REGARDING THE
CIVIL COMPLAINT DOCUMENTS THAT IVE FORWARDED WITH
THIS NOTATION.
        CA. NO. 04-1350 (GMS) IS JUST ABOUT READY FOR TRIAL,
FOR WHICH MEANS WE ALREADY DONE MAJORITY OF THE WORK.
        CA. NO. 05-013 (GMS) WOULD HAVE BEEN JUST ABOUT
READY FOR TRIAL ALSO. BUT BEING THE LAYMAN OF CIVIL LAW
THAT I AM, I ENCOUNTERED A FEW DILEMMA'S, AT PRESENT.
THE COURT IS AWAITING MY AMENDED COMPLAINT, BUT INSTEAD
I JUST FILED FOR 60 DAY POSTPONEMENT ON 6/26/06.
        I SEEK AN EXPEDIANT APPOINTMENT FOR FREE CONSULTATION,
IN ORDER TO DETERMINE IF YOU CAN REPRESENT ME.
        I WOULD APPRECIATE IT VERY MUCH IF YOU COULD SEND
ME A NOTATION OF CONFIRMATION TO INFORM ME IF YOU
CAN OR CAN NOT SCHEDULE ME FOR AN APPOINTMENT.


                                    JIMMIE LEWIS
                                    Jimmie Lewis
            DATE: 7/12/06           SBI # 506622
                                    DEL. CORR. CENTER
                                    1181 PADDOCK RD
                                    SMYRNA, DELAWARE
                                    19977

TO: DILWORTH PAXSON

FROM: MR. JIMMIE LEWIS

YOUR IN POSSESSION OF THIS NOTATION, BECAUSE I AM SEEKING TO RETAIN A CIVIL ATTORNEY TO REPRESENT ME PERTAINING TO CASES REGARDING THE CIVIL COMPLAINT DOCUMENTS THAT IVE FORWARDED ALONG WITH THIS NOTATION.

CA. NO. 04-1350 (GMS) IS JUST ABOUT READY FOR TRIAL, FOR WHICH MEANS IVE ALREADY DONE MAJORITY OF THE WORK.

CA NO. 05-013 (GMS) WOULD HAVE BEEN READY FOR TRIAL, BUT BEING THE LAYMAN THAT I AM, I ENCOUNTERED A FEW DILEMMA's. AT PRESENT THE COURT IS AWAITING MY AMENDED COMPLAINT(S). I JUST FILED FOR A 60 DAY POSTPONEMENT 10/26/06.

I SEEK AN EXPEDIANT APPOINTMENT FOR CONSULTATION, IN ORDER TO DETERMINE IF YOU CAN OR WILL REPRESENT ME.

I WOULD APPRECIATE IT VERY MUCH IF YOU WOULD SEND ME A NOTATION OF CONFIRMATION REGARDING THIS MATTER. I NEED TO KNOW AS SOON AS POSSIBLE IF YOU WILL OR WILL NOT SCHEDULE AN APPOINTMENT TO INTERVIEW ME.

DATE: 6/28/06

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977

*Jeffrey K. Bartels*

ATTORNEY AT LAW
401 SOUTH MARYLAND AVENUE
WILMINGTON, DELAWARE 19804

TELEPHONE NUMBER
(302) 995-6211

FACSIMILE
(302) 995-6388

July 21, 2006

Jimmie Lewis
SBI 506622
Unit D-U-2, Bldg. 23
Delaware Correctional Center
1811 Paddock Road
Smyrna, DE   19977

Dear Mr. Lewis:

I am in receipt of your letter and package of enclosures
received by my office on July 18, 2006.  Please be advised I have
no expertise whatsoever in cases such as yours.  Unfortunately, I
do not know of any lawyers who handle those types of claims.  I
have returned all of your documents to you so that you can
forward them to some other attorney if you see fit.

Good luck with this matter.

Very truly yours,

Jeffrey K. Bartels

JKB/ldw
Enclosures

# HECKLER & FRABIZZIO

ATTORNEYS AT LAW
THE CORPORATE PLAZA
800 DELAWARE AVENUE
SUITE 200
POST OFFICE BOX 128
WILMINGTON, DELAWARE 19899-0128

GEORGE B. HECKLER, JR.
ANTHONY M. FRABIZZIO
MARIA PARIS NEWILL
RICHARD D. ABRAMS
WILLIAM D. RIMMER*
DANIEL P. BENNETT
JOHN GILBERT*
DAVID R. BATMAN
JOHN W. MORGAN
TIMOTHY H. ROHS
MIRANDA D. CLIFTON
CHERYL A. SYWY
STEPHEN J. MILEWSKI
CASEY W. LESIAK*
ROBERT J. DEARY*

AREA CODE 302
573-4800

·TELECOPIER
573-4806

*DELAWARE AND PENNSYLVANIA BAR
*PENNSYLVANIA BAR ONLY

July 18, 2006

Re:   Jimmie Lewis v. Dr. Sylvia Foster, et al.;
      CA No.: 04-1350 GMS
      Jimmie Lewis v. Warden Rafael Williams;
      CA No.: 05-013 GMS
      CA No.: 05-051 GMS
      CA No.: 05-052 GMS

Mr. Jimmie Lewis
SBI #506622
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Dear Mr. Lewis:

This will acknowledge receipt of your 7/12/06 letter (received by me on 7/14/06) with which you provided information/pleadings in the above-captioned matters.

Unfortunately, I must decline and cannot undertake any legal representation of you in any manner and specifically with respect to the above-captioned matters.

You may wish to consider contacting the Lawyer Referral Service/Legal HelpLink at (302) 478-8850; Delaware Volunteer Legal Services, Inc. at (302) 478-8680; and/or the Community Legal Aid Society, Inc. at (302) 575-0660.

I have enclosed and am returning all of the materials you forwarded to me.

Very truly yours,

David R. Batman

DRB/clb/302614

# FERRY, JOSEPH & PEARCE, P. A.

ATTORNEYS AT LAW
824 MARKET STREET
SUITE 904
P. O. BOX 1351
WILMINGTON, DELAWARE 19899

(302) 575-1555

DAVID J. FERRY, JR.*
MICHAEL B. JOSEPH +
ROBERT K. PEARCE
THEODORE J. TACCONELLI *
EDWARD F. KAFADER
JOHN D. MATTEY
RICK S. MILLER
JASON C. POWELL
LISA L. COGGINS **
STEVEN G. WEILER ++
THOMAS R. RIGGS

( *ALSO PA BAR)
( +ALSO NJ BAR)
( **ALSO FL, MA AND NY BARS)
( ++NJ BAR ONLY)

TELEFAX
(302) 575-1714

www.ferryjoseph.com

ARTHUR F. DISABATINO
(1938-2001)

July 14, 2006

Jimmie Lewis
SBI #506622
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Dear Mr. Lewis:

I received and reviewed your correspondence and suit papers. Unfortunately, our firm does not handle this type of litigation and does not have the necessary expertise to provide the representation you need. I am, therefore, returning your papers so that you can hopefully find other counsel. Perhaps you should seek a referral from the Delaware State Bar Association, 301 N. Market Street, Wilmington, DE 19801.

Very truly yours,

David J. Ferry, Jr.

DJFjr/jbd
Enclosure

# DILWORTH PAXSON LLP

LAW OFFICES

Martin J. Weis
mweis@dilworthlaw.com

July 15, 2006

Mr. Jimmie Lewis
SBI #506622
Delaware Correction Center
1181 Paddock Road
Smyrna, DE 19977

RE:  Lewis v. Warden Williams, et al.

Dear Mr. Lewis:

Your June 28, 2006 letter and related materials have been forwarded to my attention. I have reviewed these materials and, based on my review, I have determined that this is not a matter which this firm can appropriately handle on your behalf.

This should not be interpreted to mean that you do or do not have a case. If you wish to pursue this matter with the help of other counsel, you should contact that lawyer immediately so as to not prejudice your rights.

Finally, as I read your papers, I noted that you were having difficulty with the cost of copying in the matter. Consequently, I am returning all of your copies to you at this time.

I wish you the best of luck.

Sincerely,

Martin J. Weis

MJW:amp
Enclosure

3200 MELLON BANK CENTER  ·  1735 MARKET STREET  ·  PHILADELPHIA PA 19103-7595
(215) 575-7000  ·  FAX (215) 575-7200  ·  www.dilworthlaw.com
653453_1

CHERRY HILL NJ    HARRISBURG PA    NEPTUNE NJ    NEWTOWN SQUARE PA    WASHINGTON DC    WILMINGTON DE

IN THE SUPREME COURT OF THE STATE OF DELAWARE

536 , 2006

PRO SE                              JIMMIE LEWIS,
(DCC - #00506622)                       Defendant Below,
                                        Appellant,
                                    v.

L. C. MEYERS                        STATE OF DELAWARE,
                                        Plaintiff Below,
                                        Appellee.

  DF $ 00.00

  2006

  1   Oct  02      Notice of appeal from the Order dated 8/29/06, in the
                   Superior Court, in and for New Castle County, by Judge
                   Ableman, in Cr.ID No. 0305016966, with designation of
                   no transcript. (served by mail 9/26/06) (eas)

  2   Oct  02      Notice to show cause issued to appellant. (eas)

  3   Oct  05      Appellant's certified receipt of notice to show cause
                   on 10/4/06. (kms)

  4   Oct  05      Letter dated 10/1/06 from appellant to court requesting
                   copy of the Superior Court decision dated
                   8/29/06. (copy sent) (kms)