IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS,

- VS -                                             C.A. NO. 04-1350 (GMS)

DR. SYLVIA FOSTER, ET AL.

MOTION FOR ORDER OF DISCLOSURE

COMES NOW, THE PLAINTIFF JIMMIE LEWIS, PRO-SE AN MOTIONS FOR ORDER OF DISCLOSURE PURSUANT TO FED R.CIV P. 37(a)(3), AN ASSERTS THE FOLLOWING IN SUPPORT THEREOF:

1.) MOFFITTS, SAGERS, R.GRAY AND JOHNSON'S MAY 31, 2006 ANSWER TO THE PLAINTIFF'S SECOND AMENDED COMPLAINT SIMPLY STATES, "DENIED" TO NUMBERS 2, 4, &5 OF SAID COMPLAINT. THE PLAINTIFF VIEWS THE DEFENDANTS ANSWER'S AS INSUFFICIENT AND EVASIVE.

2.) THE PLAINTIFF REQUEST SPECIFIC DETAILS OF THE DEFENDANTS NAMED HEREIN ACCOUNT OF EXACTLY WHAT THEY SAY HAPPENED DURING EACH INCIDENT PERTAING TO THEM INDIVIDUALLY, AS STATED IN THE PLAINTIFF'S SECOND AMENDED COMPLAINT.

DATE: 10/14/06

FILED
OCT 19 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RD Scanned

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977

CERTIFICATE OF SERVICE

I, THE UNDERSIGNED PLAINTIFF JIMMIE LEWIS, PRO-SE DUE HEREBY CERTIFY ON THIS __14TH__, DAY OF __SEPT__, 2006, THAT I DID MAIL BY U.S POSTAL ONE TRUE AND CORRECT COPY OF THE MOTION FOR ORDER OF DISCLOSURE TO THE FOLLOWING:

CLERK OF THE COURT (GMS)
U.S DISTRICT COURT
844 .N KING ST, LOCKBOX 18
WILMINGTON, DE 19801

GREGORY E. SMITH
DEPUTY ATTORNEY GENERAL
820 N. FRENCH ST, 7TH FL
WILMINGTON, DE 19801

DATE: 10/14/06

Jimmie Lewis
SBI# 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977

