IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS,

— VS —                    CA. NO. 04-1350 (GMS)

DR. SYLVIA FOSTER, ET AL.

MOTION FOR ORDER OF DISCLOSURE

FILED
OCT 19 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PD scanned

COMES NOW, THE PLAINTIFF JIMMIE LEWIS PRO-SE AN MOTIONS FOR ORDER OF DISCLOSURE PURSUANT TO FED R. CIV P. 37(a)(3), AN ASSERTS THE FOLLOWING IN SUPPORT THEREOF:

1) DR. FOSTER'S JUNE 15, 06 ANSWER TO THE PLAINTIFF'S SECOND AMENDED COMPLAINT SIMPLY STATES "DENIED" TO NUMBERS 1-8 OF SAID COMPLAINT, THE PLAINTIFF VIEWS THE DEFENDANTS ANSWERS INSUFFICIENT AND EVASIVE.

2.) THE PLAINTIFF REQUESTS SPECIFIC DETAILS OF DR. FOSTER'S ACCOUNT OF EXACTLY WHAT SITE SAYS HAPPENED DURING EACH INCIDENT #'s 1-8 OF THE PLAINTIFF'S SECOND AMENDED COMPLAINT

DATE: 10/14/06

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977

CERTIFICATE OF SERVICE

I, THE UNDERSIGNED PLAINTIFF JIMMIE LEWIS, PRO-SE DUE HEREBY CERTIFY ON THIS 14TH DAY OF SEPT, 2006, I DID MAIL BY U.S POSTAL ONE TRUE AND CORRECT COPY OF THE MOTION FOR ODER OF DISCLOSURE TO THE FOLLOWING:

CLERK OF THE COURT (GMS)  
U.S DISTRICT COURT  
844 N. KING ST, LOCKBOX 18  
WILMINGTON, DE 19801

CYNTHIA G BEAM ESQ  
1001 JEFFERSON PLAZA, SUITE 202  
WILMINGTON, DE 19801

DATE: 10/14/06

Jimmie Lewis  
SBI # 506622  
DEL. CORR. CENTER  
1181 PADDOCK RD  
SMYRNA, DE 19977