# EXHIBIT "E"

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS,

– vs –   CA. NO. 04-1350 (GMS)

DR. SYLVIA FOSTER, ET AL.

MOTION FOR ORDER OF DISCLOSURE

COMES NOW, THE PLAINTIFF JIMMIE LEWIS PRO-SE AN MOTIONS FOR ORDER OF DISCLOSURE PURSUANT TO FED R. CIV P. 37(a)(3), AN ASSERTS THE FOLLOWING IN SUPPORT THEREOF:

1.) DR. FOSTER'S JUNE 15, 06 ANSWER TO THE PLAINTIFF'S SECOND AMENDED COMPLAINT SIMPLY STATE'S, "DENIED," TO NUMBERS 1-8 OF SAID COMPLAINT. THE PLAINTIFF VIEWS THE DEFENDANTS ANSWER'S INSUFFICIENT AND EVASIVE.

2.) THE PLAINTIFF REQUESTS SPECIFIC DETAILS OF DR. FOSTER'S ACCOUNT OF EXACTLY WHAT SHE SAYS HAPPENED DURING EACH INCIDENT #'s 1-8 OF THE PLAINTIFF'S SECOND AMENDED COMPLAINT.

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977

DATE: 10/14/06

CERTIFICATE OF SERVICE

I, THE UNDERSIGNED PLAINTIFF TIMMIE LEWIS, PRO-SE DUE HEREBY CERTIFY THAT ON THE ___14TH___, DAY OF _SEPT_, 2006, HE DID MAIL BY U.S POSTAL ONE TRUE AND CORRECT COPY OF THE MOTION FOR ORDER OF DISCLOSURE, TO THE FOLLOWING:

CLERK OF THE COURT (GMS)  
U.S DISTRICT COURT  
844 N. KING ST, LOCKBOX 18  
WILMINGTON, DE 19801

CYNTHIA G. BEAM ESQ  
1001 JEFFERSON PLAZA, SUITE 202  
WILMINGTON, DE 19801

DATE: 10/14/06

Jimmie Lewis  
S.B.I# 506622  
DEL. CORR. CENTER  
1181 PADDOCK RD  
SMYRNA, DE 19977