IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS,

- VS -                              CA No. 04-1350 (GMS)

DR. SYLVIA FOSTER, ET AL.

PLAINTIFF'S MOTION FOR DISCOVERY # VI

COMES NOW, THE PLAINTIFF JIMMIE LEWIS PRO-SE
AND SUBMITS THIS MOTION FOR DISCOVERY IN
ACCORDANCE TO WITH THE HONORABLE JUDGE GREGORY
M. SLEETS JULY 28, 06 COURT ORDER, IN ORDER TO
BRING FORTH THE TRUTH, THE WHOLE TRUTH AND
NOTHING BUT THE TRUTH, AND ASSERTS THE FOLLOWING:

DATE: 10/20/06

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977


OCT 25 2006
BD Scanned

1.) WHAT IS AN OVERDOSE OF BENADRYL FOR 235 lbs.

2.) WHAT IS A LETHAL DOSE OF BENADRYL FOR 235 lbs.

3.) DR. FOSTER DEFINE PSYCHOPATH AS A PSYCHIATRIST WOULD DIAGNOS IT.

4.) DR. FOSTER ARE PSYCHOPATHS MENTALLY ILL, IF NO, STATE THE REASONS WHY NOT.

5.) DR. FOSTER DID YOU OR YOUR STAFF AT THE D.P.C TRY TO TEACH THE PLAINTIFF ABOUT AGGITATION, IF YES, PROVIDE THE DETAILS.

6.) DR. FOSTER, DO PSYCHOPATHS NEED TREATMENT FOR THEIR VERY OWN WELL BEING, IF YES, DISCRIBE THE TYPE OF TREATMENT A PSYCHOPATH WOULD RECEIVE AT THE D.P.C.

7.) DR. FOSTER ARE COMPETENCY EVALUATIONS TO STAND TRIAL CONDUCTED BEFORE OR AFTER THE PERSONS TRIAL, IF AFTER THE TRIAL, STATE IF YOU WOULD BE INFORMED THAT SAID PERSON ALREADY STOOD TRIAL.

8.) CAN PSYCHOTROPIC DRUGS CAUSE DYSTONIA, IF, YES, WHAT ARE THE SYMPTOMS OF DYSTONIA.

9.) ARE A PERCENTAGE OF PERSONS HYPER SENSITIVE TO PSYCHOTROPIC DRUG IN A WAY THAT CAUSES THEM TO BE MORE RECEPTIVE TO DETRIMENTAL SIDE EFFECTS, SUCH AS DYSTONIA, AKATHESIA, PARCINSONISM AND TARDIVE DYSKINESIA.

10.) CAN THE SIDE EFFECTS OF PSYCHOTROPIC DRUGS BE PERMANENT, IF NO, STATE THE REASONS WHY NOT.

11) IS IT INDEED TRUE THAT DR. JOSHI'S AND DON NAPOLING PETITIONS TO THE COURT TO HAVE THE PLAINTIFF COMMITTED, SIGNIFIES THAT THE PLAINTIFFS COMMITTMENT WAS INVOLUNTARY, IF NO, STATE WHY NOT.

12.) SHOULD HEARSAY INFORMATION BE UTILIZED AS FORENSIC EVIDENCE NOTED IN A COMPETENCY REPORT, IF YES, STATE THE REASONS WHY.

13) CAN THE DRUGS NAMED, PSYCHOTROPIC, NEUROLEPTIC, AND OR ANTI-PSYCHOTIC CAUSE BRAIN DAMAGE.

14) WAS THE PLAINTIFF PRESCRIBED COGENTIN DURING HIS STAY AT THE D.P.C FROM 5/21/04 TO 6/25/04.

15) IS THE MENTAL HEALTH TREATMENT OF PSYCHOTROPIC DRUGS SUPPOSE TO BE FOLLOWED UP WITH PSYCHOTHERAPY.

16) WHAT ARE THE SIDE EFFECTS OF BENADRYL.

17.) PROVIDE THE NAMES, ADDRESSES AND PHONE NUMBERS OF THE PERSONS THE DEFENDANTS INTEND TO CALL AS WITNESSES DURING PRE-TRIAL OR TRIAL.

18.) ARE PSYCHOTROPIC DRUGS SOMETIMES CALLED NEUROLEPTIC OR ANTIPSYCHOTIC DRUGS, IF YES, DEFINE PSYCHOTROPIC, NEUROLEPTIC, AND ANTI-PSYCHOTIC.

19) IF A JUDICIAL HEARING WOULD HAVE BEEN CONDUCTED IN ORDER TO INVOLUNTARILY ADMINISTER PSYCHOTROPIC DRUGS TO THE PLAINTIFF, WOULD HE HAVE HAD TO BE DEEMED INCOMPETENT FIRST, YES OR NO, IF NO STATE THE REASONS WHY.

20) IF A JUDICIAL HEARING WOULD HAVE BEEN CONDUCTED IN ORDER TO INVOLUNTARILY ADMINISTER PSYCHOTROPIC DRUGS TO THE PLAINTIFF, WOULD THE PLAINTIFF HAVE HAD TO BE GIVEN A COMPETENCY HEARING PRIOR TO HIS BEING SUBJECTED TO SUPERIOR COURT PROCEDURES, YES OR NO, IF NOT STATE THE REASONS WHY NO.

21) CAN PSYCHOTROPIC DRUGS CAUSE TARDIVE DYSKINESIA, IF YES, WHAT ARE THE SYMPTOMS OF TARDIVE DYSKINESIA.

22) DR FOSTER, WHY DID YOU PLACE THE
PLAINTIFF ON DISCIPLINARY ~~m~~ SANCTION ON 5/21/04

23) PROVIDE THE WRITTEN NOTICE(S) THE PLAINTIFF
RECEIVED, REGARDING THE ALLEGED DISCIPLINARY
CODES HE WAS SANCTIONED FOR VIOLATING ON THE
FOLLOWING DATES: 5/21/04, 6/6/04, 6/13/04,
6/14/04, 6/14-15/04, 6/21/04 AND 6/24/04.

24) HOW LONG WAS THE PLAINTIFF'S DISCIPLINARY
SANCTION FOR THE ALLEGED DISCIPLINARY CODE
HE WAS SANCTIONED FOR VIOLATING ON 5/21/04.

25) FOR THE DISCIPLINARY SANCTIONS THE PLAINTIFF
RECEIVED ON 5/21/04, 6/6/04, 6/13/04, ~~&~~
6/14/04 AT OR ABOUT 8:00 PM, 6/14-15/04 AT OR ABOUT
11:00 PM, 6/21/04 AND 6/24/04, WAS THE
PLAINTIFF  1.) ALLOWED TO CONFRONT HIS ACCUSER,
2.) CALL WITNESSES IN HIS BEHALF, 3.) CHOOSE A
COUNSELOR TO REPRESENT HIM, (4) BE PRESENT A THE
DISCIPLINARY HEARING, 5) RECEIVE NOTICE OF HAVING
THE RIGHT TO HAVE HIS RIGHTS READ TO HIM,
6.) ALLOWED TO APPEAL, IF YES PROVIDE SAID
WRITTEN NOTICES.

26) WOULD DR. FOSTER OBJECT TO A DISINTERESTED BOARD CERTIFIED FORENSIC PSYCHIATRIS ANALIZING THE D.P.C DOCTORS NOTES, THE D.P.C PROGRESS NOTES, DR. FOSTERS JUNE 10, 04 FORENSIC REPORT AS WELL AS THE ANSWERS TO THE PLAINTIFFS MOTIONS FOR DISCOVERY, THEN SUBMITTING A REPORT ON THE SAID MATERIALS, YES OR NO.

27) PROVIDE A PHOTO COPY OF DR. FOSTERS FORENSIC PSYCHIATRIST LICENCE, THAT GRANTED HER THE RIGHT TO PRACTICE FORENSIC PSYCHIATRY DATING FROM 5/21/04 TO 6/25/04

28.) WAS THERE ANY REASONABLE ALTERNATIVE OFFERED AND OR GIVEN TO THE PLAINTIFF REGARDING HIS BEING ORDERED TO BE CONFINED IN THE ISOLATION ROOM, STATE DETAILS AND PROVIDE WRITTEN NOTICE(S).

29) WAS THERE ANY REASONABLE ALTERNATIVE OFFERED AND OR GIVEN TO THE PLAINTIFF REGARDING HIS BEING ORDERED TO BE (4) POINT RESTRAINED IN THE ISOLATION ROOM, STATE DETAILS AND PROVIDE WRITTEN NOTICE(S).

30) WAS THERE ANY REASONABLE ALTERNATIVE OFFERED AND OR GIVEN TO THE PLAINTIFF REGARDING HIS BEING INVOLUNTARILY ADMINISTERED PSYCHOTROPIC DRUG WHILE HE WAS (4) POINT RESTRAINED IN THE ISOLATION ROOM.

31) CAN PSYCHOTROPIC DRUGS CAUSE AKATHESIA, IF YES, WHAT ARE THE SYMPTOMS OF AKATHESIA.

32) BECAUSE THE PLAINTIFF REFUSED TO TAKE PSYCHOTROPIC DRUGS INTROVENIOUSLY, WAS A SPECIAL COMMITTEE CONSISTING OF A PSYCHIATRIST, A PSYCHOLOGIST, AN OFFICIAL, NONE OF WHOM WERE INVOLVED IN THE PLAINTIFF'S DIAGNOSIS OR TREATMENT CALLED TO CONDUCT A JUDICIAL HEARING AND INFORMING THE PLAINTIFF OF THE FOLLOWING: (A) A WRITTEN NOTICE OF SAID JUDICIAL HEARING, (B) WRITTEN NOTICE OF HIS RIGHT TO ATTEND, (C) WRITTEN NOTICE OF HIS RIGHT TO PRESENT EVIDENCE, (D) WRITTEN NOTICE OF HIS RIGHT TO CROSS EXAMINE AND OR CONFRONT WITNESSES, (E) WRITTEN NOTICE OF HIS RIGHT TO BE REPRESENTED BY AN DISINTRESTED LAY ADVISER, (F) WRITTEN NOTICE OF HIS RIGHT TO APPEAL (G) WRITTEN NOTICE OF HIS RIGHT TO PERIODIC REVIEW OF ANY INVOLUNTARY PSYCHOTROPIC DRUGS ORDERED, BEFORE AND OR AFTER THE PLAINTIFF WAS INVOLUNTARILY ADMINISTERED PSYCHOTROPIC DRUGS ON 6/6/04, 6/13/04, 6/14/04 AT OR ABOUT 8:00 PM, 6/14-15/04 AT OR ABOUT 11:00 PM, 6/21/04, 6/22/04, AND 6/24/04, IF YES PROVIDE NAMES OF SAID PERSONS DISCRIBED HEARIN, AS WELL AS THE WRITTEN NOTICES AND THE DECISION WHY INVOLUNTARY ADMINISTRATION OF DRUGS NECESSARY.

33) DR. WHAT ARE THE BASIC FUNDEMENTAL REASONS FOR THE USE OF PSYCHOTROPIC DRUGS.

34) CAN PSYCHOTROPIC DRUGS CAUSE PARKINSONISM, IF YES, WHAT ARE THE SYMPTOMS OF PARKINSONISM.

35) BECAUSE THE PLAINTIFF REFUSED TO TAKE PSYCHOTROPIC DRUGS INTROVENIOUSLY, DID THE D.P.C MEDICAL TEAM (A) GIVE THE PLAINTIFF A WRITTEN NOTICE OF THE HEARING, (B) A NOTICE OF HIS RIGHT TO ATTEND (C) A NOTICE OF HIS RIGHT TO PRESENT EVIDENCE, (D) A NOTICE OF HIS RIGHT TO COUNSEL, (E) A NOTICE OF HIS RIGHT TO CROSS EXAMINE OR CONFRONT WITNESSES, (F) A NOTICE OF HIS RIGHT TO PERIODIC REVIEW OF ANY INVOLUNTARY PSYCHOTROPIC DRUGS ORDERED, (G) A NOTICE OF HIS RIGHT TO APPEAL, BEFORE OR AFTER THE PLAINTIFF WAS INVOLUNTARY ADMINISTER PSYCHOTROPIC DRUGS ON 6/6/04, 6/13/04, 6/14/04 ON OR ABOUT 8:00 PM, 6/14-15/06 AT OR ABOUT 11:00 PM, 6/21/04, 6/22/04, AND 6/24/04, IF YES, PROVIDE NAMES OF SAID STAFF MEMBERS, WRITTEN NOTICES AND THE WRITTEN DECISIONS OF WHY INVOLUNTARY ADMINISTRATION OF PSYCHOTROPIC DRUGS WAS NECESSARY.

36.) WHAT IS THE DURATION EFFECT OF HALDOL 5MG, ATIVAN 2MG, GEODON 20 MG, BENADRYL 50 MG, EFFEXOR 25MG FOR 235 lbs

37.) DEFENDANTS, WAS THE PLAINTIFF REPORTED AND OR NOTED AS BEING MORE REGULARLY AGGITATED BEFORE 6/6/04, WHEN THE INVOLUNTARY ADMINISTRATION OF PSYCHOTROPIC'S BEGAN INTROVEINEOUSLY, OR AFTER 6/6/04.

38.) WHAT IS THE MALE NURSE NAME, WHO INJECTED THE PLAINTIFF WITH PSYCHOTROPIC'S ON 6/14-15/04 AT OR ABOUT 11:00 PM.

39.) IS THE PSYCHOTROPIC DRUG SIDE EFFECT, " NEUROLEPTIC MALIGNANT SYNDROME 30% FATAL.

CERTIFICATE OF SERVICE

I, THE UNDERSIGNED PLAINTIFF JIMMIE LEWIS
DUE HEREBY CERTIFY ON THIS ___20TH___, DAY OF OCT,
2006, THAT I DID MAIL BY U.S POSTAL ONE
TRUE AND CORRECT COPY OF THE PLAINTIFFS MOTION
FOR DISCOVERY # VI, TO THE FOLLOWING:

CLERK OF THE COURT (gms)        CYNTHIA G BEAN ESG
UNITED STATES DISTRICT COURT    1001 JEFFERSON PLAZA, SUITE 202
J. CALEB BOGGS FEDERAL BUILDING  WILMINGTON, DE 19801
844 N. KING ST, LOCKBOX 18
WILMINGTON, DE 19801


GREGORY E. SMITH
DEPUTY ATTORNEY GENERAL
820 N. FRENCH ST, 7TH FL
WILMINGTON, DE 19801


DATE: 10/20/06            Jimmie Lewis
                          SBI # 500622
                          DEL. CORR. CENTER
                          1181 PADDOCK RD
                          SMYRNA, DE 19977



I/M: Timmie Lewis
SBI# 506622   UNIT C-U-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

UNITED STATES POSTAGE
02 1A
0004608975
MAILED FROM ZIPCODE 19977
$ 00.63⁰
PITNEY BOWES
OCT 24 2006

CLERK OF THE COURT (GMS)
UNITED STATES DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILMINGTON, DELAWARE
19801