IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS,

- VS -                                  CA. NO. 04-1350 (GMS)

DR. SYLVIA FOSTER, ET AL.

REGARDING THE OCT 4, 06 DEPOSITION

---

THE CANCELATION OF THE OCT 4, 06 DEPOSITION WAS DUE TO THE D.C.C. MEDICAL STAFF SCHEDULING THE PLAINTIFF FOR HAND SURGERY AT THE KENT GENERAL HOSPITAL ON THE 4TH OF OCT, 2006. THE PLAINTIFF UNSUCCESSFULLY TRIED TO CANCEL THE OUT PATIENT MEDICAL TRIP.

FILED
OCT 2 2006

DATE: OCT 25, 2006

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977

