IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JIMMIE LEWIS, ) | |
| ) | |
| Plaintiff, ) | C.A. No.: 04-1350 (GMS) |
| ) | |
| ) | |
| ) | |
| DR. SYLVIA FOSTER, STAFF ) | |
| MEMBERS, THE DELAWARE ) | |
| PSYCHIATRIC CENTER and ) | |
| MR. GREY, ) | |
| ) | |
| Defendants. ) | |

SUBSTITUTION OF COUNSEL

PLEASE withdraw the appearance of Cynthia G. Beam, Esquire as counsel for Defendant Dr. Sylvia Foster. PLEASE enter the appearance of Carol J. Antoff, Esquire as counsel for Defendant Dr. Sylvia Foster.

REGER RIZZO KAVULICH & DARNALL LLP     REGER RIZZO KAVULICH & DARNALL LLP


*/s/ Cynthia G. Beam, Esquire*            */s/ Carol J. Antoff, Esquire*
Cynthia G. Beam, Esquire                 Carol J. Antoff, Esquire
Bar ID # 2565                            Bar ID #3601
1001 Jefferson Plaza                     1001 Jefferson Plaza
Suite 202                                Suite 202
Wilmington, DE 19801                     Wilmington, DE 19801


Date: 11/03/06                           Date: 11/3/06

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JIMMIE LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 04-1350 (GMS) |
| | ) | |
| v. | ) | |
| | ) | |
| DR. SYLVIA FOSTER, STAFF MEMBERS, THE DELAWARE PSYCHIATRIC CENTER and MR. GREY, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, Carol J. Antoff, Esquire, do hereby certify that copies of the foregoing Substitution of Counsel were served by First Class Mail, postage prepaid on the following counsel of records on November 3, 2006:

Gregory E. Smith
Deputy Attorney General
820 North French Street, 7th Floor
Carvel State Office Building
Wilmington, DE 19801

Jimmie Lewis
SBI#506622
1181 Paddock Road
Delaware Correctional Center
Smyrna, DE 19977

REGER RIZZO KAVULICH & DARNALL, LLP

Carol J. Antoff, Esquire
1001 Jefferson Plaza, Suite 202
Wilmington, DE  19801
(302) 652-3611
Attorney for Defendant, Dr. Sylvia Foster