**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JIMMIE LEWIS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    C.A. No. 04-1350-GMS |
| | ) |
| DR. SYLVIA FOSTER, et al., | ) |
| | ) |
|     Defendants. | ) |

<u>NOTICE OF DEPOSITION</u>

PLEASE TAKE NOTICE that the undersigned attorney will take the oral deposition of the plaintiff, Jimmie Lewis, on Monday, December 18, 2006 at 9:30 a.m. at the Delaware Correctional Center, Smyrna, Delaware.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/_____
Gregory E. Smith, ID No. 3869
Deputy Attorney General
820 North French Street, 6th Floor
Carvel State Building
Wilmington, Delaware 19801
(302) 577-8398
Attorney for Defendants Johnson,
Moffett, Sagers, and Gray

Dated: November 8, 2006