IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS,

   V.

                            C.A. NO. 04-1350 (GMS)

DR. SYLVIA FOSTER, ET AL.


INFORMA PAUPERIS REQUEST FOR
DOCKET SHEET.
_____

1.) I THE UNDERSIGNED PLAINTIFF HEREBY REQUEST FOR
A PHOTOPRINTOUT OF MY DOCKET SHEET TO BE
ABLE TO DETERMINE IF MY MOTIONS HAVE BEEN RECEIVED
BY THE CLERK OF THE COURT, SPECIFICLY DUE TO
DILEMMA'S I AM EXPERIENCING WITH MY PERSONAL
PROPERTY AND MAIL SINCE SERVICE OF COMPLAINT
05-013 GMS HAS BEEN SERVED APON THE DEFENDANTS
WHOM ARE MY CUSTODIANS; I-e, RAPHEL WILLIAMS,
STANLEY TAYLOR, ET AL.

DATE: 11/14/06.



Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977

FILED
NOV 16 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BP scanned

IM Timmie Lewis
SBI# 506622 UNIT D-U-2
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of the Court (Gms)
U.S. District Court
844 N. King St, Lockbox 18
Wilmington, Delaware
19801