## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JIMMIE LEWIS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | )   C.A. No. 04-1350-GMS |
| | ) |
| DR. SYLVIA FOSTER, et al., | ) |
| | ) |
|     Defendants. | ) |

### NOTICE OF SERVICE OF DOCUMENT PRODUCTION

In connection with Plaintiff's Motion for Discovery, Defendants Johnson, Sagers, Gray, and Moffett hereby produce to Plaintiff the following sequentially number documents:

EE.    Employee Time Records, 5/1/04-6/30/04, Robert Gray………………..222

FF.    Employee Time Records, 5/1/04-6/30/04, Brian Johnson……………...226

GG.    Employee Time Records, 5/1/04-6/30/04, Lance Sagers……………….232

HH.    Employee Time Records, 5/1/04-6/30/04, David Moffett……………...236