## CERTIFICATION OF SERVICE

The undersigned certifies that on November 30, 2006, he electronically filed the attached *Notice of Service of Document Production* with the Clerk of Court using CM/ECF which will send notification of such filing to the following registered participant:

>   Carol Antoff, Esq.
>   REGER RIZZO KAVULICH & DARNALL LLP
>   1001 Jefferson Plaza, Suite 202
>   Wilmington, DE  19801
>   Attorney for Dr. Sylvia Foster

The undersigned further certifies that on November 30, 2006 that he mailed by United State Postal Service the document(s) to the following non-registered participant:

>   Jimmie Lewis
>   SBI No. 00506622
>   1181 Paddock Road
>   Delaware Correctional Center
>   Smyrna, Delaware 19977

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/_____
Gregory E. Smith, ID # 3869
Deputy Attorney General
820 North French Street, 6th Floor
Carvel State Building
Wilmington, Delaware 19801
(302) 577-8398