IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS,

V.                                    C.A. NO. 04-1350 (GMS)

DR. SYLVIA FOSTER, ET AL.


MOTION FOR DISCOVERY # IX
_____

COMES NOW, THE PLAINTIFF JIMMIE LEWIS, PRO-SE AND SUBMITS THIS MOTION FOR DISCOVERY, IN ACCORDANCE TO THE HONORABLE JUDGE GREGORY M. SLEETS JULY 28, 06 COURT ORDER, IN ORDER TO OBTAIN THE TRUTH, THE WHOLE TRUTH AND NOTHING BUT THE TRUTH IN THIS CIVIL MATTER, AND ASSERTS THE FOLLOWING:



FILED
DEC 15 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PD scanned

DATE: 12/11/06

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977

1.) PROVIDE A PHOTOCOPY PRINTOUT OF THE D.P.C WORK SCHEDULE FOR THE FOLLOWING D.P.C EMPLOYEE'S, DATING FROM 5/21/04 THRU 6/25/04: DR. CHARLOTTE SELIG, NA MICHAEL ERICKSEN, RM KEN CREASEY, NURSE HELEN HANLON, DIANE STACHOWSKI, FLORENCE SCOTT COBB, DAVE SAXTON, CLARENCE OATES, CURTIS CORNISH, WILLIAM EVANS, DR. KATHERINE SHENEMAN.

2.) DEFENDANTS MOFFETT AND GRAY WHO WERE THE ADDITIONAL STAFF MEMBERS WHOM SURROUNDED THE PLAINTIFF AND TOOK HIM TO THE FLOOR ON 6/14/04 AT OR ABOUT 9:00 PM.

3.) WHAT IS SAGERS ACCOUNT OF THE INCIDENT OF 6/14/04 AT OR ABOUT 9:00 PM, AS STATED IN THE PLAINTIFF'S COMPLAINT.

4.) DEFENDANTS MOFFETT AND GRAY, WHO WERE THE MEDICAL STAFF THAT ESCORTED THE PLAINTIFF TO THE SECLUSSION ROOM ON 6/14/04 AT OR ABOUT 9:00 PM

5.) DEFENDANTS MOFFETT AND GRAY WHO WERE THE MEDICAL STAFF WHOM HELP THE PERSON WHO INJECTED THE PLAINTIFF WITH PSYCHOTROPIC DRUGS ON 6/14/04 AT OR ABOUT 9:00 PM

6.) DEFENDANT JOHNSON WHO CALLED YOU TO COME TO THE MITCHELL BUILDING FOR ASSISTANCE ON 6/14/04 AT OR ABOUT 11:00 PM

7.) DEFENDANT JOHNSON WHOM WAS THE OTHER D.P.C STAFF MEMBER WHO ATTEMPTED TO CALM THE PLAINTIFF ON 6/14/04 AT OR ABOUT 11:00 PM

8.) DEFENDANT JOHNSON WHOM WERE THE OTHER STAFF THAT ESCORTED THE PLAINTIFF TO THE SECLUSSION ROOM ON 6/14/04 AT OR ABOUT 11:00 PM.

9.) DR. SYLVIA FOSTER PROVIDE A PHOTOCOPY PRINTOUT OF YOUR D.P.C WORK SCHEDULE DATING FROM 5/21/04 THRU 6/25/04.

10.) IN REGARDS TO THE DEFENDANTS JOHNSON, SAGERS, MOFFETT AND GRAY'S LIST OF WITNESSES, PROVIDE THE TIME, DATES AND INCIDENT EACH NAME WITNESS, DR. SELIG, MICHAEL ERICKSEN, KEN CREASEY, HELEN HANLON, DIANE STACHOWSKI, DAVE SAXTON, FLORENCE S. COBB, CLEARENCE OATES, CURTIS CORNISH, WILLIAM EVANS, DR. SHENEMAN, INTEND TO PRESENT TESTIMONY REGARDING THE PLAINTIFF'S COMPLAINT, IN ORDER TO FACTUALLY DETERMINE WHICH WITNESS IS IN POSSESSION OF RELEVANT EVIDENCE.

11.) How many nurse assistants were working during the 9:00 PM to 11:00 PM hours of 6/14/04 at the D.P.C, provide the names.

12.) Provide the work schedules for the D.P.C employee's whom worked on 6/14/04

13.) Defendants, provide a copy of, or a discription by category and location of, all documents, data compilations and tangible things that are in your possession, custody, or control that you may use to support your claims of defense.

14.) Provide a list of witness(es), who are retained or specially employed to provide expert testimony in this case or whose duties as an employee and or co-employees of the defendants regularly involve giving expert testimony, provide any written report prepared and signed by the witness(es).

CONT #14.)

The report shall contain a complete statement of all opinions to be expressed and the basis and reason thereof, the data or other information considered by the witness in forming the opinion, any exhibits to be used as a summary of or support for the opinions, the qualifications of the witness, including a list of all publications authored by the witness within the proceeding ten years, the compensation to be paid for the study and testimony, and a listing of any other cases in which the witness has testified as an expert at trial or by deposition within the proceeding four years.

15.) Defendants, provide the full address of Jame Smith, age 19, who was at the D.P.C from the dates of 5/21/04 thru 6/25/04, for the purpose of the plaintiff subpoena ~~containing~~ him as a witness who witnessed the incident noted in the plaintiff's complaint regarding defendants Moffett, Sagers, Gray ~~and~~ ~~~~ on 6/14/04 at or about 9:00 pm, ~~~~.

16.) DEFENDANTS, PROVIDE THE FULL ADDRESS OF RONALD STEVENS, AGE 20, WHO WAS AT THE D.P.C FROM THE DATES OF 5/21/04 THRU 6/25/04, FOR THE PURPOSE OF THE PLAINTIFF SUBPOENA HIM AS A WITNESS WHO WITNESSED THE INCIDENT NOTED IN THE PLAINTIFF'S COMPLAINT REGARDING DEFENDANT MOFFETT, SAGERS, AND GRAY ON 6/14/04 AT OR ABOUT 9:00 PM

17.) DEFENDANT MOFFETT, YOUR RESPONSE TO THE PLAINTIFFS MOTION FOR DISCOVERY V, #1, IS COMBINED WITH DEFENDANT GRAY'S RESPONSE, FOR WHICH CAN MANIFEST A MISINTERPRETATION OF THE FACTS, DUE TO SAID RESPONSE NOT BEING DISTINGUISHED. MR. MOFFETT PROVIDE YOUR DISTINGUISHED INDIVIDUAL ACCOUNT OF THE INCIDENT NOTED IN THE PLAINTIFF'S COMPLAINT ON 6/14/04 AT OR ABOUT 9:00 PM.

18.) Defendant Gray, your response to the plaintiff's motion for discovery V, #1, is combined with Defendant Moffett's response, for which can manifest a misinterpretation of the facts, due to said response not being distinguished. Mr. Gray provide your distinguished individual account of the incident noted in the plaintiff's complaint on 6/14/04 at or about 9:00 pm.

19.) Defendant Sagers, were you present at the D.P.C on 6/14/04, at or about 9:00 pm.

20.) Defendants, Moffett, Gray and Sagers, is Helen Hanlon the D.P.C staff member who utilized the walkie talkie to call for emergency assistance, ~~whatsoever~~. On 6/14/04 at or about 9:00 pm yes or no?, if no who was the D.P.C staff member who called for emergency assistance?

21.) PROVIDE THE JUNE 20, 04 GRIEVANCE DOCUMENT AND OR AFFIDAVIT THAT STATES THE GRIEVANCE WAS CLOSED AS UNSUBSTANTIATED, FOR DISCLOSURE OF THE FACT FINDING UTILIZED IN FORMING SAID DECISSION REGARDING THE BASIS AND REASON THEREOF.

## CERTIFICATE OF SERVICE

I, THE UNDERSIGNED PLAINTIFF JIMMIE LEWIS PRO-SE DUE HEREBY CERTIFY ON THIS __11TH__, DAY OF __DEC__, 2006, THAT I DID MAIL BY U.S POSTAL ONE TRUE AND CORRECT COPY OF THE PLAINTIFF MOTION FOR DISCOVERY #IX, TO THE FOLLOWING:

CLERK OF THE COURT (GMS)
UNITED STATES DISTRICT COURT
J. CALEB BOGGS FEDERAL BUILDING
844 N. KING ST, LOCK BOX 18
WILMINGTON, DELAWARE 19801

GREGORY E. SMITH
DEPUTY ATTORNEY GENERAL
820 N. FRENCH ST, 7TH FL.
WILMINGTON, DE 19801

CAROL ANTOFF ESQ
1001 JEFFERSON PLAZA, SUITE 202
WILMINGTON, DELAWARE 19801

DATE: 12/11/06

Jimmie Lewis
#506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977

I/M Jimmie Lewis
SBI# 506622 UNIT D-U-2
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



Clerk of the Court (GMS)
United States District Court
844 N. King St, Lockbox 18
Wilmington, Delaware
19801

U.S.M.
X-RAY