IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JIMMIE LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 04-1350 (GMS) |
| | ) | |
| | ) | |
| | ) | |
| DR. SYLVIA FOSTER, STAFF | ) | |
| MEMBERS, THE DELAWARE | ) | |
| PSYCHIATRIC CENTER and | ) | |
| MR. GREY, | ) | |
| | ) | |
| Defendants. | ) | |

## SUBSTITUTION OF COUNSEL

PLEASE withdraw the appearance of Carol J. Antoff, Esquire as counsel for Defendant Dr. Sylvia Foster. PLEASE enter the appearance of Louis J. Rizzo, Jr., Esquire and Ronald W. Hartnett Jr., Esquire as counsel for Defendant Dr. Sylvia Foster.

| REGER RIZZO KAVULICH & DARNALL LLP | REGER RIZZO KAVULICH & DARNALL LLP |
|---|---|
| */s/ Carol J. Antoff, Esquire* | */s/ Louis J. Rizzo, Jr., Esquire* |
| Carol J. Antoff, Esquire | Louis J. Rizzo, Jr., Esquire |
| Bar ID #3601 | Bar ID #3374 |
| 1001 Jefferson Plaza | 1001 Jefferson Plaza |
| Suite 202 | Suite 202 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Date: 12/29/06 | Date: 12/29/06 |

REGER RIZZO KAVULICH & DARNALL LLP

*/s/ Ronald W. Hartnett, Jr., Esquire*
Ronald W. Hartnett, Jr., Esquire
Bar ID #4497
1001 Jefferson Plaza
Suite 202
Wilmington, DE 19801

Date: 12/29/06

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JIMMIE LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 04-1350 (GMS) |
| | ) | |
| v. | ) | |
| | ) | |
| DR. SYLVIA FOSTER, STAFF | ) | |
| MEMBERS, THE DELAWARE | ) | |
| PSYCHIATRIC CENTER and | ) | |
| MR. GREY, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, Louis J. Rizzo, Jr., Esquire, do hereby certify that copies of the foregoing Substitution of Counsel were served by First Class Mail, postage prepaid on the following counsel of records on December 29, 2006:

Gregory E. Smith, Esquire
Deputy Attorney General
820 North French Street, 7th Floor
Carvel State Office Building
Wilmington, DE 19801

Jimmie Lewis
SBI#506622
1181 Paddock Road
Delaware Correctional Center
Smyrna, DE 19977

**REGER RIZZO KAVULICH & DARNALL, LLP**

*/s/ Louis J. Rizzo, Jr.*
Louis J. Rizzo, Jr., Esquire (ID # 3374)
1001 Jefferson Plaza, Suite 202
Wilmington, DE  19801
(302) 652-3611
Attorney for Defendant, Dr. Sylvia Foster