IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS,

V.                              CA. NO. 04-1350 (GMS)

DR. SYLVIA FOSTER, ET AL.

FILED
DEC 29 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE    RG

MOTION FOR ORDER OF DECLARATION FOR THE DEFENDANT DR. SYLVIA FOSTER'S CONTEMPT OF COURT ORDER'S DATED SEPT 27, 2006 AND JULY 28, 2006, PURSUANT TO RULE 37(b)(2)(D).

DATE: 12/27/06

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977

1.) ON SEPT 27, 2006 THIS HONORABLE COURT FINDING GOOD CAUSE SHOWN, GRANTED THE DEFENDANT DR. SYLVIA FOSTER'S MOTION FOR PROTECTIVE ORDER PURSUANT TO RULE 16, WITH THE CLAUSE THAT THE DEFENDANT DR. SYLVIA FOSTER SHALL RESPOND TO DISCOVERY, INTERROGATORIES AND REQUEST FOR ADMISSION PROPERLY FILED BY PLAINTIFF WITHIN THE DISCOVERY PERIOD PREVIOUSLY SET FORTH BY THE COURTS SCHEDULING ORDER DATED JULY 28, 2006, DI. 72, AND DI. 83.

2.) THE PLAINTIFF HAS GIVEN REASONABLE NOTICE BY WAY OF PROPERLY FILING MOTIONS #'s II, III, IV, V, VI, AND VII, BUT DEFENDANT FOSTER HAS NOT ADHERED TO SAID DISCOVERY REQUEST, DI. 85, DI. 86, DI. 87, DI. 91, DI. 95, DI. 99; SEE CIVIL DOCKET SHEET, CA. NO. 04-1350 (GMS)

