IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

V.                                    C.A. NO 04-1350 (GMS)

DR. SYLVIA FOSTER, ET AL.


MOTION FOR INTERROGATORIES #1
_____



BD scanned

DATE: 1/04/07

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977

THE PLAINTIFF HEREBY REQUEST THE DEFENDANT DR. SYLVIA FOSTER TO ANSWER THE FOLLOWING INTERROGATORIES, AS STATED IN MOTION FOR DISCOVERY'S

MOTION FOR DISCOVERY # II, DI. 85.
#'s 6, 11, 23, 29, 40, 42, 77, 113, 114, 123, 143, 145, 173, 184, 185.

MOTION FOR DISCOVERY # IV, DI. 87.
# 11.

MOTION FOR DISCOVERY # VI, DI. 95.
#'s 10, 19, 20, 23, 25, 32, 35, 39.

MOTION FOR DISCOVERY # V, DI. 91.
# 4

## CERTIFICATE OF SERVICE

I, THE UNDERSIGNED PLAINTIFF JIMMIE LEWIS DUE HEREBY CERTIFY ON THIS __4TH__, DAY OF __JAN__, 2007 THAT I DID MAIL ONE TRUE AND CORRECT COPY OF THE MOTION FOR — INTERROGATORIES # 1, BY U.S MAIL TO THE FOLLOWING:

CLERK OF THE COURT (GMS)
UNITED STATES DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILMINGTON, DELAWARE 19801

LOUIS J. RIZZO JR, ESQ
1001 JEFFERSON PLAZA, SUITE 202
WILMINGTON, DELAWARE 19801

DATE: 1/04/07

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977



IM Jimmie Lewis
SBI# 506622   UNIT D-U-2-23
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
04 JAN 2007 PM 1 L

CLERK OF THE COURT (GMS)
UNITED STATES DISTRICT COURT
844 N. KING ST LOCKBOX 18
WILMINGTON, DELAWARE
19801