IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Jimmie Lewis

V.                              CA. NO. 04-1350 (GMS)

DR. SYLVIA FOSTER, ET AL.


MOTION FOR DISCLOSURE
PURSUANT TO RULE 37



FILED
JAN -8 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

DATE: 1/05/07

Jimmie Lewis
SBI #506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977

The Plaintiff's request via motion for disclosure is in regards to the documents produced and provided to the Plaintiff, in accordance to the Plaintiff's first motion for discovery filed 8/9/06, DI.75, for which the Defendant Dr. Sylvia Foster responded on 9/26/06, DI.81. The dilemma is that the the documents are not in usable form, due to said hand written information not being legible, as noted in the Plaintiff's motion for discovery #II. For the foregoing reasons the Plaintiff request that the Defendant Dr. Sylvia Foster provide typed photocopies of the following handwritten information noted in the Plaintiff's motion for discovery #II, #'s 56, 57, 59, 118, 124, 125, 126, 135, 153, 154, 165.

For the aforementioned reasons the Plaintiff hereby request this Honorable Court to grant an order for disclosure.

CERTIFICATE OF SERVICE

I, THE UNDERSIGNED PLAINTIFF JIMMIE LEWIS DUE HEREBY CERTIFY ON THIS ___5TH___ , DAY OF , ___JAN___ , 2007 THAT I DID MAIL ONE TRUE AND CORRECT COPY OF THE MOTION FOR DISCLOSURE PURSUANT TO RULE 37, BY U.S POSTAL TO THE FOLLOWING :

CLERK OF THE COURT (GMS)
UNITED STATES DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILMINGTON, DELAWARE 19801

LOUIS J. RIZZO JR, ESQ
1001 JEFFERSON PLAZA
    SUITE 202
WILMINGTON, DELAWARE 19801

DATE : 1/05/07

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977



I/M JIMMIE LEWIS
SBI# 506622 UNIT D-U-2
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

CLERK OF THE COURT (GMS)
UNITED STATES DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILMINGTON, DELAWARE
19801


U.S.M.S. X-RAY