IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

V.                               CA. NO. 04-1350 (GMS)

DR. SYLVIA FOSTER, ET AL.


MOTION FOR INTERROGATORIES #2
_____



FILED
JAN -8 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD Scanned

DATE: 1/05/07

Jimmie Lewis
SBI #506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977

THE PLAINTIFF HEREBY REQUEST THAT THE DEFENDANT DR. SYLVIA FOSTER ANSWER THE FOLLOWING INTERROGATORIES, AS NOTED IN DISCOVERY MOTION #II, DI.85.

MOTION FOR DISCOVERY #II, #'S 1, 2, 3, 4, 7, 8, 9, 12, 13, 22, 24, 25, 72, 78, 79, 90, 119, 120, 141, 137, 146, 164, 176, AND 186.

THE PLAINTIFF HEREBY REQUEST THAT THE DEFENDANT DR. SYLVIA FOSTER ANSWER THE FOLLOWING INTERROGATORIES, AS NOTED IN DISCOVERY MOTION #VII, DI.99.

MOTION FOR DISCOVERY #VII, #5.

## CERTIFICATE OF SERVICE

I, THE UNDERSIGNED PLAINTIFF JIMMIE LEWIS DUE HEREBY CERTIFY ON THIS __5TH__, DAY OF __JAN__, 2007, THAT I DID MAIL ONE TRUE AND CORRECT COPY OF THE MOTION FOR INTERROGATORIES #2, BY U.S POSTAL TO THE FOLLOWING:

CLERK OF THE COURT (GMS)
UNITED STATES DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILMINGTON, DELAWARE 19801

LOUIS J. RIZZO JR, ESQ
1001 JEFFERSON PLAZA
SUITE 202
WILMINGTON, DELAWARE 19801


DATE: 1/05/07

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977