IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

V.   CA. NO. 04-1350 (GMS)

DR. SYLVIA FOSTER, ET AL.



FILED
JAN 10 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

MOTION FOR DECLARATION
ORDER TO SEAL RON HARTNETT
DEPOSITION OF THE PLAINTIFF

DATE: 1/09/07

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977

AT THE DELAWARE CORRECTIONAL CENTER

1.) ON DEC 18, 2006 RONALD W. HARTNETT JR BAR ID # 4497 DEPOSED THE PLAINTIFF PER REQUEST OF HIS CO-WORKER CAROL J. ANTOFF, AND TO THE OBJECTION OF THE PLAINTIFF, (SEE PAGE 2 OF SAID DEPOSITION TRANSCRIPT.).

2.) RONALD W. HARTNETT JR, DEPOSED THE PLAINTIFF ON DEC 18, 2006 WITHOUT MAKING THIS HONORABLE COURT AND OR THE PLAINTIFF AWARE OF HIS IDENTITY OR INTENTIONS BY FILING APPLICATION BY MOTION TO DEPOSE, NOTICE OF DEPOSITION AND OR AFFIDAVIT OF APPEARANCE WITH THE CLERK OF THE COURT, IN ACCORDANCE TO THE HONORABLE JUDGE GREGORY M. SLEETS JULY 28, 2006 SCHEDULING ORDER, D.I. 72 (SEE PAGE 4 OF SAID DEPOSITION TRANSCRIPT), FOR WHICH DEFINES CONTEMPT OF COURT AS WELL AS A 14TH U.S.C.A RIGHT VIOLATION, DUE TO RONALD W. HARTNETT JR. DEPOSING THE PLAINTIFF WELL BEFORE ENTERING HIS 12/29/2006 AFFIDAVIT OF APPEARANCE WITH THIS HONORABLE COURT.

FOR THE AFOREMENTIONED REASONS THE PLAINTIFF HEREBY REQUEST THIS HONORABLE COURT FOR DECLARATION ORDER TO SEAL RONALD W. HARTNETT JR' DEPOSITION OF THE PLAINTIFF IN FULL.

CERTIFICATE OF SERVICE

I, THE UNDERSIGNED PLAINTIFF JIMMIE LEWIS DUE HEREBY CERTIFY ON THIS ___9TH___, DAY OF ___JAN___, 2007, THAT I DID MAIL ONE TRUE AND CORRECT COPY OF THE MOTION FOR DECLARATION ORDER TO SEAL RON HARTNETT' DEPOSITION OF THE PLAINTIFF, BY U.S POSTAL TO THE FOLLOWING:

CLERK OF THE COURT (GMS)
UNITED STATES DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILMINGTON, DELAWARE 19801

RONALD W. HARTNETT JR
BAR ID # 4497
1001 JEFFERSON PLAZA
  SUITE 202
WILMINGTON, DELAWARE 19801

DATE: 1/09/07

Jimmie Lewis
SBI #506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977

I/M JIMMIE LEWIS
SBI# 506622 UNIT 0-4-2
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
09 JAN 2007 PM 1 T

CLERK OF THE COURT (GMS)
UNITED STATES DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILMINGTON, DELAWARE
19801