IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

V.   CA. NO. 04-1350 (GMS)

DR. SYLVIA FOSTER, ET AL.



FILED
JAN 16 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

MOTION FOR INTERROGATORY
ANSWERS # 5

_____

DATE: 1/11/07

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977

1.) DR FOSTER DID YOU OR YOUR STAFF AT THE D.P.C., TRY TO TEACH THE PLAINTIFF ABOUT AGGITATION, IF YES, STATE THE DETAILS.

2.) DR. FOSTER WHY DIDN'T YOUR JUNE 10, 04 REPORT MAKE REFERENCE TO THE PLAINTIFF'S STATE OF MIND AT THE TIME OF THE OFFENSE(S), AND OR AT THE TIME OF HIS 10/21-23/2003 TRIAL.

3.) CAN PSYCHOTROPIC DRUGS CAUSE DYSTONIA, IF YES, WHAT ARE THE SYMTOMS OF DYSTONIA.

4.) IS IT INDEED CORRECT THAT DR. JOSHI'S AND DONALD NAPOLINS PETITIONS SUBMITTED AS DISCOVERY, EVIDENCE THAT VALIDATES THAT THE PLAINTIFF'S COMMITMENT WAS INVOLUNTARY, IF NO, STATE WHY NOT.

5.) DR FOSTER DID YOU RESEARCH THE EVIDENCE YOU UTILIZED TO AUTHOR YOUR JUNE 10, 04 REPORT.

6.) IS PSYCHOTHERAPY SUPPOSE TO FOLLOW INVOLUNTARY PSYCHOTROPIC DRUG THAT ARE ADMINISTERED TO A PATIENT.

7.) CAN PSYCHOTROPIC DRUGS CAUSE TARDIVE DYSKENSIA, IF YES, WHAT ARE THE SYMPTOMS OF TARDIVE DYSKENSIA.

8.) WAS THE PLAINTIFF GIVEN AN ALTERNATIVE TO (4) POINT RESTRANTS.

9.) CAN PSYCHOTROPIC DRUGS CAUSE AKATHESIA, IF YES, WHAT ARE THE SYMPTOMS OF AKATHESIA.

10.) CAN PSYCHOTROPIC DRUGS CAUSE PARKINSONISM, IF YES, WHAT ARE THE SYMPTOMS OF PARKINSONISM.

11.) WHAT IS THE DURATION EFFECT OF HALDOL 5 MG, ATIVAN 2 MG, GEODON 20 MG, BENADRYL 50 MG, EFFEXOR FOR A 250 lbs PERSON.

12.) WAS THE PLAINTIFF REPORTED AND OR NOTED AS BEING MORE AGGITATED BEFORE 6/6/04, WHEN THE INVOLUNTARY ADMINISTRATION OF PSYCHOTROPIC DRUGS BEGAN ~~INTRAN~~ INTRAVENOUSLY OR AFTER 6/6/04.

13.) DOES THE SIDE EFFECTS OF PSYCHOTROPIC INCREASE OVER TIME.

14.) DR. FOSTER, COULDN'T YOU HAVE JUST UTILIZED THE STATEMENT THAT THE PLAINTIFF WAS STABLE AND OR COMPETENT, INSTEAD OF DIAGNOSING HIM AS MALINGERING, IF NO, STATE WHY NOT.

15.) WHAT IS THE 11/17/03 DATE NOTED ON THE JUNE 10, 04 REPORT RELEVANT TO

16.) IS IT CORRECT THAT NURSE MARARET-WILSON NOTED IN THE PROGRESS NOTES AND OR DOCTORS NOTES, THAT THE PLAINTIFF REQUESTED A PRINTOUT OF SIDE-EFFECT FOR THE PSYCHOTROPIC DRUGS THAT WERE INJECTED INTO HIS BODY.

17.) ON OR ABOUT 5/27/04 DID THE PLAINTIFF REPORT WHAT HE THOUGHT TO BE SIDE EFFECTS OF PSYCHOTROPIC DRUGS TO R. GRAY AND FLORENCE S. COBB.

18. WAS THE PLAINTIFF EVER INVOLVED IN A INCIDENT AT THE D.P.C, REGARDING HIS CLAIMING HE WAS BEING DENIED HIS LEGAL MAIL, IF YES, DISCRIBE THE DETAILS.

19.) WHAT IS THE D.P.C STAFF'S COURSE OF ACTION, WHEN THEY HAVE DEEMED A PATIENT PSYCHOTIC, A DANGER TO HIMSELF AND OTHERS.

20.) WHAT IS THE D.P.C STAFF'S COURSE OF ACTION, WHEN THEY HAVE DEEMED A PATIENT HAS A MOOD DISORDER.

21.) DOES A HYPERDERMIC NEEDLE UTILIZED TO INJECT PSYCHOTROPIC DRUGS, BREAK THE SKIN IN A WAY THAT PEOPLE FIND PAINFUL.

## CERTIFICATE OF SERVICE

I, THE UNDERSIGNED PLAINTIFF JIMMIE LEWIS DUE HEREBY CERTIFY ON THIS 11TH DAY OF JAN, 2007, THAT I DID MAIL ONE TRUE AND CORRECT COPY OF THE MOTION FOR INTERROGATORY ANSWERS #5, BY U.S POSTAL TO THE FOLLOWING:

CLERK OF THE COURT (GMS)
UNITED STATES DISTRICT COURT
844 N. KING ST. LOCKBOX 18
WILMINGTON, DELAWARE 19801

GREGORY E. SMITH
DEPUTY ATTORNEY GENERAL
820 N. FRENCH ST, 7TH FL
WILMINGTON, DELAWARE 19801

LOUIS T. RIZZO JR
1001 JEFFERSON PLAZA
SUITE 202
WILMINGTON, DELAWARE 19801

DATE: 1/11/07

Jimmie Lewis
SBI #506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977