IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

   V.               CA. NO 04-1350 (GMS)

DR. SYLVIA FOSTER, ET AL.



FILED
JAN 16 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

AMENDED MOTION FOR ORDER Bo scanned
OF DECLARATION FOR THE
DEFENDANT DR. SYLVIA FOSTER'S
CONTEMPT OF COURT ORDER'S
DATED JULY 28, 06 DI.72,
AND SEPT 27, 06 DI. 83,
PURSUANT TO RULE 37.

DATE: 1/11/07

Jimmie Lewis
SBI# 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977

1. AT THE DELAWARE CORRECTIONAL CENTER ON DEC 18, 2006, THE DEFENDANT DR. SYLVIA FOSTER'S ATTORNEY OF RECORD AT SAID TIME, INSTRUCTED AND OR REQUESTED FOR RONALD W. HARTNETT JR, BAR ID # 4497 OF REGER-RIZZO-KAVULICH AND DARNALL, LLP 1001 JEFFERSON PLAZA - SUITE 202, WILMINGTON, DELAWARE 19801, THE EXACT SAME LAW FIRM AS CAROL J. ANTOFF, TO DEPOSE THE PLAINTIFF, FOR WHICH WAS DONE REGARDLESS OF THE PLAINTIFF'S OBJECTION, SEE PAGE 2 OF SAID DEPOSITION TRANSCRIPT.

2.) DURING THE DEC 18, 2006 DEPOSITION HEARING THAT THIS HONORABLE COURT AUTHORIZED ATTORNEY FOR DEFENDANTS JOHNSON, GRAY, SAGERS AND MOFFETT, DEPUTY ATTORNEY GENERAL GREGORY E. SMITH VIA MOTION TO TAKE DEPOSITION OF THE PLAINTIFF FILED 7/28/06 DI.73, GRANTING SAID ORDER ON 8/09/06 DI.74, RONALD W. HARTNETT JR DEPOSED THE PLAINTIFF WITHOUT MAKING APPLICATION BY MOTION AND OR NOTICE OF DEPOSITION OR APPEARANCE TO THE CLERK OF THE COURT FOR WHICH WOULD HAVE MADE THIS HONORABLE COURT AND THE PLAINTIFF AWARE OF HIS IDENTITY AND HIS INTENTIONS BEFORE THE DEC 18, 06 DEPOSITION HEARING;—

(CONT #2)

FOR WHICH WOULD HAVE BEEN IN ACCORDANCE TO THIS HONORABLE COURTS JULY 28, 2006 SCHEDULING ORDER, DI.72, (SEE PAGE 4 OF SAID DEPOSITION TRANSCRIPT.)

3.) RONALD W. HARTNETT JR'S ACTIONS DEFINE CONTEMPT OF COURT, AS WELL AS A 14TH U.S.C.A RIGHT VIOLATION DUE TO RONALD W. HARTNETT JR DEPOSING THE PLAINTIFF WELL BEFORE ENTERING HIS AFFIDAVIT OF APPEARANCE WITH THIS HONORABLE COURT DATED 12/29/06.

4.) ATTORNEY FOR THE DEFENDANTS JOHNSON, GRAY, SAGERS AND MOFFETT, DEPUTY ATTORNEY GENERAL GREGORY E. SMITH ASSISTED CAROL J. ANTOFF, (THE ATTORNEY OF RECORD FOR DEFENDANT DR. SYLVIA FOSTER ON DEC 18, 2006), BY ASSISTING RONALD W. HARTNETT JR IN THE FOLLOWING MANNER.
GREGORY E SMITH PLACED DR. SYLVIA FOSTER'S NAME ON HIS 7/28/06 DI.73 MOTION TO DEPOSE THE PLAINTIFF, (IN ORDER TO COERCE THE PLAINTIFF TO COMPLY AT THE TIME OF THE DEPOSITION HEARING), EVEN THOUGH HE DOES NOT REPRESENT THE DEFENDANT DR. SYLVIA FOSTER.

(CONT #4)

THEN BY PRESENTING RONALD W. HARTNETT JR, (A JUDICIALLY UNIDENTIFIED PERSON), WHOM GREGORY E. SMITH SIMULTANEOUSLY ARRIVED AT THE DELAWARE CORRECTION CENTER TO CONDUCT THE DEPOSITION HEARING WITH, AFTER INDUCING THE PLAINTIFF INTO A STATE OF DURESS BY THREATENING TO SUBJECT THE PLAINTIFF'S GOOD TIME AND OR COMP TIME CREDITS TO SANCTIONS, (SEE DEC 18, 2006 DEPOSITION TRANSCRIPT), FOR WHICH WAS THE STATE OF MIND THE PLAINTIFF WAS IN AS GREGORY E. SMITH PRESENTED THE PLAINTIFF TO RONALD W. HARTNETT JR.

THE AFOREMENTIONED DEFINE DELIBERATE INDIFFERENCE TOWARDS THE PLAINTIFF'S PLIGHT, AS WELL AS A TOTAL DISREGARD TO THIS HONORABLE COURT.

1ST, 8TH AND 14TH U.S.C.A RIGHT VIOLATIONS, CONTEMPT OF JULY 28, 06 D.I. 72 SCHEDULING ORDER, AND CONSPIRACY.

5.) The Plaintiff informed Ronald W Hartnett Jr, that Dr. Foster's motion for protective order filed on 9/26/06 and granted on 9/27/06 has not been honored due to the Plaintiff's Discovery Request #'s II DI.85, III DI.86, IV DI.87, V DI.91, VI DI.95 and VII DI.99 not being answered by the Defendant Dr. Foster, and that the Plaintiff reserves the right to answer due to the questions being presented in such a manner that the Plaintiff would have been answering questions that contain evidence that the Plaintiff is presently seeking from the Defendant Dr. Sylvia Foster.

Furthermore, the Plaintiff was prejudiced because Ronald W. Hartnett Jr, continued to depose the Plaintiff, and the Plaintiff felt compelled to answer thinking his good time and or his comp time would be sanctioned if he didn't answer, for which said answers may be detrimental to the Plaintiff's civil action

5TH U.S.C.A RIGHT VIOLATION.

6.) THE PLAINTIFF HEREBY REQUEST THIS HONORABLE COURT TO IMPOSE A PUNITIVE MONETARY SANCTION OF UP TO $75,000.00, TO BE PROVIDED TO THE PLAINTIFF AND OR IN ACCORDANCE TO THIS HONORABLE COURTS DISCRETION, AND OR UP TO (1) YEAR INCARCERATION, AND THAT RONALD W HARTNETT JR' DEPOSITION OF THE PLAINTIFF BE SEALED.

THE PLAINTIFF HEREBY REQUEST FOR THIS MOTION TO BE HERD IN ACCORDANCE TO THIS HONORABLE COURTS SCHEDULE.

NOTE: THE LAW FIRM OF REGER RIZZO KAVULICH AND DARNALL LLP RECONIZING THAT THE STATEMENT THAT RONALD W. HARTNETT JR MADE AT THE DEPOSITION, I.E, (CAROL J. ANTOFF ASKED ME TO ATTEND THIS DEPOSITION), COMPROMISED THE DEFENDANTS DR. SYLVIA FOSTER'S POSITION, FILED MOTION FOR SUBSTITUTION OF COUNSEL WITHDRAWING CAROL J. ANTOFF AND OFFICIALLY ENTERING THE APPEARANCE OF LOUIS J. RIZZO JR AND RONALD W. HARTNETT JR, SOON THEREAFTER, IN WHAT THE PLAINTIFF PRECEIVES IS JUDICIAL STRATEGY DESIGNED TO PREVENT THE RESPONSIBLE PARTY FROM BEING FACTUALLY IDENTIFIED BY THE PLAINTIFF. (SEE DEPOSITION TRANSCRIPT PAGE 4 )

## CERTIFICATE OF SERVICE

I, THE UNDERSIGNED PLAINTIFF JIMMIE LEWIS DUE HEREBY CERTIFY ON THIS ___11TH___, DAY OF ___JAN___, 2007, THAT I DID MAIL ONE TRUE AND CORRECT COPY OF THE AMENDED MOTION FOR ORDER OF DECLARATION FOR THE DEFENDANT DR. SYLVIA FOSTER'S CONTEMPT OF COURT ORDER'S DATED JULY 28, 06 DI.72, AND SEPT 27, 06 DI.83, PURSUANT TO RULE 37, BY U.S MAIL TO EACH OF THE FOLLOWING:

CLERK OF THE COURT (GMS)
UNITED STATES DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILMINGTON, DELAWARE 19801

GREGORY E SMITH
DEPUTY ATTORNEY GENERAL
820 N. FRENCH ST, 7TH FL
WILMINGTON, DELAWARE 19801

LOUIS J. RIZZO JR
1001 JEFFERSON PLAZA
SUITE 202
WILMINGTON DELAWARE 19801

DATE: 1/11/07

Jimmie Lewis
SBI #506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JIMMIE LEWIS | ) |
| *Pro Se* Plaintiff | ) ) ) |
| v. | ) Civil Action No. 04-1350 GMS |
| DR. SYLVIA FOSTER, et al. | ) ) ) |
| Defendants | ) |

### SCHEDULING ORDER

At Wilmington this 28th day of July, 2006, pursuant to Fed.R.Civ.P. 16 and D.Del.L.R. 16.2;

IT IS ORDERED that:

1. **Joinder of other Parties and Amendment of Pleadings.** All motions to join other parties and amend the pleadings shall be filed on or before September 28, 2006.

2. **Discovery.** All discovery shall be initiated so that it will be completed on or before January 29, 2007.

3. **Application by Motion.** Any application to the Court shall be by written motion filed with the Clerk.

4. The parties shall not send or deliver any correspondence to Chambers. All correspondence and pleadings must be filed directly with the Clerk of the Court. It shall be the responsibility of the parties to inform the court of any change of address.

5. **Summary Judgment Motions.** All summary judgment motions, with accompanying briefs and affidavits, if any, shall be served and filed on or before March 1, 2007. The Answering

brief shall be filed on or before March 15, 2007, and the Reply brief due on or before March 29, 2007.

6. **Scheduling**. The parties shall direct any requests or questions regarding the scheduling and management of this matter to chambers at (302) 573-6470.

Any request for extensions of time as set forth in this Scheduling Order must be made no later than twenty-one days prior to the expiration of time.

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JIMMIE LEWIS, | ) |
|     Plaintiff, | ) |
|     v. | ) |
| SYLVIA FOSTER, KATHYRN | )   C.A. No.: 04-1350 (GMS) |
| SHENEMAN, MICHAEL TALMO, | ) |
| DIANE STACHOWSKI, HELEN | ) |
| HANLON, MARGERET WILSON, | ) |
| MALE NURSE, DONNA LAWRENCE, | ) |
| GLORIA BANKS, FLORENCE SCOTT | ) |
| COBB, LANCE SAPERS, DAVE | ) |
| MOFFITT, R. GRAY, C. OATS, ROSE | ) |
| ARES, PAT RILEY, DR. OVRESHI, | ) |
| CURTIS CORNISH, KAREN | ) |
| CHAMBERLIN, SEGAL J., TANYA | ) |
| WILSON, J. CONYER, MR. JOHNSON, | ) |
| JOHN JOE, | ) |
| | ) |
|     Defendants. | ) |

## ORDER

WHEREAS, Defendant, Dr. Sylvia Foster, having requested a Motion for Protective Order pursuant to Federal Rule of Civil Procedure 16; and

WHEREAS, there being good cause shown for the granting of such motion;

IT IS HEREBY ORDERED this 27th day of Sept., 2006, that Defendant Dr. Sylvia Foster's Motion for Protective Order is granted. Defendant is not required to appear at the District Court on October 11, 2006 as directed by Plaintiff. Defendant shall respond to interrogatories and request for admission properly filed by Plaintiff within the discovery period previously set forth by this Court's scheduling order.

Gregory M. Sleet
United States District Judge

FILED
SEP 2 7 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M Jimmie Lewis
SBI# 506622 UNIT D-U-2
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

M423

CLERK OF THE COURT (GMS)
UNITED STATES DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILMINGTON, DELAWARE
19801