IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

V.                                CA. NO. 04-1350 (GMS)

DR. SYLVIA FOSTER, ET AL

MOTION FOR DISCLOSURE,
FOR HAND WRITTEN INFORMATION
TO BE TRANSLATED INTO USABLE
FORM, PURSUANT TO RULE 37.

DATE: 1/8/07

Jimmie Lewis
SBI# 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977

THE PLAINTIFF'S REQUEST VIA MOTION FOR DISCLOSURE IS IN REGARDS TO THE DOCUMENTS PRODUCED IN ACCORDANCE TO THE PLAINTIFF'S FIRST MOTION FOR DISCOVERY FILED 8/9/2006, DI.75, FOR WHICH THE DEFENDANT DR. SYLVIA FOSTER RESPONDED ON 9/26/2006, DI.81.

THE DILEMMA IS THAT THE FOLLOWING DOCUMENTS ARE NOT IN USABLE FORM, DUE TO SAID HAND WRITTEN INFORMATION NOT BEING LEGIBLE. FOR THE AFOREMENTIONED REASONS, THE PLAINTIFF HEREBY REQUEST THAT THE DEFENDANT DR. SYLVIA FOSTER PROVIDE TYPED MEMO'S OF THE FOLLOWING HAND WRITTEN INFORMATION.

1.) PROVIDE A TYPED MEMO OF THE HANDWRITTEN INFORMATION NOTED ON THE D.P.C SECLUSION/RESTRAINT PATIENT FEEDBACK FORM(S), PROVIDED VIA DISCOVERY, BECAUSE SAID HAND WRITTEN INFORMATION IS NOT LEGIBLE.

2.) PROVIDE A TYPED MEMO OF THE HANDWRITTEN INFORMATION NOTED ON THE D.P.C SECLUSION OR RESTRAINT FORMS, PROVIDED VIA DISCOVERY, BECAUSE SAID HAND WRITTEN INFORMATION IS NOT LEGIBLE.

3.) PROVIDE A TYPED MEMO OF THE HAND WRITTEN INFORMATION NOTED ON THE D.P.C DOCTOR ORDER SHEETS DATING FROM 5/21/04 TO 6/25/04, PROVIDED VIA DISCOVERY, BECAUSE SAID WRITTEN INFORMATION IS NOT LEGIBLE.

4.) PROVIDE A TYPED MEMO OF THE HAND WRITTEN INFORMATION NOTED ON THE D.P.C INCIDENT REPORTS PROVIDED VIA DISCOVERY, BECAUSE SAID HAND WRITTEN INFORMATION IS NOT LEGIBLE.

5.) PROVIDE A TYPED MEMO OF THE HAND WRITTEN INFORMATION NOTED ON THE FCM CONSULTATION REQUEST DATED JUNE 9, 2004 PROVIDED VIA DISCOVERY, BECAUSE SAID WRITTEN INFORMATION IS NOT LEGIBLE.

6.) PROVIDE A TYPED MEMO OF THE HAND WRITTEN INFORMATION NOTED ON THE D.P.C SOCIAL ASSESSMENT, 6 PAGES. DATED 5/24/04 PROVIDED VIA DISCOVERY, BECAUSE SAID HAND WRITTEN INFORMATION IS NOT LEGIBLE

7.) PROVIDE A TYPED MEMO OF THE HAND WRITTEN INFORMATION NOTED ON THE D.P.C CONSULTATION REQUEST AND REPORT, DATED JUNE 9, 2004, PROVIDED VIA DISCOVERY, BECAUSE SAID HAND WRITTEN INFORMATION IS NOT LEGIBLE.

8.) PROVIDE A TYPED MEMO OF THE HAND WRITTEN INFORMATION NOTED ON THE D.P.C DEPARTMENT OF HEALTH AND SOCIAL SEVICES, INSTITUTIONAL ADMISSION RECORD DATED 5/21/04, PROVIDED VIA DISCOVERY, BECAUSE SAID HAND WRITTEN INFORMATION IS NOT LEGIBLE.

9.) PROVIDE A TYPED MEMO OF THE HAND WRITTEN INFORMATION NOTED ON THE D.P.C INTERDISCIPLINARY GROUP THERAPY DOCUMENTATION SHEET, PROVIDED VIA DISCOVERY, BECAUSE SAID HAND WRITTEN INFORMATION IS NOT LEGIBLE.

10.) PROVIDE A TYPED MEMO OF THE HAND WRITTEN INFORMATION NOTED ON THE D.P.C PROGRESS NOTES, DATING FROM 5/21/04 TO 6/25/04 PROVIDED VIA DISCOVERY, BECAUSE SAID HAND WRITTEN INFORMATION IS NOT LEGIBLE.

## CERTIFICATE OF SERVICE

I, THE UNDERSIGNED PLAINTIFF JIMMIE LEWIS DUE HEREBY CERTIFY ON THIS __8TH__, DAY OF __JAN__, 2007 THAT I DID MAIL ONE TRUE AND CORRECT COPY OF THE MOTION FOR DISCLOSURE FOR HAND WRITTEN INFORMATION TO BE TRANSLATED INTO USABLE FORM, PURSUANT TO RULE 37, BY U.S POSTAL TO THE FOLLOWING:

CLERK OF THE COURT (GMS)
UNITED STATES DISTRICT COURT
844 N. KING ST, LOCK BOX 18
WILMINGTON, DELAWARE 19801

GREGORY E SMITH
DEPUTY ATTORNEY GENERAL
820 N. FRENCH ST, 7TH FL
WILMINGTON, DELAWARE 19801

LOUIS J. RIZZO JR
1001 JEFFERSON PLAZA
SUITE 202
WILM, DE 19801

DATE: 1/8/07

Jimmie Lewis
SBI# 506622
DEL. CORR CENTER
1181 PADDOCK RD
SMYRNA, DE 19977