IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

V.                                 CA. NO. 04-1350 (GMS)

DR. SYLVIA FOSTER, ET AL.

FILED
JAN 18 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RE: INFORMA PAUPERIS REQUEST
FOR DOCKET SHEET

DATE: 1/16/07

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DEL 19977

Case 1:04-cv-01350-GMS   Document 142   Filed 01/18/2007   Page 2 of 2

IM Jimmie Lewis
SBI# 506622 UNIT D-U-2
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



U.S.M.S.
X-RAY

Clerk of the Court (GMS)
United States District Court
844 N. King St, Lockbox 18
Wilmington, Delaware
19801