# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

04-1350

**TO:** Jimmie Lewis   **SBI#:** 506622

**FROM:** Stacy Shane, Support Services Secretary

**RE:** **6 Months Account Statement**

**DATE:** January 8, 2007

*FILED JAN 1 8 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE*

BD scanned

Attached are copies of your inmate account statement for the months of July 1, 2006 to December 31, 2006.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| July | .05 |
| Aug | 0 |
| Sept | 0 |
| Oct | 0 |
| Nov | 0 |
| Dec | 0 |

Average daily balances/6 months: .01

**Attachments**
**CC:** File

Stacy Shane 1/8/07
1/8/07

# Individual Statement

## For Month of July 2006

Date Printed: 1/8/2007                                                                 Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.08 |
|---|---|---|---|---|---|---|
| 00506622 | LEWIS | JIMMY | | | | |
| Current Location: | 23 | | Comments: | QOL1 | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 7/7/2006 | $0.00 | $0.00 | ($2.31) | $0.08 | 289017 | | 6/21/06 | |
| Supplies-MailP | 7/13/2006 | $0.00 | $0.00 | ($3.57) | $0.08 | 291451 | | INDIGENT 7/6/06 | |
| Supplies-MailP | 7/17/2006 | $0.00 | $0.00 | ($4.05) | $0.08 | 292170 | | 7/13/06 | |
| Supplies-MailP | 7/17/2006 | $0.00 | $0.00 | ($4.05) | $0.08 | 292182 | | 7/13/06 | |
| Supplies-MailP | 7/18/2006 | $0.00 | $0.00 | ($4.05) | $0.08 | 292383 | | 7/16/06 | |
| Supplies-MailP | 7/18/2006 | $0.00 | $0.00 | ($3.78) | $0.08 | 292445 | | 6/27/06 | |
| Supplies-MailP | 7/19/2006 | ($0.08) | $0.00 | ($2.47) | $0.00 | 294246 | | 6/28/06 | |
| Supplies-MailP | 7/21/2006 | $0.00 | $0.00 | ($1.35) | $0.00 | 295455 | | 7/7/06 | |
| Supplies-MailP | 7/21/2006 | $0.00 | $0.00 | ($1.35) | $0.00 | 295456 | | 7/7/06 | |
| Supplies-MailP | 7/21/2006 | $0.00 | $0.00 | ($49.57) | $0.00 | 295659 | | 7/20/06 | |
| Supplies-MailP | 7/21/2006 | $0.00 | $0.00 | ($4.05) | $0.00 | 295749 | | 7/12/06 | |
| Supplies-MailP | 7/21/2006 | $0.00 | $0.00 | ($4.05) | $0.00 | 295750 | | 7/12/06 | |
| Supplies-MailP | 7/21/2006 | $0.00 | $0.00 | ($4.05) | $0.00 | 295751 | | 7/12/06 | |
| Supplies-MailP | 7/21/2006 | $0.00 | $0.00 | ($4.05) | $0.00 | 295753 | | 7/12/06 | |
| Supplies-MailP | 7/21/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 295768 | | 7/12/06 | |
| Supplies-MailP | 7/21/2006 | $0.00 | $0.00 | ($4.05) | $0.00 | 295840 | | 7/20/06 | |

Ending Mth Balance: **$0.00**

Total Amount Currently on Medical Hold: ($12.00)
Total Amount Currently on Non-Medical Hold: ($364.48)

# Individual Statement

Date Printed: 1/8/2007 Page 1 of 1

## For Month of August 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 | |
|---|---|---|---|---|---|---|---|
| 00506622 | LEWIS | JIMMY | | | | | |

**Current Location:** 23   **Comments:** QOL1

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 8/9/2006 | $0.00 | $0.00 | ($3.41) | $0.00 | 303841 | | INDIGENT 8/2/06 | |
| Supplies-MailP | 8/9/2006 | $0.00 | $0.00 | ($2.31) | $0.00 | 303866 | | 8/7/06 | |
| Supplies-MailP | 8/9/2006 | $0.00 | $0.00 | ($2.31) | $0.00 | 303867 | | 8/7/06 | |
| Supplies-MailP | 8/9/2006 | $0.00 | $0.00 | ($2.31) | $0.00 | 303891 | | 8/7/06 | |
| Supplies-MailP | 8/16/2006 | $0.00 | $0.00 | ($110.50) | $0.00 | 306990 | | 8/11/06 | |
| Supplies-MailP | 8/17/2006 | $0.00 | $0.00 | ($1.83) | $0.00 | 307933 | | 8/15/06 | |
| Medical | 8/25/2006 | $0.00 | ($4.00) | $0.00 | $0.00 | 310975 | | 8/23/06 | |

**Ending Mth Balance:** $0.00

**Total Amount Currently on Medical Hold:** ($12.00)

**Total Amount Currently on Non-Medical Hold:** ($364.48)

# Individual Statement

Date Printed: 1/8/2007

Page 1 of 1

## For Month of September 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00506622 | LEWIS | JIMMY | | | | |

Current Location: 23    Comments: QOL1

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($0.87) | $0.00 | 315317 | | 8/24/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($1.59) | $0.00 | 315320 | | 8/24/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($6.40) | $0.00 | 315585 | | 8/22/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($1.83) | $0.00 | 315685 | | 8/28/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 315691 | | 8/25/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($6.40) | $0.00 | 315693 | | 8/25/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($4.80) | $0.00 | 315695 | | 8/25/06 | |

Ending Mth Balance: $0.00

Total Amount Currently on Medical Hold: ($12.00)
Total Amount Currently on Non-Medical Hold: ($364.48)

# Individual Statement

## For Month of October 2006

Page 1 of 2

Date Printed: 1/8/2007

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00506622 | LEWIS | JIMMY | | | | |

Current Location: 23      Comments: QOL1

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 10/10/2006 | $0.00 | $0.00 | ($4.20) | $0.00 | 329685 | | 9/26/06 | |
| Supplies-MailP | 10/10/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 329792 | | 10/1/06 | |
| Supplies-MailP | 10/10/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 329833 | | 9/26/06 | |
| Supplies-MailP | 10/10/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 329834 | | 9/27/06 | |
| Supplies-MailP | 10/10/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 329835 | | 9/26/06 | |
| Supplies-MailP | 10/10/2006 | $0.00 | $0.00 | ($4.20) | $0.00 | 329836 | | 9/26/06 | |
| Supplies-MailP | 10/10/2006 | $0.00 | $0.00 | ($3.57) | $0.00 | 329933 | | 9/29/06 | |
| Supplies-MailP | 10/13/2006 | $0.00 | $0.00 | ($1.59) | $0.00 | 332023 | | INDIGENT 10/2/06 | |
| Supplies-MailP | 10/18/2006 | $0.00 | $0.00 | ($0.63) | $0.00 | 333851 | | 10/12/06 | |
| Supplies-MailP | 10/18/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 333871 | | 10/12/06 | |
| Supplies-MailP | 10/18/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 333877 | | 10/14/06 | |
| Supplies-MailP | 10/18/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 333880 | | 10/14/06 | |
| Supplies-MailP | 10/18/2006 | $0.00 | $0.00 | ($4.20) | $0.00 | 333881 | | 10/14/06 | |
| Supplies-MailP | 10/18/2006 | $0.00 | $0.00 | ($4.05) | $0.00 | 333948 | | 10/3/06 | |
| Supplies-MailP | 10/18/2006 | $0.00 | $0.00 | ($1.59) | $0.00 | 333971 | | 10/5/06 | |
| Supplies-MailP | 10/19/2006 | $0.00 | $0.00 | ($2.07) | $0.00 | 334221 | | 10/10/06 | |
| Supplies-MailP | 10/19/2006 | $0.00 | $0.00 | ($2.07) | $0.00 | 334224 | | 10/10/06 | |
| Supplies-MailP | 10/19/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 334227 | | 10/10/06 | |
| Supplies-MailP | 10/19/2006 | $0.00 | $0.00 | ($2.31) | $0.00 | 334275 | | 10/6/06 | |
| Supplies-MailP | 10/24/2006 | $0.00 | $0.00 | ($2.31) | $0.00 | 337391 | | 10/19/06 | |
| Supplies-MailP | 10/24/2006 | $0.00 | $0.00 | ($2.31) | $0.00 | 337393 | | 10/19/06 | |
| Supplies-MailP | 10/24/2006 | $0.00 | $0.00 | ($1.83) | $0.00 | 337394 | | 10/19/06 | |
| Supplies-MailP | 10/24/2006 | $0.00 | $0.00 | ($2.79) | $0.00 | 337472 | | 10/17/06 | |
| Supplies-MailP | 10/24/2006 | $0.00 | $0.00 | ($4.05) | $0.00 | 337474 | | 10/17/06 | |
| Supplies-MailP | 10/24/2006 | $0.00 | $0.00 | ($0.63) | $0.00 | 337476 | | 10/17/06 | |
| Supplies-MailP | 10/24/2006 | $0.00 | $0.00 | ($0.63) | $0.00 | 337502 | | 10/12/06 | |
| Supplies-MailP | 10/26/2006 | $0.00 | $0.00 | ($0.63) | $0.00 | 338675 | | 10/20/06 | |
| Supplies-MailP | 10/26/2006 | $0.00 | $0.00 | ($0.63) | $0.00 | 338676 | | 10/20/06 | |
| Supplies-MailP | 10/26/2006 | $0.00 | $0.00 | ($0.63) | $0.00 | 338677 | | 10/20/06 | |
| Supplies-MailP | 10/26/2006 | $0.00 | $0.00 | ($1.35) | $0.00 | 338697 | | 10/23/06 | |

# Individual Statement

Date Printed: 1/8/2007

Page 2 of 2

## For Month of October 2006

| | | | | |
|---|---|---|---|---|
| Supplies-MailP | 10/26/2006 | $0.00 | ($1.35) | 10/23/06 338699 |
| Supplies-MailP | 10/26/2006 | $0.00 | ($1.35) | 10/23/06 338700 |

**Ending Mth Balance:** $0.00

Total Amount Currently on Medical Hold: ($12.00)

Total Amount Currently on Non-Medical Hold: ($364.48)

# Individual Statement

## For Month of November 2006

Date Printed: 1/8/2007                                                                 Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00506622 | LEWIS | JIMMY | | | | |

Current Location: 23    Comments: QOL1

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 11/1/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 340555 | | 10/24/06 | |
| Supplies-MailP | 11/1/2006 | $0.00 | $0.00 | ($0.26) | $0.00 | 340598 | | LAW LIBRARY 8/28/0 | |
| Supplies-MailP | 11/3/2006 | $0.00 | $0.00 | ($4.20) | $0.00 | 342720 | | 11/1/06 | |
| Supplies-MailP | 11/3/2006 | $0.00 | $0.00 | ($4.20) | $0.00 | 342721 | | 11/1/06 | |
| Supplies-MailP | 11/3/2006 | $0.00 | $0.00 | ($4.05) | $0.00 | 342725 | | 11/1/06 | |
| Supplies-MailP | 11/15/2006 | $0.00 | $0.00 | ($3.74) | $0.00 | 346788 | | INDIGENT 11/2/06 | |
| Supplies-MailP | 11/17/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 347965 | | 11/14/06 | |
| Supplies-MailP | 11/17/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 348054 | | 11/09/06 | |
| Supplies-MailP | 11/17/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 348121 | | 11/4/06 | |
| Supplies-MailP | 11/17/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 348122 | | 11/4/06 | |

Ending Mth Balance: $0.00

Total Amount Currently on Medical Hold: ($12.00)

Total Amount Currently on Non-Medical Hold: ($364.48)

# Individual Statement

Date Printed: 1/8/2007

## For Month of December 2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00506622 | LEWIS | JIMMY | | | | |
| Current Location: | 23 | | | Comments: QOL1 | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Medical | 12/1/2006 | $0.00 | ($8.00) | $0.00 | $0.00 | 353199 | | 11/14/06 | |
| Supplies-MailP | 12/5/2006 | $0.00 | $0.00 | ($4.20) | $0.00 | 354593 | | 11/21/06 | |
| Supplies-MailP | 12/5/2006 | $0.00 | $0.00 | ($4.20) | $0.00 | 354594 | | 11/21/06 | |
| Supplies-MailP | 12/8/2006 | $0.00 | $0.00 | ($4.20) | $0.00 | 356272 | | 11/16/06 | |
| Supplies-MailP | 12/8/2006 | $0.00 | $0.00 | ($4.20) | $0.00 | 356273 | | 11/16/06 | |
| Supplies-MailP | 12/8/2006 | $0.00 | $0.00 | ($4.20) | $0.00 | 356274 | | 11/16/06 | |
| Supplies-MailP | 12/13/2006 | $0.00 | $0.00 | ($2.55) | $0.00 | 359059 | | 12/11/06 | |
| Supplies-MailP | 12/13/2006 | $0.00 | $0.00 | ($2.55) | $0.00 | 359085 | | 12/11/06 | |
| Supplies-MailP | 12/13/2006 | $0.00 | $0.00 | ($2.55) | $0.00 | 359086 | | 12/11/06 | |
| Supplies-MailP | 12/13/2006 | $0.00 | $0.00 | ($2.79) | $0.00 | 359123 | | 11/29/06 | |
| Supplies-MailP | 12/13/2006 | $0.00 | $0.00 | ($2.79) | $0.00 | 359124 | | 11/29/06 | |
| Supplies-MailP | 12/13/2006 | $0.00 | $0.00 | ($2.55) | $0.00 | 359125 | | 11/29/06 | |
| Supplies-MailP | 12/22/2006 | $0.00 | $0.00 | ($3.86) | $0.00 | 363002 | | INDIGENT 12/8/06 | |

Ending Mth Balance: $0.00

Total Amount Currently on Medical Hold: ($12.00)

Total Amount Currently on Non-Medical Hold: ($364.48)