IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

V.        CA. NO. 04-1350 (GMS)

DR. SYLVIA FOSTER, ET AL.

MOTION FOR ADMISSIONS #2
_____



FILED
JAN 25 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

DATE: 1/22/07

Jimmie Lewis
381 # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DEL 19977

1.) DR. S. FOSTER, DO YOU ADMIT THAT THE NEW CASTLE COUNTY SUPERIOR COURT UTILIZED, YOUR JUNE 10, 04 REPORT TO SENTENCE THE PLAINTIFF TO INCARCERATION AT THE DELAWARE DEPARTMENT OF CORRECTIONS.

2.) DR. S. FOSTER, DO YOU ADMIT THAT THE NEW CASTLE COUNTY SUPERIOR COURT JUDGE PEGGY L. ABLEMAN UTILIZED YOUR JUNE 10, 04 REPORT TO DENY THE PLAINTIFF A NEW TRIAL.

3.) DR. S. FOSTER, DO YOU ADMIT THAT BECAUSE YOU NOTED ON 5/21/04, THAT PSYCHIATRIST DR. JOSHI NOTED, (LESS THAN 12 HOURS - AFTER THE PLAINTIFF'S ARREST), THAT THE PLAINTIFF WAS PSYCHOTIC AND DELUSSIONAL, THAT SAID PSYCHOLOGICAL ASSESSMENT OF THE PLAINTIFF'S STATE OF MIND SHOULD HAVE BEEN PRESENTED TO THE NEW CASTLE COUNTY SUPERIOR COURT FOR PROPER REVIEW.

4.) DR. S. FOSTER, DO YOU ADMIT THAT THE PLAINTIFF'S DATE OF ARREST IS 5/26/03

5) DR. S. FOSTER, DO YOU ADMIT YOU AUTHORED THE D.P.C RELEASE SUMMARY DATED JUNE 25, 04.

6.) DR. S. FOSTER, DO YOU ADMIT THAT A CRIMINAL OFFENDERS STATE OF MIND AT THE DATE AND TIME ~~~~~~ OF THE OFFENSE HE'S BEING FORENSICLY EVALUATED FOR COMPETENCY FOR IS RELEVANT TO HIS COMPETENCY.

7.) DR. S. FOSTER, DO YOU ADMIT THAT THE PLAINTIFF WAS INVOLUNTARILY ADMINISTERED PSYCHOTROPIC DRUGS ON 6/22/04 AT THE D.P.C.

8.) DR. S. FOSTER, DO YOU ADMIT THAT THE D.P.C VITAL SIGN RECORDS OF THE PLAINTIFF'S BLOOD PRESURE FOR DATES 5/21/04 AND 5/22/04 SUPPORT THE PLAINTIFFS CLAIM THAT HE WAS SICK UPON HIS 5/21/04 ARRIVAL AT THE D.P.C

9.) DR. S. FOSTER, DO YOU ADMIT THAT THE PLAINTIFF WAS (4) POINT RESTRAINED AND INVOLUNTARILY ADMINISTERED PSYCHOTROPIC DRUGS ON 6/24/04 AT THE D.P.C

10.) DR. S. FOSTER, DO YOU ADMIT THAT THE REDIRECTION THE PLAINTIFF IS SAID TO HAVE REFUSED ON 6/14/04 AT OR ABOUT 1:20 AM. WAS NOT TAKING PSYCHOTROPIC DRUGS.

11.) DR. S. FOSTER, DO YOU ADMIT THAT THE PLAINTIFF WAS (4) POINT RESTRAINED AND INVOLUNTARILY ADMINISTERED PSYCHOTROPIC DRUGS ON 6/21/04 AT THE D.P.C

12.) DR. S. FOSTER, DO YOU ADMIT THAT THE PLAINTIFF WAS PLACED ON RESTRICTION ON 5/21/04 UNTIL 5/24/04 AT THE D.P.C

13.) DR. S. FOSTER, DO YOU ADMIT THAT ANNABEL LEE FIELDS MAY 24, 04 TP3 PSYCHOLOGICAL ASSESSMENT NOTES THAT THE PLAINTIFF WAS EXPERIENCING PARANOID DELUSSIONS AT OR ABOUT THE TIME OF HIS ARREST, REGARDING THE STATEMENTS REFERRING TO THE POLICE THAT ARRESTED HIM, OFFICER GODWIN, OFFICER SANTANA AND THE PLAINTIFFS MOTHER, BUT YOU MADE NO MENTION OF THESE INCIDENTS IN YOUR JUNE 10, 04 REPORT

14.) DR. S. FOSTER, DO YOU ADMIT THAT THE PLAINTIFF TOLD THE SOCIAL WORKE FLORENCE SCOTT COBB THAT HE WAS SUPPOSE TO HAVE BEEN EVALUATED FOR COMPETENCY BEFORE HE WAS ADJUDICATED GUILTY AT TRIAL 10/21-23/2003.

15.) DR. S. FOSTER, DO YOU ADMIT THAT THE PLAINTIFF WAS PLACED IN (4) POINT RESTRAINTS ON 6/22/04

16.) DR. S. FOSTER, DO YOU ADMIT THAT THE PLAINTIFF'S AGGITATION WAS HIS WAY OF BEING OPPOSITIONAL TO BEING INVOLUNTARILY ADMINISTERED PSYCHOTROPIC DRUGS AT THE D.P.C BETWEEN 5/21/04 TO 6/25/04

17.) DR. S. FOSTER, DO YOU ADMIT THAT THE PLAINTIFF WAS (4) POINT RESTRAINED AND INVOLUNTARILY ADMINISTERED PSYCHOTROPIC DRUGS. ON 6/6/04 AT THE D.P.C

18.) DR. S. FOSTER, DO YOU ADMIT THAT THE PLAINTIFF WAS (4) POINT RESTRAINED AND INVOLUNTARILY ~~[scratched out]~~ ADMINISTERED PSYCHOTROPIC DRUGS ON 6/14/04 AT OR ABOUT 8:00 PM.

19.) DR. S. FOSTER, DO YOU ADMIT THAT THE RE DIRECTION THE PLAINTIFF IS SAID TO HAVE REFUSED AT OR ABOUT 1:20 PM, WAS NOT CLEANING UP HIS TRAYS 6/24/04 AT THE D.P.C

20.) DR. S. FOSTER, DO YOU ADMIT THAT D.A BRIAN J. ROBERTSON FOR MORE THAN ONE YEAR AFTER THE PLAINTIFF'S ARREST ON 5/26/03 DID NOT FILE A MOTION TO SENTENCE THE PLAINTIFF AS AN HABITUAL OFFENDER, BUT AFTER LESS THAN THREE WEEKS OF YOUR JUNE 10, 04 FORENSIC REPORT BEING FILED AND DOCKETED ON THE PLAINTIFF CRIMINAL DOCKET SHEET, D.A. BRIAN J ROBERTSON FILED MOTION TO SENTENCE THE PLAINTIFF AS AN HABITUAL OFFENDER.

## CERTIFICATE OF SERVICE

I, THE UNDERSIGNED PLAINTIFF JIMMIE LEWIS DUE HEREBY CERTIFY ON THIS 22ND, DAY OF, JAN, 2007, THAT I DID MAIL ONE TRUE AND CORRECT COPY OF THE MOTION FOR ADMISSIONS # 2, BY U.S POSTAL, TO THE FOLLOWING:

CLERK OF THE COURT (GMS)
UNITED STATES DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILMINGTON, DELAWARE 19801

LOUIS T. RIZZO JR
1001 JEFFERSON PLAZA
    SUITE 202
WILMINGTON, DELAWARE 19801


DATE: 1/22/07

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DEL 19977

AG Office RAP Sheet                                          Page    1

This is the criminal record of:
      JIMMY        LEWIS                    DOB 12/25/1966  SBI # 00506622

| Arresting Agency | Name (Including Aliases) | Date of Arrest/ Offense | Complaint Number/ Charge | Disposition |
|---|---|---|---|---|
| Wilmington PD Wilmington | JIMMY LEWIS<br><br>AG CASE: NC03006555 | 05/26/03<br>05/26/03 | 3003049370<br>RESISTING ARREST | DISP=BOPC |
| Wilmington PD Wilmington | JIMMY LEWIS<br><br>AG CASE: NC03006555 | 05/26/03<br>05/26/03 | 3003049370<br>Theft $1000 or Greater (Deprive Person) | DISP=BOPC |
| Wilmington PD Wilmington | JIMMY LEWIS<br><br>AG CASE: NC03006555 | 05/26/03<br>05/26/03 | 3003049370<br>CARJACKING SECOND DEGREE TAKE VEHICLE FROM ANOTHER IMMEDIATE PRESENCE | DISP=BOPC |

I/M JIMMIE LEWIS
SBI# 506622 UNIT D-U2
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

CLERK OF THE COURT (GMS)
UNITED STATES DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILMINGTON, DELAWARE
19801



