IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JIMMIE LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1350-GMS |
| | ) | |
| DR. SYLVIA FOSTER, NURSE | ) | |
| ASSISTANT ROBERT N. GRAY, | ) | |
| MR. JOHNSON 1, MR. JOHNSON | ) | |
| 2, LANCE SAPERS, and DAVE | ) | |
| MOFFITT, | ) | |
| | ) | |
| Defendants. | ) | |

## AMENDED SCHEDULING ORDER

At Wilmington this 23rd day of Feb., 2007, for the reasons set forth in the court's February 21, 2007 Memorandum and Order;

IT IS ORDERED THAT:

All summary judgment motions, with accompanying briefs and affidavits, if any, shall be served and filed on or before **May 1, 2007**. The Answering brief shall be filed on or before **May 15, 2007**, and the Reply brief shall be due on or before **May 29, 2007**.

_____
UNITED STATES DISTRICT JUDGE



FILED

FEB 2 3 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE