IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

   V.                     CA. NO. 04-1350 (GMS)

DR. SYLVIA FOSTER, ET AL

MOTION FOR INTERROGATORY
ANSWERS # 1 FOR DR. FOSTER
PURSUANT TO FED R. CIV p.# 33



FILED

FEB. 26 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

DATE: 2/23/07

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DEL 19977

1.) DR. FOSTER'S JUNE 10, 04 FORENSIC REPORT STATES, QUOTE, MR. LEWIS REPORTED THAT HE BEGAN DRINKING ALCOHOL IN HIS TEENS, WITH HIS LAST USE JUST PRIOR TO HIS INCARCERATION. (DENIED BY THE PLAINTIFF) DR. FOSTER'S STATEMENT ERRONEOUSLY DRAWS AN INFERRENCE THAT THE PLAINTIFF WAS DRINKING ALCOHOL ONLY MOMENTS BEFORE THE ~~HAPPENED~~ OFFENSES ARE SAID TO HAVE HAPPENED, BUT THE PLAINTIFF HAD NOT DRANK ALCOHOL (BEER) FOR AT LEAST A WEEK PRIOR TO HIS INCARCERATION. WHAT DATE AND TIME WAS DR FOSTER REFERRING TO WHEN SHE STATED, "WITH HIS LAST USE OF ALCOHOL JUST PRIOR TO HIS INCARCERATION.

2.) IN REGARDS TO DR. FOSTER DIAGNOSING THE PLAINTIFF AS MALINGERING, FOR WHICH DR. FOSTER DEFINES IN HER JUNE 10, 04 FORENSIC REPORT AS, QUOTE. THE ESSENTIAL FEATURE OF MALINGERING IS THE INTENTIONAL PRODUCTION OF FALSE OR GROSSLY EXAGGERATED PHYSICAL OR PSYCHOLOGICAL SYMPTOMS, MOTIVATED BY EXTERNAL INCENTIVES SUCH AS GETTING OUT OF PRISON INTO A PSYCHIATRIC UNIT, UNQUOTE. WAS THE PLAINTIFF'S ALLEGED FALSE OR GROSSLY EXAGGERATED PSYCHOLOGICAL SYMPTOMS PRESENTED AS EVIDENCE AT HIS TRIAL, ~~XXXXXXXXXXXXXX~~.

3.) DR. FOSTER'S JUNE 10, 04 FORENSIC REPORT STATES, QUOTE. 'ANY THREATS MADE BY MR. LEWIS TO HARM HIMSELF OR OTHERS SHOULD BE TAKEN SERIOUSLY AS HE IS HIGHLY MANIPULATIVE AND WILL STOP AT ~~NOTHING~~ LITTLE TO OBTAIN HIS GOAL. UNQUOTE.

~~WHAT~~ ~~XXXXXXXX~~ ~~XXXXXXXXXXXXXXXX~~ SPECIFICLY WHAT ARE THE "GOALS" THAT THE PLAINTIFF WILL STOP AT LITTLE TO OBTAIN?

4.) DR. FOSTER'S JUNE 10, 04 FORENSIC REPORT STATES ON PAGE 5 OF 6, HOWEVER SEROQUEL WAS BEGAN AFTER IT BECAME EVIDENT THAT MR. LEWIS HAD DIFFICULTY MANAGING HIS ANGER, AND CONTROLLING HIS IMPULSES. AND IN CONJUNCTION WITH PAGE 6 OF 6, MR. LEWIS MAY NEED TO REMAIN ON HIS MEDICATION TO HELP WITH ANGER MANAGEMENT AND IMPULS CONTROL.

QUESTION: WHY DID DR. FOSTER CHOOSE TO ~~PRESCRIBE~~ ~~XXXXXXXXXXXXXXXXXXXXXXXXXXXX~~ ADVISE IN HER JUNE 10, 04 REPORT THAT THE PLAINTIFF CONTINUE TO RECEIVE SEROQUEL A PSYCHOTROPIC MEDICATION TO A PERSON WHOM SHE DIAGNOSED AS MALINGERING, INSTEAD OF ADVISING THE SEDATIVE BENADRYL A NON PSYCHOTROPIC MEDICINE.

5.) DR. FOSTER WHY DIDNT YOU DISCONTINUE ALL PSYCHOTROPIC MEDICATIONS PRESCRIBED FOR THE PLAINTIFF AFTER YOU AUTHORED YOUR JUNE 10, 04 FORENSIC REPORT THAT NOTES THAT THE PLAINTIFF IS DIAGNOSED AS MALINGERING?

6.) WHILE THE PLAINTIFF WAS UNDER THE INFLUENCE OF THE COCKTAIL(S) OF PSYCHOTROPIC MEDICATION, WAS IT TAKEN INTO CONSIDERATION THAT INVOLUNARY MEDICATING THE PLAINTIFF MAY CAUSE NEGATIVE REACTIONS, ~~[struck out]~~ ~~[struck out]~~

7.) DR FOSTER, WERE BOTH THE MCGARRY FUNCTIONS AND THE GUATNEY PRESENTED TO THE PLAINTIFF BEFORE AND OR AFTER HIS TRIAL.

8.) DID ANY INMATE PATIENT SIGN A NOTORIZED STATEMENT, THAT THE PLAINTIFF HARMED OR HURT THEM PSYCHOLOGICALLY OR PHYSICALLY, ~~[struck out]~~ ~~[struck out]~~.

9.) DR. FOSTER, DID ANY STAFF OF THE O.P.C SIGN A NOTORIZED STATEMENT THAT THE PLAINTIFF HARMED OR HURT THEM PSYCHOLOGICALLY OR PHYSICALLY, ~~[struck out]~~ ~~[struck out]~~

10.) DR. FOSTER, IF THE PLAINTIFF WOULD HAVE BEEN GIVEN A COMPETENCY HEARING IN THE MOCK COURT ROOM AT THE O.P.C, WOULD HE HAVE HAD THE OPPORTUNITY TO CONTEST THE FORENSIC REPORT YOU AUTHORED ON JUNE 10, 04.

DR. FOSTER,
11.) IS IT INDEED A FACT THAT MR. LEWIS DISPLAYED NO EVIDENCE OF A MOOD DISORDER, AND NO EVIDENCE OF PSYCHOSIS DURING THE COURSE OF HIS STAY AT THE D.P.C, AS IT IS NOTED IN DR. FOSTER'S JUNE 10, 04 FORENSIC REPORT.

DR. FOSTER,
12.) COULD THE HOSPITAL STAFF ~~ADMIN~~ AT THE O.P.C GIVE THE PLAINTIFF ANY PRN PSYCHOTROPIC MEDICATION, IF THE ~~PSYCHIATRIST~~ PSYCHIATRIST WHO ORDERED THE STANDING PRN PSYCHOTROPIC MEDICATION, HAD NOT ORDERED THE PSYCHOTROPIC MEDICATIONS.

13.) IS THERE A SUBSTANTIAL RISK FACTOR OF SERIOUS HARM WHEN SOMEONE INJECTS PSYCHOTROPIC MEDICINES INTO A PATIENT, ~~IF ~~.

14.) DOES DR. FOSTER STILL WORK AN AN FORENSIC PSYCHIATRIST AT THE MITCHELL BUILDING, ~~[scribbled out]~~.

15.). IS DR. FOSTER STILL THE CHIEF FORENSIC PSYCHIATRIST FOR THE STATE OF DELAWARE, ~~[scribbled out]~~.

~~[multiple lines scribbled out]~~

16. ~~[scribbled]~~) DR. FOSTER,
CAN THE SIDE EFFECTS OF PSYCHOTROPIC DRUG BE PERMANENT, ~~[scribbled out]~~ ~~[scribbled out]~~.

17 ~~[scribbled]~~) DR. FOSTER,
IF A JUDICIAL HEARING WOULD HAVE BEEN CONDUCTED IN ORDER TO INVOLUNTARILY ADMINISTER PSYCHOTROPIC DRUGS TO THE PLAINTIFF, WOULD HE HAVE HAD TO BE ~~[scribbled]~~ DEEMED INCOMPETENT FIRST, ~~[scribbled out]~~.

DR. FOSTER

18.) IF A JUDICIAL HEARING WOULD HAVE BEEN CONDUCTED IN ORDER TO INVOLUNTARILY ADMINISTER PSYCHOTROPIC DRUGS TO THE PLAINTIFF, WOULD THE PLAINTIFF HAD TO BE GIVEN A COMPETENCY HEARING PRIOR TO HIS BEING SUBJECTED TO SUPERIOR COURT PROCEDURES, ~~xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx~~ ~~xxxxxxxx~~.

CAN DR FOSTER

19.) PROVIDE THE WRITTEN NOTICE(S) THE PLAINTIFF RECEIVED, REGARDING THE ALLEGED DISCIPLINARY CODES HE WAS SANCTIONED FOR VIOLATING ON THE FOLLOWING DATES : 5/21/04, 6/6/04, 6/13/04, 6/14/04, 6/14-15/04, 6/21/04, AND 6/24/04.

20.) DR FOSTER, FOR THE DISCIPLINARY SANCTIONS THE PLAINTIFF RECEIVED ON 5/21/04, 6/6/04, 6/13/04, 6/14/04 AT OR ABOUT 8:00PM, 6/14-15/04 AT OR ABOUT 11:00PM, 6/21/04 AND 6/24/04, WAS THE PLAINTIFF, 1.) ALLOWED TO CONFRONT HIS ACCUSER, 2.) CALL WITNESSES IN HIS BEHALF, 3.) CHOOSE A COUNSELOR TO REPRESENT HIM, 4.) BE PRESENT AT THE DISCIPLINARY HEARING, 5.) RECEIVE NOTICE OF HAVING HIS ~~xxxxxx~~ RIGHT TO HAVE HIS RIGHTS READ TO HIM, 6.) ALLOWED TO APPEAL, ~~xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx~~ ~~xxxxxxxx~~.

DR. FOSTER,

21 ~~xxx~~ .) BECAUSE THE PLAINTIFF REFUSED TO TAKE
PSYCHOTROPIC DRUGS INTROVENIOUSLY, WAS A SPECIAL
COMMITTEE CONSISTING OF A PSYCHIATRIST, A PSYCHOLOGIST
AN OFFICIAL, NONE OF WHOM WERE INVOLVED IN T HE
PLAINTIFF'S DIAGNOSIS OR TREATMENT CALLED TO CONDUCT
A JUDICIAL HEARING AND INFORMING THE PLAINTIFF
OF THE FOLLOWING : (A) ~~xxxxxxxxx~~ A WRITTEN
NOTICE OF HIS RIGHT TO ATTEND, (B) A WRITTEN
OF SAID JUDICIAL HEARING, (C) WRITTEN NOTICE
OF HIS RIGHT TO PRESENT EVIDENCE (D), WRITTEN
NOTICE OF HIS RIGHT TO CROSS EXAMINE AND OR
CONFRONT WITNESSES., (E) WRITTEN NOTICE OF HIS
RIGHT TO BE REPRESENTED BY AN DISINTRESTED
LAY ADVISER (F) WRITTEN NOTICE OF HIS RIGHT
TO APPEAL (G) WRITTEN NOTICE OF HIS RIGHT
TO PERIODIC REVIEW OF ANY INVOLUNTARY PSYCHOTROPIC
DRUGS INJECTED INTO THE PLAINTIFF ON 6/6/04,
6/13/04, 6/14/04 AT OR ABOUT 8:00 PM, ~~xxxxxx~~
6/14-15/04 AT OR ABOUT 11:00 PM, 6/21/04,
6/22/04 AND 6/24/04, ~~xxxxxxxxxxxxxxxxxxxxxxx~~
~~xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx~~
~~xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx~~
~~xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx~~
~~xxxxxxxxxxxxxxxxxxxxxxxxxx~~

22  8(b) ) BECAUSE THE PLAINTIFF REFUSED TO TAKE PSYCHOTROPIC DRUGS INTRAVENOUSLY, DID THE D.P.C MEDICAL TEAM. (A) GIVE THE PLAINTIFF A WRITTEN NOTICE OF THE HEARING (B) A NOTICE OF HIS RIGHT TO ATTEND, (C) A NOTICE OF HIS RIGHT TO PRESENT EVIDENCE, (D) A WRITTEN NOTICE OF HIS RIGHT TO COUNSEL, (E) A WRITTEN NOTICE OF HIS RIGHT TO CROSS EXAMINE OR CONFRONT WITNESSES, (F) A WRITTEN NOTICE OF HIS RIGHT TO PERIODIC REVIEW OF ANY INVOLUNTARY PSYCHOTROPIC DRUGS ORDERED, (G) A WRITTEN NOTICE OF HIS RIGHT TO APPEAL. BEFORE AND OR AFTER ANY PSYCHOTROPIC DRUGS WERE INJECTED INTO THE PLAINTIFF ON 6/6/04, 6/13/04, 6/14/04 AT OR ABOUT 8:00 PM, 6/14-15/04 AT OR ABOUT 11:00 PM, 6/21/04, 6/22/04 AND 6/24/04. ~~scratched out~~

23.) DR. FOSTER IS THE PSYCHOTROPIC DRUG SIDE EFFECT, NEUROCEPTIC MALIGNANT SYNDROME 30% FATAL

24.) DR. FOSTER, DURING THE PLAINTIFF'S STAY AT THE D.P.C DATING FROM 5/21/04 TO 6/25/04, DID YOU HAVE THE AUTHORITY TO ORDER THE USE OF FORCE.

25.) DR. FOSTER, DO YOU THINK A PSYCHOLOGICALLY COMPETENT AND EMOTIONALLY STABLE PERSON, WHO HAS NOT REVEALED ANY EVIDENCE OF MOOD DISORDER OR NO EVIDENCE OF PSYCHOSIS, BECOME AND OR GET AGGITATED IF THAT SAID PERSON WAS INVOLUNTARILY ADMINISTERED PSYCHOTROPIC DRUGS INTROVEINEOUSLY AGAINST HIS WILL,

CERTIFICATE OF SERVICE

I, THE UNDERSIGNED PLAINTIFF JIMMIE LEWIS
DUE HEREBY CERTIFY ON THIS 23RD, DAY OF FEB,
2007, THAT I DID MAIL ONE TRUE AND
CORRECT COPY OF THE MOTION FOR
INTERROGATOR ANSWERS # 1 FOR DR. FOSTER
PURSUANT TO FED R. CIV P # 33, TO EACH
OF THE FOLLOWING :

CLERK OF THE COURT (GMS)
UNITED STATES DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILMINGTON, DELAWARE 19801

LOUIS J. RIZZO JR ESQ
1001 JEFFERSON PLAZA
SUITE 202
WILMINGTON, DEL 19801
ATTORNEY FOR DR. FOSTER

DATE : 2/23/07

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DEL 19977

DM. *Jimmie Lewis*
SBI# 506622    UNIT. D6 2
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S.
X-RAY

CLERK OF THE COURT (GMS)
UNITED STATES DISTRICT COURT
844 N. KING ST. LOCKBOX 18
WILMINGTON, DELAWARE
19801



UNITED STATES POSTAGE
$03.27
02 1A
0004081975    FEB 28 2007
MAILED FROM ZIP CODE 19977