IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

V.                    CA. NO. 04-1350 (GMS)

DR. SYLVIA FOSTER, ET AL.


MOTION FOR DISCLOSURE FOR
DEFENDANT DR. SYLVIA FOSTER'S
RESPONSE TO PLAINTIFF'S MOTION
FOR ADMISSIONS # 2 FOR DR. FOSTER
PURSUANT TO FED R. CIV P # 37 & 8


DATE: 2/23/07

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DEL 19977


FILED
FEB 26 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1.) THE DEFENDANT DR. SYLVIA FOSTER, IN RESPONSE TO THE PLAINTIFF'S MOTION FOR ADMISSIONS #2, NOTE "OBJECTION" AS ANSWERS TO NUMBERS 4-5-6-7-8-9-10-11-12-13-15-16-17-18-19 AND 20, WHICH WERE FILED IN THE EXACT SAME MANNER, IN MOTION FORM, AS THE MOTIONS FOR INTERROGATORIES.

2.) THE PLAINTIFF VIEWS THE DEFENDANTS ANSWERS, "OBJECTION", TO BE INSUFFICIENT AND EVASIVE AND HEREBY REQUEST THIS HONORABLE COURT TO ISSUE AN ORDER THAT WOULD REQUIRE THE DEFENDANT TO EITHER DENY SAID CLAIMS TO BE FALSE OR EITHER ADMIT SAID CLAIMS TO BE TRUE.

FOR THE FOREGOING REASONS, I HEREBY REQUEST FOR THIS MOTION FOR DISCLOSURE TO BE GRANTED.

CERTIFICATE OF SERVICE

I, THE UNDERSIGNED PLAINTIFF JIMMIE LEWIS DUE HEREBY CERTIFY ON THIS 23RD, DAY OF FEB, 2007, THAT I DID MAIL ONE TRUE AND CORRECT COPY OF THE MOTION FOR DISCLOSURE FOR DEFENDANT DR. SYLVIA FOSTER'S RESPONSE TO PLAINTIFF'S MOTION FOR ADMISSIONS #2 FOR DR. FOSTER PURSUANT TO FED R CIV P 8+ P # 37, BY U.S POSTAL TO EACH OF THE FOLLOWING:

CLERK OF THE COURT (GMS)
UNITED STATES DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILMINGTON, DEL 19801

LOUIS J. RIZZO JR ESQ
1001 JEFFERSON PLAZA
  SUITE 202
WILMINGTON, DEL 19801
ATTORNEY FOR DR. FOSTER

DATE: 2/23/07

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DEL 19977

INM: Timmie Lewis
SBI# 506622   UNIT D4P
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S.
X-RAY

CLERK OF THE COURT (GMS)
UNITED STATES DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILMINGTON, DELAWARE
19801

UNITED STATES POSTAGE
$03.27
0004603975
FEB 24 2007
MAILED FROM ZIPCODE 19977