IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

V.                          CA. NO. 04-1350 (GMS)

DR. SYLVIA FOSTER, ET AL

MOTION REQUEST LEAVE TO
DEPOSE DEFENDANTS GRAY,
MOFFETT, JOHNSON AND SAGERS
VIA WRITTEN QUESTION
PURSUANT TO FED R. CIV P #31
IN ACCORDANCE TO THE HONORABLE
GREGORY M. SLEET' FEB 21, 07 MEMO.

DATE: 2/23/07

Jimmie Lewis
SBI #506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DEL 19977



FILED
FEB 26 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I, THE UNDERSIGNED PLAINTIFF JIMMIE LEWIS DUE HEREBY CERTIFY ON THIS 23RD, DAY OF FEB, 2007, THAT I DID MAIL ONE TRUE AND CORRECT COPY OF THE MOTION REQUESTING LEAVE TO DEPOSE THE DEFENDANTS GRAY, MOFFETT, JOHNSON, AND SAGERS VIA WRITTEN QUESTION PURSUANT TO FED R. CIV P# 31 IN ACCORDANCE TO THE HONORABLE GREGORY - M. SLEET' FEB 21, 07 MEMO, BY U.S POSTAL TO THE FOLLOWING:

CLERK OF THE COURT (GMS)
UNITED STATES DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILMINGTON, DEL 19801

GREGORY E. SMITH
DEPUTY ATTORNEY GENERAL
820 N. FRENCH ST, 7TH FL
WILM, DEL 19801

DATE: 2/23/07

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DEL 19977

INM: JIMMIE LEWIS
SBI# 506622   UNIT D4-2
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



CLERK OF THE COURT (GMS)
UNITED STATES DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILMINGTON, DELAWARE
19801

U.S. MS
X-RAY