IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

V.                    CA. NO. 04-1350 (GMS)

DR. SYLVIA FOSTER, ET AL.


MOTION FOR DISCLOSURE FOR
DEFENDANT DR. SYLVIA FOSTER'S
RESPONSE TO PLAINTIFF'S MOTION
FOR ADMISSIONS # 2


DATE: 2/21/07

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DEL 19977



FILED
FEB 26 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1.) THE DEFENDANT DR. SYLVIA FOSTER, IN RESPONSE TO THE PLAINTIFF'S MOTION FOR ADMISSIONS #2, NOTE "OBJECTION" AS ANSWERS TO NUMBERS 4-5-6-7-8-9-10-11-12-13-15-16-17-18-19 AND 20, WHICH WERE FILED IN THE EXACT SAME MANNER, IN MOTION FORM, AS THE MOTIONS FOR INTERROGATORIES.

2.) THE PLAINTIFF VIEWS THE DEFENDANTS ANSWERS, "OBJECTION", TO BE INSUFFICIENT AND EVASIVE AND HEREBY REQUEST THIS HONORABLE COURT TO ISSUE AN ORDER THAT WOULD REQUIRE THE DEFENDANT TO EITHER DENY SAID CLAIMS TO BE FALSE OR EITHER ADMIT SAID CLAIMS TO BE TRUE.

FOR THE FOREGOING REASONS, I HEREBY REQUEST FOR THIS MOTION FOR DISCLOSURE TO BE GRANTED.

CERTIFICATE OF SERVICE

I, THE UNDERSIGNED PLAINTIFF JIMMIE LEWIS DUE HEREBY CERTIFY ON THIS 21ST, DAY OF FEB, 2007, THAT I DID MAIL ONE TRUE AND CORRECT COPY OF THE MOTION FOR DISCLOSURE FOR DEFENDANT DR. SYLVIA FOSTER'S RESPONSE TO PLAINTIFF'S MOTION FOR ADMISSIONS # 2, BY U.S POSTAL TO THE FOLLOWING:

CLERK OF THE COURT (GMS)
UNITED STATES DISTRICT COURT
J. CALEB BOGGS FEDERAL BUILDING
844 N. KING ST, LOCKBOX 18
WILMINGTON, DEL 19801

LOUIS J. RIZZO ESQ
1001 JEFFERSON PLAZA, SUITE 202
WILMINGTON, DEL 19801

DATE: 2/21/07

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DEL 19977

I/M Jimmie Lewis
SBI# 506622  UNIT DU2
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

CLERK OF THE COURT (GMS)
U.S. DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILMINGTON, DELAWARE
19801