IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

    V.                        CA. NO. 04-1350 (GMS)

DR. SYLVIA FOSTER, ET AL



**FILED**

MAR - 1 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scann9

MOTION FOR INTERROGATORY
ANSWERS # 4 FROM AND FOR
DEFENDANT DR. SYLVIA FOSTER
PURSUANT TO FED R. CIV P # 33
AND IN ACCORDANCE TO THE HONORABLE
JUDGE GREGORY M. SLEET'S FEB 21,07 ORDER.

DATE: 2/28/07

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DEL 19977

1.) DR. FOSTER, CAN A PERSON BECOME MENTALLY ILL AFTER INCARCERATION.

2.) IN EVERY CASE, DOES A PERSON NEED TO BE GIVEN PSYCHOTROPIC DRUGS IN ORDER TO STABILIZE FROM MENTAL ILLNESS.

3.) DOES SCHIZOPHRENIA MANIFEST IT'S SYMPTOMS THE EXACT SAME WAY IN EVERY PERSON

4.) IN THE 30 DAYS THE PLAINTIFF WAITED TO BE TRANSFERRED IN THE H.R.Y.C.I INFIRMARY, COULD HE HAVE STABILIZED.

5.) IN THE 6 1/2 MONTHS AFTER THE SUPERIOR COURT ORDER WAS GRANTED ON DEC 1,03, COULD THE PLAINTIFF HAVE STABILIZED PRIOR TO HIS BEING TRANSFERRED TO THE D.P.C ON 5/21/04

6.) DR. FOSTER, DID THE PLAINTIFF
    RECEIVE INJECTIONS OF THE PSYCHOTROPIC
    DRUGS HALDOL, ATIVAN AND GEODON
    DURING HIS STAY AT THE D.P.C
    DATING FROM 5/21/04 TO 6/25/04.

7.) DR. FOSTER, DID YOU PRESCRIBE
    THE PSYCHOTROPIC DRUGS HALDOL,
    ATIVAN AND GEODON FOR THE PLAINTIFF
    DURING HIS STAY AT THE DPC
    DATING FROM 5/21/04 TO 6/25/04

8.) DR. FOSTER WHY DID YOU
    PLACE THE PLAINTIFF ON SANCTION
    APON HIS ARRIVING AT THE D.P.C ON 5/21/04.

9.) DR. FOSTER, DID THE PLAINTIFF
    MENTION CONCERNS OF SIDE EFFECTS
    FROM PSYCHOTROPIC DRUGS

10.) DR. FOSTER, WERE THERE ANY DISCIPLINARY HEARINGS CONDUCTED REGARDING THE PLAINTIFFS BEHAVIOR.

11.) DR. FOSTER, WERE THERE ANY DISCIPLINARY HEARINGS CONDUCTED REGARDING THE PLAINTIFFS BEHAVIOR ON THE FOLLOWING DATES OF: 5/21/04, 6/6/04, 6/13/04, 6/14/04 AT OR ABOUT 8:00 PM, 6/14/04 AT OR ABOUT 11:00 PM, 6/21/04 AND 6/24/04; IF YES PLEASE STATE THE DATES.

12.) DR. FOSTER CAN ALLERGIC REATION TO THE PSYCHOTROPIC DRUG HALDOL RESULT IN FATALITY.

13.) DR. FOSTER CAN ALLERGIC REACTION TO THE PSYCHOTROPIC DRUG ATIVAN RESULT IN FATALITY.

14.) DR. FOSTER CAN ALLERGIC REACTION TO THE PSYCHOTROPIC DRUG GEODON RESULT IN FATALITY.

15.) WHAT ARE THE SIDE EFFECTS OF HALDOL

16.) WHAT ARE THE SIDE EFFECTS OF ATIVAN

17.) WHAT ARE THE SIDE EFFECTS OF GEODON.

18.) DR. FOSTER DID YOU TAKE THE WILMINGTON-DEL., POLICE DEPARTMENT ASSESSMENT INTO CONSIDERATION REGARDING YOUR ASSESSMENT NOTED IN YOUR JUNE 10, 04 REPORT.

19.) DR. FOSTER DID YOU TAKE THE NEWARK STAR-LEDGER MISSING PERSONS AD OF THE PLAINTIFF INTO CONSIDERATION REGARDING YOUR ASSESSMENT OF THE PLAINTIFF'S COMPETENCY NOTED IN YOUR JUNE 10, 04 REPORT

20.) DR. FOSTER, IS AGGITATION A VALID PSYCHOLOGICAL REASON TO INJECT THE PLAINTIFF WITH HALDOL WHEN THERE IS NO EVIDENCE OF PSYCHOSIS OR MOOD DISORDER.

21.) DR. FOSTER, IS AGGITATION A VALID PSYCHOLOGICAL REASON TO INJECT THE PLAINTIFF WITH GEODON WHEN THERE IS NO EVIDENCE OF PSYCHOSIS OR MOOD DISORDER.

22.) DR. FOSTER, IS AGGITATION A VALID PSYCHOLOGICAL REASON TO INJECT THE PLAINTIFF WITH ATIVAN WHEN THERE IS NO EVIDENCE OF PSYCHOSIS

23.) DR. FOSTER DEFINE AGGITATION THE WAY A PSYCHIATRIST ACKNOWLEDGES IT TO BE.

24.) DR. FOSTER WHY DID YOU
CHOOSE STATUTORY DEFENSES
UNDER 11 DEL C.§ 468 (3); (5) AND (7),
IN WHICH STATES THAT YOU ARE PERMITTED
BY SAID STATUTES TO ORDER THE USE OF
FORCE, INSTEAD OF THE STATUTORY
DEFENSE OF ACTUAL INNOCENCE, IN RESPONSE
TO THE PLAINTIFF'S COMPLAINT.

25.) DR. FOSTER WHY DIDN'T YOU
CHOOSE STATUTORY DEFENSES
UNDER 11 DEL C.§ 468 (2) AND (4)
IN WHICH DISCRIBE MAINTENANCE OF
REASONABLE DISCIPLINE, PREVENTION OF
MISCONDUCT OR AUTHORITY AS A DOCTOR
WHO WAS ADMINISTERING TREATMENT, IN
RESPONSE TO THE PLAINTIFF'S COMPLAINT.

26.) DR. FOSTER AS THE CHIEF FORENSIC PSYCHIATRIST FOR THE STATE OF DELAWARE, DATING FROM 5/21/04 TO 6/25/04, WHICH IS THE COURSE OF THE PLAINTIFFS STAY AT THE D.P.C., NAME THE NURSE ASSISTANTS WHO YOU DID NOT HAVE ADMINISTRATIVE AUTHORITY OVER AT THE D.P.C

27.) DR. FOSTER WILL YOU ALLOW A PATIENT TO BE INJECTED WITH THE PSYCHOTROPIC DRUGS ATIVAN, GEODON OR HALDOL IF THEY DONT SHOW EVIDENCE OF PSYCHOSIS OR MOOD DISORDER.

28.) DR. FOSTER WERE YOU THE PLAINTIFFS PRIMARY PSYCHIATRIST DURING MANY 5/21/04 TO 6/25/04, THE COURSE OF HIS STAY AT THE D.P.C

29.) WHAT IS THE DATE OF THE PLAINTIFF'S ARREST FOR THE OFFENSES YOU EVALUATED HIM FOR, I.E. CARJACKING 2ND, RESISTING ARREST, AND THEFT OVER $1000.

30.) DR. FOSTER WHO ORDER THE PLAINTIFF TO BE INJECTED WITH PSYCHOTROPIC DRUGS HALDOL, ATIVAN. AND GEODON WITHOUT YOUR VERBAL AND OR WRITTEN CONSENT, DURING 5/21/04 TO 6/25/04 THE COURSE OF THE PLAINTIFFS STAY AT THE D.P.C

31.) DR. FOSTER DOES THE TERM "FORENSIC" MEAN THAT YOU HAVE RESEARCHED THE INFORMATION YOU NOTED IN YOUR JUNE 10, 04 REPORT

32.) DR. FOSTER, WHO ORDERED THE PLAINTIFF TO BE (4) POINT RESTRAINED WITHOUT YOUR VERBAL AND OR WRITTEN CONSENT; DURING ~~during~~ 5/21/04 TO 6/25/04 THE COURSE OF THE PLAINTIFF'S STAY AT THE D.P.C. &

33) DR. FOSTER WHY DID YOU DISCONTINUE THE PLAINTIFF'S CHEF SALAD

34.) DR. FOSTER DEFINE WHAT YOU RELIED ON TO ULTIMATELY DIAGNOS' THE PLAINTIFF AS MALINGERING.

35.) DR. FOSTER DEFINE WHAT YOU RELIED ON TO ULTIMATELY CONCLUDE THAT THE PLAINTIFF WAS MINIMIZING HIS DRUG USE, AS IS STATED IN YOUR JUNE 10, 04 REPORT.

36.) DR. FOSTER DOES GEODON CAUSE AGITATION.

37.) WHEN A PATIENT IS AGGRESSIVE AND ASSULTIVE TOWARDS STAFF AND OTHER PATIENTS, CAN IT BE DEEMED NECESSARY TO ASSIGN ONE OR TWO ATTENDANTS TO MONITOR HIS BEHAVIOR ~~FOR~~ ~~xxxxxxxxxxxxxxxxxxxxxxxxxxxxx~~ EXCLUSIVELY

38.) DR. FOSTER WAS THERE ~~xxx~~ A TIME WHEN ONE OR TWO ATTENDANTS MONITORED THE PLAINTIFFS BEHAVIOR EXCLUSIVELY

39.) DR. FOSTER WHAT WAS THE COURSE OF ACTION TAKEN WHEN THE PLAINTIFF REPORTED BEING ASSUALTED BY A PATIENT NAMED "TIM".

40.) DR. FOSTER WHAT IS THE BASIC FUNDAMENTAL REASON FOR PRESCRIBING THE PSYCHOTROPIC DRUGS ATIVAN; GEODON AND HALDOL FOR THE PLAINTIFF DATING 5/21/04 TO 6/25/04 THE COURSE OF HIS STAY AT THE O.P.C

41.) DR. FOSTER WAS THE PLAINTIFF STABLE ENOUGH TO BE RETURNED TO THE D.O.C , (AS STATED IN YOUR JUNE 10, 04 REPORT ); EVEN THOUGH HE WAS DEEMED AGITATED ENOUGH TO BE INJECTED WITH THE PSYCHOTROPIC DRUGS HALDOL , GEODON AND ATIVAN AT LEAST 4 OF THE LAST 10 DAYS OF HIS STAY AT THE O.P.C.

42.) DR. FOSTER DID YOU DEEM THE
PLAINTIFF SUICIDAL DURING HIS
STAY AT THE D.P.C DATING FROM
5/21/04 TO 6/25/04.

43.) DR. FOSTER, AFTER YOU AUTHORED
YOUR JUNE 10, 04 FORENSIC REPORT,
DIAGNOSING THE PLAINTIFF AS MALINGERING,
( I QUOTE, THE ESSENTIAL FEATURE OF
MALINGERING IS THE INTENTIONAL PRODUCTION OF
FALSE OR GROSSLY EXAGGERATED PHYSICAL OR
PSYCHOLOGICAL SYMPTOMS, MOTIVATED BY EXTERNAL
INCENTIVES SUCH AS GETTING OUT OF PRISON INTO
A PSYCHIATRIC UNIT, UNQUOTE.) THE
ADMINISTRATION OF THE PSYCHOTROPIC DRUGS
ATIVAN, GEODON AND HALDOL INCREASED,
WAS THIS BECAUSE YOU THOUGHT THE
PLAINTIFF SHOULD BE PUNISHED FOR TRYING TO
GET OUT OF PRISON AND INTO A PSYCHIATRIC UNIT.
QUESTION, WHAT IS THE REASON YOU WOULD GIVE
FOR THE INCREASE OF THE ADMINISTRATION
OF THE PSYCHOTROPIC DRUGS ATIVAN, GEODON AND HALDOL
AFTER YOUR JUNE 10, 04 DIAGNOSIS OF MALINGERING?

44.) DR. FOSTER WHICH D.P.C STAFF MEMBER(S) DID YOU INFORM THAT YOUR AXIS I DIAGNOSIS IN YOUR JUNE 10, 04 FORENSIC REPORT FOR COMPETENCY OF THE PLAINTIFF WAS MALINGERING.

45.) DR. FOSTER NAME THE WITNESS YOU INTEND TO CALL FOR PRE TRIAL AND OR TRIAL.

46.) DR. FOSTER WAS THE PLAINTIFF ADMINISTERED THE PSYCHOTROPIC DRUGS ATIVAN, HALDOL AND GEODON THORA IN ORDER TO CORRECT UNAPPROPRIATE DISCIPLINARY BEHAVIOR OR TO CORRECT UNAPPROPRIATE PSYCHIATRIC BEHAVIOR?.

47.) DR. FOSTER WHY WEREN'T ANY DISCIPLINARY HEARINGS CONDUCTED REGARDING THE PLAINTIFF'S ALLEGED BEHAVIOR AT THE D.P.C.

48.) DR. FOSTER WHAT DO YOU DISCRIBE AS BEING THE REASONS THE PLAINTIFF RECEIVED INJECTIONS OF THE PSYCHOTROPIC DRUGS ATIVAN, GEODON AND HALDOL, DURING THE COURSE OF HIS STAY AT THE D.P.C.

49.) DR. FOSTER, WHEN DID YOUR EMPLOYMENT AT THE MITCHELL BUILDING END.

50.) DR. FOSTER DURING THE COURSE OF THE PLAINTIFF'S STAY AT THE D.P.C DATING FROM 5/21/04 TO 6/25/04 DID HE HAVE THE RIGHT TO REFUSE BEING INJECTED WITH THE PSYCHOTROPIC DRUGS HALDOL, ATIVAN AND GEODON.

AG Office RAP Sheet                              Page      1

This is the criminal record of:
    JIMMY        LEWIS                    DOB 12/25/1966 SBI # 00506622

| Arresting Agency | Name (Including Aliases) | Date of Arrest/ Offense | Complaint Number/ Charge | Disposition |
|---|---|---|---|---|
| Wilmington PD Wilmington | JIMMY LEWIS<br><br>AG CASE: NC03006555 | 05/26/03<br>05/26/03 | 3003049370<br>RESISTING ARREST | DISP=BOPC |
| Wilmington PD Wilmington | JIMMY LEWIS<br><br>AG CASE: NC03006555 | 05/26/03<br>05/26/03 | 3003049370<br>Theft $1000 or Greater (Deprive Person) | DISP=BOPC |
| Wilmington PD Wilmington | JIMMY LEWIS<br><br>AG CASE: NC03006555 | 05/26/03<br>05/26/03 | 3003049370<br>CARJACKING SECOND DEGREE TAKE VEHICLE FROM ANOTHER IMMEDIATE PRESENCE | DISP=BOPC |

THE DATE AND PLACE THAT STATE D.A BRIAN J-
ROBERTSON WAS SEEKING FELONY CONVICTION INFORMATION
TO HAVE ME, JIMMIE LEWIS, DECLARED AND
SENTENCE AS AN HABITUAL OFFENDER.

STATE OF FLORIDA, COUNTY OF DADE
I HEREBY CERTIFY that the foregoing is a true and correct copy of the
original on file in this office. _____ AD 20 ___
HARVEY RUVIN, Clerk of Circuit and County Courts
Deputy Clerk

" JURY INSTRUCTION "

## STATE OF MIND

An element of a criminal offense deals with the state of mind of the defendant. It is, of course, difficult to know what is going on in another person's mind. Therefore, you are permitted to draw an inference, or in other words to reach a conclusion, about a defendant's state of mind from the facts and circumstances surrounding the act that the defendant is alleged to have done. In reaching this conclusion, you may consider whether a reasonable person acting in the defendant's circumstances would have had or would have lacked the requisite [intention, recklessness, knowledge or belief]. You should, however, keep in mind at all times that it is the defendant's state of mind which is at issue, and in order to convict the defendant you are required to find beyond a reasonable doubt that the defendant in fact had the [intention, recklessness, knowledge, or belief] required for a finding of guilt.

The fact that our law permits you to draw an inference about a defendant's state of mind in no way relieves the State of its burden of proving beyond a reasonable doubt every element of an offense.

SATURDAY, JULY 5, 2003

## NEWS BRIEFS

### Three injured in jump from burning boat

BRICK: Three people suffered minor burns and two others escaped injury when all five jumped from a boat that caught fire in the Barnegat Bay near the Metedeconk River yesterday, Brick Township police said.

The boat was about 30 yards out from an Ocean County marina about 4:30 p.m. when flames engulfed the craft, possibly the result of an explosion, said Sgt. Craig Lash.

All five boaters were rescued, the sergeant said. The boat, which was gutted, drifted to shore and beached itself.

### Public is asked to help find missing Newark man

NEWARK: Police are seeking the public's assistance in finding a city resident who suffers from schizophrenia and a bipolar disorder.

Jimmie Lewis Jr., 36, talked last with his mother by telephone on May 19, but wasn't reported missing until June 25, said Lt. Derek Glenn, a city police spokesman.



LEWIS

He said Lewis, described as manic depressive, is 6 feet 2 inches, weighs 230 pounds, has brown eyes, black hair and a dark skin.

Glenn said anyone with information should contact police at (973) 733-5172.



# WILMINGTON DEPARTMENT OF POLICE
## Detainee Assessment / Property Receipt

Detainee's Name: _Lewis, Jimmie_     Case #: _30-03-_
              Last, First Middle

Charges: _Carjacking, Theft_    Arresting Officer: _E. Godwin_

                              Additional Officer: _J. Santana_

Detainee's Physical Condition:    OK ☑    Other ☐

Explain:   (Body deformities/Bruises/Sutures) : _____

Medication: Yes ☑   No ☐   Type: _PSCHOTTOPIC_
_THORAZINE , DEPAKOTE , VISTORIL , RISPERDAL_

Unusual Behavior:

Explain: _DETAINEE STATED THOUGHTS OF SUICIDE,_
_TRANSFERED TO M.P.C.J.F INFIRMARY_

Detainee's Property                   Seized as Evidence

Currency/Coin   U.S. Currency: _7.00_      U.S. Currency: _____
               U.S. Coin: _2.26_         U.S. Coin: _____
               Total: _9.26_            Total: _____
               (Have detainee initial next to totals)

Clothing: _BELT , WALLET WITH S.S CARD , LICENCES (NJ)._

Jewelry: _NECKLESS WITH EGYPTION CROSS, DEVIL HORNS AND_
_CAT EYE CONTACT LENSES_

Miscellaneous: _3 SETS OF KEYS (ONE SET VICTIMS),_
_PSYCH TREATMENT PLAN , AMTRACK TRAIN TICKET_

_____     _06/26/03_     _0621_ hours
Officer Receiving Property     Date          Time

_____                          _____ hours
Transporting Officer _____ Date _____         Time

I, _____ , have received the above property from the Wilmington Department of Police, which
was taken from me on the above date. _____ _____ hours.
                                   Date           Time

I/M: *Jimmie Lewis*

SBI# 506622    UNIT DU 2

DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977





CLERK OF THE COURT (GMS)
UNITED STATES DISTRICT COURT
844 N.KING ST, LOCKBOX 18
WILMINGTON, DELAWARE
19801