IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Jimmie Lewis

V.                        CA NO. 04-1350 (GMS)

DR. SYLVIA FOSTER, ETAL



FILED
MAR - 1 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

MOTION FOR 4 INTERROGATORY ANSWERS FOR DEFENDANT ROBERT GRAY TO OBTAIN WITNESS INFORMATION PURSUANT TO FED R. CIV P #33 AND IN ACCORDANCE TO THE HONORABLE JUDGE GREGORY M SLEET'S FEB 21, 07 ORDER. (# A1)

DATE: 2/28/07

Jimmie Lewis
SBI # 506622
DEL CORR. CENTER
1181 PADDOCK RD
SMYRNA, DEL 19977

1.) ROBERT GRAY WHO WAS THE D.P.C STAFF MEMBER WHO RADIOED VIA WALKIE TALKIE FOR ASSISTANCE IN THE D.P.C DINNING HALL ON 6/14/04 AT OR ABOUT 8:00 PM

2.) ROBERT GRAY WHO WERE THE PERSON(S) THAT RESPONDED TO THE D.P.C DINNING HALL AFTER THE D.P.C STAFF MEMBER RADIOED VIA WALKIE TALKIE FOR ASSISTANCE ON 6/14/04 AT OR ABOUT 8:00 PM

3.) ROBERT GRAY WHO WERE THE NURSE ASSISTANT(S) ON DUTY WITH YOU AT THE D.P.C ON 6/14/04 AT OR ABOUT 8:00 PM

4.) AS A NURSE ASSISTANT EMPLOYED AT THE D.P.C DURING THE COURSE OF THE PLAINTIFF'S STAY AT THE D.P.C DATING 5/21/04 TO 6/25/04 WHICH PARAGRAPH NOTED IN THE PLAINTIFF'S COMPLAINT DID YOU WITNESS.

CERTIFICATE OF SERVICE

I, THE UNDERSIGNED PLAINTIFF JIMMIE LEWIS DUE HEREBY CERTIFY ON THIS 28TH, DAY OF FEB, 2007, THAT I DID MAIL ONE TRUE AND CORRECT COPY OF THE MOTION FOR 4 INTERROGATORY ANSWERS FOR DEFENDANT ROBERT GRAY TO OBTAIN WITNESS INFORMATION PURSUANT TO FED R. CIV P # 33 AND IN ACCORDANCE TO THE HONORABLE JUDGE GREGORY M. SLEET'S FEB 21, 07 ORDER, BY U.S MAIL TO THE FOLLOWING:

CLERK OF THE COURT (GMS)
UNITED STATES DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILMINGTON, DELAWARE 19801

GREGORY E. SMITH
DEPUTY ATTORNEY GENERAL
820 N. FRENCH ST,
7TH FL
WILMINGTON, DELAWARE 19801

DATE: 2/28/07

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DEL 19977