IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---

JIMMIE LEWIS

V.                                    CA. NO. 04-1350 (GMS)

DR. SYLVIA FOSTER, ET AL.



BD scanned

MOTION FOR 4 INTERROGATORY ANSWERS FOR DEFENDANT LANCE SAGERS TO OBTAIN WITNESS INFORMATION PURSUANT TO FED R. CIV P # 33 AND IN ACCORDANCE TO THE HONORABLE JUDGE GREGORY M. SLEET'S FEB 21, 07 ORDER. (# A2)

DATE: 2/28/07

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DEL 19977

1.) LANCE SAGERS WERE YOU AT THE D.P.C ON 6/14/04

2.) AS A NURSE ASSISTANT EMPLOYED AT THE D.P.C DURING THE COURE OF THE PLAINTIFF'S STAY AT THE D.P.C DATING 5/21/04 TO 6/25/04 WHICH ~~PARA~~ PARAGRAPHS NOTED IN THE PLAINTIFF'S COMPLAINT DID YOU WITNESS.

## CERTIFICATE OF SERVICE

I, THE UNDERSIGNED PLAINTIFF JIMMIE LEWIS DUE HEREBY CERTIFY ON THIS 28TH, DAY OF FEB, 2007, THAT I DID MAIL ONE TRUE AND CORRECT COPY OF THE MOTION FOR 4 INTERROGATORY ANSWERS FOR DEFENDANT LANCE SAGERS TO OBTAIN WITNESS INFORMATION PURSUANT TO FED R. CIV P #33 AND IN ACCORDANCE TO THE HONORABLE JUDGE GREGORY M. SLEET'S FEB 21,07 ORDER, BY U.S MAIL TO THE FOLLOWING:

CLERK OF THE COURT (GMS)
UNITED STATES DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILMINGTON DELAWARE 19801

GREGORY E. SMITH
DEPUTY ATTORNEY GENERAL
820 N. FRENCH ST, 7TH FL
WILMINGTON, DELAWARE 19801

DATE: 2/28/07

Jimmie Lewis
SBI #506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DEL 19977