IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---

JIMMIE LEWIS

V.                              CA. NO. 04-1350 (GMS)

DR. SYLVIA FOSTER, ET AL


MOTION FOR 4 INTERROGATORY ANSWERS
FOR DEFENDANT DAVID MOFFETT TO
OBTAIN WITNESS INFORMATION PURSUANT
TO FED R. CIV P # 33 AND IN ACCORDANCE
TO THE HONORABLE JUDGE GREGORY M. SLEET'S
FEB 21, 07 ORDER (#A3)

FILED
MAR - 1 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD Scanned

DATE: 2/28/07

Jimmie Lewis
SBI #506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DEL 19977

1.) DAVID MOFFETT WHO WAS THE D.P.C STAFF MEMBER WHO RADIOED VIA WALKIE TALKIE FOR ASSISTANCE IN THE D.P.C DINNING HALL ON 6/14/04 AT OR ABOUT 8:00 PM.

2.) DAVID MOFFETT WHO WERE THE PERSON(S) THAT RESPONDED TO THE D.P.C DINNING HALL AFTER THE D.P.C STAFF MEMBER RADIOED VIA WALKIE TALKIE FOR ASSISTANCE ON 6/14/04 AT OR ABOUT 8:00 PM.

3.) DAVID MOFFETT WHO WERE THE NURSE ASSISTANT(S) ON DUTY WITH YOU AT THE D.P.C ON 6/14/04 AT OR ABOUT 8:00 PM.

4.) AS A NURSE ASSISTANT EMPLOYED AT THE D.P.C DURING THE COURSE OF THE PLAINTIFF'S STAY AT THE D.P.C DATING 5/21/04 TO 6/25/04 WHICH PARAGRAPHS NOTED IN THE PLAINTIFF'S COMPLAINT DID YOU WITNESS

## CERTIFICATE OF SERVICE

I, THE UNDERSIGNED PLAINTIFF JIMMIE LEWIS DUE HEREBY CERTIFY ON THIS __28TH__ DAY OF __FEB__, 2007, THAT I DID MAIL ONE TRUE AND CORRECT COPY OF THE MOTION FOR 4 INTERROGATORY ANSWERS FOR DEFENDANT DAVID MOFFETT TO OBTAIN WITNESS INFORMATION PURSUANT TO FED R. CIV P # 33 AND IN ACCORDANCE TO THE HONORABLE JUDGE GREGORY M. SLEET'S FEB 21, 07 ORDER, BY U.S MAIL TO THE FOLLOWING:

CLERK OF THE COURT (GMS)
UNITED STATES DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILMINGTON, DELAWARE 19801

GREGORY E. SMITH
DEPUTY ATTORNEY GENERAL
820 N. FRENCH ST, 7TH FL
WILMINGTON, DELAWARE 19801

DATE: 2/28/07

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DEL 19977