IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

V.                    CA. NO 04-1350 (GMS)

DR. SYLVIA FOSTER, ET AL.



BD scanned

MOTION FOR 4 INTERROGATORY ANSWERS FOR DEFENDANT BRIAN JOHNSON TO OBTAIN WITNESS INFORMATION PURSUANT TO FED R. CIV P # 33 AND IN ACCORDANCE TO THE HONORABLE JUDGE GREGORY M. SLEET'S FEB 21, 07 ORDER (# A4)

DATE: 2/28/07

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DEL 19977

1.) BRIAN JOHNSON WHO WERE THE PERSON(S) THAT ASSISTED YOU WITH ESCORTING THE PLAINTIFF TO THE D.P.C ISOLATION ROOM ON 6/14/04 AT OR ABOUT 11:00 PM

2.) BRIAN JOHNSON WHO CALLED YOU TO COME TO THE MITCHELL BUILDING FOR ASSISTANCE ON 6/14/04

3.) BRIAN JOHNSON WHO WAS THE MALE NURSE THAT YOU CONVERSED WITH AT THE PLAINTIFF'S ASSIGNED ROOM, ROOM NUMBER 71, ON 6/14/04 AT OR ABOUT 11:00 PM.

4.) BRIAN JOHNSON WHO DID THE MALE NURSE INFORM YOU GAVE AUTHORITY TO HAVE THE PLAINTIFF ESCORTED TO THE ISOLATION ROOM AT THE D.P.C ON 6/14/04 AT OR ABOUT 11:00 PM

CERTIFICATE OF SERVICE

I, THE UNDERSIGNED PLAINTIFF JIMMIE LEWIS DUE HEREBY CERTIFY ON THIS 28TH, DAY OF FEB, 2007, THAT I DID MAIL ONE TRUE AND CORRECT COPY OF THE MOTION FOR 4 INTERROGATORY ANSWERS FOR DEFENDANT BRIAN JOHNSON TO OBTAIN WITNESS INFORMATION PURSUANT TO FED R. CIV P # 33 AND IN ACCORDANCE TO THE HONORABLE JUDGE GREGORY M. SLEETS' FEB 21, 07 ORDER, BY U.S MAIL TO THE FOLLOWING:

CLERK OF THE COURT (GMS)
UNITED STATES DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILMINGTON, DELAWARE 19801

GREGORY E. SMITH
DEPUTY ATTORNEY GENERAL
820 N. FRENCH ST, 7TH FL
WILMINGTON, DELAWARE 19801

DATE: 2/28/07

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DEL 19977