IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

V.                                    CA NO. 04-1350 (GMS)

DR. SYLVIA FOSTER, ETAL



FILED
MAR -1 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BP scanned

MOTION FOR DISCOVERY # 1 (A)
FOR DEFENDANTS MOFFETT - GRAY-
SAGERS AND JOHNSON PURSUANT
TO FED R. CIV P # 34

DATE: 2/28/07

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DEL 19977

1.) THE WORK SCHEDULE DATING FROM 5/21/04 TO 6/25/04 FOR THE FOLLOWING WITNESSES FOR DEFENDANTS MOFFETT-GRAY-SAGERS AND JOHNSON: DR. SYLVIA FOSTER, DR. CHARLOTTE SELIG, MICHAEL ERICKSEN, KEN CREASEY, HELEN HANLON, DAVE SAXTON, DIANE STACHOWSKI, FLORENCE S. COBB, CLARENCE OATES, CURTIS CORNIS, WILLIAM EVANS, DR. KATHERINE SHENEMAN, AND NANCY ANDERSON.

2.) A PHOTO COPY OF THE INSURANCE POLICY THAT THE D.P.C UTILIZES AND OR WAS BEING UTILIZED FOR THE DEFENDANTS MOFFETT-GRAY-SAGERS AND JOHNSON.

3.) A PHOTO COPY OF THE DEFENDANTS MOFFETT-SAGERS-GRAY AND JOHNSON'S JOB CONTRACT OF EMPLOYMENT AND OR EMPLOYEE APPLICATION.

4.) THE FACT FINDING DOCUMENT UTILIZED IN FORMING THE UNSUBSTANTIATED DECISION REGARDING THE PLAINTIFF'S JUNE 20, 04 D.P.C GRIEVANCE REGARDING GRAY-MOFFETT AND SAGERS.

5.) THE CLOSE OBSERVATION LOG SHEET(S) FOR 6/14/04 ~~[illegible]~~ AT THE D.P.C MITCHELL BUILDING

6.) A PHOTO COPY OF DUTY ASSIGNMENT FOR SAGERS FOR 6/14/04 AT THE D.P.C

CERTIFICATE OF SERVICE

I, THE UNDERSIGNED PLAINTIFF JIMMIE LEWIS DUE HEREBY CERTIFY ON THIS 28TH, DAY OF FEB, 2007, THAT I DID MAIL ONE TRUE AND CORRECT COPY OF THE MOTION FOR DISCOVERY # 1(A) FOR DEFENDANTS MOFFETT-GRAY-SAGERS AND JOHNSON PURSUANT TO FED R. CIV P # 34, BY U.S MAIL TO THE FOLLOWING:

CLERK OF THE COURT (GMS)
UNITED STATES DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILMINGTON, DELAWARE 19801

GREGORY E. SMITH
DEPUTY ATTORNEY GENERAL
820 N. FRENCH ST, 7TH FL
WILMINGTON, DELAWARE 19801

DATE: 2/28/07

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DEL 19977