IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

V.                             CA NO. 04-1350 (GMS)

DR. SYLVIA FOSTER, ET AL

MOTION FOR DISCOVERY #2(A)
FROM AND FOR DEFENDANT
DR. SYLVIA FOSTER PURSUANT
TO FED R. CIV P #34

FILED
MAR -1 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

DATE: 2/28/07

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DEL 19977

1.) FOR THE HANDWRITTEN INFORMATION NOTED ON THE D.P.C's SECLUSION/RESTRAINT PATIENT FEEDBACK FORMS, SECLUSION AND OR RESTRAINT FORMS, NURSING ASSESSMENT FORMS, DOCTOR ORDER SHEETS DATING FROM 5/21/04 TO 6/25/04, THE F.C.M CONSULTATION REQUEST DATED JUNE 9, 04, INCIDENT-REPORTS, 6 PAGE SOCIAL ASSESSMENT DATED 5/24/04, CONSULTATION REQUEST DATED 6/9/04, DEPARTMENT OF HEALTH AND SOCIAL SERVICES INSTITUTION ADMISSION RECORD DATED 5/21/04, INTERDISCIPLINARY GROUP THERAPY DOCUMENTATION SHEET, PROGRESS NOTES DATING FROM 5/21/04 TO 6/25/04, TO BE TYPED BECAUSE SAID DISCOVERY INFORMATION IS NOT LEGIBLE IN USEABLE FORM.

2.) DR. SYLVIA FOSTER'S D.P.C WORK SCHEDULE DATING FROM 5/21/04 TO 6/25/04, DURING THE COURSE OF THE PLAINTIFF'S STAY AT THE D.P.C

3.) THE D.P.C WORK SCHEDULE FOR ALL OF WITNESS DR. FOSTER INTENDS TO CALL AS WITNESSES, DATING FROM 5/21/04 TO 6/25/04 THE COURSE OF THE PLAINTIFFS STAY AT THE D.P.C FOR THE PURPOSE OF CREDIBILITY.

4.) A LIST OF WITNESSES DR. SYLVIA FOSTER INTENDS TO CALL.

5.) A LIST PERSONS WHO ARE TO PROVIDE EXPERT TESTIMONY IN THIS CASE AND OR WHOSE DUTIES AS EMPLOYEE INVOLVES GIVING TESTIMONY ALONG WITH ANY WRITTEN REPORT(S) FOR WHICH SHALL CONTAIN SIGNATURES, COMPLETE STATEMENTS OF OPINIONS AND THE BASIS THEREOF ALONG WITH THE DATA UTILIZED IN FORMING OPINION, EXHIBITS USED AS SUMMARY REPORTS, THE QUALIFICATION OF THE WITNESS, A LIST OF ALL PUBLICATIONS AUTHORED BY THE WITNESS WITHIN THE PROCEDING TEN YEARS, COMPENSATION PAID FOR THE STUDY AND TESTIMONY, AND A LIST OF ANY OTHER CASES THE WITNESS HAS TESTIFIED AS AN EXPERT WITNESS WITHIN THE PROCEDING FOUR YEARS.

6.) PHOTOCOPIES OF DR. FOSTERS BONDS, LEASES, BANK ACCOUNT STATEMENTS FOR THE PAST TWELVE MONTHS, BEQUESTS, DEVISES, ANNUITIES, PENSION AND RETIREMENT BENEFITS, NOTES, INSURANCE POLICY, INSURANCE BENEFITS, ALL DOCUMENTS OF TITLES — DEEDS — STOCKS — WAREHOUSE AND OR STORAGE RECEIPTS — DEBENTURES — CERTIFICATES — MORTAGEGES — BILLS — DEPOSIT OF BANKS — SAVINGS AND LOAN STATEMENTS, JUDGEMENT OF LIENS, INDORSEMENTS, ACQUITTANCES, 1040 OR 1040 EZ AND W2 TAX FORMS, SECURITY INSTRUMENTS AND OTHER DEBTS AND OBLIGATIONS IN WRITTING OF WHATEVER KIND.; DUE TO DR. S. FOSTER BEING A CONTRACT PSYCHIATRIST.

7.) THE NEW CASTLE COUNTY SUPERIOR COURT, COURT ORDER THAT GRANTED AUTHORITY FOR THE PLAINTIFF TO BE PSYCHIATRICLY EVALUATED FOR COMPETENCY AT THE D.P.C

8.) THE OFFICIAL NEW CASTLE COUNTY SUPERIOR COURT ORDER THAT WAS DOCKETED WITH THE NEW CASTLE COUNTY CLERK OF THE PROTHONOTARY, GRANTING THE DEFENDANT AUTHORITY TO SEND AND OR HAVE THE PLAINTIFF TRANSFERED BACK TO THE D.O.C BEFORE CONDUCTING HIS COMPETENCY HEARING AND BEFORE HIS GRIEVANCES WERE COMPLETELY EXHAUSTED.

9.) A PHOTO COPY OF DR. FOSTER'S PSYCHIATRIC LICENCE THAT GAVE HER AUTHORITY TO PRACTICE PSYCHIATRY DATING FROM 5/21/04 TO 6/25/04.

10.) A PHOTO COPY OF DR. FOSTER'S D.P.C JOB CONTRACT OF EMPLOYMENT.

11.) DR. FOSTER'S PREVIOUS CIVIL COMPLAINT ACTION NUMBERS, DATES, FINAL JUDGEMENT DECISIONS AND PHOTO COPIES OF SAID COMPLAINTS.

CERTIFICATE OF SERVICE

I, THE UNDERSIGND PLAINTIFF JIMMIE LEWIS DUE HEREBY CERTIFY ON THIS 28TH, DAY OF FEB, 2007, THAT I DID MAIL ONE TRUE AND CORRECT COPY OF THE MOTION FOR DISCOVERY # 2 (A) FROM AND FOR DEFENDANT DR. SYLVIA FOSTER PURSUANT TO FED R. CIV P # 34, BY U.S. POSTAL TO THE FOLLOWING:

CLERK OF THE COURT (GMS)
UNITED STATES DISTRICT COURT
844 N. KING ST, LOCK BOX 18
WILMINGTON, DELAWARE 19801

LOUIS J. RIZZO JR
1001 JEFFERSON PLAZA
SUITE 202
WILMINGTON, DELAWARE 19801

DATE: 2/28/07

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DEL 19977