IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

V.                                    CA NO. 04-1350 (GMS)

DR. SYLVIA FOSTER, ET AL



FILED
MAR -1 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
Scanned

MOTION FOR LEAVE TO PROPOUND
50 INTERROGATORY ANSWERS FROM
AND FOR DEFENDANT DR SYLVIA FOSTER
PURSUANT TO FED R. CIV P # 33, #4.

DATE: 2/28/07

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DEL 19977

1.) DR. SYLVIA FOSTER IS THE PRINCIPAL DEFENDANT IN THIS CASE.

2.) THE PLAINTIFF ASSERTS THAT HIS REQUEST TO PROPOUND 50 INTERROGATORIES WOULD ALLOW THE MOST VITAL MATTERS IN THIS CASE TO BE FACTUALLY REVIEWED AND CONCLUDED WITHOUT DOUBT

3.) THE DEFENDANT DR. SYLVIA FOSTER ASSERTED IN HER MOTION FOR PROTECTIVE ORDER (DI.82), THAT SHE WOULD RATHER RESPOND TO INTERROGATORIES INSTEAD OF ~~[illegible]~~ BEING DEPOSED.

FOR THE AFOREMENTIONED REASONS THE PLAINTIFF HEREBY REQUEST THAT THIS HONORABLE COURT GRANT THIS MOTION FOR LEAVE TO PROPOUND 50 INTERROGATORIES FROM AND FOR DEFENDANT DR. SYLVIA FOSTER PURSUANT TO FED R. CIV P # 33

CERTIFICATE OF SERVICE

I, THE UNDERSIGNED PLAINTIFF JIMMIE LEWIS DUE HEREBY CERTIFY ON THIS 28TH, DAY OF FEB, 2007, THAT I DID MAIL ONE TRUE AND CORRECT COPY OF THE MOTION FOR LEAVE TO PROPOUND 50 INTERROGATORY ANSWERS FROM AND FOR DEFENDANT DR. SYLVIA FOSTER PURSUANT TO FED R. CIV P # 33, BY U.S POSTAL TO THE FOLLOWING:

CLERK OF THE COURT (GMS)
UNITED STATES DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILMINGTON, DELAWARE 19801

LOUIS J RIZZO JR ESQ
1001 JEFFERSON PLAZA
    SUITE 202
WILMINGTON, DELAWARE 19801

DATE: 2/28/07

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DEL 19977