IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

V.                    CA. NO. 04-1350 (GMS)

DR. SYLVIA FOSTER, ET AL.


RE: INFORMA PAUPERIS REQUEST
    FOR DOCKET SHEET.



FILED
MAR -7 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

DATE: 3/6/07

Jimmie Lewis
SBI #506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DEL 19977

I/M Jimmie Lewis
SBI# 506622 UNIT D-U-2 23
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

$00.63
MAR 06 2007
MAILED FROM ZIP CODE 19977

Clerk of the court (GMS)
United States District Court
844 N. King St., Lockbox 18
Wilmington, Delaware
19801