# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: *Jimmie Lewis* SBI#: *506022*

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: *March 1, 2007*

---

Attached are copies of your inmate account statement for the months of *September 1, 2006* to *February 28, 2007*

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Sept | 0 |
| Oct | 0 |
| Nov | 0 |
| Dec | 0 |
| Jan | 0 |
| Feb | 0 |

Average daily balances/6 months: 0

Attachments
CC: File

*Stacy Shane*
3/1/07

*Jeanette L. Hand*

# Individual Statement
## From September 2006 to December 2006

Date Printed: 3/1/2007

Page 1 of 2

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00506622 | LEWIS | JIMMY | | | Beginning Month Balance: | $0.00 |
| Current Location: | 23 | Comments: | | | Ending Month Balance: | $0.00 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($0.87) | $0.00 | 315317 | | 8/24/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($1.59) | $0.00 | 315320 | | 8/24/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($6.40) | $0.00 | 315585 | | 8/22/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($1.83) | $0.00 | 315685 | | 8/28/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 315691 | | 8/25/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($6.40) | $0.00 | 315693 | | 8/25/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($4.80) | $0.00 | 315695 | | 8/25/06 | |
| Supplies-MailP | 10/10/2006 | $0.00 | $0.00 | ($4.20) | $0.00 | 329685 | | 9/26/06 | |
| Supplies-MailP | 10/10/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 329792 | | 10/1/06 | |
| Supplies-MailP | 10/10/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 329833 | | 9/26/06 | |
| Supplies-MailP | 10/10/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 329834 | | 9/27/06 | |
| Supplies-MailP | 10/10/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 329835 | | 9/26/06 | |
| Supplies-MailP | 10/10/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 329836 | | 9/26/06 | |
| Supplies-MailP | 10/10/2006 | $0.00 | $0.00 | ($4.20) | $0.00 | 329933 | | 9/29/06 | |
| Supplies-MailP | 10/13/2006 | $0.00 | $0.00 | ($3.57) | $0.00 | 332023 | | INDIGENT 10/2/06 | |
| Supplies-MailP | 10/18/2006 | $0.00 | $0.00 | ($1.59) | $0.00 | 333851 | | 10/12/06 | |
| Supplies-MailP | 10/18/2006 | $0.00 | $0.00 | ($0.63) | $0.00 | 333871 | | 10/12/06 | |
| Supplies-MailP | 10/18/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 333877 | | 10/14/06 | |
| Supplies-MailP | 10/18/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 333880 | | 10/14/06 | |
| Supplies-MailP | 10/18/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 333881 | | 10/14/06 | |
| Supplies-MailP | 10/18/2006 | $0.00 | $0.00 | ($4.20) | $0.00 | 333948 | | 10/3/06 | |
| Supplies-MailP | 10/19/2006 | $0.00 | $0.00 | ($4.05) | $0.00 | 333971 | | 10/5/06 | |
| Supplies-MailP | 10/19/2006 | $0.00 | $0.00 | ($1.59) | $0.00 | 334221 | | 10/10/06 | |
| Supplies-MailP | 10/19/2006 | $0.00 | $0.00 | ($2.07) | $0.00 | 334224 | | 10/10/06 | |
| Supplies-MailP | 10/19/2006 | $0.00 | $0.00 | ($2.07) | $0.00 | 334227 | | 10/10/06 | |
| Supplies-MailP | 10/19/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 334275 | | 10/6/06 | |
| Supplies-MailP | 10/24/2006 | $0.00 | $0.00 | ($2.31) | $0.00 | 337391 | | 10/19/06 | |
| Supplies-MailP | 10/24/2006 | $0.00 | $0.00 | ($2.31) | $0.00 | 337393 | | 10/19/06 | |
| Supplies-MailP | 10/24/2006 | $0.00 | $0.00 | ($2.31) | $0.00 | 337394 | | 10/19/06 | |
| Supplies-MailP | 10/24/2006 | $0.00 | $0.00 | ($1.83) | $0.00 | 337472 | | 10/17/06 | |

**Individual Statement**
**From September 2006 to December 2006**

Date Printed: 3/1/2007

Page 2 of 2

| Type | Date | | | | ID | | Note |
|---|---|---|---|---|---|---|---|
| Supplies-MailP | 10/24/2006 | $0.00 | $0.00 | ($2.79) | $0.00 | 337474 | 10/17/06 |
| Supplies-MailP | 10/24/2006 | $0.00 | $0.00 | ($4.05) | $0.00 | 337476 | 10/17/06 |
| Supplies-MailP | 10/24/2006 | $0.00 | $0.00 | ($0.63) | $0.00 | 337502 | 10/12/06 |
| Supplies-MailP | 10/26/2006 | $0.00 | $0.00 | ($0.63) | $0.00 | 338675 | 10/20/06 |
| Supplies-MailP | 10/26/2006 | $0.00 | $0.00 | ($0.63) | $0.00 | 338676 | 10/20/06 |
| Supplies-MailP | 10/26/2006 | $0.00 | $0.00 | ($1.35) | $0.00 | 338677 | 10/20/06 |
| Supplies-MailP | 10/26/2006 | $0.00 | $0.00 | ($1.35) | $0.00 | 338697 | 10/23/06 |
| Supplies-MailP | 10/26/2006 | $0.00 | $0.00 | ($1.35) | $0.00 | 338699 | 10/23/06 |
| Supplies-MailP | 10/26/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 338700 | 10/23/06 |
| Supplies-MailP | 11/1/2006 | $0.00 | $0.00 | ($0.26) | $0.00 | 340555 | 10/24/06 |
| Supplies-MailP | 11/1/2006 | $0.00 | $0.00 | ($4.20) | $0.00 | 340598 | LAW LIBRARY 8/28/0 |
| Supplies-MailP | 11/3/2006 | $0.00 | $0.00 | ($4.20) | $0.00 | 342720 | 11/1/06 |
| Supplies-MailP | 11/3/2006 | $0.00 | $0.00 | ($4.05) | $0.00 | 342721 | 11/1/06 |
| Supplies-MailP | 11/3/2006 | $0.00 | $0.00 | ($3.74) | $0.00 | 342725 | 11/1/06 |
| Supplies-MailP | 11/15/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 346788 | INDIGENT 11/2/06 |
| Supplies-MailP | 11/17/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 347965 | 11/14/06 |
| Supplies-MailP | 11/17/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 348054 | 11/09/06 |
| Supplies-MailP | 11/17/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 348121 | 11/4/06 |
| Supplies-MailP | 11/17/2006 | $0.00 | $0.00 | $0.00 | $0.00 | 348122 | 11/4/06 |
| Medical | 12/1/2006 | $0.00 | ($8.00) | ($4.20) | $0.00 | 353199 | 11/14/06 |
| Supplies-MailP | 12/5/2006 | $0.00 | $0.00 | ($4.20) | $0.00 | 354593 | 11/21/06 |
| Supplies-MailP | 12/5/2006 | $0.00 | $0.00 | ($4.20) | $0.00 | 354594 | 11/21/06 |
| Supplies-MailP | 12/8/2006 | $0.00 | $0.00 | ($4.20) | $0.00 | 356272 | 11/16/06 |
| Supplies-MailP | 12/8/2006 | $0.00 | $0.00 | ($2.55) | $0.00 | 356273 | 11/16/06 |
| Supplies-MailP | 12/8/2006 | $0.00 | $0.00 | ($2.55) | $0.00 | 356274 | 12/11/06 |
| Supplies-MailP | 12/13/2006 | $0.00 | $0.00 | ($2.55) | $0.00 | 359059 | 12/11/06 |
| Supplies-MailP | 12/13/2006 | $0.00 | $0.00 | ($2.79) | $0.00 | 359085 | 12/11/06 |
| Supplies-MailP | 12/13/2006 | $0.00 | $0.00 | ($2.79) | $0.00 | 359086 | 11/29/06 |
| Supplies-MailP | 12/13/2006 | $0.00 | $0.00 | ($2.55) | $0.00 | 359123 | 11/29/06 |
| Supplies-MailP | 12/13/2006 | $0.00 | $0.00 | ($3.86) | $0.00 | 359124 | 11/29/06 |
| Supplies-MailP | 12/22/2006 | $0.00 | $0.00 | | $0.00 | 359125 | INDIGENT 12/8/06 |
| | | | | | | 363002 | |

Ending Month Balance: $0.00

Total Amount Currently on Medical Hold: ($12.00)
Total Amount Currently on Non-Medical Hold: ($468.17)

## Individual Statement
### From January 2007 to February 2007

Page 1 of 2

Date Printed: 3/1/2007

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00506622 | LEWIS | JIMMY | | | Beginning Month Balance: | $0.00 |
| Current Location: 23 | | Comments: | | | Ending Month Balance: | $0.00 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 1/4/2007 | $0.00 | $0.00 | ($0.39) | $0.00 | 368955 | | 12/26/06 | |
| Supplies-MailP | 1/4/2007 | $0.00 | $0.00 | ($0.39) | $0.00 | 368992 | | 12/26/06 | |
| Supplies-MailP | 1/4/2007 | $0.00 | $0.00 | ($0.39) | $0.00 | 369013 | | 12/27/06 | |
| Supplies-MailP | 1/4/2007 | $0.00 | $0.00 | ($0.39) | $0.00 | 369016 | | 12/27/06 | |
| Supplies-MailP | 1/9/2007 | $0.00 | $0.00 | ($4.20) | $0.00 | 370382 | | 1/6/07 | |
| Supplies-MailP | 1/9/2007 | $0.00 | $0.00 | ($0.39) | $0.00 | 370410 | | 1/5/07 | |
| Supplies-MailP | 1/9/2007 | $0.00 | $0.00 | ($1.11) | $0.00 | 370419 | | 1/8/07 | |
| Supplies-MailP | 1/9/2007 | $0.00 | $0.00 | ($2.07) | $0.00 | 370420 | | 1/8/07 | |
| Supplies-MailP | 1/9/2007 | $0.00 | $0.00 | ($2.31) | $0.00 | 370421 | | 1/8/07 | |
| Supplies-MailP | 1/9/2007 | $0.00 | $0.00 | ($6.40) | $0.00 | 370466 | | 1/3/06 | |
| Supplies-MailP | 1/9/2007 | $0.00 | $0.00 | ($0.39) | $0.00 | 370469 | | 1/4/07 | |
| Supplies-MailP | 1/9/2007 | $0.00 | $0.00 | ($0.39) | $0.00 | 370470 | | 1/4/07 | |
| Supplies-MailP | 1/9/2007 | $0.00 | $0.00 | ($0.39) | $0.00 | 370502 | | 1/2/07 | |
| Supplies-MailP | 1/9/2007 | $0.00 | $0.00 | ($0.39) | $0.00 | 370503 | | 1/2/07 | |
| Supplies-MailP | 1/9/2007 | $0.00 | $0.00 | ($1.59) | $0.00 | 370553 | | 1/1/07 | |
| Supplies-MailP | 1/10/2007 | $0.00 | $0.00 | ($1.83) | $0.00 | 371300 | | 12/19/06 | |
| Supplies-MailP | 1/10/2007 | $0.00 | $0.00 | ($1.83) | $0.00 | 371306 | | 12/19/06 | |
| Supplies-MailP | 1/10/2007 | $0.00 | $0.00 | ($0.87) | $0.00 | 371320 | | 12/20/06 | |
| Supplies-MailP | 1/10/2007 | $0.00 | $0.00 | ($0.87) | $0.00 | 371323 | | 12/20/06 | |
| Supplies-MailP | 1/11/2007 | $0.00 | $0.00 | ($5.60) | $0.00 | 371415 | | 12/17/06 | |
| Supplies-MailP | 1/16/2007 | $0.00 | $0.00 | ($2.07) | $0.00 | 373670 | | 1/11/07 | |
| Supplies-MailP | 1/16/2007 | $0.00 | $0.00 | ($2.07) | $0.00 | 373671 | | 1/11/07 | |
| Supplies-MailP | 1/16/2007 | $0.00 | $0.00 | ($2.07) | $0.00 | 373672 | | 1/11/07 | |
| Supplies-MailP | 1/16/2007 | $0.00 | $0.00 | ($0.39) | $0.00 | 373680 | | 1/11/07 | |
| Supplies-MailP | 1/16/2007 | $0.00 | $0.00 | ($0.39) | $0.00 | 373690 | | 1/5/07 | |
| Supplies-MailP | 1/16/2007 | $0.00 | $0.00 | ($0.39) | $0.00 | 373691 | | 1/5/07 | |
| Supplies-MailP | 1/18/2007 | $0.00 | $0.00 | ($4.18) | $0.00 | 374886 | | INDIGENT 1/5/07 | |
| Supplies-MailP | 2/1/2007 | $0.00 | $0.00 | ($3.27) | $0.00 | 381789 | | 1/22/07 | |
| Supplies-MailP | 2/6/2007 | $0.00 | $0.00 | ($8.45) | $0.00 | 383330 | | 1/24/07 | |
| Supplies-MailP | 2/7/2007 | $0.00 | $0.00 | ($4.05) | $0.00 | 383486 | | 1/28/07 | |

# Individual Statement
## From January 2007 to February 2007

Date Printed: 3/1/2007

Page 2 of 2

| | | | | | |
|---|---|---|---|---|---|
| Supplies-MailP | 2/9/2007 | $0.00 | ($2.79) | 384769 | 1/16/07 |
| Supplies-MailP | 2/9/2007 | $0.00 | ($3.27) | 384770 | 1/16/07 |
| Supplies-MailP | 2/13/2007 | $0.00 | ($3.27) | 385628 | 1/22/07 |
| Supplies-MailP | 2/13/2007 | $0.00 | ($4.05) | 385632 | 2/10/07 |
| Supplies-MailP | 2/13/2007 | $0.00 | ($6.40) | 385639 | 2/10/07 |
| Supplies-MailP | 2/15/2007 | $0.00 | ($3.86) | 386612 | INDIGENT 2/7/07 |
| Supplies-MailP | 2/15/2007 | $0.00 | ($7.45) | 387831 | 2/3/07 |
| Supplies-MailP | 2/23/2007 | $0.00 | ($6.15) | 388054 | 2/12/07 |
| Supplies-MailP | 2/23/2007 | $0.00 | ($0.78) | 392344 | 2/21/07 |
| Supplies-MailP | 2/23/2007 | $0.00 | ($9.78) | 392349 | 2/21/07 |
| Supplies-MailP | 2/27/2007 | $0.00 | $9.00 | 392408 | 2/21/07 |
| Supplies-MailP | 2/27/2007 | $0.00 | ($0.39) | 393500 | 2/23/07 |
| Supplies-MailP | 2/27/2007 | $0.00 | ($3.27) | 393518 | 2/23/07 |
| Supplies-MailP | 2/27/2007 | $0.00 | ($3.27) | 393520 | 2/23/07 |

Ending Month Balance: $0.00

Total Amount Currently on Medical Hold: ($12.00)
Total Amount Currently on Non-Medical Hold: ($468.17)