IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

V.                           CA. NO. 04-1350 (GMS)

DR. SYLVIA FOSTER, ET AL

MOTION FOR 20 DEPOSITION ANSWERS
#1C FOR DEFENDANT ROBERT GRAY
PURSUANT TO FED R. CIV P #30(A)(2)
IN ACCORDANCE TO THE HONORABLE JUDGE
GREGORY M. SLEET'S FEB 21, 07 ~~ORDER~~
MEMORANDUM P.8

DATE: 3/12/07

Jimmie Lewis
SBI# 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DEL 19977


FILED
MAR 1 4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1.) ROBERT GRAY WHAT IS YOUR SPECIFIC ACCOUNT OF WHAT OCCURED AT THE D.P.C MITCHELL BUILDINGS DINNING HALL ON 6/14/04 AT OR ABOUT 8:00 P.M, REGARDING THE PLAINTIFF JIMMIE LEWIS

2.) ROBERT GRAY WHO WERE THE D.P.C PERSONEL THAT ESCORTED THE PLAINTIFF TO THE SECLUSION ROOM ON 6/14/04 AT OR ABOUT 8:00 PM

3.) ROBERT GRAY WHAT IS THE DISCRIPTION OF YOUR JOB DUTIES.

4.) ROBERT GRAY HAVE YOU EVER HAD TO UTILIZE FORCE ON A PATIENT AT THE D.P.C

5.) ROBERT GRAY WHILE DR. FOSTER WAS EMPLOYED AT THE D.P.C DATING 5/21/04 TO 6/25/04 DID SHE HAVE THE AUTHORITY TO ORDER YOU TO UTILIZE FORCE ON A PATIENT

6.) ROBERT GRAY HAVE YOU EVER FILED GRIEVANCE(S) REGARDING THE DISCRIPTION OF YOUR JOB DUTIES AT THE D.P.C

## CERTIFICATE OF SERVICE

I, THE UNDERSIGNED PLAINTIFF JIMMIE LEWIS DUE HEREBY CERTIFY ON THIS  12TH , DAY OF  MARCH , 2007, THAT I DID MAIL ONE TRUE AND CORRECT COPY OF THE MOTION FOR 20 DEPOSITION ANSWERS # 1 C FOR DEFENDANT ROBERT GRAY PURSUANT TO FED R. CIV. P # 30(A)(2) IN ACCORDANCE TO THE HONORABLE JUDGE GREGORY M. SLEET'S FEB 21, 07 ORDER, BY U.S POSTAL TO THE FOLLOWING:

CLERK OF THE COURT (GMS)
UNITED STATES DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILMINGTON, DELAWARE 19801

GREGORY E. SMITH
DEPUTY ATTORNEY GENERAL
820 N. FRENCH ST, 7TH FL
WILMINGTON, DELAWARE 19801

DATE: 3/12/07

Jimmie Lewis
SBI # 506622
DEL-CORR. CENTER
1181 PADDOCK RD
SMYRNA, DEL 19977

FROM: Jimmie Lewis
SBI# 506622    UNIT D U 2
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

CLERK OF THE COURT (GMS)
UNITED STATES DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILMINGTON, DELAWARE
19801

