IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

V.                              CA. NO. 04-1350 (GMS)

DR. SYLVIA FOSTER, ET AL

MOTION FOR 20 DEPOSITION ANSWERS
#1B FOR DEFENDANT LANCE SAGERS
PURSUANT TO FED R. CIV P # 30(A)(2)
IN ACCORDANCE TO THE HONORABLE JUDGE
GREGORY M. SLEET'S FEB 21, 07 ~~[illegible]~~
MEMORANDUM P. 8

DATE: 3/12/07



FILED
MAR 14 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DEL 19977

1.) LANCE SAGERS WHAT IS YOUR SPECIFIC ACCOUNT OF WHAT OCCURED AT THE D.P.C MITCHELL BUILDINGS DINNING HALL ON 6/14/04 AT OR ABOUT 8:00 PM ; REGARDING THE PLAINTIFF JIMMIE LEWIS

2.) LANCE SAGERS WHO WERE THE D.P.C PERSONEL THAT ESCORTED THE PLAINTIFF TO THE SECLUSION ROOM ON 6/14/04 AT OR ABOUT 8:00 PM

3.) LANCE SAGERS WHAT IS THE DISCRIPTION OF YOUR JOB DUTIES.

4.) LANCE SAGERS HAVE YOU EVER HAD TO UTILIZE FORCE ON A PATIENT AT THE D.P.C

5.) LANCE SAGERS WHILE DR FOSTER WAS EMPLOYED AT THE D.P.C DATING 5/21/04 TO 6/25/04 DID SHE HAVE THE AUTHORITY TO ORDER YOU TO UTILIZE FORCE ON A PATIENT.

6.) LANCE SAGERS HAVE YOU EVER FILED GRIEVANCE(S) REGARDING THE DISCRIPTION OF YOUR JOB DUTIES AT THE D.P.C

CERTIFICATE OF SERVICE

I, THE UNDERSIGNED PLAINTIFF JIMMIE LEWIS DUE HEREBY CERTIFY ON THIS 12TH, DAY OF MARCH, 2007, THAT I DID MAIL ONE TRUE AND CORRECT COPY OF THE MOTION FOR 20 DEPOSITION ANSWERS #1B FOR DEFENDANT LANCE SAGERS PURSUANT TO FED R. CIV P# 30 (A)(2) IN ACCORDANCE TO THE HONORABLE JUDGE GREGORY M. SLEET'S FEB 21, 07 ORDER, BY U.S. POSTAL TO THE FOLLOWING:

CLERK OF THE COURT (GMS)
UNITED STATES DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILMINGTON, DELAWARE 19801

GREGORY E. SMITH
DEPUTY ATTORNEY GENERAL
820 N. FRENCH ST, 7TH FL
WILMINGTON, DELAWARE 19801

DATE: 3/12/07

Jimmie Lewis
SBI# 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DEL 19977

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

V.                                    CA. NO. 04-1350 (GMS)

DR. SYLVIA FOSTER, ET AL


MOTION FOR LEAVE TO PROPOUND
DISCOVERY NUMBER (1A), FROM AND
FOR DEFENDANTS MOFFETT-GRAY-
SAGERS AND JOHNSON, PURSUANT TO
FED R. CIV P # 34.


DATE: 3/12/07

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DEL 19977



FILED
MAR 14 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1.) THE WORK SCHEDULE DATING FROM 5/21/04 TO 6/25/04 DURING THE COURSE OF THE PLAINTIFF'S STAY AT THE D.P.C FOR THE FOLLOWING D.P.C STAFF MEMBERS WHO THE DEFENDANTS MOFFETT-GRAY-SAGERS AND JOHNSON HAVE ASSERTED WILL BE WITNESS THEY CALL FOR AND OR INTEND TO UTILIZE DURING PRE TRIAL AND OR TRIAL PROCEDURES. ~~[struck out]~~ SAID DISCOVERY IS NEEDED FOR THE PURPOSE OF DETERMINING CREDIBILITY. SEE DEFENDANTS RESPONSE TO PLAINTIFFS MOTION FOR DISCOVERY # IV PARAGRAPH NUMBER 11.

PROVIDE WORK SCHEDULES FOR DR. SYLVIA FOSTER, DR. CHARLOTTE SELIG, NA MICHAEL ERICKSEN, RM KEN CREASEY, NURSE-HELEN HANLON, DIANE STACHOWSKI, FLORENCE S.-COBB, DAVE SAXTON, CLARENCE OATES, CURTIS-CORNISH, WILLIAM EVANS, DR KATHERINE SHENEMAN, AND NANCY ANDERSON.

2.) A PHOTO COPY OF THE INSURANCE POLICY THAT THE D.P.C UTILIZES AND OR WAS BEING UTILIZED FOR THE DEFENDANTS MOFFETT - GRAY - SAGERS AND JOHNSON, FOR THE PURPOSE OF DETERMINING LIABLITY; ETC. DATING FROM 5/21/04 TO 6/25/04.

3.) A PHOTO COPY OF THE DEFENDANTS MOFFETT - SAGERS - GRAY - AND JOHNSONS D.P.C JOB CONTRACT OF EMPLOYMENT. FOR THE PURPOSE OF FACTUALLY DETERMINING THEIR JOB DISCRIPTIONS DATING FROM 5/21/04 TO 6/25/04 DURING THE COURSE OF THE PLAINTIFFS STAY AT THE D.P.C. ( NOTE : AND OR EMPLOYEE APPLICATION.)

4.) THE FACT FINDING DOCUMENT UTILIZED IN FORMING THE UNSUBSTANTIATED DECISION REGARDING THE PLAINTIFF'S JUNE 20,04 D.P.C GRIEVANCE REGARDING GRAY - MOFFET AND SAGERS

5.) MITCHELL BUILDINGS CLOSE OBSERVATION LOG SHEET(S) FOR 6/14/04, NEEDED TO CONFIRM OR DENY IF LANCE SAGERS WAS ASSIGNED TO ONE AND OR TWO PERSON CLOSE OBSERVATION OF ANY SPECIFIC PATIENT AT OR ABOUT 8:00 PM

6.) A PHOTO COPY OF DUTY ASSIGNMENT FOR ~~[illegible]~~ SAGERS FOR 6/14/04 AT THE D.P.C

CERTIFICATE OF SERVICE

I, THE UNDERSIGNED PLAINTIFF JIMMIE LEWIS DUE HEREBY CERTIFY ON THIS 12TH, DAY OF MARCH, 2007, THAT I DID MAIL ONE TRUE AND CORRECT COPY OF THE MOTION FOR LEAVE TO PROPOUND DISCOVERY # 1A FROM AND FOR DEFENDANTS MOFFETT-GRAY-SAGERS AND JOHNSON PURSUANT TO FED R. CIV P# 34, BY U.S. MAIL TO THE FOLLOWING:

CLERK OF THE COURT (GMS)
UNITED STATES DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILMINGTON, DEL 19801

GREGORY E. SMITH
DEPUTY ATTORNEY GENERAL
820 N. FRENCH ST
WILM, DEL 19801

DATE: 3/12/07

Jimmie Lewis
SBI #506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DEL 19977



INM: TIMMIE LEWIS
SBI# 506622   UNIT D U2
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

CLERK OF THE COURT (GMS)
UNITED STATES DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILMINGTON, DELAWARE
19801