IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

    V.                         CA. NO. 04-1350 (GMS)

DR. SYLVIA FOSTER, ET AL.


MOTION FOR ADMISSIONS #2
_____


DATE: 1/22/07

Jimmie Lewis
SBI# 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DEL 19977

1.) DR. S. FOSTER, DO YOU ADMIT THAT THE NEW CASTLE COUNTY SUPERIOR COURT UTILIZED, YOUR JUNE 10, 04 REPORT TO SENTENCE THE PLAINTIFF TO INCARCERATION AT THE DELAWARE DEPARTMENT OF CORRECTIONS.

2.) DR. S. FOSTER, DO YOU ADMIT THAT THE NEW CASTLE COUNTY SUPERIOR COURT JUDGE PEGGY L. ABLEMAN UTILIZED YOUR JUNE 10, 04 REPORT TO DENY THE PLAINTIFF A NEW TRIAL.

3.) DR. S. FOSTER, DO YOU ADMIT THAT BECAUSE YOU NOTED ON 5/21/04, THAT PSYCHIATRIST DR. JOSHI NOTED, (LESS THAN 12 HOURS — AFTER THE PLAINTIFF'S ARREST), THAT THE PLAINTIFF WAS PSYCHOTIC AND DELUSSIONAL, THAT SAID PSYCHOLOGICAL ASSESSMENT OF THE PLAINTIFF'S STATE OF MIND SHOULD HAVE BEEN PRESENTED TO THE NEW CASTLE COUNTY SUPERIOR COURT FOR PROPER REVIEW.

4.) DR. S. FOSTER, DO YOU ADMIT THAT THE PLAINTIFF'S DATE OF ARREST IS 5/26/03

5) DR. S. FOSTER, DO YOU ADMIT YOU AUTHORED THE D.P.C RELEASE SUMMARY DATED JUNE 25, 04.

6.) DR. S. FOSTER, DO YOU ADMIT THAT A CRIMINAL OFFENDERS STATE OF MIND AT THE DATE AND TIME ~~FROM~~ OF THE OFFENSE HE'S BEING FORENSICLY EVALUATED FOR COMPETENCY FOR IS RELEVANT TO HIS COMPETENCY.

7.) DR. S. FOSTER, DO YOU ADMIT THAT THE PLAINTIFF WAS INVOLUNTARILY ADMINISTERED PSYCHOTROPIC DRUGS ON 6/22/04 AT THE D.P.C.

8.) DR. S. FOSTER, DO YOU ADMIT THAT THE D.P.C VITAL SIGN RECORDS OF THE PLAINTIFF'S BLOOD PRESURE FOR DATES 5/21/04 AND 5/22/04 SUPPORT THE PLAINTIFFS CLAIM THAT HE WAS SICK UPON HIS 5/21/04 ARRIVAL AT THE D.P.C

9.) DR. S. FOSTER, DO YOU ADMIT THAT THE PLAINTIFF WAS (4) POINT RESTRAINED AND INVOLUNTARILY ADMINISTERED PSYCHOTROPIC DRUGS ON 6/24/04 AT THE D.P.C

10.) DR. S. FOSTER, DO YOU ADMIT THAT THE REDIRECTION THE PLAINTIFF IS SAID TO HAVE REFUSED ON 6/14/04 AT OR ABOUT 1:20 AM. WAS NOT TAKING PSYCHOTROPIC DRUGS.

11.) DR. S. FOSTER, DO YOU ADMIT THAT THE PLAINTIFF WAS (4) POINT RESTRAINED AND INVOLUNTARILY ADMINISTERED PSYCHOTROPIC DRUGS ON 6/21/04 AT THE D.P.C

12.) DR. S. FOSTER, DO YOU ADMIT THAT THE PLAINTIFF WAS PLACED ON RESTRICTION ON 5/21/04 UNTIL 5/24/04 AT THE D.P.C

13.) DR. S. FOSTER, DO YOU ADMIT THAT ANNABEL LEE FIELDS MAY 24, 04 TP3 PSYCHOLOGICAL ASSESSMENT NOTES THAT THE PLAINTIFF WAS EXPERIENCING PARANOID DELUSSIONS AT OR ABOUT THE TIME OF HIS ARREST, REGARDING THE STATEMENTS REFERING TO THE POLICE THAT ARRESTED HIM, OFFICER GODWIN, OFFICER SANTANA AND THE PLAINTIFF'S MOTHER, BUT YOU MADE NO MENTION OF THESE INCIDENTS IN YOUR JUNE 10, 04 REPORT

14.) DR. S. FOSTER, DO YOU ADMIT THAT THE PLAINTIFF TOLD THE SOCIAL WORKE FLORENCE SCOTT COBB THAT HE WAS SUPPOSE TO HAVE BEEN EVALUATED FOR COMPETENCY BEFORE HE WAS ADJUDICATED GUILTY AT TRIAL 10/21-23/2003.

15) DR. S. FOSTER, DO YOU ADMIT THAT THE PLAINTIFF WAS PLACED IN (4) POINT RESTRAINTS ON 6/22/04

16.) DR. S. FOSTER, DO YOU ADMIT THAT THE PLAINTIFF'S AGGITATION WAS HIS WAY OF BEING OPPOSITIONAL TO BEING INVOLUNTARILY ADMINISTERED PSYCHOTROPIC DRUGS AT THE D.P.C BETWEEN 5/21/04 TO 6/25/04

17.) DR. S. FOSTER, DO YOU ADMIT THAT THE PLAINTIFF WAS (4) POINT RESTRAINED AND INVOLUNTARILY ADMINISTERED PSYCHOTROPIC DRUGS. ON 6/6/04 AT THE D.P.C

18.) DR. S. FOSTER, DO YOU ADMIT THAT THE PLAINTIFF WAS (4) POINT RESTRAINED AND INVOLUNTARILY ~~ADMINISTERED~~ ADMINISTERED PSYCHOTROPIC DRUGS ON 6/14/04 AT OR ABOUT 8:00 PM.

19.) DR. S. FOSTER, DO YOU ADMIT THAT THE RE DIRECTION THE PLAINTIFF IS SAID TO HAVE REFUSED AT OR ABOUT 1:20 PM, WAS NOT CLEANING UP HIS TRAYS 6/24/04 AT THE D.P.C

20.) DR. S. FOSTER, DO YOU ADMIT THAT D.A BRIAN J. ROBERTSON FOR MORE THAN ONE YEAR AFTER THE PLAINTIFF'S ARREST ON 5/26/03 DID NOT FILE A MOTION TO SENTENCE THE PLAINTIFF AS AN HABITUAL OFFENDER, BUT AFTER LESS THAN THREE WEEKS OF YOUR JUNE 10, 04 FORENSIC REPORT BEING FILED AND DOCKETED ON THE PLAINTIFF CRIMINAL DOCKET SHEET, D.A. BRIAN J ROBERTSON FILED MOTION TO SENTENCE THE PLAINTIFF AS AN HABITUAL OFFENDER.

CERTIFICATE OF SERVICE

I, THE UNDERSIGNED PLAINTIFF JIMMIE LEWIS DUE HEREBY CERTIFY ON THIS ___22ND___, DAY OF, ___JAN___, 2007, THAT I DID MAIL ONE TRUE AND CORRECT COPY OF THE MOTION FOR ADMISSIONS #2, BY U.S POSTAL, TO THE FOLLOWING:

CLERK OF THE COURT (GMS)
UNITED STATES DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILMINGTON, DELAWARE 19801


LOUIS J. RIZZO JR
1001 JEFFERSON PLAZA
     SUITE 202
WILMINGTON, DELAWARE 19801



DATE: 1/22/07

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DEL 19977

AG Office RAP Sheet

This is the criminal record of:
    JIMMY          LEWIS

DOB 12/25/1966 SBI # 00506622

| Arresting Agency | Name (Including Aliases) | Date of Arrest/ Offense | Complaint Number/ Charge | Disposition |
|---|---|---|---|---|
| Wilmington PD Wilmington | JIMMY LEWIS  AG CASE: NC03006555 | 05/26/03 05/26/03 | 3003049370 RESISTING ARREST | DISP=BOPC |
| Wilmington PD Wilmington | JIMMY LEWIS  AG CASE: NC03006555 | 05/26/03 05/26/03 | 3003049370 Theft $1000 or Greater (Deprive Person) | DISP=BOPC |
| Wilmington PD Wilmington | JIMMY LEWIS  AG CASE: NC03006555 | 05/26/03 05/26/03 | 3003049370 CARJACKING SECOND DEGREE TAKE VEHICLE FROM ANOTHER IMMEDIATE PRESENCE | DISP=BOPC |

Department of Health and Human Services
Division of Alcoholism, Drug Abuse and
Mental Health

Delaware Psychiatric Center

Department of Psychology

TP-3 - PSYCHOLOGICAL ASSESSMENT

✧✧✧ CONFIDENTIAL ✧✧✧

STATE OF DELAWARE

V.

JIMMIE LEWIS

ID NO. 0305016966

**PATIENT NAME:** Jimmy Lewis
**EDUCATION:** High School Diploma
**OCCUPATION:** Currently Unemployed; Most Recent: "Sanitation Porter"
**MARITAL STATUS:** Single
**AGE:** 37
**GENDER:** Male
**DATE:** May 24, 2004
**INTERVIEWED BY:** Annabel Lee Fields, MA

Kathryn Sheneman, Psy.D.
Staff Psychologist

Annabel Lee Fields, M.A.
Psychology Intern

**REASON FOR HOSPITALIZATION:**
    Mr. Lewis was transferred to the Delaware Psychiatric Center (DPC) on 05/21/04 for determination of his adjudicative competency and to receive treatment for his own well-being.  His current diagnosis is Alcohol Abuse.  He has been charged with Carjacking Second Degree, Theft $1000 or Greater, and Resisting Arrest.

**PSYCHOLOGICAL AND MENTAL STATUS:**
*Attention, Orientation, and Memory*
    Mr. Lewis attended this interview without needing to be escorted by staff.  He presents as a well-built dark-skinned male with African American features who appears younger than his stated age.  His dress was neat and clean, and his hygiene appeared good – his head is clean-shaven.  He was cooperative throughout the 70-minute interview.  He was able to focus for the most part, although he strayed from the topic occasionally and gave more information than was asked of him.  He was not sure of the name of the

facility in which the interview was conducted, but he knew it was a hospital. He knew the day of the week and the year, but not the month or date. His immediate and long-term memories appear to be intact. However, he stated that he felt that he had difficulty with his short-term memory and this was evident during the interview – he could only recall one out of three novel words after five minutes, and would repeat information he had already given (he seemed unaware that he was repeating himself).

*Affect, Thought Processes*

Mr. Lewis's stated mood was "confused...a little agitated." He explained that his roommate had masturbated in front of him the previous night, and that he was still feeling somewhat upset about that incident. He displayed a full range of affect, which was appropriate to the content at all times. The speed and volume of his speech were all appropriate to the situation. He rambled at times and gave more information than was asked of him. His judgment and insight appear limited at this time. His intellectual functioning seems to be average.

For the most part, Mr. Lewis's speech and thought content appeared to be logical. He expressed some strange ideas and thoughts, however. He said that he sometimes wears horns on his head because "only the devil should have to go through this," and that it makes him feel better (although he was not able to explain what it made him feel better about). He has put horns on his head since his admission to DPC. He stated that he also did this on the street, and that he "even got cat's eye contacts" to wear. While talking about this, he made a reference to "flames of enlightenment" but did not explain what that meant. He also said that he was with two guards at one time whose names were "Godwin" and "Santana." He explained that these names reminded him of "God" and "Satan," and he said that he believed there was a struggle between good and evil because these guards were with him.

Mr. Lewis reported that he has experienced auditory hallucinations in the past. He said that he hears a single male voice that he does not recognize. He hears the voice say his name, and it "commands me to do stuff" such as to yell or to hit people. Although he stated that he is able to refrain from doing what the voice tells him to do, he also admitted that he has acted on the commands in the past. He also reported that he hears music and "like footsteps in the hall but no one's there." He said that he experiences visual hallucinations that "freak me out sometimes." He stated that he sees shadows "peeking in" on him, but they are always far enough away that he needs to get up to see if anything is really there.

Mr. Lewis expressed some paranoid ideation during the interview. He said that, when he sees people whispering, he often thinks they are talking about him. He also said that he used to hear sirens in his neighborhood, and that this would trigger thoughts that people were after him. At first, he thought the police were involved, and then he gradually thought other people, including his mother, could be involved. He reported that he had (and still has) no idea why people may have been after him. He also said that he was shot by a police officer in 1989, and that he thinks that this may have led to the belief that people were after him. He does not believe that there is anyone after him at this time.

## Relationships, Family Involvement

Mr. Lewis reported that his parents separated when he was two years old but never formally divorced. He lived with his mother after the separation, but visited with his father frequently until he was 12 or 13 years old. They lost contact at that time. He moved out of his mother's house in 10th grade and got an apartment with his girlfriend. When they broke up, he went to live with his father for approximately 9 months. His biological parents had another son who died of an asthma attack in 1987. Although his parents are not legally divorced, his father is in a relationship with another woman. He has one half brother from that relationship, as well as three stepbrothers and one stepsister.

Mr. Lewis seemed unsure of whether there is a history of psychiatric illness in his family. He stated that one of his maternal aunts has some bizarre behaviors, and that he has a paternal aunt who he thinks is "mentally ill." He stated that his father is a recovering alcoholic, and that several of his maternal aunts and uncles have problems with alcohol and drugs. He has phone contact with his mother fairly regularly. He says that his father does not use a telephone, but that they have written letters to each other on occasion.

## Work History

Mr. Lewis stated that his most recent job was as a "sanitation porter," and that the job he had the longest (3 months) was preparing cars for new owners at a car dealership. He stated that he has been fired more than ten times. He also stated that has been trained as a carpenter, brick mason, and long-distance trucker.

## Substance Abuse Issues

Mr. Lewis reported that he began using alcohol and marijuana when he was a teenager (he was unable to be more specific). He used marijuana two or three times per week, but only used it for two years. He drinks two or three times per week – usually on the weekends. He stated that he plans to continue drinking occasionally when he is released from custody.

## Medical Conditions

Mr. Lewis has been told that he has hypertension and was treated with medication. Later he was told that he does not have hypertension, but the medication was continued in any event. He also suffers from athlete's foot and irritable bowel syndrome.

## Attitude Towards Hospitalization, Future Plans, and Goals

When asked how he feels about being at DPC, Mr. Lewis stated, "really uncertain about that right now." When asked how he feels about his treatment thus far, he stated, "fair." He chose not to elaborate.

Mr. Lewis stated that his long-term goal is to "put the issues that keep me from obtaining stable employment so that I can get a stable start." His immediate goal is to "do research" for a book about the history and experiences of black people. He says that he has already titled it: "From the Pyramids, to the Plantations, to the Projects, to the Penitentiary, and Now to the Promised Land."

**DURING THE PAST 12 MONTHS, HAS PATIENT DEMONSTRATED EITHER SUICIDAL OR ASSAULTIVE BEHAVIOR? DESCRIBE:**

Mr. Lewis denies any present suicidal or homicidal ideation. He reported that he slit his wrists in 2001 due to depression and "a lot of hopelessness." This was his only suicide attempt. He said that he has never been charged with assault. However, he admits to being in three fights while in prison because he was "attacked" by others.

**STRENGTHS AND WEAKNESSES AS THEY RELATE TO TREATMENT:**

STRENGTHS:
- Mr. Lewis is very articulate.
- Mr. Lewis is a high school graduate.
- Mr. Lewis has been trained as a carpenter, brick mason, and long-distance trucker.
- Mr. Lewis expresses an interest in receiving help for his symptoms.

WEAKNESSES:
- Mr. Lewis has legal charges pending against him.
- Mr. Lewis has a poor work history – he has been fired at least ten times, and the longest job he had lasted only 3 months.
- Mr. Lewis seems to have poor impulse control when he feels that he is being "attacked."

**RECOMMENDATIONS:**

Mr. Lewis should meet with a member of the psychology staff on at least a bi-weekly basis to discuss important issues. He should attend any groups that may be offered that address the things he is working on.

# WILMINGTON DEPARTMENT OF POLICE   EXIBIT #

## Detainee Assessment / Property Receipt

Detainee's Name: _Lewis, Jimmie_          Case #: _30-03-_
                  Last, First  Middle

Charges: _Carjacking, Theft_     Arresting Officer: _E. Godwin_

_____   Additional Officer: _J. Santana_

Detainee's Physical Condition:    OK ☑    Other ☐

Explain:   (Body deformities/Bruises/Sutures) : _____

_____

_____

Medication:  Yes ☑     No ☐    Type: _PSCHOTTOPIC_
_THORAZINE, DEPAKOTE, VISTARIL, RISPERDAL_

Unusual Behavior:

Explain: _DETAINEE STATED THOUGHTS OF SUICIDE,_
_TRANSFERED TO M.P.C.J.F INFIRMARY,_

_____

## Detainee's Property                     Seized as Evidence

Currency/Coin  U.S. Currency: _7.00_       U.S. Currency: _____
               U.S. Coin: _2.26_           U.S. Coin: _____
               Total: _9.26_               Total: _____
               (Have detainee initial next to totals)

Clothing: _BELT, WALLET WITH S.S CARD, LICENCES (NJ)._

_____

Jewelry: _NECKLESS WITH EGYPTION CROSS, DEVIL HORNS AND_
_CAT EYE CONTACT LENSES_

Miscellaneous: _3 SETS OF KEYS (ONE SET VICTIMS)_
_PSYCH TREATMENT PLAN, AMTRACK TRAIN TICKET_

_____          _06/26/03_          ____06 21____ hours
Officer Receiving Property            Date                    Time

_____          _____          _____ hours
Transporting Officer                  Date                    Time

I, _____, have received the above property from the Wilmington Department of Police, which
was taken from me on the above date. _____ _____hours.
                              Date                    Time

/pap - 4/99 - REVISION 9/01

Form To Be Completed in Duplicate

g:\suppserv\detaineeassessmentpropertyreceipt.frm

Department of Health and Social Services
Division of Mental Health
Delaware Psychiatric Center

Release Summary

CONFIDENTIAL INFORMATION
For professional use by authorized
persons only - - not to be duplicated
or released to others.

LEWIS, JIMMY        12 25 66
46443   148 64 1309   UNK M AF D
4 EDWIN PLACE    NEWARK NJ 07112
MELBA JEAN LEWIS  MOTHER  AREA 5
973 481 5028                    05 21 04

| MAY 21, 2004 | JUNE 25, 2004 | DIRECT DISCHARGE |
|---|---|---|
| Date of Admission | Date of Discharge | Disposition |

IDENTIFYING DATA:     This 37 year old black, divorced male was admitted to
Delaware Psychiatric Center for his first admission on a court commitment on May 21,
2004.

CHIEF COMPLAINT:     Patient refused to speak upon admission.  He was selectively
mute.

HISTORY OF PRESENT ILLNESS:    Mr. Lewis had been jailed at Gander Hill for
several months prior to his admission to the Mitchell Building.  He had been evaluated by
the prison psychiatrist and found to be, "psychotic and delusional, a danger to self and
others, refusing to take medication".  He had assaulted a CO and was transferred to the
infirmary.  Patient reported at the time, "I can't distinguish between right and wrong; I'm
hearing voices telling me to hurt myself and I'm seeing shadows".  He had been
incarcerated on 11/17/03 for Car Jacking 2nd Degree, Theft $1000 or Greater and
Resisting Arrest.

On 5/26/03, he was picked up by a male driver who was allegedly out looking for a male
companion for the evening.  Mr. Lewis allegedly attempted to rob the driver, at which
point the driver jumped out of the vehicle in fear and Mr. Lewis allegedly drove off with
the car.  Mr. Lewis allegedly resisted arrest when caught, and was identified by the driver
of the car as the person who had stolen his vehicle.

The examiners at First Correctional Medical, while he was in prison, described Mr. Lewis
as, "flirtatious at times, requiring redirection for asking personal questions of mental
health personnel".  He was confronted with his, "narcissism and attention seeking
behaviors".  The CO questioned the diagnosis of Schizophrenia which had been given to

Cont...

DISCHARGE SUMMARY
LEWIS, JIMMY
HOSPITAL #46443

CONFIDENTIAL INFORMATION
For professional use by authorized PAGE 2
persons only - - not to be duplicated
or released to others

him by the prison doctor. Mr. Lewis refused all medications, requesting only Xanax and Valium. He also asked for art materials and pornography, stating, "that would be very helpful". The CO's described him as, "with broad mood and good eye contact with no suicidal or homicidal ideation and no alteration in perception". He was, however, argumentative and loud. He was observed wearing paper horns, saying that the horns made him feel more comfortable. "It helps me deal with what I'm going through. It's like a mask; if I deal with these things within me, I'll be a better person. I'm being unjustly accused." During his time in prison, he was calm and controlled and spoke of hearing voices but stated, "I don't know whether it's voices or just my thoughts".

PAST PSYCHIATRIC AND FAMILY HISTORY:   Mr. Lewis stated that he had been seen at Crisis a few times but was never an inpatient at a psychiatric hospital. He said he went to Crisis for having hallucinations, hopeless feelings and suicidal thoughts.

He had been an outpatient as a child in New Jersey but did not know why.

ALCOHOL AND DRUG HISTORY:     Mr. Lewis reported that he began drinking alcohol in his teens with his last use just prior to incarceration. He had history of blackouts, but did not elaborate. He denied heavy use. He also admitted to smoking marijuana 16 years previously but denied all other illicit drug use. It was considered probable that he was minimizing his addiction issues.

MENTAL STATUS AT TIME OF ADMISSION:   The mental status was obtained four days after admission as Mr. Lewis refused to answer any questions upon admission and just sat staring at the floor. Four days after admission, his mood was stated as sensitive and easily irritated.   His affect was constricted.   Thought content revealed negative thoughts about himself. He stated that he felt hopeless and helpless to make himself feel any better. He said he was having both auditory and visual hallucinations but only at night when he was upset. He said that he was having current suicidal thoughts. "I was thinking about it, but I didn't really want to do it." He was not having any current violent thoughts. "I was just upset with the guy that attacked me and the CO's blamed me." He denied obsessions, compulsions, paranoid, delusions, special powers, hyperreligiosity and grandiosity. "I'm not on the defensive unless there's a reason." Thought process was normal and there was no evidence of loosening of associations, flight of ideas or tangentiality. Sensorium was alert and he was oriented in three spheres. His immediate memory was intact as he remembered 3/3 objects immediately and 2/3 objects after five minutes. He was able to spell the word "world" backwards but only got the current president. He assessed the similarities between an apple and an orange, as "you eat

Cont...

DISCHARGE SUMMARY
LEWIS, JIMMY
HOSPITAL #46443

CONTINUATION OF RECORD
For professional use by authorized
persons only -- not to be duplicated
or released to others by ...

PAGE 3

them". He was unable to give an answer to the glass house proverb. Insight and judgment were considered average to poor and his fund of knowledge poor. Intellectual functioning was considered average.

MEDICAL HISTORY AND PHYSICAL EXAMINATION:   The patient complained of having irritable bowel syndrome and hypertension.

LABORATORY DATA AND OTHER DIAGNOSTIC EXAMS:         Mr. Lewis complained of some urinary frequency during the admission and a urology consult was written. However, he was discharged before being evaluated. He was treated with Bactrim during the admission with resolution of the symptoms. However, as he had complained of these urinary tract symptoms frequently in the past, he was to undergo a urology consult which did not happen, as stated above. Mr. Lewis was treated for hypertension throughout the admission with good results.

Urinalysis revealed a 1+ protein and 1+ bilirubin. However, the urine C&S revealed no growth. The medical doctor wrote no evidence of the urinary tract infection. The CBC and differential and the comprehensive metabolic panel were completely unremarkable. The hepatic function panel and the thyroid function studies with TSH were all normal. Vitamin B12 and folate levels were normal and the RPR was nonreactive.

PROVISIONAL CLINICAL DIAGNOSIS:      Axis I:      Alcohol Abuse. Rule out Dependence. Rule out Depressive Disorder. Rule out Malingering. Axis II: Deferred. Axis III: Hypertension. Axis IV: Severity of Psychosocial Stressors: Legal. Axis V: Global Assessment of Functioning:  Current GAF – 20. Highest Level Last Year -- Unknown.

SUMMARY OF CLINICAL COURSE: Mr. Lewis was verbally unresponsive, selective mute and categorically refused to answer any questions on the day of admission. He also refused the initial physical examination. Later the same day, he was observed interacting in a normal manner on the unit. Several days later, the initial examinations were completed without problem. He eventually explained that he had not felt like speaking on the first day, and therefore simply did not.

Mr. Lewis' hospital course was complicated by his aggressive, assaultive behavior. He was overheard making physical threats and observed taunting and laughing at peers, apparently taking pleasure in embarrassing them. He was sexually inappropriate, seductive and flirtatious with certain female staff members. He complained of hearing

Cont...

CONFIDENTIAL INFORMATION
For professional use by authorized
persons only -- not to be duplicated
or released to others

DISCHARGE SUMMARY
LEWIS, JIMMY
HOSPITAL #46443

PAGE 4

voices sporadically but displayed no evidence of preoccupation with internal stimuli when he believed he was not being observed.

The team psychologist described Mr. Lewis in the following manner in his anger management group: arrogant, disruptive and instigating. While the other older patients tried to have a calming influence, Mr. Lewis displayed no sense of boundaries or respect for authority. The psychologist added that there was nothing odd or bizarre about his behavior that would suggest a psychotic disorder. Other therapists noted that he was disruptive in the group setting, talking out of turn and making obscene comments while watching educational videos. When evaluated by the team, he made it clear that he would rather be at DPC than in jail in order to, "get some help". When asked what help he needed or what we could do for him, he answered he didn't know.

One staff member stated that she found Mr. Lewis to be engaging, intelligent and articulate, but noted his sense of entitlement and his demands that things be done his way. Mr. Lewis stated that he needed to do "outlandish things" to get attention, such as wearing paper horns and wearing his cat's eye lenses. It was explained to him that he would not be allowed to wear his paper horns at any time while at DPC, after he had placed them on his head at one point. He understood, and did not attempt to wear them again. He was noted to attempt to intimidate one female therapist by chasing her in the hallway and stating, "I just want to get my point across that whatever you said about me in team meeting was wrong and derogatory".

On 6/7/04, a special meeting with Mr. Lewis was called to address his grossly inappropriate behavior on the unit the night before. He was angered by not receiving a certain salad at dinner to which he believed he was entitled, and assaulted a peer and a staff member, escalating to the point where he was difficult to redirect. In summary, he was noted to be disruptive in the group setting, to taunt his peers, to intimidate and flirt with therapists and to make obscene comments. There were reports to the contrary by other staff members who reported that Mr. Lewis was cooperative and helpful in the milieu, tending to get loud and demanding at times when he felt his needs were not being met in a timely fashion.

Initially, Mr. Lewis was prescribed no psychotropic medication, as there was no evidence of a mood disorder and no evidence of psychosis. However, Seroquel was begun after it became evident that Mr. Lewis had difficulty managing his anger and controlling his impulses.

Cont...

DISCHARGE SUMMARY                                    PAGE 5
LEWIS, JIMMY
HOSPITAL #46443                                      CONFIDENTIAL INFORMATION
                                                     for professional use by authorized
FINAL CLINICAL DIAGNOSIS:                            persons only -- not to be duplicated
AXIS I:    MALINGERING.  CODE NO. V65.2              or released to patient
           ALCOHOL ABUSE.  CODE NO. 305.00
           HISTORY OF CONDUCT DISORDER.
AXIS II:   ANTISOCIAL PERSONALITY DISORDER.  CODE NO. 301.7
AXIS III:  HYPERTENSION.  CODE NO. 401.9
AXIS IV:   SEVERITY OF PSYCHOSOCIAL STRESSORS:  INCARCERATION.
AXIS V:    GLOBAL ASSESSMENT OF FUNCTIONING:  CURRENT GAF – 50
           WITH SEVERE IMPAIRMENT IN SOCIAL AND OCCUPATIONAL
           FUNCTIONING.
           HIGHEST LEVEL LAST YEAR – UNKNOWN.

CONDITION ON RELEASE:    Mr. Lewis displayed no evidence of psychosis,
depression or mania.  He was still having difficulty with limit setting and boundaries,
especially with respect to the rights of others.  It was felt that he had not benefited from a
psychiatric admission and had not been engageable in therapies.  He was having no
suicidal and no homicidal ideation and no auditory or visual hallucinations.  He admitted
during the admission that the "voices" he had been hearing were his thoughts.  Mr. Lewis
was considered highly manipulative and he would stop at nothing to obtain his demands.

MEDICATION ON RELEASE:  Seroquel 50 mgs q 12 hours for anger management and
impulse control.  Tenormin 25 mgs q a.m. for hypertension.  Mr. Lewis was on a lactose
intolerance diet and there were no special restrictions on his physical activity.

PROGNOSIS:   Guarded to poor as Mr. Lewis was considered threatening and dangerous
to others.

RELEASE NOTE AND AFTERCARE PLAN:    Mr. Lewis was returned to the care of
Department of Corrections with Gerry Greg as a contact person; 995-8614.  Mr. Lewis
needs daytime socialization activities.  Anticipated problems are that he may not be
compliant with clinic appointments, may encounter legal difficulties, may encounter
family problems and may return to using alcohol or drugs.

                                    Sylvia Foster, M.D.
                                    Staff Psychiatrist

Dict. 07/26/04
Typed 07/29/04
SF/gaf

Delaware Psychiatric Ce.
Page 1 - Psychiatric Assessment Form
Rev. 5/00

**Department of Health and Social Services**
**Division of Substance Abuse and Mental Health**
**Delaware Psychiatric Center**

*Same history obtained from court*
*order + FCM records.*

```
LEWIS, JIMMY            12/25/66
46443 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 UNK M AF U
4 EDWIN PLACE NEWARK NJ 07112
MELBA JEAN LEWIS MOTH AREA 5
973-481-5028           05/21/2004
```

# PSYCHIATRIC ASSESSMENT FORM

Patient Name (Print): __Jimmy Lewis__

I.   **ADMISSION STATUS:**   24 Hour / Civil / (Court) / Voluntary

II.  **CHIEF COMPLAINT:**   Refused to speak

III. **SOURCES OF INFORMATION:**
     Interpreter Needed?   Yes / (Not Needed)   (If yes, name of and type of interpreter)

IV.  **HISTORY OF PRESENT ILLNESS:** *PX has been jailed at Gander Hill for several months*

PX is a 38 y/o AA male who presents to the Mitchell Bldg by court order for the purpose of determining competency, + to obtain tx for his own well-being. PX was evaluated by prison psychiatrist, Dr. Dilip Joshi, on 5/27/03, as "psychotic + delusional, a danger to self + others, refusing to take medication." He had assaulted a CO, + was transferred to the infirmary. PX reported, "I can't distinguish between right + wrong. I am hearing voices telling me to hurt myself + I'm seeing shadows."

(over)

Date: __5/21/04__ Time: __11 am__ Print Name of Interviewer: __Sylvia Foster ms__

Doc. No. 35 06 30 01 02 03

## Offender Status Sheet

**Date:** 02/14/2005

| | | | |
|---|---|---|---|
| **SBI #:** 00506622 | **Name:** JIMMY LEWIS | | |
| **Location(s):** HRYCI | **Level(s):** 5 | **Race:*** BLACK | **DOB:** 12/25/1966 |
| **AKA:** | | | |
| **Offender Type:** Sentenced | **Officer(s):** | | |

### Level: 5

| Start Date: 05/26/2003 | MED: 05/24/2009 | STRD: 11/01/2008 | ADJ: 11/01/2008 | PED: | Statutory Days Earned: 204.00 |
|---|---|---|---|---|---|

| CASE#/ Court | CRA#/ Judge | Charge Desc/ Sen. Type/ Sentence Date | | Status/ Eff. Date | Length Y | M | D | Start Dt | MED | STRD | Adj Date | CR | Wk |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0305016966 | IN03060175 | CARJACKING 2ND | | Current | 5 | 0 | 0 | 05/26/2003 | 05/25/2008 | 12/09/2007 | 12/09/2007 | | |
| U7 | Peggy L Ableman | STANDARD | 02/11/2005 | 05/26/2003 | | | | | | | | | |
| 0305016966 | IN03060176 | THEFT $1000 OR> | | Current | 1 | 0 | 0 | 05/25/2008 | 05/24/2009 | 11/01/2008 | 11/01/2008 | | |
| U7 | Peggy L Ableman | STANDARD | 02/11/2005 | 05/26/2003 | | | | | | | | | |

**Special Conditions:**

| CRA# | Level | Code | Condition Description | Condition Comments |
|---|---|---|---|---|
| IN03060175 | 5 | CRT1 | Other Conditions: | To serve 5 years Level 5. ac |
| IN03060176 | 5 | CRT1 | Other Conditions: | To serve 2 years Level 5, suspended after 1 year for 1 year Level 4 Plummer Center, suspended after 6 months for 6 months Probation Level 3. ac |

Delaware Psychiatric Center
**Seclusion or Restraint**
**Nursing Assessment**

```
LEWIS, JIMMY              12/25/66
46443 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 UNK M AF U
4 EDWIN PLACE NEWARK NJ 07112
MELBA JEAN LEWIS MOTH AREA 5
973-481-5028              05/21/2004
```

TIME INTERVENTION BEGAN: 1 : 00 am/pm

☐ SECLUSION   ☐ 4 POINT RESTRAINTS   ☐ 5 POINT RESTRAINTS   ☐ OTHER: _____

for professional use by authorized
persons only -- not to be duplicated

Patient's name: _____ M.tchell Date: 6/24/04

**PATIENT BEHAVIOR LEADING TO INTERVENTION: (CHECK all specific behaviors that apply)**
☑ Threatening harm
☐ Imminent risk of harm to:
  ☐ self  ☑ patients  ☑ staff
specify: _____
☐ Destruction of property
☐ Unprovoked aggression
  i.e., striking out without warning
☐ Self-injurious behaviors
specify: _____
☐ Biting
☐ Hitting
☐ Kicking
☐ Shoving
☐ Scratching
☐ Hair pulling
☐ Spitting
☐ Throwing objects
☐ Fire-setting
☐ Other: _____

☐ **EMERGENCY SITUATION** (less restrictive alternatives were not able to be attempted due to rapid escalation of immediately dangerous behavior) Explain: It began throwing trays without warning

OR

**LESS RESTRICTIVE ALTERNATIVES UTILIZED: (CHECK all that were attempted relative to this immediate event)**
☐ Talked with the patient
☐ Addressed patient's need
☐ Used techniques suggested by the patient as noted in the Advance Directive query form
specify: _____
☐ Set limits with the patient
☐ Redirected the patient verbally
☐ Separated the patient from the area
☐ Verbal contract for safety
☐ Voluntary quiet room/time out
☐ One-to-one observation
☐ Offered PRN medications
☐ Involuntary administration of medication: _____
☐ Other: _____

**Physiological or psychological risk factors** (Determine by reviewing H&P, Psychiatric Assessment):
☐ Pre-existing medical conditions  ☐ Physical disabilities  ☐ Hx of sexual abuse  ☐ Hx of physical abuse  ☑ None
specify: _____

Physician who gave verbal order: Coccnella
Physician was notified of risk factors by: Cornish C Rpm

**Patient checked for dangerous objects** (i.e., belts, sharps, shoes, matches, jewelry, money, etc.):
List of objects removed (exact amt. of money): money (14.80 ) in med cart

Removed by: Shoes/Wisn Mury Ty Mc  Location stored: Shoe rm / Mury (med room)

**BEHAVIORAL EXPECTATION FOR TERMINATION OF INTERVENTION** (Copy onto S/R Record form):
☑ 1. Resting quietly, either sitting or lying down for 45 minutes (specify – example 5, 10, 15 etc.)
☑ 2. Patient is able to discuss/interact with staff in a calm manner.
☑ 3. Patient is calm and able to verbalize a desire for intervention to be discontinued.
☑ 4. Patient is calm and able to verbalize an understanding of behavior that led to intervention
☑ 5. Patient is calm and able to contract for safety.

Patient was informed of behavioral expectation for discontinuation of intervention by: Curtis Cornish Rpm
Licensed Nursing Staff: Curtis L. Cornish Rpm
(Signature and title of individual who initiated intervention)

**FAMILY NOTIFICATION**
Name of family member: Pt refused family notification Date: 6/24/04
Name/title of staff person: _____ Time: ___:___ am/pm

DATE/TIME INTERVENTION ENDED: 6/24/04 17:00 am/pm TOTAL TIME: 4 hrs 0 min.
Patient was debriefed by: Curtis L. Cornish If no, explain: _____
Licensed Nursing Staff: _____ Rpm
(Signature and title of individual who discontinued intervention)
Unit Nursing Supervisor/Unit Director: _____ Date: 6/24/04 Time: 17:00 am/pm
(Signature indicates the above information has been reviewed and is accurate and complete)
Revised 8/27/02

**00120**

00167

## Delaware Psychiatric Center
### Seclusion/Restraint Patient Feedback

(Completed during debriefing of patient after the event by Licensed Nurse or Tx Team member within 24 hrs)
(Original is attached to S/R paperwork and filed in patient's medical record;
Copy is forwarded to Quality Administrator - Performance Improvement Department; fax 4256)

LEWIS, JIMMY        12/25/66
46443 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 UNK M AF C
4 EDWIN PLACE NEWARK NJ 07112
MELBA JEAN LEWIS MOTH AREA 5
973-481-5028        05/21/2004

CONFIDENTIAL HEALTH CARE INFORMATION
For professional use by authorized
persons only – not to be duplicated
or released to anyone.

Patient's Name: Lewis Jimmy        Unit: Mitchell

Type of Intervention:  ☐ Seclusion  ☐ Restraint        Date of Interview: 6/24/04

Date of Intervention: 6/24/04        Time of Interview: 1:00 am/pm

Time intervention began: 1:00 am/pm        Interviewed by: Gerald Curtis

Time intervention ended: 15:00 am/pm

1.  Why you were secluded/restrained?  I was upset

2.  Were you given a chance to gain control of yourself before you were secluded or restrained?        ☐ Yes   ☐ No

3.  If yes, what did staff do for you:
    ☐ Individual attention.
    ☐ Used calming interventions        ☐ Contacted family/significant other   ☐ Contacted trusted staff
        previously suggested by you:        ☐ Talked with you   ☐ Suggested the Quiet Room
    specify: _____        ☐ Addressed your need:   ☐ Suggested other things you could do:
    ☐ Explained that seclusion may        ☐ Suggested time out:   ☐ Offered medication
        have to be used        ☐ Explained that restraints may   ☐ Other:
        have to be used

4.  Were your personal dignity and privacy respected while you were being secluded or restrained?

5.  Did you feel safe while you were secluded/restrained?        ☐ Yes   ☐ A little   ☐ No

6.  Did being secluded or restrained help you gain control of yourself?        ☐ Yes   ☐ A little   ☐ No

7.  Did someone explain what you needed to do in order to get out of seclusion or have the restraints removed?        ☐ Yes ☐ No

8.  What could have helped prevent you from being secluded or restrained?   was to far my Med        ☐ Yes ☐ No

9.  Did anything happen during the seclusion/restraint that may have frightened or injured you or made you feel uncomfortable?   NO

Staff interviewer's signature: _____   Date: 6/24/04

Revised 8/27/02

## DELAWARE PSYCHIATRIC CENTER

### VITAL SIGN RECORD

LEWIS, JIMMY          12/25/66
16443 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 UNK M AF U
REDWIN PLACE NEWARK NJ 07112
MELBA CLAY LEWIS-MOTHER AREA 5
973-481-8028          05/21/2004

5'11

| DATE | TIME | B/P | TPR | WT. | INIT. | DATE | TIME | B/P | TPR | WT. | INIT. |
|------|------|-----|-----|-----|-------|------|------|-----|-----|-----|-------|
| 5/21/04 | 10:48 | 140/98 | 98.6 98-20 | 244 | | 6/10/04 | 7A | 132/80 | 97.6-66-18 | | AB |
| 05/21/04 | 5⁰⁰p | | 97.5 | | | 6/11/04 | 7AM | 108/78 | 98-74-20 | | AB |
| 5/21/04 | 11³⁰ₐₘ | 155/86 | 95.3-8-18 | | | 6/12/04 | 7³⁰₆ₐ | 147/88 | 99-74-20 | | AB |
| 5/22/04 | 7⁰⁰Am | 148/71 | 95.4-76-18 | | RA | 6/13/04 | 7⁵⁵ | 132/86 | 99.6-61-24 | | SD |
| 5/23/04 | 11³⁰p | 130/80 | 96.3-64-19 | | cw | 6/14/04 | 7AM | 117/70 | 97-79-18 | | yh |
| 5-23-04 | 7am | 131/76 | 96.4-64-17 | | SCD | 6-15-04 | 7Am | 130/70 | 97.6-84-18 | | SCD |
| 5-23-04 | 11 ¹³p | 132/84 | 97.2-71-19 | | AC | 6-16-04 | 7A | 140/78 | 95.2-77-19 | | my |
| 5/24/04 | 7Am | 136/83 | 97.2-74-18 | | SD | 6-17-04 | 7AM | 124/74 | 97.6-64-20 | | me |
| 5/25/04 | 0700 | 190/48 | 968-8020 | | XC | 6-18-04 | 7A | 130/78 | 98-72-18 | | my |
| 5/26/04 | 515 | 128/75 | 99.6 72 20 | | DW | 6-19-04 | 7A | 138/80 | 97.8-77-18 | | my |
| 5/27/04 | 0700 | 116/76 | 98.3-67-18 | | XC | 6/20/04 | 3-11 | 128/80 | 96.6-90-17 | | AM |
| 5/28/04 | 7⁰⁰p | 128/80 | 97.3-63-20 | | RA | 6/21/04 | 7A | 123/81 | 98.4-82-20 | | AB |
| 5/29/04 | 7AM | 180/97 | 98.3-73-19 | | SD | 6/23/04 | 7A | 140/100 | 98.2-92-20 | | AB |
| " | Manual | 120/92 | | | SD | 6-24-04 | 7AM | 139/85 | 95.2-77-20 | | JH |
| | | 132/80 | 98.3-63-16 | | SD | 6-25-04 | 7Am | 113/71 | 96.8-78-18 | Last Recording | SCD |
| 5/30/04 | | 127/80 | 97.2-80-22 | | SD | | | | | | |
| 5/31/04 | 7Am | | | | SD | | | | | | |
| 6/1/04 | 3AM | 130/85 | 98.3-64-18 | | AB | | | | | | |
| 6/2/04 | 7A | 131/84 | 98.1-65-20 | | DM | | | | | | |
| 6/3/04 | 6⁰⁰Am | 117/78 | 98.6-60-19 | | SCB | | | | | | |
| 6/4/04 | 3pM | 120/68 | 99-92-18 | | H | | | | | | |
| 6/5/04 | 0700 | 140/89 | 97.6-68-20 | | cw | | | | | | |
| 6/5/04 | 1400 | 130/84 | | | cw | | | | | | |
| 6/6/04 | 3-11 | 135/86 | 98.4 52 | | DW | | | | | | |
| 6/7/04 | 7A | 105/71 | 99.0-66-20 | | DM | | | | | | |
| 6/8/04 | 7AM | 127/85 | 98.7-62-20 | 249 | yh | | | | | | |
| 6/9/04 | 6³⁰A | 130/72 | 98.2-70-20 | | yh | | | | | | |

| INITIALS | SIGNATURE & TITLE | INITIALS | SIGNATURE & TITLE | INITIALS | SIGNATURE & TITLE |
|----------|-------------------|----------|-------------------|----------|-------------------|
| EL | Enid Diggs, LPN | SD | Aqsa Chambli LPN | DW | Dave Werri |
| RA | RA Mons | AB | Piter | H | Helen Harlow, RN |
| SCB | Burks | cw | Faith Clark | yh | Yolanda Hadling |
| FR | Fhoger | SD | Jerema Harve | LP | Kellie Ambula |

DL  Gloria Green  EL Enid Diggs, LPN

iso/vs/flowsheet/1-20-00.          Document Control No.: 135 06 30 00 01 20

**00119**

DELAWARE PSYCHIATRIC CENTER
SOCIAL ASSESSMENT – PAGE 5

S, JIMMY                    12/25/66
3 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 UNK M AF U
WIN PLACE NEWARK NJ 07112
BA JEAN LEWIS MOTH AREA 5
973-481-5028              05/21/2004

## TREATMENT PLANNING – SOCIAL WORK SERVICES

**SOCIAL EVALUATION:** Presently unable to have contact c
inmate/consumers mother. The inmate/consumer
appears guarded when speaking to his side. The
inmate/consumer gives superficial an-
swers to most questions put to him. The in-
mate/consumer tends to think and state that
his "issues and dilemmas" are all the fault
of others. He does however appear to confess
this when he speaks of how he has been
wronged (He was supposed to adjudicated after
he'd rec'd evaluation from forensics per his
report) by women and the system. The in-
mate/consumer seems to think his adjudi-
cation process went a little haywire.
The inmate/consumer tends to present
as intelligent, articulate, calm and guarded.
He can be effective in speaking and tends
to be flirtatious.
    Family support is questionable as two
phone calls to # listed has revealed no re-
sponse from inmate/consumers mother. —
                Florenda Scott-Cobb, MSW

Doc. No. 35 06 30 02 02 22  PG 5

STATE OF DEL__ARE
DEPARTMENT OF HEALTH AND SOCIAL SERVICES

## DOCTOR'S ORDER SHEET

```
LEWIS, JIRNY              12/25/66
46443 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 UNK N 4F
6 EDWIN PLACE NEWARK NJ 071-2
NELBA JEAN LEWIS MOTH AREA 5
973-481-5626              05/21/2004
```

*" Authorization is given to dispense a Generic Equivalent under Hospital Formulary System unless NO SUBSTITUTION (Or NO SUBS) is noted."*

Name: _____  Facility: _____  Activity: _____  Case No.: _____

CONFIDENTIAL INFORMATION
For professional use by authorized
persons only – not to be duplicated
or released for release

| DATE ORDERED | TIME | TREATMENT or MEDICATION | NOTED BY |
|---|---|---|---|
| 6/6/04 | 6:15 | Haldol 5 mg Benadryl 50 mg IM for agitation x 1 dose ___ SANDHU, MD | |
| 6/6/04 | 8:20 pm | – Put the patient in 4 Pour restraint for safety of self and others not to exceed 2 Hrs ___ SANDHU, MD | |
| 6/6/04 | 8:30 pm | – Restrict Patio, Pool playing, visits and snack area until seen by treatment team ___ SANDHU, MD 6/6/04 | |
| 6/7/04 | 6:45 pm | – Begin Seroquel 50 mg PO q 12° x 30 days for anger management + impulse control. – Restrict visits, patio, wt room, gym + every vendup machine x 1 week – Dc Chef's salad BID | |
| | | Noted 6/7/04 @ 1900 – Helen Taylor RN | |
| 6/8/04 | 11:59 | Cont Pyridium Po 200 mg Bid x 5 days m-____ | |

DHSS – 019 A

6/9/04

*PRESS HARD – (USE BALLPOINT PEN ONLY) NO FELT TIPS*    Cat. No. 35-06-002-84-10-04-DSH-183

WHITE – *Medical Records*  ALL OTHERS – *Return To Pharmacy*

MEDICAL RECORDS COPY

STATE OF D  WARE
DEPARTMENT OF HEALTH AND SOCIAL SERVICES

LEWIS, JIMMY        12/25/66
46443 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 UNK M AF U
4 EDWIN PLACE NEWARK NJ 07112
MELBA JEAN LEWIS MOTH AREA 5
973-481-8028        05/21/2004

## DOCTOR'S ORDER SHEET

" Authorization is given to dispense a Generic Equivalent under Hospital Formulary System unless NO SUBSTITUTION (OR NO SUBS) is noted."

Name: _____  Facilty: _____  Activity: _____  Case No.: _____

| DATE ORDERED | TIME | TREATMENT or MEDICATION | NOTED BY |
|---|---|---|---|
| 6/14/04 | 9:00 pm | Patient to be placed in Seclusion Room for the safety of others & not to exceed for more than 2 hrs. Patient can be released earlier when he calm down. _____ Qureishi, mp  noted 6/14/04 @ 2150 Helen Harlow RN | |
| 6/14/04 | 2300 | Seclusion renewed not to exceed 2 hours, or until pt is calm. Tb DJ. Qureishi (Harlow) noted 6/14/04 @ 2310 H Harlow RN _____ Qureishi, m | |
| 6/15/04 | | | |
| 6/15/04 | | Continue restriction of patio, wt room, gym + vending machine x another weeks | |
| | 4:50 pm | _____ | |
| 6/16/08 | 6/17/04 | 6/18/08 | |

CONFIDENTIAL INFORMATION for professional use by authorized persons only - not to be duplicated distributed to others.

STATE OF DELAWARE
DEPARTMENT OF HEALTH AND SOCIAL SERVICES

LEWIS, JIMMY          12/25/66
46643 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 UNK B AF B
4 EDWIN PLACE NEWARK NJ 7112
MELBA JEAN LEWIS MOTH AREA B
973-481-5028          05/21/2004

## DOCTOR'S ORDER SHEET

CONFIDENTIAL INFORMATION
" Authorization is given to dispense a Generic Equivalent under Hospital Formulary System unless NO SUBSTITUTION (Or NO SUBS) is noted."
for professional use by authorizes
persons only - not to be duplicated
or released to others.

Name: _____    Facility: _____    Activity: _____    Case No.: _____

| DATE ORDERED | TIME | TREATMENT or MEDICATION | NOTED BY |
|---|---|---|---|
| 6/19/04 | 5:50 pm | Repeat 1 dose of MOM 30 cc PO PRN for constipation X 24 hrs (UPADHYAY, MD) | |
| 6/20/04 | | | |
| 6/21/04 | 1340 | Lotrimin cream apply to lesion near toes BID x 2 weeks, until healed Schedule PODIATRY ref. Onychogryphosis | |
| | | Date/Time: 6/21/04 @ 1:49pm. Chart Checked By: K. Conyer, CSS 6/22/04 1 pm | |
| 6/21/04 @ 1630 | | Renew restrictions x̄ wb and then to be re-evaluated. T.O. Dr. Foster / H Harlow RN noted @ 1630 - 6/21/04   H Harlow RN | |
| 6/21/04 | | Seclusion Not to exceed 2 hours Pt extremely agitated, assaultive and poses danger to others and self Pt can be released when calm and not dangerous any more BVKL MD RN 76 | |
| 6/22/ | | | |

STATE OF DELAWARE
DEPARTMENT OF HEALTH AND SOCIAL SERVICES

**DOCTOR'S ORDER SHEET**

LEWIS, JIMMY                    1 5/66
46643 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 UNK H AF
4 EDWIN PLACE NEWARK NJ 07112
MELBA JEAN LEWIS MOTH AREA 5
973-481-5028              05/21/2004

" Authorization is given to dispense a Generic Equivalent under Hospital Formulary System unless NO SUBSTITUTION (Or NO SUBS) is noted."

Name: _____ Facilty: _____ Activity: _____ Case No.: _____

| DATE ORDERED | TIME | TREATMENT or MEDICATION | NOTED BY |
|---|---|---|---|
| 6/28/04 | 3ol | CONFIDENTIAL INFORMATION For professional use by authorized persons only -- not to be duplicated or released to others. | |
| 6/24 | | | |
| 6/24/04 | 1pm | 4° restrains for safety of self & others not to exceed 2 hrs. Pt can be released earlier if calm. T.O. Dr Cocchella / madison (a) coccholl2    Stated           m Jarvis 1:30 pm | |
| 6/24/04 | 3pm | Benadryl 50 mg po/im q0W pt. (still pt. agitated) Renew 4 point restraint M. Coccholl3 M.D Stated | |
| 6/24/04 5pm | | Discharge px on 6/25/04 back to the care of DOC. Stated | |
| 6/24/04 | 7:30 | Clarification of above restraint order Staff may observe Pt through two-way observation Mirror due to extreme aggressive behavior T.O M. Coccholle /cm Stated | |
| 6/25 | | | |

DHSS -- 019A

"PRESS HARD – (USE BALLPOINT PEN ONLY) NO FELT TIPS

WHITE – Medical Records  ALL OTHERS – Return To Pharmacy

D.C.No.:35-06-002-84-10-04-DSH-183

00058
MEDICAL RECORDS COPY

STATE OF DELAWARE
DEPARTMENT OF HEALTH AND SOCIAL SERVICES

**DOCTOR'S ORDER SHEET**

CONFIDENTIAL INFORMATION

" Authorization is given to dispense a Generic Equivalent under Hospital Formulary System unless NO SUBSTITUTION (Or NO.SUBS) is noted."

For persons only - not to be duplicated
or released to others

```
LEWIS, JIMMY        12/25/66
46443 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 UNK M AF U
4 EDWIN PLACE NEWARK NJ 07112
MELBA JEAN LEWIS MOTH AREA 5
973-481-5028
LEWIS, JIMM 6/21/2004
```

Name: _____  Facility: _____  Activity: _____  Case No.: _____

| DATE ORDERED | TIME | TREATMENT or MEDICATION | NOTED BY |
|---|---|---|---|
| 6/21/04 | 11:00p | Please give Pt Geodon 20mg IM + Ativan 2mg IM NOW as Pt extremely agitated assaultive ~~situation~~ BERWICK MD | |
| 6/21/04 | 11:00p | Four Point restraints for extreme agitation pt trying to knock down the door being danger to self and others restraints not to exceed 2 hours can come off when calm BERWICK MD | |
| 6/21/04 | 11:40pm | Pt continues to be physically aggressive while combative reassessment requires 5 point restraints, not to exceed 2 hours, can come off when calm BERWICK MD | |
| 6/22/04 | 1:05 | continue 4° restraints not to exceed 2 hours for safety of self & others T.O. Berika / _____ | |
| 6/22 | & 6/23 | | |

"PRESS HARD – (USE BALLPOINT PEN ONLY) NO FELT TIPS    D.C.No.:35-06-002-84-10-04-DSH-183

WHITE – Medical Records  ALL OTHERS – Return To Pharmacy

**00059**

MEDICAL RECORDS COPY

STATE OF DE~ WARE
DEPARTMENT OF HEALTH AND SOCIAL SERVICES

LEWI    JIMMY
4644
NONE GIVEN
NONE GIVEN

~ /25/68
UNK M AF U

CONFIDENTIAL INFORMATION
for professional use by authorized
**DOCTOR'S ORDER SHEET** to duplicated
or released to others

46443

" Authorization is given to dispense a Generic Equivalent under Hospital Formulary System unless NO SUBSTITUTION (or NO SUBS) is noted."

Name: Jimmy Lewis    Facility: Mitchell    Activity: _____    Case No.: _____

| DATE ORDERED | TIME | TREATMENT or MEDICATION | NOTED BY |
|---|---|---|---|
| 5/22/04 | 1535 | Clarification of order written for Atenolol 25mg PO daily and hold y systolic B/P is 90 or below. T.O Dr Kendall/M.Wilson LPN   Alma M. Surrette | M.Wilson LPN Noted @ 1535 |
| 5/23/04 | | pr 5/24/ | |
| 5/24/04 | 12:13 | Dietician for preference of food  Apply Lotrisone in between Toes daily x 30 day  Hr (for Athlies foot) | Tried several for 5/24/04 |
| 5/25/04 | | | noted @ 1415 5/25/0 |
| 5-25-04 | 1415 | may use fixodent on partial plate brd prn  PO @ Shift to Suann. Suisella  Suann Suisella | |
| 5/25/04 3 pm | | Benadryl 50 mg PO q HS PRN  Insomnia x 30 day   Surette | |
| 5/25/04 3:45 pm | | Begn Effexor XR 37.5 mg PO q am x 5 days  Then Effexor 75 mg PO q am x 5 days  Then Effexor 150 mg PO q am x 30 days | |
| 5/25/04 @ 2000 (Henderson) | | | Surette |
| 5/26/ | | | |

DHSS – 019 A

"PRESS HARD – (USE BALLPOINT PEN ONLY) NO FELT TIPS    D.C.No.:-35-06-002-84-10-04-DSH-183

WHITE – *Medical Records*  ALL OTHERS – *Return To Pharmacy*

STATE OF DELAWARE
DEPARTMENT OF HEALTH AND SOCIAL SERVICES

## DOCTOR'S ORDER SHEET

CONFIDENTIAL INFORMATION

" Authorization is given to dispense a Generic Equivalent under Hospital Formulary System unless NO SUBSTITUTION (Or NO SUBS) is noted."
for professional use by authorized
persons only -- not to be duplicated
or released to others

Name: _____     Activity: _____     Case No.: _____

| DATE ORDERED | TIME | TREATMENT or MEDICATION | NOTED BY |
|---|---|---|---|
| 5/26/04 now | | Give first dose of Effexa xn when available today. *[signature]* m [initials] 5/26/04 | |
| 5/27/04 | 5/30mg | 10~ | |
| 5/28/04 | 11:57 | Urinalysis, & midstream clean urine c & s & catch urine. Push fluids x 3 days. RLK [signature] m [initials] 5/28/04 13:8 | |
| 5/29/04 xn | 5/30am | 5/30mg 6-~ | |
| 6/1/04 9:30am | | D/C Effexa — pt refusing. *[signature]* *[initials]* 6/1/04 [initials] | |
| 6/2/04 now 6/2/04 | 1040 | Pyridium 200 mg PO BID x 5 days Bactrim DS 1 po BID | |
| 6/2/04 6/2/04 | 1050 | ADD in his diet - chef salad c cheese BID + 8 pm nourishment of cheese crackers, banana x 30 days | |

DHSS — 019 A

6/2/04

"PRESS HARD — (USE BALLPOINT PEN ONLY) NO FELT TIPS

D.C.No.:35-06-002

WHITE — Medical Records  ALL OTHERS — Return To Pharmacy

00067

MEDICAL RECORDS COPY

STATE OF DELAWARE
DEPARTMENT OF HEALTH AND SOCIAL SERVICES

## DOCTOR'S ORDER SHEET

```
LEWIS, JINNY          12/25/66
46443 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 UNK H AF U
4 EDWIN PLACE NEWARK NJ 07112
HELGA JEAN LEWIS MOTH AREA 5
973-481-5028          05/21/2004
```

" Authorization is given to dispense Generic Equivalents under Hospital Formulary System unless NO SUBSTITUTION (Or NO SUBS) is noted."

Name: _____    Facility: _____    Activity: _____    Case No.: _____

For professional use
persons only - not to be divulged
released to others

| DATE ORDERED | TIME | TREATMENT or MEDICATION | NOTED BY |
|---|---|---|---|
| 6/3/04 3:15 pm | | D/C PRN Haldol, Benadryl or ativan | |
| | | *(signature)* | |
| | | noted 6/3/04 @ 1520    Whalen RN | |
| 6/4/04 12:35 | | Benadryl 50mg PO PRN x One time for Insomnia | |
| AS error | | Evaluation by unit psychiatrist on 6/4/04 AS error    SALEM MD | |
| 6/4/04 9-am | | | |
| 6/4/04 9 am | | Benadryl 50 mg PO/im q 6° PRN agitation/insomnia x 30 days | |
| | | *(signature)* | |
| 6/4/04 9 am | | Urology consult to evaluate for possible recurrent Urethritis | |
| | | *(signature)* | |
| 6/4/04 9:37 | | Can participate in Gym & wtr room activities | noted 6/4 @ 0930 |
| 6/5/04 | | 6/6/04 | |

"PRESS HARD – USE BALLPOINT PEN ONLY NO FELT TIPS"

D.C.No.:35-06-002-84-10-04-DSH-183

WHITE — Medical Records  ALL OTHERS — Return To Pharmacy

LEWIS, JIMMY
46443 148-64-... PROGRESS NOTES (Continued)
4 EDWIN PLACE   NARK NJ 7112
Patient's Name MELBA JEAN LEWIS HOTH AREA 5
973-481-5028                05/21/2004                Hospital No. _____

| DATE | TIME | OBSERVATION, ACTION, OR POSSIBLE SOLUTION |
|------|------|-------------------------------------------|
| Continued | | Pt began to discuss incident. He was none to follow command & resistive & oppositional behavior. Pt stated he was agitated because he did not get his mail. Nurse explained that all packages are opened by the patient in view of the secretary. he was more resentful to try as they were. Pt revenue from 4 ports @ 1800. Continue to orient & reassure |
| 6/25/04 6th | | pt rested well & incident this shift. no behavioral problems noted. will monitor be closely. _____ |

CONFIDENTIAL INFORMATION
For professional use by authorized persons only -- not to be duplicated or released to others.

**NURSING DISCHARGE PROGRESS NOTE:**

- The time of discharge: 10:44 AM
- Vital Signs within eight hours of discharge: 113/71 - 96⁸ - 78 - 18
- Date and result of last PPD: 5/3/04 DOC
- Medication education completed within 24 hours of discharge: Y /(N)
- Pt took all personal belongings: Y /(N)
- Nursing Portion of Discharge Fact Sheet completed (Y)/ N
- Where pt is going, with whom, and how: Patient returned to prison N/a DOC transport
- A brief narrative of the pt's mental status: Patient was escorted to hallway for handover to DOC guards. Pt calm & cooperative

S. Lawrence /h

LEWIS, JIMMI    12/23/66
46443 148-64-1    **PROGRESS NOTES** (Continued)
4 EDWIN PLACE    ARK NJ 07112
Patient's Name MELBA JEAN LEWIS HOTH AREA 5    Hospital No.
973-481-5028    05/21/2004

| DATE | TIME | OBSERVATION, ACTION, OR POSSIBLE SOLUTION |
|------|------|-------------------------------------------|

CONFIDENTIAL INFORMATION For professional use by authorized persons only — not to be duplicated

6/24/04 1:45 pm  continued — at 1 pm. will monitor pt closely and document any changes.

6/24/04 1:30 pm  **MD Note** — point
pt was placed on 4 restraints.
Because of disruptive, agressive, thre-
atening, injuring staff.
    Pt. was placed on 4 point rea-
trains for his safety and other's safety.
Mental Status: pt. said he is upset.
He denied any injury.
He said sometime cos ⊕ Att.  He
does not understand why he did that.
Pt. seems to be angry.  Alert.
Plan: pt. will receive Benadryl 50
mg now to keep pt sedated / drowsy
to decrease possibility to hurt himself
or others.
He already got PRN meds N2 hours
ago Geodon 20mg + Ativan 2mg + Be-
nadryl 50 mg.
He will have 2 Observers now.  M. Oocltclt>, M.D
ob. restraint — QUARTER

6/24/04 1700  Pt arous, note lying in Seclusion from to 4 point
restraint. It's seclusion renewed due to continued
agitated @ 3pm. Pt refusing to shower medicine or
timing no awareship to the aggresive behav.
Pt given addition prn of Benadryl 50mg IM @
onset of seclusion order Pt was nee to that current
for safety of other. & the restrain were change
graded to three & then two to increase compliance

DEPARTMENT OF HEALTH AND SOCIAL SERVICES
DIVISION OF SUBSTANCE ABUSE AND MENTAL HEALTH
DELAWARE PSYCHIATRIC CENTER

CONFIDENTIAL INFORMATION
PROGRESS NOTES
(Continued) for professional use by authorized
personnel only — not to be duplicated

LEWIS, JIMMY                12/25/66
45443 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 UNK M AF U
4 EDWIN PLACE NEWARK NJ 07112
MELBA JEAN LEWIS MOTH AREA 5
973-481-5028              05/21/2004

| DATE | TIME | OBSERVATION, ACTION, OR POSSIBLE SOLUTION |
|------|------|-------------------------------------------|
| 6/23/04 | 1535 | Pt wrote a grievance against a female NA, stating that p snacks - she passed by making detrimental comments re: his sexual preferences etc.. At time this occured, RN was passing meds from med cart just inside door of unit. NA entered unit and walked past the pts who were lined up awaiting their meds - walked to NA desk s̄ comment to anyone and went to desk. H Haslow RN |
| 6/23/04 | 6:15PM | Pt was re-directed from peering into another patients door window and became verbally abusive towards staff asking "if they where trying to create a scene and if they wanted him to start focusing on him." Lance L. Shgera N.A. |
| 6-24-04 | 1²⁰p | Pt was in the dining room @ his table during lunch MR Lewis threw his lunch tray against the wall and was ask by staff to pick up his tray, there was no response MR Lewis then reached over and grabbed another pt's tray and threw it against then wall and stated "I want my fucking mail". The attempted to re-direct MR Lewis to clean up his trays and he refuse redirection.    [signature] |
| 6/24/04 | 1⁴⁵pm | pt's level of agitation escalating rapidly. Verbal intervention ineffective in redirect his behavior. Pt'd Ativan 2mg Im, Benadryl 50mg Im, Geodon 20mg Im given to help get regain control of his behavior. Pt continues to be ñ agitated. OD called & 4pt restraints order. Restraint & placed pt. in restraints nursing → |

**DEPARTMENT OF HEALTH AND SOCIAL SERVICES**
**DIVISION OF SUBSTANCE ABUSE AND MENTAL HEALTH**
**DELAWARE PSYCHIATRIC CENTER**

LEWIS, JIMMY          12/25/66
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 UNK M AF U
4 EDWIN PLACE NEWARK NJ 07112
MELBA, JEAN LEWIS MOTH AREA 5
481-5028          05/21/2004

**P R O G R E S S   N O T E S**
(Continued)

| DATE | TIME | OBSERVATION, ACTION, OR POSSIBLE SOLUTION |
|------|------|-------------------------------------------|
| 6/22/04 | 3430 | Pt became Tangry p assessment of OD to continue seclusion because he would not contract for safety. Pt kicking & banging door — OD determined that he would require 4 pt restraints. Supervisor called to request assistance due to explosive behavior. Pt placed in 4 pt restraints @ 11:05 PM & given PRN (IM). —— Delai Harlow R? |
| 6/22/04 | 12:15 AM | Pt remains in 4 o restraints due to agitation OD called & renewed order for 4 o restraints not to exceed 2 hr. Will monitor pt closely ——— m. ____ RN |
| 6/22/04 | 2:30 | Pt is calm & quiet R arm & left leg restraint removed ——— RN ____ |
| 6/22/04 | 3 am | restraint 4 o restraints DC'd at this time. Pt contracted for safety & returned to bedroom. Will monitor pt closely. ——— m ___ RN |
| 6/22/04 | 6 am | Pt rested with ⊝ further behavioral problems. Will monitor pt closely. ——— m ___ RN |
| 6/16/06 | 6:10 pm | Pt ____, Maintained on routine observation denies Any A/V hallucinations or Suicide ideation pt approx 430 pm More pres reported + wrote that pt was calling her a "bitch" as she worked & writer along with Pt Howard, I spoke took with pt, he reported that he did not say anything directed toward Mrs prec pt did recant cursing. writer informed pt that he should not be cursing at all pt agrees to stop therapeutic interaction effective P thy int. Craven RN |

DEPARTMENT OF HEALTH AND SOCIAL SERVICES
DIVISION OF SUBSTANCE ABUSE AND MENTAL HEALTH
DELAWARE PSYCHIATRIC CENTER

**PROGRESS NOTES**
(Continued)

```
LEWIS, JIMMY         12/25/66
46443 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 UNK M AF U
4 EDWIN PLACE NEWARK NJ 07112
MELBA JEAN LEWIS MOTH AREA 5
973-481-5028         05/21/2004
```

| DATE | TIME | OBSERVATION, ACTION, OR POSSIBLE SOLUTION |
|------|------|--------------------------------------------|
| 6 21 04 | 1350 | MEDICAL NOTES: <br> Pt says he was restrained about 2 weeks ago & the said guard accidentally pushed on his neck area & since then he had been feeling "difficulty swallowing" — no SOB ⊝ vomiti ⊝ heartburn, ⊝ chest pains, ⊝ cough. Pt says he eats all types of food. <br> _[illegible]_ ambulatory, O₂ sat, 128/80 – 96.6° – 96 – 12 <br> ⊝ neck swelling; ⊝ neck tenderness. <br> ⊝ _[illegible]_ deformity, ⊝ tracheal shift <br> ⊝ pharyngeal mass, ⊝ pharyngeal erythema <br> foot exam: (+) erythematous rash c̄ fissures border toes Ⓡ foot <br> A 1. No evidence of tracheal injury; ⊝ pharyngeal obstruction <br> 2. Tinea pedis <br> P = Lotrimin cream |
| 6/_/04 | 8:30 pm | Pt stated earlier because he lost his priveledges he was going to punch somebody out. Pt also stated "Staff can suck my dick." — Susana _[illegible]_ NA |
| 6/21/04 | 2110 | Pt had streaks pees – Ⓡ (h) jaw – also Ⓡ rib area which has small abrasion. Pt requested to walk to quiet room which he did – pacing rapidly around rm – PRN of geodon 100mg – benedryl 50 mg – ativan 1mg PO given @ 2030. Agitation apparent so seclusion was initiated. – pt emptied pockets of papers & money – counted & marked $8.25 sealed & locked in med rm. shoes removed, clean shirt given & door relocked. ✓ _[illegible]_ |

CONFIDENTIAL <br> For professional use by authorized persons only & not to be disclosed to others.

TP-12A (Rev. 12/01)

**PROGRESS NOTES**

**00079**

Document Control No.: 35 06 30 85 05 17

LEWIS, JOHN          12/25/66
46443 148-64-1 **PROGRESS NOTES** (Continued)
4 EDWIN PLACE    NARK NJ 07112

Patient's Name MELBA JEAN LEWIS MOTH AREA 5          Hospital No. _____
973-481-5028          05/21/2004

| DATE | TIME | OBSERVATION, ACTION, OR POSSIBLE SOLUTION |
|------|------|-------------------------------------------|
| 6/21/04 | 9:00pm | OD Note |
| | | Mr. Lewis reportedly hit another on the (L) Left (Right) and then (ND) left side of jaw env. |
| 6/21/04 | 9:20pm | OD Note |
| | | Mr. Lewis hit another Pt on lower jaw on both sides. He needed PRN Meds and was secluded for extreme agitation On interview Pt was calm, explained his behavior as a responde to another Pt stealing his cassette tape. He refused to apologise and stated he had no regret to hit the thief. Pt can be released from seclusion when calm and no danger to others. _____ BERRA MD |
| 6/21/04 | 11:00 | Psych OD Note |
| | | Pt became agitated when evaluated for continuation of seclusion. started forcefully banging the door and cursing. Pt was rapidly escalating becoming increasingly dangerous to self and others. Pt was given Geodon 20mg IM c̄ Ativan 2mg IM and restrained in 4 point restraint After ____. ____ Sua Porter ____ BERR MD |
| 6/21/04 | 11:15pm | Pt was in 4 Pt Restraints. Pt Broke Restraint to (R) Hand. While attempting to secure (R) hand Pt Struck Writer in the Mouth 4 Pt Restraints Re-applied. ___ Neal ___ |

CONFIDENTIAL INFORMATION
for professional use by authorized
persons only -- not to be duplicated
or released to others.

DEPARTMENT OF HEALTH AND SERVICES
DIVISION OF SUBSTANCE ABUSE AND MENTAL HEALTH
DELAWARE PSYCHIATRIC CENTER

LEWIS, JIMMY          12/25/66
46443 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 UNK M AF U
4 EDWIN PLACE NEWARK NJ 07112
MELBA JEAN LEWIS MOTH AREA 5
(973) 481-5028        05/21/2004

**PROGRESS NOTES**
(Continued)

CONFIDENTIAL INFORMATION
for professional use by authorized
persons only – not to be duplicated

| DATE | TIME | OBSERVATION, ACTION, OR POSSIBLE SOLUTION |
|------|------|-------------------------------------------|
| 6/15/04 5 pm | | Addendum – Psychiatry |

Pt c/o receiving PRN's when he's "not psychotic" I explained that we give PRN medication that include Haldol, Geodon, Benadryl + Ativan to patients who are escalating, becoming more + more aggressive + argumentative + confrontational in order to keep help that pt calm down. I reminded him that I had explained the unit use of the PRN medication to protect the other pts and the staff from a violent pt, + that he would only receive a PRN if his behavior warranted it – that is – if he were escalating to the point of refusing all verbal redirection + all other less restrictive means of calming him down. He has continued to c/o having received a PRN med over the last few days when he didn't need it + we reiterated that it was the RN's decision at the time that he did need it for the protection and safety of the milieu. No c/o side effect to Geodon plac – Continue to give PRN medication if necessary.

– Awad, G
Wolfe/Terrell 6/30/04

CPT has no further medical complaint
[signature]

TP-12A (Rev. 12/01)

Document Control No.: 35 06 30 85 05 17

**PROGRESS NOTES (Cont'ed)**

CONFIDENTIAL INFORMATION
For professional use by authorized
persons only — not to be duplicated

46443 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 UNK M-AE U
4 EDWIN PLACE
MELBA JEAN LEWIS HOTH AREA 5
Patient's Name 973-481-5028    05/21/2004    Hospital No.

| DATE | TIME | OBSERVATION, ACTION, OR POSSIBLE SOLUTION |
|---|---|---|
| 6/14/04 | 2310 | Pt approached @ 2300 to determine if he was able to contract for safety to d/c seclusion — pt awake and refusing to speak to staff. OD called to review seclusion. — H davison RN |
| 6/15/04 | 2330 | Pt was able to contract for safety @ 2305 & was taken out of seclusion, exit interview completed, will continue to monitor pt's behavior — Tanya wilson |
| 6/15/04 | 0105 | Pt rested quietly in bed, ∅ aggressive behavior towards staff or other pts — Tanya wilson |
| 6/15/04 | 7:15am | OD Note (late entry) Patient was released from seclusion at 11:15 pm last night after he contracted for safety. Sweet — Director, MD |
| 6/15/04 4:30pm | | Psychiatry Pt seen to discuss the aggressive, violent behavior he has been displaying over the last several days; he has been oppositional, aggressive + defiant since admission. Pt stated he was mistreated by staff and he basically took no responsibility for any of it. He was told that the RN had a right to investigate the situation of some money that disappeared that was later found. He had been told to come in off the patio + he refused to do it. Pt was angry because he said he had been told that his privilege restriction had been prolonged without his knowledge. Pt went on ranting, oppositional. Pt took no responsibility for his actions + refused denied all the issues involved. Plan - restrictions to continue for 1 week Sweet MD |

00083

**DEPARTMENT OF HEALTH AND SOCIAL SERVICES**
**DIVISION OF SUBSTANCE ABUSE AND MENTAL HEALTH**
**DELAWARE PSYCHIATRIC CENTER**

**PROGRESS NOTES**
(Continued)

CONFIDENTIAL — for professional use by authorized persons only — not to be duplicated or released to others

LEWIS, JIMMY          12/25/66
46443  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  UNK H AF U
4 EDWIN PLACE NEWARK NJ 07112
MELBA JEAN LEWIS MOTH AREA 5
M5028                    05/21/2004

| DATE | TIME | OBSERVATION, ACTION, OR POSSIBLE SOLUTION |
|------|------|-------------------------------------------|
| 6/11/04 | 6ᵖᵐ | Rested well c further behaviour problems will monitor pt closely. ——— nurse sig |
| 6/14/04 | 9⁰⁵ₚₘ | Pt non-compliance to staff, threatening staff aggressive, very abusive verbally, agitated, threw a elbow @ staff ——— R. Gray |
| 6/14/04 | 2125 | |
| 6/14/04 | 9:30pm | OD Note. Patient had been agitated and aggressive all evening. He was cursing, yelling and threatening staff members. He was tried earlier to verbally calm him down. He was actually angry this evening because he is not allowed to eat anything from vending machine. His privileges were taken away slowly because he doesn't follow direction and any routine unit activities. Therefore, when he was told that patient wouldn't have a candy bar he lost control and started to fight physically with staff members over and also threatened to "get the staff". He was separated, given prn medication of Geodon 20mg I/m, 2mg of Ativan and 50 mg of Benadryl. He had to be secluded because he continued to hit and kick the walls & staff. Seclusion was started at 9:00 pm not to exceed for more than 2 hrs. He may be released earlier if he calms down. ——— Sal Al DUREICHI, MD |
| 6/14/04 | 2330 | Pt remains in seclusion - upon approach @ 2230 pt awake, lying on side facing away from the door - door opened and inquired how he was feeling - glanced over his shoulder & refused to speak to staff. Seclusion continues. H Naylor RN Dr. Tarter contacted & aware of above. ——— H Naylor RN |

TP-12A (Rev 12/01)                                    Document Control No - 35 06 30 85 05 17

LEWIS, JIMMY **PROGRESS NOTES** (Continued)
46443 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
4 EDWIN PLACE NEWARK NJ 07112
MELBA JEAN LEWIS MOTH AREA 5
973-481-5528

**CONFIDENTIAL INFORMATION**
For professional use by authorized persons only -- not to be duplicated

| DATE | TIME | OBSERVATION, ACTION, OR POSSIBLE SOLUTION |
|------|------|-------------------------------------------|
| 6/13/04 | | Cont: patients and staff. This was reported to Dr. Lawrence, RN and pt. was given a PRN. — R. Cars |
| 6/13/04 | 8pm | Patient became disruptive on the unit due to his anger over being asked to leave the bathroom and clear the hall in order for 2:1 patient to have access. Pt. began cursing & refused to follow unit routine. Patient was asked if he needed a prn to help him calm down, pt. replied yes! Prn Geodon & Ativan was given. Pt. cont. to refuse to go to the dayhall, others pt. went & pt. remained on the unit c̄ a staff present. — Dr. ackercoph |
| 6/14/04 | 12:30 am | During to changing of shift, Pt. (Jimmie Lewis) was told to close the laundry room door. Pt. then begin to threaten the staff and getting aggressive. Pt. was told to claim down and relax. — end of statement — Chan E Oak |
| 6/14/04 | 1:30 am | Pt. became extremely ↑ agitated for no apparent reason. Pt. level of agitation escalating rapidly. Verbal interventions ineffective in redirecting his behavior. Pt. resisted to and not willing to take prn meds. Nursing supervisor called for extra help due to pt.'s unpredictable behavior. Pt. continues to be ↑ agitated and not willing to take prn meds in even after much encouragement. Pt. had to be physically escorted to Q.R. & prn meds given. Pt. remained in Q.R. per Susan and returned to his bedroom. Pt. resting quietly at present time. Will monitor pt. closely. — m ___ rd |

**DEPARTMENT OF HEALTH AND SOCIAL SERVICES**
**DIVISION OF SUBSTANCE ABUSE AND MENTAL HEALTH**
**DELAWARE PSYCHIATRIC CENTER**

P R O G R E S S   N O T E S
(Continued)

CONFIDENTIAL INFORMATION
for professional use by authorized
persons only -- not to be disclosed

LEWIS, JIMMY
46443  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  UNK M AF U  12/25/66
4 EDWIN PLACE NEWARK NJ 07112
MELBA JEAN LEWIS MOTH. AREA 5
973-481-5028                    05/21/2004

Lewis, Jimmie

| DATE | TIME | OBSERVATION, ACTION, OR POSSIBLE SOLUTION |
|------|------|-------------------------------------------|
| 6/11/04 | 2140 | Pt requested a copy of his medication and side-effects I told the Pt assoon as I am finish with the meds I will write out the meds Seroquel 50mg and the side effects the Pt waited until I had and pt left to give meds since he received his meds first in line he yelled from the end of the hallway repeating over and over again about the meds and side effects At the medication line I explained what the meds are why he is taking it and side effects Pt stated he wanted it written out on a piece of paper. I wrote the medication out on a piece of paper with side effects and attempted to give it to the pt when he bluntly refused it infront of our attendant and the nurse in charge. ———— Margaret Wilson |
| 6/13/04 | 1:15 pm | Nsg Note: Pt. became verbally abusive and agitated cursing @ staff and refusing to comply with rules and procedures for dayhall and unit. Pt. refused to go to dayhall which caused the rest of patients to stay on unit and he disrupted the unit with arguing and threatening other |

TP-I2A (Rev. 12/01)

**P R O G R E S S   N O T E S**

Document Control No.: 35 06 30 85 05 17

LEWIS, JIMMI          12/43/00
46443 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 UNK M AF U
4 EDWIN PLA,  **PROGRESS NOTES** (Cont ed.) **CONFIDENTIAL INFORMATION**
MELBA JEAN LEWIS 40TH AREA 5                        For professional use by authorized
Patient's Name  973-481-5028        05/21/2004        Hospital No.  persons only -- not to be duplicated

| DATE | TIME | OBSERVATION, ACTION, OR POSSIBLE SOLUTION |
|------|------|--------------------------------------------|
| 6/6/04 | 6:30 pm | OD note —

Patient was agitated and hit another patient on the head and when he was separated he also hit the staff on the face. on vacllator. he stated that he did not get his salads and he was upset about that. He was given Haldol 5 im and Benadryl 50 im and when he continued to be agitated he was put in 4 point restraint for safety of self and others he had intense eye contact speech loud. He appeared alert. He denied AVH. He denied SI or violent ideations. He will be tapered off restraints when he calms down — SANDHU, MD

Addendum
His Papa, pool play, visits and snack area will be restricted as advised by Dr Forbe until evaluated by treatment team — SANDHU MD |
| 6/6/04 | Nsg 8P | [illegible handwritten entry] |

00093

DEPARTMENT OF HEALTH & SOCIAL SERVICES
DIVISION OF ALCOHOLISM, DRUG ABUSE AND MENTAL HEALTH
DELAWARE PSYCHIATRIC CENTER

## PROGRESS NOTES

```
LEWIS, JIMMY           12/25/66
46443 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 UNK M AF U
4 EDWIN PLACE NEWARK NJ 07112
MELBA JEAN LEWIS MOTH AREA 5
973-481-5028          05/21/2004
```

*Jimmy Lewis*

| DATE | TIME | OBSERVATION, ACTION, OR POSSIBLE SOLUTION |
|------|------|-------------------------------------------|
| 5-21-04 | 1030 | **Next of Kin:** refuses to speak |
| | | **Address:** |
| | | **Telephone:** |
| | | **Admitted to:** Motobella ☒ **At:** 1100 |
| | | ☒ Oriented to Ward    ☒ Given Patient Handbook |
| | | **Height:** Ft: 5 In: 11  **Weight:** Lbs.: 244 |
| | | **Eye Color:** brown   **Hair Color:** black |
| | | T. 98.6 °F.  P. 98 /min.  R. 20 /min.  B.P. 140/98 |
| | | **Behavioral Observations:** Pt refuses to speak / answer questions. Pt sitting on exam table fidgeting/twisting his hands and looking down at the floor. Pt's eyes are reddened, appears to be sad. *Diane Sewell RN* |
| 5/21/04 11am | | Psychiatric — Full eval on chart |
| 5/21/04 | 1400 | Medical Note  I was called to see this new admission because of HTN + also for physical exam. So I introduced myself as a medical doctor that will do his physical exam, but he refused to sit down or even do or take his BP, upset because he was on his 3rd nostrip + was disturbed to be brought here for exam.
The nurse, staff + I tried to convince him that it will take just 15-30 minutes to examine but would not budge to sit down. In room done today. Try next time *[signature]* |

TP-12 (Rev. 5/85)                                                  Doc. No. 35/06/002  DSH-313

06/24/2004   18:46    MITCHELL BLDG. → DIPPI                      NO.845   P001

STATE OF DELAWARE
DEPARTMENT OF HEALTH AND SOCIAL SERVICES

LEWIS, JIMMY                    12/25/66
48445 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 UNK M BP U
4 EDWIN PLACE NEWARK NJ 07112
HELEN JEAN LEWIS MOTH AREA 5
973-481-5020
LEWIS JIMM 12/12/2004

# DOCTOR'S ORDER SHEET

" Authorization is given to dispense a Generic Equivalent under Hospital Formulary System unless NO SUBSTITUTION (Or NO SUBS) is noted."

Name: _____  Facility: _____  Activity: _____  Case No.: _____

| DATE ORDERED | TIME | TREATMENT or MEDICATION | NOTED B' |
|---|---|---|---|
| 6/21/04 | 11:00p | Please give Pt Geodon 20mg IM + Ativan 2mg IM NOW as Pt extremely agitated assaultive ~~suicidal~~ _____ BERWKT MD | |
| 6/21/04 | 11:0? | Four Point restraints for extreme agitation pt trying to knock down the door being danger to self and others restraints not to exceed 2 hours, can come off when calm _____ BERK Mr 9 MD | |
| 6/21/04 | 11:40pm | Pt continues to be physically aggressive while combative reassessment requires 5 point restraints, not to exceed 2 hours, can come off when calm others _____ BERK MD | |
| 6/22/04 | 1:0?am | Continue 4° restraints not to exceed 2 hours for safety of self & others T.O Berika / _____ | |
| 6/22 d | 6/23 d | | |

MHSS—019A

"PRESS HARD – (USE BALLPOINT PEN ONLY) NO FELT TIPS"

D.C.No.:35-06-002-84-10-04-DSH-183

WHITE – Medical Record     PINK – OTHERS – Return To Pharmacy

PROGRESS NOTES (Continued)

Patient's Name MELBA JEAN LEWIS    Hospital No. _____

A EDWIN PLACE PARK NJ 07112
NOTE AREA 5
973-481-5628    05/21/2004

| DATE | TIME | OBSERVATION, ACTION, OR POSSIBLE SOLUTION |
|------|------|-------------------------------------------|
| 5/21/04 | 9:00 pm | OD Note |

Pt Lewis reportedly hit another on the (R) *Right* and then (NB) *right* side of jaw ear.

| 5/21/04 | 9:20 pm | OD Note |

Mr. Lewis hit another Pt on lower jaw, on both sides. He needed PRN Meds and was secluded for extreme agitation. On interview Pt was calm, explained his behavior as a response to another Pt stealing his cassette tape. He refused to apologize and stated he had no regret to hit the thief. Pt can be released from seclusion after calm and no danger to others.

⎯⎯⎯ S W Porter  BERKWM

| 5/21/04 | 11:00 | Psych OD Note |

Pt became agitated when evaluated for continuation of seclusion, started forcefully banging the door and cursing. Pt was rapidly escalating becoming increasingly dangerous to self and others. Pt was given Geodon 20mg IM c̄ Ativan 2mg IM and restrained in 4 point restraint. After a. (NB)

⎯⎯⎯ S W Porter  B.F.KIKONIL

| 5/21/04 | 11:15 pm | Pt was in 4 Pt Restraints. Pt Broke Restraints to (R) Hand. While attempting to secure (R) hand Pt Struck Winter in the Mouth. 4 Pt Restraints Re applied. (NB) ⎯⎯⎯ David Smith |

DEPARTMENT OF HEALTH AND SOCIAL SERVICES
DIVISION OF SUBSTANCE ABUSE AND MENTAL HEALTH
DELAWARE PSYCHIATRIC CENTER

**PROGRESS NOTES**
(Continued)

LEWIS, JIMMY                12/25/66
46443 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 UNK M AF U
4 EDWIN PLACE NEWARK NJ 07112
MELBA JEAN LEWIS MOTH AREA 5
973-481-5028                05/21/2004

| DATE | TIME | OBSERVATION, ACTION, OR POSSIBLE SOLUTION |
|------|------|-------------------------------------------|
| 4/22/04 | 2430 | Pt became angry p assessment of OD to continue seclusion because he would not contract for safety. Pt kicking & banging door — OD determined that he would require 4 pt restraints. Supervisor called to request assistance due to explosive behavior. Pt placed in 4 pt restraints @ 11:05 PM & given PRN (IM). —— Helen Harlow RN |
| 4/22/04 | 1 AM | Pt. remains in 4 restraints due to agitation. OD called & renewed order for 4 restraints not to exceed 2 hr. Will monitor pt closely. —— M. Jennie RN |
| 4/22/04 | 2 AM | Pt. is calm & quiet c arm & left leg restraint removed. —— M. Jennie RN |
| 4/22/04 | 3 am | pt error cast 4 restraints DC'd at this time. Pt. contracted for safety & returned to bedroom. Will monitor pt. closely. —— M. Jennie RN |
| 4/22/04 | 6 am | pt rested well s further behavioral problems. Will monitor pt. closely. —— M. Jennie RN |
| 6/26/04 | 6:10 pm | Pt AEO x 3, maintained as routine observation, denies any A/V hallucinations or Suicidal ideation pt around 430 pm Mose Ayers reported + wrote that pt was calling he a "bitch" as he worked by writer along with H. Howard, L. Segal time writer pt he reported that he did not say anything directed toward Mr Ayers pt did report cursing. writer informed pt that he should not be cursing at pt & pt agrees to stop [illegible] with the wk. [illegible] |

Patient's Name: MELBA JEAN LEWIS    Hospital No.: _____

| DATE | TIME | OBSERVATION, ACTION, OR POSSIBLE SOLUTION |
|------|------|-------------------------------------------|
| 6/21/04 | 9:00pm | OD Note — Mr. Lewis reportedly hit another on the left and the (Right) side of jaw. err. |
| 6/21/04 | 9:20pm | OD Note — Mr. Lewis hit another Pt on lower jaw on both sides. He needed PRN Meds and was secluded for extreme agitation. On interview Pt was calm, explained his behavior as a response to another Pt stealing his cassette tape. He refused to apologise and stated he had no regrets to hit the thief. Pt can be released from seclusion when calm and no danger to others. ___ BERRIANS MD |
| 6/21/04 | 11:03 | Psych OD Note — Pt became agitated when evaluated for continuation of seclusion, started forcefully banging the door and cursing. Pt was rapidly escalating becoming increasingly dangerous to self and others. Pt was given Geodon 20mg IM c̄ Ativan 2mg IM and restrained in 4 point restraint. After __ . ___ BERRIANS MD |
| 6/21/04 | 11:15pm | Pt was in 4 Pt Restraints. Pt Broke Restraint to R Hand. While attempting to secure R hand Pt struck writer in the mouth. 4 Pt Restraints Reapplied. ___ |

**DEPARTMENT OF HEALTH AND SOCIAL SERVICES**
**DIVISION OF SUBSTANCE ABUSE AND MENTAL HEALTH**
**DELAWARE PSYCHIATRIC CENTER**

**PROGRESS NOTES**
(Continued)

```
LEWIS, JIMMY            12/25/66
46443 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 UNK M AF U
4 EDWIN PLACE NEWARK NJ 07112
MELBA JEAN LEWIS MOTH AREA 5
973-481-5028            05/21/2004
```

| DATE | TIME | OBSERVATION, ACTION, OR POSSIBLE SOLUTION |
|------|------|-------------------------------------------|
| 6/21/04 | 1350 | MEDICAL NOTE: Pt says he was restrained about 2 weeks ago the said guard accidentally pushed on his neck area & since then he had been feeling "difficulty swallowing" — no SOB ⊖ vomiting ⊖ heartburn, ⊖ chest pains, ⊖ cough. Pt says he eats all types of food. P.E.: ambulatory, ⊖ distress, 128/80 – 96.6° – 90 – 12 ⊖ neck swelling, ⊖ neck tenderness. ⊖ neck deformity, ⊖ tracheal shift ⊖ pharyngeal mass, ⊖ pharyngeal erythema. foot exam: (+) erythematous rash c̄ fissures toes ⊕ (R) foot A 1. No evidence of tracheal injury; ⊖ pharyngeal obstruction 2. Tinea pedis P = Lotrimin cream |
| 6/21/04 | 8:30 pm | Pt stated earlier because he lost his privileges he was going to punch somebody out. Pt also stated "Staff can suck my dick." — Susana Haner NA |
| 6/21/04 | 2110 | Pt had struck peer — ⊕ (R) jaw — also ⊕ (R) rib area which has small abrasion. Pt requested to walk to quiet room which he did — pacing rapidly around rm — PRN of geodon 10mg — benadryl 50 mg — ativan 1mg PO given @ 2030. Agitation apparent so seclusion was initiated — pt emptied pockets of papers & money — counted & marked $8.15 sealed & locked in med rm. shoes removed, clean shirt given & door locked. X Hanlon RN |

DEPARTMENT OF HEALTH AND SOCIAL SERVICES
**DIVISION OF SUBSTANCE ABUSE AND MENTAL HEALTH**
**DELAWARE PSYCHIATRIC CENTER**

# PROGRESS NOTES
(Continued)

```
LEWIS, JIMMY              12/25/66
46443 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 UNK M AF U
4 EDWIN PLACE NEWARK NJ 07112
MELBA JEAN LEWIS MOTH AREA 5
973-481-5028             05/21/2004
```

| DATE | TIME | OBSERVATION, ACTION, OR POSSIBLE SOLUTION |
|------|------|-------------------------------------------|
| 6/22/04 | 2430 | Pt became angry p assessment of OD to continue seclusion because he would not contract for safety. Pt kicking & banging door — OD determined that he would require 4 pt restraints. Supervisor called to request assistance due to explosive behavior. Pt placed in 4 pt restraints @ 11:05 PM & given PRN IM. —— Helen Harlow Rn |
| 6/22/04 | 1 AM | Pt remains in 4 restraints due to agitation. OD called & renewed order for 4 restraints not to exceed 2hr. Will monitor pt closely. —— m. ___ RN |
| 6/22/04 | 2:30 | Pt is calm & quiet. R arm & left leg restraint removed. —— m. ___ RN |
| 6/22/04 | 3 am | 4 restraints DC'd at this time. Pt contracted for safety & returned to bedroom. Will monitor pt closely. —— m. ___ RN |
| | 30 | Pt rested with ___ further ___ problems. Will monitor pt closely. —— m. ___ RN |
| 6/26/04 | 6:10 am | Pt sleep. Monitored as continuous observation. Denies any A/V hallucinations at time. Identified pt approx 4:30 pm nose area reported & wrote that it was coming to a "bitch" as he worked. By writer along with pt, Howard, L. Sayer took note, pt reported that he did not say anything direct toward his area. Pt did report cursing. Writer informed pt that he should not be cursing ___ pt agrees to stop therapy interaction ___ by nc. Coleman RN |

PROGRESS NOTES

DEPARTMENT OF HEALTH AND SOCIAL SERVICES
DIVISION OF SUBSTANCE ABUSE AND MENTAL HEALTH
DELAWARE PSYCHIATRIC CENTER

**PROGRESS NOTES**
(Continued)

LEWIS, JIMMY          12/25/66
46443 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 UNK M AF U
4 EDWIN PLACE NEWARK NJ 07112
MELBA JEAN LEWIS MOTH AREA 5
973-481-5028          05/21/2004

| DATE | TIME | OBSERVATION, ACTION, OR POSSIBLE SOLUTION |
|------|------|-------------------------------------------|
| 6/23/04 | Cont | Social Service Note Cont. (Weekly) He may be laying ground work for another assaultive episode to be acted out in the near future. — Florenda Scott Cobb, MSW |
| 6/24/04 | 5 PM | Psychiatry Discharge Note — Client reviewed since the last entry on 6/15/04 (out on vacation). Mr. Lewis has been hostile, threatening, assaultive + reactive to verbal redirection. There has been no evidence of psychosis, depression or mania. Mr. Lewis has difficulty in limit setting boundaries, + especially in respecting the rights of others. He has not benefited from a psychiatric admission. He carries the dx of Malingering and Alcohol Abuse, Antisocial Personality D/o + Hypertension. Our attempts to engage Mr. Lewis in therapies have not been successful. No SPMI sx. Mr. Lewis has c/o Hx drug side effects but the attempts to ameliorate have been judged to be malingered by the team. However, any threats to harm himself or others should be taken seriously as Mr. Lewis is highly manipulative + will stop at nothing to obtain his demands. Plan — Discharge or back to the care of DOC on 6/28/04. — Silva Patel M. |

00137

PROGRESS NOTES

LEWIS, J...
4 EDWIN ...
NEWARK NJ 07112
MELBA JEA...
973-481-...

| DATE | TIME | Con't | OBSERVATION, ACTION, OR POSSIBLE SOLUTION |
|------|------|-------|-------------------------------------------|

6/13/04 | patients and staff. This was reported to D. Lawrence, RN and pt was given a PRN. — R. Ailes

6/13/04 ?pm | Patient became disruptive on the unit due to his [Carter's?] over being asked to leave the bathroom and clear hall in order for 2:1 patient to have access. Pt began cursing + refused to follow unit routine. Patient was asked ~~if he needed a prn to help him~~ calm down, pt replied yes! Prn Geodon + Ativan was given. Pt cont. to refuse to go to the dayhall. [Others?] pt [went?] + pt remained on the unit [c] a staff present. — D.[Lawrencen?]

6/14/04 12:30 am | During the changing of shift, Pt. (Jimmie Lewis) was told to close the laundry room door. Pt then begin to threaten the staff and getting aggressive. He was told to calm down and relax. — End of shift. — [Chen? E Oat?]

6/14/04 1:?? am | Pt. became extremely ↑ agitated for no apparent reason. Pt level of agitation escalating rapidly. Verbal interventions ineffective in redirecting his behavior. Pt. resisting ~~prior error~~ and not willing to take prn meds. Nursing supervisor called for extra help due to pt's unpredictable ~~over~~ behavior. Pt. continues to be ↑ agitated and not willing to take Prn meds in even after much encouragement. Pt. had to be physically escorted to o.r. [seclusion] & prn meds given. Pt. remained in o.r. for 5 min. and returned to his bedroom. Pt. resting quietly at present time. Will monitor closely. — [m ji...]

Case 1:04-cv-01366-JMB    Document 150-5    Filed 04/19/2007    Page 55 of 66

# PROGRESS NOTES (Continued)

Patient's Name _NELBA JEAN LEWIS_     Hospital No. _____

| DATE | TIME | OBSERVATION, ACTION, OR POSSIBLE SOLUTION |
|------|------|-------------------------------------------|

Continue — Pt began to observe incident. He was *unable* to follow commands & resistive & oppositional behavior. Pt stated he was agitated because he did not get his mail. Writer explained that all packages are opened by the patient in view of the secretary. He was *more* resistive to this as they were. Pt resume from 4 pints @ 1700. Continue to *monitor* Care.

05/25/04 CW — Pt remains with us throughout this shift. No behavioral problems noted. Will monitor be closely. — M Davis RN

1 Pm N&R
4:25p RN

**NURSING DISCHARGE PROGRESS NOTE:**

- The time of discharge: 10:44 AM
- Vital Signs within eight hours of discharge: 113/71 - 96⁸ - 78 - 18
- Date and result of last PPD: 5/3/04 DOC
- Medication education completed within 24 hours of discharge: Y / (N)
- Pt took all personal belongings: Y / (N)
- Nursing Portion of Discharge Face Sheet completed (Y) / N
- Where pt is going, with whom, and how: Patient returned to prison
  N/a DOC transport
- A brief narrative of the pt's mental status: Patient was escorted to hallway for handover to DOC guards. Pt calm & cooperative
  — J Lawrence RN

00140

DEPARTMENT OF HEALTH AND SOCIAL SERVICES
DIVISION OF SUBSTANCE ABUSE AND MENTAL HEALTH
DELAWARE PSYCHIATRIC CENTER

# PROGRESS NOTES
## (Continued)

```
LEWIS, JIMMY
46443  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  UNK M AF U    12/25/66
4 EDWIN PLACE NEWARK NJ 07112
MELBA JEAN LEWIS MOTH AREA 5
973-481-5028                    05/21/2004
```

| DATE | TIME | OBSERVATION, ACTION, OR POSSIBLE SOLUTION |
|---|---|---|
| 6/14/04 | 6:00 | Rested well. J further behavioral problems will monitor pt closely. — _____ RN |
| 6/14/04 | 9:25 pm | Pt non-compliant to staff, threatening staff, aggressive, very abusive verbally, agitated, threw elbow @ staff — R. Gray |
| 6/14/04 | 21:25 | |
| 6/14/04 | 9:30 pm | MD Note.

Patient had been agitated and aggressive since evening. He was cursing, yelling and threatening staff members. He was tried earlier to verbally calm him down. He was actually angry this evening because he is not allowed to eat anything from vending machine. His privileges were taken away slowly because he doesn't follow direction and any routine unit activities. Therefore, when he was told that patient couldn't have a candybar, he lost control and started to fight physically with staff members, taken and also threatened to "get the staff".
He was separated, given prn medication of Geodon 20 mg IM, 2 mg of Ativan and 50 mg of Benadryl. He had to be secluded because he continued to hit and kick the walls & staff. Seclusion was started at 9:00 pm not to exceed for more than 2 hrs. He may be released earlier if he calms down.
SHAH DIRECTH, MD |
| 6/14/04 | 22:30 | Pt remains in seclusion - upon approach @ 2230 pt awake, lying on side facing away from the door - door opened and inquired how he was feeling - glanced over his shoulder & refused to speak to staff. Seclusion continues. H Taylor RN doctor contacted & nurse above. — H Taylor RN |

DEPARTMENT OF HEALTH AND SOCIAL SERVICES
DIVISION OF SUBSTANCE ABUSE AND MENTAL HEALTH
DELAWARE PSYCHIATRIC CENTER

**PROGRESS NOTES**
(Continued)

```
LEWIS, JIMMY              12/25/66
46443 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 UNK M AF U
4 EDWIN PLACE NEWARK NJ 07112
MELBA JEAN LEWIS MOTH AREA 5
973-481-5028              05/21/2004
```

| DATE | TIME | OBSERVATION, ACTION, OR POSSIBLE SOLUTION |
|------|------|---------------------------------------------|
| 6/23/04 | 1535 | Pt wrote a grievance against a female NA, stating that p snubs - she passed by making derimental comments re: his sexual preferences, etc. At time this occurred, RN was passing meds from med cart just inside door of unit. NA entered unit and walked past the pts who were lined up awaiting their meds - walked to NA desk ṣ comment to anyone and went to desk. Hherlow RN |
| 6/23/04 | 6:15 PM | Pt was re-directed from peering into another patients door window and became verbally abusive towards staff asking "if they where trying to create a scene and if they wanted him to start focusing on him." Lance A. Sagera N.A. |
| 6-24-04 | 1²⁰p | Pt was in the dining room @ his table during lunch Mr Lewis threw his lunch tray against the wall and was ask by staff to pick up his tray, there was no response Mr Lewis then reached over and grabbed another pt's tray and threw it against then wall and stated "I want my fucking mail". The attempted to re-direct Mr. Lewis to clean up his trays and he refuse redirection. ✝ [signature] |
| 6/24/04 | 148 pm | pt's level of agitation escalating rapidly. Verbal intervention ineffective in reducing his behavior. PRN Ativan 2mg Im, Benadryl 50mg Im, Haldol 10mg Im given to help pt regain control of his behavior. Pt continues to be agitated. O.D called @ 40 restraints O.D stained & places pt 40 restraints [signature] ➝ |

PROGRESS NOTES

AR-0138



DIVISION OF ALCOHOLISM, DRUG ... AND MENTAL HEALTH
DELAWARE PSYCHIATRIC CENTER

## COMMUNICATION RESTRICTION
## CHECKLIST

LEWIS, JIMMY          12/25/66
46443 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 UNK M AF U
4 EDWIN PLACE NEWARK NJ 07112
MELBA JEAN LEWIS MOTH AREA 5
973-481-5028      05/21/2004

**RESTRICTION TYPE:**   Phone   Mail   (Visits)

**PATIENT INCLUDED IN DECISION:** (yes)  no

**FAMILY NOTIFICATION GIVEN:**  yes  (no)

**ADDRESSED ON Tx PLAN:** (yes)  no

**DOCTOR'S ORDER DATED:** 6/8/04

**ORDERING PHYSICIAN** (please print): Sylvia Foskens MD

**DESCRIPTION OF RESTRICTION:** Pt will be restricted from visits for 1 week

**JUSTIFICATION:** Pt has been aggressive; he assaulted a peer.

## WEEKLY TREATMENT TEAM EVALUATION

| Date | Effective? yes | no | CONTINUED JUSTIFICATION & PHYSICIAN'S SIGNATURE | Continue yes | no |
|------|------|------|------|------|------|
| 6/15/04 | | ✓ | Pt continues aggressive, oppositional + argumentative | ✓ | |
| 6/21/04 | | ✓ | Pt remains aggressive, oppositional cursing & threatening staff | | |
| | | | for professional use by authorize persons only - not to be duplicated or released to others | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Communication Checklist (April 97)......Delaware Psychiatric Center
Place behind Master Treatment Plan

EXHIBIT J, P. 1                    43

# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

## IN AND FOR THE COUNTY OF NEW CASTLE

STATE OF DELAWARE                    :
                                     :
        v.                           :
                                     :
JIMMY LEWIS                          :          I.D. No. 0305016966
                                     :

### NOTICE OF MOTION

TO:    John S. Edinger, Esquire
       Office of the Public Defender
       820 North French Street
       Wilmington, DE 19801

**PLEASE TAKE NOTICE** that the within Motion to Declare Jimmy Lewis

an Habitual Offender is being filed with the Court, and will be heard at the time of sentencing.

_____
Brian J. Robertson
Deputy Attorney General
Department of Justice
820 N. French Street, 7th Floor
Wilmington, DE 19801

2004 JUL 19 PM 12: 29
FILED PROTHONOTARY

DATE: July 15, 2004

```
                    SUPERIOR COURT CRIMINAL DOCKET              Page    5
                       ( as of  10/30/2006 )

State of Delaware v.  JIMMY LEWIS                     DOB: 12/25/1966
State's Atty: BRIAN J ROBERTSON , Esq.       AKA:
Defense Atty: JOHN S EDINGER , Esq.


        Event
No.     Date        Event                                    Judge
------------------------------------------------------------------------
37   05/13/2004
        PSYCHOLOGICAL/PSYCHIATRIC REPORT FILED.
        SUBMITTED BY:  DONALD NAPOLIN, MENTAL HEALTH SUPERVISOR
        AND ORDER REQUESTING DEFENDANT BE TRANSFERED TO MITCHELL BUILDING
        GRANTED BY JUDGE TOLIVER ON 5-13-04
38   05/14/2004
        DEFENDANT'S LETTER FILED.
        LETTER REGARDING NAMES AND PLACE EMPLOYMENT OF BAILIFF'S WHO PROVIDED
        COURT ON 10/21 10/23 FOR A WRIT OF MANDAMUS TO BE FILED.
        *SEE FULL LETTER IN FILE.
40   06/16/2004
        LETTER FROM DIANNE STACHOWSKI TO JUDGE TOLIVER, REQUESTING DEFT
        BE TRANSFERED BACK TO DOC.
39   06/28/2004
        PSYCHOLOGICAL/PSYCHIATRIC REPORT FILED.
        SUBMITTED BY:  SYLVIA FOSTER MD
        COPY SENT TO ATTORNEY AND JUDGE TOLIVER
41   06/29/2004
        LETTER FROM DIANNE STACHOWSKI TO JUDGE TOLIVER REQUESTING DEFENDANT
        BE TRANSFERRED BACK TO DOC.
42   07/06/2004
        LETTER FROM COMMISSIONER WHITE TO COUNSEL GIVING THEM 10 DAYS TO
        REQUEST A COMPETENCY HEARING AND INFORMING OF THE SENTENCING DATE
        OF 8-27-04 AT 9:30 WITH JUDGE TOLIVER.
43   07/19/2004
        MOTION TO DECLARE DEFENDANT AN HABITUAL OFFENDER FILED.
        BY BRIAN J ROBERTSON,DAG
        MOTION PUT IN FILE TO BE HEARD AT SENTENCING
44   07/26/2004
        PSYCHOLOGICAL/PSYCHIATRIC REPORT FILED.
        COPY RECEIVED FROM DEFENDANT LEWIS
        SEALED BY ORDER OF SUPERIOR COURT
45   08/02/2004
        CONTINUANCE REQUEST FILED BY J EDINGER - GRANTED PER JUDGE ABLEMAN
        (SENTENCING)
46   08/09/2004
        MOTION TO DISMISS COUNSEL FILED PRO SE.   REFERRED TO JUDGE ABLEMAN
47   08/17/2004
        MOTION FOR COMPETENCY HEARING FILED PRO SE.   REFERRED TO JUDGE ABLEMAN
48   08/17/2004
        MOTION FOR DISCOVERY FILED PRO SE. REFERRED TO JUDGE ABLEMAN
49   08/20/2004                                    ABLEMAN PEGGY L.
```

IN THE SUPREME COURT OF THE STATE OF DELAWARE

JIMMY LEWIS,              )
                             )
        Defendant-Below,    )
        Appellant          )
                             )
    v.                    )    No. 64, 2005
                             )
STATE OF DELAWARE,      )
                             )
        Plaintiff-Below,    )
        Appellee          )

STATE'S RESPONSE TO
APPELLANT'S RULE 26(c) BRIEF

The State of Delaware submits the following in response to the appellant's Rule 26(c) brief:

1.    In June 2003, a New Castle County Grand Jury indicted the defendant on charges of carjacking, felony theft and resisting arrest. (A1). He was tried on these charges before a Superior Court jury in October 2003. (A2). The State's case at trial consisted primarily of the testimony of the victim, Patrick Geer. (A16-24). On May 26, 2003, shortly after midnight, Geer was driving in the area of 4th, 5th and West Streets in Wilmington looking for a certain individual to pick up for male companionship. Unsuccessful, he found himself stopped at the intersection of 4th and King Streets when a man standing on the corner asked if he could get in. This, as it turned out, was the defendant, Jimmy Lewis. Geer refused. Lewis got in anyway and asked for a ride "up the hill." (A19). Nervous, Geer decided to comply, made a U-turn and drove toward Meeting House Hill. As they drove up 4th Street, Lewis demanded money. Geer offered him some change he had in his ash tray, but Lewis pointed to a bulge

10.    The defendant's primary complaints on appeal deal with his supposed mental illness, e.g., that Superior Court did not continue his trial to have him psychiatrically evaluated nor did the court take into account his mental illness in imposing sentence, among other things.  On the morning of trial, the defendant claimed that he had forgotten to take his medication and was having a psychotic episode, which included hearing voices.  (Tr. 10/21/03 at 15).  The trial judge then questioned defense counsel regarding the defendant's mental status.  Counsel replied that he had met with the defendant five times before trial and an investigator once at an initial interview and that the defendant had never reported a history of mental problems. (Id. at 16-17).  The court nevertheless asked counsel to determine whether the defendant was, in fact, on medication. Following the luncheon recess, defense counsel reported that the defendant had refused to sign a waiver of confidentiality and, so, counsel was unable to comply with the court's request.  (Id. at 20).  The court then questioned the defendant directly regarding his mental state.  The defendant could only say that he was taking "[m]edicine for the voices" given him by the "[d]octor at the jail."  (Id. at 21-22).  The defendant then agreed to sign the waiver.  While awaiting information on the defendant's mental condition from the prison, the court ordered the trial to proceed, stating that if the information from the prison warranted it, she would declare a mistrial.  (Id. at 24-25). Trial then proceeded.  At the close of the State's case but

before the defendant testified, defense counsel told the court he had not yet received official medical records from the prison but had learned through public defender staff that the defendant had been prescribed two medications (one of which he refused to take) and had originally been placed in the "mental health pod" but was now in the general population. There had been no definitive diagnosis of mental illness. (Tr. 10/22/03 at 41-43). The court then ordered the trial to proceed.

11. Following the defendant's conviction, but before sentencing, the court ordered the defendant transferred to the Delaware Psychiatric Center for evaluation. (Super. Ct. dkt. no. 26). A report from the Center, submitted by forensic psychiatrist Sylvia Foster, was filed with the court on June 28, 2004. (Super. Ct. dkt. no. 39). Dr. Foster's primary diagnosis was malingering, defined by Dr. Foster as "the intentional production of false or grossly exaggerated physical or psychological symptoms, motivated by external incentives such as getting out of prison into a psychiatric unit." Report at 6. In light of this diagnosis, the defendant's present complaints, centered on his supposed mental illness, may be rejected out of hand.

12. Of the defendant's remaining complaints, some (e.g., prison guards manhandled him in an elevator) have nothing to do with his conviction or sentence and are more properly the subject of a civil action. And others (e.g., a prison guard stood by the witness stand while he testified) have no record basis.

SUPERIOR COURT
OF THE
STATE OF DELAWARE

PEGGY L. ABLEMAN
JUDGE

NEW CASTLE COUNTY COURTHOUSE
500 NORTH KING STREET, SUITE 10400
WILMINGTON, DELAWARE 19801-3733
TELEPHONE (302) 255-0660

February 28, 2005

Brian J. Robertson, Esquire
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801

Mr. Jimmie Lewis
SBI# 506622
H.R.Y.C.I.
P.O. Box 9561
Wilmington, DE 19809

RE:  **State v. Lewis**
     **I.D. No. 0305016966**

Dear Mr. Robertson and Mr. Lewis:

The Court has received and considered Defendant Jimmie Lewis' Motion for a New Trial pursuant to Superior Court Criminal Rule 33, filed on February 17, 2005. For the following reasons, the Motion is **DENIED**.

In this Motion, Lewis argues that he was incompetent to stand trial due to mental illness, and also that the State unlawfully withheld evidence during the trial. Lewis' competency was the subject of substantial debate during pre-trial motions, during the trial itself, and during sentencing. The Court accepts the voluminous evidence that Lewis was competent to stand trial, most notably, reports from the Delaware Psychiatric Center that his main problem is that he is narcissistic, violent, and abusive, and that his attempts to blame these traits on psychiatric illness represent malingering, i.e. faking. Lewis offers no grounds to revisit that determination, and I will not do so here.

Lewis also makes various evidentiary claims. Without exception, these claims are trivialities that were adequately explored, and had little relevance to and no effect on the outcome of the trial. Nothing in this Motion necessitates the grant of a new trial.

Brian J. Robertson, Esquire
Mr. Jimmie Lewis
February 28, 2005
Page 2


For these reasons, Defendant's Motion for a New Trial is **DENIED**.

Yours very truly,

*Peggy L. Ableman*

Peggy L. Ableman


PLA:ad
cc:    Prothonotary

# STATE OF MIND

An element of a criminal offense deals with the state of mind of the defendant. It is, of course, difficult to know what is going on in another person's mind. Therefore, you are permitted to draw an inference, or in other words to reach a conclusion, about a defendant's state of mind from the facts and circumstances surrounding the act that the defendant is alleged to have done. In reaching this conclusion, you may consider whether a reasonable person acting in the defendant's circumstances would have had or would have lacked the requisite intention or knowledge. You should, however, keep in mind at all times that it is the defendant's state of mind which is at issue, and in order to convict the defendant you are required to find beyond a reasonable doubt that the defendant in fact had the intention or knowledge required for a finding of guilt.

The fact that our law permits you to draw an inference about a defendant's state of mind in no way relieves the State of its burden of proving beyond a reasonable doubt every element of an offense.

14