# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JIMMIE LEWIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-1350-GMS |
| ) | |
| DR. SYLVIA FOSTER, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE OF DOCUMENT PRODUCTION

In connection with Plaintiff's Motion for Discovery, Defendants Johnson, Sagers, Gray, and Moffett hereby supplement their previously produced documents to Plaintiff to include the following sequentially number documents:

  I I.    Employee Staff Assignment Mitchell Building, June 14, 2004………...240