## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JIMMIE LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1350-GMS |
| | ) | |
| DR. SYLVIA FOSTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANT BRIAN JOHNSON'S
### RESPONSE TO PLAINTIFF'S MOTION FOR DEPOSITION ANSWERS

1.  Brian Johnson what is your specific account of what occurred at the D.P.C Mitchell Building Dining hall on 6/14/04 at or about 11:00 pm, regarding the plaintiff Jimmie Lewis.

RESPONSE: Based on my review of documents produced in discovery, Jimmie Lewis was placed in seclusion at or about 9:00 p.m. on June 14, 2004 following the M&M incident in the Dining Hall. Lewis remained in the seclusion room an additional two hours from 11:00 p.m. to 1:00 a.m. I was not involved in any transport of Jimmie Lewis to the seclusion room on June 14, 2004.

2.  Brian Johnson who called you to come to the Mitchell Building for assistance on 6/14/04 at or about 11:00 pm, regarding the plaintiff Jimmie Lewis.

RESPONSE: I was not called to the Mitchell Building on June 14, 2004.

3.  Brian Johnson who arrived at the D.P.C. Mitchell Building on 6/14/04 at or about 11:00 pm to assist you with escorting the plaintiff Jimmie Lewis to the seclusion room.

RESPONSE: No such event took place at 11:00 p.m. on June 14, 2004.

4.  Brian Johnson what is the description of your job duties.

RESPONSE: I am an Active Treatment Facilitator at the Delaware Psychiatric Center. I serve as team leader mentoring less experienced staff and leading therapeutic groups. I implement treatment plans through individual and group therapeutic sessions. I update written records of therapeutic sessions noting progress, problems, and possible solutions. I intervene in crisis situations using appropriate therapeutic techniques. I observe, record,

and report any unusual behavior or significant behavior changes in patients. I observe and supervise patients to ensure their appropriate location, safety, and security. I plan, conduct, and participate in individual and group social activities, both on and off campus. I work with the public and private sector to define and establish employment opportunities for patients. I guide and teach patients regarding employment behavior. I participate in inter-disciplinary team meetings to provide input on client needs, strengths, and weaknesses, and discuss patient progress to assist the team's development of a patient's individual program plan. I perform preventive maintenance and general cleaning of training materials, work areas, and equipment such as beds, bed rails, wheelchairs, splints, braces, adaptive mealtime equipment, and various assistive technology devices. I transport patients to and from the facility and around the grounds. I monitor vital signs as directed by professional staff. I perform additional security related work.

5.      Brian Johnson have you ever had to utilize force on a patient at the D.P.C.

RESPONSE: Yes.

6.      Brian Johnson are you required to file an individual account of what occurred when ever you were involved with placing a patient in (4) point restraints.

RESPONSE: Policy requires that an incident report be filed anytime a patient is placed in 4-point restraints, but each individual involved in that placement is not required to file a separate report.

7.      Brian Johnson have you ever filed grievances regarding the description of your job duties at the D.P.C.

RESPONSE: No.

/s/_____
Brian Johnson

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/_____
Gregory E. Smith, ID No. 3869
Deputy Attorney General
820 North French Street, 7th Floor
Carvel State Building
Wilmington, Delaware  19801
(302) 577-8398
Attorney for Defendants Johnson,
Moffett, Sagers, and Gray

Dated: April 9, 2007