## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS,                              )
                                          )
    Plaintiff,                         )
                                          )
    v.                                 )    C.A. No. 04-1350-GMS
                                          )
DR. SYLVIA FOSTER, et al.,                 )
                                          )
    Defendants.                        )

### DEFENDANT LANCE SAGERS'
### RESPONSE TO PLAINTIFF'S MOTION FOR DEPOSITION ANSWERS

1.    Lance Sagers what is your specific account of what occurred at the D.P.C. Mitchell Buildings dinning hall on 6/14/04 at or about 8:00 pm; regarding the Plaintiff Jimmie Lewis.

RESPONSE:  I have no personal knowledge of the Dining Hall incident on June 14, 2004.  I was on a meal break outside of the Mitchell Building from 8:00 p.m. to 8:40 p.m. Beginning at 9:00 p.m., I was involved in a 1:1 supervision of patient T.W. until 10:00 p.m.

2.    Lance Sagers who were the D.P.C personnel that escorted the plaintiff to the seclusion room on 6/14/04 at or about 8:00 pm.

RESPONSE:  I have no personal knowledge of the escort of Jimmie Lewis to the seclusion room from the Dining Hall following the M&M incident.  I was on a meal break outside of the Mitchell Building from 8:00 p.m. to 8:40 p.m.  Beginning at 9:00 p.m., I was involved in a 1:1 supervision of patient T.W. until 10:00 p.m.

3.    Lance Sagers what is the description of your job duties.

RESPONSE:  I am a Nursing Assistant at the Delaware Psychiatric Center.  I attend classes concerning facility policies and procedures, nursing, therapeutic support methods, and safety and security.  I receive hands-on training by observing and assisting professional and higher level non-professional nursing and therapeutic staff.  I monitor and record temperature, pulse, respiration, blood pressure, nutritional intake, and alert professional staff to significant irregularities.  I implement prescribed treatment plans involving reality orientation, sensory stimulation, range of motion exercise, and the application of splints and braces.  I provide oral and written descriptions of patients' physical and behavioral changes.  I observe patients' activities, providing oral and written report of unusual and hazardous behavior.  I observe and supervise patients within the

facility and its surroundings to ensure appropriate location and security. I escort patients traveling to social and recreational activities and medical appointments off campus. I participate on the interdisciplinary care team providing information about patients' overall physical condition, abilities, and behavioral characteristics. I apply appropriate interventions to prevent or deescalate inappropriate behaviors. I assist patients with personal hygiene. I maintain patient surroundings ensuring appropriate infection control, sanitary conditions, care, and storage of linens and clothing. I perform additional security related work.

4.      Lance Sagers have you ever had to utilize force on a patient at the D.P.C.

RESPONSE: Yes.

5.      Lance Sagers while Dr. Foster was employed at the D.P.C. dating 5/21/04 to 6/25/04 did she have the authority to order you to utilize force on a patient.

RESPONSE: Yes.

6.      Lance Sagers have you ever filed grievance(s) regarding the description of your job duties at the D.P.C.

RESPONSE: No.


                                        /s/_____
                                        Lance Sagers

                                        STATE OF DELAWARE
                                        DEPARTMENT OF JUSTICE

                                        /s/_____
                                        Gregory E. Smith, ID No. 3869
                                        Deputy Attorney General
                                        820 North French Street, 7th Floor
                                        Carvel State Building
                                        Wilmington, Delaware  19801
                                        (302) 577-8398
                                        Attorney for Defendants Johnson,
Dated: April 9, 2007                    Moffett, Sagers, and Gray