## CERTIFICATION OF SERVICE

The undersigned certifies that on April 9, 2007, he electronically filed the attached *Sagers' Response to Motion for Deposition Answers* with the Clerk of Court using CM/ECF which will send notification of such filing to the following registered participant:

> Louis J. Rizzo, Jr., Esq.
> REGER RIZZO KAVULICH & DARNALL LLP
> 1001 Jefferson Plaza, Suite 202
> Wilmington, DE 19801
> Attorney for Dr. Sylvia Foster

The undersigned further certifies that on April 9, 2007 that he mailed by United State Postal Service the document(s) to the following non-registered participant:

> Jimmie Lewis
> SBI No. 00506622
> 1181 Paddock Road
> Delaware Correctional Center
> Smyrna, Delaware 19977

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/_____
Gregory E. Smith, ID # 3869
Deputy Attorney General
820 North French Street, 7th Floor
Carvel State Building
Wilmington, Delaware 19801
(302) 577-8398