IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

V.                              CA. NO. 04-1350(GMS)

DR. SYLVIA FOSTER, ET AL.

MOTION FOR ORDER TO COMPEL DEFENDANT ROBERT GRAY TO ANSWER THE 4 INTERROGATORIES # 1-H, SUBMITTED TO HIM ON OR ABOUT 3/5/07 IN MOTION NO. A1, DI 166 PURSUANT TO FED R. CIV P # 33 IN ACCORDANCE TO THE HONORABLE JUDGE GREGORY M. SLEET'S FEB 21, 07 MEMO P. 5 DI. 155.

DATE: 4/2/07



Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DEL 19977

1.) ON FEB 21, 07 THIS HONORABLE COURT GRANTED THE PLAINTIFF LEAVE TO PROPOUND 4 INTERROGATORIES TO EACH DEFENDANT TO OBTAIN WITNESS INFORMATION, DI.155 P.5

2.) ON OR ABOUT 3/5/07 THE PLAINTIFF IN ACCORDANCE TO FED R CIV P # 33 PROPERLY SERVED 4 INTERROGATORIES DI.166. ~~[scratched out]~~ AS TO DATE DEFENDANT ROBERT GRAY HAS NOT ANSWERED SAID INTERROGATORIES.

3.) THE PLAINTIFF HEREBY REQUEST AN ORDER TO COMPEL DEFENDANT ROBERT GRAY ANSWERS TO SAID INTERROGATORIES;

4.) TO IMPOSE A PUNITIVE FINE UP TO $75,000.00 IF SAID INTERROGATORIES ARE NOT ANSWERED BY MAY 1, 07 6TH AND 14TH U.S.C.A RIGHT VIOLATIONS

## Certificate of Service

I, _JIMMIE LEWIS_, hereby certify that I have served a true and correct cop(ies) of the attached: _MOTION TO COMPEL ROBERT GRAY # 1-H_ upon the following parties/person (s):

TO: _____

CLERK OF THE COURT (GMS)

U.S. DISTRICT COURT

844 N. KING ST, LOCKBOX 18

WILM, DEL 19801

TO: _____

TO: _____

GREGORY E. SMITH

DEPT OF JUSTICE

820 N. FRENCH ST, 6TH FL

WILM, DEL 19801

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _2ND_ day of _APRIL_, 2007

_Jimmie Lewis_



I/M: Jimmie Lewis
SBI# 506622   UNIT D U2
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

CLERK OF THE COURT (GMS)
UNITED STATES DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILMINGTON, DELAWARE
19801