IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

V.                                    CA. NO. 04-1350 (GMS)

DR. SYLVIA FOSTER, ET AL.

MOTION FOR ORDER TO COMPEL DEFENDANT
LANCE SAGERS TO ANSWER THE 4
INTERROGATORIES # 1-J, SUBMITTED TO
HIM ON OR ABOUT 3/5/07 IN MOTION
NO. A2, DI.167 PURSUANT TO
FED R. CIV P# 33 IN ACCORDANCE TO
THE HONORABLE JUDGE GREGORY M. SLEET'S
FEB 21, 07 MEMO P. 5 DI 155.

DATE: 4/2/07



APR 6 - 2007

Jimmie Lewis
SBI# 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DEL 19977

1.) ON FEB 21, 07 THIS HONORABLE COURT GRANTED THE PLAINTIFF LEAVE TO PROPOUND 4 INTERROGATORIES TO EACH DEFENDANT TO OBTAIN WITNESS INFORMATION DI 155. p 5.

2.) ON OR ABOUT 3/5/07 THE PLAINTIFF IN ACCORDANCE TO FED R. CIV P #33 PROPERLY SERVED 2 INTERROGATORIES DI. 167. AS TO DATE DEFENDANT LANCE SAGERS HAS NOT ANSWERED SAID INTERROGATORIES.

3.) THE PLAINTIFF HEREBY REQUEST AN ORDER TO COMPEL DEFENDANT LANCE SAGERS ANSWERS TO SAID INTERROGATORIES;

4.) TO IMPOSE A PUNITIVE FINE UP TO $75,000.00 IF SAID INTERROGATORIES ARE NOT ANSWERED BY MAY 1, 07 6TH AND 14TH U.S.C.A RIGHT VIOLATIONS

## Certificate of Service

I, _Jimmie Lewis_, hereby certify that I have served a true

and correct cop(ies) of the attached: _Motion To Compel_

_Lance Sagers, # 1-J_ upon the following

parties/person (s):

TO: _____

CLERK OF THE COURT (GMS)

U.S. DISTRICT COURT

844 N. KING ST, LOCKBOX 18

WILM, DEL 19801

TO: _____

TO: _____

GREGORY E. SMITH

DEPT OF JUSTICE

820 N. FRENCH ST, 6TH FL

WILM, DEL 19801

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United
States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _2ND_ day of _APRIL_, 2007

_Jimmie Lewis_



I/M: JIMMIE LEWIS

SBI# 506622   UNIT D42

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

CLERK OF THE COURT (GMS)

UNITED STATES DISTRICT COURT

844 N. KING ST, LOCKBOX 18

WILMINGTON, DELAWARE

19801