IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

V.                              CA. NO. 04-1350 (GMS)

DR. SYLVIA FOSTER, ET AL.

MOTION FOR ORDER TO COMPEL DEFENDANT DAVID MOFFETT TO ANSWER THE 4 INTERROGATORIES #1-I, SUBMITTED TO HIM ON OR ABOUT 3/5/07 IN MOTION NO. A3, DI 168 PURSUANT TO FED R. CIV P # 33 IN ACCORDANCE TO THE HONORABLE JUDGE GREGORY M. SLEETS FEB 21, 07 MEMO P.5 DI. 155.

DATE: 4/2/07

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DEL 19977



FILED
APR 6 - 2007

1.) ON FEB 21, 07 THIS HONORABLE COURT GRANTED THE PLAINTIFF LEAVE TO PROPOUND 4 INTERROGATORIES TO EACH DEFENDANT TO OBTAIN WITNESS INFORMATION, DE 155, P. 5.

2.) ON OR ABOUT 3/5/07 THE PLAINTIFF IN ACCORDANCE TO FED R. CIV P # 33 PROPERLY SERVED 4 INTERROGATORIES DE .168. AS TO DATE DEFENDANT DAVID MOFFETT HAS NOT ANSWERED SAID INTERROGATORIES.

3.) THE PLAINTIFF HEREBY REQUEST AN ORDER TO COMPEL DEFENDANT DAVID MOFFETT ANSWERS TO SAID INTERROGATORIES;

4.) TO IMPOSE A PUNITIVE FINE UP TO $75,000.00 IF SAID INTERROGATORIES ARE NOT ANSWERED BY MAY 1, 07. 6TH AND 14TH U.S.CA RIGHT VIOLATIONS

## Certificate of Service

I, __Jimmie Lewis__, hereby certify that I have served a true and correct cop(ies) of the attached: __Motion to Compel David Moffet # 1-I__ upon the following parties/person (s):

TO: __Clerk of the Court (GMS)__
__U.S. District Court__
__844 N. King St, Lockbox 18__
__Wilm, Del 19801__

TO: __Gregory E. Smith__
__Dept of Justice__
__820 N. French St, 6th Fl__
__Wilm, Del 19801__

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this __2nd__ day of __April__, 2007

_Jimmie Lewis_



I/M: Jimmie Lewis
SBI# 506622  UNIT D42
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of the Court (GMS)
United States District Court
844 N. King St, Lockbox 18
Wilmington, Delaware
19801