IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

V.                              CA. NO. 04-1350 (GMS)

DR. SYLVIA FOSTER, ET AL

MOTION FOR ORDER TO COMPEL DEFENDANT BRIAN JOHNSON TO ANSWER THE 4 INTERROGATORIES # I-K, SUBMITTED TO HIM ON OR ABOUT 3/5/07 IN MOTION NO. A4, DI.169 PURSUANT TO FED R. CIV P # 33 IN ACCORDANCE TO THE HONORABLE JUDGE GREGORY M. SLEET'S FEB 21, 07 MEMO P.5 DI. 155

DATE: 4/2/07


FILED
APR 6 - 2007

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DEL 19977

1.) ON FEB 21, 07 THIS HONORABLE COURT GRANTED THE PLAINTIFF LEAVE TO PROPOUND 4 INTERROGATORIES TO EACH DEFENDANT TO OBTAIN WITNESS INFORMATION DI.155, P.5.

2.) ON OR ABOUT 3/5/07 THE PLAINTIFF IN ACCORDANCE TO FED R. CIV P # 33 PROPERLY SERVED 4 INTERROGATORIES DI.169, AS TO DATE DEFENDANT BRIAN JOHNSON HAS NOT ANSWERED SAID INTERROGATORIES

3.) THE PLAINTIFF HEREBY REQUEST AN ORDER TO COMPEL DEFENDANT BRIAN JOHNSON ANSWERS TO SAID INTERROGATORIES.

4.) TO IMPOSE A PUNITIVE FINE UP TO $75,000.00 IF SAID INTERROGATORIES ARE NOT ANSWERED BY MAY 1, 07 6TH AND 14TH U.S.CA RIGHT VIOLATIONS

## Certificate of Service

I, __JIMMIE LEWIS__, hereby certify that I have served a true and correct cop(ies) of the attached: __MOTION TO COMPEL BRIAN JOHNSON, #1-K__ upon the following parties/person (s):

TO: __CLERK OF THE COURT (GMS)__
__U.S DISTRICT COURT__
__844 N. KING ST, LOCKBOX 18__
__WILM, DEL 19801__

TO: ____

TO: __GREGORY E. SMITH__
__DEPT OF JUSTICE__
__820 N. FRENCH ST, 6TH FL__
__WILM, DEL 19801__

TO: ____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this __2ND__ day of __APRIL__, 2007

_Jimmie Lewis_



FROM:
IM: Jimmie Lewis
SBI# 506622  UNIT D U2
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

CLERK OF THE COURT (GMS)
UNITED STATES DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILMINGTON, DELAWARE 19801