IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

V.                              CA. NO. 04-1350 (GMS)

DR. SYLVIA FOSTER, ET AL.


MOTION FOR ORDER TO COMPEL DEFENDANT DR. SYLVIA FOSTER TO ANSWER THE 75 INTERROGATORIES # 1-G, SUBMITTED TO HER ON OR ABOUT 3/1/07 IN MOTIONS NO. 1, 2, AND 3, DI # 157, 158 AND 159 PURSUANT TO FED R CIV P # 33 — IN ACCORDANCE TO THE HONORABLE JUDGE GREGORY M. SLEET'S FEB 21, 07 MEMO P.6 DI 155.

DATE: 4/2/07


APR 6 - 2007

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DEL 19977

1.) ON FEB 21, 07 THIS HONORABLE COURT GRANTED THE PLAINTIFF LEAVE TO PROPOUND AN ADDITIONAL SEVENTY FIVE INTERROGATORIES UPON DR. FOSTER, DI. 155. P. 6

2.) ON OR ABOUT 3/1/07 THE PLAINTIFF IN ACCORDANCE TO FED R. CIV P #33 PROPERLY SERVED 74 INTERROGATORIES IN THREE SEPERATE MOTIONS, DI #'s, 157-158 AND 159, AS TO DATE DEFENDANT DR. SYLVIA FOSTER ~~HAS~~ HAS NOT ANSWERED SAID INTERROGATORIES.

3.) THE PLAINTIFF HEREBY REQUEST AN ORDER TO COMPEL DEFENDANT DR. FOSTER ANSWERS TO SAID INTERROGATORIES.

4.) TO IMPOSE A PUNITIVE FINE UP TO $75,000.00 IF SAID INTERROGATORIES ARE NOT ANSWERED BY MAY 1, 07. 6TH AND 14TH U.S.C.A RIGHT VIOLATIONS.

## Certificate of Service

I, __JIMMIE LEWIS__, hereby certify that I have served a true and correct cop(ies) of the attached: __MOTION TO COMPEL DR. FOSTER # 1-G__ upon the following parties/person (s):

TO: _____

CLERK OF THE COURT (GMS)

U.S DISTRICT COURT

844 N. KING ST, LOCKBOX 18

WILM, DEL 19801

TO: _____

TO: _____

LOUIS J. RIZZO JR

1001 JEFFERSON PLAZA

SUITE 202

WILM, DEL 19801

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this __2ND__ day of __APRIL__, 2007

_Jimmie Lewis_



FM: Jimmie Lewis
SBI# 506622  UNIT D UZ
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

CLERK OF THE COURT (GMS)
UNITED STATES DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILMINGTON, DELAWARE
19801