IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JIMMIE LEWIS, | ) |
| | ) |
| Plaintiff, | )   C.A. No.: 04-1350 (GMS) |
| | ) |
| v. | ) |
| | ) |
| SYLVIA FOSTER, LANCE SAPERS, | ) |
| DAVE MOFFITT, R. GRAY, | ) |
| MR. JOHNSON, JOHN JOE, | ) |
| | ) |
| Defendants. | ) |

**AFFIDAVIT**

| | |
|---|---|
| **STATE OF** | ) |
| | )   **SS.** |
| **COUNTY** | ) |

BE IT REMEMBERED, that on this __5th__ day of __April__, A.D., 2007, personally appeared before me, the Subscriber, a Notary Public for the State and County aforesaid, **DR. SYLVIA FOSTER**, who did depose and say that she is a Defendant in the foregoing action and the Answers set forth in these Answers to Interrogatories are true and correct to the best of her knowledge, information and belief.

Dr. Sylvia Foster   _[signature]_

**SWORN TO AND SUBSCRIBED** before me the day and year aforesaid.

_[signature]_   Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JOANNE GLANZMANN, Notary Public
City of Philadelphia, Phila. County
My Commission Expires May 11, 2010