IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JIMMIE LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1350-GMS |
| | ) | |
| DR. SYLVIA FOSTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' (JOHNSON, SAGERS, GRAY AND MOFFETT)**
**MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**

1. By the terms of the Court's amended scheduling order date February 23, 2007, dispositive motions are due on or before May 1, 2007. (D.I. 156).

2. On March 1, 2007, Plaintiff Jimmie Lewis moved to take the written deposition of Defendants Johnson, Sagers, Gray, and Moffett. (D.I. 162).

3. On April 9, 2007, this Court granted Plaintiff leave to depose Defendants Johnson, Sagers, Gray, and Moffett by written deposition at a time to be determined, but not before May 3, 2007. (D.I. 187).

4. Depositions of Defendants Johnson, Sagers, Gray, and Moffett by written questions are scheduled for May 17, 2007 at the District Court.

5.  Defendants submit that an extension of time to and including June 1, 2007 in which to file a motion for summary judgment in this case is reasonable.

                STATE OF DELAWARE
                DEPARTMENT OF JUSTICE

/s/_____
Gregory E. Smith, I.D. No. 3869
Deputy Attorney General
820 North French Street, 7th Floor
Carvel State Building
Wilmington, Delaware 19801
Dated: April 23, 2007    (302) 577-8398