# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JIMMIE LEWIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-1350-GMS |
| | ) |
| DR. SYLVIA FOSTER, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Whereas, Defendants Johnson, Sagers, Gray, and Moffett have requested an extension of time in which to a dispositive motion in the instant litigation and have presented reasonable cause for the request;

IT IS SO ORDERED this ____ day of _____, 2007, that the scheduling order is hereby amended such that motions for summary judgment are due on or before June 1, 2007.

_____
Gregory M. Sleet
Judge
United States District Court