IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

V.                              CA. NO. 04-1350(GMS)

DR. SYLVIA FOSTER, ET AL.



INFORMA PAUPERIS REQUEST
FOR DOCKET SHEET.

NOTE: PLAINTIFF HAS BEEN SENDING LEGAL MAIL, AND HAS NOT BEEN ABLE TO OBTAIN CONFORMATION THAT THE MATERIAL SENT IS REACHING THIS HONORABLE COURT.

DATE: 4/18/07

Jimmie Lewis
SBI #506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DEL 19977