IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JIMMIE LEWIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-1350-GMS |
| | ) |
| DR. SYLVIA FOSTER, NURSE | ) |
| ASSISTANT ROBERT N. GRAY, | ) |
| MR. JOHNSON 1, MR. JOHNSON | ) |
| 2, LANCE SAPERS, and DAVE | ) |
| MOFFITT, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 24th day of April, 2007;

Having received plaintiff's written questions for depositions of defendants Brian Johnson, Lance Sagers, Robert Gray, and David Moffett;

IT IS ORDERED that depositions upon written questions, pursuant to Fed. R. Civ. P. 31, are scheduled before Nancy Rebeschini, Esquire, pro se law clerk, as follows:

**Brian Johnson** to be held on **Monday, May 14, 2007** at **1:00 p.m.**

**Lance Sagers**, **Robert Gray**, and **David Moffett** to be held on **Thursday, May 17, 2007**, at **1:00 p.m.**

All depositions shall take place in the Visiting Judges Chambers, Room 2325, on the second floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

UNITED STATES DISTRICT JUDGE

FILED
APR 2 4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE