IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JIMMIE LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1350-GMS |
| | ) | |
| DR. SYLVIA FOSTER, NURSE | ) | |
| ASSISTANT ROBERT N. GRAY, | ) | |
| MR. JOHNSON 1, MR. JOHNSON | ) | |
| 2, LANCE SAPERS, and DAVE | ) | |
| MOFFITT, | ) | |
| | ) | |
| Defendants. | ) | |

**AMENDED ORDER**

At Wilmington this 26th day of April, 2007;

Having received plaintiff's written questions for depositions of defendant Brian Johnson;

IT IS ORDERED that, upon request of the defendants, the date for deposition upon written questions, pursuant to Fed. R. Civ. P. 31, for **Brian Johnson**, scheduled before Nancy Rebeschini, Esquire, pro se law clerk, is **rescheduled** to be held on **Thursday, May 17, 2007**, at **1:00 p.m**. The deposition shall take place in the Visiting Judges Chambers, Room 2325, on the second floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

UNITED STATES DISTRICT JUDGE



FILED

APR 26 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE