IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

V.                                    CA. No. 04- 1350(GMS)

DR. SYLVIA FOSTER, ET AL

MOTION FOR APPOINTMENT OF COUNSEL



FILED
MAY - 3 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

DATE: 4/29/07                    Jimmie Lewis
                                 SBI #506622
                                 DEL. CORR. CENTER
                                 1181 PADDOCK RD
                                 SMYRNA, DEL 19977

1.) THE PLAINTIFF IS INDIGENT AND HAS SOUGHT TO RETAIN PRIVATE COUNSEL, BUT TO NO AVAIL.

2.) THE PLAINTIFF IS A LAYMAN AT CIVIL LAW, AND IS NOT FAMILIAR WITH CIVIL TRIAL PROCEDURES.

3.) THE PLAINTIFF THINKS IT WILL BE UNAPPROPRIATE TO MEDIATE WITH THE DEFENDANTS THROUGH OUT THE PRE-TRIAL AND TRIAL PROCEDURES.

4.) THE PLAINTIFF THINKS THE APPOINTMENT OF COUNSEL WILL HELP EXPIDITE THE PROCEDURES.

FOR THE AFOREMENTIONED REASONS, THE PLAINTIFF HEREBY REQUEST THIS HONORABLE COURT TO ISSUE AN ORDER FOR THE APPOINTMENT OF COUNSEL.

CERTIFICATE OF SERVICE

I, THE UNDERSIGNED PLAINTIFF JIMMIE LEWIS DUE HEREBY CERTIFY ON THIS 29TH, DAY OF APRIL, 2007, THAT I DID MAIL ONE TRUE AND CORRECT COPY OF THE MOTION FOR APPOINTMENT OF COUNSEL BY U.S POSTAL TO THE FOLLOWING:

CLERK OF THE COURT (GMS)
UNITED STATES DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILM, DEL 19801

GREGORY E. SMITH
DEPUTY ATTORNEY GENERAL
820 N. FRENCH ST, 7TH FL
WILM, DEL 19801

LOUIS RIZZO JR
1001 JEFFERSON PLAZA
SUITE 202
WILM, DEL 19801

DATE: 4/29/07

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DEL 19977

TO: JEFFERY K. BARTELS

FROM: JIMMIE LEWIS



RECEIVED JUL 1 0 2006

YOUR IN POSSESSION OF THIS NOTATION, BECAUSE I AM SEEKING TO RETAIN A CIVIL LAW ATTORNEY TO REPRESENT ME PERTAINING TO CASE REGARDING THE CIVIL COMPLAINT DOCUMEN THAT IVE FORWARDED WITH THIS NOTATION.

CA. NO. 04-1350 (GMS) IS JUST ABOUT READY FOR TRIAL, FOR WHICH MEANS IVE ALREADY DONE MAJORITY OF THE WORK.

CA. NO. 05-013 (GMS) WOULD HAVE BEEN JUST ABOUT READY FOR TRIAL, BUT BEING THE LAYMAN OF CIVIL LAW THAT I AM, I ENCOUNTERED A FEW DILEMMA'S. AT PRESENT THE COURT IS AWAITING MY AMENDED COMPLAINT. BUT I FILED FOR 60 DAY POSTPONEMENT 6/26/06.

I SEEK AN EXPEDIANT APPOINTMENT FOR CONSULTATION, IN ORDER TO DETERMINE IF YOU CAN OR WILL REPRESENT ME?

I WOULD APPRECIATE IT VERY MUCH IF YOU WOULD SEND ME A NOTATION OF CONFIRMATION REGARDING THIS MATTER. I NEED TO KNOW AS SOON AS POSSIBLE IF YOU WILL OR WILL NOT SCHEDULE AN APPOINTMENT TO INTERVIEW ME.

P.S I AM THE ONE WHO INFORMED "LOUIS CHANCE JR'S" FAMILY, REGARDING WHAT HAPPENED TO HIM.

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977

DATE: 7/15/06

RECEIVED

JUL 14 2006

H&F

TO: DAVID R. BATMAN

YOUR IN POSSESSION OF THIS NOTATION BECAUSE I AM SEEKING TO RETAIN A CIVIL LAW ATTORNEY TO REPRESENT ME PERTAINING TO CASES REGARDING THE CIVIL COMPLAINT DOCUMENTS THAT IVE FORWARDED WITH THIS NOTATION.

CA. NO 04-1350 (GMS) IS JUST ABOUT READY FOR TRIAL, FOR WHICH MEANS IVE ALREADY DONE MAJORITY OF THE WORK.

CA. NO. 05-013 (GMS) WOULD HAVE BEEN JUST ABOUT READY FOR TRIAL ALSO, BUT BEING THE LAYMAN OF CIVIL LAW THAT I AM, I ENCOUNTERED A FEW DILEMMA'S. AT PRESENT THE COURT IS AWAITING MY AMENDED COMPLAINT, BUT INSTEAD I JUST FILED FOR 60 DAY POSTPONEMENT ON 6/26/06.

I SEEK AN EXPEDIANT APPOINTMENT FOR FREE CONSULTATION, IN ORDER TO DETERMINE IF YOU CAN REPRESENT ME.

I WOULD APPRECIATE IT VERY MUCH IF YOU COULD SEND ME A NOTATION OF CONFIRMATION TO INFORM ME IF YOU CAN OR CAN NOT SCHEDULE ME FOR AN APPOINTMENT.

DATE: 7/12/06

JIMMIE LEWIS

Jimmie Lewis

SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DELAWARE
19977

To: MARVIN & MARTIN EMMET, LLP

    YOUR IN POSSESSION OF THIS NOTATION BECAUSE
I AM SEEKING TO RETAIN A CIVIL LAW ATTORNEY TO
REPRESENT ME PERTAINING TO CASES REGARDING THE
CIVIL COMPLAINT DOCUMENTS THAT I'VE FORWARDED WITH
THIS NOTATION.
    CA. NO. 04-1350 (GMS) IS JUST ABOUT READY FOR TRIAL,
FOR WHICH MEANS I'VE ALREADY DONE MAJORITY OF THE WORK.
    CA. NO. 05-013 (GMS) WOULD HAVE BEEN JUST ABOUT
READY FOR TRIAL ALSO. BUT BEING THE LAYMAN OF CIVIL LAW
THAT I AM, I ENCOUNTERED A FEW DILEMMA'S, AT PRESENT.
THE COURT IS AWAITING MY AMENDED COMPLAINT, BUT INSTEAD
I JUST FILED FOR 60 DAY POSTPONEMENT ON 6/26/06.
    I SEEK AN EXPEDIANT APPOINTMENT FOR FREE CONSULTATION,
IN ORDER TO DETERMINE IF YOU CAN REPRESENT ME.
    I WOULD APPRECIATE IT VERY MUCH IF YOU COULD SEND
ME A NOTATION OF CONFIRMATION TO INFORM ME IF YOU
CAN OR CAN NOT SCHEDULE ME FOR AN APPOINTMENT.

DATE: 7/12/06

Jimmie Lewis

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DELAWARE
19977

TO: DILWORTH PAXSON

FROM: MR. JIMMIE LEWIS

YOUR IN POSSESSION OF THIS NOTATION, BECAUSE I AM SEEKING TO RETAIN A CIVIL ATTORNEY TO REPRESENT ME PERTAINING TO CASES REGARDING THE CIVIL COMPLAINT DOCUMENTS THAT IVE FORWARDED ALONG WITH THIS NOTATION.

CA. NO. 04-1350 (GMS) IS JUST ABOUT READY FOR TRIAL, FOR WHICH MEANS IVE ALREADY DONE MAJORITY OF THE WORK.

CA NO. 05-013 (GMS) WOULD HAVE BEEN READY FOR TRIAL BUT BEING THE LAYMAN THAT I AM, I ENCOUNTERED A FEW DILEMMA'S. AT PRESENT THE COURT IS AWAITING MY AMENDED COMPLAINT(S). I JUST FILED FOR A 60 DAY POSTPONEMENT 6/26/06.

I SEEK AN EXPEDIANT APPOINTMENT FOR CONSULTATION, IN ORDER TO DETERMINE IF YOU CAN OR WILL REPRESENT ME.

I WOULD APPRECIATE IT VERY MUCH IF YOU WOULD SEND ME A NOTATION OF CONFIRMATION REGARDING THIS MATTER. I NEED TO KNOW AS SOON AS POSSIBLE IF YOU WILL OR WILL NOT SCHEDULE AN APPOINTMENT TO INTERVIEW ME.

DATE: 6/28/06

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977

*Jeffrey K. Bartels*

ATTORNEY AT LAW
401 SOUTH MARYLAND AVENUE
WILMINGTON, DELAWARE 19804

TELEPHONE NUMBER
(302) 995-6211

FACSIMILE
(302) 995-6388

July 21, 2006

Jimmie Lewis
SBI 506622
Unit D-U-2, Bldg. 23
Delaware Correctional Center
1811 Paddock Road
Smyrna, DE  19977

Dear Mr. Lewis:

I am in receipt of your letter and package of enclosures received by my office on July 18, 2006. Please be advised I have no expertise whatsoever in cases such as yours. Unfortunately, I do not know of any lawyers who handle those types of claims. I have returned all of your documents to you so that you can forward them to some other attorney if you see fit.

Good luck with this matter.

Very truly yours,

Jeffrey K. Bartels

JKB/ldw
Enclosures

# HECKLER & FRABIZZIO

ATTORNEYS AT LAW

THE CORPORATE PLAZA

800 DELAWARE AVENUE

SUITE 200

POST OFFICE BOX 128

WILMINGTON, DELAWARE 19899-0128

GEORGE B. HECKLER, JR.
ANTHONY M. FRABIZZIO
MARIA PARIS NEWILL
RICHARD D. ABRAMS
WILLIAM D. RIMMER*
DANIEL P. BENNETT
JOHN GILBERT*
DAVID R. BATMAN
JOHN W. MORGAN
TIMOTHY H. ROHS
MIRANDA D. CLIFTON
CHERYL A. SYWY
STEPHEN J. MILEWSKI
CASEY W. LESIAK⁺
ROBERT J. DEARY*

AREA CODE 302
573-4800

'TELECOPIER
573-4806

*DELAWARE AND PENNSYLVANIA BAR
⁺PENNSYLVANIA BAR ONLY

July 18, 2006

Re:    Jimmie Lewis v. Dr. Sylvia Foster, et al.;
       CA No.: 04-1350 GMS
       Jimmie Lewis v. Warden Rafael Williams;
       CA No.: 05-013 GMS
       CA No.: 05-051 GMS
       CA No.: 05-052 GMS

Mr. Jimmie Lewis
SBI #506622
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Dear Mr. Lewis:

This will acknowledge receipt of your 7/12/06 letter (received by me on 7/14/06) with which you provided information/pleadings in the above-captioned matters.

Unfortunately, I must decline and cannot undertake any legal representation of you in any manner and specifically with respect to the above-captioned matters.

You may wish to consider contacting the Lawyer Referral Service/Legal HelpLink at (302) 478-8850; Delaware Volunteer Legal Services, Inc. at (302) 478-8680; and/or the Community Legal Aid Society, Inc. at (302) 575-0660.

I have enclosed and am returning all of the materials you forwarded to me.

Very truly yours,

David R. Batman

DRB/clb/302614

# FERRY, JOSEPH & PEARCE, P. A.

ATTORNEYS AT LAW

824 MARKET STREET

SUITE 904

P. O. BOX 1351

WILMINGTON, DELAWARE 19899

(302) 575-1555

DAVID J. FERRY, JR.*
MICHAEL B. JOSEPH +
ROBERT K. PEARCE
THEODORE J. TACCONELLI *
EDWARD F. KAFADER
JOHN D. MATTEY
RICK S. MILLER
JASON C. POWELL
LISA L. COGGINS **
STEVEN G. WEILER ++
THOMAS R. RIGGS

TELEFAX
(302) 575-1714

www.ferryjoseph.com

ARTHUR F. DiSABATINO
(1938-2001)

(*ALSO PA BAR)
(+ALSO NJ BAR)
(**ALSO FL, MA AND NY BARS)
(++NJ BAR ONLY)

July 14, 2006

Jimmie Lewis
SBI #506622
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Dear Mr. Lewis:

I received and reviewed your correspondence and suit papers. Unfortunately, our firm does not handle this type of litigation and does not have the necessary expertise to provide the representation you need. I am, therefore, returning your papers so that you can hopefully find other counsel. Perhaps you should seek a referral from the Delaware State Bar Association, 301 N. Market Street, Wilmington, DE 19801.

Very truly yours,

David J. Ferry, Jr.

DJFjr/jbd
Enclosure

# DILWORTH PAXSON LLP

LAW OFFICES

Martin J. Weis
mweis@dilworthlaw.com

July 15, 2006

Mr. Jimmie Lewis
SBI #506622
Delaware Correction Center
1181 Paddock Road
Smyrna, DE  19977

RE:  Lewis v. Warden Williams, et al.

Dear Mr. Lewis:

Your June 28, 2006 letter and related materials have been forwarded to my attention.  I have reviewed these materials and, based on my review, I have determined that this is not a matter which this firm can appropriately handle on your behalf.

This should not be interpreted to mean that you do or do not have a case.  If you wish to pursue this matter with the help of other counsel, you should contact that lawyer immediately so as to not prejudice your rights.

Finally, as I read your papers, I noted that you were having difficulty with the cost of copying in the matter.  Consequently, I am returning all of your copies to you at this time.

I wish you the best of luck.

Sincerely,

Martin J. Weis

MJW:amp
Enclosure

3200 MELLON BANK CENTER · 1735 MARKET STREET · PHILADELPHIA PA 19103-7595
(215) 575-7000 · FAX (215) 575-7200 · www.dilworthlaw.com
653453_1

CHERRY HILL NJ    HARRISBURG PA    NEPTUNE NJ    NEWTOWN SQUARE PA    WASHINGTON DC    WILMINGTON DE

I/M: JIMMIE LEWIS
SBI# 506622 UNIT CU12
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

18

CLERK OF THE COURT (GMS)
UNITED STATES DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILMINGTON, DELAWARE
19801