IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

V.                            CA NO. 04-1350 (GMS)

DR. SYLVIA FOSTER, ET AL


MOTION FOR DEFAULT JUDGEMENT
AGAINST DEFENDANTS JOHNSON -
MOFFETT - GRAY - SAGERS
PURSUANT TO FED R. CIV P #55



FILED
MAY - 3 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

DATE: 4/27/07

Jimmie Lewis
SBI #506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DEL 19977

1.) ON FEB 21, 2007 THIS HONORABLE COURT GRANTED LEAVE TO THE PLAINTIFF TO PROPOUND FOUR INTERROGATORIES TO EACH DEFENDANT CITED IN CAPTION TO OBTAIN WITNESS INFORMATION WITHIN THIRTY DAYS FROM THE DATE OF THE FEB 21, 2007 ORDER.

2.) WITHIN THIRTY DAYS OF FEB 21, 2007 THE PLAINTIFF SERVED INTERROGATORIES UPON DEFENDANTS JOHNSON - MOFFETT - SAGERS AND GRAY, BUT SAID DEFENDANTS HAVE FAILED TO RESPOND BEFORE THE END OF THE ALOTTED DISCOVERY DEADLINE MAY 1, 2007, SEE CIVIL DOCKET SHEET.

3.) AS OF MAY 1, 2007 SAID DEFENDANTS ARE IN DEFAULT OF THIS HONORABLE COURTS FEB 21, 2007 COURT ORDER AND JULY 28, 06 COURT SCHEDULING ORDER.

4.) THE PLAINTIFF HEREBY REQUEST FOR THIS HONORABLE COURT TO ENTER AN ORDER FOR DEFAULT AND DECLATORY JUDGEMENT, AND TO RECEIVE UP TO $75,000.00 IN PUNITIVE RELIEF FOR DAMAGES INFLICTED BY EACH DEFENDANT NAMED HEREIN FROM AND OR FOR "EACH" DEFENDANT THAT IS IN DEFAULT.

CERTIFICATE OF SERVICE

I, THE UNDERSIGNED PLAINTIFF JIMMIE LEWIS DUE HEREBY CERTIFY ON THIS 27TH DAY OF APRIL, 2007, THAT I DID MAIL ONE TRUE AND CORRECT COPY OF THE MOTION FOR DEFAULT JUDGEMENT AGAINST DEFENDANTS JOHNSON - MOFFETT - GRAY AND SAGERS PURSUANT TO FED R CIV P # 55 BY U.S POSTAL TO THE FOLLOWING :

CLERK OF THE COURT (GMS)
UNITED STATES DISTRICT COURT
844 N. KING ST, LOCK BOX 18
WILMINGTON, DELAWARE 19801

GREGORY E. SMITH
DEPUTY ATTORNEY GENERAL
820 N. FRENCH ST, 7TH FL
WILMINGTON, DELAWARE 19801

DATE: 4/27/07

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DEL 19977