IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

v.                              CA. NO. 04-1350 (GMS)

DR. SYLVIA FOSTER, ET AL

FILED
MAY 10 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

MOTION FOR ORDER OF CONTEMPT
OF COURT ORDER DATED FEB 21, 07
FOR DEFENDANTS JOHNSON - MOFFETT -
SAGERS AND GRAY, PURSUANT TO
FED R. CIV. P # 33, # 2 A·BB.


DATE: 5/01/07

Jimmie Lewis
SBI# 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DEL 19977

1.) On Feb 21, 07 this Honorable Court granted the Plaintiff leave to propound (4) interrogatories to each defendant Johnson - Moffett - Sagers - Gray for witness information, DI. 155, P. 5

2.) On or about 3/5/07 the Plaintiff in accordance to Fed. R. Civ P # 33, properly served (4) interrogatories on said defendants DI, 166, 167, 168 and 169.

3.) As of the 1st of May 07, the defendants have failed to answer or respond to said interrogatories, and are in contempt of court

4.) The Plaintiff hereby request an order for compensatory, nominal, exemplary and punitive fines for $750.00 each defendant.

## CERTIFICATE OF SERVICE

I, the undersigned plaintiff Jimmie Lewis due hereby certify on this 1st day of May, 2007, that I did mail one true and correct copy of the motion for contempt of court by U.S postal to the following:

Clerk of the Court (GMS)
United States District Court
844 N. King St, Lockbox 18
Wilmington, Del 19801

Gregory E. Smith
Deputy Attorney General
820 N. French St, 7th Fl
Wilm, Del 19801

Date: 5/01/07

Jimmie Lewis
SBI# 50662
Del. Corr. Center
1181 Paddock Rd
Smyrna, Del 19977