IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JIMMIE LEWIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-1350-GMS |
| ) | |
| DR. SYLVIA FOSTER, NURSE ) | |
| ASSISTANT ROBERT N. GRAY, ) | |
| MR. JOHNSON 1, MR. JOHNSON ) | |
| 2, LANCE SAPERS, and DAVE ) | |
| MOFFITT, ) | |
| ) | |
| Defendants. ) | |

## ORDER

At Wilmington this 16th day of May, 2007, this case having been stayed on May 11, 2007 pending attempts to refer this matter to a member of the Federal Civil Panel;

IT IS ORDERED that depositions upon written questions, pursuant to Fed. R. Civ. P. 31, scheduled for Thursday, **May 17, 2007**, at 1:00 p.m. are **canceled** to be reset upon lifting of the stay.

_____
UNITED STATES DISTRICT JUDGE



FILED

MAY 17 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE