IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JIMMIE LEWIS, | ) |
|       Plaintiff, | ) |
| v. | ) Civil Action No. 04-1350 GMS |
| DR. SYLVIA FOSTER, et.al., | ) |
|       Defendants. | ) |

**ORDER RECOGNIZING REPRESENTATION**

The Court recognizes that Julia Heaney, Esquire, has agreed to represent the plaintiff Jimmie Lewis as counsel of record in the above captioned case. Counsel's representation will remain in effect until the final determination of this case unless, prior thereto, this order is amended or revoked by further order of the Court.

The plaintiff, Jimmie Lewis, is hereby placed on notice that no further pro se filings will be accepted from him by the court.

Additionally, on May 11, 2007, this case was stayed pending review by the Civil Federal Panel. That stay is hereby lifted.

SO ORDERED this \_\_\_5th\_\_\_ day of June 2007.

                                          UNITED STATES DISTRICT JUDGE



FILED
JUN - 5 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE