IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JIMMIE LEWIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-1350 GMS |
| | ) |
| DR. SYLVIA FOSTER, et.al., | ) |
| | ) |
| Defendants. | ) |

**ORDER RECOGNIZING REPRESENTATION**

The Court recognizes that Julia Heaney, Esquire, has agreed to represent the plaintiff Jimmie Lewis as counsel of record in the above captioned case. Counsel's representation will remain in effect until the final determination of this case unless, prior thereto, this order is amended or revoked by further order of the Court.

The plaintiff, Jimmie Lewis, is hereby placed on notice that no further pro se filings will be accepted from him by the court.

Additionally, on May 11, 2007, this case was stayed pending review by the Civil Federal Panel. That stay is hereby lifted.

SO ORDERED this ____5th____ day of June 2007.

_____
UNITED STATES DISTRICT JUDGE

FILED
JUN -5 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

FILED
JUN 12 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Scanned

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JIMMIE LEWIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CONSOLIDATED |
| v. | ) Civil Action No. 05-13  GMS |
| | ) |
| RAPHEL WILLIAMS, et al. | ) |
| | ) |
| Defendants. | ) |

**ORDER RECOGNIZING REPRESENTATION**

The Court recognizes that Julia Heaney, Esquire, has agreed to represent the plaintiff Jimmie Lewis as counsel of record in the above captioned case. Counsel's representation will remain in effect until the final determination of this case unless, prior thereto, this order is amended or revoked by further order of the Court.

The plaintiff, Jimmie Lewis, is hereby placed on notice that no further pro se filings will be accepted from him by the court.

Additionally, on May 11, 2007, this case was stayed pending review by the Civil Federal Panel. That stay is hereby lifted.

SO ORDERED this ____5th____ day of June 2007.

_____
UNITED STATES DISTRICT JUDGE



FILED
JUN - 5 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JIMMIE LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-778 GMS |
| | ) | |
| THOMAS CARROLL, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER RECOGNIZING REPRESENTATION**

The Court recognizes that Julia Heaney, Esquire, has agreed to represent the plaintiff Jimmie Lewis as counsel of record in the above captioned case. Counsel's representation will remain in effect until the final determination of this case unless, prior thereto, this order is amended or revoked by further order of the Court.

The plaintiff, Jimmie Lewis, is hereby placed on notice that no further pro se filings will be accepted from him by the court.

SO ORDERED this _____5th_____ day of June 2007.

_____
UNITED STATES DISTRICT JUDGE



FILED

JUN - 5 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE






**First Class Mail**

Not in
system 2-31

Jimmie Lewis
SBI# 506622
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

FILED
JUN 12 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



Jimmie Lewis
SBI # 506622
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977



FILED
JUN 12 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

ice of the Clerk
tates District Court
ng Street, Lockbox 18
, Delaware 19801-3570

ICIAL BUSINESS