IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

V.                              CA. NO. 04-1350 (GMS)

DR. SYLVIA FOSTER, ETAL.


RE: NOTICE OF ADDRESS CHANGE


JIMMIE LEWIS
MITCHELL BUILDING
DEL. PSYCH CENTER
1901 N. DUPONT HWY
NEW CASTLE, DEL 19720



DATE: 6/14/07

Jimmie Lewis
MITCHELL BUILDING
DEL. PSYCH CENTER
1901 N. DUPONT HWY
NEW CASTLE, DEL 19720

JIMMIE LEWIS
MITCHELL BUILDING
DEL PSYCH CENTER
1901 N. DUPONT HWY
NEW CASTLE, DEL 19720

regular mail

CLERK OF THE COURT (GMS)
UNITED STATES DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILMINGTON, DELAWARE 19801