Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

RETURN TO SENDER

FILED
JUN 20 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Jimmie Lewis
SBI #506622
~~Delaware Correctional Facility~~
~~Smyrna, Delaware~~

☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/ STREET
☐ NOT DELIVERABLE AS ADDRESSED
☐ UNABLE TO FORWARD
☑ OTHER

REFUSED
RTS RETURN TO SENDER



## Utility Events
1:04-cv-01350-GMS Lewis v. Foster
PaperDocuments

### U.S. District Court

### District of Delaware

**Notice of Electronic Filing**

The following transaction was entered on 6/13/2007 at 2:57 PM EDT and filed on 6/13/2007
**Case Name:**     Lewis v. Foster
**Case Number:**   1:04-cv-1350
**Filer:**
**Document Number:** No document attached

**Docket Text:**
Remark: Remailed copy of order, D.I. [217] to Mr. Lewis at John L. Webb Correctional Facility, 200 Greenbank Road, Wilmington, DE 19808 per updated address provided by DE prison system. (rbe)


**1:04-cv-1350 Notice has been electronically mailed to:**
Julia Heaney jhefiling@mnat.com
Louis J. Rizzo, Jr lrizzo@rrkdlaw.com
Gregory E. Smith greg.smith@state.de.us

**1:04-cv-1350 Notice has been delivered by other means to:**

SBI # 506622



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JIMMIE LEWIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-1350 GMS |
| | ) |
| DR. SYLVIA FOSTER, et.al., | ) |
| | ) |
| Defendants. | ) |

Scanned FILED JUN 1 2 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

**ORDER RECOGNIZING REPRESENTATION**

The Court recognizes that Julia Heaney, Esquire, has agreed to represent the plaintiff Jimmie Lewis as counsel of record in the above captioned case. Counsel's representation will remain in effect until the final determination of this case unless, prior thereto, this order is amended or revoked by further order of the Court.

The plaintiff, Jimmie Lewis, is hereby placed on notice that no further pro se filings will be accepted from him by the court.

Additionally, on May 11, 2007, this case was stayed pending review by the Civil Federal Panel. That stay is hereby lifted.

SO ORDERED this ____5th____ day of June 2007.

_____
UNITED STATES DISTRICT JUDGE

FILED JUN -5 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

**Utility Events**
1:06-cv-00778-GMS Lewis v. Carroll et al
PaperDocuments

### U.S. District Court

### District of Delaware

**Notice of Electronic Filing**

The following transaction was entered on 6/13/2007 at 3:14 PM EDT and filed on 6/13/2007
**Case Name:**     Lewis v. Carroll et al
**Case Number:**   1:06-cv-778
**Filer:**
**Document Number:** No document attached

**Docket Text:**
Remark: Remailed copy of order, D.I. [32] to Mr. Lewis at John L. Webb Correctional Facility, 200 Greenbank Road, Wilmington, DE 19808 per updated address provided by DE prison system. (rbe)

**1:06-cv-778 Notice has been electronically mailed to:**
Julia Heaney jhefiling@mnat.com
Erika Yvonne Tross Erika.Tross@state.de.us

**1:06-cv-778 Notice has been delivered by other means to:**



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JIMMIE LEWIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-778 GMS |
| | ) |
| THOMAS CARROLL, et al. | ) |
| | ) |
| Defendants. | ) |

**ORDER RECOGNIZING REPRESENTATION**

The Court recognizes that Julia Heaney, Esquire, has agreed to represent the plaintiff Jimmie Lewis as counsel of record in the above captioned case. Counsel's representation will remain in effect until the final determination of this case unless, prior thereto, this order is amended or revoked by further order of the Court.

The plaintiff, Jimmie Lewis, is hereby placed on notice that no further pro se filings will be accepted from him by the court.

SO ORDERED this ___5th___ day of June 2007.

_____
UNITED STATES DISTRICT JUDGE



FILED

JUN - 5 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Utility Events
1:05-cv-00013-GMS Lewis v. Williams, et al
LEAD, PaperDocuments

U.S. District Court

District of Delaware

### Notice of Electronic Filing

The following transaction was entered on 6/13/2007 at 2:58 PM EDT and filed on 6/13/2007
**Case Name:**    Lewis v. Williams, et al
**Case Number:**    1:05-cv-13
**Filer:**
**Document Number:** No document attached

**Docket Text:**
Remark: Remailed copy of order, D.I. [117] to Mr. Lewis at John L. Webb Correctional Facility, 200 Greenbank Road, Wilmington, DE 19808 per updated address provided by DE prison system. (rbe)


**1:05-cv-13 Notice has been electronically mailed to:**
Julia Heaney jhefiling@mnat.com
Erika Yvonne Tross Erika.Tross@state.de.us

**1:05-cv-13 Notice has been delivered by other means to:**



FILED
JUN 20 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JIMMIE LEWIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CONSOLIDATED |
| v. | ) Civil Action No. 05-13  GMS |
| | ) |
| RAPHEL WILLIAMS, et al. | ) |
| | ) |
| Defendants. | ) |

**ORDER RECOGNIZING REPRESENTATION**

The Court recognizes that Julia Heaney, Esquire, has agreed to represent the plaintiff Jimmie Lewis as counsel of record in the above captioned case. Counsel's representation will remain in effect until the final determination of this case unless, prior thereto, this order is amended or revoked by further order of the Court.

The plaintiff, Jimmie Lewis, is hereby placed on notice that no further pro se filings will be accepted from him by the court.

Additionally, on May 11, 2007, this case was stayed pending review by the Civil Federal Panel. That stay is hereby lifted.

SO ORDERED this ____5th____ day of June 2007.

_____
UNITED STATES DISTRICT JUDGE



FILED
JUN - 5 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE