IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JIMMIE LEWIS,<br><br>                Plaintiff,<br><br>        v.<br><br>DR. SYLVIA FOSTER, et al.,<br><br>                Defendants. | C.A. No. 04-1350 (GMS) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that, pursuant to paragraph 2(b) of the Standing Order dated May 25, 1999 captioned In Re The Establishment Of A Federal Civil Panel To Provide Legal Assistance To Indigent Parties In Certain Civil Litigation, the undersigned hereby withdraws her appearance in this action as counsel for plaintiff Jimmie Lewis.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney (#3052)*

Julia Heaney (#3052)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jheaney@mnat.com
  *Attorneys for Jimmie Lewis*

June 27, 2007

CERTIFICATE OF SERVICE

I, Julia Heaney, hereby certify that on June 27, 2007, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

>Gregory E. Smith
>Delaware Department of Justice
>
>Louis J. Rizzo, Jr.
>Reger Rizzo Kavulich & Darnall, LLP

I further certify that copies were caused to be served on June 27, 2007 upon the following individuals in the manner indicated:

**BY E-MAIL**

>Gregory E. Smith
>Delaware Department of Justice
>820 N. French Street, 6th Floor
>Wilmington, DE  19801
>greg.smith@state.de.us
>
>Louis J. Rizzo, Jr.
>Reger Rizzo Kavulich & Darnall, LLP
>1001 Jefferson Plaza, Suite 202
>Wilmington, DE  19801
>lrizzo@rrkdlaw.com

**BY FIRST CLASS MAIL**

>Jimmie Lewis
>Delaware Psychiatric Center
>1901 North Du Pont Highway
>Mitchell Building
>New Castle, DE  19720

*/s/ Julia Heaney (#3052)*

Julia Heaney (#3052)
jheaney@mnat.com