IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS : 

    Plaintiff :

v. : Civil Action No. 04-1350 GMS

DR. SYLVIA FOSTER, et al. :

    Defendants :

### ORDER

WHEREAS, on June 5, 2007, an Order was issued recognizing the agreement of representation of the plaintiff by Julia Heaney, Esq. (D.I. 216);

WHEREAS, on June 27, 2007, a Notice of Withdrawal of Appearance was filed by Julia Heaney, Esq. (D.I. 220);

WHEREAS, the Notice of Withdrawal of Appearance is hereby construed as a Motion for Leave to Withdraw Appearance;

IT IS HEREBY ORDERED that:

The Motion for Leave to Withdraw is hereby GRANTED, and the appearance of Julia Heaney, Esq. is hereby terminated.

_____
UNITED STATES DISTRICT JUDGE

July __10__, 2007

