IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS                                          :

        Plaintiff                                      :

        v.                                             : Civil Action No. 04-1350 GMS

DR. SYLVIA FOSTER, et al.                            :

        Defendants                                     :

## ORDER REFERRING MATTER FOR REPRESENTATION

At Wilmington, this __10ᵗʰ__ day of July 2007, the court having determined that the plaintiff

is appearing in this matter *pro se* because the plaintiff is unable to afford legal representation; and

having further determined that it is appropriate to encourage legal representation for the plaintiff by

an attorney,

IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to attempt to refer representation of the plaintiff to a

member of the Federal Civil Panel;

2. The Court's Standing Order regarding the establishment of a Federal Civil Panel to

provide legal representation to indigent parties in certain civil litigation is incorporated herein by

reference; and

3. The case is STAYED pending the results of the Federal Civil Panel's review. The parties

shall not file pleadings in this case during the pendency of the stay.

_____
UNITED STATES DISTRICT JUDGE

**FILED**

JUL 10 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE