IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

   V.                              C.A. NO. 04-1350 (GMS)

DR. SYLVIA FOSTER, ET AL



REQUEST TO HALT A FEDERAL CIVIL
PANEL REVIEW UNTIL AN ORDER
IS RENDERED REGARDING SUMMARY
MOTION, IF ANY, AND OR THEREAFTER
THE SCHEDULING OF A TRIAL DATE

DATE: 6/28/07

                              Jimmie Lewis
                              DEL. PSYCH CENTER
                              1901 N. DUPONT HWY
                              NEW CASTLE, DEL 19720