IN THE UNITED STATES DISTRICT COURT
    FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

    V.                    CA NO. 04-1350 GMS

DR. SYLVIA POSTER, ET AL

RECEIVED

JUL 12 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

        REQUEST TO PROCEED PRO-SE
    UNTIL AN ORDER IS RENDERED
    REGARDING SUMMARY mum MOTION-
        IF ANY AND OR THEREAFTER
        m THE SCHEDULING OF A TRIAL DATE

DATE: 6/28/07                    Jimmie Lewis
                                 DEL. PSYCH CENTER
                                 1901 N. DUPONT HWY
                                 NEW CASTLE, DEL 19720