IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

v.                          CA NO. 04-1350 (GMS)

DR. SYLVIA FOSTER, ET AL



RECEIVED
JUL 12 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

REQUEST FOR AN ORDER
RESCHEDULING DEPOSITION UPON
WRITTEN QUESTION FOR DEFENDANTS
ROBERT GRAY, DAVID MOFFETT,
LANCE SAGERS AND BRIAN JOHNSON
PURSUANT FED R. CIV P # 31

DATE: 6/28/07

Jimmie Lewis
MITCHELL COMPLEX
DEL. PSYCH CENTER
1901 N. DUPONT HWY
NEW CASTLE, DEL 19720