IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JIMMIE LEWIS, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 04-1350-GMS |
| DR. SYLVIA FOSTER, et al., | ) ) |
|     Defendants. | ) ) |

ORDER

At Wilmington this 2nd day of August, 2007, having considered the plaintiff's pending motions;

IT IS ORDERED that:

The plaintiff's requests to halt a federal civil panel review until an order is rendered regarding summary motion, if any, and or thereafter the scheduling of a trial date (D.I. 223) and to proceed pro se until an order is rendered regarding summary motion, if any, and or thereafter the scheduling of a trial date (D.I. 224) are **denied**. There are no pending motions for summary judgment.

The plaintiff's request for an order rescheduling deposition upon written questions for the defendants Robert Gray, Davit Moffett, Lance Sagers, and Brian Johnson pursuant to Fed. R. Civ. P. 31 (D.I. 225) is **denied**. The case is stayed pending review by the federal civil panel. The stay includes all discovery, including depositions.

**The case is stayed. Pleadings filed during the pendency of the stay will be summarily denied, without comment.**

                                                /s/
                                     UNITED STATES DISTRICT JUDGE



FILED
AUG - 2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE