IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

V.                                    CA. NO. 04-1350 (GMS)

DR. SYLVIA FOSTER, ET AL


MOTION FOR ORDER TO
LIFT THE STAY FOR
THE FEDERAL CIVIL PANEL
REVIEW, AND FOR THE PLAINTIFF
TO PROCEED PRO-SE HEREIN.


DATE: 9/24/07                         Jimmie Lewis
                                      DEL PSYCH CENTER
                                      1901 N. DUPONT HWY
                  NEW CASTLE, DE 19720

1.) THE PLAINTIFF FILED MOTION TO THE COURT FOR APPOINTMENT OF COUNSEL.

2.) THE COURT ADHERED BY ISSUING A ORDER REFERRING MATTER FOR REPRESENTATION JULY 10TH 2007, HAVING FURTHER DETERMINING THAT IT IS APPROPRIATE TO ENCOURAGE LEGAL REPRESENTATION FOR THE PLAINTIFF BY AN ATTORNEY.

3.) AS OF TO DATE THE CLERK OF THE COURT HAS DIRECTED THIS CASE TO NUMEROUS MEMBERS OF THE FEDERAL CIVIL PANEL, BUT TO NO AVAIL.

4.) THE MATTERS OF THIS CASE ARE NOT SO COMPLEX THAT THE PLAINTIFF CAN NOT REPRESENT HIMSELF, AS HE HAS DONE THUS FAR.

5.) THE PLAINTIFF HAS SOUGHT REPRESENTATION FROM SEVERAL OF THE EXACT SAME ATTORNEY'S BUT TO NO AVAIL, FOR WHICH FURTHER DELAY IS INTRINGING APON THE PLAINTIFF UNITED STATES CONSTITUTIONAL RIGHT TO A SPEEDY TRIAL AND JUSTICE. 6TH AND 14TH U.S.CA RIGHTS.

6.) THE PLAINTIFF HEREBY REQUEST FOR A ORDER TO LIFT THE STAY FOR THE FEDERAL CIVIL PANEL ALLOWING THE PLAINTIFF TO PROCEED PRO-SE AS HE HAS DONE THUS FAR, AND THAT THE COURT ISSUE AN ORDER RESCHEDULING THE DEFENDANTS JOHNSON, MOFFETT, SAGERS AND GRAY TO ANSWER THE DEPOSITIONS BY WRITTEN QUESTION AS IT HAS BEEN PRESENTED TO THE COURT.

7.) THE PLAINTIFF ALSO HEREBY REQUEST FOR THIS HONORABLE COURT TO ADDRESS ALL PENDING MOTIONS BEFORE THE COURT, AN FOR A ORDER TO RESCHEDULE THIS MATTER ON THIS HONORABLE COURTS CALENDER AS SOON AS POSSIBLE.

DATE: 9/24/07

Jimmie Lewis
DEL PSYCH CENTER
1901 N. DUPONT HWY
NEW CASTLE, DE 19720




CLERK OF THE COURT (Gms)
UNITED STATES DISTRICT COURT
844 N. KING ST. LOCKBOX 18
WILMINGTON, DEL 19801

JIMMIE LEWIS
MITCHELL BUILDING
DEL PSYCH CENTER
1901 N. DUPONT HWY
NEW CASTLE, DE 19720