# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JIMMIE LEWIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-1350-GMS |
| | ) |
| DR. SYLVIA FOSTER, et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW AND FOR APPOINTMENT OF CONFLICT COUNSEL FOR DEFENDANTS JOHNSON, MOFFETT, SAGERS, AND GRAY

COME NOW, Defendants Johnson, Moffett, Sagers, and Gray, by and through undersigned counsel, and respectfully move this Honorable Court to enter an Order granting their motion to petition Superior Court for appointment of conflict counsel. In support of this motion, movants offer the following:

1. The Department of Justice has determined there is a conflict of interest in the continued representation of defendants Johnson, Moffett, Sagers, and Gray, who are public officers, in this federal action.

2. The undersigned counsel, requests that this Honorable Court to decide the Motion for Referral to President Judge of Superior Court for Appointment of Counsel, pursuant to Delaware Supreme Court Rule 68(b)(2) and 10 *Del. C.* § 3925 filed simultaneously with this motion.

WHEREFORE, for the hereinabove reasons, petitioner respectfully requests that this Court grant their motion to withdraw and for referral of the matter to the President Judge of Superior Court for appointment of conflict counsel.

                STATE OF DELAWARE
                DEPARTMENT OF JUSTICE

                /s/ Gregory E. Smith
                Gregory E. Smith, ID # 3869
                Deputy Attorney General
                820 North French Street, 7th Floor
                Carvel State Building
                Wilmington, Delaware 19801
                (302) 577-8398