## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JIMMIE LEWIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 04-1350-GMS |
| | ) |
| DR. SYLVIA FOSTER, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

WHEREAS Defendants Johnson, Moffett, Sagers, and Gray, by and through their counsel, have moved the Court for an Order permitting Defendants to petition the President Judge of the Delaware Superior Court for appointment of conflict counsel, pursuant to Delaware Supreme Court Rule 68(b)(2) and 10 *Del. C.* § 3925,

IT IS SO ORDERED this _____ day of _____, 2007, that Defendants' Motion to petition the Delaware Superior Court for appointment of conflict counsel is GRANTED.

_____
J.