## CERTIFICATION OF SERVICE

The undersigned certifies that on October 18, 2007, he electronically filed the attached *Motion seeking leave to petition for appointment of conflict counsel* with the Clerk of Court using CM/ECF which will send notification of such filing to the following registered participant:

Louis Rizzo, Esq.
REGER RIZZO KAVULICH & DARNALL LLP
1001 Jefferson Plaza, Suite 202
Wilmington, DE  19801
Attorney for Dr. Sylvia Foster

The undersigned further certifies that on October 18, 2007 that he mailed by United State Postal Service the document(s) to the following non-registered participant:

Jimmie Lewis
SBI No. 00506622
1901 North Du Pont Highway
Delaware Psychiatric Center
New Castle, Delaware 19720

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Gregory E. Smith
Gregory E. Smith, ID # 3869
Deputy Attorney General
820 North French Street, 7th Floor
Carvel State Building
Wilmington, Delaware 19801
(302) 577-8398