IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JIMMIE LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1350-GMS |
| | ) | |
| DR. SYLVIA FOSTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

WHEREAS Defendants Johnson, Moffett, Sagers, and Gray, by and through their counsel, have moved the Court for an Order permitting Defendants to petition the President Judge of the Delaware Superior Court for appointment of conflict counsel, pursuant to Delaware Supreme Court Rule 68(b)(2) and 10 *Del. C.* § 3925,

IT IS SO ORDERED this __23rd__ day of __Oct.__, 2007, that Defendants' Motion to petition the Delaware Superior Court for appointment of conflict counsel is GRANTED.

_____
J.



FILED
OCT 23 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE