IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

V.                           CA. NO. 04-1350 GMS.

DR. SYLVIA FOSTER, ET AL.


PLAINTIFF JIMMIE LEWIS RESPONSE TO
DEFENDANTS GRAY - MOFFETT - SAGERS
AND JOHNSONS COUNSEL'S MOTION TO
WITHDRAW AND FOR APPOINTMENT OF CONFLICT
COUNSEL FOR CO-DEFENDANTS.


DATE: 10/25/07

                                Jimmie Lewis
                                J.E.M BUILDING
                                1901 N. DUPONT HWY
                                NEW CASTLE, DEL 19720

1.) Plaintiff Jimmie Lewis opposes to Defendants Moffett - Johnson - Sagers - and Gray's motion for counsel to withdraw and for the appointment of conflict counsel due to the Defendants failing to state the conflict, in order to factually determine if there is indeed a conflict, as well as because said motion presents a strategic ploy to hinder the proceedures by stating the conflict counsel is not familiar enough with the case to proceed in accordance with the courts calinder for which would prejudice the plaintiff 1st, 6th and 14th U.S.C.A. rights.

CERTIFICATE OF SERVICE

I, THE UNDERSIGNED PLAINTIFF, DO HEREBY CERTIFY OF THIS _____ DAY OF _____, THAT I DID MAIL ONE TRUE AND CORRECT COPY OF THE PLAINTIFF'S RESPONSE TO DEFENDANTS MOTION TO WITHDRAW. AND FOR APPOINTMENT OF CONFLICT COUNSEL BY U.S POSTAL TO THE FOLLOWING:

GREGORY E. SMITH
DEPUTY ATTORNEY GENERAL
820 N. FRENCH ST
7TH FL
WILMINGTON, DEL 19801

LOUIS J. RIZZO JR
1001 JEFFERSON PLAZA
SUITE 202
WILMINGTON, DEL 19801

DATE: 10/25/07

Jimmie Lewis
J.E M BUILDING
1901 N. DUPONT HWY
NEW CASTLE, DEL 19720

JIMMIE LEWIS
J.E.M BUILDING
1901 N. DUPONT HWY
NEW CASTLE, DEL 19720

CLERK OF THE COURT (GMS)
UNITED STATES DISTRICT COURT
844 N. KING ST., LOCKBOX 18
WILMINGTON, DELAWARE 19801

