IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS,                          )
                                       )
        Plaintiff,                     )
                                       )
        v.                             )        Civil Action No. 04-1350-GMS
                                       )
DR. SYLVIA FOSTER, et al.,             )
                                       )
        Defendants.                    )

## ORDER

At Wilmington this 26th day of    Nov.        , 2007,

Lewis filed a motion for appointment of counsel and on May 11, 2007, the court entered

an order for the Clerk of the Court to refer the case to Federal Civil Panel for review and possible

representation of plaintiff. (D.I. 207, 214.) The referral was successful, however, appointed

counsel moved to withdraw. (D.I. 220, 221.) On July 10, 2007, the case was once again referred

to the Federal Civil Panel for review and an attempt to obtain representation for Lewis. (D.I.

220, 221, 222.) The case is stayed pending results of the Federal Civil Panel which has not yet

completed its review of the case.

Lewis filed a motion and asks the court to lift the stay, allow him to proceed *pro se*,

reschedule previously scheduled depositions by written questions, rule on all pending motions,

and place the matter on the court's calendar as soon as possible. (D.I. 227.) Inasmuch as Lewis

wishes to proceed *pro se* in this case, his motion will be granted to that extent, and the stay will

be lifted.

The court docket indicates that prior to the time he was appointed counsel Lewis filed an

unprecedented number of motions, some that are repetitive, and many that are frivolous. All

pending motions will be denied without prejudice. (D.I. 160, 161, 163, 164, 188, 189, 190, 191, 192, 208, 210, 211.) **Lewis is placed on notice that repetitive filings will be docketed, not considered by the court, and denied as repetitive.**

IT IS THEREFORE ORDERED that:

1. The motion for order to lift the stay for the federal civil panel review, and for the plaintiff to proceed *pro se* herein is **granted** to the extent that the stay is lifted, the case is removed from the Federal Civil Panel for consideration of representation, and the plaintiff may proceed *pro se.* (D.I. 227.)

2. All other pending motions are denied without prejudice. (D.I. 160, 161, 163, 164, 188, 189, 190, 191, 192, 208, 210, 211.)

3. On or before *December 15 2007* counsel for the defendants Brian Johnson, Lance Sagers, Robert Gray, and David Moffett shall contact Nancy Rebeschini, Esquire, the court's pro se law clerk, to reschedule a date and time for the written depositions. The depositions shall take place at the J. Caleb Boggs Federal Building, Wilmington, Delaware.

4. All remaining discovery shall be completed within sixty (60) days from the date of this order.

5. All summary judgment motions, with accompanying briefs and affidavits, shall be filed on or before *March 26, 2008* . The answering brief shall be filed on or before *April 9, 2008* , and the reply brief on or before *April 16, 2008* .

CHIEF UNITED STATES DISTRICT JUDGE

**FILED**

NOV 2 7 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

-2-