**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JIMMIE LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1350-GMS |
| | ) | |
| DR. SYLVIA FOSTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE, this 14th day of December, 2007, that Deputy Attorney

General Gregory E. Smith hereby withdraws as counsel for Defendants Robert Gray,

Lance Sagers, David Moffett, and Brian Johnson.  Joseph Schoell, Esq. hereby enters his

appearance on behalf of Defendants Robert Gray, Lance Sagers, and David Moffett.

WOLF, BLOCK, SCHORR
and SOLIS-COHEN LLP

/s/ Joseph C. Schoell_____
Joseph C. Schoell, ID # 3133
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 North Market Street, Suite 1001
Wilmington, Delaware  19801
(302) 777-0305

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Gregory E. Smith_____
Gregory E. Smith, ID # 3869
Deputy Attorney General
820 North French Street, 7th Floor
Carvel State Building
Wilmington, Delaware  19801
(302) 577-8398