## CERTIFICATION OF SERVICE

The undersigned certifies that on December 14, 2007, he electronically filed the attached *Notice of substitution of counsel* with the Clerk of Court using CM/ECF which will send notification of such filing to the following registered participants:

Louis Rizzo, Esq.
REGER RIZZO KAVULICH & DARNALL LLP
1001 Jefferson Plaza, Suite 202
Wilmington, DE  19801
Attorney for Dr. Sylvia Foster


Joseph C. Schoell, Esq.
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 North Market Street, Suite 1001
Wilmington, Delaware  19801
(302) 777-0305

The undersigned further certifies that on December 14, 2007 that he mailed by United State Postal Service the document(s) to the following non-registered participant:

Jimmie Lewis
SBI No. 00506622
1901 North Du Pont Highway
Delaware Psychiatric Center
New Castle, Delaware 19701


STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Gregory E. Smith
Gregory E. Smith, ID # 3869
Deputy Attorney General
820 North French Street, 7th Floor
Carvel State Building
Wilmington, Delaware 19801
(302) 577-8398