IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JIMMIE LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1350-GMS |
| | ) | |
| DR. SYLVIA FOSTER, NURSE | ) | |
| ASSISTANT ROBERT N. GRAY, | ) | |
| MR. JOHNSON 1, MR. JOHNSON | ) | |
| 2, LANCE SAPERS, and DAVE | ) | |
| MOFFITT, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

At Wilmington this 4th day of January, 2008;

IT IS ORDERED that depositions upon written questions, pursuant to Fed. R. Civ. P. 31, for **Lance Sagers, Robert Gray,** and **David Moffett** are **rescheduled** before Nancy Rebeschini, Esquire, pro se law clerk, to be held on **Tuesday, January 8, 2008, at 9:00 a.m.** All depositions shall take place in Room 4102, on the fourth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

The defendant, **Brian Johnson,** is now proceeding pro se and to date, his deposition has not been rescheduled. The clerk of the court is directed to send a copy of this order to Brian Johnson at the following address: Delaware Psychiatric Center, 1901 N. DuPont Highway, New Castle, Delaware 19720.

_____
CHIEF UNITED STATES DISTRICT JUDGE