IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JIMMIE LEWIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-1350-GMS |
| | ) |
| DR. SYLVIA FOSTER, NURSE | ) |
| ASSISTANT ROBERT N. GRAY, | ) |
| MR. JOHNSON 1, MR. JOHNSON | ) |
| 2, LANCE SAGERS, and DAVE | ) |
| MOFFETT, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, the deposition of the defendants Lance Sagers, Robert Gray, and David Moffett having taken place on January 8, 2008,

NOW THEREFORE, IT IS HEREBY ORDERED this 10th day of January, 2008 that the plaintiff's deposition questions found at D.I. 198, 199, and 200 are unsealed.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

FILED

JAN 1 1 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE