IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JIMMIE LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1350-GMS |
| | ) | |
| DR. SYLVIA FOSTER, NURSE | ) | |
| ASSISTANT ROBERT N. GRAY, | ) | |
| MR. JOHNSON 1, MR. JOHNSON | ) | |
| 2, LANCE SAGERS, and DAVE | ) | |
| MOFFETT, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATION**

I, Nancy Rebeschini, Esquire, pro se law clerk, and designated officer for depositions upon written questions held before me on January 8, 2008, do here by certify that:

1. The deposition of the defendant, David Moffett, was held on January 8, 2008, at 9:00 a.m., at the J. Caleb Boggs Federal Building, Wilmington, Delaware. Joseph Schoell, counsel for Robert N. Gray, David Moffett, and Lance Sagers, and Michael Ripple, counsel for Dr. Sylvia Foster were present at the deposition.

2. On that same date, David Moffett declared before me, an individual authorized to administer oaths, that his written answers were true and correct.

3. I read aloud each and every deposition question submitted by the plaintiff, Jimmie Lewis, for the deponent, David Moffett.

4. I personally observed the deponent, David Moffett, answer, in writing, the deposition questions.

5. A true and correct copy of the written questions filed by the plaintiff, the original

written answers of the deponent, and written original objections made by counsel are attached

hereto and are filed with the court, and copies shall be served upon the parties.

I, Nancy Rebeschini, certify under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of January, 2008.

Nancy Rebeschini, Esquire, Designated
Officer

**FILED**

JAN 1 5 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2

—

198

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

V.                          CA. NO. 04 - 1350 (GMS)

DR. SYLVIA FOSTER, ET AL.



**FILED**

APR 1 8 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

WRITTEN DEPOSITION QUESTIONS
FOR DEFENDANT DAVID MOFFETT # 3 CC,
IN ACCORDANCE WITH THE HONORABLE JUDGE
GREGORY M. SLEET'S APRIL 9TH 07 ORDER
PURSUANT TO FED R. CIV P# 30

DATE: 4/16/07

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DEL 19977

$3 cc, p.1$ )

1.)   WITO PROVIDES YOUR PHYSICAL SAFETY
      RESTRIANT TRAINING

2.)   WHAT ARE YOU TAUGHT NOT TO DO WHEN
      PHYSICALLY RESTRIANING A PERSON

3)    DATING FROM 5/21/04 TO 6/25/04
      THE COURSE OF THE PLAINTIFF'S STAY AT
      THE DELAWARE PSYCHIATRIC CENTER,
      WOULD YOU SAY THAT THE PLAINTIFF
      DISPLAYED NO EVIDENCE OF MOOD DISORDER

4.)   DATING FROM 5/21/04 TO 6/25/04
      THE COURSE OF THE PLAINTIFFS STAY AT
      THE DELAWARE PSYCHIATRIC CENTER;
      WOULD YOU SAY THAT THE PLAINTIFF
      DISPLAYED NO EVIDENCE OF PSYCHOSIS

5.)   IF DR. SYLVIA FOSTER GAVE AN ORDER
      THAT CALLED FOR YOU TO 4 POINT RESTRIAN
      THE PLAINTIFF, AND YOU DID NOT COMPLY,
      COULD YOU POSSIBLE BE FIRED FOR NOT COMPLING.

3cc, p.2)

6.) DO YOU KNOW THE NAME OF ANY
DELAWARE PSYCHIATRIC CENTER'S STAFF
WHO YOU WITNESSED UTILIZE PHYSICAL FORCE
TO SUBDUE AND OR RESTRAIN THE PLAINTIFF
AT THE D.P.C DATING FROM 5/21/04 TO
6/25/04, IF YES, PROVIDE THE PLAINTIFF
WITH THE FULL AND CORRECT NAME OF
SAID D.P.C STAFF MEMBER OR MEMBERS.

7.) DURING THE PLAINTIFF'S STAY AT
THE DELAWARE PSYCHIATRIC CENTER
DATING FROM 5/21/04 TO 6/25/04,
DO YOU BELIEVE DR. SYLVIA FOSTER HAD
THE AUTHORITY TO ORDER THE PLAINTIFF
JIMMIE LEWIS 4 POINT RESTRIANED.

8) DURING THE PLAINTIFF'S STAY AT
THE DELAWARE PSYCHIATRIC CENTER
DATING FROM 5/21/04 TO 6/25/04,
DO YOU BELIEVE DR. SYLVIA FOSTER HAD
THE AUTHORITY TO ORDER THE PLAINTIFF
JIMMIE LEWIS TO BE INJECTED WITH
PSYCHOTROPIC MEDICINE(S).

$3 CC, P. 3)$

9.) DURING THE PLAINTIFF'S STAY AT
THE DELAWARE PSYCHIATRIC CENTER
DATING FROM 5/21/04 TO 6/25/04,
DID YOU BECOME AWARE OF THE PLAINTIFF
BEING 4 POINT RESTRAINED

10) DURING THE PLAINTIFF'S STAY AT
THE DELAWARE PSYCHIATRIC CENTER
DATING FROM 5/21/04 TO 6/25/04,
DID YOU BECOME AWARE OF THE PLAINTIFF
RECEIVING INJECTIONS OF PSYCHOTROPIC
MEDICINES.

11.) REGARDING THE INCIDENT THE PLAINTIFF
allegedly CLAIMS OCCURED AT THE DELAWARE
PSYCHIATRIC CENTERS MITCITEL BUILDING DINNING
HALL DURING SNACK BREAK ON JUNE 14, 04,
QUESTION, IN YOUR PROFFESSIONAL OPINION
SHOULD THE PLAINTIFF BEEN PLACED INTO
ISOLATION FOR SAFETY.

12.) IN YOUR OPINION, WHY DO YOU THINK
A PSYCHIATRIST WOULD ORDER A PERSON
TO BE INJECTED WITH PSYCHOTROPIC MEDICINES,

3 cc , P. 4 )

13.) UP UNTIL TO DATE, WHY HAVN'T YOU
SUBMITTED CLAIM THAT THE PLAINTIFF
JIMMIE LEWIS ALLEGEDLY ; THREATENED YOU,
WAS VERBALLY ABUSIVE AND OR PHYSICALLY
ASSAULTED YOU OR ANY SPECIFICLY NAMED
D. P.C PATIENT OR D. P.C STAFF MEMBER WHO
WAS PRESENT DURING THE JUNE 14, 04
INCIDENT IN THE D.P.C's MITCHEL BUILDING.


14.) CAN YOU RECALL IF YOU HAD TO PHYSICALLY
SUBDUE AND OR RESTRIAN THE PLAINTIFF
JIMMIE LEWIS AT THE D. P.C's MITCHEL
BUILDING ON EITHER OF THE FOLLOWING DATES.
DURING HIS 5/21/04 TO 6/25/04 STAY
AT THE DELAWARE PSYCHIATRIC CENTER !
6/6 - 13 - 14 AT OR ABOUT 8:00 PM, 14TH AT OR ABOUT
11:00 PM, 15TH - 21 - 22 - 24 /2004 .
PLEASE SPECIFICLY NOTE SAID DATE OR DATES.

$3cc, p.5)$

15.)      YOU STATED ON OR ABOUT APRIL 9TH 07
THAT THE JUNE 14, 04 INCIDENT AT THE D.P. C'S
MITCHEL BUILDING DINNING HALL DURING
SNACK BREAK REGARDING THE PLAINTIFF
JIMMIE LEWIS OCCURED AT 8:45 PM.
           TAKING INTO CONSIDERATION LANCE SAGERS
APRIL 9TH 07 STATEMENT, QUOTE.
I WAS AT LUNCH OUT OF THE MITCHEL
BUILDING FROM 8:00 PM TO 8:40 PM, UNQUOTE.
       QUESTION, DOES YOUR CLAIM THAT THE
AFOREMENTIONED INCIDENT OCCURED AT 8:45 PM,
PLACE LANCE SAGERS INSIDE OF THE MITCHEL
MITCHEL BUILDING AT THE TIME YOU
STATED THE INCIDENT OCCURED.

$3cc, P.6)$

16.)    AT WHAT TIME AND DATE BETWEEN
THE DATES OF 5/21/04 AND 6/25/04,
DID YOU BECOME AWARE THAT
DR. SYLVIA FOSTER DIAGNOSED THE PLAINTIFF
AS MALINGERING, 1.e, PRETENDING TO
BE MENTALLY ILL.

CERTIFICATE OF SERVICE

I, THE UNDERSIGNED PLAINTIFF JIMMIE LEWIS
DUE HEREBY CERTIFY ON THIS 16TH, DAY OF APRIL,
2007, THAT I DID MAIL ONE TRUE AND CORRECT
COPY OF THE WRITTEN DEPOSITION QUESTIONS
FOR DEFENDANT DAVID MOFFETT # 3CC,
BY U.S POSTAL TO THE FOLLOWING:

CLERK OF THE COURT (GMS)
UNITED STATES DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILMINGTON, DELAWARE 19801

DATE: 4/16/07

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DEL 19977

David A. Moffett
Jan. 8, 2008

David A. Moffett

1.  Delaware Psychaivtric Center

2.  Taught not to apply too much pressure at persons joints, and not to restrict air passage at the mouth.

3.  Do not recall.

4.  Do not recall.

5.  No.

6.  None.

7.  Yes.

8.  Un awhere of medical orders.

9.  Yes.

10. Yes. awhere of injections  Not awhere of the type of medicine.

11. Yes.

12. To deescalate the patients behaviors.

13. No need to.

14. Yes on 6/14/04.

15. Un awhere of Mr. Sagers where-abouts during the stated time.

16. Do not recall.

~~17.~~

David A. Moffett

Joseph C. Schoell

1/8/2008  9:35 am

Counsel for Messrs. Gray, Moffett and
Segars

Moffett Questions

#2) Objection to form of question - vague

#3) Objection to form of question - calls for
expert testimony beyond witness's expertise.

#4) Objection to the form of question - calls for
expert testimony beyond witness's training
and expertise.

#7) Object to the form of question - calls for
expert testimony beyond witness's training
and expertise.

#8) Object to the form of the question - calls for
expert testimony beyond witness's training and
expertise.

#11) Object to form of question - calls for
expert testimony beyond witness's expertise

#12) Object to the form of question - calls for
expert testimony beyond witness's expertise.

#13) Object to the form of question - compound,
vague and confusing.

Joseph Schall

Moffett #2

#16) Objection to the form of question —
calls for interpretation beyond witness's
expertise and misstates the record

Defendant Ripple
rep: Dr Foster

David Moffett                    1/8/08

①

②

③

④

⑤ objection to form (Ripple)

⑥

⑦ objection to form (Ripple)
   - speculation, lack of foundation, calls for legal conclusion

⑧ objection to form (Ripple)
   - speculation, calls for legal conclusion, lack of foundation

⑨

⑩

⑪

⑫

⑬

①

(14.)

(15.)

(16.) objection to form    (Ripple)

Calls for speculation, witness has no specialized training
to issue opinion, lack of personal knowledge

(2)

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2008, I caused to be electronically filed the attached

Certification with the Clerk of the Court using CM/ECF, which will send notification of such

filing to counsel for defendants. I further certify I caused a true and correct copy of the attached

Certification to be served via U.S. mail on the plaintiff, Jimmie Lewis, SBI #506622, Delaware

Psychiatric Center, Mitchell Building, 1901 DuPont Highway, New Castle, Delaware 19720, and

the defendant Brian Johnson, Delaware Psychiatric Center, 1901 N. DuPont Highway, New

Castle, Delaware 19720.

Nancy Rebeschini, Esquire, Designated
Officer