



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JIMMIE LEWIS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DR. SYLVIA FOSTER, NURSE )<br>ASSISTANT ROBERT N. GRAY, )<br>MR. JOHNSON 1, MR. JOHNSON )<br>2, LANCE SAGERS, and DAVE )<br>MOFFETT, )<br>)<br>Defendants. ) | Civil Action No. 04-1350-GMS |

**CERTIFICATION**

I, Nancy Rebeschini, Esquire, pro se law clerk, and designated officer for depositions upon written questions held before me on January 8, 2008, do here by certify that:

1. The deposition of the defendant, David Moffett, was held on January 8, 2008, at 9:00 a.m., at the J. Caleb Boggs Federal Building, Wilmington, Delaware. Joseph Schoell, counsel for Robert N. Gray, David Moffett, and Lance Sagers, and Michael Ripple, counsel for Dr. Sylvia Foster were present at the deposition.

2. On that same date, David Moffett declared before me, an individual authorized to administer oaths, that his written answers were true and correct.

3. I read aloud each and every deposition question submitted by the plaintiff, Jimmie Lewis, for the deponent, David Moffett.

4. I personally observed the deponent, David Moffett, answer, in writing, the deposition questions.

5. A true and correct copy of the written questions filed by the plaintiff, the original

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JIMMIE LEWIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-1350-GMS |
| ) | |
| DR. SYLVIA FOSTER, NURSE ) | |
| ASSISTANT ROBERT N. GRAY, ) | |
| MR. JOHNSON 1, MR. JOHNSON ) | |
| 2, LANCE SAGERS, and DAVE ) | |
| MOFFETT, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATION**

I, Nancy Rebeschini, Esquire, pro se law clerk, and designated officer for depositions upon written questions held before me on January 8, 2008, do here by certify that:

1. The deposition of the defendant, Robert N. Gray, was held on January 8, 2008, at 9:00 a.m., at the J. Caleb Boggs Federal Building, Wilmington, Delaware. Joseph Schoell, counsel for Robert N. Gray, David Moffett, and Lance Sagers, and Michael Ripple, counsel for Dr. Sylvia Foster were present at the deposition.

2. On that same date, Robert N. Gray declared before me, an individual authorized to administer oaths, that his written answers were true and correct.

3. I read aloud each and every deposition question submitted by the plaintiff, Jimmie Lewis, for the deponent, Robert N. Gray.

4. I personally observed the deponent, Robert N. Gray, answer, in writing, the deposition questions.

5. A true and correct copy of the written questions filed by the plaintiff, the original



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JIMMIE LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1350-GMS |
| | ) | |
| DR. SYLVIA FOSTER, NURSE ASSISTANT ROBERT N. GRAY, MR. JOHNSON 1, MR. JOHNSON 2, LANCE SAGERS, and DAVE MOFFETT, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATION**

I, Nancy Rebeschini, Esquire, pro se law clerk, and designated officer for depositions upon written questions held before me on January 8, 2008, do here by certify that:

1. The deposition of the defendant, Lance A. Sagers, was held on January 8, 2008, at 9:00 a.m., at the J. Caleb Boggs Federal Building, Wilmington, Delaware. Joseph Schoell, counsel for Robert N. Gray, David Moffett, and Lance Sagers, and Michael Ripple, counsel for Dr. Sylvia Foster were present at the deposition.

2. On that same date, Lance A. Sagers declared before me, an individual authorized to administer oaths, that his written answers were true and correct.

3. I read aloud each and every deposition question submitted by the plaintiff, Jimmie Lewis, for the deponent, Lance A. Sagers.

4. I personally observed the deponent, Lance A. Sagers, answer, in writing, the deposition questions.

5. A true and correct copy of the written questions filed by the plaintiff, the original