IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

V.                          CA. NO. 04-1350 (GMS)

DR. SYLVIA FOSTER, ET AL.

FILED
JAN 25 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

NOTICE OF ADDRESS CHANGE.  BD scanned

PLEASE TAKE NOTICE THAT THE PLAINTIFF HAS BEEN TRANSFERED FROM THE DEL PSYCH CENTER TO THE DEL CORR CENTER ON THE 14TH OF DEC 07, AND THAT HE HAS NOT RECEIVED ANY LEGAL CORRESPONDENCES SINCE THAT DATE.

THE PLAINTIFF HEREBY REQUEST THAT THE CLERK OF THIS HONORABLE COURT PROVIDE COPIES OF ANY AND ALL LEGAL DOCUMENTS TO HIM AT THE ADDRESS BELOW.

DATE: 1/22/08

Jimmie Lewis
DEL CORR. CENTER
1181 PADDOCK ROAD
SMYRNA, DEL 19977

I/M Jimmie Lewis
SBI# 506622 UNIT A HC BUND 17
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. 

$00.41⁰  JAN 24 2008
MAILED FROM ZIP CODE 19977

CLERK OF THE COURT (gms)
UNITED STATES DISTRICT COURT
844 N. KING STREET LOCKBOX 18
WILMINGTON, DELAWARE
19801