IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

VS.                                    CA. NO. 04-1350 (GMS)

DR. SYLVIA FOSTER, ET AL.


REQUEST FOR NANCY REBESCHINI
PRO-SE LAW CLERK TO MAIL THE
PLAINTIFF JIMMIE LEWIS, (PRO-SE),
PHOTOCOPY'S OF DAVID MOFFETT DI.236,
ROBERT N. GRAY DI. 237 AND LANCE A. SAGERS
DI. 238 ANSWERS TO DEPOSITION BY WRITTEN
QUESTION


DATE: 2/1/08                           Jimmie Lewis
                                       SBI # 506622
                                       DEL CORR. CENTER
                                       1181 PADDOCK RD
                   SMYRNA, DEL 19977

FILED
FEB - 4 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



JIMMIE LEWIS
SBI# 506622
DEL. CORR. CENTER
A.HC BUILD 17
SMYRNA, DEL 19977

CLERK OF THE COURT (GMS)
UNITED STATES DISTRICT COURT
844 N. KING ST., LOCKBOX 18
WILMINGTON, DELAWARE 19801