IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

Vs.                    CA. NO. 04-1350 (GMS)

DR. SYLVIA FOSTER, ET AL

MOTION TO HAVE DEFENDANT
BRIAN JOHNSON RESCHEDULED FOR
DEPOSITION BY WRITTEN QUESTION
PURSUANT TO FED R. CIV P #31
PER JAN 4TH 08 ORDER DI.234
(NOTE: ATTORNEY FOR DEFENDANT
BRIAN JOHNSON IS JOSEPH C SCHOELL DI.233)

DATE: 2/1/08

Jimmie Lewis
SBI# 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DEL 19977


FILED
FEB - 4 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE