IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

VS.   CA NO. 04-1350 (GMS)

DR. SYLVIA FOSTER, ET AL

MOTION FOR MONETARY SANCTION UP TO $1000 FOR EACH DEFENDANT MOFFETT - SAGERS - JOHNSON AND GRAY TO BE AWARDED TO THE PLAINTIFF FOR CONTEMPT OF COURT, PURSUANT TO FED R CIV-P #37, DUE TO THERE DELIBERATELY IGNORING, (THE PLAINTIFF'S (4) INTERROGATORY QUESTIONS FOR WITNESS INFORMATION DI #'s 166-167-168+169), IN RE OF DISCOVERY DEADLINE JAN 26TH 08 PER COURT ORDER DI #232.

DATE: 2/1/08



Jimmie Lewis
SBI #506622
DEL CORR CENTER
1181 PADDOCK RD
SMYRNA, DEL 19977

CERTIFICATE OF SERVICE

I THE UNDERSIGNED DUE HEREBY CERTIFY ON THIS **1ST** DAY OF **FEB**, 2008 THAT I DID MAIL ONE TRUE AND CORRECT COPY OF PLAINTIFF'S MOTION FOR MONETARY SANCTIONS BY U.S POSTAL TO THE FOLLOWING:

CLERK OF THE COURT (GMS)
U.S DISTRICT COURT
844 N. KING ST LOCKBOX 18
WILM, DEL 19801

JOSEPH C. SCHOELL
MORRIS JAMES HITCHENS
222 DELAWARE AVE
P.O BOX 2306
WILM, DEL 19899
ATT FOR MOFFETT-GRAY,
SAGERS & JOHNSON DI.233

DATE: 2/1/08

*Jimmie Lewis*
SBI # 506622
DEL. CORR CENTER
1181 PADDOCK RD
SMYRNA, DE 19977