IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

Vs.                    C.A. NO. 04-1350 (GMS)

DR. SYLVIA FOSTER, ET AL.

INFORMA PAUPERIS PETITION FOR DISCOVERY, INTERROGATORY, ADMISSION AND COURT ORDER(S) DOCUMENTS, AND ASSERTS THE FOLLOWING IN SUPPORT THEREOF.

DATE: 2/1/08

Jimmie Lewis
SBI #506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DEL 19977



FILED
FEB - 4 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

p. 2)

1.) PER NEW CASTLE COUNTY, DELAWARE SUPERIOR COURT, (CR ID NO. 0305016966,), DR. CAVANAUGH ON 5/17/07 FILED MOTION TO HAVE THE PETITIONER ~~TO SUPERIOR COURT~~ TRANSFERED TO THE DEL PSYCH CENTER FOR TREATMENT/EVALUATION

2.) ON 6/06/07 PETITIONER WAS TRANSFERED BY THE DEPT OF CORR TO THE DEL PSYCH CENTER

3.) ON OR ABOUT 6/21/07 THE DEPT OF CORR, I.E DEL.CORR CENTER MAILED ALL OF THE PETITIONERS LEGAL PROPETY TO HIM.

4.) ON 10/23/2007 ATTORNEY JOSEPH C. SCHOELL PETITIONED TO THE NEW CASTLE COUNTY SUPERIOR COURT FOR A EVIDENTIARY HEARING TO DETERMINE THE PROPER COURSE OF ACTION REGARDING THE PETITIONERS TREATMENT

5.) ON 11/27/07 THIS HONORABLE COURT ISSUED AN OFFICIAL ORDER LIFTING THE STAY

p.3)

6.) On 12/14/07 the Petitioner was abruptly transfered back to the Dept of Corrections, i.e., Del Corr Center, without an official Superior Court Order for which is needed to legally transfer the Petitioner. 6th, 8th and 14th U.S.C.A. Right Violation.

7.) On 12/14/07 the exact same attorney who petitioned to the New Castle County Superior Court, (see # 4 herein), entered an affidavit of appearence for Defendants Johnson - Moffett - Gray and Sagers. 04-1350(GMS)

8.) For more than six weeks dating from 12/14/07 thru 1/25/08 the Petitioner requested to have his personal property delivered to him from the Del Psych Center.

9.) On 1/25/08 the Petitioners personal property was delivered to him without Discovery Documents, DI#'s 77-81-106-107, 108-109-110-111-112-118-119-182. Interrogatory Documents DI#'s 127, 128-129-183, 184-185-186-193-194-195 ~~~~~~~~~~. Admission Documents DI#'s 180-181. Order(s) DI#'s, 232-196-187-155.

p.4)

10.) THE PETITIONER HEREBY ASSERTS THAT THE AFOREMENTIONED DOCUMENTS WERE IN HIS POSSESSION AT THE TIME HE WAS TRANSFERED BACK TO THE DEPT OF CORR, i.e DEL CORR CENTER ON 12/14/07, AND THAT THE DEL PSYCH CENTER's: UNIT DIRECTOR NANCY PEARSAL, PSYCHIATRISIT DR. A DONAHUE AND ATTORNEY JOSEPH C. SCHOELL DELIBERATELY REMOVED ~~THEMAN~~ AND OR INSTRUCTED FOR THE AFOREMENTIONED DOCUMENTS TO BE REMOVED FROM THE PETITIONERS PERSONAL PROPERTY IN ORDER TO SABOTAGE THE PETITIONERS ABILITY TO PROPERLY LITIGATE CA NO 04-1350(GMS)

1ST, 6TH AND 14TH U.S.C.A RIGHT VIOLATION

11.) FOR THE AFOREMENTION REASONS THE PETITIONER HEREBY REQUEST THE FOLLOWING DOCUMENTS NEEDED TO PROPERLY PROCEED BE PHOTOCOPIED AND MAILED TO HIM. DISCOVERY DOCUMENTS DI #'s, 77-81-106-107-108-109-110-111-112-118-119-182. INTERROGATORY DOCUMENTS DI #'s 127-128-129-183-184-185-186-193-194-195 ~~AMENDMENT~~ ADMISSION DOCUMENTS DI #'s 180-181. ORDER(S) DI #'s 232-196-187-155

## CERTIFICATE OF SERVICE

I DUE HEREBY CERTIFY ON THIS __1ST__ DAY OF __FEB__ 2008, THAT I DID MAIL ONE TRUE AND CORRECT COPY OF THE INFORMPAUPERIS PETITION FOR DISCOVERY - INTERROGATORY - ADMISSIONS AND COURT ORDER(S) DOCUMENTS BY U.S POSTAL TO THE FOLLOWING:

| | |
|---|---|
| LOUIS J. RIZZO JR | JOSEPH C. SCHOELL |
| REGER RIZZO & LLP | MORRIS JAMES HITCHENS |
| 1001 JEFFERSON PLAZA | 222 DELAWARE AVE |
| SUITE 202 | P.O BOX 2306 |
| WILM, DEL 19801 | WILM, DEL 19899 |

CLERK OF THE COURT (GMS)
U.S DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILM, DEL 19801

DATE: 2/1/08

Jimmel Lewis
SBI # 506622
DEL CORR. CENTER
1181 PADDOCK RD
SMYRNA, DEL 19977