04-1350 GMS

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: _Jimmie Lewis_     SBI#: _500622_

FROM:   Stacy Shane, Support Services Secretary

RE:     **6 Months Account Statement**

DATE:   _January 31, 2008_

FILED
FEB - 4 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of _July 1, 2007_ to _December 31, 2007_.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| July | 0 |
| Aug | 0 |
| Sept | 0 |
| Oct | 0 |
| Nov | 0 |
| Dec | 0 |

Average daily balances/6 months: _0_

Attachments
CC: File

_Stacy Shane_
1/31/08

_Jeanette L Haw_
1/31/08

# Individual Statement
## From July 2007 to December 2007

Date Printed: 1/31/2008                                    Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00506622 | LEWIS | JIMMY | | | Beginning Month Balance: | $0.00 |
| Current Location: | 17 | | Comments: | | Ending Month Balance: | $0.00 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Commitments | 12/17/2007 | $0.00 | $0.00 | $0.00 | $0.00 | 528305 | | | |

Ending Month Balance: $0.00

Total Amount Currently on Medical Hold: ($15.00)
Total Amount Currently on Legal Hold: $0.00
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: ($590.93)