IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

VS.                         CIV NO. 04-1350 (GMS)

DR. SYLVIA FOSTER, ET AL.



REQUEST FOR CONFIRMATION
RESPONSE FROM THE CLERK
OF THE COURT REGARDING
THE PLAINTIFF'S INFORMA PAUPERIS
MOTION FOR DISCOVERY DOCUMENTS
SUBMITTED FEB OF 2008.

DATE: 2/12/08

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DEL 19977