IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

VS.                           CA NO. 04-1350 (GMS)

DR. SYLVIA FOSTER, ET AL


REQUEST TO BE INFORMED
OF THE DISPOSITION OF
THE DOCUMENT REQUEST
INFORMA PAUPERIS FILED FEB 2008.


DATE: FEB 20, 08

Jimmie Lewis
SBI# 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977

IN THE UNITED STATES DISTRICT COURT OF DELAWARE
IN AND FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

vs.                     CA NO. 06-238 (GMS)

HELEN HANLON, ET AL.


REQUEST TO BE INFORMED
OF DISPOSITION OF CASE


DATE: FEB 20, 08           *Jimmie Lewis*
                            SBI # 506622
                            DEL. CORR. CENTER
                            1181 PADDOCK RD
                            SMYRNA, DE 19977

IM Jimmie Lewis
SBI# 506620 UNIT Alto 5/4/17
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

CLERK OF THE COURT (gms)
UNITED STATES DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILMINGTON, DELAWARE
19801