IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

VS.                CA NO. 04-1350 (GMS)

DR. SYLVIA FOSTER, ET AL

MOTION, (1A), FOR AN ORDER TO PERMIT THE PLAINTIFF JIMMIE LEWIS TO SUBMIT THE FOLLOWING EVIDENCE FILED BY DEFENDANTS FOSTER, GRAY, MOFFETT, JOHNSON AND SAGERS AS EVIDENCE EXHIBITS TO ASSIST THE JURORS IN THEIR SEARCH TO DETERMINE THE TRUTH, THE WHOLE TRUTH AND NOTHING BUT THE TRUTH, PURSUANT TO FED R. CIV P # 34.

DATE: FEB 22, 08

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977


FILED
FEB 26 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(P.2

(A.) COMPLAINT, DI 56
(B.) ANSWER TO COMPLAINT, DI 59
(C.) AMENDED MEMORANDUM, DI 68
(D.) RESPONSES TO DISCOVERY, DI 77, 81, 106, 107, 108, 109, 110, 111, 118, 119
(E.) MOTION(S) FOR PROTECTIVE ORDER, DI 79, 82, 94.
(F.) OBJECTIONS, DI 144, 145, 146, 148, 151, 152, 153, 154.
(G.) ANSWERS TO INTERROGATORIES, DI 183, 184, 185, 186, 193, 194, 195, 206.
(H.) ANSWERS TO WRITTEN DEPOSITIONS, DI 236, 237, 238
(I.) RESPONSE(S) TO ADMISSIONS, DI 180, 181

CERTIFICATE OF SERVICE

I JIMMIE LEWIS THE UNDERSIGNED DUE HEREBY CERTIFY ON THIS 22ND DAY OF FEB, 2008, THAT I DID MAIL ONE TRUE AND CORRECT COPY OF THE MOTION (IA), FOR AN ORDER TO PERMIT EVIDENCE EXHIBITS BY U.S MAIL TO EACH OF THE FOLLOWING:

CLERK OF THE COURT (GMS)
U.S DISTRICT COURT
844 N. KING ST, LOCK BOX 18
WILMINGTON, DE 19801

JOSEPH C. SCHOELL
1100 N. MARKET ST,
SUITE 1081
WILMINGTON, DE 19801

LOUIS J. RIZZO JR
1001 JEFFERSON PLAZA,
SUITE 202
WILMINGTON, DE 19801

DATE: FEB 22, 08

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977

I/M Jimmie Lewis
SBI# 506022  UNIT Mhu 17
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of the Court (GMS)
United States District Court
844 N. King St, Lockbox 18
Wilmington, Delaware
19801



US POSTAGE $00.41
PITNEY BOWES
FEB 23 2008
MAILED FROM ZIPCODE 19977