IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

Vs.    CA NO. 04-1350 (GMS)

DR. SYLVIA FOSTER, ET AL.


MOTION, (IA), FOR ORDER OF IN LIMINE REQUESTED TO DETERMINE IF THE EVIDENCE THE DEFENDANTS FOSTER, GRAY, MOFFETT, SAGERS AND JOHNSON INTEND TO PRESENT AS EVIDENCE EXHIBITS AT TRIAL ARE not PERMITTED IN ACCORDANCE TO FED R. CIV P, PURSUANT TO FED R. CIV P # 34.


DATE: FEB 22, 08

Jimmie Lewis
SBI# 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977



FILED
FEB 26 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I, THE UNDERSIGNED JIMMIE LEWIS DOE HEREBY CERTIFY THAT ON 22ND, DAY OF FEB, 2008, I DID MAIL ONE TRUE AND CORRECT COPY OF MOTION (IA), FOR ORDER OF IN LIMINE BY U.S POSTAL TO EACH OF THE FOLLOWING:

CLERK OF THE COURT (GMS)
U.S DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILM, DE 19801

JOSEPH C. SCHOELL
1100 N. MARKET ST
  SUITE 1001
WILMINGTON, DE 19801

LOUIS J. RIZZO JR
1601 JEFFERSON PLAZA
  SUITE 202
WILMINGTON, DE 19801

DATE: FEB 22, 08

Jimmie Lewis
SBI# 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977