# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JIMMIE LEWIS, ) | |
| ) | |
| Plaintiff, ) | C.A. No.: 04-1350 (GMS) |
| ) | |
| v. ) | |
| ) | |
| SYLVIA FOSTER, LANCE SAGERS, ) | |
| DAVE MOFFITT, R. GRAY, ) | |
| MR. JOHNSON, JOHN JOE, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT, SYLVIA FOSTER'S, MOTION FOR SUMMARY JUDGMENT

Dr. Sylvia Foster (hereafter "Dr. Foster") hereby moves for an Order granting Summary Judgment in favor of Dr. Foster and against plaintiff, Jimmie Lewis.

The grounds for this motion are set forth in Dr. Foster's Opening Brief, filed contemporaneously herewith.

    REGER RIZZO KAVULICH & DARNALL LLP

    /s/ Louis J. Rizzo, Jr.
    Louis J. Rizzo, Jr., Esquire
    Delaware State Bar I.D. No. 3374
    Ronald W. Hartnett, Jr., Esquire
    Delaware State Bar I.D. No. 4497
    1001 Jefferson Plaza, Suite 202
    Wilmington, DE 19801
    (302) 652-3611
    Attorney for Defendant Dr. Sylvia Foster

Dated: March 26, 2008

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JIMMIE LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 04-1350 (GMS) |
| | ) | |
| v. | ) | |
| | ) | |
| SYLVIA FOSTER, LANCE SAGERS, | ) | |
| DAVE MOFFITT, R. GRAY, | ) | |
| MR. JOHNSON, JOHN JOE, | ) | |
| | ) | |
| Defendants. | ) | |

**PROPOSED ORDER**

Upon consideration of Dr. Sylvia Foster's (hereafter "Dr. Foster") Motion for Summary Judgment, and any responses thereto, it is hereby ORDERED that Dr. Foster's Motion for Summary Judgment is GRANTED and the Complaint filed by Jimmie Lewis is DISMISSED with Prejudice on this _____ day of _____, 2008.

_____
The Honorable Gregory M. Sleet

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JIMMIE LEWIS, ) | |
| ) | |
| Plaintiff, ) | C.A. No.: 04-1350 (GMS) |
| ) | |
| v. ) | |
| ) | |
| SYLVIA FOSTER, LANCE SAGERS, ) | |
| DAVE MOFFITT, R. GRAY, ) | |
| MR. JOHNSON, JOHN JOE, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify on this 26th day of March, 2008 that a true and correct copy of Defendant Dr. Sylvia Foster's Motion for Summary Judgment and Memorandum in Support of Motion for Summary Judgment have been served electronically and/or by first class mail, postage prepaid, to the following:

Jimmie Lewis
SBI #00506622
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Joseph C. Schoell, Esquire
Wolf Block Schorr and Solis-Cohen, LLP
Wilmington Trust Center, Suite 1001
1100 North Market Street
Wilmington, DE 19801

REGER RIZZO & DARNALL LLP

/s/ Louis J. Rizzo, Jr.
Louis J. Rizzo, Jr., Esquire
Delaware State Bar I.D. No. 3374
Ronald W. Hartnett, Jr., Esquire
Delaware State Bar I.D. No. 4497
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801
(302) 652-3611

Dated: March 26, 2008    Attorney for Defendant Dr. Sylvia Foster