**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| JIMMIE LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1350-GMS |
| | ) | |
| DR. SYLVIA FOSTER, NURSE ASSISTANT ROBERT N. GRAY, MR. JOHNSON 1, MR. JOHNSON 2, LANCE SAGERS, and DAVE MOFFETT, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR SUMMARY JUDGMENT OF DEFENDANTS**
**ROBERT N. GRAY, DAVID MOFFETT AND LANCE SAGERS**

Defendants Robert N. Gray, David Mofett, and Lance Sagers, pursuant to Federal Rule of Procedure 56, respectfully move the Court for summary judgment as to all counts of the Amended Complaint filed in this matter. The grounds for moving defendants' motion are set forth in the Opening Brief of Defendants Robert N. Gray, Lance Sagers and David Moffett in Support of Their Motion For Summary Judgment, filed herewith.

> WOLFBLOCK LLP
>
> */s/ Thomas P. McGonigle*_____
> Thomas P. McGonigle (No. 3162)
> tmcgonigle@wolfblock.com
> Joseph C. Schoell (I.D. No.3133)
> jschoell@wolfblock.com
> Wilmington Trust Center
> 1100 N. Market Street, Suite 1001
> Wilmington, DE 19801
> (302) 777-5860
>
> Attorneys for Robert N. Gray,
> Lance Sagers and David Moffett

Dated: March 26, 2008

WIL:71213.1/DEL227-249431