# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JIMMIE LEWIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-1350-GMS |
| | ) |
| DR. SYLVIA FOSTER, NURSE ASSISTANT ROBERT N. GRAY, MR. JOHNSON 1, MR. JOHNSON 2, LANCE SAGERS, and DAVE MOFFETT, | ) ) ) ) |
| | ) |
| Defendants. | ) |

## NOTICE OF MOTION

TO:  Ronald Hartnett, Esquire                Jimmie Lewis
     Reger Rizzo Kavulich & Darnall          SBI #506622
     1001 Jefferson Street                   Delaware Correctional Center
     Wilmington, DE  19801                   1181 Paddock Road
                                             Smyrna, DE  19977

PLEASE TAKE NOTICE that the attached Motion for Summary Judgment of Defendants Robert N. Gray, David Moffett and Lance Sagers will be presented at the convenience of the Court.

WOLFBLOCK LLP

*/s/ Thomas P. McGonigle*
Thomas P. McGonigle (No. 3162)
tmcgonigle@wolfblock.com
Joseph C. Schoell (I.D. No.3133)
jschoell@wolfblock.com
Wilmington Trust Center
1100 N. Market Street, Suite 1001
Wilmington, DE 19801
(302) 777-5860

Dated:  March 26, 2008