**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JIMMIE LEWIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-1350-GMS |
| ) | |
| DR. SYLVIA FOSTER, NURSE ) | |
| ASSISTANT ROBERT N. GRAY, MR. ) | |
| JOHNSON 1, MR. JOHNSON 2, LANCE ) | |
| SAGERS, and DAVE MOFFETT, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

AND NOW, this _____ day of _____, 2008, the Court having considered the motion for summary judgment of defendants Robert N. Gray, David Moffett and Lance Sagers, and good cause appearing, IT IS HEREBY ORDERED AND DECREED THAT:

1. Moving Defendants' motion is GRANTED; and

2. Judgment is entered in favor of Robert N. Gray, David Moffett and Lance Sagers and against plaintiff on all counts asserted in the Amended Complaint in this matter.

                                                             _____
                                                             The Honorable Gregory M. Sleet
                                                             United States District Court Judge

WIL:71233.1/DEL227-249431