# EXHIBIT I

LEWIS, JIMMI

ESS NOTES (Continued)

Patient's Name: MELBA JEAN LEWIS - MOTH AREA 5    Hospital No: 107112
05/21/2004

CONFIDENTIAL INFORMATION
For professional use by authorized persons only -- not to be released to others or duplicated.

| DATE | T | OBSERVATION, ACTION, OR POSSIBLE SOLUTION |
|---|---|---|
| 6/24/04 | 1:45pm | continued: - at 1pm. will monitor pt closely and document any changes. — M. Daniels |
| 6/24/04 | 1:50pm | MD Note — pt was placed on 4 point restraints. Because of disruptive, aggressive, threatening, cursing staff. Pt. was placed on 4 point restraint for his safety and other's safety. Mental status: pt. said he is upset. He denied any injury. He said sometime ago (?) Att. It is clear not understand why he did that. Pt. seems to be angry. Alert. Plan: pt. will receive Benadryl 50 mg now to keep pt sedated/drowsy to decrease possibility to hurt himself or others. He already got PRN meds N2 hours ago Geodon 20mg + Ativan 2mg + Benadryl 50mg. He will have 2 hours more. M. Occletts, M.D. |
|  |  | 4 restraints — [signature] |
| 6/24/04 | 1700 | Pt asleep, noted lying in seclusion from 4 point restraint. It's seclusion renewed due to continued agitation @ 3pm. Pt refusing to observe incident & taking no ownership to his aggressive behavior. Pt given additional PRN of Benadryl 50mg IM & assist of security order. Pt was med to start currently for safety of other & the restraint were down graded to three & then two & increase compliance [signature] |

00073

A-58

**DEPARTMENT OF HEALTH AND SOCIAL SERVICES**
**DIVISION OF SUBSTANCE ABUSE AND MENTAL HEALTH**
**DELAWARE PSYCHIATRIC CENTER**

PROGRESS NOTES
(Continued)

LEWIS  TIMMY    12/25
K M AF U
MELBA JEAN LEWIS MOTH AREA 5
05/21/2004

CONFIDENTIAL INFORM... Professional use by authorize... ons only -- not to be duplica... or released to oth...

| DATE | TIME | OBSERVATION, ACTION, OR POSSIBLE SOLUTION |
|---|---|---|
| 6/23/04 | 1535 | Pt wrote a grievance against a female NA, stating that p snacks - she passed by making detrimental comments re: his sexual preferences, etc.. At time this occurred, RN was passing meds from med cart just inside door of unit. NA entered unit and walked past the pts who were lined up awaiting their meds - walked to NA desk - § comment to anyone and went to desk. H Harlow RN |
| 6/23/04 | 6:15PM | Pt was re-directed from peering into another patient's door window and became verbally abusive towards staff asking "if they where trying to create a scene and if they wanted him to start focusing on him." Lance J. Sagers N.A. |
| 6-24-04 | 1:20p | Pt was in the dining room @ his table during lunch MR Lewis threw his lunch tray against the wall and was ask by staff to pick up his tray, there was no response MR Lewis then reached over and grabbed another pt's tray and threw it against then wall and stated "I want my fucking mail". The attempted to re-direct Mr Lewis to clean up his trays and he refuse redirection. |
| 6/24/04 | 148pm | pt's level of agitation escalating rapidly. Verbal intervention ineffective in redirecting his behavior. Per Ativan 2mg IM, Benadryl 50mg IM, Geodon 20mg IM given to help pt regain control of his behavior. Pt continues to be agitated. OD called & 4pt restraint order started & placed pt 4o restraints |

TP-12A (Rev. 12/01)

PROGRESS NOTES
00074

Document Co... 25 06 30 85 05 17
A-59

DEPARTMENT OF HEALTH AND SOCIAL SERVICES
DIVISION OF SUBSTANCE ABUSE AND MENTAL HEALTH
DELAWARE PSYCHIATRIC CENTER

**PROGRESS NOTES**
(Continued)

LEWIS, JIMMY    12/25
                I AF U
                07112
MELBA, JEAN LEWIS MOTH AREA 5
                05/21/2004

| DATE | TIME | OBSERVATION, ACTION, OR POSSIBLE SOLUTION |
|---|---|---|
| 6/22/04 | 2230 | Pt became angry p̄ assessment of OD to continue seclusion because he would not contract for safety. Pt kicking & banging door — OD determined that he would require 4 pt restraints. Supervisor called to request assistance due to explosive behavior. Pt placed in 4 pt restraints @ 11:05 PM & given PRN (IM). — [signature] |
| 6/23/04 | 1 AM 15 | Pt remains in 4° restraints due to agitation. O.D. called & renewed order for 4° restraints not to exceed 2 hrs. Will monitor pt closely. — [signature] |
| 6/23/04 | 230 | Pt is calm & quiet. R arm & left leg restraint removed. — [signature] |
| 6/23/04 | 3 am | 4° restraints D/C'd at this time. Pt contracted for safety & returned to bedroom. Will monitor pt closely. — [signature] |
| 6/23/04 | 6 am | Pt rested well c̄ no further behavioral problems. Will monitor pt closely. — [signature] |
| 6/23/04 | 6:10 pm | Pt A&O×3, monitored as routine observation denies any A/V hallucinations or suicidal ideation. Pt at approx 4:30 pm nurse aides reported to writer that Pt was calling her a "bitch" as she worked. Sy writer along with H. Howard, L. Sayer spoke with Pt, he reported that he did not say anything directed toward Mrs. [name] Pt did report cursing. Writer informed Pt that he should not be cursing at all. Pt agrees to stop. Therapeutic interactions effective @ this time. [signature] |

**DEPARTMENT OF HEALTH AND SOCIAL SERVICES**
**DIVISION OF SUBSTANCE ABUSE AND MENTAL HEALTH**
**DELAWARE PSYCHIATRIC CENTER**

**PROGRAM NOTES**
(Continued)

LEWIS, JIMMY        12/25/
                    M AF U
                    # 07112
MELBA JEAN LEWIS MOTH AREA 5
973-481-5028        05/21/2004

| DATE | TIME | OBSERVATION, ACTION, OR POSSIBLE SOLUTION |
|---|---|---|
| 6/21/04 | 1350 | MEDICAL NOTES: Pt says he was restrained about 2 weeks ago & he said guard accidentally pressed on his neck area & since then he had been feeling "difficulty swallowing" — no SOB, ⊖ vomiting, ⊖ heartburn, ⊖ chest pain, ⊖ cough. Pt says he eats all types of food. |
| | | [CONFIDENTIAL stamp] ambulatory, odison, 128/80 – 96.6° – 90 – 12 |
| | | ⊖ throat swelling, ⊖ neck tenderness, ⊖ tracheal deformity, ⊖ tracheal shift, ⊖ pharyngeal mass, ⊖ pharyngeal erythema |
| | | foot exam: (+) erythematous rash c fissures border toes ® foot |
| | | A: 1. No evidence of tracheal injury; ⊖ pharyngeal obstruction |
| | | 2. Tinea pedis |
| | | P = Lotrimin cream |
| 6/21/04 | 8:30 pm | Pt stated earlier because he lost his privileges he was going to punch somebody out. Pt also stated "Staff can suck my dick." — Susana Ganor NA |
| 6/21/04 | 2110 | Pt had struck peers – ® & ℗ jaw – also ℗ rib area which has small abrasion. Pt requested to walk to quiet room which he did – pacing rapidly around rm – PRN of geodon 20mg – benadryl 50mg – ativan 1mg PO given @ 2030. Agitation apparent so seclusion was initiated. – Pt emptied pockets of papers & money – counted & marked $8.25 sealed & locked in med rm. Shoes removed, clean shirt given & door relocked. [signature] |

PROGRESS NOTES

TP-12A (Rev. 12/01)          00079          Document C    A-61

LEWIS, JIMMI   12725

**PROGRESS NOTES** (Continued)
MJ 07112

Patient's Name: MELBA JEAN LEWIS MOIH AREA 5   Hospital No: _____
05/21/2004

| DATE | TIME | OBSERVATION, ACTION, OR POSSIBLE SOLUTION |
|---|---|---|
| 6/21/04 | 9:00pm | **OD Note** <br> Mr. Lewis reportedly hit another on the (NB) Right and then (NB) left side of jaw. err. |
| 6/21/04 | 9:20pm | **OD Note** <br> Mr. Lewis hit another pt on lower jaw on both sides. He needed PRN meds and was secluded for extreme agitation. On interview pt was calm, explained his behavior as a response to another pt stealing his cassette tape. He refused to apologize and stated he had no regret to hit the thief. Pt can be released from seclusion when calm and no danger to others. <br> —Sua Fosu BERROM MD |
| 6/21/04 | 11:00 | **Psych OD Note** <br> Pt became agitated when evaluated for continuation of seclusion, started forcefully banging the door and cursing. Pt was rapidly escalating, becoming increasingly dangerous to self and others. Pt was given Geodon 20mg IM c̄ Ativan 2mg IM and restrained in 4 point restraint. After NB a. <br> —Sua Fosu BERROM MD |
| 6/21/04 | 11:15pm | Pt was in 4 Pt Restraints. Pt broke Restraint to (R) Hand. While attempting to secure (R) hand Pt struck writer in the Mouth. 4 Pt Restraints Reapplied. —Daryl Saxby RN |

CONFIDENTIAL INFORMATION
For professional use by authorized persons only -- not to be duplicated or released to others.

PROGRESS NOTES (Continued)

Patient's Name: MELBA JEAN LEWIS   HOTH AREA 5   05/21/2004   Hospital No. _____

CONFIDENTIAL INFORMATION
For professional use by authorized persons only — not to be duplicated or released to others.

| DATE | TIME | OBSERVATION, ACTION, OR POSSIBLE SOLUTION |
|---|---|---|
| 6/14/04 | 2310 | Pt approached @ 2300 to determine if he was able to contract for safety to D/C seclusion — pt awake and refusing to speak to staff. OD called to review seclusion. — H. Darlow RN |
| 6/15/04 | 2330 | Pt was able to contract for safety @ 2305 & was taken out of seclusion, exit interview completed, will continue to monitor pt's behavior — Tanya Wilson |
| 6/15/04 | 0105 | Pt rested quietly in bed, ∅ aggressive behavior towards staff or other pts — Tanya Wilson |
| 6/15/04 | 7:15am | OD Note (Late Entry) Patient was released from seclusion at 11:15 pm last night after he contracted for safety. — Sweat / Owei\_\_\_ MD |
| 6/15/04 | 4:30pm | Punctuality — Pt seen to discuss the aggressive, violent behavior he has been displaying over the last several days; he has been oppositional, aggressive + defiant since admission. Pt stated he was mistreated by staff and he basically tried to took no responsibility for any of it. He was told that the RN had a right to investigate the situation of some money that disappeared that was later found. He had been told to come in off the patio & he refused to do it. Pt was angry because he said he had been told that his privilege restriction had been prolonged without his knowledge. Pt went on to argue, oppositional. Pt took no responsibility for his actions + refused / denied all the issues involved. Plan — restrictions to continue for 1 week from yesterday today — Sweat |

**DEPARTMENT OF HEALTH AND SOCIAL SERVICES**
**DIVISION OF SUBSTANCE ABUSE AND MENTAL HEALTH**
**DELAWARE PSYCHIATRIC CENTER**
**PROGRESS NOTES**
(Continued)

LEWIS, JIMMY
MELBA JEAN LEWIS
05/21/2004

| DATE | TIME | OBSERVATION, ACTION, OR POSSIBLE SOLUTION |
|---|---|---|
| 6/14/04 | 6⁴⁵ᵖᵐ | Rested well s̄ further behavioral problems. Will monitor pt closely. — [signature] |
| 6/14/04 | 9:05 PM | Pt non-compliance to staff, threatening staff, aggressive, very abusive verbally, agitated, threw a elbow @ staff — R. Gray |
| 6/14/04 | 2125 |  |
| 6/14/04 | 9:30 pm | OD Note. Patient had been agitated and aggressive all evening. He was cursing, yelling, and threatening staff members. He was tried earlier to verbally calm him down. He was actually angry this evening because he is not allowed to eat anything from vending machine. His privileges were taken away slowly because he doesn't follow direction and any routine unit activities. Therefore, when he was told that patient couldn't have a candy bar, he lost control and started to fight physically with staff members and also threatened to "get the staff". He was seperated, given prn medication of Geodon 20mg IM, 2mg of Ativan and 50 mg of Benadryl. He had to be secluded because he continued to hit and kick the walls & staff. Seclusion was started at 9:00 pm not to exceed for more than 2 hrs. He may be released earlier if he calms down. — Sh. Abbas QUREISHI, MD |
| 6/14/04 | 2200 | Pt remains in seclusion — upon approach @ 2200 pt awake, lying on side facing away from the door — door opened and inquired how he was feeling — glanced over his shoulder & refused to speak to staff. Seclusion continues. H Taylor RN Dr. Foster contacted & aware of above. — H Taylor RN |

TP-12A (Rev. 12/01)     PROGRESS NOTES     Document Cont.     A-64
00084

**PROGRESS (Continued)**

Patient's Name: LEWIS, JIMMY

Hospital No.: [illegible]

**CONFIDENTIAL INFORMATION** — For professional use by authorized persons only — not to be duplicated.

| DATE | TIME | OBSERVATION, ACTION, OR POSSIBLE SOLUTION |
|---|---|---|
| 6/13/04 | 1:15 PM | cont. patients and staff. This was reported to D. Lawrence, RN and pt was given a PRN. — K. Ross |
| 6/13/04 | 8:00 PM | Patient became disruptive on the unit due to his cursing over being asked to leave the bathroom and clear hall in order for 2:1 patient to have access. Pt began cursing & refused to follow unit routine. Patient was asked if he needed a prn to help him calm down, pt replied yes! Prn Geodon & Ativan was given. Pt cont. to refuse to go to the dayhall, others pt went to, pt remained on the unit c a staff present. — D Lawrence RN |
| 6/14/04 | 12:30 AM | During the changing of shift Pt. (Jimmie Lewis) was told to close the laundry room door. Pt then began to threaten the staff and getting aggressive. Pt was told to calm down and relax. — end of statement — C[illegible] E Oats |
| 6/14/04 | 1:20 AM | Pt. became extremely ↑ agitated for no apparent reason. Pt level of agitation escalating rapidly. Verbal interventions ineffective in redirecting his behavior. Pt. resistive and not willing to take prn meds. Nursing supervisor called for extra help due to pt's unpredictable overt behavior. Pt. continues to be ↑ agitated and not willing to take prn meds in even after much encouragement. Pt. had to be physically escorted to Q.R. & prn meds given. Pt. remained in Q.R. for 5 min and returned to his bedroom. Pt. resting quietly at present time. Will monitor closely. — M [illegible] |

00085

A-65

**DEPARTMENT OF HEALTH AND SOCIAL SERVICES**
**DIVISION OF SUBSTANCE ABUSE AND MENTAL HEALTH**
**DELAWARE PSYCHIATRIC CENTER**

**PROGRESS NOTES**
(Continued)

LEWIS JIMMY      12/25
                 K H A...
MELBA JEAN LEWIS MOTH AREA 5
                 05/21/2004

CONFID[ENTIAL]
for professional use by authorized
persons only — not to be duplicated
or released...

| DATE | TIME | OBSERVATION, ACTION, OR POSSIBLE SOLUTION |
|---|---|---|
| 6/6/04 | N3 / 8P | When directed to QR, Pt refused. Prn of Haldol 5 & Benadryl 50 IM ordered. Pt refused to present = staff + DD @ first. Then he finally spoke calmly with some reasoning. Pt remained restraints from 615-7P. OD, RNS, DM all notified. Will continue to monitor. |
| 6/7/04 | 6:15 pm | **Psychiatry** Met c̄ pt and RN mgr regarding pt's grossly inappropriate behaviors. The note of 6/5 by the RT relates that pt intimidated her + told her what she had said about him in tx team was "wrong + derogatory." Despite her rebuttal, he continued to state that she had said false things about him. Last night, pt assaulted a peer and a staff member, escalated to the point where he required PRN meds, + because he didn't respond to that, his escalating further, he required 4-pt restraint for the protection of self/others. Tonight, pt attempted to explain what happened to cause him to be that upset — it was mostly around the fact he didn't get a salad when he wanted it. When he saw the same peer later on the unit, he said the peer started to come at him, so he ~~pulled~~ pushed him on the head to push her back ~~from~~ ~~the chair~~ (arm). P (over) |

## PROGRESS NOTES (Cont'ed)

CONFIDENTIAL INFORMATION
For professional use by authorized persons only -- not to be duplicated or released to others.

Patient's Name: MELBA JEAN LEWIS  MOTH AREA 5
Hospital No.: 05/21/2004

| DATE | TIME | OBSERVATION, ACTION, OR POSSIBLE SOLUTION |
|---|---|---|
| 6/6/04 | 6:30 PM | OD note—Patient was agitated and hit another patient on the head and when he was separated he also hit the staff on the face, on extubation. He stated that he did not get his salads and he was upset about that. He was given Haldol 5 IM and Benadryl 50 IM and when he continued to be agitated he was put in 4 point restraint for safety of self and others. He had intense eye contact, speech loud, he appears alert. He denied AVH. He denied SI or violent ideations. He will be taken off restraints when he calms down. — SANDHU, MD
Addendum
His Pabo, pool play, visits and sneak area will be restricted as advised by Dr. Porter until evaluated by treatment team. — SANDHU MD |
| 6/6/04 | N2 8P | (illegible handwritten note) |