# EXHIBIT J

**Delaware Psychiatric Center**
**Seclusion or Restraint**
**Nursing Assessment**

LEWIS, JIMMY    12/25
UNK M AF U
RK NJ 07112
MELBA JEAN LEWIS MOTH AREA 5
05/21/2004

TIME INTERVENTION BEGAN: 1:00 am/**pm**

☐ SECLUSION    ☐ 4 POINT RESTRAINTS    ☐ 5 POINT RESTRAINTS    ☐ OTHER: _____

Patient's name: _____ Unit: M.tebeM    Date: 6/24/04

**PATIENT BEHAVIOR LEADING TO INTERVENTION:** (CHECK all specific behaviors that apply)
☒ Threatening harm             ☐ Destruction of property        ☐ Biting          ☐ Hair pulling
☐ Imminent risk of harm to:    ☐ Unprovoked aggression          ☐ Hitting         ☐ Spitting
   ☐ self ☒ patients ☒ staff     i.e., striking out without warning ☐ Kicking      ☐ Throwing objects
   specify: _____              ☐ Self-injurious behaviors       ☐ Shoving        ☐ Fire-setting
                                  specify: _____                ☐ Scratching     ☐ Other: _____

☒ **EMERGENCY SITUATION** (less restrictive alternatives were not able to be attempted due to rapid escalation of immediately dangerous behavior) Explain: Pt began throwing trays without warning
**OR**
**LESS RESTRICTIVE ALTERNATIVES UTILIZED:** (CHECK all that were attempted relative to this immediate event)
☐ Talked with the patient              ☐ Set limits with the patient            ☐ One-to-one observation
☐ Addressed patient's need _____     ☐ Redirected the patient verbally        ☐ Offered PRN medications
☐ Used techniques suggested by the patient  ☐ Separated the patient from the area  ☐ Involuntary administration of
   as noted in the Advance Directive query form  ☐ Verbal contract for safety          medication: _____
   specify: _____                   ☐ Voluntary quiet room/time out           ☐ Other: _____

Physiological or psychological risk factors (Determine by reviewing H&P, Psychiatric Assessment):
☐ Pre-existing medical conditions  ☐ Physical disabilities  ☐ Hx of sexual abuse  ☐ Hx of physical abuse  ☒ None
   specify: _____

Physician who gave verbal order: Coccbella
Physician was notified of risk factors by: Cornish C RN

Patient checked for dangerous objects (i.e., belts, sharps, shoes, matches, jewelry, money, etc.):
List of objects removed (exact amt. of money): Money ($14.80) IN MED CRT
Removed by: Shoes/Watch Money    Ty M.    Location stored: Shoes rm / Money (med room)

**BEHAVIORAL EXPECTATION FOR TERMINATION OF INTERVENTION** (Copy onto S/R Record form):
☒ 1. Resting quietly, either sitting or lying down for 45 minutes (specify – example 5, 10, 15 etc.)
☒ 2. Patient is able to discuss/interact with staff in a calm manner.
☒ 3. Patient is calm and able to verbalize a desire for intervention to be discontinued.
☒ 4. Patient is calm and able to verbalize an understanding of behavior that led to intervention
☒ 5. Patient is calm and able to contract for safety.

Patient was informed of behavioral expectation for discontinuation of intervention by: Curtis Cornish, RN
Licensed Nursing Staff: Curtis L. Cornish, RN
(Signature and title of individual who initiated intervention)

**FAMILY NOTIFICATION**
Name of family member: Pt refused family notification    Date: 6/24/04
Name/title of staff person: _____    Time: ___:___ am/pm

DATE/TIME INTERVENTION ENDED: 6/24/04 17:00 am/**pm**    TOTAL TIME: 4 hrs 0 min.
Patient was debriefed by: Curtis L. Cornish    If no, explain: _____
Licensed Nursing Staff: Curtis C. RN
(Signature and title of individual who discontinued intervention)
Unit Nursing Supervisor/Unit Director: Curtis C.    Date: 6/24/04    Time: 17:00 am/**pm**
(Signature indicates the above information has been reviewed and is accurate and complete)
Revised 8/27/02

CONFIDENTIAL INFORMATION
MEDICAL RECORD # - not to be duplicated
For use only by authorized persons

# SECLUSION OR RESTRAINT RECORD

**PATIENT'S NAME:** Jimmy Lewis    **DATE:** 6/24/04

Document behavioral criteria required for discontinuation (per S/R Nursing Assessment Sheet)

**Behavior codes:**
1=Yelling/cursing  2=Verbal threats  3=Struggling/pulling on restraints  4=Pacing  5=Lying on bed  6=Lying on floor  7=Sitting on bed  8=Sitting on floor  9=Banging/kicking door/wall/bed  10=Standing at door  11=Refusing to talk to staff  12=Resting/quiet  13=Talking with staff  14=Other (Specify)

| Time Q 15' | Behavior (See codes above) | Patient Is Free of Injury (Y)* yes (N)* no | Vital Signs (list actual readings) (N)* not obtainable | Toileting accepted by patient (Y) yes (N) no | Hygiene (clean) (Y) yes (N)* no | Hydration/Nutrition Offered — Fluids / Meals | Status/Comfort (within normal limits for S/R) Phys. / Psychological (Y) yes (N)* no | Discontinuation Criteria met (Y) yes (N) no | Init. | COMMENTS *Explain any "N" noted with asterisk. Explain what action was taken (injury, hygiene, status/comfort, skin integrity, circulation, or range of motion) or why the assessment could not be completed (vital signs). | Skin Integ. WNL (Y) yes (N)* no | Circulation WNL (Y) yes (N)* no | ROM WNL (Y) yes (N)* no | Other (Specify) | Init of RN or LPN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1:00 | 2 | Y | 2 | N | Y | 2 / 2 | Y / Y | N | C | pt very unredirectable |  |  |  |  |  |
| 1:15 | 5 | Y | 120/80 90-72-16 | N | Y | Y / Y | Y / Y | N | JW | pt very agitated refusing v/s | Y | Y | Y |  | JW |
| 1:30 | 5 | Y | 88/74-16 | N | Y | Y / Y | Y / Y | N | JW | pt agitated refusing v/s | Y | Y | Y |  | JW |
| 1:45 | 5 | N | N | N | Y | Y / Y | Y / Y | N | JW | pt refused v/s | Y | Y | Y |  | JW |

Licensed Nurse's Hourly Assessment for patient in seclusion and restraint (documented and initialed in line below)
**Licensed Nurse's Comments:** pt is not contracting for safety    120/78-18    JW

| 2:00 | 5,13 | Y | 120/80 90-72-16 | N | Y | Y / Y | Y / Y | N | JW | pt was offered urinal | Y | Y | Y |  | JW |
| 2:15 | 5 | Y | 88/74-16 | N | Y | Y / Y | Y / Y | N | MG | pt talking c staff now, but still not contracting | Y | Y | Y |  | MG |
| 2:30 | 5 | Y |  | N | Y | Y / Y | Y / Y | N | JW | pt laying quietly in bed safely | Y | Y | Y |  | JW |
| 2:45 | 5 |  |  |  | Y | Y / Y | Y / Y | N | JW | pt refused v/s | Y | Y | Y |  | JW |

Licensed Nurse's Hourly Assessment for patient in seclusion and restraint (documented and initialed in line below)
**Licensed Nurse's Comments:** Pt. not contracting for safety    3:00  5  120/78-16  N  Y  Y  Y  JW  pt talking c staff  Y  Y  Y  JW

| Initials | Signature | Initial | Signature | Initials | Signature |
| JW | Tonya Wallate RN |  |  |  |  |

**Unit Nursing Supervisor/Unit Director:** _____ **Date:** 6/24/04  **Time:** 1700 am/(pm)

(Note: Signature indicates the above information has been reviewed and is accurate and complete)

Revised 8/27/02

**Delaware Psychiatric Center**
**Seclusion or Restraint Nursing Assessment**

LEWIS, JIMMY    12/25/
4                NK M AF U
4                NJ 07112
MEIRA JEAN LEWIS MOTH AREA 5
                 05/21/2004

CONFIDEN[TIAL]
For professional use by authorized persons only -- not to be duplicated

TIME INTERVENTION BEGAN: 20:30 am/**pm**

☑ SECLUSION  ☐ 4 POINT RESTRAINTS  ☐ 5 POINT RESTRAINTS  ☐ OTHER: _____

Patient's name: Jimmy Lewis    Unit: Mitchell    Date: 6/21/04

PATIENT BEHAVIOR LEADING TO INTERVENTION: (CHECK all specific behaviors that apply)
☐ Threatening harm          ☐ Destruction of property    ☐ Biting         ☐ Hair pulling
☑ Imminent risk of harm to: ☑ Unprovoked aggression      ☑ Hitting        ☐ Spitting
  ☐ self ☑ patients ☑ staff   i.e., striking out without warning ☐ Kicking ☐ Throwing objects
specify: lost privileges - stated  ☐ Self-injurious behaviors   ☐ Shoving   ☐ Fire-setting
he was going to punch someone  specify: _____            ☐ Scratching    ☐ Other: _____

☑ EMERGENCY SITUATION (less restrictive alternatives were not able to be attempted due to rapid escalation of immediately dangerous behavior) Explain: attacked peer ē provocation

OR

LESS RESTRICTIVE ALTERNATIVES UTILIZED: (CHECK all that were attempted relative to this immediate event)
☐ Talked with the patient              ☐ Set limits with the patient           ☐ One-to-one observation
☐ Addressed patient's need _____      ☐ Redirected the patient verbally       ☐ Offered PRN medications
☐ Used techniques suggested by the patient ☐ Separated the patient from the area ☐ Involuntary administration of
  as noted in the Advance Directive query form ☐ Verbal contract for safety       medication: _____
  specify: _____                       ☐ Voluntary quiet room/time out         ☐ Other: _____

Physiological or psychological risk factors (Determine by reviewing H&P, Psychiatric Assessment):
☐ Pre-existing medical conditions  ☐ Physical disabilities  ☐ Hx of sexual abuse  ☐ Hx of physical abuse  ☑ None
  specify: _____

Physician who gave verbal order: Dr Bereba
Physician was notified of risk factors by: Helen Harlon RN

Patient checked for dangerous objects (i.e., belts, sharps, shoes, matches, jewelry, money, etc.): ($8.75)
List of objects removed (exact amt. of money): money - papers in envelope p county - locked in med rm.
Removed by: James Daniels    Location stored: shoes in pt's rm

BEHAVIORAL EXPECTATION FOR TERMINATION OF INTERVENTION (Copy onto S/R Record form):
☐ 1. Resting quietly, either sitting or lying down for 15 minutes (specify – example 5, 10, 15 etc.)
☑ 2. Patient is able to discuss/interact with staff in a calm manner.
☑ 3. Patient is calm and able to verbalize a desire for intervention to be discontinued.
☑ 4. Patient is calm and able to verbalize an understanding of behavior that led to intervention.
☑ 5. Patient is calm and able to contract for safety.

Patient was informed of behavioral expectation for discontinuation of intervention by: Helen Harlon RN
Licensed Nursing Staff: Helen Harlon RN
(Signature and title of individual who initiated intervention)

FAMILY NOTIFICATION    Refused to answer - No

Name of family member: _____    Date: _____

Name/title of staff person: _____    Time: _____ am/pm

                                              seclusion ended & 4 pt restraint
DATE/TIME INTERVENTION ENDED: 6/22/04 / 11:00 am/pm TOTAL TIME: 2 hrs ___ min.
Patient was debriefed by: Madan _____    If no, explain: 4pt restraints initiated
Licensed Nursing Staff: Helen Harlon RN
(Signature and title of individual who discontinued intervention)
Unit Nursing Supervisor/Unit Director: _____    Date: 6/22/04    Time: 18:00 am/pm
(Signature indicates the above information has been reviewed and is accurate and complete)
Revised 8/27/02

00162

A-70

**CONFIDENTIAL INFORMATION**
For professional use by authorized medical record only -- not to be disclosed in whole or part.

**SECLUSION OR RESTRAINT RECORD**
**MEDICAL RECORD #**

PATIENT'S NAME: Jimmie Lewis    Date: 6/21/04

Document behavioral criteria required for discontinuation (per S/R Nursing Assessment sheet):

**Behavior codes:**
1=Yelling/cursing  3=Struggling/pulling on restraints  5=Lying on bed  7=Sitting on bed  9=Banging/kicking door/wall/bed  11=Refusing to talk to staff  13=Talking with staff
2=Verbal threats  4=Pacing  6=Lying on floor  8=Sitting on floor  10=Standing at door  12=Resting/quiet  14=Other (Specify)

| Time Q 15' | Behavior (See codes above) | Patient is Free of Injury (Y)yes (N)*no | Vital Signs (list actual readings) (N)* not obtainable | Toileting accepted by patient (Y)yes (N)no | Hygiene (clean) (Y)yes (N)no | Hydration/Nutrition Offered — Fluids / Meals | Status/Comfort (are within normal limits for S/R) Phys. / Psychological (Y)yes (N)no | Discontinuation Criteria met (Y)yes (N)no | Init. | COMMENTS *Explain any "N"... |
|---|---|---|---|---|---|---|---|---|---|---|
| 7:30 8PM | 4 | Y | X | N | Y | N / N | Y / Y | N | HDB | Pt is pacing around the room |
| 8:45 | 4 | Y | R | N | Y | N / N | Y / Y | N | HDB | Pt continues to pace |
| 9:00 | 4 | Y | R | N | Y | N / N | Y / Y | N | HDB | Pt still continues to pace around room |
| 9:15 | 8 | Y | X | N | Y | N / N | Y / Y | N | HDB | 148/80 97.0 92 22 Pt sitting in corner of floor |

Licensed Nurse's Hourly Assessment for patient in seclusion and restraint (documented and initialed in line below)

| 9:30P | 4 | Y | X | N | Y | N / N | Y / Y | N | R | |

Licensed Nurse's Comments: Pt led attacks that he was planning on peeling someone over to his bedclothes, to lay & extend times w/b - attached MR's probation.

| 9:45 | 4/10 | Y | N | N | Y | N / N | Y / Y | N | HDB | Pt remain pacing room and requesting standing at door |
| 10:00 | 4 | Y | Y | N | Y | N / N | Y / Y | N | HDB | Pt remains pacing room & standing at door |
| 10:15 | 4 | Y | N | A | Y | N / N | Y / Y | N | HDB | Pt continues to pace & knocking on door. |

Licensed Nurse's Hourly Assessment for patient in seclusion and restraint (documented and initialed in line below)

| 10:30 | 12 | Y | N | N | Y | Y / Y | Y / Y | N | HDB | Pt lying quietly on bed. |

Licensed Nurse's Comments: Just told OD come to room if pt will continue to be disruptive.

Initials: HDB    Signature: Helena Banks    Initial: Al    Signature: Adela Haslam RN    Initials: AS    Signature: Alona Green

Unit Nursing Supervisor/Unit Director: _____    Date: 6/21/04    Time: 10:30 am/pm

(Note: Signature indicates the above information has been reviewed and is accurate and complete)

Revised 8/27/02

00164

A-71

SECLUSION OR RESTRAINT RECORD
MEDICAL RECORD #

PATIENT'S NAME: J. LEWIS  DATE: 6/22/04

Document behavioral criteria required for discontinuation (per S/R Nursing Assessment sheet):

1=Yelling/cursing  3=Struggling/pulling on restraints  5=Lying on bed  7=Sitting on bed  9=Banging/kicking door/wall/bed  11=Refusing to talk to staff  13=Talking with staff
2=Verbal threats  4=Pacing  6=Lying on floor  8=Sitting on floor  10=Standing at door  12=Resting/quiet  14=Other (Specify)

| Time Q 15' | Be-havior See codes above | Patient is Free of Injury (Y) yes (N)* no | Vital Signs (list actual readings) (N)* not obtainable | Toileting accepted by patient (Y) yes (N) no | Hy-giene (clean) (Y) yes (N)* no | Hydration/ Nutrition Offered (Y) yes (N) no  Fluids Meals | Status/Com-fort (are within normal limits for S/R) (Y) yes (N)* no  Phys. Psycho-logical | Discon-tinuation Criteria met (Y) yes (N) no | Init. | COMMENTS *Explain any "N" that was noted that has an asterisk. Explain what action was taken (injury, hygiene, status/comfort, skin integrity, circulation, or range of motion) or why the assessment could not be completed (vital signs). | Skin Integ. WNL (Y) yes (N)* no | Circu-lation WNL (Y) yes (N)* no | ROM WNL (Y) yes (N)* no | To be completed & initialed by the RN/LPN Q 15' while patient is in restraints  Other (Specify) | Init. of RN or LPN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3P | 5 | Y | | N | Y | N N | Y Y | | | Refused VS per pt | Y | Y | Y | | |
| 3:30 | 5 | Y | N | N | Y | N N | Y Y | | | LA & leg restraints removed | | | | | |
| | | | | | | | | | | worestraints | | | | | |
| | | | | | | | | | | discussion | | | | | |
| | | | | | | | | | | calm + contract | | | | | |
| | | | | | | | | | | for safety cont... | | | | | |

Licensed Nurse's Hourly Assessment for patient in seclusion and restraint (documented and initialed in line below)

Licensed Nurse's Comments:

Licensed Nurse's Hourly Assessment for patient in seclusion and restraint (documented and initialed in line below)

Licensed Nurse's Comments:

CONFIDENTIAL INFORMATION
For professional use by authorized persons only -- not to be duplicated or released to others.

Initials | Signature | Initial | Signature | Initials | Signature
RA | RN Moore | M | [signature] |  | 

Unit Nursing Supervisor/Unit Director: [signature] Date: 6/23/04  Time: 7:30 am/pm
(Note: Signature indicates the above information has been reviewed and is accurate and complete)

Revised 8/27/02

00165

A--72

# SECLUSION OR RESTRAINT RECORD
## FOR MEDICAL RECORD – authorized

**PATIENT'S NAME:** Johnny Lewis

Patient identification: LEWIS, JIMMY  12/25  UNK M AF U  RK NJ 07112  05/21/2004  MELBA JEAN LEWIS MOTH AREA 5

Document behavioral criteria required for discontinuation (per S/R Nursing Assessment sheet):
_Assessment only – not to be duplicated_

**Codes:**
1=Yelling/cursing  2=Verbal threats  3=Struggling/pulling on restraints  4=Pacing  5=Lying on bed  6=Lying on floor  7=Sitting on bed  8=Sitting on floor  9=Banging/kicking door/wall/bed  10=Standing at door  11=Refusing to talk to staff  12=Resting/quiet  13=Talking with staff  14=Other (Specify)

| Time Q 15' | Be-havior (See codes above) | Patient Is Free of Injury (Y)yes (N)no | Vital Signs (list actual readings) (N)* not obtainable | Toileting accepted by patient (Y)yes (N)no | Hy-giene (clean) | Hydration/ Nutrition Offered (Y)yes (N)no — Fluids / Meals | Status/Comfort (are within normal limits for S/R) — Phys. / Psycho-logical | Discon-tinuation Criteria met (Y)yes (N)no | Init. | COMMENTS *Explain any "N"... | Skin Integ. WNL (Y)yes (N)no | Circu-lation WNL (Y)yes (N)no | ROM WNL (Y)yes (N)no | Init. of RN or LPN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 33 | 5 | Y | 2 | 2 | Y | Y / Y | Y / Y | N | JP | pt refused v/s | Y | Y | Y | J |
| 16 | 5 | Y | 2 | 2 | Y | Y / Y | Y / Y | N | JP | pt refused v/s | Y | Y | Y | J |
| 30 | 3,5 | Y | 2 | 2 | Y | Y / Y | Y / Y | N | JP | Pt refused v/s | Y | Y | Y | J |
| 46 | 5,13 | Y | 94,4,94 19,1,150/94 | Y | Y | Y / Y | Y / Y | N | JP | Pt v/s taken | Y | Y | Y | J |

Licensed Nurse's Hourly Assessment for patient in seclusion and restraint (documented and initialed in line below)

| 43 | 5 | Y | 130/74 94 | N | Y | Y / Y | Y / Y | N | | Pt was places in seclusion | Y | Y | Y | C |

Licensed Nurse's Comments: Unable to contract for safety of others

| 16 | 5 | Y | N | N | Y | Y / Y | Y / Y | N | JH | Pt v/s taken | Y | Y | Y | C |
| 30 | 5 | Y | N | N | Y | Y / Y | Y / Y | N | JH | | Y | Y | Y | C |
| 46 | 5 | Y | N | N | Y | Y / Y | Y / Y | Y | JH | Pt left arm/restraint Restraint removed | Y | Y | Y | C |

Licensed Nurses Hourly Assessment for patient in seclusion and restraint (documented and initialed in line below)

| 1700 | 6 | Y | No BP | Y | Y | Y / Y | Y / Y | Y | C | Pt calm & cooperative — to bedroom | Y | Y | Y | C |

Licensed Nurse's Comments: 1618 Pt can't contract for safety, to control of others

| Initials | Signature | Initial | Signature | Initials | Signature |
|---|---|---|---|---|---|
| JP | [signature] | | Alicia [signature] | JH | Joyce Hennessy |

Unit Nursing Supervisor/Unit Director:   Date: 5/21/04   Time: 1700 am/pm

(Note: Signature indicates the above information has been reviewed and is accurate and complete)

Revised 8/27/02

00166

A-73

**Delaware Psychiatric Center**
**Seclusion/Restraint Patient Feedback**

(Completed during debriefing of patient after the event by Licensed Nurse or Tx Team member within 24 hrs)
(Original is attached to S/R paperwork and filed in patient's medical record;
Copy is forwarded to Quality Administrator - Performance Improvement Department; fax 4256)

Patient's Name: Lewis Jimmy    Unit: M. Trent
Type of Intervention: ☐ Seclusion ☑ Restraint
Date of Intervention: 6/24/04
Time intervention began: 1:00 am/pm
Time intervention ended: 17:00 am/pm

Date of Interview: 6/24/04
Time of interview: 7:20 am/pm
Interviewed by: Carroll Curtis

1. Why you were secluded/restrained?  I was agitated

2. Were you given a chance to gain control of yourself before you were secluded or restrained?  ☑ Yes  ☐ No

3. If yes, what did staff do for you:
   ☐ Individual attention            ☐ Contacted family/significant other    ☐ Contacted trusted staff
   ☐ Used calming interventions      ☐ Talked with you                       ☐ Suggested the Quiet Room
      previously suggested by you:   ☐ Addressed your need:                  ☐ Suggested other things you could do:
   specify:                          ☐ Suggested time out                    ☐ Offered medication
   ☐ Explained that seclusion may    ☐ Explained that restraints may         ☐ Other:
      have to be used                   have to be used

4. Were your personal dignity and privacy respected while you were being secluded or restrained?  ☑ Yes  ☐ No

5. Did you feel safe while you were secluded/restrained?  ☐ Yes  ☑ A little  ☐ No

6. Did being secluded or restrained help you gain control of yourself?  ☐ Yes  ☑ A little  ☐ No

7. Did someone explain what you needed to do in order to get out of seclusion or have the restraints removed?  ☑ Yes  ☐ No

8. What could have helped prevent you from being secluded or restrained?  waited for my meds

9. Did anything happen during the seclusion/restraint that may have frightened or injured you or made you feel uncomfortable?  no

Staff interviewer's signature: _____  Date: 6/24/04

Revised 8/27/02

00167

A-74

Delaware Psychiatric Center
## Seclusion or Restraint
## Nursing Assessment

LEWIS  JIMMY   12/25
K M AF U
NJ 07112
MELBA JEAN LEWIS MOTH AREA 5
05/21/2004

TIME INTERVENTION BEGAN: 11:00 am/pm

CONFIDENTIAL INFORMATION
For professional reasons only -- not to be duplicated or released to others.

☐ SECLUSION  ☒ 4 POINT RESTRAINTS  ☐ 5 POINT RESTRAINTS  ☐ OTHER: _____ authorized

Patient's name: Lewis, J    Unit: Mitchell    Date: 6/21/04

### PATIENT BEHAVIOR LEADING TO INTERVENTION: (CHECK all specific behaviors that apply)
- ☒ Threatening harm
- ☒ Imminent risk of harm to:
  - ☐ self  ☒ patients  ☒ staff
  specify: _____
- ☐ Destruction of property
- ☒ Unprovoked aggression
  i.e., striking out without warning
- ☐ Self-injurious behaviors
  specify: _____
- ☐ Biting
- ☒ Hitting
- ☒ Kicking
- ☐ Shoving
- ☐ Scratching
- ☐ Hair pulling
- ☐ Spitting
- ☐ Throwing objects
- ☐ Fire-setting
- ☐ Other: _____

☐ **EMERGENCY SITUATION** (less restrictive alternatives were not able to be attempted due to rapid escalation of immediately dangerous behavior) Explain: Pt in seclusion from 6am to 7am to 11am

OR

**LESS RESTRICTIVE ALTERNATIVES UTILIZED:** (CHECK all that were attempted relative to this immediate event)
- ☒ Talked with the patient
- ☒ Addressed patient's need _____
- ☒ Used techniques suggested by the patient as noted in the Advance Directive query form specify: _____
- ☒ Set limits with the patient
- ☒ Redirected the patient verbally
- ☒ Separated the patient from the area
- ☐ Verbal contract for safety
- ☐ Voluntary quiet room/time out
- ☐ One-to-one observation
- ☐ Offered PRN medications
- ☐ Involuntary administration of medication: _____
- ☐ Other: _____

**Physiological or psychological risk factors** (Determine by reviewing H&P, Psychiatric Assessment):
- ☐ Pre-existing medical conditions  ☐ Physical disabilities  ☐ Hx of sexual abuse  ☐ Hx of physical abuse  ☒ None
specify: _____

Physician who gave verbal order: Dr. Benika
Physician was notified of risk factors by: Madhu Jain RN

**Patient checked for dangerous objects** (i.e., belts, sharps, shoes, matches, jewelry, money, etc.):
List of objects removed (exact amt. of money): Shoes and $8.45 in locker in med room
Removed by: M. Halen RN    Location stored: med room

**BEHAVIORAL EXPECTATION FOR TERMINATION OF INTERVENTION** (Copy onto S/R Record form):
☒ 1. Resting quietly, either sitting or lying down for 30 minutes (specify – example 5, 10, 15 etc.)
☒ 2. Patient is able to discuss/interact with staff in a calm manner.
☒ 3. Patient is calm and able to verbalize a desire for intervention to be discontinued.
☒ 4. Patient is calm and able to verbalize an understanding of behavior that led to intervention.
☒ 5. Patient is calm and able to contract for safety.

Patient was informed of behavioral expectation for discontinuation of intervention by: Madhu Jain RN
Licensed Nursing Staff: Madhu Jain RN
(Signature and title of individual who initiated intervention)

### FAMILY NOTIFICATION
Name of family member: Pt didn't want to call    Date: 6/21/04
Name/title of staff person: family    Time: _____ am/pm

DATE/TIME INTERVENTION ENDED: 6/22/04 / 3:00 am/pm   TOTAL TIME: 4 hrs 0 min.
Patient was debriefed by: Madhu Jain RN    If no, explain: _____
Licensed Nursing Staff: Madhu Jain RN
(Signature and title of individual who discontinued intervention)
Unit Nursing Supervisor/Unit Director: Cindy A Drew    Date: 6/22/04   Time: 1:30 am/pm
(Signature indicates the above information has been reviewed and is accurate and complete)
Revised 8/27/02

00168

A-75

# SECLUSION OR RESTRAINT RECORD

PATIENT'S NAME: T. Lewis    MEDICAL RECORD #: _____    DATE: 6/23/04

Document behavioral criteria required for discontinuation (per S/R Nursing Assessment sheet):

1=Yelling/cursing  3=Struggling/pulling on restraints  5=Lying on bed   7=Sitting on bed   9=Banging/kicking door/wall/bed   11=Refusing to talk to staff   13=Talking with staff
2=Verbal threats   4=Pacing                            6=Lying on floor 8=Sitting on floor 10=Standing at door              12=Resting/quiet              14=Other (Specify)

COMMENTS: *Explain any "N" that was noted with an asterisk. Explain what action was taken (injury, hygiene, status/comfort, skin integrity, circulation, or range of motion) or why the assessment could not be completed (vital signs).

To be completed & initialed by the RN/LPN Q15" while patient is in restraints

| Time Q15 | Behavior (See codes above) | Patient Is Free of Injury (Y)yes (N)*no | Vital Signs (list actual readings) (N)* not obtainable | Toileting accepted by patient (Y)yes (N) no | Hygiene (clean) (Y)yes (N)*no | Hydration/ Nutrition Offered Fluids/Meals | Status/Comfort (are within normal limits for S/R) (Y)yes (N)*no Phys. / Psychological | Discontinuation Criteria met (Y)yes (N)no | Init. | COMMENTS | Skin Integ. WNL (Y)yes (N)*no | Circulation WNL (Y)yes (N)*no | ROM WNL (Y)yes (N)*no | Init. of RN or LPN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1:15 AM | 3,5 | Y | 2 | N | Y | N | Y Y | N | JD | Repeat v/s/o | Y | Y | Y | JD |
| 1:30 AM | 3,5 | Y | 2 | N | Y | N | Y Y | N | JD | Repeat v/s/o | Y | Y | Y | JD |
| 1:45 AM | 3,5 | X | N | N | Y | N | Y Y | N | JD | Repeat v/s/o | Y | Y | Y | JD |
| 2:00 AM | 3,5 | X | N | N | Y | N | Y Y | N | JD | Repeat v/s/o | Y | Y | Y | JD |

Licensed Nurse's Hourly Assessment for patient in seclusion and restraint (documented and initialed in line below)

2:15 16 — rebeat v/s

Licensed Nurse's Comments: CONFIDENTIAL — use only by duplicate. For professional use only — not to be released to others.

| 2:15 AM | 3,5 | Y | N | N | Y | N | Y Y | N | JD | Repeat v/s | Y | Y | Y | JD |
| 2:30 AM | 3,5 | Y | N | N | Y | N | Y Y | N | JD | Repeat v/s | Y | Y | Y | JD |
| 2:45 AM | 3,5 | Y | N | N | Y | N | Y Y | N | JD | R/ARM @ log restraint removed | Y | Y | Y | JD |
| | | | | | | | | | RA | removed v/s | | | | |
| | | | | | | | | | | | | | | |

Licensed Nurse's Hourly Assessment for patient in seclusion and restraint (documented and initialed in line below)

rebeat v/s

Licensed Nurse's Comments:

| Initials | Signature | Initial | Signature | Initials |
|---|---|---|---|---|
| | | | | |

Nursing Supervisor/Unit Director: _____ Date: 6/24/04  Time: 1700 am/pm

*Note: Signature indicates the above information has been reviewed and is accurate and complete.

Revised 8/27/02

00169

A-76

Delaware Psychiatric Center
**Seclusion or Restraint Nursing Assessment**

LEWIS, JIMMY    12/25
1 AF U
NJ 07112
MELBA JEAN LEWIS MOTH AREA 5
05/21/2004

For professional use by authorized persons only – not to be duplicated or released to others.

TIME INTERVENTION BEGAN: 21:00 am/**pm**

☒ SECLUSION  ☐ 4 POINT RESTRAINTS  ☐ 5 POINT RESTRAINTS  ☐ OTHER: _____

Patient's name: Jimmy Lewis    Unit: Mitchell    Date: 6/14/04

PATIENT BEHAVIOR LEADING TO INTERVENTION: (CHECK all specific behaviors that apply)
☒ Threatening harm          ☐ Destruction of property      ☐ Biting         ☐ Hair pulling
☒ Imminent risk of harm to:  ☐ Unprovoked aggression        ☒ Hitting        ☐ Spitting
  ☐ self ☐ patients ☒ staff    i.e., striking out without warning  ☒ Kicking   ☐ Throwing objects
specify: _____          ☐ Self-injurious behaviors     ☒ Shoving        ☐ Fire-setting
_____                     specify: _____           ☐ Scratching     ☒ Other: elbowing

☒ EMERGENCY SITUATION (less restrictive alternatives were not able to be attempted due to rapid escalation of immediately dangerous behavior) Explain: belligerent – pushing limits – aggressive
OR
LESS RESTRICTIVE ALTERNATIVES UTILIZED: (CHECK all that were attempted relative to this immediate event)
☐ Talked with the patient         ☐ Set limits with the patient       ☐ One-to-one observation
☐ Addressed patient's need ____   ☐ Redirected the patient verbally   ☐ Offered PRN medications
☐ Used techniques suggested by the patient  ☐ Separated the patient from the area  ☐ Involuntary administration of
  as noted in the Advance Directive query form  ☐ Verbal contract for safety        medication: _____
specify: _____                   ☐ Voluntary quiet room/time out     ☐ Other: _____

Physiological or psychological risk factors (Determine by reviewing H&P, Psychiatric Assessment):
☐ Pre-existing medical conditions  ☐ Physical disabilities  ☐ Hx of sexual abuse  ☐ Hx of physical abuse  ☒ None
specify: _____

Physician who gave verbal order: Dr Qureishi
Physician was notified of risk factors by: Helen Harlow RN

Patient checked for dangerous objects (i.e., belts, sharps, shoes, matches, jewelry, money, etc.):
List of objects removed (exact amt. of money): shoes – money – phone card
Removed by: Robert Gray NA    Location stored: shoes in p/room – money, card locked up

BEHAVIORAL EXPECTATION FOR TERMINATION OF INTERVENTION (Copy onto S/R Record form):
☐ 1. Resting quietly, either sitting or lying down for 30 minutes (specify – example 5, 10, 15 etc.)
☐ 2. Patient is able to discuss/interact with staff in a calm manner.
☐ 3. Patient is calm and able to verbalize a desire for intervention to be discontinued.
☐ 4. Patient is calm and able to verbalize an understanding of behavior that led to intervention
☐ 5. Patient is calm and able to contract for safety.

Patient was informed of behavioral expectation for discontinuation of intervention by: Helen Harlow
Licensed Nursing Staff: Helen Harlow RN
(Signature and title of individual who initiated intervention)

FAMILY NOTIFICATION
Name of family member: refused family notification    Date: _____
Name/title of staff person: Tanya Wilson LPN    Time: 11:05 am/**pm**
DATE/TIME INTERVENTION ENDED: 6/14/04 / 11:00 am/**pm**  TOTAL TIME: 2 hrs __ min.
Patient was debriefed by: Tanya Wilson LPN    If no, explain: _____
Licensed Nursing Staff: Tanya Wilson LPN
(Signature and title of individual who discontinued intervention)
Unit Nursing Supervisor/Unit Director: _____    Date: _____    Time: ____ am/pm
(Signature indicates the above information has been reviewed and is accurate and complete)
Revised 8/27/02

00172

A-77

```
LEWIS, JIM                    M AF U
                              NJ C7112
                              AREA 5
MELBA JEAN LEWIS RUTH        05/21/2004
```

**CONFIDENTIAL INFORMATION**
For professional use by authorized
persons only - not to be duplicated.
Restrained by unauthorized personnel.

**Delaware Psychiatric Center**
**Seclusion/Restraint Patient Feedback**

Completed during debriefing of patient after the event by Licensed Nurse or Tx Team member within 24 hrs)
Original is attached to S/R paperwork and filed in patient's medical record;
Copy is forwarded to Quality Administrator - Performance Improvement Department; fax 4256)

Patient's Name: _Jimmy Lewis_   Unit: _Mitchell_
Type of Intervention: ☒ Seclusion  ☐ Restraint
Date of Intervention: _6/14/04_
Time Intervention began: _21:00_ am/(pm)   Date of Interview: _6/14/04_
Time Intervention ended: ____:____ am/pm   Time of Interview: _11:30_ am/(pm)
                                             Interviewed by: _Tanya Wilson_

Why you were secluded/restrained? _Fighting staff & other pts._

Were you given a chance to gain control of yourself before you were secluded or restrained?   ☒ Yes   ☐ No

If yes, what did staff do for you:
☐ Individual attention                    ☐ Contacted trusted staff
☐ Used calming interventions              ☐ Suggested the Quiet Room
   previously suggested by you:           ☐ Suggested other things you could do: _____
☐ Contacted family/significant other      ☐ Offered medication
☐ Talked with you                         ☐ Other:
☐ Addressed your need: _____
☐ Suggested time out
☒ Explained that seclusion may
   have to be used
specify: ☒ Explained that seclusion may
         have to be used

Were your personal dignity and privacy respected while you were being secluded or restrained?   ☐ Yes   ☒ No

Did you feel safe while you were secluded/restrained?   ☒ Yes   ☐ A little   ☐ No

Did being secluded or restrained help you gain control of yourself?   ☒ Yes   ☐ A little   ☐ No

Did someone explain what you needed to do in order to get out of seclusion or have the restraints removed?   ☐ Yes   ☒ No

What could have helped prevent you from being secluded or restrained? _not fighting staff & other pts._

Did anything happen during the seclusion/restraint that may have frightened or injured you or made you feel uncomfortable? _no_

Staff interviewer's signature: _Tanya Wilson_   Date: _6/14/04_

00174

Revised 8/27/02

A-78

# SECLUSION OR RESTRAINT RECORD

**PATIENT'S NAME:** Jimmy Lewis

**MEDICAL RECORD #:** CONFIDENTIAL

*For professional use by authorized persons only -- not to be duplicated or released -- return to sender*

Document behavioral criteria required for discontinuation (per S/R Nursing Assessment sheet):

1=Yelling/cursing  2=Verbal threats  3=Struggling/pulling on restraints  4=Pacing  5=Lying on bed  6=Lying on floor  7=Sitting on bed  8=Sitting on floor  9=Banging/kicking door/wall/bed  10=Standing at door  14=Other (Specify)

| Time Q 15' | Be-havior (See codes above) | Patient Is Free of Injury (Y) yes (N) no | Vital Signs (list actual readings) (N)* not obtainable | Toileting accepted by patient (Y) yes (N) no | Hy-giene (clean) (Y) yes (N) no | Hydration/Nutrition Offered Fluids Meals | Status/Comfort (are within normal limits for S/R) Phys. Psycho-logical | Discontinuation Criteria met (Y) yes (N) no | Init. | COMMENTS *Explain any "N" that was noted that has an asterisk. Explain what action was taken (injury, hygiene, status/comfort, skin integrity, circulation, or range of motion) or why the assessment could not be completed (vital signs, etc.) | Skin Integ. WNL (Y) yes (N)* no | Circu-lation WNL (Y) yes (N)* no | ROM WNL (Y) yes (N)* no | Init. of RN or LPN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9PM | 1-2 | Y | N | N | Y | N N | Y Y | N | | PRU given — sleep deprivation US unobtained — refused | | | | |
| 9:15 | 1-2 | Y | N | N | Y | N N | Y Y | N | | Pt. attempt to get up — refused | | | | |
| 9:30 | 1-2 | Y | N | N | Y | N N | Y Y | N | yh | Pt continued to yell & curse and bang on door | | | | |
| 9:45 | 1-6 | Y | N | N | Y | N N | Y Y | N | yh | Pt continues to yell & curse, bang | | | | |
| 10:00 | 5-11 | Y | N | N | Y | N N | Y Y | N | JH | Pt angry — awake — no apparent change in behavior | | | | |

**Licensed Nurse's Hourly Assessment for patient in seclusion and restraint** (documented and initialed in line below)

| 10 PM | 5-11 | Y | N | N | Y | N N | Y Y | N | JH | |

**Licensed Nurse's Comments:** Doors open on room — pt not ready to D/C seclusion — verbally abusive to staff — behavior makes it difficult to assess how dangerous pt will be upon area — pt threatening to staff

| 10:15 | 5-11 | Y | N | N | Y | N N | Y Y | N | JH | Pt lying on bed Refusing to talk to staff |
| 10:30 | 5-11 | Y | N | N | Y | N N | Y Y | N | JH | Pt lying on bed |
| 10:45 | 5-11 | Y | N | N | Y | N N | Y Y | N | JH | Pt continues to refuse to talk to staff |

**Licensed Nurse's Hourly Assessment for patient in seclusion and restraint** (documented and initialed in line below)

| 11 PM | 5-11 | Y | N | N | Y | N N | Y Y | N | JH | |

**Licensed Nurse's Comments:** Door open — pt laying in bed — refused to engage w/ staff — observed thru door — appeared to be resting quietly — pt cleared by CNS for D/C — would not reply

| Initials | Signature | Initial | Signature | Initials | Signature |
|---|---|---|---|---|---|
| JH | Jayne Hemingway | | Helen Carlow | | |

**Unit Nursing Supervisor/Unit Director:** _____

(Note: Signature indicates the above information has been reviewed and is accurate and complete)

**Date:** 6/15/04    **Time:** 7:00 am/pm

Revised 8/27/02

00175    A-79

Delaware Psychiatric Center
**Seclusion or Restraint Nursing Assessment**

LEWIS, JIMMY        12/25
                    NK M AF U
                    K NJ 07112
MELBA JEAN LEWIS MOTH AREA 5
05/21/2004

TIME INTERVENTION BEGAN: 6:15 am/**pm**

☐ SECLUSION  ☒ 4 POINT RESTRAINTS  ☐ 5 POINT RESTRAINTS  ☐ OTHER: _____

Patient's name: _Jimmy Lewis_    Unit: _JEM_    Date: _6/6/04_

**PATIENT BEHAVIOR LEADING TO INTERVENTION:** (CHECK all specific behaviors that apply)
☒ Threatening harm            ☐ Destruction of property        ☐ Biting          ☐ Hair pulling
☒ Imminent risk of harm to:   ☒ Unprovoked aggression          ☒ Hitting         ☐ Spitting
  ☐ self ☒ patients ☐ staff     i.e., striking out without warning  ☐ Kicking    ☐ Throwing objects
  specify: _____            ☐ Self-injurious behaviors       ☐ Shoving         ☐ Fire-setting
                                specify: _____               ☐ Scratching      ☐ Other: _____

☐ **EMERGENCY SITUATION** (less restrictive alternatives were not able to be attempted due to rapid escalation of immediately dangerous behavior) Explain: _H started an argument in DR and would not accept_
OR _restraint. Other peer moved to the other unit a unit & shook [illegible]_

**LESS RESTRICTIVE ALTERNATIVES UTILIZED:** (CHECK all that were attempted relative to this immediate event)
☒ Talked with the patient                    ☒ Set limits with the patient         ☐ One-to-one observation
☐ Addressed patient's need _____          ☒ Redirected the patient verbally      ☒ Offered PRN medications
☐ Used techniques suggested by the patient   ☒ Separated the patient from the area  ☒ Involuntary administration of
  as noted in the Advance Directive query form  ☐ Verbal contract for safety            medication: _____
  specify: _____                          ☐ Voluntary quiet room/time out         ☐ Other: _____

**Physiological or psychological risk factors** (Determine by reviewing H&P, Psychiatric Assessment):
☐ Pre-existing medical conditions    ☐ Physical disabilities    ☐ Hx of sexual abuse    ☐ Hx of physical abuse    ☒ None
  specify: _____

Physician who gave verbal order: _Dr. Sandlin_
Physician was notified of risk factors by: _Campbell_

Patient checked for dangerous objects (i.e., belts, sharps, shoes, matches, jewelry, money, etc.)
List of objects removed (exact amt. of money): _____
Removed by: _Arster, V._    Location stored: _Nsg Attendant closet_

**BEHAVIORAL EXPECTATION FOR TERMINATION OF INTERVENTION** (Copy onto S/R Record form):
☒ 1. Resting quietly, either sitting or lying down for _15_ minutes (specify – example 5, 10, 15 etc.)
☒ 2. Patient is able to discuss/interact with staff in a calm manner.
☒ 3. Patient is calm and able to verbalize a desire for intervention to be discontinued.
☒ 4. Patient is calm and able to verbalize an understanding of behavior that led to intervention
☒ 5. Patient is calm and able to contract for safety.

Patient was informed of behavioral expectation for discontinuation of intervention by: _[signature]_
Licensed Nursing Staff: _[signature]_
(Signature and title of individual who initiated intervention)

**FAMILY NOTIFICATION**
Name of family member: _Refused Family Notification_    Date: _6/6/04_
Name/title of staff person: _____    Time: ___:___ am/pm

DATE/TIME INTERVENTION ENDED: _6/6/04_ / _7:00_ am/**pm** TOTAL TIME: _0_ hrs _45_ min.
Patient was debriefed by: _[signature]_    If no, explain: _____
Licensed Nursing Staff: _[signature]_
(Signature and title of individual who discontinued intervention)
Unit Nursing Supervisor/Unit Director: _[signature]_    Date: _6/8/04_    Time: _11:30_ am/**pm**
(Signature indicates the above information has been reviewed and is accurate and complete)
Revised 8/27/02

00176

A-80

Delaware Psychiatric Center
Seclusion/Restraint Patient Feedback

Completed during debriefing of patient after the event by Licensed Nurse or Tx Team member within 24 hrs;
original is attached to S/R paperwork and filed in patient's medical record;
copy is forwarded to Quality Administrator - Performance Improvement Department; (fax 4256)

Patient's Name: LEWIS, JIMMY          SECLUSION OR
Type of Intervention:  ☐ Seclusion  ☒ Restraint       12/25
Date of Intervention: 6/4/04                          M A F U
Time intervention began: 6:15 am/pm                   MJ 07 12
Time intervention ended: 7:02 am/pm                   MILBA JEAN LEWIS MOTH ARE   8
                                                                                 21 2004

Unit: JEM

Date of Interview: 6/6/04
Time of Interview: 7:02 am/pm
Interviewed by: _____

1. Why you were secluded/restrained? _____
2. Were you given a chance to gain control of yourself before you were secluded or restrained?  ☒ Yes  ☐ No

3. If yes, what did staff do for you:
   ☒ Individual attention          ☐ Contacted family/significant other
   ☒ Used calming interventions    ☐ Talked with you
   previously suggested by you:    ☐ Addressed your need: _____
   specify: _____                ☐ Suggested time out
   ☐ Explained that seclusion may  ☐ Explained that restraints may
     have to be used                 have to be used
                                   ☐ Contacted trusted staff
                                   ☐ Suggested the Quiet Room
                                   ☐ Suggested other things you _____
                                   ☐ Offered medication
                                   ☐ Other: _____

4. Were your personal dignity and privacy respected while you were being secluded or restrained?  ☒ Yes  ☐ No
5. Did you feel safe while you were secluded/restrained?  ☒ Yes  ☐ A little  ☐ No
6. Did being secluded or restrained help you gain control of yourself?  ☒ Yes  ☐ A little  ☐ No
7. Did someone explain what you needed to do in order to get out of seclusion or have the restraints removed?  ☒ Yes  ☐ No
8. What could have helped prevent you from being secluded or restrained? _____
9. Did anything happen during the seclusion/restraint that may have frightened or injured you or made you feel uncomfortable?  ☐ Yes  ☐ No  no

Staff interviewer's signature: _____  Date: 6/6/04

Revised 8/27/02

00178

**CONFIDENTIAL INFORMATION**
For professional use by authorized
persons only -- not to be duplicated
or distributed to others.

A-81