# EXHIBIT K

# Time Detail

| | | Data Up to Date: | 11/14/2006  3:46:33PM |
|---|---|---|---|
| Time Period: | 5/01/2004 - 6/30/2004 | Printed: | 11/14/2006  3:46:39PM |
| Query: | Previously Selected Employee(s) | Printed for: | NKing |
| Actual/Adjusted: | Actual Only | | |

---

| Employee: | Gray, Robert N | ID: | Timezone: | Eastern |
|---|---|---|---|---|

Status: Active    Status Date: 7/13/2003

Pay Rule:   1 Mrt FLSA 40Lu Comp

**Home Labor Accounts**

| START | END | LABOR ACCOUNT |
|---|---|---|
| 3/21/2004 | 9/17/2006 | 001/001/002/1031/115/44538/000 |

| Date | Apply To | In Punch | In Exc | Out Punch | Out Exc | Money Amount | Adj/Ent Amount | Totaled Amount | Cum. Tot. Amount |
|---|---|---|---|---|---|---|---|---|---|
| Xfr/Move: | Labor Level | Comment | | | | Xfr Workrule | | | |
| 5/1/2004 | | 6:39:00AM | | 11:00:00PM | | | | 15.00 | |
| | | | | | LV | | | | |
| 5/2/2004 | | 6:43:00AM | | 11:05:00PM | | | | 15.00 | |
| | | | | | LV | | | | |
| 5/4/2004 | Regular | | | | | | -0.50 | | |
| 5/4/2004 | | 6:55:00AM | | 3:29:00PM | | | | 8.00 | |
| | | | | | LV | | | | |
| 5/7/2004 | | 6:49:00AM | | 11:00:00PM | | | | 15.00 | |
| | | | | | LV | | | | |
| 5/10/2004 | | 6:47:00AM | | 11:02:00PM | | | | 15.00 | |
| | | | | | LV | | | | |
| 5/11/2004 | Regular | | | | | | -7.50 | | |
| 5/11/2004 | OT 1.5 - T15 | | | | | | 7.50 | | |
| 5/11/2004 | | 6:47:00AM | US | 3:02:00PM | | | | 7.50 | |
| 5/12/2004 | Shift Diff - ND5 | | | | | | -6.50 | | |
| 5/12/2004 | Regular | | | | | | -14.00 | | |
| 5/12/2004 | OT 1.5 - T15 | | | | | | 13.75 | | |
| 5/12/2004 | | 6:44:00AM | US | 10:02:00PM | | | | 14.00 | |
| 5/13/2004 | | 6:47:00AM | | 11:00:00PM | | | | 15.00 | |
| | | | | | LV | | | | |
| 5/15/2004 | Unapproved OT | | | | | | -0.25 | | |
| 5/15/2004 | | 6:46:00AM | | 11:00:00PM | | | | 15.00 | |
| | | | | | LV | | | | |
| 5/16/2004 | Regular | | | | | | -0.25 | | |
| 5/16/2004 | Shift Diff - ND5 | | | | | | -0.25 | | |
| 5/16/2004 | | 6:48:00AM | | 11:13:00PM | | | | 15.25 | |
| | | | | | LV | | | | |

# Time Detail

| | | | | | |
|---|---|---|---|---|---|
| Time Period: | 5/01/2004 - 6/30/2004 | | | | |
| Query: | Previously Selected Employee(s) | | | | |
| Actual/Adjusted: | Actual Only | | | | |

Data Up to Date:  11/14/2006  3:46:33PM
Printed:  11/14/2006  3:46:39PM
Printed for:  NKing

| | | | | | |
|---|---|---|---|---|---|
| 5/20/2004 | | 6:44:00AM | 11:00:00PM | | 15.00 |
| | | | | LV | |
| 5/21/2004 | Regular | | | 7.50 | |
| 5/21/2004 | Shift Diff - ND5 | | | 7.50 | |
| 5/21/2004 | | 6:55:00AM | 11:00:00PM | | 15.00 |
| | | | | LV | |
| 5/27/2004 | | 6:43:00AM | 11:00:00PM | | 15.00 |
| | | | | LV | |
| 5/28/2004 | Regular | | | -7.50 | |
| 5/28/2004 | Shift Diff - ND5 | | | -7.50 | |
| 5/28/2004 | OT Shift Diff - T16 | | | 7.25 | |
| 5/28/2004 | | 6:45:00AM | 11:02:00PM | | 15.00 |
| | | | | LV | |
| 5/29/2004 | Regular | | | -7.50 | |
| 5/29/2004 | Shift Diff - ND5 | | | -7.50 | |
| 5/29/2004 | OT Shift Diff - T16 | | | 7.25 | |
| 5/29/2004 | | 6:44:00AM | 11:02:00PM | | 15.00 |
| | | | | LV | |
| 5/30/2004 | | 6:42:00AM | 11:02:00PM | | 15.00 |
| | | | | LV | |
| 5/31/2004 | Memorial Day | | | 7.50 | |
| 5/31/2004 | | 6:46:00AM | 11:00:00PM | | 15.00 |
| | | | | LV | |
| 6/4/2004 | Regular | | | 15.00 | |
| 6/4/2004 | Shift Diff - ND5 | | | 7.50 | |
| 6/8/2004 | Regular | | | 0.50 | |
| | | *Meal Break Worked* | | | |
| 6/8/2004 | Shift Diff - ND5 | | | 0.50 | |
| 6/8/2004 | | 6:43:00AM | 10:23:00PM | | 14.50 |
| | | | | LV | |
| 6/11/2004 | Hol Credit | | | 7.50 | |
| 6/12/2004 | | 6:41:00AM | 11:00:00PM | | 15.00 |
| | | | | LV | |
| 6/13/2004 | Regular | | | -7.50 | |
| 6/13/2004 | Shift Diff - ND5 | | | -7.50 | |
| 6/13/2004 | OT Shift Diff - T16 | | | 7.25 | |

800223

A-83

# Time Detail

| | | | | | |
|---|---|---|---|---|---|
| | | | Data Up to Date: | 11/14/2006 | 3:46:33PM |
| | | | Printed: | 11/14/2006 | 3:46:39PM |
| | | | Printed for: | NKing | |

Time Period:      5/01/2004 - 6/30/2004
Query:             Previously Selected Employee(s)
Actual/Adjusted:  Actual Only

| Date | Code | In | Out | | Hours | |
|---|---|---|---|---|---|---|
| 6/13/2004 | | 6:46:00AM | 11:07:00PM | LV | 15.00 |  |
| 6/14/2004 | | 6:41:00AM | 11:00:00PM | LV | 15.00 | |
| 6/16/2004 | Regular | | | | -2.50 | |
| 6/16/2004 | OT 1.5 - T15 | | | | 2.50 | |
| 6/16/2004 | | 7:57:00AM | 10:34:00AM | US | 2.50 | |
| 6/18/2004 | Vacation | | | | 0.75 | |
| 6/18/2004 | | 7:33:00AM | 11:06:00PM | LV    LV | 14.25 | |
| 6/21/2004 | Sick | | | | 13.75 | |
| 6/21/2004 | | 6:52:00AM | 8:06:00AM | EV | 1.25 | |
| 6/25/2004 | Sick | | | | 7.50 | |
| 6/26/2004 | Sick | | | | 15.00 | |
| 6/27/2004 | Sick | | | | 7.58 | |
| 6/27/2004 | Sick | | | | -0.08 | |
| 6/28/2004 | Sick | | | | 7.50 | |
| 6/28/2004 | Sick | | | | 8.00 | |
| 6/28/2004 | Sick | | | | -0.50 | |

**001/001/002/1031/115/44538/000**
**All Regular Pay Codes**
**Grand Total Hours**
**Hol Credit**
**Hol OT 1.5 - T65**
**Hol OT Shift Diff - T66**
**OT 1.5 - T15**
**OT Shift Diff - T16**
**Regular**
**Shift Diff - ND5**
**Sick**
**Unapproved OT**
**Vacation**

**All Regular Pay Codes**
**Grand Total Hours**

Totals:        $0.00

**Hol Credit**

800224

# Time Detail

Time Period:  5/01/2004 - 6/30/2004
Query:  Previously Selected Employee(s)
Actual/Adjusted:  Actual Only

Data Up to Date:  11/14/2006  3:42:49PM
Printed:  11/14/2006  3:42:55PM
Printed for:  NKing

---

**Employee:**  Sagers, Lance L

**ID:** ▓▓▓    **Timezone:**  Eastern

**Status:**  Active    **Status Date:**  7/13/2003

**Pay Rule:**  1 Mrt FLSA 40Lu Comp

**Home Labor Accounts**

| START | END | | LABOR ACCOUNT |
|---|---|---|---|
| No Start | No End | | 001/001/002/1031/125/44538/000 |

| Date | Apply To | In Punch | In Exc | Out Punch | Out Exc | Money Amount | Adj/Ent Amount | Totaled Amount | Cum. Tot. Amount |
|---|---|---|---|---|---|---|---|---|---|
| *Xfr/Move:* | *Labor Level* | *Comment* | | | | *Xfr Workrule* | | | |
| 5/3/2004 | Unapproved OT | | | | | | -0.50 | | |
| 5/3/2004 | | 2:19:00PM | EV | 11:00:00PM | | | | 8.00 | ▓▓ |
| 5/4/2004 | | 2:38:00PM | | 11:00:00PM | | | | 7.50 | |
| 5/5/2004 | | 2:41:00PM | | 11:02:00PM | | | | 7.50 | ▓▓ |
| 5/7/2004 | Unapproved OT | | | | | | -0.25 | | ▓▓ |
| 5/7/2004 | | 2:29:00PM | EV | 11:00:00PM | | | | 7.75 | |
| 5/8/2004 | Unapproved OT | | | | | | -0.25 | | ▓▓ |
| 5/8/2004 | | 2:29:00PM | EV | 11:00:00PM | | | | 7.75 | ▓▓ |
| 5/9/2004 | Vacation | | | | | | 7.50 | | ▓▓ |
| 5/11/2004 | Unapproved OT | | | | | | -0.50 | | |
| 5/11/2004 | | 2:20:00PM | EV | 11:03:00PM | | | | 8.00 | |
| 5/12/2004 | Unapproved OT | | | | | | -0.50 | | |
| 5/12/2004 | | 2:22:00PM | EV | 11:00:00PM | | | | 8.00 | ▓▓ |
| 5/13/2004 | | 2:37:00PM | | 11:00:00PM | | | | 7.50 | ▓▓ |
| 5/14/2004 | Unapproved OT | | | | | | -0.25 | | ▓▓ |
| 5/14/2004 | | 2:23:00PM | EV | 11:08:00PM | | | | 8.00 | ▓▓ |
| 5/17/2004 | | 2:40:00PM | | 11:04:00PM | LV | | | 7.50 | ▓▓ |
| 5/18/2004 | Unapproved OT | | | | | | -0.75 | | ▓▓ |
| 5/18/2004 | | 2:21:00PM | EV | 11:08:00PM | | | | 8.25 | ▓▓ |
| 5/19/2004 | | 2:47:00PM | | 11:07:00PM | LV | | | 7.50 | ▓▓ |

# Time Detail

| | |
|---|---|
| Time Period: | 5/01/2004 - 6/30/2004 |
| Query: | Previously Selected Employee(s) |
| Actual/Adjusted: | Actual Only |

| | |
|---|---|
| Data Up to Date: | 11/14/2006  3:42:49PM |
| Printed: | 11/14/2006  3:42:55PM |
| Printed for: | NKing |

| Date | Type | Start | End | | Hours | Total | |
|---|---|---|---|---|---|---|---|
| 5/20/2004 | Unapproved OT | | | | -0.25 | | |
| 5/20/2004 | | 2:30:00PM | 11:00:00PM | EV | | 7.75 | |
| 5/22/2004 | Sick | | | | 7.50 | | |
| 5/23/2004 | Vacation | | | | 7.50 | | |
| 5/25/2004 | Unapproved OT | | | | -0.25 | | |
| 5/25/2004 | | 2:42:00PM | 11:10:00PM | LV | | 7.75 | |
| 5/26/2004 | Unapproved OT | | | | -0.25 | | |
| 5/26/2004 | | 2:28:00PM | 11:31:00PM | EV    LV | | 8.25 | |
| 5/27/2004 | Unapproved OT | | | | -0.75 | | |
| 5/27/2004 | | 2:22:00PM | 7:00:00AM | US | | 15.50 | |
| 5/28/2004 | Unapproved OT | | | | -0.25 | | |
| 5/28/2004 | | 2:34:00PM | 11:07:00PM | EV | | 7.75 | |
| 5/31/2004 | Memorial Day | | | | 0.00 | | |
| 5/31/2004 | Hol Credit | | | | 7.50 | | |
| 6/1/2004 | Unapproved OT | | | | -0.25 | | |
| 6/1/2004 | | 2:29:00PM | 11:06:00PM | EV | | 7.75 | |
| 6/2/2004 | Vacation | | | | 7.50 | | |
| 6/4/2004 | Vacation | | | | 7.50 | | |
| 6/5/2004 | Vacation | | | | 7.50 | | |
| 6/6/2004 | Vacation | | | | 7.50 | | |
| 6/7/2004 | Vacation | | | | 7.50 | | |
| 6/9/2004 | Unapproved OT | | | | -0.25 | | |
| 6/9/2004 | | 2:29:00PM | 11:04:00PM | EV | | 7.75 | |
| 6/10/2004 | | 2:24:00PM | 11:05:00PM | EV | | 7.75 | |
| 6/11/2004 | Hol Credit | | | | 7.50 | | |
| 6/11/2004 | Unapproved OT | | | | -7.75 | | |
| 6/11/2004 | Hol OT Shift Diff - T66 | | | | 7.50 | | |

## Time Detail

| | |
|---|---|
| Time Period: | 5/01/2004 - 6/30/2004 |
| Query: | Previously Selected Employee(s) |
| Actual/Adjusted: | Actual Only |

| | |
|---|---|
| Data Up to Date: | 11/14/2006  3:42:49PM |
| Printed: | 11/14/2006  3:42:55PM |
| Printed for: | NKing |

| Date | | Time In | | Time Out | | | Hours |
|---|---|---|---|---|---|---|---|
| 6/11/2004 | | 2:25:00PM | EV | 11:03:00PM | | | 7.75 |
| 6/14/2004 | Unapproved OT | | | | | -0.50 | |
| 6/14/2004 | | 2:31:00PM | EV | 11:09:00PM | LV | | 8.00 |
| 6/15/2004 | Unapproved OT | | | | | -0.25 | |
| 6/15/2004 | | 2:25:00PM | EV | 11:00:00PM | | | 7.75 |
| 6/16/2004 | Unapproved OT | | | | | -0.25 | |
| 6/16/2004 | | 2:25:00PM | EV | 11:04:00PM | | | 7.75 |
| 6/17/2004 | Unapproved OT | | | | | -0.25 | |
| 6/17/2004 | | 2:37:00PM | | 11:10:00PM | LV | | 7.75 |
| 6/19/2004 | | 2:36:00PM | | 11:05:00PM | | | 7.50 |
| 6/20/2004 | Sick | | | | | 7.50 | |
| 6/22/2004 | Unapproved OT | | | | | -0.25 | |
| 6/22/2004 | | 2:30:00PM | EV | 11:00:00PM | | | 7.75 |
| 6/23/2004 | | 2:40:00PM | | 11:02:00PM | | | 7.50 |
| 6/24/2004 | | 2:36:00PM | | 11:05:00PM | | | 7.50 |
| 6/25/2004 | Unapproved OT | | | | | -0.75 | |
| 6/25/2004 | | 2:06:00PM | EV | 11:02:00PM | | | 8.25 |
| 6/28/2004 | Comp Used | | | | | 1.25 | |
| 6/28/2004 | | 2:41:00PM | | 9:00:00PM | CD CD EV | | 6.25 |
| | O: Meal Break Worked | | | | | | |
| 6/29/2004 | Unapproved OT | | | | | -0.50 | |
| 6/29/2004 | | 2:21:00PM | EV | 11:05:00PM | | | 8.00 |
| 6/30/2004 | Unapproved OT | | | | | -0.50 | |
| 6/30/2004 | | 2:18:00PM | EV | 11:17:00PM | LV | | 8.25 |

# Time Detail

| | | | Data Up to Date: | 11/14/2006  3:48:48PM |
|---|---|---|---|---|
| Time Period: | 5/01/2004 - 6/30/2004 | | Printed: | 11/14/2006  3:48:54PM |
| Query: | Previously Selected Employee(s) | | Printed for: | NKing |
| Actual/Adjusted: | Actual Only | | | |

---

| Employee: | Moffett, David A | | ID: | | Timezone: | Eastern |
|---|---|---|---|---|---|---|
| | | | Status: | Active | Status Date: | 7/13/2003 |
| | | | Pay Rule: | 2 Mrt FLSA 14 40Lu | | |

**Home Labor Accounts**

| START | END | LABOR ACCOUNT |
|---|---|---|
| No Start | No End | 001/001/002/1031/125/44538/000 |

| Date | Apply To | In Punch | In Exc | Out Punch | Out Exc | Money Amount | Adj/Ent Amount | Totaled Amount | Cum. Tot. Amount |
|---|---|---|---|---|---|---|---|---|---|
| *Xfr/Move:* | *Labor Level* | *Comment* | | | | | *Xfr Workrule* | | |
| 5/3/2004 | | 2:50:00PM | | 11:05:00PM | | | | 7.50 | |
| 5/4/2004 | | 10:49:00PM | | 7:06:00AM | | | | 7.50 | |
| 5/5/2004 | | 2:50:00PM | | 11:03:00PM | | | | 7.50 | |
| 5/7/2004 | | 2:49:00PM | | 11:00:00PM | | | | 7.50 | |
| 5/8/2004 | Unapproved OT | | | | | | -6.75 | | |
| 5/8/2004 | Regular | | | | | | 7.50 | | |
| 5/8/2004 | | 3:33:00PM | US | 7:06:00AM | | | | 14.25 | |
| 5/10/2004 | | 2:48:00PM | | 11:07:00PM | | | | 7.50 | |
| 5/11/2004 | | 10:50:00PM | | 7:07:00AM | | | | 7.50 | |
| 5/12/2004 | | 2:50:00PM | | 11:06:00PM | | | | 7.50 | |
| 5/13/2004 | Regular | | | | | | 0.25 | | |
| | | *Approved by Supervisor* | | | | | | | |
| 5/13/2004 | | 10:53:00PM | US | 7:06:00AM | | | | 7.25 | |
| 5/17/2004 | | 2:48:00PM | | 11:04:00PM | | | | 7.50 | |
| 5/18/2004 | | 10:55:00PM | | 7:00:00AM | | | | 7.50 | |
| 5/19/2004 | OT Shift Diff - T16 | | | | | | -7.25 | | |
| 5/19/2004 | Regular | | | | | | 7.50 | | |
| 5/19/2004 | | 7:01:00AM | US | 3:00:00PM | | | | 7.25 | |
| 5/22/2004 | Unapproved OT | | | | | | -6.25 | | |
| 5/22/2004 | Regular | | | | | | 6.25 | | |
| 5/22/2004 | Dock | | | | | | 1.25 | | |
| 5/22/2004 | | 3:53:00PM | LV | 7:07:00AM | LV | | | 13.75 | |
| 5/24/2004 | Unapproved OT | | | | | | -7.50 | | |

Page 1 of 4

# Time Detail

| | |
|---|---|
| Time Period: | 5/01/2004 - 6/30/2004 |
| Query: | Previously Selected Employee(s) |
| Actual/Adjusted: | Actual Only |

| | |
|---|---|
| Data Up to Date: | 11/14/2006  3:48:48PM |
| Printed: | 11/14/2006  3:48:54PM |
| Printed for: | NKing |

| Date | Type | In | Out | | Hours1 | Hours2 |
|---|---|---|---|---|---|---|
| 5/24/2004 | Regular | | | | 7.50 | |
| 5/24/2004 | | 6:45:00AM | 11:02:00PM | | | 15.00 |
| | | | | LV | | |
| 5/26/2004 | Vacation | | | | 7.50 | |
| 5/27/2004 | Vacation | | | | 7.50 | |
| 5/28/2004 | Vacation | | | | 7.50 | |
| 5/31/2004 | Memorial Day | | | | 0.00 | |
| 5/31/2004 | Hol Credit | | | | 7.50 | |
| 6/2/2004 | | 2:54:00PM | 11:06:00PM | | | 7.50 |
| 6/3/2004 | | 2:50:00PM | 11:01:00PM | | | 7.50 |
| 6/4/2004 | | 2:49:00PM | 11:07:00PM | | | 7.50 |
| 6/5/2004 | Unapproved OT | | | | -0.25 | |
| 6/5/2004 | | 2:57:00PM | 7:12:00AM | | | 15.25 |
| | | | | LV | | |
| 6/6/2004 | Sick | | | | 7.50 | |
| 6/7/2004 | | 2:39:00PM | 11:06:00PM | | | 7.50 |
| 6/9/2004 | Unapproved OT | | | | -0.25 | |
| 6/9/2004 | | 6:50:00AM | 11:00:00PM | | | 15.00 |
| | | | US | | | |
| 6/10/2004 | | 10:48:00PM | 7:00:00AM | | | 7.50 |
| 6/11/2004 | Hol Credit | | | | 7.50 | |
| 6/11/2004 | Unapproved OT | | | | -7.25 | |
| 6/11/2004 | Hol OT Shift Diff - T66 | | | | 7.25 | |
| 6/11/2004 | | 7:01:00AM | 3:03:00PM | | | 7.25 |
| | | | US | | | |
| 6/14/2004 | Unapproved OT | | | | -0.25 | |
| 6/14/2004 | | 2:45:00PM | 11:11:00PM | | | 7.75 |
| | | | | LV | | |
| 6/15/2004 | Unapproved OT | | | | -0.25 | |
| 6/15/2004 | | 2:48:00PM | 11:11:00PM | | | 7.75 |
| | | | | LV | | |
| 6/17/2004 | | 10:48:00PM | 7:06:00AM | | | 7.50 |
| | | | US | | | |
| 6/18/2004 | Dock | | | | 0.75 | |
| 6/18/2004 | | 2:53:00PM | 10:20:00PM | | | 6.75 |

00237

A-89

# Time Detail

| | |
|---|---|
| Time Period: | 5/01/2004 - 6/30/2004 |
| Query: | Previously Selected Employee(s) |
| Actual/Adjusted: | Actual Only |

Data Up to Date: 11/14/2006  3:48:48PM
Printed: 11/14/2006  3:48:54PM
Printed for: NKing

EV

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/19/2004 | | 6:47:00AM | US | 3:06:00PM | | 7.50  |
| 6/20/2004 | | 10:48:00PM | US | 7:00:00AM | | 7.50 |
| 6/21/2004 | | 7:01:00AM | US | 2:24:00PM | | 6.75 |
| 6/22/2004 | | 8:36:00PM | US | 6:20:00AM | | 9.00 |
| 6/23/2004 | | 2:50:00PM | | 11:00:00PM | | 7.50 |
| 6/24/2004 | Dock | | | | 0.25 | |
| 6/24/2004 | | 11:02:00PM | LV | 7:00:00AM | | 7.25 |
| 6/25/2004 | Regular | | | | 7.25 | |
| 6/25/2004 | | 7:01:00AM | US | 2:23:00PM | | 7.50 |

CD
CD

O: Meal Break Worked

| | | | | | |
|---|---|---|---|---|---|
| 6/28/2004 | | 2:48:00PM | 11:07:00PM | | 7.50 |
| 6/30/2004 | Vacation | | | 7.50 | |

001/001/002/1031/125/44538/000

**All Deducts**
**All Regular Pay Codes**
**Dock**
**Grand Total Hours**
**Hol Credit**
**Hol OT Shift Diff - T66**
**OT Shift Diff - T16**
**Regular**
**Sick**
**Unapproved OT**
**Vacation**

**All Deducts**
**All Regular Pay Codes**
**Grand Total Hours**

Totals:    $0.00

**Dock**
**Hol Credit**
**Hol OT Shift Diff - T66**
**OT Shift Diff - T16**
**Regular**



Page 2 of 4

# EXHIBIT L

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS, )
 )
 Plaintiff, )
 )
 v. ) Civil Action No. 04-1350-GMS
 )
DR. SYLVIA FOSTER, NURSE )
ASSISTANT ROBERT N. GRAY, )
MR. JOHNSON 1, MR. JOHNSON )
2, LANCE SAGERS, and DAVE )
MOFFETT, )
 )
 Defendants. )

### CERTIFICATION

I, Nancy Rebeschini, Esquire, pro se law clerk, and designated officer for depositions upon written questions held before me on January 8, 2008, do here by certify that:

1. The deposition of the defendant, Robert N. Gray, was held on January 8, 2008, at 9:00 a.m., at the J. Caleb Boggs Federal Building, Wilmington, Delaware. Joseph Schoell, counsel for Robert N. Gray, David Moffett, and Lance Sagers, and Michael Ripple, counsel for Dr. Sylvia Foster were present at the deposition.

2. On that same date, Robert N. Gray declared before me, an individual authorized to administer oaths, that his written answers were true and correct.

3. I read aloud each and every deposition question submitted by the plaintiff, Jimmie Lewis, for the deponent, Robert N. Gray.

4. I personally observed the deponent, Robert N. Gray, answer, in writing, the deposition questions.

5. A true and correct copy of the written questions filed by the plaintiff, the original

written answers of the deponent, and written original objections made by counsel are attached hereto and are filed with the court, and copies shall be served upon the parties.

I, Nancy Rebeschini, certify under penalty of perjury that the foregoing is true and correct. Executed this 14th day of January, 2008.

Nancy Rebeschini, Esquire, Designated Officer

2

A-92

( AA , P. 5 )

16 )   You stated on or about April 9th 07
that the June 14, 04 incident at the DPC's
Mitchel Building Dinning Hall during
snack break regarding the Plaintiff
Jimmie Lewis occured at 8:45 pm.
Taking into consideration Lance Sagers
April 9th 07 statement, Quote,
I was at lunch out of the Mitchel
Building from 8:00 pm to 8:40 pm, unQuote.
Question. Does your claim that the
aforementioned incident occured at 8:45 pm,
place Lance Sagers inside of the
Mitchel building at the time you
stated the incident occured

IAA, P.6

17.)     ON OR ABOUT APRIL 9TH 07, YOU SUBMITTED
A STATEMENT CLAIMING ; QUOTE. I THEN PULLED
LEWIS TOWARDS MY BODY, AND WE FELL TO THE FLOOR
TOGETHER. ANOTHER STAFF MEMBER GRABBED LEWIS
AROUND HIS LEG. ON THE FLOOR, I ASKED LEWIS IF HE
WAS ALRIGHT. UNQUOTE. Question, WHY DID YOU
ASK THE PLAINTIFF IF HE WAS ALRIGHT.


18.)     DURING THE JUNE 14, 04 INCIDENT AT THE D.P.C
AT OR ABOUT 8:00 PM IN THE MITCHEL BUILDINGS DINNING
HALL DURING SNACK BREAK; DID YOU GRAB THE
PLAINTIFF FROM THE FRONT OR THE REAR.


19.)     ON OR ABOUT APRIL 9TH 07 YOU SUBMITTED
A STATEMENT, QUOTE. I ASKED LEWIS IF HE WOULD
CONTRACT FOR SAFETY; TO WHICH HE RESPONDED THAT
HE WOULD, AT THAT POINT LEWIS AND I STOOD UP
TOGETHER; AND OTHER STAFF ESCORTED HIM OUT OF
MY PRESENCE, UNQUOTE. Question, WHY DIDN'T YOU
ESCORT THE PLAINTIFF TO THE ISOLATION ROOM.

A-94

Robert N. Gray
Jan. 8, 2008

#1.  ~~Delaware~~ D.P.C. training

#2  make sure restrains are Not tight on patient arms or legs not to cover.

#3  Im not ~~the~~ Docter.

#4  Im not a Docter.

#5  I ~~kno~~ don't KNOW.

#6  I ~~th~~ don't remember.

#7  Yes

#8  Yes

#9  Yes

#10  oNly Yes report change of Shift

#11  Yes

#12  because of behavior or harm to self or others.

#13  I wrote in Patient chart and talk with my Supervisor about the pt. behavior.

#14  I wrote in Patient chart about incident on what date.

#15  ON 6-14 IN dining Rm Pt. had to restrained by staff because of behavior

#16  I don't KNOW if Sager was in the building or Not but he was in the breake Room or dining at that time

#17  because I And ~~other staff~~ wanted to KNOW if he was calm and for safety Contract.

#18  ~~from the side of Patient~~ No! but from his side

#19  yes! I did. we a Lot help to ~~sscort~~ Pt. back to ~~North~~ Northside. because my back was hurting.

#20  Im not a Doctor.

Robert N. Gray

# EXHIBIT M

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS,            )
                                )
      Plaintiff,        )
                                )
      v.            )      Civil Action No. 04-1350-GMS
                                )
DR. SYLVIA FOSTER, NURSE   )
ASSISTANT ROBERT N. GRAY,  )
MR. JOHNSON 1, MR. JOHNSON )
2, LANCE SAGERS, and DAVE   )
MOFFETT,                   )
                                )
      Defendants.    )

### CERTIFICATION

I, Nancy Rebeschini, Esquire, pro se law clerk, and designated officer for depositions upon written questions held before me on January 8. 2008, do here by certify that:

1. The deposition of the defendant, David Moffett. was held on January 8, 2008, at 9:00 a.m., at the J. Caleb Boggs Federal Building, Wilmington, Delaware. Joseph Schoell, counsel for Robert N. Gray, David Moffett, and Lance Sagers. and Michael Ripple, counsel for Dr. Sylvia Foster were present at the deposition.

2. On that same date, David Moffett declared before me, an individual authorized to administer oaths, that his written answers were true and correct.

3. I read aloud each and every deposition question submitted by the plaintiff, Jimmie Lewis, for the deponent, David Moffett.

4. I personally observed the deponent, David Moffett, answer. in writing, the deposition questions.

5. A true and correct copy of the written questions filed by the plaintiff, the original

written answers of the deponent, and written original objections made by counsel are attached

hereto and are filed with the court, and copies shall be served upon the parties.

I, Nancy Rebeschini, certify under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of January, 2008.

Nancy Rebeschini, Esquire, Designated
Officer

FILED

JAN 1 5 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2

A-97

3cc, P.4)

13.) UP UNTIL TO DATE, WHY HAVN'T YOU
SUBMITTED CLAIM THAT THE PLAINTIFF
JIMMIE LEWIS ALLEGEDLY THREATENED YOU,
WAS VERBALLY ABUSIVE AND OR PHYSICALLY
ASSAULTED YOU OR ANY SPECIFICLY NAMED
D.P.C PATIENT OR D.P.C STAFF MEMBER WHO
WAS PRESENT DURING THE JUNE 14, 04
INCIDENT IN THE D.P.C's MITCHEL BUILDING.

14.) CAN YOU RECALL IF YOU HAD TO PHYSICALLY
SUBDUE AND OR RESTRIAN THE PLAINTIFF
JIMMIE LEWIS AT THE D.P.C's MITCHEL
BUILDING ON EITHER OF THE FOLLOWING DATES.
DURING HIS 5/21/04 TO 6/25/04 STAY
AT THE DELAWARE PSYCHIATRIC CENTER:
6/6 - 13 - 14 AT OR ABOUT 8:00 PM, 14TH AT OR ABOUT
11:00 PM, 15TH - 21 - 22 - 24 / 2004.
PLEASE SPECIFICLY NOTE SAID DATE OR DATES.

A-98

3 CC., P. 5)

15.)    YOU STATED ON OR ABOUT APRIL 9TH 07
THAT THE JUNE 14, 04 INCIDENT AT THE D.P.C's
MITCHEL BUILDING DINNING HALL DURING
SNACK BREAK REGARDING THE PLAINTIFF
JIMMIE LEWIS OCCURED AT 8:45 PM.
TAKING INTO CONSIDERATION LANCE SAGERS
APRIL 9TH 07 STATEMENT, QUOTE.
I WAS AT LUNCH OUT OF THE MITCHEL
BUILDING FROM 8:00 PM TO 8:40 PM, UNQUOTE.
QUESTION, DOES YOUR CLAIM THAT THE
AFOREMENTIONED INCIDENT OCCURED AT 8:45 PM,
PLACE LANCE SAGERS INSIDE OF THE ~~MITCHEL~~
MITCHEL BUILDING AT THE TIME YOU
STATED THE INCIDENT OCCURED.

A-99

David A. Moffett
Jan. 8, 2008

David A. Moffett

1. Delaware Psychiatric Center
2. Taught not to apply too much pressure at persons joints, and not to restrict air passage at the mouth.
3. Do not recall.
4. Do not recall.
5. No.
6. None.
7. Yes.
8. Un aware of medical orders.
9. Yes.
10. Yes. aware of injections  Not aware of the type of medicine.
11. Yes.
12. To deescalate the patients behaviors.
13. No need to.
14. Yes on 6/14/04.
15. Un aware of Mr. Sagers where-abouts during the stated time.
16. Do not recall.
17.

David A. Moffett

# EXHIBIT N

KEY CARD INVENTORY

| OFFICER | Nasan Gill | | | | | | |
|---------|-----------|--|--|--|--|--|--|
| SHIFT 3 - 11 | DAY Monday | | | | | DATE 6-14-04 | |
| NAME | TITLE | KEY# | CARD# | IN | OUT | REMARKS | |
| CARVER | NA | | | 801 | 715 | Prl | |
| ~~Wm Evan~~ | ~~DR~~ | | | ~~638~~ | ~~1140~~ | | |
| L. Sawar | NA | | | 854 | 802 | Prl | |
| HARDING | NA | | | 852 | 811 | Prk | |
| Moffett | NA | | | 957 | 906 | Prl | |
| Qureishi | DR | | | 924 | 945 | b/o g | |
| GREEN | NA | | | 1010 | 940 | to Car | |
| Hemmingway | Nsg | | | ? | 1114 | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-101

# EXHIBIT O

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JIMMIE LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1350-GMS |
| | ) | |
| DR. SYLVIA FOSTER, NURSE | ) | |
| ASSISTANT ROBERT N. GRAY, | ) | |
| MR. JOHNSON 1, MR. JOHNSON | ) | |
| 2, LANCE SAGERS, and DAVE | ) | |
| MOFFETT, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATION

I, Nancy Rebeschini, Esquire, pro se law clerk, and designated officer for depositions upon written questions held before me on January 8, 2008, do here by certify that:

1. The deposition of the defendant, Lance A. Sagers, was held on January 8, 2008, at 9:00 a.m., at the J. Caleb Boggs Federal Building, Wilmington, Delaware. Joseph Schoell, counsel for Robert N. Gray, David Moffett, and Lance Sagers, and Michael Ripple, counsel for Dr. Sylvia Foster were present at the deposition.

2. On that same date, Lance A. Sagers declared before me, an individual authorized to administer oaths, that his written answers were true and correct.

3. I read aloud each and every deposition question submitted by the plaintiff, Jimmie Lewis, for the deponent, Lance A. Sagers.

4. I personally observed the deponent, Lance A. Sagers, answer, in writing, the deposition questions.

5. A true and correct copy of the written questions filed by the plaintiff, the original

written answers of the deponent, and written original objections made by counsel are attached

hereto and are filed with the court, and copies shall be served upon the parties.

I, Nancy Rebeschini, certify under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of January, 2008.

*Nancy Rebeschini*

Nancy Rebeschini, Esquire, Designated
Officer

2

A-103

Page 2

Lance L. Sagers
01/08/08   9:00 AM

(11) I was not present at this time

(12) I ~~don't~~ do not know, I am not a psychiatrist

(13) I do not recall being present on this date or remember being involved in an incident.

(14) I do not recall being involved in physically ~~restraing~~ restraining the inmate/patient on any of these dates.

(15) I am not aware of when the doctor diagnoses a patient or recall finding out this inmate/patient was diagnosed as malingering.

(16) I was not docked wages for this time and this information can be accessed at Delaware Psychiatric Center's timekeeping department.

(17) Staff must check in with Jane E. Mitchell security officers at the entrance of the building.

(18) I was not in the Jane E. Mitchell Building at the time of the incident per Jane E. Mitchell security log books for entering and exiting the building.

Lance L. Sagers

4DD, P.6)

16.)    CAN YOU PROVIDE ANY DOCUMENTATION THAT YOU WERE DOCKED WAGES FOR THE TIME OF 8:00 PM TO 8:45 PM ON JUNE 14, 2004

17.)    WHAT IS THE SECURITY PROCEDURE FOR ENTERING AND LEAVING THE MITCHEL BUILDING AT THE D.P.C.

18.)    ON APRIL 9TH 07 DAVID MOFFETT AND ROBERT GRAY SUBMITTED STATEMENTS THAT THE JUNE 14, 04 INCIDENT AT THE MITCHEL BUILDINGS DINNING HALL, OCCURED AT 8:45 PM; AND YOUR APRIL 9TH 07 STATEMENT IS THAT YOU WERE AT LUNCH OUT OF THE D.P.C's MITCHEL BUILDING FROM 8:00 PM TO 8:40 PM. IS IT CORRECT THAT THE TIMES DAVID MOFFETT AND ROBERT GRAY GAVE, IS COLLABERATING EVIDENCE THAT WOULD CALL A JURY WHO REVIEWED THIS EVIDENCE TO THINK THAT YOU WERE INDEED INSIDE OF THE MITCHEL BUILDING FOR 5 MINUTES BEFORE THE JUNE 14, 04 INCIDENT IS SAID TO HAVE OCCURED.

# EXHIBIT P



**DELAWARE PSYCHIATRIC CENTER**
**Grievance Resolution Process for Patients and Families**

At the time of admission, your Rights & Responsibilities while a patient at Delaware Psychiatric Center were explained to you and a copy of the Patient Rights Handbook was given to you. These Rights are also posted on each unit, with telephone numbers for the Director of Consumer Affairs, the Patient Advocate, the Office of Health Facilities Licensing and Certification, and the Division of Long Term Care Residents Protection.

You may bring up any complaints you have about your care in several ways:

- Tell your complaint to a staff member, your doctor, the Nursing Supervisor on duty, or the Unit Director. They can tell you who can help you with your complaint. Work with the staff to see if your complaint can be helped.

If you are not satisfied with the staff's response, do the following:

- Tell the staff person of your dissatisfaction.
OR
- Write your complaint on a Grievance Form. Any staff will give you a copy of this form and will help you write your complaint. You may also write your complaint on any piece of paper and give it to a member of your Treatment Team.
OR
- Complain directly to the Director of Consumer Affairs, the Patient Advocate, the Office of Health Facilities Licensing and Certification, or the Division of Long Term Care Residents Protection. (See phone numbers posted on unit.)

- If you need help, ask a staff member to assist you in completing the Grievance Form or contacting one of the individuals listed above.

Delaware Psychiatric Center staff's responsibility:

- DPC staff will meet with you/your family to discuss your complaint and try to resolve the issue(s).

- If you are not satisfied, staff will provide you/your family with a copy of the Grievance Form and help you complete it.

- Your Unit Director/Designee will investigate your written complaint/grievance.

- Your Unit Director/Designee will provide you/your family with a written response within 7 days or will tell you if more time is needed.

- If you or your family are not satisfied with the resolution of your grievance, it will be given to the Hospital Director or Hospital Director's representative to review and investigate further.

- You will receive a written response from the Hospital Director.

The Hospital Director's decision is considered final; however you/your family may choose to seek outside assistance by contacting the Director of Consumer Affairs (255-9421), the Patient Advocate (255-2775), the Office of Health Facilities Licensing and Certification (1-800-942-7373), the Division of Long Term Care Residents Protection (1-877-453-0012) or private counsel.

A-106