**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| JIMMIE LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1350-GMS |
| | ) | |
| DR. SYLVIA FOSTER, NURSE ASSISTANT ROBERT N. GRAY, MR. JOHNSON 1, MR. JOHNSON 2, LANCE SAGERS, and DAVE MOFFETT, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO: Ronald Hartnett, Esquire
Reger Rizzo Kavulich & Darnall
1001 Jefferson Street
Wilmington, DE  19801

Jimmie Lewis
SBI #506622
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

PLEASE TAKE NOTICE that the attached Motion to Accept Filings as Timely will be presented at the convenience of the Court.

WOLFBLOCK LLP

*/s/ Thomas P. McGonigle*
Thomas P. McGonigle (No. 3162)
tmcgonigle@wolfblock.com
Joseph C. Schoell (I.D. No.3133)
jschoell@wolfblock.com
Wilmington Trust Center
1100 N. Market Street, Suite 1001
Wilmington, DE 19801
(302) 777-5860

Dated:  March 27, 2008