**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JIMMIE LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1350-GMS |
| | ) | |
| DR. SYLVIA FOSTER, NURSE ASSISTANT ROBERT N. GRAY, MR. JOHNSON 1, MR. JOHNSON 2, LANCE SAGERS, and DAVE MOFFETT, | ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

AND NOW, this _____ day of _____, 2008, the Court having considered the motion of counsel for defendants Robert N. Gray, David Moffett and Lance Sagers to have the Motion for Summary Judgment and Opening Brief in support thereof of such defendants deemed timely filed, and good cause appearing, IT IS HEREBY ORDERED AND DECREED THAT:

1. The Motion is GRANTED; and

2. The Motion of Defendants Robert N. Gray, David Moffett and Lance Sagers for summary judgment and opening brief in support thereof (D.I. 52 and D.I. 253) are deemed to have been timely filed with the Court.

                                                                                    _____
                                                                                    The Honorable Gregory M. Sleet
                                                                                    United States District Court Judge

WIL:71286.1/DEL227-249431