# **CERTIFICATE OF SERVICE**

The undersigned hereby states that a true and correct copy of the Motion to Accept Filings as Timely were served on March 27, 2008, upon all persons at the following addresses:

| **VIA HAND DELIVERY & ELECTRONIC FILING** | **VIA FIRST CLASS REGULAR MAIL** |
|---|---|
| Ronald Hartnett, Esquire | Jimmie Lewis |
| Reger Rizzo Kavulich & Darnall | SBI # 506622 |
| 1001 Jefferson Street | Delaware Correctional Center |
| Wilmington, DE 19801 | 1181 Paddock Road |
| | Smyrna, DE 19977 |

WOLFBLOCK LLP

*/s/ Thomas P. McGonigle*
Thomas P. McGonigle (No. 3162)
tmcgonigle@wolfblock.com
Joseph C. Schoell (I.D. No.3133)
jschoell@wolfblock.com
Wilmington Trust Center
1100 N. Market Street, Suite 1001
Wilmington, DE 19801
(302) 777-5860

Attorneys for Robert N. Gray,
Lance Sagers and David Moffett