## CERTIFICATE OF SERVICE

The undersigned hereby states that a true and correct copy of the Response in Opposition to Plaintiff's Motion for Sanction of Defendants Robert N. Gray, David Moffett, and Lance Sagers were served on March 27, 2008, upon all persons at the following addresses:

| **VIA HAND DELIVERY & ELECTRONIC FILING** | **VIA FIRST CLASS REGULAR MAIL** |
|---|---|
| Ronald Hartnett, Esquire | Jimmie Lewis |
| Reger Rizzo Kavulich & Darnall | SBI # 506622 |
| 1001 Jefferson Street | Delaware Correctional Center |
| Wilmington, DE 19801 | 1181 Paddock Road |
| | Smyrna, DE 19977 |

WOLFBLOCK LLP

*/s/ Thomas P. McGonigle*
Thomas P. McGonigle (No. 3162)
tmcgonigle@wolfblock.com
Joseph C. Schoell (I.D. No.3133)
jschoell@wolfblock.com
Wilmington Trust Center
1100 N. Market Street, Suite 1001
Wilmington, DE 19801
(302) 777-5860

Attorneys for Robert N. Gray,
Lance Sagers and David Moffett