IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

VS.   CA. NO. 04-1350 (GMS)

DR. SYLVIA FOSTER, ET AL.

MOTION FOR THIS HONORABLE COURT TO ADVANCE IT'S PRETRIAL CALENDER DUE TO THE DEFENDANTS FOSTER, GRAY, SAGERS, MOFFETT AND JOHNSON FAILING TO MOTION FOR SUMMARY JUDGEMENT PURSUANT TO FED R. CIV P # 16

DATE: 3/26/08

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977

2008 MAR 28 PM 4:33
FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I, THE UNDERSIGNED PLAINTIFF JIMMIE LEWIS DUE HEREBY CERTIFY ON THIS 26TH DAY OF MARCH, 2008, THAT I DID MAIL ONE TRUE AND CORRECT COPY OF THE MOTION TO ADVANCE THE PRE-TRIAL CALENDER BY U.S POSTAL TO EACH OF THE FOLLOWING:

CLERK OF THE COURT (GMS)
U.S DISTRICT COURT
844 N. KING ST, SUITE 18
WILMINGTON, DELAWARE 19801

LOUIS J. RIZZO JR., ESQ
1001 JEFFERSON ST
SUITE 202
WILM, DE 19801

JOSEPH C. SCHOELL
WILM TRUST CENTER
1100 N. MARKET ST
SUITE 1001
WILM, DE 19801

DATE: 3/26/08

Jimmie Lewis
SBI# 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977

INM Jimmie Lewis
SBI# 506622   UNIT SHU/ALI
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2008 MAR 28   PM 4:33

CLERK OF THE COURT (GMS)
U.S DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILMINGTON, DELAWARE
19801