# Reger
# Rizzo
# &Darnall LLP

ATTORNEYS AT LAW

SUITE 202
1001 N. JEFFERSON STREET
WILMINGTON, DE 19801
TEL: 302.652.3611
FAX: 302.652.3620
www.regerlaw.com

RONALD W. HARTNETT, JR, ESQUIRE
E-MAIL: rhartnett@regerlaw.com

April 1, 2008

**VIA ELECTRONIC FILING**

Chief Judge Gregory M. Sleet
U.S. District Court for the District of Delaware
844 North King Street, Room 4209
Lock Box 19
Wilmington, DE 19801

      **Re:**   **Jimmie Lewis v. Dr. Sylvia Foster, et al**
             **C.A. No.: 04-1350-GMS**
             **Our File No.: 05-609**

Dear Judge Sleet:

      The undersigned represents Defendant, Dr. Sylvia Foster, in the above referenced matter. As you are aware, Motions for Summary Judgment were filed on behalf of all defendants. Counsel for co-defendants, subsequently, filed a Motion to Accept Filings as Timely on March 27, 2008. The basis for the Motion is illustrated within the filing papers. On behalf of Dr. Sylvia Foster, the undersigned hereby notes that we do not oppose the Motion to Accept Filings as Timely. Additionally, we confirm the contention presented in said motion that the Motion for Summary Judgment was completed timely. A hand delivered copy of co-defendants' Motion for Summary Judgment was delivered to my office on March 26, 2008, the deadline for filing said motion.

      If Your Honor has any questions, or wishes to discuss our position, my office remains available for such inquiries. Thank you for your time and attention to this matter, and have a nice day.

                      Very truly yours,

                      REGER RIZZO & DARNALL LLP

                      Ronald W. Hartnett, Jr, Esquire
                      Bar I.D. #4497

RWH/
CC:   Thomas P. McGonigle (via electronic filing)
       Jimmie Lewis (via First Class Mail)