IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

Vs.    CA NO. 04-1350 (GMS)

DR. SYLVIA FOSTER, ET AL.


ADDITIONAL STATEMENTS TO SUPPORT
THE PLAINTIFF'S MOTION FOR DENIAL
OF DEFENDANT SYLVIA FOSTER'S MOTION
FOR SUMMARY JUDGEMENT #1


DATE: 4/3/08

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977


RECEIVED APR 7 2008 U.S. DISTRICT COURT DISTRICT OF DELAWARE

22.) THE DEFENDANT STATES THE MEDICATION AND RESTRAING ORDERS WERE INTENDED TO CALM THE PLAINTIFF DURING INCIDENTS OF INCREASED AGITATION, AGGRESSION AND CONFRONTATION, (WITH SPECIFIC DETAILS OMITTED), # IV LAST PARAGRAPH OF THE SUMMARY JUDGEMENT MOTION). THE PLAINTIFF DISAGREES DUE TO THE FACT THAT THE PLAINTIFF, AT ALL TIMES DURING HIS 5/21/04 THRU 6/25/04 ADMISSION AT D.P.C., MAINTAINED HIS RIGHT UNDER COLOR OF STATE LAW AND UNDER THE PROTECTION OF THE U.S. CONSTITUTION, TO BE CONFRONTATIONAL, I.E., TO CONFRONT HIS ACCUSER, REGARDING NOT WANTING TO BE RESTRAINED AND OR INJECTED WITH ANTI-PSYCHOTIC DRUGS. THE DEFENDANT DID NOT CONDUCT A HEARING EITHER BEFORE AND OR AFTER ANY ALLEGED EMERGENCY, TO DISPROVE THE AFOREMENTIONED.

ANY RATIONAL PERSON DIAGNOSED AS REVEALING NO SIGNS OF MOOD DISORDER AND OR NO SIGNS OF PSYCHOSIS, HAS THE FUNDAMENTAL RIGHT TO BE CONFRONTATION AND OR AGITATED, (WITHOUT BEING VIOLENT), WHEN THEY ARE REPEATEDLY BEING RESTRAINED AND INJECTED WITH ANTI-PSYCHOTIC DRUGS, FOR NO MEDICAL REASON, EXCEPT FOR BEING PUNISHED IN THE AFOREMENTIONED MANNER.

23.) Dating from 5/21/04 thru 6/25/04, the duration of the plaintiff's stay at the D.P.C, the defendant acted and ordered the plaintiff, (as well as others), restrained and injected like a tyranical dictator. The plaintiff simply didn't have the right to refuse the defendants orders. It was her way, or no way, any disagreement was viewed as being argumentive and agitated, for which is the guise the defendant utilized to implement her sadistic orders of punishment. Due to what the plaintiff preceives as years of this sort of practice going unchallenged by anyone, due to their subjugated status, the aforementioned was the defendants second nature. The thought of less restrictive measures, never crossed the defendants mind. The plaintiff's words on paper is only a one dimensional perspective of the events, but it must be taken into consideration that the plaintiff lived in the three dimensional realm of the defendants absolute tyranical dictatorship. This is indeed a case of absolute power, corrupting absolutely.

## PRELIMINARY INJUNCTION

1.) FEDERAL INQUIRY OF DR. SYLVIA FOSTER'S PRIOR PSYCHIATRIC PATIENTS AND OR INMATE RESIDENTS, THAT SHE TREATED FOR COMPETENCY AND TREATED FOR THEIR VERY OWN WELL BEING, AND VIOLATED THEIR U.S. CA RIGHTS IN VERY MUCH THE SAME MANNER AS THE PLAINTIFF HAS BEEN VIOLATED, BUT BECAUSE OF THEIR PSYCHOLOGICAL CONDITION, WERE UNABLE TO FILE CIVIL COMPLAINTS AGAINST DR. SYLVIA FOSTER THEMSELVES. THE PLAINTIFF KNOWS AT LEAST 30 OF THESE PERSONS, I.E., KEVIN DIXON, LOUIS DICKERSON, LYLE PIERCE, WILLIS MATTEWS, ETC, ETC.

2.) FOR A LIEN TO BE PLACED ON SYLVIA FOSTER'S ESTATE, ASSETS, AND ACCOUNT(S).

CERTIFICATE OF SERVICE

I, THE UNDERSIGNED PLAINTIFF JIMMIE LEWIS DUE HEREBY CERTIFY ON THIS 3RD DAY OF APRIL, 2008, THAT I DID MAIL ONE TRUE AND CORRECT COPY OF ADDITIONAL STATEMENTS TO SUPPORT THE PLAINTIFF'S MOTION FOR DENIAL OF DEFENDANT SYLVIA FOSTER'S MOTION FOR SUMMARY JUDGEMENT #1, BY U.S POSTAL, TO EACH OF THE FOLLOWING:

CLERK OF THE COURT (GMS)
U.S. DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILMINGTON, DE 19801

LOUIS J. RIZZO JR, ESQ
1001 JEFFERSON PLAZA, SUITE 202
WILMINGTON, DE 19801

DATE: 4/3/08

Jimmie Lewis
SBI #506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977

CERTIFICATE OF SERVICE

I, THE UNDERSIGNED PLAINTIFF JIMMIE LEWIS DUE HEREBY CERTIFY ON THIS 3RD, DAY OF APRIL, 2008, THAT I DID MAIL ONE TRUE AND CORRECT COPY OF THE PLAINTIFF'S MOTION FOR DENIAL OF DEFENDANT SYLVIA FOSTER'S MOTION FOR SUMMARY JUDGEMENT #1, BY U.S POSTAL, TO THE FOLLOWING:

LOUIS J. RIZZO JR, ESQ
1001 JEFFERSON PLAZA
SUITE 202
WILMINGTON, DE 19801


DATE: 4/3/08

Jimmie Lewis
SBI #506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977

I/M Jimmie Lewis
SBI# 506622 UNIT SHU17ALL
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of the court (ems)
U.S. District court
844. N. King St, Lockbox 18
Wilmington, Delaware
19801