**CERTIFICATE OF SERVICE**

The undersigned hereby states that a true and correct copy of the Reply Brief of Defendants Robert N. Gray, David Moffett and Lance Sagers in Support of their Motion for Summary Judgment were served on April 16, 2008, upon all persons at the following addresses:

| **VIA FIRST CLASS REGULAR MAIL** | **VIA FIRST CLASS REGULAR MAIL** |
|---|---|
| Ronald Hartnett, Esquire | Jimmie Lewis |
| Reger Rizzo Kavulich & Darnall | SBI # 506622 |
| 1001 Jefferson Street | Delaware Correctional Center |
| Wilmington, DE 19801 | 1181 Paddock Road |
| | Smyrna, DE 19977 |

WOLFBLOCK LLP

/s/ Joseph C. Schoell_____
Joseph C. Schoell (I.D. No.3133)
Wilmington Trust Center
1100 N. Market Street, Suite 1001
Wilmington, DE 19801
(302) 777-5860

Attorneys for Robert N. Gray,
David Moffett and Lance Sagers