IN THE UNITED STATES DISTRICT COURT
   IN AND FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

   Vs.                        CA NO. 04-1350 (GMS)

DR. SYLVIA FOSTER, ET AL

PLAINTIFFS OPPOSITION TO
DEFENDANTS ROBERT N. GRAY,
DAVID MOFFETT AND LANCE SAGERS
MOTION IN SUPPORT OF THEIR
MOTION FOR SUMMARY JUDGEMENT.

DATE: 4/20/08

Jimmie Lewis
SBI # 506622
D.C.C
1181 PADDOCK RD
SMYRNA, DE 19977



FILED
APR 2 2 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

#1) Defendants motion for summary judgement was filed March 27, 2008, in violation of this Honorable Courts order stating March 26, 2008 was their deadline.

#2.) Defendants filing their motion on March 27, 2008 in fact and law is contempt of court.

#3) Plaintiff filed motion in opposition to Plaintiffs motion to accept filing as timely, for which the Plaintiff request to be taken into consideration herein.

#4.) Defendant state they severed counsel for Defendant Sylvia Foster on March 26, 2008, and should have served this Honorable Court in the same manner. Stating the cm/ecf system didnt work properly is unacceptable due to meritlessness.

#5) Plaintiff filed motion for Defendant contempt of court on March 26, 2008, due to their failure to provide answers to witness interrogatories, for which said failure prejudices the Plaintiff.

#6) DEFENDANTS INVOKE THE SAME DEFENSES AS IN THEIR MOTION FOR SUMMARY JUDGEMENT, AND CONSIDERATION OF THEIR MOTION WOULD DEFINE THAT THE PLAINTIFF HAS BEEN PREJUDICED IN THE EXACT SAME WAY AS IF THEIR MOTION FOR SUMMARY JUDGEMENT WAS TAKEN INTO CONSIDERATION.

#7) FURTHERMORE, DEFENDANTS REQUEST THAT THE PLAINTIFF'S CLAIMS BE DISMISSED WITH PREJUDICE (SEE PAGE 1 FOOTNOTE #1), FOR WHICH WOULD PREJUDICE THE PLAINTIFF IN LIGHT OF PLAINTIFF'S REQUEST TO DISMISS COUNTS NUMBERS 1, 2, 3, 4, 6, 7 AND 8 WITHOUT PREJUDICE AGAINST PLAINTIFF.

#8) DEFENDANTS ALSO REQUEST FOR ALL COUNTS TO BE DISMISSED BECAUSE THEIR ENTITLED TO SUMMARY JUDGEMENT, FOR WHICH PREJUDICE THE PLAINTIFF

#9) FOR THE AFOREMENTIONED REASONS PLAINTIFF HEREBY REQUEST DENING DEFENDANTS MOTIONS IN ALL REGARDS WITH PREJUDICE.

CERTIFICATE OF SERVICE

I, THE UNDERSIGNED PLAINTIFF JIMMIE LEWIS DUE HEREBY CERTIFY ON THIS 20TH, DAY OF APRIL, 2008, THAT I DID MAIL ONE TRUE AND CORRECT COPY OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S ROBERT GRAY, DAVID MOFFETT, AND LANCE SAGERS MOTION IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGEMENT BY U.S POSTAL, TO EACH OF THE FOLLOWING:

CLERK OF THE COURT (GMS)
U.S DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILM, DE 19801

JOSEPH C. SCHOELL
WILM TRUST CENTER
1100 N. MARKET ST
  SUITE 1001
WILM, DE 19801

DATE: 4/20/08

Jimmie Lewis
SBI# 506622
D.C.C
1181 PADDOCK RD
SMYRNA, DE 19977

INM Jimmie Lewis
SBI# 506622 UNIT SHU17, A.C.1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

CLERK OF THE COURT (GMS)
UNITED STATES DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILMINGTON, DELAWARE
19801