IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

    VS.             CA NO. 04-1350(Gms)

DR. SYLVIA FOSTER, ET AL 

PLEADINGS AND EXHIBITS
IN SUPPORT OF MOTION
FOR PRELIMINARY INJUNCTION #2
PURSUANT TO FED R. CIV P #65

DATE: 4/22/08

                       Jimmie Lewis
                       SBI #506622
                       D C.C
                       1181 PADDOCK RD
                       SMYRNA, DE 19977

15.) D. CC OFFICERS ARE STOCKPILING FABRICATED SLANDEROUS INCIDENT REPORS AGAINST Him PLAINTIFF, IN ORDER TO OBTAIN AN UNFAIR TACTICAL STRATEGIC ADVANTAGE REGARDING CIVIL COMPLAINT FILED AGAINST DEFENDANTS, I.e, DISCOVERY, AND TO HARASS PLAINTIFF SEEKING TO PLACE CRIMINAL CHARGES AGAINST HIM WITHOUT PROVIDING HIM WITH FAIR DUE PROCESS, ("IRREPARABLE HARM INEVITABLE.")

1ST, 8TH AND 14TH U.SCA VIOLATIONS


14.) LT PETER FORBES BLACKBOXED AKBAR HASSENEL AM, CHRIS DOUGHRTY AND DWAYNE PORTER FOR 24 HOURS IN SHACKLES AND HANDCUFFS.

13) FOR AN ORDER TO TRANSFER PLAINTIFF TO HIS LEVEL IV COMMITMENT FOR WHICH STARTED 12/9/07.

17) PLAINTIFFS PROCEDURAL AND SUBSTANTIVE DUE PROCESS RIGHTS WERE VIOLATED, DUE TO DEFENDANTS FAILING TO CONDUCT A COMPETENCY HEARING AND OR AN OFFICIAL COURT ORDER, PLAINTIFF HAS NOT BEEN DEEMED COMPETENT TO BE SUBJECTED TO D.C.C ON 12/14/07, AND VIOLATED HIS LIBERTY/INTREST TO RECEIVE TREATMENT.

      6TH, 8TH 14TH U.S.C.A VIOLATION

      VIOLATION OT 11 DEL C 8 6525, 6517

16) ON 12/14/07 AT THE D.P.C,
    CPL IKE DORRIS AND C/O JELLIFFE CHOCKED PLAINTIFF, AND DRAGED HIM 30 TO 40 FEET WHILE TUGGING ON ~~SHACKLES~~ SHACKLES AND HANDCUFFS. WITHOUT JUST CAUSE.

    8TH U.S.C.A VIOLATION
    VIOLATION OF 11 DEL C 6535, 6536, 6525.

19) THE PLAINTIFF HEREBY REQUEST THIS
HONORABLE COURT TO 'CONSIDER' RESPONDING MOTION(S)
AS AFFIDAVITS, DISCOVERY, ADMISSIONS IN SUPPORT
OF PLAINTIFFS CONTENTION A REGARDING HIS
MOTION FOR PRELIMINARY INJUNCTION.

18) MR. GIBBS AFTER CONVERSING WITH DR. A CANNULI
ABOUT PLAINTIFF ON 2/27/08, INSTRUCTED SECURITY
TO PLACE PLAINTIFF IN THE WHOLE (KNOWING SAID
ORDER WAS IN VIOLATION OF D·C·C 5.0 P OF
24 HRS LEVEL 1, 24 HOURS LEVEL 2, 24 HRS LEVEL 3,
24 HRS LEVEL 4 FOR WHICH COULD HAVE REMEDIED
SAID INCIDENT) SECURITY VIEWED MR GIBBS AND
INSTRUCTION AS MENTAL HEALTH TREATMENT, AND
THEREAFTER HANDCUFFED - SHACKLED WITH BLACKBOX
FOR 24 HRS.

SWOLLEN WRIST - ANKLES - SLIPED DISK IN NECK
AND LOWER BACK, THROBING PAIN UP TO DATE DAILY.

8TH USCA VIOLATION, CIVIL ASSAULT AND BATTERY
VIOLATION OF 11 DEL C 6535, 6525, 6531, 6524

20) THE DEFENDANTS PLEADINGS STATE THAT PLAINTIFF WAS MEDICALLY DIAGNOSED AS NOT HAVING ANY MEDICAL DISEASES UPON HIS BEING ADMITTED INTO THE D.C.C INFIRMARY ON 12/14/07, BUT ON 12/24/07, BIO REFERENCE LABORATORIES INDICATE THAT PLAINTIFF'S FINGER WAS INFECTED WITH HEAVY GROWTH OF BETA HEMOLYTIC STREP B. SAID DISEASE WAS CAUSED BY THE FILTHY ROOM DEFENDANTS PLACED PLAINTIFF IN, FOR WHICH WAS COVERED WITH FECES, URINE, HEMOLYTIC STREP B BACTERIA, MUCUS - PHELYM. SAID ROOM HAS NO SINK TO WASH HANDS BEFORE AND OR AFTER MEALS OR UTILIZING THE WHOLE IN THE FLOOR, AND DEFENDANTS DEFENDANTS DENIED PLAINTIFF'S REQUEST TO WASH IS HANDS. ANTIBIOTIC'S, CLINDAMYCIN AND BACTRIM WERE PRESCRIBED DUE TO THE SERIOUSNESS OF THE INFECTION. THE FINGER IS DISCOLORED, SWOLLEN, CONSTANTLY THROBS WITH PAIN

8TH U.SCA VIOLATION
VIOLATION OF 11 DEL C § 6536, 6504, 6502,

26) REQUEST FOR AN IMMEDIATE ORDER
    FOR RESTRAINING ORDER ON DEFENDANTS

25) AN IMMEDIATE ORDER FOR INTERPRISON
    INTERSTATE TRANSFER TO N.J, PA OR VA.

24.) 20 MILLION DOLLARS IN PUNITIVE,
     COMPENSATORY, EXEMPLARY DAMAGES
     FOR PAIN & SUFFERING CAUSED BY DEFENDANTS

23) FOR SAID INJUNCTION TO BE DEEMED
    SUPPLIMENTAL PLEADINGS

22) FOR AN ORDER GRANTING A A SCHEDULE
    FOR DISCOVERY, INTERROGATORIES,
    ADMISSIONS, WRITTEN DEPOSITION,

21.) FOR AN IMMEDIATE ORDER FOR TRANSFER
     TO MENTAL HEALTH FACILITY OUT OF STATE
     PENDING A HEARING FROM THIS HONORABLE COURT
     REGARDING TREATMENT AND COMMITMENTS.

29) DEFENDANTS FAILED TO MENTION ANYTHING ABOUT THEIR NOT HAVING AN OFFICIAL COURT ORDER TO TRANSFER PLAINTIFF FROM DPC TO DCC ON 12/14/08, FOR WHICH WAS DONE TO CAUSE PLAINTIFF IRREPARABLE HARM FOR FILING CIVIL COMPLAINT 1ST, 8TH, 6TH AND 14TH USCA VIOLATION.

28) CPL IKE DORRIS AND C/O JELLIFFE, WERE CAUGHT ON VIDEO SURVEILANCE ASSAULTING PLAINTIFF AT THE DPC ON 12/14/08, IN ORDER TO TRANSFER HIM BACK TO THE D.CC, OR IN ORDER TO CAUSE HIM IRREPARABLE HARM FOR FILING CIVIL COMPLAINT 1ST, 8TH, 6TH, AND 14TH USCA VIOLATION

27) D.CC SOP FOR PSYCH OBSERVATION
LEVEL 1, 24 HOURS.
LEVEL 2, 24 HRS.
LEVEL 3, 24 HRS.
LEVEL 4, 24 HRS, DISCHARGE.

32) LT JAMES SATTERFIELD HAS REPEATEDLY DENIED ME LEGAL PHONE CALL AFTER PLAINTIFF PROVIDED HIM WITH NUMEROUS LEGAL PHONE CALL REQUEST SLIPS. FORM 883

31) PER DR. ANTHONY DONAHUE D.P.C, ORDER, DEFENDANTS WAM DELIBERATELY DENIED PLAINTIFF HIGH LEVEL OF PSYCH OBSERVATION DUE TO PLAINTIFF FILING CIVIL COMPLAINT.

1ST, 8TH AND 14TH USCA VIOLATION VIOLATION OF 11 DEL C 6535, 6525, 6524,

30) THE HOUSING UNIT OFFENDER DOCUMENT SHOWS TRANSFERS FROM CELL 5 TO CELL 7, DATE 2/27/08, FOR WHICH IS WHEN BLACKBOX 24 HRS OCCURED.

35) NANETTE BORDLEY, DEFENDANT C.A NO 05-013GMS FABRICATED CONDUCT DISORDER TO GAIN UNFAIR STRATEGIC ADVANTAGE, AS WELL AS TO HARASS THE PLAINTIFF.
(DENIED BY PLAINTIFF).
1.ST, AND 14TH USCA VIOLATION
VIOLATION OF 11 DEL 6536

34) IF DEFENDANTS WOULD HAVE FOLLOWED THE D.CC S O P FOR PSYCH OBSERVATION 24 HRS PSYCH OBSEVERATION LEVEL 1 24 HRS LEVEL 2, 24 HRS LEVEL 3. BEFORE PLAINTIFF IS ALLOWED TO CONTRACT SAFETY.
8TH USCA VIOLATION
VIOLATION OF 11DEL C 6535.

33) PLAINTIFF DENIES THAT MENTAL HEALTH STAFF WAS ABLE TO REDIRECT HIM BACK INTO HIS ASSIGNED CELL, PLAINTIFF WAS FORCED INTO CELL ONCE HE INFORMED MENTAL HEALTH AND SECURITY THAT HE WAS SUICIDAL, I.E, AN A THREAT TO HIM SELF AND OTHERS.

37) PLAINTIFF'S ACTIONS AS STATED BY DEFENDANTS
IN THEIR RESPONDING MOTIONS, VALIDATE PLAINTIFF
SHOULD NOT BEEN RETURNED TO THE D C C
WITHOUT AN OFFICIAL N C C SUPERIOR COURT
ORDER, DUE TO DEFENDANTS DEEMING PLAINTIFF
BEHAVIOR AS INAPPROPRIATE AND A VIOLATION OF
D C C RULES AND REGULATIONS.
  SEE DISCIPLINARY HISTORY OF PLAINTIFF
  AT D'C C.
  6 TH AND 14 TH U S C A VIOLATION
  VIOLATION OF 11 DEL C 6531, 6525, 6524, 6536.


36  DEFENDANTS FAILURE TO RESPOND ONE
HUNDRED NINE MINUTES, CAUSED PLAINTIFF SITUATION
TO DETERIORATE, DUE TO THEIR DELIBERATE
INDIFFERENCE, PLAINTIFF COULD HAVE BEEN
IRREPARABLE HARMED, DUE TO PLAINTIFF FILING COMPLAINT.
 SEE DR # 1038652 AND DR # 1038667
 THE FIRST IS TIMED AT 10:11 AM AND THE
   SECOND IS TIMED AT 11:25 AM.
   1 ST, 8 TH AND 14 TH U S C A VIOLATION
   VIOLATION OF 11 DEL C 6525, 6517, 6531, 6536

41) MR GIBBS GOT HIS ORDERS DIRECTLY FROM DR ANTHONY CANNULI ON 2/27/08, THEREFORE DR. A CANNULI IS LIABLE.

40) IF DEFENDANTS BELIEVED PLAINTIFF WAS MALINGERING, WHY DID DCC PSYCHIATRIST DR. KIMBERLY WATSON KEEP PLAINTIFF ON PSYCH OBSERVATION IN THE DCC INFIRMARY FOR LEVEL FOR 7 WEEKS.

39) DR. DEROSE 2/28/08 MEDICAL RECORDS EXHIBIT (M), STATE PLAINTIFF WAS CUFFED SINCE YESTERDAY SUPPORTS PLAINTIFF CLAIMS OF BEING BLACKBOXED FOR 24 HOUR WITH SHACKLE AND HANDCUFFS.

38) DEFENDANT LARRY SAVAGE CHANGED DISCIPLINARY REPORT # 1038667 FROM APPEAL SOUGHT TO APPEAL NOT SOUGHT. BECAUSE OF CIVIL COMPLAINT PLAINT FILED AGAINST HIM
1ST AND 14TH USCA VIOLATION
VIOLATION OF 11 DEL C 6535

44) PLAINTIFF NEVER PERSONALLY MET, SEEN OR TALKED WITH DR. KAREN KOVACIC PRIOR TO 12/12/07 NOR AFTER 12/12/07

43) ON 2/27/08 AT OR ABOUT 8:00 A.M. AT THE D.CC DR. ANTHONY CANNULI USED MR. GIBBS AS A PAWN, BY INSTRUCTING MR. GIBBS TO DENY THE PLAINTIFF ADMISSION INTO THE DCC INFIRMARY, IN HOPE PLAINTIFF WOULD SUFFER IRREPARABLE HARM DUE TO HIS DENIAL, BECAUSE PLAINTIFF FILED CIVIL COMPLAINT AGAINST HIM

1ST, 8TH AND 14TH USCA VICLATIONS
VIOLATIONS OF 11 DEL C § 6525, 6531, 6536, 6524, 6502, 6504.

42) DEFENDANTS REMOVED MR. GIBBS FROM HIS DUTY AT THE SHU UNITS, BECAUSE THEY KNOW HIS MENTAL HEALTH INSTRUCTIONS DEFINE DELIBERATE INDIFFERENCE AND DEFENDANTS FAILURE TO TRAIN, ACT OR CORRECT, BECAUSE PLAINTIFF FILED CIVIL COMPLAINT
1ST, 8TH USCA VIOLATION
VIOLATION OF 11 DEL C 6517, 6525, 6536, 6524, 6502, 6502

45) ATYPICAL AND SIGNIFICANT HARDSHIP
FROM 12/14/07 UP TO DATE,

DUE TO DEFENDANTS VIOLATING PLAINTIFF
LIBERTY INTREST ESTABLISH WHEN JUDGE ABLEMAN
GRANTED DR CAVANNAUGHS 5/17/07 MOTION TO TRANSFER
PLAINTIFF TO D.P.C FROM FOR A COMPETENCY EVAL
AND TREATMENT FOR HIS VERY OWN WELL BEING, WHEN
DEFENDANTS ON 12/14/07 TRANSFERED PLAINTIFF
AGAINST HIS WILL, WITH EXCESSIVE FORCE, BACK TO D CC
WITHOUT FIRST CONDUCTING A COMPETENCY HEARING
AND OR OBTAINING AN OFFICAL COURT ORDER FROM
JUDGE ABLEMAN, ID NO 0305016966, NCC S.CT,
DEFENDANTS PLACED PLAINTIFF IN THE SHU WITHOUT
CONDUCTING A HEARING TO PROVIDE HIM WITH WRITTEN
NOTICE, KNOWING HE WAS EXPERIENCING SERIOUS EMOTIONAL
DISTRESS OF AGONY-GRIEF AND DISPAIR, AND WAS RECEIVING
TREATMENT FOR AT THE DP DPC, AND PLACED PLAINTIFF
IN SHU WITHOUT PROVIDING TREATMENT HE WAS RECEIVING
AT DPC, AUDIO THERAPY, ART THERAPY, ANGER MANAGEMENT,
PSYCHTHERAPY FROM PSYCHIATRIST, SOCIAL THERAPY,
COUNSELING, PER DCC THERAPY FOR ALLEGED INAPPROPRIATE
SEXUALUALITY, DAILY OUTDOOR REC, HIGH PROTEIN VEGETARIAN
DIET, WEEB WEIGHT TRAINING UNLIKE HEREAT THED CC-SHU
BECAUSE FILED CIVIL COMPLAINT.

1ST, 6TH, 8TH +14TH USCA VIOLATIONS
VIOLATION OF 11 DEL C 6517, 6525, 6504, 6531

#47) PLAINTIFFS CLASSIFICATION TO SNU,
SPECIAL NEEDS UNIT FOR 4 YEAR ERA
ESTABLISHED HIS PROTECTED LIBERTY INTREST.
PRIOR TO HIS BEING TRANSFERED TO D.P.C
ON 6/6/07, AND DEFENDANTS SHOULD HAVE
CONDUCTED A HEARING PROVIDING PLAINTIFF WITH
WRITTEN NOTICE, ETC   PRIOR TO PLACING HIM
IN SHU. WITHOUT TREATMENT ACCESS. LIKE
OTHER INMATES. WHO APON RETURN FROM DPC
GET TREATMENT ON GENERAL POPULATION OR SNU
     8TH & 14TH U.S.CA VIOLATION

#46) DUE TO DELIBERATE INDIFFERENCE
DEFENDANTS DID NOT PETITION TO THE COURT
FOR HIGHER PSYCHIATRIC OBSERVATION OF
PLAINTIFF, DUE TO THEIR FAILURE TO SA
 STABALIZE HIM AFTER 30 DAYS IN THE PSYCH ROOM,
IN D.C.C INFIRMARY, IN ACCORDANCE TO D.CC S.OP.
SAID FAILURE CAUSED PLAINTIFF ATYPICAL + SIGNIFICANT HARDSHIP
     8TH U.S.CA VIOLATION
     VIOLATION OF 11 DEL C 6525, 6536, 6517

#48.) THE PLAINTIFF DID NOT SEEK TO BE PLACED ON PROTECTIVE CUSTODY, EXCLUSIVELY BECAUSE OF INMATES, BUT BECAUSE OF OFFICERS WHO COMMISSION INMATES TO DO IRREPARBLE HARM TO PLAINTIFF.

#49.) ENOUGH EVIDENCE HAS BEEN SUBMITTED AND OR OBTAINED THUS FAR, FOR THIS HONORABLE COURT TO GRANT PLAINTIFFS AMENDED PLEADINGS FOR PRELIMINARY INJUNCTION IN ALL ASPECTS.

#50.) DEFENDANTS DURING EARLY APRIL 2008 BEGAN ASSIGNING 12 AM TO 8 AM SHIFT OFFICERS, A TEAM OF MUSCULAR OFFICERS I.e., TALL AND SHORT IN STATURE ), WHO HAVE BEEN ON DUTY IN THE IMMEDIATE AREA, WHEN IRREPARABLE HARM HAS BEEN INFLICTED APON INMATES; I.e, AN INMATE THAT ALLEGEDLY HUNG HIMSELF WHEN DCC FAILED TO RELEASE HIM WHEN THEY WERE SUPPOSE TO, WITH A MYSTERIOUS GASH ON HIS HEAD, I.e; WITH THE EIGHT INCH METAL PIPE USED FOR OR OPENING DOOR-CELLS IN THE SHU; CIRCUMSTANTIALLY IRONIC. THIS ALONG WITH THE INMATE WHO WAS TRANSFERED TO DCC INFIRMARY FROM SHU 18 C UNIT LOWER (5) ? DIED FROM SOME MYSTERIOUS "BACTERIA" DUE TO INTERNAL BLEEDING, BUT THE INMATE NETWORK SYSTEM CONTRADICTS THE AFOREMENTIONED, STATING INMATE DIED DUE TO BLUNT FORCE TRAMA TO THE BODY AFTER HE ALLEGEDLY THREW URINE ON NURSE TONYA COLLINS. THOSE OFFICER ARE NOW ON DUTY 12 TO 8 SHU 17. SGT WILLIAMS IS USUALLY THE BUILDING SGT ON DUTY.

#51.) VIDEO SURVEILANCE IS NOT UTILIZED WHEN EXTRACTING AN ALLEGED UNRULLY INMATE FROM ASSIGNED CELL WHO ARE IN SHU 17 AND SHU 18, FOR WHICH TURNS INTO A MATTER OF CREDIBILITY WHEN CLAIMS ARE MADE.

#52.) VIDEO SURVEILANCE IS UTILIZED WHEN EXTRACTING AN ALLEGED UNRULLY INMATE FROM ASSIGNED CELL WHO ARE IN SHU 18 ON CUNIT, CLASSIFIED TO BE ON PROTECTIVE CUSTODY.

#53] THE DEFENDANTS HAVE FAILED TO PROVIDE THE PROTECTIVE CUSTODY POLICY, TO SUPPORT THEIR CLAIMS AS STATED IN THEIR RESPONSE, NEEDED TO DETERMINE IF THEY HAVE VIOLATED THE PLAINTIFF.

#54) SINCE 1/22/08, THE DEFENDANTS UTILIZING THE PLAINTIFFS DIAGNOSES OF MALINGERING FROM D.P.C PSYCHIATRIST, TO MEAN THAT THE PLAINTIFF IS NOT PSYCHOTIC AND OR SUICIDAL, SUPPORTS HIS CLAIMS HEREIN.

#55) THE DEFENDANTS HAVE NOT SUBMITTED PLEADING THAT THEY HAVE NOT DELIBERATELY KEEP FROM PLACING PLAINTIFF ON THE PROTECTIVE CUSTODY UNIT, BECAUSE IT'S EASIER TO CAUSE PLAINTIFF IRREPARABLE HARM ON OTHER SHU UNITS, 17 AND 19.

#56.) DEFENDANTS HAVE ACCESS TO PLAINTIFFS PLEADINGS, EXHIBITS, MOTIONS, AFFIDAVITS, VIA CM/ECF SYSTEM, AN THEY WILL NOT BE PREJUDICED BY THIS HONORABLE COURT UTILIZING SAID EVIDENCE IN THIS MATTER.

#57.) DEFENDANTS SHOULD BE FINED DAILY MONETARY SANCTIONS FOR THE DELAY AND OR FAILURE TO ADHERE TO ANY AND ALL ORDERS SUBMITTED HEREIN, IN ACCORDANCE TO FED R. CIV P# 37.

#58.) IN SUPPORT OF PLAINTIFF'S SAFETY CONTENTION REGARDING 'LT PETER FORBES, ON OR ABOUT APRIL 14,08 IN THE COURSE OF EXTRACTING INMATE DWAYE PORTER SHU 17 AL 11, IN ORDER TO TRANSFER SAID INMATE TO SOLITARY CONFINEMENT ON SHU 18 C UNIT., THE PLAINTIFF PERSONALLY WITNESSED LT P. FORBES KICK INMATE PORTER IN HIS FACE WITH HIS STEEL TOE BOOTS, WHILE INMATE PORTER WAS LYING ON THE FLOOR SHACKLED AND HANDCUFFED. SUBSEQUENTLY, INMATE DWAYNE PORTER WAS SHACKLED AND HANDCUFFED WITH BLACKBOX PER LT FORBES.

FURTHERMORE, LT PETER FORBES ALSO IS RESPONSIBLE FOR SHACKLE AND HAND CUFFING AKBAR HASSENEL AND CHRIS DOURGHTY. AFTER ESCORTING THEM TO BUILDING 18 SHU C UNIT, (~~████████~~).

#59.) THE PLAINTIFF HAS A USCA RIGHT TO WANT AND OR RECEIVE "BETTER MEALS", EXSPECIALLY DUE TO HIS PRESENT CUSTODIANS SERVING HIM SPOILED FOOD, MILDEWED FOOD, FOOD PRESENTING WITH AND TASTING LIKE CLEANING CHEMICALS, ON TRAYS THAT ARE GRIMMY WITH SLIMMY AND OR DIRTY MATTER.

#60.) DEFENDANTS VIA CA NO'S 06-778 (GMS), 04-1350 (GMS) AND 05-013 (GMS), HAVE BEEN MADE FULLY AWARE OF PLAINTIFFS MEDICAL AND MENTAL HEALTH CONTENTIONS ¢' AS WELL AS BY WAY OF WRITTEN NOTATIONS, SICK CALL REQUEST SLIPS, FOR WHICH DEFINE PLAINTIFF EXPLAINING ALL OF HIS MENTAL HEALTH AND OR MEDICAL CONTENTIONS AT ANY GIVEN TIME AT ONCE AS CUMBERSOME, UNREASONABLE AS WELL AS FUTILE.

#61) THE DEFENDANTS HAVE FAILED TO PROVIDE THE D.C.C, S.O.P POLICY FOR PSYCH OBSERVATION 1, 2+3, TO SUPPORT THERE CLAIMS THAT THEY ARE NOT IN VIOLATION OF THE PLAINTIFFS USCA RIGHTS AND OR UNDER COLOR OF STATE LAWS.

#69) DEFENDANTS HAVE FAILED TO GIVE PLAINTIFF A DISCIPLINARY HEARING WITHIN 3 TO 7 DAYS, ABSENT EXTRODINARY CIRCUMSTANCES, FOR WHICH VIOLATES HIS PROCEDURAL AND SUBSTANTIVE DUE RROCESS RIGHTS, AND GIVES REASON WHY ALL OF THE PLAINTIFFS SANCTION SHOULD BE RESCINDED DUE TO VIOLATIONS OF PLAINTIFFS 14TH USCA RIGHTS AND HIS RIGHTS UNDER 11 DEL C § 6535, (#'S 1038667 AND #1038652).

#70.) DEFENDANTS HAVE FAILED TO GIVE PLAINTIFF A DISCIPLINARY HEARING WITHIN 15 DAYS, ABSENT EXTRODINARY CIRCUMSTANCES, FOR WHICH VIOLATES HIS PROCEDURAL AND SUBSTANTIVE DUE PROCESS RIGHTS, AND GIVES REASON WHY ALL OF THE PLAINTIFFS SANCTION SHOULD BE RESCINDED DUE TO VIOLATIONS OF PLAINTIFFS 14TH USCA RIGHTS AN HIS RIGHTS UNDER 11 DEL C § 6535, (#'S 1038667 AND #'S 1038652).

#71.) LT KAREN HAWKINS AND LT JAMES SATTERFIELD HAVE ISSUED MEMORANDUMS DEFINING LIBEL + SLANDER, ~~TWO~~ AGAINST PLAINTIFF, FOR STAFF TO DENY PLAINTIFF LEGAL PHONE CALLS AND TELEVISION, AND FOR THEM TO TREAT PLAINTIFF UNLIKE OTHER INMATES. BECAUSE HE FILED CIVIL COMPLAINTS AGAINST DEFENDANTS. 1ST AND 14TH USCA VIOLATION. VIOLATIONS OF 11 DEL C, 8504, 6502, 6517

#22.) DEFENDANTS HAVE FAILED TO ACT, CORRECT
REGARDING BRIAN ENGRAM, THE LAW LIBRARIAN·
FAILURE TO PROVIDE PLAINTIFF WITH PROPER LEGAL
ASSISTANCE, FOR WHICH CAUSED PLAINTIFF IRREPARABLE
HARM, i·e, DENIAL OF HIS FIRST POSTCONVICTION MOTION
SEE, LEWIS V. STATE, 2006 DEL LEXIS 654,
(DEL DEC 12, 2006.). BRIAN ENGRAM FAILED TO
PROVIDE PLAINTIFF WITH PHOTO COPIES AND MAILING
SUPPLIES IN AN EXPEDIATE MANNER IN REGARDS TO
PROVIDING HIM WITH SAID LEGAL MATERIAL TWO
WEEKS PRIOR TO DEADLINE AND GIVING HIM NOTICE
OF DEADLINE, AND HIS INABILITY TO OBTAIN MAILING
SUPPLIES DUE TO HIS INDIGENT STATUS. SAID FAILURE
RESULTED IN PLAINTIFFS APPEAL BEING DENIED AS
UNTIMELY, (83 CONTENTION), FOR WHICH WOULD HAVE
REVERSED PLAINTIFFS CONVICTION.
GRIEVANCES WERE FILED.
    1ST USCA RIGHT VIOLATION
    VIOLATION OF 11 DEL C § 6517, 6502, 6504

# 73    INJURIES ; CAUSED BY DEFENDANTS, Viulations of
11 Del C § 6517, 6536, 6502, 6504, 6525  8TH USCA RIGHT VIOLATION:

1.) 38 POUND WEIGHT LOSS DUE TO ATYPICAL AND SIGNIFICANT HARDSHIP.

2.) SWELLING TO WRIST, LEGS, (SHOULDER – LEFT,), " SLIPED DISK IN NECK AND LOWER BACK."

3.) PERSISTING HEADACHES

4.) PARANOIA , DELUSSIONS , HALLUCINATION

5.) SWOLLEN TONGUE, CAUSING SPEACH PROBLEMS , TROUBLE BREATING AND EATING. 38 POUNDS WEIGHT LOSS IN 90 DAYS.

6.) INCOMPETENCE, i.e, RECIDIVISM

7.) ANTI- SOCIAL BEHAVIOR

8.) EAR – RINGING.

9.) BLACKOUTS

10.) EMOTIONAL DISTRESS , i.e, 38 POUND WEIGHT LOSS IN 90 DAYS

11.) NERVE DAMAGE TO BRAIN

12.) HYPERTENSION

13.) MILD NUTRITION, DUE TO POSIONOUS FOOD
CAUSING VOMITTING, NAUSEA, LOSS OF APPETITE.
38 POUND WEIGHT LOSS.

14.) THICK YELLOWISH GREEN PHLEGM,
IN CHEST.

15.) HERNIA, IGUINAL

16.) DRY SKIN ON FEET, CRACKED SEVERELY

17.) SEVERE TOE NAIL FUNGUS.

18.) LACTOSE INTOLERENCE, PROTEIN DEFICIENCY.
38 POUND WEIGHT LOSS IN 90 DAYS

19.) RED MEAT VEGETARIAN, I.E. PROTEIN
DEFICIENCY; 38 POUND WEIGHT LOSS IN 90 DAYS.

20.) TISSUE EDEMA IN HANDS AND FEET,
DUE TO BLACKBOX SHACKLES AND
HANDCUFFS.

21.) ATHLETES FEET; ITCHY

22.) HIGH ANXIETY.

23.) DEPRESSION!

24.) 50 DAYS OF GOOD TIME, AND
30 DAYS OF ISOLATION.

25.) CONDEMNATION, HUMILIATION,
DEGRADATION., SEGREGATION, DISCRIMINATION
DUE TO FAILURE TO PROVIDE LESS
RESTRICTIVE CONFINEMENT SUCH AS:
WORK RELEASE, GENERAL POPULATION,
SNU, OR LEVEL IV PLUMMER CENTER

26.) FAILING VISION, DUE TO POORLY
LITE QUARTERS.

27.) IRREPARABLE HARM CAUSED BY
LAW LIBRARIAN, SEE # 72 HEREIN.

28.) THROBING PINKY FINGER, ACHES CONSTANTLY,
PRESENTS AS DISCOLORED AND DISFORMED.

#14.) DEFENDANTS SENTENCING ORDER ESTABLISH
HIS LIBERTY INTREST RIGHT TO BE PROVIDED
WITH MENTAL HEALTH THERAPY, (6TH USCA RIGHT).


#15.) WHILE THE PLAINTIFF WAS SHACKLED AND
HANDCUFFED WITH BLACKBOX, HE FELL TO
TO FLOOR "TWICE" WHEN HE TRIED TO STAND
UP, THIS IS WHEN PLAINTIFF HERT HIS NECK
AND LOWER BACK. 8TH USCA VIOLATION.
VIOLATION OF 11 DEL C § 6517, 6502, 6504, 6525, 6524, 6536

#16.) REQUEST FOR ORDER OF DAILY MONETARY FINES
FOR DEFENDANTS DELIBERATE DELAY AND OR FAILURE
TO ADHERE TO ANY AND OR ALL ORDERS SUBMITTED
HEREIN BY THIS HONORABLE COURT OF $150.00,
FOR EACH ORDER DEFENDANTS ARE IN CONTEMPT OF.


#17.) D.C C OFFICER GREGORY PIERCE SINCE 1/22/08,
SINCE IN PLAINTIFF'S ARRIVAL TO SHU 17, A UNIT, HAS LAUNCHED
A DILEGENT CAMPAIGN AGAINST PLAINTIFF, FOR DEFENDANTS TO
CRIMINALLY CHARGE PLAINTIFF FOR D.C C INFRACTIONS,
REGARDLESS OF D.C C S.O.P, DUE TO PLAINTIFF FILING CIVIL
COMPLAINTS AGAINST DEFENDANTS, ( SEE DISCIPLINARY REPORTS
#1038652 AND #1038667),
14TH, 15T AND 8TH USCA RIGHT VIOLATIONS
VIOLATIONS OF 11 DEL C § 6536, 6502, 6504, 6517, 6531, 6524.

#78.) SINCE THE PLAINTIFFS TRANSFER BACK TO D.CC FROM D.P.C ON 12/14/07, DR. ANDREW DONAHUE HAS BEEN FIRED FROM D.P.C., DUE TO THE DELIBERATE INDIFFERENCE OF ABUSE, NEGLECT, MISTREATMENT AND ASSUALT DISCRIBED IN THE 100 OR MORE GRIEVANCES FILED BY THE PLAINTIFF DURING HIS 6/6/07 THRU 12/14/07 STAY AT THE D.P.C, FOR THE PLAINTIFF FILING CIVIL COMPLAINT CA NO. 04-1350(GmS), AGAINST D.P.C STAFF MEMBERS. 1ST, 8TH U.S.CA VIOLATIONS, CIVIL ASSAULT AND BATTERY

#79) DEFENDANTS REFUSED TO MONITOR PLAINTIFF FOR PSYCH OBSERVATION IN THE D.CC INFIRMARY ON 2/27/08, BECAUSE THE D.CC INFIRMARY HAS FULLY OPERATIONAL SURVEILANCE CAMERA'S, DOORS THAT MUST BE OPENED MANUALLY, AS WELL AS MENTAL HEALTH TREATMENT THAT WOULD HAVE STABILIZED PLAINTIFF, (IN A PROTECTIVE CUSTODY TYPE OF CONFINEMENT).

#80.) FOR AN IMMEDIATE ORDER TO PLACE THE PLAINTIFF ON FEDERAL WITNESS PROTECTION STATUS.

#81.) PLAINTIFF HEREBY REQUEST FOR THIS HONORABLE COURT TO TAKE INTO CONSIDERATION THE MORE THAN 80 U.S.CA VIOLATIONS UNCOVERED AND REPORTED BY THE FEDERAL INQUIRY CONDUCTED ON THE D.C.C, I.E, DELAWARE D.OC, 2007, IN SUPPORT HEREIN DUE TO THE MAJORITY OF PLAINTIFF'S CLAIM BEING FILED PRIOR TO THE FEDERAL INQUIRY, AND GAVE INSIGHT TO SAID INQUIRY.

#82.) UPON BEING ADMITTED TO THE DCC INFIRMARY ON 12/14/07, PLAINTIFF REQUESTED A HIGH PROTEIN DIET FOR RED MEAT VEGETARIANS, ENSURE HEALTH SHAKE, PEANUT BUTTER INSTEAD OF RED MEAT, AND A ONE A DAY VITAMIN FOR THE PURPOSE TO FORFIL HIS RELIGIOUS OBLIGATION AND FOR PROPER PROTEIN SUPPLIMENTATION, DR O DURING JAN 2008 APPROVED SAID REQUEST AND WROTE A REFERAL FOR PLAINTIFF, THAT DEFENDANTS REFUSE TO ALLOW THE DIETICIAN TO ORDER DUE TO THE CIVIL COMPLAINTS HE FILED AGAINST THEM. PLAINTIFF IS A HEBREW ISREALITE, (SEE 2/21/08 LETTER TO WARDEN). 1ST, 8TH + 14TH U.S.C.A VIOLATIONS, (38 POUND WEIGHT LOSS IN 90 DAY/S). VIOLATIONS OF 11 DEL C § 6517, 6502, 6504, 6536, 6524, 6531

#83) FOR AN IMMEDIATE ORDER FOR A HIGH PROTEIN DIET OF 2 ENSURES DAILY, PEANUT BUTTER INSTEAD OF RED MEAT, 1 PIECE OF FRESH FRUIT EACH MEAL, AND A ONE A DAY VITAMIN DAILY, FOR RELIGIOUS AND SUPPLIMENTAL PROTIEN AND NUTRIONAL PURPOSES

#84.) FOR AN ORDER GRANTING THIS HONORABLE COURT AUTHORITY TO CONDUCT A FEDERAL INQUIRY, TO INVESTIGATE THE DEMISE OF THE PLAINTIFF, AS WELL AS TO GRANT POWER OF ATTORNEY TO PLAINTIFF'S DAUGHTERS, LATOYA JOHNSON AND JAMARA JOHNSON, FOR ALL OF HIS PENDING CIVIL COMPLAINTS, CA NO'S 04-1350 (GMS), 06-778 (GMS), 05-013 (GMS), 06-238 (GMS) AND 04-1410 (GMS).

#85.) THE PLAINTIFF FILED NUMEROUS CASE WITH THE COURTS WHILE AT THE O.C.C., FOR WHICH HE DID NOT HAVE TO PAY POSTAL FEE'S DUE POSTAL FEE'S BEING FREE AT THE TIME, VIA STATE MAIL COIRIER SERVICE, BUT APON DEFENDANTS REALIZING PLAINTIFF FILED CIVIL COMPLAINT AGAINST STATE EMPLOYEE'S, THEY MADE THEM THE STATE MAIL COIRIER SERVICE UNAVAILABLE TO PLAINTIFF, CAUSING PLAINTIFF TO PAY POSTAL FEE'S WITHOUT ALLOWING PLAINTIFF TO GRIEVE SAID CHANGE IN POSTAL RULES, VIA PLRA, BUT CONTINUE TO UTILIZE SAID STATE MAIL COIRIER SERVICE THEMSELVES. DEFENDANTS ACTIONS, ALONG WITH PLACING HIM IN SEGREGATION, WITHOUT PROVIDING HIM WITH A JOB, EVEN THOUGH HE WAS ELIGIBLE, HAS CAUSED PLAINTIFF TO BECOME TOTALLY INDIGENT AND AN UNABLE TO OBTAIN COMMISSARY, NEW SNEAKERS, T-SHIRTS, LIKE OTHER INMATES, AND HAS CAUSED HIM ATYPICAL AND SIGNIFICANT HARDSHIP. THIS WAS DONE TO DISCOURAGE PLAINTIFF FROM SEEKING REDRESS FROM THE COURTS. SEE ALSO #72 HEREIN; (SEE PLAINTIFF'S 2/21/08 NOTATION ATTACHED AS EXHIBIT). 1ST AND 14TH U.S.C.A RIGHT VIOLATIONS.

#86.) ON FEB 2008 PLAINTIFF SUBMITTED APPLICATION FOR INTERSTATE PRISON TRANSFER TO CLASSIFICATION OFFICER LT THOMAS SEACORD AND LINDA KEMP COUNSELOR, STATING ATYPICAL AND SIGNIFICANT HARDSHIPS, I.E, NO VISITS SINCE BEING INCARCERATED AN DELAWARE 5/26/03, BEING SUBJECTED TO GENDER DISCRIMINATION, HARASSMENT, BEING SUBJECTED TO IRREPARABLE HARM BY INMATES AND OFFICERS DUE TO FILING CIVIL COMPLAINTS, NOT BEING TRANSFERED TO LEVEL IV HIS NEXT LEVEL OF COMMITMENT, BEING TREATED WITH DELIBERATE INDIFFERENCE BY MEDICAL + MENTAL HEALTH STAFF, ETC. LT SEACORD STATED, "I QUOTE THIS IS GOING TO BE DENIED," UNQUOTE. 1ST 8TH + 14TH USCA VIOLATION. VIOLATION OF 11 DEL C 6517, 6504, 6402, 6531

#87.) FOR AN ORDER TO PRODUCE LT PETER FORBES DISCIPLINARY RECORD, DUE TO LT FORBES HAVING THE TYPE OF DISCIPLINARY HISTORY, THAT SUPPORTS THE PLAINTIFF'S CLAIMS.

#88.) BECAUSE OF THE IRREPARABLE HARM CAUSED TO INMATES DURING THEIR CONFINEMENT AT THE D.C.C, DCC HAS BEEN RATED AS ONE OF THE TOP TEN WORST PRISONS IN THE UNITED STATES BY THE U.S FEDERAL BUREAU OF INVESTIGATION.

#89.) THE 2007 FEDERAL INQUIRY CONDUCTED AT THE D.C.C SUPPORTS THE FACT THAT THE DEFENDANTS HAVE NOT TAKEN PROPER ACTION TO REHABILITATE THE PLAINTIFF, DUE TO THEIR DELIBERATE INDIFFERENCE BECAUSE HE FILED CIVIL COMPLAINTS AGAINST THEM, FOR WHICH INEVITABLY WILL CAUSE PLAINTIFF IRREPARABLE HARM, DUE TO DEFENDANTS DENYING PLAINTIFF HIS REQUEST FOR JOB TRAINING, BEHAVIOR MODIFICATION FOR ALLEGED INAPPROPRIATE BEHAVIOR, HIGH LEARNING COURSE HERE OR VIA U.S POSTAL, ANGER MANAGEMENT, COUNSELING AND TREATMENT PROGRAMS, THAT THE STATE OF DELAWARE'S CONGRESSIONAL COMMITTEE HAS MADE AVAILABLE FOR HIM UNDER COLOR OF STATE LAW, AS WELL AS UNDER THE PROTECTION OF THE U.S.C, FOR WHICH THE DEFENDANTS DENIED PLAINTIFF'S REQUEST, WITHOUT A HEARING PROVIDING WRITTEN NOTICES OF WHY, FACT FINDING RATIONAL, PRESENT EVIDENCE IN HIS OWN BEHALF, CONFRONT HIS ACCUSERS OR APPEAL. DEFENDANT KNOW VERY WELL THAT SAID DENIAL, PREVENTS PLAINTIFF FROM PRESENTING AS A STABLE MINDED, LAW ABIDING, TAX PAYING, MARKETABLE CITIZEN WHEN HE IS RELEASED, AND HAS DENIED PLAINTIFF THE ABILITY TO RATIONALLY AND REALISTICLY NOT CONSIDERING RE-OFFENDING, SEE DISCIPLINARY HISTORY, CRIMINAL HISTORY, SENTENCING ORDER. 1ST, 6TH, 8TH + 14TH USCA VIOLATIONS, AND 11DEL C 6512, 6504, 6524, 6533, 6531

#90.) AN ORDER FOR A INDEPENDANT LEGAL ASSISTANCE GROUP OR FIRM, TO ASSIST PLAINTIFF AND INMATES FILE DIRECT APPEALS, POST CONVICTION APPEALS, WRITE OF MANDAMUS, HABEAS CORPUS PETITIONS AS WELL AS CONDITION OF CONFINEMENT CIVIL COMPLAINTS.

#91.) FOR AN ORDER TO ALLOW SHU AND MHU INMATES SUCH AS PLAINTIFF, TO TAKE THE GED TEST, AND TO TAKE COLLEGE COURSES HERE AND VIA U.S POSTAL.

#92.) THE 2007 FEDERAL INQUIRY SUPPORTS THE PLAINTIFFS CONTENTIONS THAT D.C.C DOES NOT MET THE STANDARD FOR AN EVOLVING SOCIETY, REGARDING TECHNOLOGY, EDUCATION, COMMISSARY INFLATION, INSTITUTION JOB SALARIES, INDIGENCY, JOB TRAING, ACEDIMEC / VOCATIONAL TRAINING, PRE RELEASE CARE, POST RELEASE CARE, MENTAL HEALTH EVALUATION AND TREATMENT, MEDICAL EVALUATION AND TREATMENT, DISCPLINARY PROCEDURES, CLASSIFICATION OF INMATES.

#93.) FOR AN ORDER FOR DEFENDANTS TO PROVIDE INCOME APON THE PLAINTIFF'S RELEASE FOR SUPERVISED CUSTODY, FOR RENT, TRANSPORTATION, CLOTHING, FOOD, MEDICAL AND OR MENTAL HEALTH TREATMENT, FOR UP TO ONE YEAR AFTER HIS RELEASE FROM SUPERVISED CUSTODY, AND OR UNTIL HE CAN PROPERLY PROVIDE FOR HIMSELF.

ESTABLISHED 143 YEARS AGO IN 1865, THE ELEMENTS OF SLAVERY AND
INVOLUNTARY SERVITUDE, PRIOR TO THE COMPLETION OF APPEAL PROCEDURE, IS WHY
#94) THE 13TH U.S.C.A HAS ALLOWED DEFENDANTS TO
THREAT HIM IN A INHUMANE MANNER, LIKE A SUBJUGATED
BEAST OF BURDEN - HANDCUFFED - SHACKLED - WITH AND WITHOUT
BLACKBOX - INDIGENT - ALIENATED, DISCRIMINATED AGAINST -
CONDEMNED, OPPRESSED AS STATED HEREIN, MAKING A
ECONOMIC PROFIT OF HIS SUBJUGATED BEAST OF BURDEN
CONDITIONS OF CONFINEMENT, ALL THE WHILE PLAINTIFF IS
COMPELED TO WAIT TO BE SUBJECTED TO RECIDIVISM BECAUSE
OF THEIR DELIBERATE INDIFFERENCE OF REFUSING TO TRAIN -
TREAT AND COUNSEL. (SEE MASLOW'S HIERARCHY OF NEEDS.)
HTTP/HONOLULU.HAWAII.EDU/INTRANET/COMMITTEES/FACDEVCOM/GUIDEBK/TEACHTIP/MASLOW.
THE 13TH U.S.C.A NEEDS TO BE AMENDED FOR ITS ROLE IN
DENYING PLAINTIFFS 8TH U.S.C.A RIGHTS.
THE 13TH U.S.C.A GIVES REASON WHY D.C.C CANT NOT AND WILL
NOT EVOLVE IN ACCORDANCE TO MODERN STANDARDS AS STATED HEREIN.

#95.) FOR THIS HONORABLE COURT TO TAKE PLAINTIFFS PRO-SE
STATUS INTO CONSIDERATION, AND TO UTILIZE THE FORUM OF
THE COURT, TO ISSUE ALL NECESSARY ORDERS THAT WILL
ALLOW THE PLAINTIFF TO MARSHALL DISCOVERY NEEDED TO
MAKE A COMPETENT JUDICAL RULING, REGARDING ANY
AND ALL CONTENTENTS STATED HEREIN.

#96.) FOR AN ORDER TO IMMEDIATELY TRANSFER PLAINTIFF
OUT OF THE DELAWARE D.O.C AT D.C.C, IN REGARDS
TO HIS FUTURE INCARCERATION, FOR ALL THE REASONS STATED
HEREIN.

#97.) DEFENDANTS HAVE FAILED TO GIVE PLAINTIFF A DISCIPLINARY HEARING WITHIN 3 - 7 AND OR 15 DAYS, ABSENT EXTRODINARY CIRCUMSTANCES, FOR ANY DISCIPLINARY INFRACTIONS AND SANCTIONS HE RECEIVED AFTER 12/14/07, FOR WHICH VIOLATED HIS PROCEDURAL AND SUBSTANTIVE DUE PROCESS RIGHTS, AND GIVES REASON WITH ALL DISCIPLINARY REPORTS AND SANCTIONS SHOULD BE RECINDED AND EXPUNGED.
    VIOLATIONS OF 11 DEL C 6535 AND 14TH USCA.

#98.) DUE TO THE PLAINTIFF'S LACK OF PROPER ACEDEMIC /VOCATIONAL TRAINING, MENTAL HEALTH AND MEDICAL TREATMENT AND COUNSELING, RESULTED IN HIS ALLEGED CRIMINAL ACTIVITY, THAT GAVE JUDGE PEGGY L. ABLEMAN THE AUTHORITY TO COMMIT THE PLAINTIFF TO THE D.O.C VIA THE D.C.C, WITH AN N.C.C SUPERIOR COURT ORDER FOR THE D.O.C TO MAKE A PROPER ATTEMPT TO CORRECT THE ERRORS OF PLAINTIFFS WAYS, BUT THE DEFENDANTS DELIBERATE INDIFFERENCE DEFINES THAT THEY IGNORED TRYING TO PROPERLY ATTEMPT TO CORRECT THE PLAINTIFFS ERRONEOUS WAYS AND BEHAVIORS, DUE TO THEIR HOLDING HIM CAPTIVE AT LEVEL (5) ABSENT PROPER TRAINING, TREATMENT AND OR COUNSELING (AS STATED HEREIN #89), WHEN THE AFOREMENTIONED WAS IN THEIR ABILITY, DUE TO THEIR PROVIDING OTHER INMATES WITH PROPER TRAINING - TREATMENT AND OR COUNSELING. DEFENDANTS KNOW SAID DENIALS WOULD SUBJECT HIM TO RECIDIVISM UPON HIS RELEASE FROM SUPERVISED CUSTODY. DEFENDANTS DENIED PLAINTIFF DUE TO HIS FILING CIVIL COMPLAINTS.
    VIOLATIONS OF 1ST, 8TH AND 14TH USCA RIGHTS
    VIOLATIONS OF 11 DEL C § 6533, 6517, 6502, 6504, 6525, 6524, 653)

#99.) PLAINTIFF DOESN'T HAVE TO HAVE A PSYCHOLOGICAL
DIAGNOSIS FROM THE MENTAL HEALTH STAFF, TO BE
ELIGIBLE FOR THE (SPECIAL NEEDS UNIT), SNU UNIT,
HE HAS A PROTECTED LIBERTY INTEREST.

#100.) FOR AN ORDER FOR DEFENDANTS TO PROVIDE THE D.CC
SPECIAL NEEDS UNIT POLICY.

#101.) THE D.C.C IS A BREEDING GROUND FOR
HABITUAL OFFENDERS DUE TO CONDITIONS OF CONFINEMENT
STATED HEREIN IN #'s 94 AND, 89 AND 98.

#102.) ON 4/21/08 LT THOMAS SEACORD AND SHU 17's
COUNSELOR, LINDA KEMP ABRUPTLY TOOK ME OFF
PROTECTIVE CUSTODY WITHOUT THE PLAINTIFF'S
WRITTEN CONCENT; ~~AND OR WITHOUT~~. AND OR WITHOUT
PROVIDING HIM WITH A HEARING TO GIVE HIM WRITTEN
NOTICE WHY, A NOTICE OF FACTFINDING RATIONAL, A CHANCE
TO APPEAL, DUE TO THEIR BEING INSTRUCTED TO BY
DEFENDANTS TO DO SO AGAINST PLAINTIFF'S WILL.
VIOLATION OF 11 DEL C 6531, 6517, 6502, 6504
VIOLATION OF 14TH U.S.C.A RIGHT;
(SEE MAY 11, 2007 AFFIDAVIT ATTACHED AS EXHIBIT).

CERTIFICATE OF SERVICE

I, THE UNDERSIGNED PLAINTIFF DOE Jimmie Lewis DUE IHEREBY CERTIFY ON THIS 22ND DAY OF APRIL, 2008, THAT I DID MAIL ONE AND CORRECT COPY OF PLEADINGS AND EXHIBITS IN SUPPORT OF MOTION FOR PRELIMINARY INJUCTION #2, PURSUANT TO FED R CIV P# 65, BY U.S POSTAL, TO EACH OF THE FOLLOWING :

CLERK OF THE COURT (GMS)
&U·S DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILM, DE 19801

JAME E. DRACE ESQ
BALICK + BALIK LLC
711 KING ST
WILM, DE 19801

ERIKA Y TROSS
DEPUTY ATTORNEY GENERAL
820 N FRENCH ST, 6TH FL
WILM, OE 19801

DATE: 4/22/08

Jimmie Lewis
SBI# 506622
DCC
1181 PADDOCK RD
SMYRNA, DE 18977

**IN THE SUPERIOR COURT OF THE STATE OF DELAWARE**

**IN AND FOR NEW CASTLE COUNTY**

| | |
|---|---|
| **DELAWARE PSYCHIATRIC CENTER,** | \| |
| **a Facility of and for and on behalf of, the** | \| |
| **Division of Substance Abuse and** | \| |
| **Mental Health, Delaware Health and** | \| |
| **Social Services, State of Delaware,** | \| |
| **Petitioner** | \| |
| | \| |
| **v.** | \| |
| | \| |
| **JAMES LEWIS** | \| |
| **Respondent** | \| |

**AFFIDAVIT**

I, <u>Ulrike Greeley, MSN, APRN</u> first duly sworn in accordance with law declare as follows:

1. I am the *Assistant Director of Nursing* at the *Delaware Psychiatric Center*, the petitioner in the above captioned matter; and

2. The facts alleged in the foregoing Complaint are true and correct to the best of my knowledge and belief.

_____
**HOSPITAL OFFICIAL**

SWORN TO AND SUBSCRIBED before me this <u>7th</u> day of *June* 2007.

_____
**NOTARY PUBLIC**

**Elizabeth Ann Hurley**
**Commission Expiration: 10/19/09**



**DEPARTMENT OF HEALTH
AND SOCIAL SERVICES**

DIVISION OF ALCOHOLISM,
DRUG ABUSE AND MENTAL HEALTH

1901 N. DuPont Highway
NEW CASTLE, DELAWARE 19720



*(Addressograph Plate)* P4 46473

---

## CERTIFICATE FOR INVOLUNTARY ADMISSION OF PATIENT TO DELAWARE PSYCHIATRIC CENTER AND/OR CERTIFIED TREATMENT FACILITY PURSUANT TO DELAWARE CODE CHAPTER 50, TITLE 16

Title 16, Section 5003, Delaware Code

**5003. Provisional Hospitalization by Psychiatrist's Certification.**

No person shall be involuntarily admitted to the Hospital as a patient except pursuant to the written certification of a psychiatrist that based upon the psychiatrist's examination of such person, such person suffers from a disease or condition which required him to be observed and treated at a mental hospital for his own welfare and which either renders such person unable to make responsible decisions with respect to his hospitalization, or poses a present threat, based upon manifest indications, that such person is likely to commit or suffer serious harm to himself or others or to property, if not given immediate hospital care and treatment. The certificate shall state with particularity the behavior and symptoms upon which the psychiatrist's opinion is based, shall include (where available) the name and address of the spouse or other nearest relative or person of close relationship to the alleged mentally ill person, and shall state that such person is not willing to accept hospital care and treatment on a voluntary basis or that he is incapable or voluntarily consenting to such care and treatment.

**PART 1.** *(to be completed by certifying psychiatrist)*

The undersigned certifies that he is a physician licensed to practice medicine in the State of Delaware and specializing in the field of psychiatry and he has examined:

James Lewis (Jimmie Lewis)
Name of Patient

Delaware Psy. Center 1901 N. Dupont Hwy New Castle, De. 19720
Address of Patient

Age **30** Date of Birth *12-25-'66* Religion _____

Patient's spouse, other nearest relative, or person of close relationship:

_____        _____

(Name)                                          (Relationship)

_____        _____

(Address)                                       (Telephone No.)

As a result of my examination of the patient, I am of the opinion that the patient suffers from a disease or condition which requires him (or her) to be OBSERVED and TREATED at a MENTAL HOSPITAL for his (or her) own welfare.

1

___ renders the patient unable to make responsible decisions with respect to his hospitalization

___ poses a present threat, based upon manifest indication, that the patient is likely to commit or suffer serious harm:

___ ✓ to himself (or herself) ___ ✓ to others ___ ✓ to property

if not given immediate hospital care and treatment.

**The behavior and symptoms upon which my opinion is based are as related to me by others (state whom):**

CMS (Prison) Psychiatric staff. Pt is refusing medications and described as delusional by the Psychiatrist

**as observed during my examination of the patient:**

Acting as though he is hearing voices.
Acting as though he is suspicious of others standing behind him
Pt regards paranoid beliefs he is being poisoned.

**And further:**

___ the patient is not willing to accept hospital care and treatment on a voluntary basis.

___ ✓ the patient is incapable of voluntarily consenting to hospital care and treatment.

Name of family physician or psychiatrist ___ Donohue

Physical conditions which requires immediate or continuous attention:

Hypertension

Signed: _____ , M.D.
Physician Specializing in the Field of Psychiatry

___ Donohue ___ , M.D.
Name Printed

Address: ___ 1901 N. DuPont Highway New Castle, DE 19720

Date: ___ 6/6/07 ___ Time: ___ 11:25 ___ (AM.) P.M.

2

**PART 2.** *(to be completed by Hospital staff after provisional admission)*

## NOTIFICATION OF RIGHTS

I certify that I have this day delivered to   a copy of 16 Del. C., Sec. 5161, Rights of Patients in Hospitals for the Mentally Ill, and other rights set forth in Title 16, Delaware Code.

Received: _____   Name: _____*Bobby Benjamin*_____
             *(Patient's Signature)*

OR                                     Title: ____*Social Worker,*____

Patient refused to sign _____      Date: ____*June 6, 2007*____


## CERTIFICATION OF MENTAL ILLNESS AND NEED FOR TREATMENT (to be completed only when provisional admission was made on the certificate of a psychiatrist not employed by DELAWARE PSYCHIATRIC CENTER)

I have examined the Psychiatrist's Certificate for Involuntary Admission of Patient to Delaware Psychiatric Center in the case of

_____

*(Name of Patient)*

and have personally conducted a psychiatric examination of the patient; the behaviors and symptoms observed during my examination of the patient are as follows:

_____

_____

_____

_____

_____

_____

_____

_____

In my opinion, the patient:

**IS/IS NOT** a mentally ill person requiring hospital confinement.
(Strike One)

**DOES/DOES NOT** require treatment pending judicial proceedings under provisions of 16 Del. C. Ch. 50. (Strike One)

**IS/IS NOT** capable of waiving procedural right including retention of counsel, retention of psychiatrist or other qualified medical expert to testify in his behalf, and the hearing in Court.

_____     _____

*Signature of Examining Psychiatrist*              *Date*

3

Based upon financial information obtained from

_Records_

_Name of Informant_                               _Relationship_

I am of the opinion that _Jimmy Lewis_

                                       _Patient's Name_

_____ Can afford to retain legal counsel.

___✓___ Cannot afford to retain legal counsel.

_____ Can afford to retain a psychiatrist or other qualified medical expert.

___✓___ Cannot afford to retain a psychiatrist or other qualified medical expert.

_____
_Name of Guarantor (if private legal, medical or psychiatric representation is to be retained)_

_Street_

_City_                _State_         _Zip Code_

_Telephone_

Being unable to afford private representation, the patient respectfully prays the Court to appoint and assume financial responsibility for the services of

___✓___ Legal Counsel      ___✓___ Psychiatrist or other qualified medical expert

_Mary Sannell_
_Financial Resources Examiner_

_6/7/07_
_Date_

APPROVED:

_Mike Greeley_
_Hospital Official_

_6/07/2007_
_Date_



**CMS**
DEDICATED PEOPLE
MAKING A DIFFERENCE
Correctional Medical Services

## Mental Health Treatment Plan

**I  Problems** (check all that apply):

- [ ] Depressive Ideation
- [ ] Suicidal ideation
- [x] Agitation
- [x] Racing thoughts
- [x] Delusions
- [x] Hallucinations

- [x] Sleep disturbance
- [ ] Anger management
- [ ] Limited cognitive abilities
- [ ] Limited coping skills
- [ ] Substance abuse/dependence

- [ ] Lack of support
- [ ] Obsessions/compulsions
- [x] Excessive worry
- [x] Other: *Needed to Know he belongs as prt of Community*

**Current Diagnosis** (Include substance disorders in Axis I):

Axis I:  _Schizophrenia_

Axis II:  _Deferred_

Axis III:  _HEP_

Axis IV:  _Incarcerated_

Axis V:  _65_

**II. Strengths** (check all that apply):

- [ ] Able to communicate effectively
- [ ] Strong support system
- [ ] Adequate educational background
- [ ] Adequate vocational skills

- [ ] Good insight
- [ ] Good judgment
- [ ] Willingness to participate in treatment
- [ ] Other:

**III. Long Term Goal:** Reduce or eliminate problems noted above so that they do not impair inmate's daily functioning.

**IV. Short Term Treatment Objectives:**

- [x] Participate in psycho education regarding mental illness, signs, symptoms, and treatment
- [ ] Develop coping techniques for managing:
  - [x] Depressive Ideation
  - [ ] Cognitive Limitations
  - [x] Anxiety
  - [x] Situational Stress
  - [x] Anger/Frustration
  - [x] Fluctuating Feelings

- [ ] Refer to/Participate in substance abuse treatment
- [ ] Report adequate sleeping/ eating patterns
- [x] Report the reduction/absence of AH/VH
- [ ] Participate in at least one productive activity daily
- [ ] Participate in interactive journaling/engage in journaling
- [ ] Other _____

- [ ] Participate in sex offender issues group
- [x] Take psychotropic medications as prescribed
- [x] Demonstrate organized thinking/ reality test
- [x] Participate in transition/discharge planning
- [x] Participate in bibliotherapy

**V. Treatment Modalities:**

- [ ] Individual treatment by clinician at least every thirty days
- [ ] Evaluation and treatment by psychiatrist at least every 90 days
- [ ] Medication monitoring by nursing daily

- [ ] Group treatment at least once every thirty days
- [ ] Independent interactive journaling
- [x] Other _Needed to Know he belongs in the Community_

| Clinician Signature: _Elisha Adler DMPS_ | Date: _3/13/07_ |
|---|---|
| Title: _Clinician_ | Time: _1513_ |
| Inmate Signature: _Jimmie Lewis_ | Date: _3/13/07_ |
| Inmate Number: _506622_ | Institution: _DCC_ |

SATURDAY, JULY 5, 2003

## NEWS BRIEFS

### Three injured in jump from burning boat

BRICK: Three people suffered minor burns and two others escaped injury when all five jumped from a boat that caught fire in the Barnegat Bay near the Metedeconk River yesterday, Brick Township police said.

The boat was about 30 yards out from an Ocean County marina about 4:30 p.m. when flames engulfed the craft, possibly the result of an explosion, said Sgt. Craig Lash.

All five boaters were rescued, the sergeant said. The boat, which was gutted, drifted to shore and beached itself.

### Public is asked to help find missing Newark man

NEWARK: Police are seeking the public's assistance in finding a city resident who suffers from schizophrenia and a bipolar disorder.

Jimmie Lewis Jr., 36, talked last with his mother by telephone on May 19, but wasn't reported missing until June 25, said Lt. Derek Glenn, a city police spokesman.



LEWIS

He said Lewis, described as manic depressive, is 6 feet 2 inches, weighs 230 pounds, has brown eyes, black hair and a dark skin.

Glenn said anyone with information should contact police at (973) 733-5172.

# WILMINGTON DEPARTMENT OF POLICE _EXIBIT #_

### Detainee Assessment / Property Receipt

Detainee's Name: _Lewis, Jimmie_          Case #: _30-03-_
<br>Last, First Middle

Charges: _Carjacking, Theft_          Arresting Officer: _E Godwin_

_____          Additional Officer: _J Santana_

Detainee's Physical Condition:    OK ☑    Other ☐

Explain:  (Body deformities/Bruises/Sutures) : _____

_____

Medication:  Yes ☑    No ☐    Type: _PSCHOTTOPIC_
_THOrazine, DEPAKOTE, VISTORIL, RISPERDAL_

Unusual Behavior:
<br>Explain: _DETAINEE STATED TLOUGLTS OF SUICIDE,_
_TRANSFERED TO M.P.C.J.F INFIRMARY_

_____

## Detainee's Property                    Seized as Evidence

Currency/Coin  U.S. Currency: _7.00_          U.S. Currency: _____
<br>U.S. Coin: _2.26_          U.S. Coin: _____
<br>Total: _9.26_          Total: _____
<br>(Have detainee initial next to totals)

Clothing: _BELT, WALLET WITH S.S card, LICENCES (NJ)._

_____

Jewelry: _NECKLESS WITH EGYPTION CROSS, DEVIL HORNS AND_
_CAT EYE CONTACT LENSES_

Miscellaneous: _3 SETS OF KEYS (ONE SET VICTIMS)_
_PSYCH TREATMENT PLAN, AMTRACK TRAIN TICKET_

_____    _06/26/03_    _06:21_ hours
<br>Officer Receiving Property    Date    Time

_____    _____    _____ hours
<br>Transporting Officer    Date    Time

I, _____, have received the above property from the Wilmington Department of Police, which
was taken from me on the above date. _____    _____ hours.
<br>Date    Time

| Name | Phase | SNU Phase Report 8/28/06-9/3/06 |
|------|-------|-------------------------------|
| Brown, Fred | 2 | **Day Rec Only, No Evening Rec** |
| Bryant Waples | 2 | **Day Rec Only, No Evening Rec** |
| Martin, Micheal | 2 | **Day Rec Only, No Evening Rec** |
| Norman Banks | 2 | **Day Rec Only, No Evening Rec** |
| Dale Stevenson | 3 | |
| Stanley King | 4 | |
| Wayne Thomas | 4 | |
| Brooks, Darren | 4 | |
| Bryan Selhorst | 4 | |
| Chapman, Tremaine | 4 | |
| Darius Johnson | 4 | |
| Dennis, Chris. | 4 | |
| Dixon, Kevin | 4 | |
| **Dolan, Michael** | 4 | **Community Leader  News** |
| Drozdowski, Benard | 4 | |
| Flamer, Jerel | 4 | |
| Forrester, Chris | 4 | |
| Frank, Richard | 4 | |
| Glaze, Billy | 4 | |
| Godfrey, Clarence | 4 | |
| Hull, Robert | 4 | |
| **Jimmy Lewis** | 4 | **Activity Leader** |
| Lamar Trower | 4 | |
| Leonard Baylis | 4 | |
| Mathews, Willis | 4 | |
| Michael Chicosky | 4 | |
| Miller, Tyrone | 4 | |
| Minor, Samuel | 4 | |
| Murray, William | 4 | |
| Norris Durham | 4 | |
| Novello, William | 4 | |
| Quirico, Hector | 4 | |
| Roy Campbell | 4 | |
| Scott, Ronald | 4 | |
| Sheats, John | 4 | |
| **Ternahan, John** | 4 | **Community Leader/** Environmental |
| Williams, Willie | 4 | |
| Wright, Floyd | 4 | |
| Zickgraf, Steven | 4 | |
| | | |

| | Phase | SNU Phase Report 8/7/06-8/13/06 |
|---|---|---|
| . Selhorst | 2 | Day Rec Only, No Evening Rec |
| it Waples | 2 | Day Rec Only, No Evening Rec |
| d Crosby | 2 | Day Rec Only, No Evening Rec |
| artin, Micheal | 2 | Day Rec Only, No Evening Rec |
| Norman Banks | 2 | Day Rec Only, No Evening Rec |
| Lamar Trower | 3 | |
| Novello, William | 4 | |
| Sheats, John | 4 | |
| Brooks, Darren | 4 | |
| Brown, Fred | 4 | |
| Chapman, Tremaine | 4 | |
| Darius Johnson | 4 | |
| Dennis, Chris. | 4 | |
| Dixon, Kevin | 4 | |
| **Dolan, Michael** | 4 | **Community Leader** News |
| Drozdowski, Benard | 4 | |
| Flamer, Jerel | 4 | |
| Forrester, Chris | 4 | |
| Frank, Richard | 4 | |
| Glaze, Billy | 4 | |
| Godfrey, Clarence | 4 | |
| Hull, Robert | 4 | |
| **Jimmy Lewis** | 4 | **Activity Leader** |
| Leonard Baylis | 4 | |
| Mathews, Willis | 4 | |
| Michael Chicosky | 4 | |
| Miller, Tyrone | 4 | |
| Minor, Samuel | 4 | |
| Murray, William | 4 | |
| Norris Durham | 4 | |
| Quirico, Hector | 4 | |
| Roy Campbell | 4 | |
| Scott, Ronald | 4 | |
| **Ternahan, John** | 4 | **Community Leader/l** Environmental |
| Williams, Willie | 4 | |
| Wright, Floyd | 4 | |
| Zickgraf, Steven | 4 | |

| Name | Phase | 23-D - SNU Phase Report 4/9/07- 4/15/07 |
|---|---|---|
| Stevenson Dale | 3 | |
| Bridges, Travis | 3 | |
| Brophy Robert | 3 | |
| Chicosky Michael | 3 | |
| Godfrey Clarence | 3 | |
| Waples Bryan | 3 | |
| Baylis Leonard | 4 | |
| Blackburn John | 4 | |
| Brooks Darren | 4 | |
| Campbell Roy | 4 | |
| Chapman Tremayne | 4 | |
| Crosby, David | 4 | |
| Dennis Christopher | 4 | |
| **Dickerson Louis** | 4 | **Environmental Leader** |
| Dixon Kevin | 4 | |
| Dolan Michael | 4 | |
| Durham Norris | 4 | |
| Flamer Jerel | 4 | |
| Glaze Billy | 4 | |
| Johnson Darius | 4 | |
| Miller Tyrone | 4 | |
| Minear Clayton | 4 | |
| Mitchell Jesse | 4 | |
| Murray William | 4 | |
| Nieves Luis | 4 | |
| Novello William | 4 | |
| **Pierce Lyle** | 4 | **Activity Leader** |
| Scott Ronald | 4 | |
| **Williams Dana** | 4 | **Community Reporter/News** |
| Williams Willie | 4 | |
| Zickgraf Steven | 4 | |



| 23D CLEANUP SCHEDULE | | MARCH 07. Environmental Leader for MARCH John Blackburn | |
|---|---|---|---|
| **DATE** | **UPPER** | **LOWER** | |
| 1 | WILLIAM NOVELLO | LYLE PIERCE | |
| 2 | LEONARD BAYLIS | JESSIE MITCHELL | |
| 3 | LOUIS DICKERSON | RONALD SCOTT | |
| 4 | JEREL FLAMER | MICHAEL CHICOSKY | |
| 5 | MICHAEL DOLAN | ROY CAMPBELL | |
| 6 | CLARENCE GODFREY | DALE STEVENSON | |
| 7 | DARREN BROOKS | WILLIE WILLIAMS | |
| 8 | WILLIAM MURRAY | BILLY GLAZE | |
| 9 | DARIUS JOHNSON | TREMAYNE CHAPMAN | |
| 10 | MICHAEL DOLAN | NORRIS DURHAM | |
| 11 | WILLIAM NOVELLO | BRYANT WAPLES | |
| 12 | CLAYTON MINEAR | LUIS NIEVES | |
| 13 | JIMMY LEWIS | DANA WILLIAMS | |
| 14 | TYRONE MILLER | CHRISTOPHER DENNIS | |
| 15 | KEVIN DIXON | STEVEN ZICKGRAFT | |
| 16 | WILLIAM NOVELLO | LYLE PIERCE | |
| 17 | LEONARD BAYLIS | JESSIE MITCHELL | |
| 18 | LOUIS DICKERSON | RONALD SCOTT | |
| 19 | JEREL FLAMER | MICHAEL CHICOSKY | |
| 20 | JIMMY LEWIS | ROY CAMPBELL | |
| 21 | CLARENCE GODFREY | DALE STEVENSON | |
| 22 | DARREN BROOKS | WILLIE WILLIAMS | |
| 23 | WILLIAM MURRAY | BILLY GLAZE | |
| 24 | DARIUS JOHNSON | TREMAYNE CHAPMAN | |
| 25 | MICHAEL DOLAN | NORRIS DURHAM | |
| 26 | LOUIS DICKERSON | BRYANT WAPLES | |
| 27 | CLAYTON MINEAR | LUIS NIEVES | |
| 28 | JIMMY LEWIS | DANA WILLIAMS | |
| 29 | TYRONE MILLER | CHRISTOPHER DENNIS | |
| 30 | KEVIN DIXON | ~~STEVEN ZICKGRAFT~~ Flamer | |
| 31 | WILLIAM NOVELLO | LYLE PIERCE | |

**Participating in cleanup is considered a part of the Special Needs Unit Program. Each person is a part of the community and therefore should do their part to help keep the environment clean.**

**\*If you choose not to help when it is your turn on the schedule, you will lose points, which will most likely affect your phase level. Acceptable excuses include being out for an appointment, visit, etc., or a valid sick call slip being submitted. Security staff will be given the schedule to know who to allow out during cleanup time. Staff will inform them of any substitutions for the day.**

**\*The Environmental Leader changes each month. They are to come out daily with those listed above to participate and lead the cleanup process.**

1302 577 7849    Case SUB1:CO4-FEND-O14850-GMS    Document 267    Filed 04/23/2008am.   Page 46 of 50    2/3

File



## PUBLIC DEFENDER OF THE STATE OF DELAWARE
### 900 N. KING STREET, SECOND FLOOR
### WILMINGTON, DELAWARE 19801

LAWRENCE M. SULLIVAN
PUBLIC DEFENDER

DAWN M. WILLIAMS
ASSISTANT PUBLIC DEFENDER

BRIAN J. BARTLEY
CHIEF DEPUTY

TELEPHONE (302) 577-6025 x 3011

March 3, 2008

The Honorable Alex J. Smalls
Chief Judge
Court of Common Pleas
New Castle County Courthouse
500 N. King Street
Wilmington, DE  19801

    **Re:   State of Delaware v. Jimmy Lewis**
    **Case No. 0801012699**

Dear Chief Judge Smalls:

    Our office represents Mr. Lewis on the above case currently pending in the Court of Common Pleas.  It was determined by Judge Welch, in agreement with myself and the State, that Mr. Lewis was in need of a psychiatric evaluation.  He is presently being held at Delaware Correctional Center and the staff at DCC concur that he has mental health issues.

    I am requesting Your Honor sign the enclosed Order for a Competency Evaluation at the Delaware Psychiatric Center for Mr. Lewis.

    I am available if Your Honor has any questions or concerns regarding this request.

                    Respectfully submitted,

                    Michelle S. Nardozzi
                    Assistant Public Defender

MSN/mcg

IN THE COURT OF COMMON PLEAS FOR THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

STATE OF DELAWARE            )
                             )
          v.                 )
                             )   Case No. 0801012699
                             )
JIMMY LEWIS                  )
                             )
          Defendant          )

O R D E R

AND NOW, TO WIT, this _____5ᵗ_____ day of _____March_____ A.D.,
2008, the foregoing having been heard and considered, it is
hereby;

ORDERED that the defendant, Jimmy Lewis, be transferred
from the Delaware Correctional Center to the Delaware
Psychiatric Center for a psychiatric and competency evaluation
to determine competency and obtain treatment for his own well-
being.

_____
                        JUDGE

Date:    March 3, 2008

```
            COURT OF COMMON PLEAS CRIMINAL DOCKET          Page    1
                    ( as of  03/19/2008 )

State of Delaware v.  JIMMY LEWIS                               DOB: 12/25/1966
State's Atty: , Esq.                      AKA: EMMANUEL E ELDER
Defense Atty: DEFENDER PUBLIC , Esq.           EMMANUEL E ELDER



Assigned Judge:

Charges:
Count    DUC#      Crim.Action#    Description       Dispo.   Dispo. Date
----------------------------------------------------------------------
 001   0801012699   MN08013012    DISORD CONDUCT
 002   0801012699   MN08013013    ASSAULT 3RD
 003   0801012699   MN08013014    ASSAULT 3RD

     Event
No.  Date         Event                                 Judge
----------------------------------------------------------------------
   01/14/2008
   CASE FILED ON 01/14/2008;  ARREST DATE 01/11/2008
   ARRAIGNMENT SCHEDULED FOR
   SECURED BAIL-HELD                        1,500.00
        MN08013012    DE111301001A   DISORD CONDUCT
        MN08013013    DE1106110001   ASSAULT 3RD
        MN08013014    DE1106110001   ASSAULT 3RD
   01/14/2008
   ARRAIGNMENT SCHEDULED FOR 01/15/2008 AT 01:35 PM
   SECURED BAIL-HELD                        1,500.00
   01/15/2008
   DEFENDANT PLED NOT GUILTY AND DEMANDED JURY TRIAL.
   SECURED BAIL-HELD                        1,500.00
   01/15/2008
   JURY TRIAL SCHEDULED FOR 05/15/2008 AT 08:30 AM
   02/27/2008
   MOTION FOR PSYCHIATRIC EVALUATION SCHEDULED 3/14/2008
      AT 08:30 AM
   MOTION TO COMPEL DISCOVERY
   03/14/2008                                  WELCH JOHN K.
   MOTION WITHDRAWN; REQUESTED BY PUBLIC DEFENDER.
   DISCOVERY RECEIVED.

            *** END OF DOCKET LISTING AS OF  03/19/2008 ***
                    PRINTED BY: CCPKGOO
```

```
                    COURT OF COMMON PLEAS CRIMINAL DOCKET          Page    1
                          ( as of  02/27/2008 )

State of Delaware v.  JIMMY LEWIS                                  DOB: 12/25/1966
State's Atty: , Esq.                          AKA: EMMANUEL E ELDER
Defense Atty: DEFENDER PUBLIC , Esq.               EMMANUEL E ELDER



Assigned Judge:

Charges:
 Count     DUC#        Crim.Action#      Description        Dispo.    Dispo. Date
--------------------------------------------------------------------------------
 001    0801012699    MN08013012     DISORD CONDUCT
 002    0801012699    MN08013013     ASSAULT 3RD
 003    0801012699    MN08013014     ASSAULT 3RD

      Event
No.   Date          Event                                  Judge
--------------------------------------------------------------------------------
    01/14/2008
      CASE FILED ON 01/14/2008;  ARREST DATE 01/11/2008
      ARRAIGNMENT SCHEDULED FOR
      SECURED BAIL-HELD                           1,500.00
          MN08013012      DE111301001A   DISORD CONDUCT
          MN08013013      DE1106110001   ASSAULT 3RD
          MN08013014      DE1106110001   ASSAULT 3RD
    01/14/2008
      ARRAIGNMENT SCHEDULED FOR 01/15/2008 AT 01:35 PM
      SECURED BAIL-HELD                           1,500.00
    01/15/2008
      DEFENDANT PLED NOT GUILTY AND DEMANDED JURY TRIAL.
      SECURED BAIL-HELD                           1,500.00
    01/15/2008
      JURY TRIAL SCHEDULED FOR 05/15/2008 AT 08:30 AM

              *** END OF DOCKET LISTING AS OF  02/27/2008 ***
                    PRINTED BY: CCPKGOO
```

Defendant Name:

| AKA: | Lewis, Jimmy | Judge: | PLA |
|---|---|---|---|
| ID Number: | 00305616966 | DOB: | ~~██████~~ |

| Criminal Action Number: | | Charge: | |
|---|---|---|---|
| Prefix IN Number 03-06-0176 Suffix | | Theft 1000 or > | |

**FINANCIAL**

| ☐ Pay Costs | ☐ Costs Suspended | ☐ Pay Fine $ | ☐ 15% ☐ 18% | ☐ Fine Suspended: |
|---|---|---|---|---|

**IMPRISONMENT/PROBATION**

☐ In Violation of Probation/Contempt    ☐ Revoked    ☐ Continued    ☐ Modified    ☐ Discharged

Effective:

Be imprisoned for **2** years_____months_____days    At Level **5**

Level 5 Treatment:_____

Beginning:_____

Ending:_____

Eff Date:_____

☐ Min. Mandatory Time:_____    Title/Sec:_____    ☐ Credit for    ☐ Time Served

☐ Suspended Immediately

☒ Susp After____**1Y**____    ☐ time served (for)____**1Y**____ at Level____**4**    ☐ by Plummer/Home Conf/Day Reporting

☒ Susp After____**6m**____    ☐ time served (for)____**6m**____ at Level____**3**    ☐ Plummer/Home Conf/Day Reporting

☐ Susp After_____    ☐ time served for_____at Level_____    ☐ Plummer/Home Conf/Day Reporting

Followed By:_____at Level_____    Balance at Level_____

Probation for_____at Level_____Suspended after_____for_____at Level_____

☐ Consecutive to:_____    ☒ Concurrent with:_____

☐ Level 4 Sentence, Hold at: (circle one)    3    5

☐ Guilty but Mentally Ill, to be confined at Delaware Psychiatric Center (Delaware State Hospital) until competent.

| RESTITUTION | TO: | | Amount: |
|---|---|---|---|
| ☐ Determined by Presentence Memo | Address: | | |

**CONDITIONS**    ☐ Pay costs, fines, restitution during_____    ☐ Probationary period    ☐ Previously Ordered

☐ Work Referral
☐ Pay Costs of Supervision
☐ Community Service:_____Hours
☐ No Contact with_____

☐ TASC Supervision/Evaluation
☐ One Time Fee
☐ Determined by Probation
☐ Victim    ☐ Codefendant

☐ No Driving for_____
☐ Subst Abuse Eval
☐ Residential Drug/Alc
☐ Outpatient Drug/Alc
☐ 4177 DUI Program
☐ Follow Original Conditions of Probation

☐ Alcohol Treatment
☐ Job Training
☐ Fully Employed
☐ Zero Tolerance

☐ Mental Health
☐ Obtain GED
☐ Random Urinalysis

☐ SEX OFFENDER: Registration/Community Notification Required. Level 1-4 Sentence: Super Ct to provide notice and register deft. Level 5 Sentence: Dept of Correction to provide notice and register deft.

(circle one)

**COMMITMENT**

RELEASE

DEFERRED COMMITMENT

☒ Nolle Prosses entered on remaining charges
☒ Nolle Prosses entered on Criminal Action Number(s):

| PR $ |
|---|
| SH $ |
| TOTAL $ |

| DEF ATTY: | DAG: | CLERK: | CT. REP: |
|---|---|---|---|
| Edinger | Robertson | Ferry | Coale |

Document Control No: 02-03-10-98-09-02