AKA: _Lewis Jimmy_    Judge: _PLA_

ID Number: _0305D16966_    DOB: ▮▮▮▮▮

Criminal Action Number:    Charge:

Prefix _IN_ Number _03-06-0175_ Suffix    _Carjacking 2nd_

FINANCIAL

| ☐ Pay Costs | ☐ Costs Suspended | ☐ Pay Fine $ | ☐ 15% ☐ 18% | ☐ Fine Suspended: |
|---|---|---|---|---|

IMPRISONMENT/PROBATION

☐ In Violation of Probation/Contempt    ☐ Revoked    ☐ Continued    ☐ Modified    ☐ Discharged

Effective:

Be imprisoned for _5_ years_____ months_____ days   At Level _5_

Level 5 Treatment:_____

Beginning:_____

Ending:_____

Eff Date: _5/26/03_

☐ Min. Mandatory Time:_____    Title/Sec:_____    ☐ Credit for    ☐ Time Served

☐ Suspended Immediately

☐ Susp After_____ ☐ time served for_____ at Level_____ ☐ Plummer/Home Conf/Day Reporting

☐ Susp After_____ ☐ time served for_____ at Level_____ ☐ Plummer/Home Conf/Day Reporting

☐ Susp After_____ ☐ time served for_____ at Level_____ ☐ Plummer/Home Conf/Day Reporting

Followed By:_____ at Level_____    Balance at Level_____

Probation for_____ at Level_____ Suspended after_____ for_____ at Level_____

☐ Consecutive to:    ☒ Concurrent with:

☐ Level 4 Sentence, Hold at: (circle one)  3  5    ☐ Guilty but Mentally Ill, to be confined at Delaware Psychiatric Center (Delaware State Hospital) until competent.

RESTITUTION    TO:    Amount:

☐ Determined by Presentence Memo    Address:

CONDITIONS    ☐ Pay costs, fines, restitution during_____    ☐ Probationary period  ☐ Previously Ordered

☐ Work Referral    ☐ TASC Supervision/Evaluation
☐ Pay Costs of Supervision    ☐ One Time Fee    ☐ Determined by Probation
☐ Community Service:_____ Hours
☒ No Contact with _Patrick Greer_____ ☐ Victim  ☐ Codefendant

☐ No Driving for_____
☒ Subst Abuse Eval    ☐ Alcohol Treatment    ☒ Mental Health
☐ Residential Drug/Alc    ☐ Job Training    ☐ Obtain GED
☐ Outpatient Drug/Alc    ☐ Fully Employed    ☐ Random Urinalysis
☐ 4177 DUI Program    ☐ Zero Tolerance
☐ Follow Original Conditions of Probation  ☒ _Anger Management_

☐ SEX OFFENDER: Registration/Community Notification Required. Level 1-4 Sentence: Super Ct to provide notice and register deft. Level 5 Sentence: Dept of Correction to provide notice and register deft.

(circle one)
**COMMITMENT**

RELEASE

DEFERRED COMMITMENT

☒ Nolle Prosses entered on remaining charges
☒ Nolle Prosses entered on Criminal Action Number(s):

| PR $ |
|---|
| SH $ |
| TOTAL $ |

DEF ATTY: _Edinger_    DAG: _Robertson_    CLERK: _Ferry_    CT. REP: _Coale_

Document Control No : 02-03-10-98-09-02

Defendant Name:

| | |
|---|---|
| AKA: | Lewis, Jimmy |
| ID Number: | 03050016966 |

Judge: PLA

DOB: ▬▬▬▬

Criminal Action Number:

Prefix IN   Number 03-06-0177   Suffix

Charge: Resist Arrest

**FINANCIAL**

| ❑ Pay Costs | ❑ Costs Suspended | ❑ Pay Fine $ | ❑ 15% ❑ 18% | ❑ Fine Suspended: |
|---|---|---|---|---|

**IMPRISONMENT/PROBATION**

❑ In Violation of Probation/Contempt    ❑ Revoked    ❑ Continued    ❑ Modified    ❑ Discharged

Effective:

Be imprisoned for ___ 1 ___ years ___ months ___ days   At Level ___ 5

Beginning: _____

Ending: _____

Level 5 Treatment: _____

Eff Date: _____

❑ Min. Mandatory Time: _____ Title/Sec: _____   ❑ Credit for   ❑ Time Served

❑ Suspended Immediately

❑ Susp After _____ ❑ time served for ) 1Y at Level 2 ❑ Plummer/Home Conf/Day Reporting

❑ Susp After _____ ❑ time served for _____ at Level _____ ❑ Plummer/Home Conf/Day Reporting

❑ Susp After _____ ❑ time served for _____ at Level _____ ❑ Plummer/Home Conf/Day Reporting

Followed By: _____ at Level _____   Balance at Level _____

Probation for _____ at Level _____ Suspended after _____ for _____ at Level _____

❑ Consecutive to: _____   ❑ Concurrent with:

| ❑ Level 4 Sentence, Hold at; (circle one)  3  5 | ❑ Guilty but Mentally Ill, to be confined at Delaware Psychiatric Center (Delaware State Hospital) until competent. |
|---|---|

**RESTITUTION**

❑ Determined by Presentence Memo

TO:

Address:

Amount:

**CONDITIONS**   ❑ Pay costs, fines, restitution during _____   ❑ Probationary period   ❑ Previously Ordered

| | | |
|---|---|---|
| ❑ Work Referral<br>❑ Pay Costs of Supervision<br>❑ Community Service: _____ Hours<br>❑ No Contact with _____ | ❑ TASC Supervision/Evaluation<br>❑ One Time Fee    ❑ Determined by Probation<br><br>❑ Victim   ❑ Codefendant | ❑ SEX OFFENDER: Registration/Community Notification Required. Level 1-4 Sentence: Super Ct to provide notice and register deft. Level 5 Sentence: Dept of Correction to provide notice and register deft. |
| ❑ No Driving for _____<br>❑ Subst Abuse Eval<br>❑ Residential Drug/Alc<br>❑ Outpatient Drug/Alc<br>❑ 4177 DUI Program<br>❑ Follow Original Conditions of Probation | ❑ Alcohol Treatment   ❑ Mental Health<br>❑ Job Training   ❑ Obtain GED<br>❑ Fully Employed   ❑ Random Urinalysis<br>❑ Zero Tolerance | (circle one)<br>COMMITMENT<br><br>RELEASE<br><br>DEFERRED COMMITMENT |

❑ Nolle Prosses entered on remaining charges

❑ Nolle Prosses entered on Criminal Action Number(s): _____

| PR $ |
|---|
| SH $ |
| TOTAL $ |

| DEFATTY: | DAG: | CLERK: | CT. REP: |
|---|---|---|---|
| Edinger | Robertson | Ferry | Coale |

Document Control No.: 02-03-10-98-09-02

**STATE OF DELAWARE**

     **VS.**

**JIMMY LEWIS**

**Alias: No Aliases**

**DOB:** ████████████
**SBI: 00506622**

**CASE NUMBER:**                          **CRIMINAL ACTION NUMBER:**
**0305016966**                             **IN03-06-0175**
                                            **CARJACKING 2ND(F)**
                                            **IN03-06-0176**
                                            **THEFT $1000 OR>(F)**
                                            **IN03-06-0177**
                                            **RESIST ARREST(M)**

## SENTENCE ORDER

**NOW THIS 11TH DAY OF FEBRUARY, 2005, IT IS THE ORDER OF
THE COURT THAT:**

The defendant is adjudged guilty of the offense(s) charged.
The defendant is to pay the costs of prosecution and all
statutory surcharges.


 **AS TO IN03-06-0175- : TIS**
 **CARJACKING 2ND**

**Effective May 26, 2003  the defendant is sentenced
as follows:**

 - The defendant is placed in the custody of the Department
of Correction for 5 year(s) at supervision level 5


 Probation is concurrent to any probation now serving.


 **AS TO IN03-06-0176- : TIS**
 **THEFT $1000 OR>**

 - The defendant is placed in the custody of the Department
of Correction for 2 year(s) at supervision level 5

 - Suspended after serving 1 year(s)  at supervision level 5

\*\*APPROVED ORDER\*\*    1    November  9, 2007 10:11

STATE OF DELAWARE
VS.
**JIMMY LEWIS**
**DOB: 12/25/1966**
**SBI: 00506622**

 - For 1 year(s)  supervision level 4 **PLUMMER** **CENTER**

 - Suspended after serving 6 month(s)  at supervision level
4 **PLUMMER** **CENTER**

 - For 6 month(s)  supervision level 3

 - Hold at supervision level 5

 - Until space is available at supervision level 4
**PLUMMER** **CENTER**

 Probation is concurrent to any probation now serving.

 **AS TO IN03-06-0177- : TIS**
 **RESIST ARREST**

 - The defendant is placed in the custody of the Department
of Correction for 1 year(s) at supervision level 5

 - Suspended for 1 year(s)  at supervision  level 2

 Probation is concurrent to any probation now serving.

**STATE OF DELAWARE**
       **VS.**
**JIMMY LEWIS**
**DOB: 12/25/1966**
**SBI: 00506622**

                         **CASE NUMBER:**
                            **0305016966**


The defendant shall pay any monetary assessments ordered
during the period of probation pursuant to a schedule of
payments which the probation officer will establish.


Have no contact with Patrick Geer


Defendant shall successfully complete anger management,
counseling, treatment program.


The defendant shall undergo mental health evaluation and
follow recommendation for counseling and treatment.


                         **NOTES**
Aggravating Circumstances - 2 or more violent felonies -
Lack of Remorse


                         _____
                         **JUDGE PEGGY L ABLEMAN**

**STATE OF DELAWARE**
      **VS.**
**JIMMY LEWIS**
**DOB: 12/25/1966**
**SBI: 00506622**

            **CASE NUMBER:**
              0305016966

<u>**AGGRAVATING**</u>
LACK OF REMORSE

**STATE OF DELAWARE**
     **VS.**
**JIMMY LEWIS**
**DOB: 12/25/1966**
**SBI: 00506622**

              **CASE NUMBER:**
                0305016966


SENTENCE CONTINUED:


TOTAL DRUG DIVERSION FEE ORDERED

TOTAL CIVIL PENALTY ORDERED

TOTAL DRUG REHAB. TREAT. ED. ORDERED

TOTAL EXTRADITION ORDERED

TOTAL FINE AMOUNT ORDERED

FORENSIC FINE ORDERED

RESTITUTION ORDERED

SHERIFF, NCCO ORDERED

SHERIFF, KENT ORDERED

SHERIFF, SUSSEX ORDERED

PUBLIC DEF, FEE ORDERED                50.00

PROSECUTION FEE ORDERED            100.00

VICTIM'S COM ORDERED

VIDEOPHONE FEE ORDERED               3.00

---

TOTAL                      153.00


**APPROVED ORDER**   4    November  9, 2007 10:11

**Delaware** .ychiatric    nter
**Patient Preference List**

LEWIS, JIMMY
_____ , UNK M AF U
→ EDWIN PLACE NEWARK NJ 07112
MELBA JEAN LEWIS MOTH AREA 5
973-481-5028          05/21/2004

| Description | ++ | + | - | Comments |
|---|---|---|---|---|
| **Starch** | | | | |
| Potatoes | | ✓ | | |
| Pasta | | ✓ | | |
| Rice | | ✓ | | |
| | | | | |
| **Meat/Protein** | | | | |
| Eggs | | ✓ | | |
| Beef | | ✓ | | |
| Chicken | | ✓ | | |
| Turkey | | | ✓ | |
| Pork | | | ✓ | |
| Ham | | | ✓ | |
| Veal | | | ✓ | |
| Fish | | ✓ | | |
| Seafood | | ✓ | | |
| Tuna | | ✓ | | |
| Cottage cheese | | ✓ | | |
| Cheese | | ✓ | | |
| Peanut Butter | | ✓ | | |
| Bacon | | | ✓ | |
| Sausage | | | ✓ | |
| | | | | |
| **Breakfast** | | | | |
| French toast | | ✓ | | |
| Pancakes | | ✓ | | |
| Cereal | | | | cold |

| Description | ++ | + | - | Comments |
|---|---|---|---|---|
| **Vegetables** | | | | |
| Beets | | ✓ | | |
| Broccoli | | ✓ | | |
| Cabbage | | ✓ | | |
| Carrots | | ✓ | | |
| Cauliflower | | ✓ | | |
| Corn | | ✓ | | |
| Cucumbers | | ✓ | | |
| Green Beans | | ✓ | | |
| Lima Beans | | ✓ | | |
| Peas | | ✓ | | |
| Salad | | ✓ | | |
| Spinach | | ✓ | | |
| Tomatoes | ✓ | | | raw |
| Zucchini | | ✓ | | |
| Tomato products | | | ✓ | |
| | | | | |
| **Other** | | | | |

**Key**   ++ Favorite   + Likes   - Dislikes

| | Breakfast | Lunch | Dinner |
|---|---|---|---|
| Hot Beverage Preference | | | |
| Milk Preference | | | |
| Bread Preference | unleavened brd. only | | |
| Juice Preference | apple | | |
| Cereal Preference | cold | | |

**Comments**

pt. eats cheese

Does patient have any ethnic or religious preferences?

no pork, bread,

Does patient have food allergies?

milk

Sign N. Andersen, RD      Date: 5-24-04

10/00
NA

CONFIDENTIAL INFORMATION
For professional use by authorized
persons only -- not to be duplicated
or released to others.

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 02/22/2008

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| Offender Name : LEWIS, JIMMY | SBI# : 00506622 | Institution : DCC | |
| Grievance # : 151666 | Grievance Date : 02/08/2008 | Category : Individual | |
| Status : Unresolved | Resolution Status : | Resol. Date : | |
| Grievance Type: Health Issue (Medical) | Incident Date : 02/08/2008 | Incident Time : | |
| IGC : Dutton, Matthew | Housing Location : Bldg 17, Lower, Tier A, Cell H, Single | | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate Claims: On Feb 1, 2008 I wrote and submitted a medical sick call request form stating that my feet and severely dry and cracked and that I also have fungus in between my toes. I requested to be checked by the doctor in order to have the ointment Eucern and to re-prescribed to me. But the sick call slip was returned to me, stating that I should purchase said item from commissary.

**Remedy Requested** : To be checked by the doctor in order to be prescribed the ointments I need to remedy the aforementioned condition of my feet.

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| Medical Grievance : YES | Date Received by Medical Unit : 02/22/2008 |
| Investigation Sent : 02/22/2008 | Investigation Sent To : Moore, Ronnie |
| Grievance Amount : | |

## DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): **MEDICAL** DENTAL MENTAL HEALTH

JIMMIE LEWIS                    A HC SHU 17
_____ Name (Print) _____                    Housing Location

_____ Date of Birth _____    506622    2/1/08
                              SBI Number    Date Submitted

Complaint (What type of problem are you having)? THE SKIN ON THE
BOTTOM OF MY FEET ARE SEVERELY DRY + CRACKED
IM REQUESTING TO BE PRESCRIBED UCERIN OINTMENT
AS WELL AS TOLNAFTATE ANTI-FUNGAL.

Jimmie Lewis                    2/1/08
Inmate Signature                 Date

**The below area is for medical use only. Please do not write any further.**

S: C/o dryness to feet

O: Temp:_____ Pulse:_____ Resp:_____ B/P:_____ WT:_____

A: Chart √ previous orders

P:

E: Memo: lotion must be bought from commissary
for dry skin no longer just given upon request

Tanya Collins, R                2/4/08
Provider Signature & Title        Date & Time

3/1/99 DE01
FORM#:
**MED**
263

SMYRNA DE, 199??
**Phone No. 302-653-9261**

# INFORMAL RESOLUTION

## OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| Offender Name : LEWIS, JIMMY | SBI# : 00506622 | Institution : DCC | |
| Grievance # : 21065 | Grievance Date : 11/21/2005 | Category : Individual | |
| Status : Resolved | Resolution Status: Level 3 | Inmate Status : | |
| Grievance Type: Mail | Incident Date : 11/21/2005 | Incident Time : | |
| IGC : Merson, Lise M | Housing Location :Bldg 23, Upper, Tier D, Cell 2, Bottom | | |

## INFORMAL RESOLUTION

**Investigator Name   :** Smith, Tonya                    **Date of Report** 12/09/2005

**Investigation Report :**

**Reason for Referring:**

---

**Investigator Name   :** Smith, Tonya                    **Date of Report** 04/28/2006

**Investigation Report :**

**Reason for Referring:** Ms. Smith,
This grievance has reached the 150 warning. Please have someone meet with the inmate for a level 1 and resolve if possible. Thank You,
Cpl. Merson

---

**Investigator Name   :** Smith, Tonya                    **Date of Report** 08/09/2006

**Investigation Report :** The DCC Mail Room is to process outgoing legal mail within 48 hours of their receipt of such mail.

**Reason for Referring:** Ms Smith this grievance is 9 months old and there has never been an investigation done one needs to be completed ASAP in order for a hearing to be held thank you Cpl Merson

---

**Investigator Name   :** Profaci, Alisa                    **Date of Report** 08/18/2006

**Investigation Report :**

**Reason for Referring:** Please review with Inmate.

---

**Investigator Name   :** Burris, Betty                    **Date of Report** 10/26/2006

**Investigation Report :**

**Reason for Referring:** As per your instructions.

---

**Investigator Name   :** Smith, Tonya                    **Date of Report** 11/30/2006

**Investigation Report :**

**Reason for Referring:** fy action.

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| Offender Name : LEWIS, JIMMY | SBI# : 00506622 | Institution : DCC | |
| Grievance # : 21065 | Grievance Date : 11/21/2005 | Category : Individual | |
| Status : Resolved | Resolution Status : Level 3 | Resol. Date : 03/27/2007 | |
| Grievance Type: Mail | Incident Date : 11/21/2005 | Incident Time : | |
| IGC : Merson, Lise M | Housing Location : Bldg 23, Upper, Tier D, Cell 2, Bottom | | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** The Mail Room is holding my legal mail that I am sending to the courts for 2 weeks before it is sent out. The dilemma is that the courts often order a rapid response (within 10 days) of receiving said order to respond. The 2 week delay for my response(s) can ultimately result in my case(s) being denied or procedurally barred due to my failure to respond with said court order.

**Remedy Requested** : I want my legal mail to be sent out to their destinations within 24 hours of being delivered to the Mail Room.

## INDIVIDUALS INVOLVED

| Type | SBI# | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| Medical Grievance : NO | Date Received by Medical Unit : |
| Investigation Sent : | Investigation Sent To : Smith, Tonya |
| Grievance Amount : | |

**Phone No. 302-653-9261**

## GRIEVANCE INFORMATION - Appeal

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : LEWIS, JIMMY | SBI# : 00506622 | Institution : DCC |
| Grievance # : 21065 | Grievance Date : 11/21/2005 | Category : Individual |
| Status : Resolved | Resolution Status : Level 3 | Inmate Status : |
| Grievance Type: Mail | Incident Date : 11/21/2005 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg 23, Upper, Tier D, Cell 2, Bottom | |

### APPEAL REQUEST

Appeal returned 27 March 2007.

Inmate states: As an inmate prisoner, I am allowed to utilize the pay to form #34 to cover the cost for legal mail postage; for which I must do without first knowing how much the cost of the legal mail postage will be, or exactly when the legal mail actually leaves this facility. My inmate individual account statement shows withdrawls for pay to's submitted two and three months prior, nor am I able to identify exactly who is responsible for withdrawing funds from my account. Also, I need to be able to factualy varify that I have meet deadlines imposed by the courts.

### REMEDY REQUEST

# GRIEVANCE INFORMATION - WARDEN

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : LEWIS, JIMMY | SBI# : 00506622 | Institution : DCC |
| Grievance # : 21065 | Grievance Date : 11/21/2005 | Category : Individual |
| Status : Resolved | Resolution Status : Level 3 | Inmate Status : |
| Grievance Type: Mail | Incident Date : 11/21/2005 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg 23, Upper, Tier D, Cell 2, Bottom | |

## REFERRED TO

Due Date :            Referred to:            Name:

Type of Information Requested :

## DECISION

Date Received    : 01/05/2007

Decision Date    : 03/16/2007        Vote : Deny

Comments    : Denied.  All outgoing legal mail is processed within 48 hours of the Mail Room receiving such.

    cc IGC
      Inmate

_____        _____

**WARDEN / WARDEN'S DESIGNEE SIGNATURE**        DATE

I WISH TO APPEAL THIS TO THE BUREAU GRIEVANCE OFFICER (B.G.O.)    YES:_____        NO:_____

_____        _____

**GRIEVANT'S SIGNATURE**        DATE

_____        _____

**I.G.C. SIGNATURE**        DATE

Phone No. 302-xxx-xxxx

## GRIEVANCE INFORMATION - RGC

### OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| **Offender Name** : LEWIS, JIMMY | **SBI#** : 00506622 | **Institution** : DCC |
| **Grievance #** : 21065 | **Grievance Date** : 11/21/2005 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status** : Level 3 | **Inmate Status** : |
| **Grievance Type**: Mail | **Incident Date** : 11/21/2005 | **Incident Time** : |
| **IGC** : Merson, Lise M | **Housing Location** : Bldg 23, Upper, Tier D, Cell 2, Bottom |

### RGC

**Date Received** : 12/26/2006      **Date of Recommendation**: 01/05/2007

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI# | Name | Vote |
|---|---|---|---|
| Inmate | 00370464 | NELSON, CRAIG C | Uphold |
| Inmate | 00367132 | STEVENS, RANDY W | Uphold |
| Staff | | Schrader, Sarah | Uphold |
| Staff | | Merson, Lise M | Uphold |
| Staff | | McCreanor, Michael | Abstain |

### VOTE COUNT

| | | |
|---|---|---|
| **Uphold** : 4 | **Deny** : 0 | **Abstain** : 1 |

### TIE BREAKER

| Person Type | SBI# | Name | Vote |
|---|---|---|---|

### RECOMMENDATION

Hearing held 3 January 2007.
Uphold: Sent out 9-23-06. Arrived 10-5-06. Still happening. Mail addressed to Supreme court, Dover, Delaware.  Court letter states appeal was 4 days late. There is no proof I/m sent letter on 9-23-06. I/m did not address grievance dated 11-2005. I/m stated 48 hrs deadline was acceptable. I/m would not sign.

Phone No. 302-653-9261

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| **Offender Name :** LEWIS, JIMMY | **SBI#** : 00506622 | **Institution** : DCC |
| **Grievance #** : 16149 | **Grievance Date** : 07/31/2005 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status :** | **Resol. Date :** |
| **Grievance Type:** Law Library | **Incident Date** : 07/31/2005 | **Incident Time :** |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg 19, Upper, Tier D, Cell 12, Single |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate claims he has bee requesting legal assistance from the LL for the last two weeks but to no avail. He states none of his correspondences are acknowledged.

**Remedy Requested** : Inmate requests to be told why he is being denied LL access.

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** NO | **Date Received by Medical Unit :** |
| **Investigation Sent :** | **Investigation Sent To** : Little, Michael |
| **Grievance Amount :** | |

RECEIVED

FEB 2 1 2008

DCC Warden's Office    2/21/08

To: Warden Phelps

From: Jimmie Lewis  SBI #506622
AHC SHU 17

1.) I'm writing because I have a few dilemmas that I must present to you for solutions. First of all, as of 12/9/07 I should have been placed on the wanting list for level 4 Plummer Center. I am being forced to serve my level 4 suspended sentence at level 5; CR A NO 0306O176.
I am suppose to serve the later part of my sentence, for which is 6 month level 4 and 6 month probation. Because I am to be held at level 5 until space is available at level 4 my commitment isn't illegal until may 1; 08., (Cindy wright records D.CC).

2.) The SHU law library Clerk Brian Engram will not provide me with the legal material I have requested on four seperate occasions since FEB 1, 08. I have also had the counselor Linda Kemp deliver my law library request; but to no avail.

3.) Before I was transfered to D.P.C
I owed $589.00 for legal postage.
At present I can't order the basic
hygiene products like everyone else,
such as deodorant, soap, lotion and toothpaste
nor can I order form commissary any
items such as food to suppliment the very
low calory diet. I hereby request that
the legal postage bill be waived and
or at least fixed so I can pay
30% of the bill, for each money order
I receive, for which would allow me
to purchase the products I needed
from commissary. Can you please
contact the Support Service Dept
in regards to this matter

4.) I have grieved these issues, but Capt McCranor
is doing his own thing, to the degree
that he picks and chooses what grievance
should be addressed even when its valid.


Please send me a return response
on the issues as soon as possible.

M E M O

TO:  I/M Jimmy Lewis, #506622, 19-A-U7, SHU

FROM:  Mackinnon Young, SHU Law Library Paralegal

RE:  Request Received on September 8, 2005

Your request for photocopies of the attached Grievance Reports are denied on the basis that they are not legal photocopies as presented.  I also refer you to Paralegal Brian Engrem's memo, dated April 19, 2005, denying a previous photocopy request of this nature.

Cc: File

FORM #584

## GRIEVANCE FORM

FACILITY: D. C - C                    DATE: 1/05/07

GRIEVANT'S NAME: Jimmie Lewis    SBI#: 506622

CASE#: 97908                    TIME OF INCIDENT: _____

HOUSING UNIT: MHU23 O-U-2

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

BRIAN ENGRAM HAS REPEATEDLY DENIED
ME LAW LIBRARY AND OR LEGAL MATERIAL
ACCESS ON NUMEROUS OCCASSIONS FOR WHICH
HAS CAUSED ME NUMEROUS DILEMMAS
WITH THE SUPERIOR COURT SUPREME COURT
AS WELL AS WITH THE UNITED STATES
DISTRICT COURT. BRIAN ENGRAMS ACTIONS
DEFINE A VIOLATION OF MY 1ST UNITED STATES
CONSTITUTIONAL RIGHTS, SEE GRIEVANCE #16149
DATED 7/31/05.

ACTION REQUESTED BY GRIEVANT: FOR THIS MATTER TO BE
INVESTIGATED.

_____

_____

_____

GRIEVANT'S SIGNATURE: Jimmie Lewis    DATE: 1/05/07

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES) _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____ DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

RECEIVED

JAN 17 2007

April '97 REV

Inmate Grievance Office

**FORM  #584**

**GRIEVANCE FORM**

FACILITY: _D, C. C_                     DATE: _2/8/08_

GRIEVANT'S NAME: _JIMMIE LEWIS_      SBI#: _506622_

CASE#: _151307_                         TIME OF INCIDENT: _2/8/08_

HOUSING UNIT: _A HC SHU 17_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

_ON 2/4/08 I WROTE AND SUBMITTED_
_A REQUEST FOR PAGES 566 TO 626_
_AND 638 TO 645 OF THE_
_PRISONERS SELF HELP LITIGATION MANUEL,_
_THE TABLE OF CONTENTS FOR THE_
_FEDERAL RULES OF CIVIL PROCEDURES_
_AS WELL AS CASE LAW BUT AS OF TO_
_DATE MY LAW LIBRARY REQUEST FOR_
_SAID MATERIALS HAVE BEEN IGNORED_

ACTION REQUESTED BY GRIEVANT: _TO RECEIVE THE AFOREMENTIONED_
_MATERIAL AS SOON AS POSSIBLE, AND FOR_
_MY REQUEST FOR LAW LIBRARY ASSISTANCE_
_TO BE ADDRESSED IN A APPROPRIATE AMOUNT_
_OF TIME._

GRIEVANT'S SIGNATURE: _Jimmie Lewis_        DATE: _2/8/08_

WAS AN INFORMAL RESOLUTION ACCEPTED?        _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____        DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT



April '97 REV

M E M O

TO: I/M Jimmie Lewis #506622

FROM: Brian Engrem, SHU Law Library Paralegal

DATE: January 27, 2006

RE: Photocopy Request

Your photocopy request for the 21 copies is denied. You have not sent a complaint that lists all defendants. There is no reason to supply you with the same amount of cover sheets for this complaint. You will need to supply the appropriate information to proceed with this photocopy request.

Cc: File

M E M O

TO: I/M Jimmie Lewis #506622

FROM: Brian Engrem, SHU Law Library Paralegal

DATE: June 8, 2005

RE: Photocopy Request

Your photocopy request is denied for photocopies. First, court cases, statutes, rules, digest keys and newspaper articles can be cited in your brief. Second, I contacted the Delaware Supreme Court regarding your case. You stated that the court rejected your brief and returned it with a citizen's guide. The court has indicated your motions have been forwarded to your lawyer John Edinger of the Public Defender's Office

Cc: File

M E M O

TO: I/M Jimmy Lewis #506622

FROM: Brian Engrem, SHU Law Library Paralegal

DATE: April 19, 2005

RE: Request Received on April 18, 2005

If you are requesting photocopies of the attached Grievance Reports, the request is denied. These reports are not considered legal photocopies as presented.

Cc: File

M E M O

TO: I/M Jimmie Lewis #506622

FROM: Brian Engrem, SHU Law Library Paralegal

DATE: October 4, 2005

RE: Photocopy Request

I called the US District Court in Wilmington regarding your amended complaint. The clerk's office indicates you have to be granted permission to amend your complaint. Your request for amending the complaint was received back in July. If the court grants your amended complaint, return your photocopy request with the order granting the amended complaint.

Cc: File

M E M O

TO: I/M Jimmie Lewis #506622

FROM: Brian Engrem, SHU Law Library Paralegal

DATE: December 6, 2005

RE: Photocopy Request

Your request is a court case sent to you from the public defender's office. The law library does not photocopy Court cases. Your request is denied. Indigent supplies are only given out by the law library when the inmate provides a documented court deadline and it is past the commissary date.

Cc: File

**JOSEPH R. BIDEN, III**
**Attorney General**



**DEPARTMENT OF JUSTICE**

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19904 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5353 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**

[New Castle County-Civil Division]

May 11, 2007

The Honorable Gregory M. Sleet
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

    Re: ***Lewis v. Carroll, et al.,***
       **D. Del., C.A. No. 06-778-GMS**

Dear Judge Sleet:

   Please allow this letter to reflect State Defendant Thomas Carroll's response in opposition to Plaintiff's Motion for Order to Compel Defendant Thomas L. Carrol [sic] to Place Jimmie Lewis into Protective Custody (the "Motion for Preliminary Injunction") (D.I. 10).

   On April 20, 2007, Inmate Jimmie Lewis, SBI #506622, asked the officers at the Delaware Correctional Center to place him in protective custody. (Exhibit A at ¶ 2). Mr. Lewis's request for protective custody was based on his belief that two inmates were threatening him while he was housed on the Special Needs Unit. (Exhibit A at ¶ 2; Exhibit B). Mr. Lewis was placed in protective custody the same day as his request and he remained there until May 4, 2007, when he was transferred to the Infirmary. (Exhibit A at ¶ 3; Exhibit C). Mr. Lewis is, at present, still housed in the Infirmary but he will be transferred back to protective custody after the medical staff in the Infirmary discharges him. (Exhibit A at ¶ 3).

The Honorable Gregory M. Sleet
May 11, 2007
Page 2

        Mr. Lewis's classification in protective custody is reviewed on a weekly basis. (Exhibit A at ¶ 4). However, Mr. Lewis will remain in protective custody until he no longer believes it necessary and signs off on a statement to that effect. (*Id.*).

        Because Mr. Lewis is housed in protective custody and will remain there until he no longer believes the inmates are threatening his life, State Defendant Carroll asks that Lewis's Motion for Preliminary Injunction be denied as moot.

        If the Court has any questions or concerns, or believes that a more formal response from State Defendant Carroll is required, please contact the undersigned counsel at (302) 577-8400. Thank you.

                                Sincerely,

                                */s/ Erika Y. Tross*

                                Erika Y. Tross
                                Deputy Attorney General
                                Attorney for State Defendant
                                Thomas Carroll

cc:   Jimmie Lewis, Plaintiff
Enclosures

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JIMMIE LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Civil Action No. 06-778-GMS |
| v. | ) | |
| | ) | Jury Trial Requested |
| | ) | |
| THOMAS L. CARROLL, et al. | ) | |
| | ) | |
| Defendants. | ) | |

### AFFIDAVIT OF THOMAS SEACORD

I, Thomas Seacord, having been duly sworn by law, do hereby depose and state as follows:

1.      I am employed by the State of Delaware Department of Correction ("DOC") as a Lieutenant in the Classification Office at the Delaware Correctional Center ("DCC"), Smyrna, Delaware.  I have been employed by DCC since May 30, 1989 and have worked in the Classification Office since August 1, 2005.

2.      On April 20, 2007, Inmate Jimmie Lewis, SBI #506622, requested that he be moved to protective custody.  Inmate Lewis stated that the reason he was requesting protective custody was because two inmates were threatening him while he was housed on the Special Needs Unit.  Inmate Lewis was transferred to protective custody – Building 18, Tier C, Cell 12 – that same day.

3.      Approximately two weeks later, on May 4, 2007, Inmate Lewis was transferred to the Infirmary at DCC for treatment.  Inmate Lewis is, at present, still

1

housed in the Infirmary. He will be transferred back to protective custody when he is discharged from the Infirmary.

4.    When Lewis returns to protective custody I, along with another counselor, will review his classification on a weekly basis. Inmate Lewis, however, will remain in protective custody until he requests removal by signing off on a statement that he no longer believes protective custody is necessary.

Thomas Seacord

**SWORN AND SUBSCRIBED** before me this 10th day of May, 2007.

Notary

2

## Protective Custody



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 20 | ▓▓▓▓▓ | ▓▓ ▓▓ | ▓▓ ▓▓▓ | | ▓▓▓ | ▓▓▓▓▓▓▓▓ | ▓▓▓ |
| 21 | ▓▓▓▓ | ▓▓ ▓▓ | ▓▓▓ ▓▓ | | ▓▓ | ▓▓▓▓▓▓▓ | ▓▓ |
| 22 | ▓▓▓▓▓ | ▓▓ ▓ | ▓▓ ▓▓ | | ▓▓ | ▓▓▓▓▓▓▓▓ | ▓▓ |
| 23 | ▓▓▓▓ | ▓▓ ▓ | ▓▓ ▓▓▓ | | ▓ | ▓▓▓▓▓▓ | ▓▓ |
| 24 | ▓▓▓▓ | ▓▓ ▓▓ | ▓▓ ▓▓ | | ▓▓ | ▓▓▓▓▓▓▓ | ▓▓ |
| 25 | ▓▓▓▓ | ▓▓ ▓▓ | ▓▓ ▓▓▓ | | ▓▓ | ▓▓▓▓▓▓▓ | ▓▓ |
| 26 | ▓▓▓▓ | ▓▓ ▓▓ | ▓▓ ▓▓ | | ▓▓▓ | ▓▓▓▓▓▓▓ | ▓▓ |
| 27 | ▓▓▓ | ▓▓▓ | ▓▓ ▓▓ | | ▓▓ | ▓▓▓▓▓▓▓ | ▓▓ |
| 28 | Lewis, Jimmy | 506622 | INF | 4/20/2007 | Carjacking 2nd, Theft over $1000 | 11/1/2008 | Signed on stating that 2 inmates in SNU were threatening to beat him up.  Both inmates denie claim and Lewis admits to not taking meds | ? |
| 29 | ▓▓▓▓ | ▓▓ ▓▓ | ▓▓ ▓ | | ▓▓ | ▓▓▓▓▓▓ | ▓▓ |
| 30 | ▓▓▓▓ | ▓▓ ▓▓ | ▓▓ ▓▓ | | ▓▓ | ▓▓▓▓▓▓ | ▓▓ |

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
## IN AND FOR NEW CASTLE COUNTY

STATE OF DELAWARE )
)
v. ) ID: 0305016966
)
Jimmie Lewis )

## ORDER

This ___4th___ day of ___Dec___, 2007, upon consideration of defendant's motion for reduction/modification of sentence, the presentence report/prior record, and the sentence imposed upon the defendant;

**NOW, THEREFORE, IT IS ORDERED** that defendant's motion for reduction/modification of sentence is DENIED for the following reason(s):

▫ The sentence in this case was imposed pursuant to a Plea Agreement between the State and the defendant and signed by the defendant. Superior Court Criminal Rule 11(e)(1)(c).

☒ The motion was filed more than 90 days after imposition of the sentence and is, therefore, time-barred. The Court does not find the existence of any extraordinary circumstances.

☒ Pursuant to Superior Court Criminal Rule 35(b), the court will not consider repetitive requests for reduction or modification of sentence.

▫ The sentence imposed is mandatory and cannot be reduced or suspended.

▫ The sentence was imposed after a violation-of-probation hearing was held, and the Court determined the defendant had violated the terms of his probation. The defendant is not amenable to probation at this time.

☒ The sentence is appropriate for all the reasons stated at the time of sentencing. No additional information has been provided to the Court which would warrant a reduction or modification of this sentence.

☒ Other: ___The Motion for Clarification is also denied___

_Peggy L Ableman_
Judge Peggy L. Ableman

oc:    **Prothonotary**
pc:    **Defendant**
       **Department of Justice**
       **Investigative Services**

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

**Offender Name :** LEWIS, JIMMY

**Grievance # :** 20618

**Status** : Unresolved

**Grievance Type:** Staff Issues

**IGC** : Merson, Lise M

**SBI#** : 00506622

**Grievance Date** : 11/12/2005

**Resolution Status :**

**Incident Date** : 11/12/2005

**Housing Location :** Bldg 19, Upper, Tier A, Cell 7, Single

**Institution** : DCC

**Category** : Individual

**Resol. Date** :

**Incident Time :** 10:45

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** I was sprayed with capstun by Sgt. G. Everett while secured in Building 19, AU 7 because of my numerous request to speak to a Lieutenant. As a result I was transferred to the Infirmary for physical and psychiatric treatment. Today, Sgt. Everett approached my cell and made mention of making things worse by threatening to spray me again with capstun. She fabricated an allegation that I assaulted her.

**Remedy Requested** : An investigation by Internal Affairs to ensure that my U.S.C.A are unjustifiably violated.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|------|-------|------|

### ADDITIONAL GRIEVANCE INFORMATION

**Medical Grievance :** NO

**Investigation Sent :**

**Grievance Amount :**

**Date Received by Medical Unit :**

**Investigation Sent To** : Taylor, Ramon

**Donahue Justine (Courts)**

| | |
|---|---|
| **From:** | Wright Cindy (DOC) |
| **Sent:** | Tuesday, March 18, 2008 10:32 AM |
| **To:** | Ableman Peggy L (Courts) |
| **Cc:** | Donahue Justine (Courts); Ruebeck Janice (Courts) |
| **Subject:** | RE: Habeas - Jimmie Lewis SBI#00506622 |

*Your honor,*

*Jimmy Lewis SBI: 506622 is currently serving the following sentences:*

*#0305016966 – CR# IN03-06-0175 - Carjacking 2nd – 5 years at level 5 – Sentenced on 2/11/05 by your honor.*

*#0305016966 – CR# IN03-06-0176 – Theft $1000 or > - 2 years suspended after serving 1 year at level 5 followed by 6 months at Plummer Center – followed by 6 mths at level 3.*

*He is serving a total of 5 years at level 5.  His effective date is 5/26/03 and his maximum expiration date is 5/24/09.  His current short time release date after deduction of 204 statutory goodtime is 11/01/08.*

*This inmate was housed at Delaware Psychiatric Center from 8/27/07 until 12/14/07.  He was then transferred to our institution due to his violence towards DPC staff.*

*Please do not hesitate to contact me for further information.*

3/18/2008

# Cindy Wright
# Records Supervisor
# Delaware Correctional Center
# Phone 302-653-9261 ext. 2169
# Fax 302-653-5023

**From:** Ruebeck Janice (Courts)
**Sent:** Tuesday, March 18, 2008 9:50 AM
**To:** Wright Cindy (DOC)
**Cc:** Ableman Peggy L (Courts); Donahue Justine (Courts); Waters Ophelia (DOJ)
**Subject:** Habeas - Jimmie Lewis SBI#00506622

This defendant has filed a Petition for Writ of Habeas Corpus. Please identify for the court all commitments on which this defendant is being held. Please provide in your response Case ID Numbers, Criminal Action Numbers, and amounts and types of bail if applicable, sentences being served, detainers, capiases and warrants, i.e. whatever is holding the defendant. If this defendant is being held awaiting Extradition, please provide the court with the time and date of the Extradition Hearing.

Please respond directly to Judge Ableman to whom this Habeas Corpus petition has been assigned, with a copy to her secretary Justine Donahue and myself. A quick response may eliminate the need to have the defendant transported to the courthouse for a hearing.

Thank you for your time and attention to this matter.

*Janice Ruebeck*
Case Processing Supervisor
NCC Prothonotary's Office
ph. 302.255.0701
fx. 302.255.2265

3/18/2008



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
DELAWARE CORRECTIONAL CENTER
### OFFICE OF THE DEPUTY WARDEN
1181 Paddock Road
SMYRNA, DELAWARE 19977
Telephone: (302) 653-9261
Fax: (302) 659-6667

## MEMORANDUM

TO:        Inmate *Jimmie Lewis* SBI No. *00506622*, Housing Unit *18*

FROM:      Deputy Warden Burris *Burris*

DATE:      March 13, 2007

RE:        Inmate Letter(s)

During 2006, I did not have an opportunity to answer every inmate letter. However, action was taken on most letters received.

If you wrote to me in 2006, and the topic about which you wrote is still an issue for you, please write back to me now. I am at a point where I am answering every inmate letter again; therefore, you will receive an answer in the near future.

NAME  Jimmie Lewis                          DATE  9/8/07

UNIT  North 63, Jem    ATTENDING PSYCHIATRIST  Dr Don Artue

In the space below, please write your complaint or grievance. (Use additional pages if necessary.)
If you need help in completing this form – Unit Staff, the Patient Advocate (255-2775), or the
Director of Consumer Affairs (255-9421) will assist you. Give the completed form to unit staff or a
member of your Treatment Team.

FOR THE LAST PAST (8) WEEKS, I'VE BEEN
MONITORED FOR SUICIDE VIA ONE TO ONE CLOSE
OBSERVATION, BUT INSTEAD OF THE TREATMENT TEAM
UTILIZING (THE PINK SLIP NOTING SUICIDAL IDEATIONS
VIA ONE TO ONE FLOW SHEET), (THE GOLD SLIP,
NOTING SERIOUS HARM TO OTHER IS BEING UTILIZED
AS THE ONE TO ONE FLOW SHEET.) THIS VALIDATES THAT
THE TREATMENT TEAM IS NEGLECTING TO TREAT ME FOR
MY SUICIDAL IDEATIONS; THIS IN CONJUNCTION WITH THE
FACT THAT I HAVE NOT RECEIVED ANY COUNSELING FROM
A BOARD CERTIFIED PSYCHOLOGIST DEFINES
MISTREATMENT – ABUSE AND NEGLECT.

RESOLUTION SOUGHT: FOR THIS MATTER TO BE INVESTIGATED
FOR MISTREATMENT – ABUSE AND NEGLECT.

Patient/Family Signature  Jimmie Lewis          Date  9/8/07
Received By  Janett J. Hannegan, LPN            Date  9/8/07

DIRECTIONS FOR UNIT DIRECTOR/DESIGNEE
Make a copy of this signed/dated Grievance Form for the patient or family. Fax a copy of the form to the Performance
Improvement Dept. (255-4418) IMMEDIATELY, prior to the start of the investigation.

Patient: Jimmie Lewis Date of Grievance: 9-8-07

## Response to Patient or Patient's Representative

The name of the hospital contact person: _____Nancy D. Pearsall_____

The steps taken on behalf of the patient to investigate the grievance: Met with Mr Lewis

The results of the grievance process:  We can use the gold or the blue since we have two concerns, however, we will change to blue to signify that we are paying attention to aggression and also monitoring for suicide. Also on 9-11-07 you will start receiving one on one counseling from your Psychiatric social worker Mr Benjamin.

The date the investigation was completed: _9/10/07_

Unit Director/Designee's Signature: _Nancy D Pearsall_    Date: _9/10/07_

I, _Jimmie Lewis_    _X_ am    ___am not    satisfied with this response:
    Patient/Representative's Signature
    Date: _9/10/07_

---

**DIRECTIONS FOR UNIT DIRECTOR/DESIGNEE:**
If the resolution is accepted, make a copy of this signed/dated Grievance Form for the patient or family.  Forward the original Grievance Form to the Performance Improvement Department  If the resolution is not accepted, provide a copy of the form to the patient or patient's representative, fax a copy of the Grievance Form to the Performance Improvement Dept (255-4418) and forward the original Grievance Form to the Hospital Director/Designee.

**HOSPITAL DIRECTOR/DESIGNEE'S RESPONSE:**




Hospital Director/Designee Signature/Title: _____    Date: _____

I, _____    ___am    ___am not    satisfied with this response:
    Patient/Representative'sSignature
    Date: _____

**DIRECTIONS FOR UNIT DIRECTOR/DESIGNEE:**
Make a copy of this signed/dated Grievance Form for the patient or patient's representative.  Forward the original form to the Performance Improvement Dept

**DELAWARE PSYCHIATRIC CENTER**
**Grievance Form**

NAME: _Jimmie Lewis_                DATE: _8/22/07_

UNIT: _NORTH 63, J.E.M_    ATTENDING PSYCHIATRIST: _DR. DONAHUE_

In the space below, please write your complaint or grievance. (Use additional pages if necessary.) If you need help in completing this form – Unit Staff, the Patient Advocate (255-2775), or the Director of Consumer Affairs (255-9421) will assist you. Give the completed form to unit staff or a member of your Treatment Team.

BECAUSE I AM IN AGONY = GRIEF AND DISPAIR, MY HOPELESSNESS ABOUT HOW I THINK AND FEEL AS A PERSON HAS CAUSED ME TO CONTINUEOUSLY CONTEMPLATE THOUGHTS OF SUICIDE. THIS GIVES REASON FOR WHY DR. DONAHUE PLACING ME ON ONE TO ONE CLOSE OBSERVATION ON 7/3/07, BUT AS OF TO DATE 8/22/07, I HAVE NOT HAD ANY TYPE OF PSYCHOTHERAPY FROM A PSYCHOLOGIST THAT WOULD HELP ME OBTAIN NORMACY AND OR AT LEAST CONTRACT FOR MY VERY OWN SAFETY.

RESOLUTION SOUGHT: TO RECEIVE PSYCHOTHERAPY FROM A PSYCHOLOGIST, AND FOR THIS MATTER TO BE INVESTIGATED FOR MISTREATMENT, ABUSE AND NEGLECT.

Patient/Family Signature: _Jimmie Lewis_                Date: _8/22/07_

Received By: _[signature] RN_                Date: _8-21-07_

**DIRECTIONS FOR UNIT DIRECTOR/DESIGNEE:**
Make a copy of this signed/dated Grievance Form for the patient or family   Fax a copy of the form to the Performance Improvement Dept. (255-4418) IMMEDIATELY, prior to the start of the investigation

8



**DELAWARE PSYCHIATRIC CENTER**
**Grievance Form**

NAME: JIMMIE LEWIS                    DATE: 12/5/07

UNIT: JEM NORTH 63     ATTENDING PSYCHIATRIST: DR. A. DONAHUE

In the space below, please write your complaint or grievance. (Use additional pages if necessary.)
If you need help in completing this form – Unit Staff, the Patient Advocate (255-2775), or the
Director of Consumer Affairs (255-9421) will assist you. Give the completed form to unit staff or a
member of your Treatment Team.

I'VE BEEN PUNISHED WITH LONG TERM
PRIVILEGE RESTRICTION SINCE 7/3/07,
FOR WHICH HAS ONLY MADE ME FEEL WORSE -
BEING PLACED ON SUCH LONG TERM RESTRICTION,
I.E, NO VISITS, NO VENDING, NO GYM, NO WEIGHT ROOM
IS CRUEL AND UNUSAL BECASE OTHER PATIENT/RESIDENTS
ARE ALLOWED SAID PRIVILEGES, AS WELL AS BECAUSE
SAID PRIVILLEGES ARE ACTUALLY DEEMED THERAPY (GYM - WEIGHT

RESOLUTION SOUGHT: FOR THIS MATTER TO BE INVESTIGATED
FOR ABUSE - NEGLECT AND MISTREATMENT

Patient/Family Signature: Jimmie Lewis          Date: 12/5/07
Received By: M Carron RN                          Date: 12/5/07

**DIRECTIONS FOR UNIT DIRECTOR/DESIGNEE:**
Make a copy of this signed/dated Grievance Form for the patient or family. Fax a copy of the form to the Performance
Improvement Dept. (255-4418) IMMEDIATELY, prior to the start of the investigation.

2



**DELAWARE PSYCHIATRIC CENTER**
**Grievance Form**

NAME: JIMMIE LEWIS                DATE: 10/24/07

UNIT: NORTH 63, J.E M     ATTENDING PSYCHIATRIST: DR. A. DONAHUE

In the space below, please write your complaint or grievance. (Use additional pages if necessary.)
If you need help in completing this form – Unit Staff, the Patient Advocate (255-2775), or the
Director of Consumer Affairs (255-9421) will assist you. Give the completed form to unit staff or a
member of your Treatment Team.

IN REGARDS TO MY RAPIDLY APPROACHING DISCHARGE
DATE 12/9/07, I HAVE REQUESTED THAT THE
TREATMENT TEAM INFORM ME OF ALL NECESSARY
TREATMENT – THERAPY AND OR COUNSELING THAT
I SOULD BE SUBJECTED TO AND OR BE REFERRED TO.?
BUT I HAVE NOT RECEIVED AN APPROPRIATE RESPONSE.


RESOLUTION SOUGHT: FOR THE TREATMENT TEAM
TO INFORM ME OF ANY AND ALL NECESSARY TREATMENT –
THERAPY AND OR COUNSELING THAT I SOULD BE SUBJECTED
TO IN REGARDS TO THE PROCEEDING FIRST AND SECOND
YEAR(S) FOLLOWING MY RAPIDLY APPROACHING DISCHARGE
DATE OF 12/9/07, CONSIDERING THAT I AM NOT "FLATLINE"
BY THAT TIME.

Patient/Family Signature: _Jimmie Lewis_          Date: 10/22/07

Received By: _____          Date: 10/22/07

**DIRECTIONS FOR UNIT DIRECTOR/DESIGNEE:**
Make a copy of this signed/dated Grievance Form for the patient or family. Fax a copy of the form to the Performance
Improvement Dept. (255-4418) IMMEDIATELY, prior to the start of the investigation.

## Mr. Lewis One to One Observation Guidelines.

- Specific Risk Issue line of the Flow sheet should read: **High Risk for aggression towards other with thoughts to hang himself. Patient also noted with inappropriate sexual behavior and statements.**
- Patients room and person is searched each shift patient and documented in the chart.
- Patient is not permitted personal belonging only Bible, two set of Reds, (5) sets of underwear. Cosmetic stored in the closet and given small amount as needed. Also No razors
- Patient is not permitted privacy. Gender appropriate staff when using the bathroom and during pat down searches while in camera view.
- Staff member must be within one arm length at all times direct eye sight except when in bed room he remains eye sight and staff must be positioned in the hall way with direct eye sight an only male staff on the 11-7 shift. He must move behind any unit movements i.e. last to enter dining room and last to leave. Keep buffer between him and other patients.
- If patient approaches a peer or staff member in an aggressive manner this could be verbal or physical, get your peers involved immediately and call the nurse.
- In the event that Mr. Lewis begins to threaten or intimidate you while monitoring him notify the nurse immediately so that he can be assessed for his level of aggression towards others. If he continues to threaten, intimidate, curse, posture and is unwilling to regain control after the least restrictive intervention have been attempted the nurse **must** consider the higher levels of interventions such as involuntary administration of medication, seclusion and **Four Point Restraints** if he has fails to deescalate while he is being secluded.
- The hourly summary documentation on the flow sheet must reflect and all threatening statements as well as any behavior while on the One to One observation. If you are relieved for any period the time must be reflected in the summary note.
- If Mr. Lewis is not following staffs direction while on the unit he should not be permitted off the unit for any additional activity. Notify the nurse immediately. He is currently on **Full Restriction.**
- Again notify the nurse immediately and get involved with all pre-crisis aggression such as arguing, threatening posturing etc.

DELAWARE PSYCHIATRIC CENTER
Grievance Form

NAME: _Jimmie Lewis_   DATE: _8/22/07_

UNIT: _North 63 J.E.M_ ATTENDING PSYCHIATRIST: _Dr. Donahue_

In the space below, please write your complaint or grievance. (Use additional pages if necessary.)
If you need help in completing this form – Unit Staff, the Patient Advocate (255-2775), or the
Director of Consumer Affairs (255-9421) will assist you. Give the completed form to unit staff or a
member of your Treatment Team.

BECAUSE I AM IN AGONY – GRIEF AND DISPAIR,
MY HOPELESSLESS ABOUT HOW I THINK AND FEEL
AS A PERSON HAS CAUSED ME TO CONTINUEOUSLY
CONTIMPLATE THOUGHTS OF SUICIDE. THIS GIVES
REASON FOR WHY DR. DONAHUE PLACEING ME
ON ONE TO ONE CLOSE OBSERVATION ON 7/3/07,
BUT AS OF TO DATE 8/22/07 I HAVE NOT
HAD ANY PSYCHOTHERAPY FROM A PSYCHOLOGIST
THAT WOULD HELP ME OBTAIN NOMALCY AND OR
TO CONTRACT FOR MY VERY OWN SAFETY.
RESOLUTION SOUGHT: TO RECEIVE ~~DAILY~~ PSYCHOTHERAPY
FROM A PSYCHOLOGIST

Patient/Family Signature: _Jimmie Lewis_   Date: _8/22/07_

Received By _Janett J. Hanigan, LPN_   Date: _8/21/07_

DIRECTIONS FOR UNIT DIRECTOR/DESIGNEE:
Make a copy of this signed/dated Grievance Form for the patient or family. Fax a copy of the form to the Performance
Improvement Dept. (255-4418) IMMEDIATELY, prior to the start of the investigation.

8



**DELAWARE PSYCHIATRIC CENTER**
**Grievance Form**

NAME: JIMMIE LEWIS                                         DATE: 8/29/07

UNIT: NORTH 63, J.E.M    ATTENDING PSYCHIATRIST: DR. DONAHUE

In the space below, please write your complaint or grievance. (Use additional pages if necessary.)
If you need help in completing this form – Unit Staff, the Patient Advocate (255-2775), or the
Director of Consumer Affairs (255-9421) will assist you. Give the completed form to unit staff or a
member of your Treatment Team.

APON RETURNING TO THE JANE E. MITCHELL BUILDING
HERE AT THE D.P.C, DIRECTOR NANCY PEARSALL,
NURSE MANAGER CURTIS CORNISH AND DR. DONAHUE ON
8/27/07 PLACED ME ON 15 DAY FULL RESTRICTION, IN
REGARDS TO MY BEING ASSULTED BY PATIENT/RESIDENT
EARL WARREN, AND THEREFORE PUNISHED ME INSTEAD
OF CALLING THE POLICE IN ORDER TO ALLOW ME TO
PRESS CRIMINAL CHARGES AGAINST EARL WARREN
EVEN THOUGHT THE TREATMENT TEAM FULLY KNOWS
THAT ON 7/2/2007 I FILED GRIEVANCE AGAINST
EARL WARREN REGARDING THAT HIS ASSULTING ME IN THE PAST.
SAID MATTER DISCRIBES A VIOLATION OF MY 8TH AND 14TH
UNITED STATES CONSTITUTIONAL RIGHTS AS WELL AS MY PATIENT
RIGHTS.
RESOLUTION SOUGHT : FOR THIS MATTER TO BE INVESTIGATED
FOR MISTREATMENT, ABUSE AND NEGLECT

Patient/Family Signature: _Jimmie Lewis_                Date: 8/29/07

Received By: _Janett J. Harrigan LPN_                   Date: 8/29/07

**DIRECTIONS FOR UNIT DIRECTOR/DESIGNEE:**
Make a copy of this signed/dated Grievance Form for the patient or family. Fax a copy of the form to the Performance
Improvement Dept. (255-4418) IMMEDIATELY, prior to the start of the investigation.

2



**DELAWARE PSYCHIATRIC CENTER**
**Grievance Form**

NAME: _Jimmie Lewis_    DATE: _10/7/07_

UNIT: _NORTH 63 J.E.M_    ATTENDING PSYCHIATRIST: _DR. A DONAhue_

In the space below, please write your complaint or grievance. (Use additional pages if necessary.)
If you need help in completing this form – Unit Staff, the Patient Advocate (255-2775), or the
Director of Consumer Affairs (255-9421) will assist you. Give the completed form to unit staff or a
member of your Treatment Team.

ON 10/5/07 AT OR ABOUT 11:00 PM
N A C OATES THREATENED ME, I REQUESTED THAT
HE CONTACT A NURSE BUT HE REFUSED TO DO SO.
THEREAFTER, C OATES AGAIN POSTERED ON ME IN
THE HALL WAY AS IF HE WAS GOING TO STRIKE ME
WITH HIS FIST. I THINK N.A C. OATES INTENDS TO
DO ME PHYSICAL HARM

RESOLUTION SOUGHT: FOR THIS MATTER TO BE INVESTIGATED
FOR MISTREATMENT AND ABUSE.

Patient/Family Signature: _Jimmie Lewis_    Date: _10/7/07_

Received By: _[signature]_    Date: _10/7/07_

**DIRECTIONS FOR UNIT DIRECTOR/DESIGNEE:**
Make a copy of this signed/dated Grievance Form for the patient or family. Fax a copy of the form to the Performance
Improvement Dept. (255-4418) IMMEDIATELY, prior to the start of the investigation.



**DELAWARE PSYCHIATRIC CENTER**
**Grievance Form**

NAME: *Jimmie Lewis*    DATE: 10 / 7 / 07

UNIT: *North 63, JEM*    ATTENDING PSYCHIATRIST: *Dr. A. Donathue*

In the space below, please write your complaint or grievance. (Use additional pages if necessary.)
If you need help in completing this form – Unit Staff, the Patient Advocate (255-2775), or the
Director of Consumer Affairs (255-9421) will assist you. Give the completed form to unit staff or a
member of your Treatment Team.

BECAUSE (A) OF MY GRIEF, AGONY AND DISPAIR
I AM SUICIDAL, (B) BECAUSE MY COGNATIVE AND
VOLITIONAL FUNCTIONS ARE GROSSLY UNBALANCED,
(C) ALONG WITH THE STAFF UTILIZING SEAN SISSONS
AND EARL WARREN TO SET ME UP TO ACT OUT IN
SOME SORT OF CRIMINAL MANNER, GIVES REASON
WHY I ~~DON~~ SHOULD BE RECEIVING HELP SUCH AS
PSYCHOTHERAPY FROM A PSYCHOLOGIST, BUT FOR THE LAST
PAST (12) WEEK THE TREATMENT TEAM HAS DENIED ME THE
AFOREMENTIONED TREATMENT BECAUSE I HAVE PENDING
CIVIL COMPLAINT 04-1350 GMS

RESOLUTION SOUGHT: FOR THIS MATTER TO BE INVESTIGATED
FOR MISTREATMENT, ABUSE AND NEGLECT.

Patient/Family Signature: *Jimmie Lewis*    Date: 10 / 7 / 07

Received By: *[signature]*    Date: 10/7/07

**DIRECTIONS FOR UNIT DIRECTOR/DESIGNEE:**
Make a copy of this signed/dated Grievance Form for the patient or family. Fax a copy of the form to the Performance
Improvement Dept. (255-4416) IMMEDIATELY, prior to the start of the investigation.

2



**DELAWARE PSYCHIATRIC CENTER**
Grievance Form

NAME: JIMMIE LEWIS                    DATE: 8/22/07
UNIT: NORTH 63, J.E.M    ATTENDING PSYCHIATRIST: DR. DONAHUE

In the space below, please write your complaint or grievance. (Use additional pages if necessary.)
If you need help in completing this form – Unit Staff, the Patient Advocate (255-2775), or the
Director of Consumer Affairs (255-9421) will assist you. Give the completed form to unit staff or a
member of your Treatment Team.

SUSAN WATSON ROBINSON THE DIRECTOR OF D.9.C
TOURED THE MITCHELL COMPLEX TODAY BUT FAILED
TO ADDRESS ~~ANY~~ ANY RESIDENT/PATIENTS SUCH AS MY SELF
IN ORDER TO PERSONALLY FIND OUT IF THEIR ARE ANY
DILEMMA'S HERE AT THE MITCHELL BUILDING AS IT HAS
BEEN NOTED IN THE NEWS JOURNAL REGARDING ~~ABP~~
PATIENT ABUSE — MISTREATMENT AND NEGLECT AS IS
ALSO NOTED IN THE 40 OR MORE GRIEVANCES IVE FILED
SINCE MY 6/6/07 ARRIVAL HERE AT THE J.E.M

RESOLUTION SOUGHT: FOR THIS MATTER TO BE INVESTIGATED
FOR NEGLECT.

Patient/Family Signature: _____ Date: 8/22/07
Received By: _____ Date: 8-27-07

**DIRECTIONS FOR UNIT DIRECTOR/DESIGNEE:**
Make a copy of this signed/dated Grievance Form for the patient or family   Fax a copy of the form to the Performance
Improvement Dept (255-4418) IMMEDIATELY, prior to the start of the investigation



**DELAWARE PSYCHIATRIC CENTER**
**Grievance Form**

NAME: Jimmie Lewis                DATE: 8/8/07

UNIT: South 18         ATTENDING PSYCHIATRIST: Dr. Donahue

In the space below, please write your complaint or grievance. (Use additional pages if necessary.)
If you need help in completing this form – Unit Staff, the Patient Advocate (255-2775), or the
Director of Consumer Affairs (255-9421) will assist you.  Give the completed form to unit staff or a
member of your Treatment Team.

UNDER COLOR OF STATE LAW HERE AT THE D.P.C THE TREATMENT
TEAM, NANCY PEARSALL - DR. DONAHUE — CURTIS CORNISH AND
DR. CHARLOTTE SELLS HAVE PLACED ME ON 15 DAY RESTRICTION FOR
BREAKING THE TOILET BOWL IN THE SOUTH SIDE DAY HALL WITHOUT
1.) GIVEN ME AN OPPORTUNITY TO CONFRONT MY ACCUSER
2.) WITHOUT PROVIDING ME WITH A WRITTEN NOTICE OF THE ALLEGED
DISCIPLINARY ANTI INFRACTION 3.) WITHOUT PROVIDING ME WITH ANY
WRITTEN CONCLUSIVE FACT FINDING, 4.) WITHOUT ALLOWING ME TO APPEAL
THEIR DISSICION 5.) WITHOUT PROVIDING ME WITH A DISINTRESTED
PERSON, I.E, THE PATIENT ADVOCATE AT THE HEARING. THE 15 DAY
SANCTION GIVEN TO ME BY THE TREATMENT TEAM, DEFINING THAT I AM
RESTRICTED FROM OBTAINING VENDING MACHINE ITEMS, CANDY ETC., VISITS,
FRESH AIR, RECREATION, LIKE OTHER PATIENT/RESIDENTS. VIOLATES
MY PATIENT RIGHTS AS WELL AS MY 14TH AND 8TH UNITED STATES
CONSTITUTION RIGHTS.

RESOLUTION SOUGHT: FOR ALL THE RESTRICTION TO BE LIFTED
IMMEDIATELY, AND TO BE PROVIDED WITH THE USTED
INFORMATION

Patient/Family Signature: Jimmie Lewis        Date: 8/8/07
Received By: Amber hg Davis        Date: 8/8/07

**DIRECTIONS FOR UNIT DIRECTOR/DESIGNEE:**
Make a copy of this signed/dated Grievance Form for the patient or family.  Fax a copy of the form to the Performance
Improvement Dept. (255-4418) IMMEDIATELY, prior to the start of the investigation.

2

Grievance Form

NAME: Jimmie Lewis                          DATE: 6/12/07

UNIT: North                ATTENDING PSYCHIATRIST: DR. Donahue

In the space below, please write your complaint or grievance. (Use additional pages if necessary.) If you need help in completing this form – Unit Staff, the Patient Advocate (255-2775), or the Director of Consumer Affairs (255-9421) will assist you. Give the completed form to unit staff or a member of your Treatment Team.

HALDOL - ATTIVAN AND GEODON ARE PSYCHOTROPIC MEDICATIONS THAT I AM NOT IN AGREEMENT WITH BECAUSE OF CIVIL ACTION CLAIMING SAID PSYCHOTROPIC MEDICATIONS HAVE CAUSED ME INJURIES,

AS IS NOTED IN C.A NO. 04-1350 (GMS).

THE RESOLUTION I SEEK IS FOR DIFFERENT MEDICATIONS OTHER THAN HALDOL - ATTIVAN AND GEODON TO BE AVAILABLE PER PRN

Patient/Family Signature: Jimmie Lewis          Date: 6/12/07

Received By: Erick Clegg, CNA          Date: 6/12/07

**DIRECTIONS FOR UNIT DIRECTOR/DESIGNEE:**
Make a copy of this signed/dated Grievance Form for the patient or family. Fax a copy of the form to the Performance Improvement Dept. (255-4418) IMMEDIATELY, prior to the start of the investigation

8



**DELAWARE PSYCHIATRIC CENTER**
Grievance Form

NAME: Jimmie Lewis          DATE: 7/21/07

UNIT: South 18          ATTENDING PSYCHIATRIST: Dr. Donahue

In the space below, please write your complaint or grievance. (Use additional pages if necessary.) If you need help in completing this form – Unit Staff, the Patient Advocate (255-2775), or the Director of Consumer Affairs (255-9421) will assist you. Give the completed form to unit staff or a member of your Treatment Team.

IN REGARDS TO FORENSIC PSYCH EVAL OF SANITY AND COMPETENCY DURING THE DATE OF MY MAY 26, 2003 ARREST AND MY COMPETENCY DURING MY OCT 21-23-03 CRIMINAL TRIAL. FOR WHICH WAS CONDUCTED BY DR. SYLVIA FOSTER ON JUNE 10, 04 AND IS TO ERRONEOUS FOR THE N.C.C SUPERIOR COURT TO RELY ON

RESOLUTION SOUGHT: FOR A INDEPENDENT PSYCHIATRIST AND PSYCHOLOGIST TO CONDUCT A INDEPENDANT PSYCH EVAL PURSUANT TO 16 DEL C 5161

Patient/Family Signature: Jimmie Lewis          Date: 7/21/07

Received By: ___          Date: ___

**DIRECTIONS FOR UNIT DIRECTOR/DESIGNEE:**
Make a copy of this signed/dated Grievance Form for the patient or family. Fax a copy of the form to the Performance Improvement Dept. (255-4418) IMMEDIATELY, prior to the start of the investigation

DELAWARE PSYCHIATRIC CENTER
Grievance Form

NAME: Jimmie Lewis                                DATE: 7/20/07
UNIT: South 18              ATTENDING PSYCHIATRIST: Dr. Donahue

In the space below, please write your complaint or grievance. (Use additional pages if necessary.)
If you need help in completing this form – Unit Staff, the Patient Advocate (255-2775), or the
Director of Consumer Affairs (255-9421) will assist you. Give the completed form to unit staff or a
member of your Treatment Team.

REGARDING S.I.R.S TEST BEING
CONDUCTED BY A DISINTRESTED
AN INDEPENDENT PSYCHIATRIST
NOT EMPLOYED BY THE D P.C

SEE ATTACHED STATEMENT;
AS WELL AS # 3 OF NOTIFICATION
OF PATIENT RIGHTS D. P.C ATTACHED
AS EXHIBIT.

Patient/Family Signature: Jimmie Lewis          Date: 7/20/07
Received By: Lillie M Pinkston                   Date: 7/20/07

DIRECTIONS FOR UNIT DIRECTOR/DESIGNEE:
Make a copy of this signed/dated Grievance Form for the patient or family   Fax a copy of the form to the Performance
Improvement Dept (255-4418) IMMEDIATELY, prior to the start of the investigation

8



**DELAWARE PSYCHIATRIC CENTER**
**Grievance Form**

NAME: _Jimmie Lewis_          DATE: _12/3/07_

UNIT: _JEM North, 63_     ATTENDING PSYCHIATRIST: _Dr. A. Donatue_

In the space below, please write your complaint or grievance. (Use additional pages if necessary.)
If you need help in completing this form – Unit Staff, the Patient Advocate (255-2775), or the
Director of Consumer Affairs (255-9421) will assist you. Give the completed form to unit staff or a
member of your Treatment Team.

Due to my being injected with numerous psychotropic drug dating from 5/21/04 to 6/25/04 here at the J.E.M building, I believe said drugs, i.e, Ativan – Haldol – Geodon gave me brain damage.

Resolution sought : for this matter to be investigated via C.A.T and or MRI scan.

Patient/Family Signature: _Jimmie Lewis_          Date: _12/03/07_

Received By: _Jemima Huffman RN_          Date: _12/03/07_

**DIRECTIONS FOR UNIT DIRECTOR/DESIGNEE:**
Make a copy of this signed/dated Grievance Form for the patient or family. Fax a copy of the form to the Performance
Improvement Dept. (255-4418) IMMEDIATELY, prior to the start of the investigation.

2



**DELAWARE PSYCHIATRIC CENTER**
**Grievance Form**

NAME: Jimmie Lewis                    DATE: 8/8/07

UNIT: South 18          ATTENDING PSYCHIATRIST: Dr. Donahue

In the space below, please write your complaint or grievance. (Use additional pages if necessary.)
If you need help in completing this form — Unit Staff, the Patient Advocate (255-2775), or the
Director of Consumer Affairs (255-9421) will assist you. Give the completed form to unit staff or a
member of your Treatment Team.

I AM NOT IN AGREEMENT WITH DR. DONAHUE
PRESCRIBING ME PSYCHOTROPIC MEDICATIONS, ESPECIALLY
IN REGARDS TO DR. DONAHUE NOTIFYING ME THAT
HE DOES NOT HAVE ME AS BEING DIAGNOSED WITH
ANY MENTAL ILLNESSES.

RESOLUTION SOUGHT! FOR ANY AND ALL
PSYCHOTROPIC MEDICATIONS TO BE DISCONTINUED
IMMEDIATELY, BECAUSE I NEVER WAS IN AGREEMENT
TO ANY PSYCHOTROPIC MEDICATION BEING INVOLUNTARILY
GIVEN TO ME.

Patient/Family Signature: Jimmie Lewis          Date: 8/8/07
Received By: Kimberly Spann          Date: 8/8/07

**DIRECTIONS FOR UNIT DIRECTOR/DESIGNEE:**
Make a copy of this signed/dated Grievance Form for the patient or family. Fax a copy of the form to the Performance
Improvement Dept. (255-4418) IMMEDIATELY, prior to the start of the investigation.

I/M: JIMMIE LEWIS
SBI# 506622    UNIT SHU 17, ALT
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



CLERK OF THE COURT (GMS)
U.S DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILMINGTON, DELAWARE
19801