IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

V.             CA. NO. 04-1350 (GMS)

DR. SYLVIA FOSTER, ET AL.


FILED
MAY 29 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RE: INFORMA PAUPERIS REQUEST
FOR COPY OF DOCKET SHEET, AND
IN SUPPORT THEREOF ASSERTS:

1.) PLAINTIFF HAS ALREADY BEEN GRANTED LEAVE BY THIS HONORABLE COURT TO PROCEED PRO-SE INFORMA PAUPERIS

2.) THE PLAINTIFF SEEKS TO CORRECT THE FILING OF PLEADINGS AND EXHIBITS IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION #2, DATED APRIL 23, 08, DI. 267, FOR WHICH HAS ERRONEOUSLY BEEN FILED UNDER CA NO. 04-1350 (GMS) WHEN IT SHOULD HAVE BEEN FILED UNDER CA NO. 06-778 (GMS).

3.) THE DOCKET SHEET IS NEEDED TO FILE PLEADINGS THAT WILL CORRECT THIS ALLEGED ERROR.

DATE: 5/26/08

Jimmie Lewis
SBI # 506622
D.C.C
1181 PADDOCK RD
SMYRNA, DE 19977

CERTIFICATE OF SERVICE

I, THE UNDERSIGNED PLAINTIFF JIMMIE LEWIS DUE HEREBY CERTIFY ON THIS 26TH DAY OF MAY, 2008, THAT I DID MAIL ONE TRUE AND CORRECT COPY OF THE IN FORMA PAUPERIS REQUEST FOR COPY OF DOCKET SHEETS FOR CA NO's 04-1350 (GMS) AND ~~CASE NO. 04-1350 (GMS)~~ CA NO 05-238 (GMS), BY U.S POSTAL TO THE FOLLOWING:

CLERK OF THE COURT (GMS)
UNITED STATES DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILMINGTON, DE 19801

DATE: 5/26/08

Jimmie Lewis
SBI # 506622
D.C.C
1181 PADDOCK RD
SMYRNA, DE 19977

I/M JIMMIE LEWIS
SBI# 506622  UNIT SHU 17, Cell
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



CLERK OF THE COURT (GMS)
U.S. DISTRICT COURT
844 N. KING ST., LOCKBOX 18
WILMINGTON, DELAWARE
19801