IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Jimmie Lewis

    VS                      CA NO. 04-1350 (GMS)

DR. SYLVIA FOSTER, ET AL.

         MOTION FOR DEFAULT JUDGEMENT
         AGAINST DEFENDANT
         BRIAN JOHNSON
         PURSUANT TO FED R. CIV P # 55

DATE: 6/4/08          CC: Jimmie Lewis
                                   SBI# 506622
                                   D.C.C
                                   1181 PADDOCK RD
                                   SMYRNA, DE 19977



FILED
JUN - 6 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1.) DEFENDANT BRIAN JOHNSON IS PRO-SE AND HAS FAILED TO RESPOND TO DISCOVERY, INTERROGATORY, ADMISSIONS AS WELL AS DEPOSITION BY WRITTEN QUESTION

2.) DEFENDANT BRIAN JOHNSON IS IN CONTEMPT OF THIS HONORABLE COURTS MAY 13, 08 COURT ORDER DUE TO HIS FAILURE TO RESPOND.

3.) DEFAULT JUDGEMENT IN REGARDS TO DEFENDANT BRIAN JOHNSON SHOULD BE GRANTED FOR THE AFOREMENTIONED REASONS.

CERTIFICATE OF SERVICE

I, THE UNDERSIGNED PLAINTIFF JIMMIE LEWIS DUE HEREBY CERTIFY ON THIS 4TH DAY OF, JUNE, 2008, THAT I DID MAIL ONE TRUE AND CORRECT COPY OF PLAINTIFF'S MOTION FOR DEFAULT JUDGEMENT AGAINST DEFENDANT BRIAN JOHNSON BY US POSTAL TO EACH OF THE FOLLOWING:

CLERK OF THE COURT (GMS)
U.S. DISTRICT COURT
844 N. KING ST LOCKBOX 18
WILM, DE 19801

BRIAN JOHNSON
DELAWARE PSYCHIATRIC CENTER
1901 N. DUPONT HWY
NEWCASTLE, DE

DATE: 6/4/08

Jimmie Lewis
SBI# 506622
D.C.C
1181 PADDOCK RD
SMYRNA, DE 19977

I/M Jimmie Lewis
SBI# S06622  UNIT SHU(N) Civil
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

CLERK OF THE COURT (GMS)
U.S. DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILMINGTON, DELAWARE
19801



UNITED STATES POSTAGE
$ 00.42⁰
MAILED FROM ZIP CODE