IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Jimmie Lewis

vs.                              CA. NO. 04-1350 (GMS)

Dr. Sylvia Foster, et al

MOTION TO CORRECT THE ERRONEOUS FILING OF, (DE.267) ("PLEADINGS AND EXHIBITS IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION #2 DATED APRIL 23, 08;) DUE TO SAID PAPERS BEING FILED WITH CA. NO. 04-1350 (GMS) WHEN IT SHOULD HAVE BEEN FILED WITH CA. NO. 06-778 (GMS) IN CONJUNCTION WITH DE 60.61.

DATE: 6/6/08

Jimmie Lewis
SBI # 506622
D.C.C
1181 Paddock Rd
Smyrna, DE 19977



FILED
JUN -9 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I, THE UNDERSIGNED PLAINTIFF JIMMIE LEWIS PRO-SE DUE HEREBY CERTIFY ON THIS 6TH DAY OF JUNE, 2008, THAT I DID MAIL ONE TRUE AND CORRECT COPY OF "MOTION TO CORRECT THE ERRONEOUS FILING OF, DI 267," BY U.S POSTAL TO EACH OF THE FOLLOWING:

CLERK OF THE COURT (GMS)
U.S DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILM, DE 19801

JOSEPH C. SCHOELL ESQ
WILM TRUST CENTER
SUITE 1001
1100 N. MARKET ST
WILM, DE 19801

LOUIS J. RIZZO JR, ESQ
1001 JEFFERSON PLAZA
SUITE 202
WILM, DE 19801

DATE: 6/6/08

Jimmie Lewis
SBI# 506622
D.C.C
1181 PADDOCK RD
SMYRNA, DE 19977

I/M Timmie Lewis
SBI# 506622  UNIT SHU 17 CU11
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

CLERK OF THE COURT (GMS)
U.S. DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILMINGTON, DELAWARE
19801