

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JIMMIE LEWIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-1350-GMS |
| | ) |
| DR. SYLVIA FOSTER, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

At Wilmington this 13th day of May, 2008, having considered the plaintiff's pending motions;

IT IS ORDERED that:

The plaintiff's motion to reschedule the deposition by written questions of Brian Johnson is **granted**. (D.I. 243.) It appears that Brian Johnson proceeds *pro se* at this time. Within **twenty days** of this order Brian Johnson, or his attorney, shall contact Nancy Rebeschini, Esquire, the court's pro se law clerk, to schedule a date and time for the written deposition.

The plaintiff's motion for monetary sanction against the defendants Moffett, Sager, Johnson and Gray for failure to respond to discovery is **denied**. (D.I. 244.)

The plaintiff's motion to proceed *in forma pauperis* for discovery is **denied as moot**. (D.I. 245.) The court granted the plaintiff leave to proceed *in forma pauperis* in 2004. (*See* D.I. 4.)

_____
CHIEF, UNITED STATES DISTRICT JUDGE

FILED
MAY 13 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE