IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JIMMIE LEWIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-1350-GMS |
| | ) |
| DR. SYLVIA FOSTER, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

At Wilmington this 31st day of July, 2008, having considered the pending motions;

IT IS ORDERED that:

The plaintiff's motion for an order to permit the plaintiff to submit evidence as exhibits during the jury trial is **denied** without prejudice as premature. (D.I. 249.) The plaintiff's motion in limine is **denied** without prejudice as premature. (D.I. 250.) Dispositive motions are pending and at this juncture it is unknown if the case will proceed to trial.

The defendants Robert N. Gray, David Moffett, and Lance Sagers' Motion to accept filing as timely is **granted**. (D.I. 254.) The defendants encountered technical difficulties when filing their motion for summary judgment.

The plaintiff's motion to advance its pretrial calendar is **denied**. (D.I. 256.)

The plaintiff's motion to amend/correct motion for preliminary injunction is **granted**. (D.I. 273.) The plaintiff erroneously filed the motion for preliminary injunction found at D.I. 267 in this case, when it should have been filed in Civ. No. 06-778-GMS. The motion for preliminary injunction is **denied** as moot. (D.I. 267.) It shall be filed in *Lewis v. Carroll*, Civ.

No. 06-778-GMS.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

FILED

JUL 3 1 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE